# Exhibit J

# Original



# ECUACIER

# CELEC EP - UNIDAD DE NEGOCIO TERMOPICHINCHA

## INFORME EJECUTIVO

**PERITAJE TÉCNICO A LA EJECUCIÓN DEL CONTRATO EMERGENTE Nro. TPI-CON-0062-24/" Contratación en el Extranjero", CONTRATO EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL.**



## Central Salitral



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



# 1  CONTENIDO

1       ENSAYOS NO DESTRUCTIVOS, LEVANTAMIENTO TOPOGRÁFICO Y CANTIDADES DE OBRA EJECUTADA ........................................................................................................................ 4

   **1.1   INTRODUCCIÓN.** ........................................................................................................ 4

   **1.2   EJECUCION DE ENSAYOS NO DESTRUCTIVOS.** ................................................ 4

   **1.3   REALIZACIÓN DE ENSAYOS NO DESTRUCTIVOS EN OBRAS CIVILES.** ...... 4

   **1.4   TRABAJOS DE CAMPO DE LEVANTAMIENTO TOPOGRÁFICO Y VOLUMETRÍA.** .... 5

   **REALIZACIÓN DE LEVANTAMIENTO TOPOGRÁFICO:** ......................................... 5

   **1.5   MEDICIÓN DE PLANIMETRÍA Y VOLUMETRÍA** ............................................ 5

   **1.6   RESULTADOS DE ENSAYOS NO DESTRUCTIVOS.** .......................................... 6

   **1.7   RESULTADOS DE LAS MEDICIONES, PLANO DE IMPLANTACIÓN.** ............. 6

   **1.8   RESULTADOS.** .......................................................................................................... 6

2       VERIFICACIÓN ESTRUCTURAL DE OBRAS CIVILES. .......................................... 9

   **2.1   CARÁCTERÍSTICAS DE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.** ...... 9

   **FOTOGRAFÍA AEREA DE LA CENTRAL DE GENERACIÓN SALITRAL.** ........... 9

   **2.2   DESCRIPCIÓN DEL MODELO ESTRUCTURAL.** ............................................. 10

   **2.3   CALCULO ESTRUCTURAL.** ................................................................................ 13

   **2.4   CODIGOS Y NORMAS** ......................................................................................... 14

   **2.5   CARGAS SOBRE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.** ................ 14

   **2.6   ESTUDIO DE CARGAS** ........................................................................................ 14

   **2.7   COMBINACIONES DE CARGA** ........................................................................... 16

   **2.8   MATERIALES** ........................................................................................................ 16

   **2.9   PROCESAMIENTO DE DATOS** ........................................................................... 16

   **2.10   CHEQUEO DE LOS ELEMENTOS METALICOS:** ........................................... 17

   **2.11   CHEQUEO DE LAS ELEMENTOS DE HORMIGÓN ARMADO QUE NO SON CIMENTACIONES.** ...................................................................................................... 18

   **2.12   DISEÑO DE LAS CIMENTACIONES** ............................................................... 18

   **2.13   RESULTADOS.** ..................................................................................................... 19

3       LIQUIDACIÓN ECONÓMICA OBRAS CIVILES ...................................................... 22

   **3.1   INTRODUCCIÓN.** .................................................................................................. 22



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



**3.2    DETERMINACIÓN DE RUBROS EJECUTADOS.** ................................................22

**3.3    DETERMINACIÓN DE CANTIDADES DE OBRA POR RUBRO.** ....................................23

**3.4    DETERMINACIÓN DE PRECIOS UNITARIOS PARA LA LIQUIDACIÓN DE OBRAS.** 24

**a. COSTOS DIRECTOS.** ........................................................................................24

**Definición de Costos Directos** ......................................................................24

**Componentes de los Costos Directos** ..........................................................24

**Normativa Ecuatoriana** ................................................................................24

**b. COSTOS INDIRECTOS** ....................................................................................25

**Componentes de los Costos Indirectos** ......................................................25

**Consideraciones para Empresas Extranjeras Contratistas en Ecuador** ...................26

**Aplicación en este peritaje.** .........................................................................26

**c. COSTO TOTAL.** ...............................................................................................26

**3.5    PRESUPUESTO DE OBRA EJECUTADA.** ..........................................................26

**3.6    RESULTADOS.** ............................................................................................27

4      COMPONENTE ELECTROMECÁNICO .........................................................29

**4.1    Objeto del Informe** ..................................................................................29

**4.2    Alcance Metodológico** ............................................................................30

**4.3    Principales Hallazgos** ..............................................................................30

**4.3.1    Condiciones de Fabricación y Conservación:** ....................................30

**4.3.2    Configuración del Sistema de Combustible:** ......................................30

**4.3.3    Integridad Mecánica y Eléctrica:** ......................................................30

**4.3.4    Estado General de Conservación:** ......................................................31

**4.4    Evaluación Global** ....................................................................................31

**4.5    Conclusión Ejecutiva** ...............................................................................31

5      COMPONENTE DE VALORACIÓN Y TASACIÓN DE EQUIPOS ....................33

**5.1    ANTECEDENTES** .........................................................................................33

**5.2    METODOLOGÍA APLICADA** ..........................................................................34

**5.3    RESULTADOS** .............................................................................................35

**5.4    CONCLUSIONES:** ........................................................................................41

**5.5    CUADRO RESUMEN DE TASACIÓN:** ..............................................................42

6      PORCENTAJE DE CUMPLIMIENTO DEL CONTRATO ..................................43



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec



# 1 ENSAYOS NO DESTRUCTIVOS, LEVANTAMIENTO TOPOGRÁFICO Y CANTIDADES DE OBRA EJECUTADA

## 1.1 INTRODUCCIÓN.

Para comprender el alcance de los trabajos, se describe el proyecto como un conjunto de obras civiles, en su mayoría, cimentaciones sobre pilotes de acero, que consisten en losas de hormigón armado que se apoyan sobre pilotes tubulares de acero, este tipo de cimentaciones se han utilizado debido a las condiciones locales del suelo de fundación, y las cargas de servicio que serán, en su mayoría, cargas dinámicas que involucran el peso de equipos electrógenos que contienen motores y generadores, radiadores, líneas de conducción de combustibles y refrigerantes, líneas de conducción de cables eléctricos, puesta a tierra, otras cimentaciones para pipe rack, cimentaciones para tanques de almacenamiento de combustibles, cimentaciones para tanques diarios, cimentaciones para planta de tratamiento de aguas, cimentaciones para subestación de potencia, cimentaciones para calderas, cimentaciones para transformador de potencia, casa de máquinas y cimentaciones para cubetos.

Con lo mencionado anteriormente, se consideró una planificación de trabajos de campo con ejecución de ensayos no destructivos de manera aleatoria, que permita caracterizar la calidad de los materiales y trabajos ejecutados dentro de las obras civiles de la Central SALITRAL.

## 1.2 EJECUCION DE ENSAYOS NO DESTRUCTIVOS.

De acuerdo a la oferta técnica, se procedió de la siguiente manera en campo:

## 1.3 REALIZACIÓN DE ENSAYOS NO DESTRUCTIVOS EN OBRAS CIVILES.

Durante la inspección, se ejecutaron varios ensayos no destructivos con la finalidad de obtener información importante para la realización de reactivos que servirán como base para la elaboración de las planillas de liquidación y para el control de calidad de los trabajos de obras, bienes y servicios.

Los ensayos no destructivos que se realizaron son los siguientes:



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


- Ensayo con esclerómetro tipo Schmidt: Norma "ASTM C 805-18".

- Ensayo de pulso ultrasónico para determinar acero de refuerzo dentro de elementos de hormigón armado: Norma "ASTM C597-09".

- Verificación de barras de acero aplicando la Norma ASTM C597-09

- Análisis de barras de acero según ASTM C597-09:

- Ensayo de escáner de barras de acero: Norma "ASTM D 6432".

- Medición de espesores de placas o elementos de acero, diámetros de varillas con vernier (calibrador), norma ASTM E2877.

## 1.4 TRABAJOS DE CAMPO DE LEVANTAMIENTO TOPOGRÁFICO Y VOLUMETRÍA.

**REALIZACIÓN DE LEVANTAMIENTO TOPOGRÁFICO:**

Durante la inspección, se contó con un dron para sobrevolar la Subestación El SALITRAL y de esta manera obtener fotografías aéreas a baja altura que permitan imágenes digitales panorámicas de varios sectores que ayuden a evidenciar la situación actual del proyecto y de esta manera evidencien la implantación y ubicación de obras y bienes, ejecutados, construidos, suministrados e instalados en el sitio por la contratista.

Para el efecto de medir y levantar las obras ejecutadas en el sitio, se utilizó estación total y prismas, se obtuvieron los puntos topográficos de las esquinas de estructuras, cimentaciones, plataformas, canales, y; en otros elementos como trincheras, cunetas, vías de acceso y circulación, pipe rack, cerramientos; de igual manera, se obtuvieron puntos que permitieron dibujar el plano de implantación, cada punto se determinó con coordenadas UTM y cota.

## 1.5 MEDICIÓN DE PLANIMETRÍA Y VOLUMETRÍA

Todos los elementos que no se pudieron medir con equipo topográfico mediante el procedimiento anterior, se midieron utilizando distanciómetros digitales, cintas manuales y flexómetros manuales, las mediciones se realizaron en planimetría y en elevación o profundidad para determinar volúmenes de obra. En el caso de las cimentaciones, se midieron las partes que afloran la superficie y las partes ocultas fueron contrastadas con los planos.

De esta manera se fueron registrando en libretas manuales y fotografías digitales las mediciones de acuerdo a cada elemento con su respectivo material con lo cual se obtendrán los datos para la elaboración de los rubros que componen las obras ejecutadas, esto se realizó tanto para obras civiles, en cuanto a obras eléctricas y electrónicas no existen trabajos ejecutados.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



En el caso de la malla a tierra, se determinó su implantación siguiendo los chicotes o terminales de cables junto a las cimentaciones de generadores, se utilizaron los planos y las mediciones topográficas para determinar las líneas de la malla a tierra y de esta manera se dibujó el plano respectivo de donde se obtuvieron las cantidades de obra. Ver Anexo 1.

## 1.6 RESULTADOS DE ENSAYOS NO DESTRUCTIVOS.

Los resultados de los ensayos no destructivos se presentan en el anexo de los numerales 9 y 10 de este informe, los resultados obtenidos se han contrastado con los informes técnicos elaborados por los funcionarios de CELEC EP en la fase de construcción.

## 1.7 RESULTADOS DE LAS MEDICIONES, PLANO DE IMPLANTACIÓN.

Los resultados de las mediciones, tanto del levantamiento topográfico, como de las mediciones realizadas en volumetría, se presentan en el anexo 11 de este informe y consisten en el plano de implantación de obras y las dimensiones de los diferentes elementos estructurales encontrados en el sitio.

## 1.8 RESULTADOS.

a. Los ensayos de mediciones de resistencia del hormigón endurecido, realizados a las estructuras de cimentación de los diferentes componentes de la subestación de generación eléctrica de 100 MW de EL SALITRAL, fueron ejecutados de manera aleatoria conforme se menciona en la oferta técnica y en el contrato de servicios de peritaje de TAXIA para CELEC EP.

b. Por las condiciones de producción de reactivos y evidencias en las investigaciones del presente informe pericial y, debido a la importancia del peritaje al proyecto, los trabajos de campo y gabinete ejecutados, para la obtención de los valores de resistencia a la compresión simple de hormigón endurecido en las obras mencionadas en el numeral anterior, no fueron confiados a personal técnico de nivel medio con nivel de formación "tecnólogo"; sino que, fueron ejecutadas directamente por el perito responsable y sus asistentes técnicos, todos con formación de ingenieros civiles, el perito técnico responsable con formación de cuarto nivel y los asistentes con formación de tercer nivel, se procedió de esta manera también para salvaguardar la confidencialidad del proyecto.

c. Los equipos utilizados en la ejecución de las pruebas de esclerometría, escáner de losas de cimentación hormigón armado, distanciómetro digital, cinta de medición




**Teléfonos:**
0996 335 316 / 0985 880 732   **Web**
www.taxia.com.ec   **Correo contacto**
info@taxia.com.ec


manual, flexómetro y calibrador, son nuevos y fueron adquiridos exclusivamente para este peritaje con la finalidad de evitar descalibraciones y/o mediciones erróneas por uso prolongado y/o desgaste, elongación de material en cintas de medición, desgaste en calibrador, descalibración original de equipos mecánicos y electrónicos, el esclerómetro cuenta con su certificado de calibración emitido por el fabricante y se adjuntó su imagen en el Anexo 1 del informe pericial. Los detalles de información de los equipos nuevos constan en el mismo Anexo 1 del informe pericial.

d. Se realizaron las pruebas de esclerometría en aplicación de la norma ASTM C805, tanto en campo como en gabinete. Se delimitó la zona a intervenir de manera aleatoria y sin un patrón de selección premeditado, la sección a evaluar fue considerada con una medida de 20 x 20 cm, se marcó con pintura roja, se aplicaron de 10 a 12 impactos en el hormigón, previo a su alisado y limpieza con el aditamento abrasivo incluido en el equipo, los impactos fueron distribuidos en la zona enmarcada y se ejecutaron a distancias de 3 a 4 cm de separación entre sí en las dos direcciones del cuadrante, se aplicaron impactos de manera vertical hacia abajo en las losas de cimentación, y; los impactos en muros, columnas y cimentación de los tanques de combustible fueron impactos en dirección horizontal, las curvas de transformación de R a Fck (resistencia característica del hormigón) utilizadas, corresponden a las curvas que se encuentran para la posición respectiva impartida por el fabricante del equipo.

e. Los valores de Fck (resistencia del hormigón característica) fueron corregidos restando del valor obtenido, el factor de corrección inserto en las mismas curvas de transformación descritas en el numeral anterior, posteriormente se calculó el valor f´c (resistencia a la compresión simple del hormigón a los 28 días) aplicando el percentil 85% a la tabla de datos obtenidos y que corresponden al Fck corregido, los valores obtenidos están en MPa por lo que fue necesario transformar esos resultados a kg/cm².

f. Los valores de f´c obtenidos para cada estructura analizada, se emplearán en las verificaciones estructurales que se realizarán en el informe técnico correspondiente y también se tomarán en cuenta para el precio del hormigón en la liquidación del proyecto respecto de la obra civil ejecutada en su parte pertinente.

g. Después de revisar los resultados obtenidos, se concluye que los hormigones empleados en la ejecución de las obras civiles son de buena calidad y aparentemente evidencian una resistencia adecuada para la función que desarrollarán dentro del proyecto, sin embargo, se aclara que su funcionalidad y eficiencia estructural finalmente será corroborada en el informe técnico de verificación estructural.




**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


h. Respecto de los aceros de refuerzo de losas de cimentación analizadas, se concluye que las losas están armadas conforme a los planos en los sitios donde se realizó el escaneo de manera aleatoria, el equipo tiene la capacidad de realizar el escaneo a una profundidad de 20 cm dentro de la masa de hormigón, por lo que se verificó el acero de refuerzo que generalmente está con un recubrimiento entre 4 y 7 cm en la cara superior o cara visible de elementos estructurales, se determinó que el espaciamiento entre barras de acero es 20 cm.

i. Respecto de las pruebas de ultrasonido para medir espesores de materiales, no fueron necesarias de ejecutar ya que, los materiales como perfiles, placas, vigas de acero, cubiertas metálicas, paneles de revestimiento lateral, perfiles de fijación, correas y demás elementos estructurales de acero o metálicos, están expuestos y su medición se realizó de manera directa con calibrador, de esta manera la precisión de medida es garantizada ya que es una medida directa.

j. En cuanto al levantamiento topográfico, se trabajó con estación total electrónica y un prisma para detección de puntos topográficos, de esta manera se fueron levantando y determinando las coordenadas de los puntos importantes de las estructuras como son, esquinas de losas, ejes de columnas, bordes de caminos, bordes de cajones de drenajes o cables eléctricos, perímetros de bases de tanques, etc.

Los datos obtenidos fueron procesados y finalmente se obtuvo el plano de implantación de obras existentes que fueron ejecutadas por PROGEN en la Central SALITRAL.

k. En lo que respecta a volumetría, se utilizaron equipos manuales y electrónicos para medición de vigas, pórticos, correas, placas, perfiles, paneles, canales de drenaje, espesores de losas, espesores de muros, dimensiones de placas de acero, y demás elementos que constituyen la obra ejecutada por PROGEN en SALITRAL, herramientas que servirán para establecer los volúmenes de obra ejecutada de los diferentes rubros.

l. Se concluye indicando que, el presente informe contiene las herramientas técnicas para proceder a la elaboración del informe técnico de verificación estructural y el informe técnico de liquidación de obras civiles ejecutadas.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


## 2    VERIFICACIÓN ESTRUCTURAL DE OBRAS CIVILES.

### 2.1    CARÁCTERÍSTICAS DE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.

Se construyeron las obras de cimentación de equipos (Generadores, Radiadores, Calderas, Transformadores, Filtros), tanques de combustible y otros (casa de máquinas, Subestación, Tanques diarios, Planta de Tratamiento, Cubetos, solo las estructuras de tanques de combustible , transformador, generadores, radiadores, eje R de la casa de máquinas, subestación, y caleras principales tienen cimentaciones profundas con tubería de acero sin costura cedula 40 de entre 10 y 12 pulgadas y con longitudes de hincado de entre 18 y 22.50 m, mientras que; los cubetos, la casa de máquinas, los filtros HFO4/HFO6, Planta de tratamiento de agua, pipe rack, luminarias, compresor de aire, trincheras y generador auxiliar no están apoyadas sobre pilotes; las losas de hormigón armado de cimentaciones de 240 kg/cm2 de resistencia a la compresión, están apoyadas sobre los pilotes mediante placas de acero de apoyo, las losas de cimentación están doblemente armadas con acero estructural con límite de fluencia de 4200 kg/cm2, en el caso de las losas de hormigón que no disponen de pilotes, se apoyan directamente sobre el replantillo que está sobre la capa de mejoramiento compactado.

Por lo tanto, se verificó la construcción de las diferentes obras civiles para cimentaciones de equipos y tanques de combustible de generación terrestre SALITRAL, NO EXISTEN EVIDENCIAS DE DAÑO ESTRUCTURAL, la estación de generación eléctrica dispone de varias losas de cimentación de maquinaria y demás componentes de la generación terrestre con juntas de construcción entre sí, canales de drenaje vial, ductos para cables y tuberías, muros de cubetos y otros.

**FOTOGRAFÍA AEREA DE LA CENTRAL DE GENERACIÓN SALITRAL.**



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec




## 2.2 DESCRIPCIÓN DEL MODELO ESTRUCTURAL.

Para el presente proyecto, la verificación estructural que realizamos para esta estación de generación eléctrica contempla el análisis de su configuración estructural como ya se determinó anteriormente y se detalla a continuación:

**a.- CIMENTACIONES. –**

La estación de generación eléctrica se compone de varios componentes de obra civil, las cimentaciones están conformadas por las losas o placas de hormigón armado en cada espacio de acuerdo al proyecto de la estación de generación eléctrica, la misma que trabaja sosteniendo la estructura en el caso del cuarto de control y tanques de combustible; y, sosteniendo y dando apoyo a los equipos en caso de maquinarias y tuberías mediante una placa de apoyo y los pilotes empotrados en su base.

Las cimentaciones han sido calculadas y verificadas por TECHNOUTILITY S.A. y su perito especialista estructural encargado de este análisis como parte de TAXIA que es el perito contratado, para las diferentes cargas actuantes como; carga muerta + impacto o vibraciones de maquinaria (Out Tables Sap 2000). Carga viva en cuarto de control, combinaciones con sismo en X y sismo en Y actuante sobre los equipos, en especial para la combinación RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO Iy por ser





**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



las más críticas y aplicables en nuestro país; y, las cimentaciones han sido verificadas con sus secciones para las fuerzas de trabajo donde fueron analizadas las cuantías de acero de la estructura.

Una vez que se verificaron las fuerzan internas de la estructura de cimentación con las cargas antes descritas, se procedió a la modelación en Sap 2000 V21 del sistema, el modelo de igual manera se trabajó con cada uno de los elementos de la cimentación como son: losa base, placa de apoyo; y, pilotes de acero ASTM A 53 Gr B.

Todo este sistema modelado en elementos finitos fue analizado en el software, dentro del cual se ha calculado para las combinaciones de carga RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO Iy utilizando como material el hormigón armado y el acero.

La carga muerta más impacto o vibraciones son transmitidas a la losa o placa de cimentación y simultáneamente se transmite a los pilotes y éstos transmiten la carga al suelo de cimentación por la punta; el lecho es una masa de suelo con dos capas conformada por material arcillo arenoso superficialmente de alta compresibilidad de 7 m de profundidad aproximadamente y una capa de limo arcilloso medianamente compacto en profundidades mayores desde los 7 m hacia los 12.50 m de profundidad donde se disiparán los esfuerzos.

De acuerdo al material del subsuelo observado en los estudios de suelos, no se consideró resistencia en el suelo por fricción con los pilotes, por lo tanto, el fuste no aporta a la capacidad de carga de los pilotes; el material encontrado en las profundidades ya es de tipo limoso con arena con un ángulo de fricción interno de 35°, esta capacidad de carga será analizada más adelante.

**GRÁFICO ELEVACIÓN CIMENTACIÓN.**



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec





**b.- ESTRUCTURA. –**

La estructura de la estación de generación eléctrica está compuesta por:

CASA DE MÁQUINAS

La casa de máquinas se conforma por pórticos de elementos de alma llena de acero, se verificó para las combinaciones de carga RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO Iy. Adicionalmente está la envolvente que abarca todas las combinaciones de carga anteriores.

La carga muerta es la sumatoria del peso de toda la estructura, el peso de los elementos de acero ASTM A 36 + peso propio de los diafragmas y correas de acero ASTM A 36, peso de cubiertas y frisos de acero, estos elementos se encuentran unidas entre sí monolíticamente mediante pernos y conectores, y; los diafragmas que son perfiles UPN fabricados con acero A 36 localizados en sitios específicos a lo largo del eje longitudinal X-X del modelo.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


**GRAFICO DE LA ESTRUCTURA DE LA CASA DE MÁQUINAS.**



Las vigas de alma llena en conjunto con las correas, aleros, y diafragmas fueron verificadas en Sap 2000 V21, y, se aplicaron cargas de diseño conforme lo establece la normativa citada en este informe, las cargas aplicadas fueron: carga viva, carga muerta, carga de viento para cubierta y friso.

## 2.3 CALCULO ESTRUCTURAL.

Las estructuras construidas, verificadas y descritas anteriormente, han sido sometidas a revisión motivo del presente análisis estructural, se nos han entregado los planos del diseño de manera parcial en formato PDF, se ha procedido al cálculo de las cargas de acuerdo a la información que consta en los planos y a lo verificado en sitio como secciones, dimensiones de elementos, carga de servicio. El modelo en Sap 2000 de las estructuras simulan su apoyo en las cimentaciones de hormigón armado, los mismos que serán analizados en el modelo, se analizará la losa de cimentación de los tanques, pero no los tanques de combustible para la estación de generación eléctrica, por no tener función estructural en la estabilidad de la estructura de la cimentación al sismo, se analizarán las demás cimentaciones de manera aleatoria.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


## 2.4   CODIGOS Y NORMAS

Para el cálculo se adoptó las especificaciones mencionadas en este informe y de igual manera el programa Sap 2000 realiza el análisis del hormigón armado mediante el código ACI 318.

Como norma fundamental para el análisis sísmico de la estación de generación eléctrica se ha considerado la Norma Ecuatoriana de la Construcción NEC-2015, se ha tomado como guía el Libro Peligro Sísmico 1 y 2, secciones 3, 4, 5 y 6.

## 2.5   CARGAS SOBRE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.

En el análisis, se ha considerado los siguientes valores de peso propio: de las losas de cimentación de hormigón armado peso de 2400 Kg/m3, para el peso específico del acero de la estructura el programa SAP2000 V21 calcula automáticamente el peso propio de cada uno de los elementos que intervienen en la estructura de la casa de máquinas de la estación de generación eléctrica metálica, haciendo intervenir en cada una de las combinaciones de carga requeridas por LA nec-2015. El peso específico del acero es de 7850 kg/m3.

## 2.6   ESTUDIO DE CARGAS

### a.  CARGA MUERTA.

Dentro de la modelación en Sap 2000 V21 se consideraron los siguientes valores en la asignación de cargas:

Carga muerta distribuida permanente de la losa de cimentación:

Losas cimentación:              varios de acuerdo al equipo (t/m2)        Ver Informe estructural.

### b.  CARGA VIVA.

Para las cimentaciones de equipos y tanques no existe carga viva.
Para la cimentación del cuarto de control, la carga viva se consideró de 0.20 ton/m2, se utilizó esta carga equivalente para el cálculo en Sap 2000 V21.

### c.  CARGA DE VIENTO

En el caso de las cimentaciones y tanques, no se tomaron en cuenta las cargas de viento debido a que no afectarán a la cimentación.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


En el caso de la casa de máquinas, las cargas de viento son importantes para este tipo de estructuras como naves industriales y galpones, ya que en nuestro país existen velocidades de viento que han causado el colapso de estructuras y cubiertas metálicas.

En el anexo de cálculo se detalla el proceso de análisis de carga de viento utilizando la norma **ASCE 7-16** (versión 2016).

La carga de viento empleada en el análisis es:

**CUBIERTA:**

CwB = -0.154 Ton/m2    Borde de cubierta.
CwD = -0.222 Ton/m2    Centro de cubierta.
CwE = -0.257 Ton/m2    Esquina de cubierta.

**FRISO:**

CwpB = 0.137 Ton/m2    Sotavento Friso.
CwpS = -0.08 Ton/m2    Barlovento Friso.

En el caso de las cimentaciones y tanques, no se tomaron en cuenta las cargas de viento debido a que no afectarán a la cimentación.

**d. CARGA SÍSMICA**

En el cálculo de la estación de generación eléctrica se ha considerado la zona sísmica de la ciudad de SALITRAL de la provincia del Guayas y el espectro de diseño se incluye en el programa Sap 2000 V 21 para NEC - 2015. El coeficiente sísmico usado es 0.28 para cimentaciones.

**e. ESFUERZOS POR TEMPERATURA.**

No se analizaron esfuerzos por temperatura en vista de que, en SALITRAL no existe gradiente térmico importante.

**f. ESFUERZOS POR VIBRACIÓN DE MAQUINARIA O MOVIMIENTO DE FLUIDOS.**

Se tomó en cuenta esfuerzos por vibraciones de motores y maquinaria, así como los movimientos de fluidos en tanques de combustibles, con un factor de mayoración de la carga por impacto, el factor de impacto considerado es del 30%. Ver anexo.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



## 2.7 COMBINACIONES DE CARGA

**CIMENTACIONES:**

Se consideraron las siguientes combinaciones de carga y su envolvente:

RESISTENCIA I
EVENTO EXTREMO Ix
EVENTO EXTREMO Iy
ENVOLVENTE.

El diseño de los elementos de acero de las cimentaciones de cuarto de control y demás equipos, tanques e instalaciones, se realiza automáticamente por el programa el cual hace los cálculos internamente considerando el caso más desfavorable, tomando en consideración los esfuerzos máximos por envolvente, el programa ejecuta el cálculo con carga muerta + impacto más carga viva más viento y más sismo CSx y CSy aplicado en el centro de gravedad de todos los elementos finitos de acuerdo a los estados límites, cargas de servicio de acuerdo a la NEC – 2015.

## 2.8 MATERIALES

El material predominante en la estructura de cimentaciones de la estación de generación eléctrica, es el hormigón armado con acero de refuerzo, también las placas de acero A 36 y los tubos de acero A 53 Gr B sin costura que constituyen los pilotes.

De acuerdo con las especificaciones de la estructura se ha considerado un valor de fy = 2500 kg/cm2 para la resistencia a la Fluencia del Acero A 36 y 3500 kg/cm2 para A 53 Gr B y ASTM A572 en el cálculo.

## 2.9 PROCESAMIENTO DE DATOS

Todo el conjunto de las estructuras fue procesado con la ayuda del programa SAP2000 V21 Profesional PROGRAM ANÁLISIS STRUCTURES, este programa ejecuta el análisis estructural mediante elementos finitos, una vez calculada la estructura se tiene como resultados, los diagramas de deformadas, esfuerzos y reacciones en los apoyos. De estos diagramas se puede obtener los datos numéricos en cualquier punto de la estructura, así como los esfuerzos máximos y mínimos.

Para el caso de los elementos de hormigón armado, el programa permite obtener el acero de refuerzo de las losas de cimentación en las caras superior e inferior; y, en las direcciones x-x (1 en Sap 2000); y, y-y (2 en Sap 2000).



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec





El cálculo de las estructuras de acero se lo realiza con el código AASHTO STEEL que se encuentra incluido en este programa.

## 2.10 CHEQUEO DE LOS ELEMENTOS METALICOS:

Para el diseño de los elementos metálicos en viga de alma llena se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos AASHTO LRFD y AISC-ASD89, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el radio de interacción de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de la superestructura metálica.





**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



## 2.11 CHEQUEO DE LAS ELEMENTOS DE HORMIGÓN ARMADO QUE NO SON CIMENTACIONES.

Para el diseño de los elementos de hormigón armado se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos ACI-318, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el acero de refuerzo de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de las estructuras.

El programa permite verificar la sección de acero por metro lineal de estructura Shell o placa, este valor será verificado con el acero colocado en obra y que consta en los planos As Built del proyecto.

## 2.12 DISEÑO DE LAS CIMENTACIONES

Para el diseño de los pilotes de acero y las losas de cimentación de hormigón armado como cuerpo monolítico se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos ACI-318, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el acero de refuerzo de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de las cimentaciones y en lo que respecta a pilotes de acero, verifica que los esfuerzos externos no sobrepasen la capacidad admisible del material.

Dentro del software de análisis estructural, se incluyeron los parámetros de análisis en elementos como losas de cimentación y pilotes a fin de determinar los valores de Springs para el cálculo.



El Análisis estructural completo se encuentra en el Anexo 1 del Informe Estructural.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


**2.13 RESULTADOS.**

- Las estructuras que fueron verificadas son: Casa de máquinas, cimentación de casa de máquinas, cimentación de generadores, cimentación de radiadores, cimentación de tanques diarios fundaciones, 1, 2 y 6, y; cimentación de Tanque de combustible T-S0001 HFO.

- Las estructuras de la casa de máquinas de la estación de generación eléctrica Salitral fueron verificadas en dos modelos realizados en el espacio del programa Sap – 2000 V21, un modelo analizó la estructura de la casa de máquinas estación de generación eléctrica conformada por pórticos de alma llena fabricadas con acero estructural ASTM A 36, correas y diafragmas, tanto horizontales como verticales conformados por perfiles Z150x80x2 de acero estructural ASTM A 36, cubiertas y frisos de 0.65 mm de espesor como revestimiento, en otro modelo se analizó la cimentación de la casa de máquinas por separado.

- Con este antecedente, el segundo modelo sirvió para verificar las losas de cimentación de la casa de máquinas, puesto que por información de CELEC EP, se sabe que fueron construidos con un cambio a la cimentación eliminado los pilotes y colocando mejoramiento debajo de las placas de cimentación en una profundidad que llega al nivel -1.20 m medido desde la cara superior de la losa de cimentación, de esta manera fue verificada la cimentación de la casa de máquinas.

- De igual manera, de forma aleatoria se verificaron las cimentaciones del tanque de combustible T-S0001 HFO, generadores, radiadores, y tanques diarios Fundación 1, 2 y 6, conformados por placas o losas de hormigón armado y pilotes de acero hincados, todos conformados con hormigón armado de 240 kg/cm2 y tubos de acero A 53 Gr B que llegan a 22.50 m y 18.00 m de profundidad de acuerdo al tipo de cimentación conforme consta en el anexo de cálculo.

- La estructura de la casa de máquinas y las cimentaciones de la estación de generación eléctrica se verificó para las cargas de servicio, carga viva, carga muerta más impacto y carga de viento; y, se comprueba el funcionamiento adecuado de las estructuras de la estación de generación eléctrica de manera monolítica conforme se encuentran construidas, dentro del análisis se ha tomado en cuenta el espectro de diseño de la NEC-2015 incluida en el programa Sap - 2000 V21.

- Se comprobaron las secciones de acero de la estructura de la casa de máquinas como pórticos, correas y diafragmas con su cubierta y frisos, comprobándose que funcionan adecuadamente para las cargas de servicio, combinación de carga: Resistencia I, la misma que incluye carga viva + carga muerta y carga de viento en sotavento y barlovento con estados límite que exige la norma NEC-2015; **demostrándose que la estructura es segura**.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



- Se comprobó también para las combinaciones de carga: Evento extremo I, la misma que incluye carga viva y carga muerta con estados límite NEC-2015, Sismo en la dirección X y Sismo en la dirección Y del sistema de coordenadas de Sap 2000, dentro de las mismas se consideró el sismo diagonal (SCx 100% y SCy 30% o viceversa); las cuales se analizaron con el espectro de diseño para la zona sísmica del cantón Guayaquil en la provincia de Guayas en cumplimiento de la Norma NEC-2015; **demostrándose que la estructura es segura** incluido el análisis para la carga de viento en sotavento y barlovento en cubierta y en friso lateral.

- Los módulos de balasto de la capa de mejoramiento fueron calculados para material granular conforme se ha colocado bajo la cimentación y los springs de esquinas, exteriores e interiores en los joints de las losas de cimentación fueron calculados para las áreas discretizadas conforme a sus dimensiones y geometría de la losa y disposición de los pilotes.

- De igual manera se comprobó la cimentación incluidos los pilotes de manera monolítica, en el modelo para cada cimentación se incluyeron los springs calculados para el lecho arcilloso y limo arcilloso que, de acuerdo al estudio de suelos se presentan en dos capas, la primera a una profundidad de 13 m y la segunda a partir de esta profundidad sobrepasando la profundidad de 22.50 m, donde en el primer caso se consideró una capacidad de carga del lecho arcilloso de 4 ton/m2 y en el lecho limoso una capacidad de carga de 10 ton/m2, y; el suelo del primer estrato con f=20 grados y el suelo del estrato profundo con f=30 grados, datos que fueron correlacionados con la información de los estudios de suelos del proyecto obteniéndose módulos de balasto aplicando las tablas de Morrison y Bowles similares a los obtenidos en los estudios de suelos del proyecto.

- Se calcularon springs para pilotes con el Módulo de Balasto vertical, los springs calculados corresponden a cada capa de suelo donde se hincaron los pilotes, tomando en cuenta el Módulo de balasto de la capa superior de 13 m de potencia y el Módulo de balasto de la capa inferior que va desde los 13 m hacia abajo a la punta del pilote. Con ese criterio se calcularon los springs de confinamiento horizontal para las direcciones x y y en joints y en frames, los pilotes fueron discretizados en longitudes de 1.00 m, no se consideró resistencia al fuste en pilotes por lo que, **no se consideraron spring en la dirección vertical**, con la hipótesis de análisis de absorción de carga del pilote a la punta; se calcularon springs en el joint de punta del pilote para x, y y z.

- Con estas consideraciones, el sistema fue analizado y calculado para el suelo local. Se calculó cada estructura para la combinación de carga: Resistencia I, la misma que incluye carga muerta (DEAD + 30% impacto y vibración), con estados límite que exige la norma NEC-2015; **demostrándose que las estructuras son seguras**. Se comprobó también para las combinaciones de carga: Evento extremo I (x e y), la misma que incluye: carga muerta (DEAD+ 30% impacto y vibración), Sismo en la dirección X + 30% Sismo en la dirección Y del sistema de coordenadas de Sap 2000,



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



y; carga muerta (DEAD+ 30% impacto y vibración), Sismo en la dirección Y + 30% Sismo en la dirección X del sistema de coordenadas de Sap 2000, las cuales incluyen el espectro de diseño para la zona sísmica del cantón Guayaquil en la provincia de Guayas en cumplimiento de la Norma NEC-2015; **demostrándose que la estructura es segura, tanto para estabilidad como para resistencia interna de la estructura**.

- La verificación de las cimentaciones se realizó con un hormigón estructural de 240 kg/cm2 de resistencia a la compresión simple a los 28 días como medida conservadora de seguridad en lugar de los más de 300 kg/cm2 de resistencia que consta en los resultados de ensayos con esclerómetro ejecutados, obteniéndose como resultado que el proyecto es seguro con esta premisa de cálculo.

- Los asentamientos de los pilotes calculados en los diferentes análisis realizados a 7 estructuras de cimentación de la Central SALITRAL, en ningún caso, sobrepasan los 3 mm, de igual manera los desplazamientos laterales de las losas de cimentación en ningún caso sobrepasan los 4 mm, resultados que son aceptables para las estructuras analizadas.

- De igual manera, las derivas de piso de los pórticos de la estructura de la casa de máquinas, están en el rango aceptable ya que no superan el 2 % de la altura de la estructura, conforma lo establece la NEC-2016.

- Se calcularon las capacidades de carga de los pilotes de 12 pulgadas de diámetro y 22.50 m de longitud, así como, para pilotes de 10 pulgadas de diámetro y 18 m de longitud, tomando en cuenta los log de perforación de los estudios de suelos realizados en Salitral, se determinó la capacidad de carga de los pilotes a partir de datos de entrada como, diámetro de pilote, longitud de pilote, tipo de suelo del lecho, N60 obtenido en ensayos SPT, determinándose que la carga en la punta de los pilotes es menor a la capacidad de carga de pilotes, consecuentemente la estructura es segura.

- Por lo tanto, Las obras civiles para la Central SALITRAL ubicada en el cantón Guayaquil de la provincia del Guayas; cumple con los requisitos de diseño de la NEC-2015 en cuanto a condiciones sismo resistentes.

- Las cargas o solicitaciones que reciben las cimentaciones de los diferentes equipos y tanques en Salitral, son relativamente bajas en comparación con las dimensiones de secciones y materiales de los elementos que constituyen esas estructuras, determinándose cargas aplicadas a las cimentaciones relativamente bajas, con esta determinación se concluye que las estructuras son seguras y su funcionamiento está garantizado para el uso que van a prestar en la Estación de Generación Terrestre Salitral.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



# 3 LIQUIDACIÓN ECONÓMICA OBRAS CIVILES

## 3.1 INTRODUCCIÓN.

El presente informe tiene por objeto detallar el proceso de liquidación de la obra civil ejecutada, incluyendo la determinación de volúmenes, análisis económico, resultados de control de calidad y la valoración final de la obra realizada y materiales no instalados.

La liquidación se efectúa en conformidad con el contrato suscrito, los planos aprobados, las especificaciones técnicas MOP-F-2002, y la normativa vigente para obras públicas.

La liquidación comprende:

- La obra ejecutada y verificada en campo, contrastada con los planos del proyecto.
- Los ensayos no destructivos practicados sobre los trabajos, los cuales resultaron satisfactorios.
- La determinación de volúmenes de obra mediante mediciones de campo.
- El análisis de precios unitarios considerando equipos, materiales, mano de obra, transporte y costos indirectos.
- La valoración de materiales existentes en el sitio y no instalados.

## 3.2 DETERMINACIÓN DE RUBROS EJECUTADOS.

Los rubros ejecutados en el sitio del proyecto, se pudieron identificar el la inspección y observación de la obra ejecutada al momento de la visita a la Central SALITRAL.

### a) Metodología de Liquidación: Determinación de Volúmenes

- Se efectuaron mediciones en campo, con personal técnico y equipo topográfico especializado.
- Los volúmenes fueron cotejados con los planos del proyecto, ajustando las diferencias de obra ejecutada respecto a la planificada.

### b) Control de Calidad
- Se realizaron ensayos no destructivos (END) sobre elementos estructurales y acabados, garantizando que cumplen las especificaciones.
- Los resultados fueron satisfactorios, avalando la calidad de los trabajos liquidados.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


c) **Análisis de Precios Unitarios**

- Los precios unitarios se determinaron tomando en cuenta:
    - Equipos y herramientas empleados.
    - Materiales y suministros utilizados.
    - Mano de obra calificada y no calificada.
    - Transporte y logística.
    - Costos indirectos correspondientes.
- Se verificó que los precios se ajustan a las condiciones del mercado y a la zona geográfica de ejecución.

d) **Consideración de Materiales No Instalados**
- Se levantó un inventario de materiales que permanecen en obra y no fueron instalados.
- Dichos materiales forman parte de la liquidación como activos disponibles.

## 3.3  DETERMINACIÓN DE CANTIDADES DE OBRA POR RUBRO.

La cuantificación de la obra se realizó mediante un proceso técnico sustentado con mediciones de campo y la revisión de planos constructivos, garantizando así la precisión en la determinación de los volúmenes ejecutados.

Para facilitar el análisis y la verificación, se elaboraron gráficos representativos de las medidas obtenidas, los cuales agruparon los rubros en función de los diferentes grupos de obra.

Esta metodología permitió englobar partidas semejantes dentro de bloques de ejecución, logrando un mayor orden y claridad en la presentación de resultados.

Asimismo, cada bloque de obra ejecutada fue documentado con su respectivo gráfico y posteriormente impreso en el anexo de cantidades de obra, lo que aseguró la trazabilidad de la información y la transparencia en la liquidación.

El enfoque gráfico complementó de manera efectiva las mediciones numéricas, permitiendo validar de forma visual los avances y volúmenes liquidados. Esto facilitará la comprensión de la información técnica.

En consecuencia, la cuantificación resultó clara, verificable y confiable, cumpliendo con los criterios técnicos y administrativos establecidos para pericias en nuestro país.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


## 3.4 DETERMINACIÓN DE PRECIOS UNITARIOS PARA LA LIQUIDACIÓN DE OBRAS.

Los resultados de los análisis de precios unitarios se presentan en el anexo del numeral 10 de este informe.

### a. COSTOS DIRECTOS.

En el contexto de la construcción en Ecuador, los costos directos representan una parte fundamental del presupuesto de obra. Estos costos corresponden a todos los recursos que intervienen de forma inmediata en la ejecución de un proyecto, es decir, aquellos que se asignan directamente a cada partida del presupuesto. La correcta identificación y cuantificación de estos costos es vital para garantizar la viabilidad técnica y financiera del contrato.

### Definición de Costos Directos

Los costos directos incluyen materiales, mano de obra, equipos y herramientas necesarias para llevar a cabo las actividades descritas en las especificaciones técnicas del proyecto. Se caracterizan porque pueden ser medidos y relacionados de manera precisa con una unidad de obra determinada.

### Componentes de los Costos Directos

Los principales componentes de los costos directos en una obra en Ecuador son:

- Materiales: Insumos como cemento, agregados, material granular de mejoramiento, acero de refuerzo, acero estructural en perfiles y planchas, tuberías, entre otros.
- Mano de obra: Costos asociados a jornales y salarios del personal directamente involucrado.
- Equipos y herramientas: Maquinaria y herramientas menores utilizadas en el desarrollo de las actividades.
- Transporte y logística interna: Movilización de materiales y equipos dentro del sitio de obra.

### Normativa Ecuatoriana

En Ecuador, los contratos de obras públicas deben regirse por las disposiciones de la Ley Orgánica del Sistema Nacional de Contratación Pública (LOSNCP) y el Reglamento General a la LOSNCP. Estas normativas establecen que el contratista debe presentar una desagregación detallada de los precios unitarios, identificando claramente los costos directos, en el presente caso, el contrato por emergencia no



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


contempla la elaboración de estos costos, es por esta razón que, dentro de este peritaje, al tratarse de un contrato que se encuentra terminado de manera unilateral con la aplicación del art. 95 de la LOSNCP, a fin de poder ejecutar la liquidación del contrato, con lo que respecta a obra civil se está desarrollando la liquidación del proyecto.

## b. COSTOS INDIRECTOS

Para el presente peritaje, los costos Indirectos a analizar corresponden a los costos indirectos en contratos con empresas extranjeras en Ecuador.

Los costos indirectos representan una parte esencial en la planificación económica de cualquier proyecto de ingeniería o construcción. Cuando se trata de contratos celebrados con empresas extranjeras que operan en territorio ecuatoriano, estos costos deben analizarse con especial atención debido a las implicaciones fiscales, legales y administrativas que conllevan.

Este peritaje expone los principales componentes de los costos indirectos y su aplicación práctica en este contrato internacional dentro de Ecuador, como parte del objeto de la pericia, incluyendo los impuestos que deben considerarse.

### Componentes de los Costos Indirectos

Los costos indirectos no están directamente relacionados con la ejecución física de la obra, pero son indispensables para su gestión y operación. A continuación, se detallan los rubros considerados dentro de la liquidación de costos indirectos en el CONTRATO EMERGENTE Nro. TPI-CON-0067-24, ejecutado en Ecuador:

- Estudios y diseños
- Costos administrativos
- Costos financieros
- Dirección de obra
- Garantías
- Locales provisionales
- Prevención de accidentes
- Promoción
- Seguros y cargas sociales
- Servicios públicos
- Vehículos
- Utilidad
- Impuestos y otras obligaciones



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


**Consideraciones para Empresas Extranjeras Contratistas en Ecuador**

Las empresas extranjeras que participan en contratos dentro del territorio ecuatoriano están sujetas a una serie de obligaciones fiscales y legales. Es fundamental que dichos costos se integren como parte de los costos indirectos del proyecto. Los elementos clave incluyen:

- Retención del Impuesto a la Renta (25% - 37% dependiendo del caso)
- Impuesto al Valor Agregado (IVA) del 12%
- Contribuciones a la seguridad social si se contrata personal local
- Requisitos de registro ante el Servicio de Rentas Internas (SRI)
- Obtención de RUC (Registro Único de Contribuyentes)
- Registro como proveedor del Estado (si aplica)

**Aplicación en este peritaje.**

Al ser un contrato con una empresa extranjera, se debe establecer una estructura de costos en la que los costos indirectos representen entre el 15% y 30% del costo directo, el mismo que depende de la magnitud del proyecto y los riesgos asociados. Es importante prever los pagos anticipados de impuestos y garantías, así como los costos derivados de la adaptación legal al entorno ecuatoriano.

El costo indirecto calculado es del 28.50 % del costo directo, el mismo que se desglosa y se calcula en el anexo de análisis de precios unitarios y liquidación de obra.

**c. COSTO TOTAL.**

El costo total será la suma de los costos directos más los costos indirectos, en el análisis de precios unitarios se calcula el costo total sumando esos dos componentes, se puede verificar esos costos en el anexo de e análisis de precios unitarios y liquidación de obra.

**3.5 PRESUPUESTO DE OBRA EJECUTADA.**

**Los** resultados de las mediciones, tanto del levantamiento topográfico, como de las mediciones realizadas en volumetría, se presentan en el anexo 11 de este informe y consisten en el plano de implantación de obras y las dimensiones de los diferentes elementos estructurales encontrados en el sitio.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


### 3.6  RESULTADOS.

a. Respecto de la liquidación de obras civiles del proyecto, se realizó con base en los volúmenes reales de obra ejecutada, determinados mediante mediciones en campo y contrastados con los planos del proyecto por el personal técnico de TAXIA.

b. También, los ensayos no destructivos aplicados confirmaron la calidad de los trabajos, siendo satisfactorios y garantizando la funcionalidad de las estructuras para el fin que se requiere, premisa que se confirmó con la verificación estructural de las obras ejecutadas.

c. Además, la cuantificación de los volúmenes de obra refleja fielmente la magnitud de los trabajos ejecutados en sitio, las dimensiones fueron verificadas por el equipo pericial durante las inspecciones de campo.

d. También, los precios unitarios elaborados y empleados en la liquidación de la obra civil de SALITRAL, corresponden a la zona y localización geográfica del proyecto, garantizando su pertinencia y equidad económica.

e. Para la elaboración de los precios unitarios, se tomaron en cuenta todos los recursos empleados en la ejecución de las obras: como equipos, materiales, mano de obra, transporte y costos indirectos de ejecución del proyecto.

f. Dentro del análisis de precios unitarios, se siguieron los criterios establecidos por las buenas prácticas vigentes, evitando costos injustificados.

g. Los costos indirectos corresponden a los componentes necesarios del proyecto para las condiciones particulares de la Subestación de Generación Eléctrica de SALITRAL.

h. También, los rubros que intervienen en la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, cumplen con las especificaciones técnicas MOP-F-2002, cumpliendo con la normativa rectora en territorio nacional.

i. Adicionalmente, la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, contempla tanto la obra ejecutada, como los materiales existentes en el sitio no instalados, los cuales forman parte del balance final.

j. Es preciso indicar que, las mediciones fueron verificadas en presencia de las partes, garantizando la transparencia del proceso pericial.

k. También indicamos que, los ensayos no destructivos realizados certifican que los materiales y procedimientos empleados cumplen con los requisitos de resistencia y funcionalidad para garantizar la estabilidad de las estructuras y funcionamiento normal de la maquinaria y tanques de combustible que sostendrán en su vida útil.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


l.  Una vez obtenidos los resultados de ensayos no destructivos, no se identificaron deficiencias técnicas que afecten la funcionalidad de las estructuras ejecutadas, por este motivo fueron cuantificados en la liquidación económica todos los rubros ejecutados.

m.  Después de realizados los trabajos de campo y gabinete, se concluye que, la metodología empleada para la medición de volúmenes asegura la objetividad de los resultados.

n.  También, el control de calidad implementado durante la ejecución respalda la confiabilidad de los volúmenes liquidados, pues existen informes con registros fotográficos y comentarios que coinciden con las pruebas obtenidas en la investigación pericial.

o.  Los planos de diseño fueron respetados y fueron verificadas en campo en lo que respecta a obra visible, esta información y la información de los Informes de Verificación Estructural y de Ensayos no Destructivos, fueron usados como base de verificación en la liquidación.

p.  La ejecución de la obra se realizó bajo estándares de seguridad y medio ambiente, lo cual respalda la conformidad de la liquidación, no existe evidencia de lo contrario en el expediente que fue puesto a consideración de TAXIA.

q.  La liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, refleja los costos reales de ejecución, sin generar sobrevaloraciones u omisiones en perjuicio de una de las partes.

r.  Los análisis de precios unitarios son consistentes con los índices de mercado local, costos de materiales a nivel local y regional, costos de equipos competentes, costo de mano de obra calificada y no calificada regional, y; costos indirectos de todos los componentes necesarios para la ejecución del proyecto.

s.  El balance económico determinado por esta pericia, muestra coherencia entre presupuesto contratado y obra ejecutada.

t.  Además, los materiales no instalados fueron debidamente inventariados y valorados en la liquidación.

u.  La liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, cumple con el propósito de la pericia y está dentro del marco contractual establecido, por lo que será la herramienta para la resolución del contrato.

v.  El procedimiento seguido en la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, garantiza la transparencia y trazabilidad de la información.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



w.  La liquidación final de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, evidencia que la obra cumple parcialmente con los objetivos técnicos, económicos y contractuales previstos en el proyecto por no haber sido concluida en el plazo establecido, **EL MONTO TOTAL EJECUTADO ENTRE OBRA CIVIL Y ELÉCTRICA ASCIENDE A U$D 10,541,871.64 DIEZ MILLONES QUINIENTOS CUARENTA Y UN MIL OCHOCIENTOS SETENTA Y UNO CON 64/100 DOLARES DE LOS ESTADOS UNIDOS DE AMERICA.**

x.  Luego de aplicar un estudio basado en Normas Internacionales de Valoración (IVS por sus siglas en inglés) el (los) perito(s) delegado(s) así como TAXIA a través de su perito revisor, declaran bajo juramento, con conocimiento pleno de las causas de perjurio, que el peritaje realizado del bien en el presente informe es veraz, fidedigno y real, cuyos resultados finales son los que se presentan a continuación:

| LIQUIDACIÓN ECONÓMICA OBRA CIVIL SALITRAL | | |
|---|---|---|
| **ITEM** | **DESCRIPCION** | **COSTO U$D** |
| 1 | RESÚMEN DE LIQUIDACIÓN ECONÓMICA OBRA CIVIL | 10,430,513.66 |
| 2 | LIQUIDACIÓN ECONÓMICA DE MATERIALES SOBRANTES NO INSTALADOS | 64,317.07 |
| 3 | LIQUIDACIÓN ECONÓMICA DE OBRA ELÉCTRICA | 111,357.98 |
| | **TOTAL U$D** | **10,606,188.71** |

EL TOTAL OBRA CIVIL MÁS MATERIALES SIN INSTALAR ASCIENDE A U$D 10.606.188,71 DIEZ MILLONES SEISCIENTOS SEIS MIL CIENTO OCHENTA Y OCHO CON 71/100 DOLARES DE LOS ESTADOS UNIDOS DE AMERICA.

## 4    COMPONENTE ELECTROMECÁNICO

### 4.1   Objeto del Informe

El presente Informe Ejecutivo resume los principales hallazgos derivados de la inspección visual y revisión técnica pericial practicada a las diecisiete (29) unidades de generación térmica y sus sistemas auxiliares suministradas por PROGEN en la Central Salitral, conforme al contrato emergente TPI-CON-0062-24 suscrito con CELEC EP – TERMOPICHINCHA.

La evaluación comprende el análisis de:

- *Unidades de generación*: estado de conservación, características técnicas, condiciones de fabricación y trazabilidad.
- *Sistemas mecánicos y de combustible*: tanques de almacenamiento, sistemas de bombeo, tuberías, acondicionamiento y transferencia de HFO6 y diésel.




**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


- *Sistemas eléctricos*: switchgear, transformadores principales y auxiliares, subestación elevadora, protecciones y medición comercial.
- *Balance of Plant (BOP)*: sistemas auxiliares de aire comprimido, agua de enfriamiento, lubricación, contra incendios, MCCs de 480 V, control e instrumentación.

Se establece de manera objetiva el grado de cumplimiento del contratista respecto a lo exigido por CELEC EP, identificando las no conformidades, riesgos técnicos y contractuales, y determinando la viabilidad de la central para su integración al Sistema Nacional Interconectado (SNI) en las condiciones actuales.

## 4.2   Alcance Metodológico

La auditoría se realizó mediante inspección técnica visual y documental, sin intervención operativa ni pruebas dinámicas, conforme el alcance del contrato. Se aplicó un protocolo técnico de trazabilidad por sistemas y subsistemas, respaldado en registro fotográfico, experiencia profesional y normativa aplicable.

## 4.3   Principales Hallazgos

### 4.3.1   Condiciones de Fabricación y Conservación:

Se evidenciaron indicios de defectos comunes de manufactura y deterioro, tales como oxidación generalizada, conexiones incompletas, partes ausentes, discrepancias y presumible adulteración de números de serie, y aplicación superficial de pintura sobre capa original y óxido.

### 4.3.2   Configuración del Sistema de Combustible:

Según la documentación contractual, las unidades debían contar con configuración dual (diésel – HFO4 – HFO6). En la inspección visual únicamente se identificó infraestructura mínima para consumo de diésel; no se localizaron bombas, tuberías, calentadores ni filtros asociados al manejo de HFO4 – HFO6.

### 4.3.3   Integridad Mecánica y Eléctrica:

Se identificaron componentes mecánicos y eléctricos que, por su aspecto superficial, podrían requerir intervenciones adicionales y profundas antes de su puesta en servicio. La ausencia de pruebas funcionales impide cuantificar desgastes o confirmar la disponibilidad de repuestos potencialmente necesarios dentro de un mercado activo.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


Las especificaciones técnicas de los equipos eléctricos, no corresponden a lo solicitado por contrato por CELEC – EP. [1]

### 4.3.4 Estado General de Conservación:

Se evidenció acumulación de polvo y suciedad en los motogeneradores, deficiencias estructurales menores y sistemas auxiliares incompletos, lo que sugiere un almacenamiento previo inadecuado y falta de preservación técnica. Durante la inspección visual se observó que las 29 unidades de generación tienen evidencia de un uso prolongado previo (aceite usado, carbonilla en pistones, cojinetes fechados entre 2006–2014).

## 4.4 Evaluación Global

Del análisis consolidado, se determina que:

1. Ninguna de las diecisiete (29) unidades presenta, mediante la inspección visual, condiciones que permitan considerarla lista para operación inmediata.

2. Los sistemas de control, auxiliares eléctricos y mecánicos exhiben aspectos técnicos que podrían resultar insuficientes para su puesta en servicio inmediata sin intervenciones.

3. La configuración actual limita las unidades a operación exclusivamente con diésel, reduciendo la viabilidad técnica y económica del proyecto, conforme documentación contractual (HFO4 – HFO6).

4. Los Tanques de almacenamiento requieren rehabilitación integral antes de ser considerados operativos. De la inspección mediante ultrasonido realizada se pudo observar que los tanques de combustible no se encuentran con el recubrimiento superficial de pintura. Se encuentra únicamente con una capa protectora Primer para ralentizar el proceso de corrosión de la estructura de acero.

## 4.5 Conclusión Ejecutiva

Del análisis técnico - visual realizado se concluye que:

---

[1] Para detalles ver anexo 4 pericial de integridad mecánica y sistemas de generación electromecánico.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



1. Los equipos inspeccionados corresponden a paquetes Stewart & Stevenson DM3580E fabricados entre 2008 y 2010, integrando motores EMD ME20G7C y alternadores KATO 8P12-4400 (2009)

2. Se evidenció indicios de la alteración de placas y re-etiquetado por parte del proveedor, sobre montando placas de identidad con las del fabricante original.

3. Los parámetros eléctricos (11 kV y factor de potencia 0,7) no cumplen con lo solicitado (13,8 kV y pf=0,8).

4. No existen certificados OEM ni pruebas FAT/SAT, lo cual rompe la trazabilidad de fábrica.

5. Los tanques de HFO 4-6 y diésel presentan avances parciales, deficiencias constructivas (recubrimientos incompletos o inexistentes) y carecen de certificación API.

6. Los sistemas de refrigeración, lubricación, tratamiento de agua y aire comprimido no se encuentran instalados.

7. El sistema contra incendios no existe en campo, incumpliendo normativa NFPA.

8. La subestación elevadora 69 kV y la línea de interconexión no fueron construidas.

9. Los transformadores principales y de grupo no han sido entregados.

10. El switchgear instalado corresponde a tableros KYN28 de 11 kV y 2000 A, en lugar de 13,8 kV y 3016 A.

11. Las protecciones eléctricas (SEL, DGC, VRM) no fueron instaladas.

12. El SCADA y medición comercial no existen en campo.

13. La filosofía de operación y planos P&ID fueron presentados en papel, pero en campo no existe implementación física completa.

14. Los MCCs de 480 V y servicios auxiliares no han sido instalados.

15. Los sistemas de control e instrumentación no están implementados, dejando a la central sin capacidad de operación automática ni segura.




| Teléfonos: | Web | Correo contacto |
|---|---|---|
| 0996 335 316 / 0985 880 732 | www.taxia.com.ec | info@taxia.com.ec |


16. Las unidades de generación inspeccionadas disponen únicamente de infraestructura para operar con diésel.

17. Según inspección visual, en algunas unidades no se identificó la instalación de los sistemas auxiliares necesarios para el manejo de HFO (bombas, tuberías, calentadores, filtros, etc.), y en aquellas donde se observaron componentes de esta infraestructura, dichos elementos se encontraron incompletos y no son suficientes para garantizar su funcionamiento.

18. Los tanques de almacenamiento presentan recubrimientos y protecciones catódicas en proceso de ejecución, lo cual compromete su integridad actual, y la posibilidad de ponerlos en línea de producción por requerir trabajos adicionales antes de su uso.

19. En las veinte y nueve (29) unidades inspeccionadas se observaron condiciones similares en cuanto a aspectos de fabricación, conservación y ensamblaje, sin que la inspección visual permita cuantificar impactos internos ni operativos.

20. En su estado actual, el Proyecto Salitral es técnica y contractualmente inviable, y no puede ser aceptado ni puesto en operación dentro del Sistema Nacional Interconectado bajo los términos pactados.

## 5 COMPONENTE DE VALORACIÓN Y TASACIÓN DE EQUIPOS

### 5.1 ANTECEDENTES

De acuerdo con lo que establece el contrato civil de prestación de servicios técnicos especializados celebrado el 14 de julio del 2025, en el que se solicita la "INSPECCIÓN TÉCNICA Y ENTREGA DE INFORMES PERICIALES EMITIDOS POR LA CONTRATISTA, PERITO AVALUADOR ACREDITADO PARA LOS RUBROS DE OBRA CIVIL, GRUPOS ELECTRÓGENOS, PRUEBAS Y VERIFICACIÓN DE WS PRINCIPALES RUBROS, ÍTEMS E HITOS QUE FORMAN PARTE DE WS PROYECTOS EMERGENTES SALITRAL Y QUEVEDO", se adjunta el INFORME DE TASACIÓN de la maquinaria y equipos proporcionados por la empresa PROGEN y que se encuentran físicamente en las instalaciones de la Central Salitral, inspecciones que fueron realizadas por TAXIA del 22 al 26 de julio del 2025.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


## 5.2 METODOLOGÍA APLICADA

El estudio consideró las etapas de coordinación, inspección e inventario, registro de datos y valoración; la ejecución de estas etapas se llevó a cabo en dos frentes de trabajo principales: obras civiles y equipos electromecánicos, para lo cual TAXIA designó profesionales expertos vinculados a este tipo de bienes.

Previo al inicio de las inspecciones y durante las mismas, TAXIA solicitó a CELEC EP – TERMOPICHINCHA toda la información técnica disponible referente al proyecto de generación termoeléctrica realizado por la empresa PROGEN, misma que fue proporcionada con la mayor celeridad posible.

Las inspecciones e inventario se realizaron bajo el "Método de Barrido General", el cual consiste en la constatación de todos los bienes muebles e inmuebles pertenecientes al proyecto termoeléctrico y que estuviesen físicamente presentes o construidos en las instalaciones. El personal de CELEC EP – TERMOPICHINCHA fue el encargado de gestionar los permisos y accesos a los sitios de inspección, así como de indicar los bienes, gestionarlos, estibarlos, movilizarlos y/o ponerlos en un estado tal que permita al personal de TAXIA verificarlos y tomar toda la información necesaria para su posterior análisis y tasación.

Es importante destacar que todos los bienes se encontraron cubiertos, sellados y o guardados en sus empaques y/o cajas originales en las que la empresa PROGEN los entregó a CELEC EP – TERMOPICHINCHA, sin ningún indicio o evidencia de manipulación previa. Para dar fe de lo expuesto se contó con la presencia de una Notaria Pública el primer día de inspección, y solo luego de ello fueron destapados y/o abiertos para las actividades de peritaje.

El personal de TAXIA colocó una etiqueta numerada en un sitio fácilmente visible de la superficie de los bienes, número con el cual se los identifica en el cuadro de resultados de inventario y tasación; en algunos casos este código hace referencia a un grupo o lote de equipos en lugar de un único bien. La información recopilada tomó en cuenta todos los aspectos relevantes de los equipos, obras e instalaciones que pudieron ser verificados visualmente; no se realizaron pruebas técnicas distintas a las señaladas en el contrato de servicios establecido entre TAXIA y CELEC EP – TERMOPICHINCHA.

Para la tasación se utilizaron los siguientes enfoques de valuación:

- Enfoque de Mercado: También conocido como "Método Comparativo", consiste en la investigación de varias referencias de bienes iguales o similares en el mercado, a las cuales se adicionan o restan los costos estimados para adaptar las características de las referencias a las condiciones particulares del bien verificado durante la inspección.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



- Enfoque de Costos: Determina el valor de un bien partiendo de su valor en condiciones completamente nuevas, al cual se le aplican factores depreciatorios vinculados a las características propias de cada bien, obra o instalación considerada.

Estos enfoques están acorde a los lineamientos de las Normas Internacionales de Valuación (International Valuation Standars IVS) y al criterio adquirido en el ejercicio profesional.

A fin de minimizar la influencia de subjetividades durante la valuación, se utilizó el proceso analítico jerárquico AHP para la determinación del estado operativo/funcional de los equipos, así como análisis estadístico en el manejo de las referencias de valor investigadas.

## 5.3 RESULTADOS

Los resultados de tasación obtenidos para los equipos son los siguientes:

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 1 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2345; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 41,529.00 |
| 2 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C3044; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 17,985.00 |
| 3 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2351; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 111,725.00 |
| 4 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C3045; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 112,270.00 |
| 5 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2341; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 110,417.00 |
| 6 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2354; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 113,033.00 |
| 7 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2347; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 106,275.00 |
| 8 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2350; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 112,924.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 9 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C3114; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 111,398.00 |
| 10 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2343; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 114,886.00 |
| 11 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2346; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 110,417.00 |
| 12 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2362; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 115,213.00 |
| 13 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2344; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 113,796.00 |
| 14 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2352; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 109,872.00 |
| 15 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2138; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 158,886.00 |
| 16 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2137; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 145,782.00 |
| 17 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI224C3213; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 151,281.00 |
| 18 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2120; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 150,696.00 |
| 19 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2122; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 145,314.00 |
| 20 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI224C3218; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 153,270.00 |
| 21 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2129; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 154,206.00 |
| 22 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2132; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 155,844.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 23 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2132; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 160,056.00 |
| 24 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2136; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 180,999.00 |
| 25 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2128; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 145,782.00 |
| 26 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2133; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 151,866.00 |
| 27 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2138; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 156,078.00 |
| 28 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2135; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 173,745.00 |
| 29 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2134; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 176,436.00 |
| 30 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00938; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 34 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00932; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 37 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00933; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 38 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00930; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 39 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00931; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |





**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 40 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00939; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 41 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00937; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 44 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00936; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 45 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00934; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 54 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00935; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 59 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00940; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 60 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00941; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 61 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00943; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 62 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00942; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 63 | [ TANQUES METALICOS NEUMATICOS ] - MODELO: A1053; SERIE: NB:          1120578 / 1120580 1120579 / 1120581; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 5,600.00 | 5,600.00 |
| 64 | [ TANQUES METALICOS NEUMATICOS ] - MODELO: A 1053; SERIE: NB:          1120570 / 1120571 1120571 / S/N; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 5,600.00 | 5,600.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 65 | [ TANQUE METALICO NEUMATICO ] - MODELO: A 1053; SERIE: NB: 1120564; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 1,400.00 | 1,400.00 |
| 66 | [ TANQUE METALICO NEUMATICO ] - MODELO: A 1053; SERIE: NB: 1120498; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 1,400.00 | 1,400.00 |
| 67 | [ TANQUE METALICO NEUMATICO ] - MODELO: A1053; SERIE: NB: 11205503; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 1,400.00 | 1,400.00 |
| 31 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016383; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 68 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016361; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 69 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016365; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 70 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016366; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 72 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016379; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 73 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016382; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 74 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016387; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 75 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016362; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 77 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016385; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 78 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016381; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 79 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016370; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 80 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016368; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 81 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016371; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 82 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016360; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 89 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016375; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 90 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016364; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 92 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016373; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 93 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016384; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 103 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016380; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 104 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016367; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 105 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016369; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 106 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016388; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 107 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016386; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 108 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016363; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 109 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016374; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 110 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016376; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 111 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016372; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 112 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016377; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 113 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016378; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 150 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016359; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 71 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016389; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 76 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016393; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 91 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016391; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |





**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 100 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016390; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 102 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016394; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 114 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016392; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 47 | [ CAJA DE MADERA CON ELEMENTOS VARIOS VALORABLES ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 19,800.00 | 17,790.00 |
| 57 | [ CAJA DE MADERA CON ELEMENTOS VARIOS VALORABLES ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 8,500.00 | 7,637.00 |
| 55 | [ CONTENEDOR DE 40 PIES CON ACCESORIOS DE TUBERIA ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 98,500.00 | 98,500.00 |
| 58 | [ CONTENEDOR DE 40 PIES CON ACCESORIOS DE TUBERIA ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 263,800.00 | 263,800.00 |
| 115 | [ TANQUE CONTRAINCENDIOS DE ALMACENAMIENTO DE ESPUMA ] - MARCA: VIKING; MODELO: VFT; SERIE: U224087; ESTADO: NO OPERATIVO; COLOR: ROJO; CAPACIDAD: 150 US GAL | NO OPERATIVO | 690.00 | 690.00 |
| 116 | [ TRAMO DE DERIVACION INSTALADA ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 230.00 | 230.00 |

## 5.4  CONCLUSIONES:

Al final del presente trabajo se llegaron a las siguientes conclusiones:

- Previo al trabajo de desembalaje, se realizó la verificación de las seguridades de importación que no hayan sido violentadas previamente, mediante Notario Público.

- Los equipos nuevos encontrados corresponden a los destinados al equipamiento eléctrico y electrónico del proyecto, los cuales se encontraron en sus empaques originales, incluso con manuales del fabricante.

- Los motogeneradores presentan indicios visuales de uso previo, sin anclaje a las bases de hormigón y en proceso de repotenciación, armado y montaje; en la mayoría de ellos faltan elementos mecánicos u electrónicos. Estos indicios de estado y uso han sido tomados en cuenta en el proceso de tasación.



| Teléfonos: | Web | Correo contacto |
|---|---|---|
| 0996 335 316 / 0985 880 732 | www.taxia.com.ec | info@taxia.com.ec |


- Las placas encontradas en los skid de la mayoría de los motogeneradores revelan un único modelo original de los equipos (marca: Stewart & Stevenson, modelo: DM3580E); la investigación realizada indica que este modelo utiliza un único modelo de motor de combustión interna (marca: EMD, modelo: 20/710).

- Si bien la empresa PROGEN estableció dos modelos diferentes en las placas colocadas en los motogeneradores (S-3500-900-11DH y S-3500-900-416DH), visiblemente pueden determinarse tres configuraciones distintas de armado de los equipos:

  - Configuración 1: Desde el código Tax N° 0001 hasta el Tax N° 0014
  - Configuración 2: Desde el código Tax N° 0015 hasta el Tax N° 0020
  - Configuración 3: Desde el código Tax N° 0021 hasta el Tax N° 0029

- Llama la atención que los motogeneradores de códigos Tax N° 0015 hasta Tax N° 0020 se encuentran orientados de manera contraria al resto de equipos en la plataforma, es decir, con el alternador hacia la pared del galpón en lugar de hacia el centro del mismo.

- Existen veinte y seis códigos Tax que hacen referencia a bienes que también fueron encontrados e inventariados pero que no son valorados por separado, pues son componentes de los equipos principales (motogeneradores, switchgear incoming y outgoing), por lo que su valor está implícitamente incluido en estos equipos.

- Es importante indicar que en la mayoría de los casos cada código Tax hace referencia a un único bien individual; sin embargo, también existen casos de códigos Tax que representan a lotes de bienes inventariados, y cuyo detalle se encuentran en los campos de observaciones respectivos.

## 5.5 CUADRO RESUMEN DE TASACIÓN:

Los resultados anteriores se resumen a continuación:



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec


| GRUPO | Cantidad | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|
| CAJA DE MADERA CON ELEMENTOS VARIOS VALORABLES | 2 | $ 28,300.00 | $ 25,427.00 |
| COLUMNA SWITCH GEAR INCOMING | 6 | $ 63,000.00 | $ 63,000.00 |
| COLUMNA SWITCH GEAR OUTGOING | 30 | $ 285,000.00 | $ 285,000.00 |
| CONTENEDOR DE 40 PIES CON ACCESORIOS DE TUBERIA | 2 | $ 362,300.00 | $ 362,300.00 |
| MOTOGENERADOR | 29 | $ 32,810,000.00 | $ 3,761,981.00 |
| TANQUE CONTRAINCENDIOS DE ALMACENAMIENTO DE ESPUMA | 1 | $ 690.00 | $ 690.00 |
| TANQUES METALICOS NEUMATICOS | 11 | $ 15,400.00 | $ 15,400.00 |
| TRAMO DE DERIVACION INSTALADA | 1 | $ 230.00 | $ 230.00 |
| TRANSFORMADOR TRIFASICO TIPO SECO | 14 | $ 1,229,200.00 | $ 1,229,200.00 |
| **TOTALES** | **96** | **$ 34,794,120.00** | **$ 5,743,228.00** |

## 6   PORCENTAJE DE CUMPLIMIENTO DEL CONTRATO

El monto ejecutado incluido obra civil, materiales encontrados sin instalar, obra eléctrica, motogeneradores y accesorios asciende a *16.349.416,71 USD* lo que representa un *16,45 % de avance* o cumplimiento contractual, tomando en cuenta el monto del contrato de 99.400.000,00 USD, conforme se resume en el siguiente cuadro:

| | GRADO DE CUMPLIMIENTO CONTRACTUAL | |
|---|---|---|
| COMPONENTE PROYECTO | DESCRIPCION | COSTO U$D |
| 1 | OBRA CIVIL Y ELÉCTRICA INCLUIDO MATERIAL SOBRANTE | 10,606,188.71 |
| 2 | EQUIPOS ELECTRÓGENOS Y ACCESORIOS EN BODEGAS | 5,743,228.00 |
| | | |
| | TOTAL U$D | 16,349,416.71 |
| | | |
| | MONTO CONTRACTUAL:     U$D | 99,400,000.00 |
| | MONTO EJECUTADO:     U$D | 16,349,416.71 |
| | % CUMPLIMIENTO:     % | 16.45% |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



Es todo cuanto puedo manifestar en honor a la verdad, salvo error u omisión involuntaria.

**Declaramos que:**

1. El peritaje practicado es veraz y técnicamente realizado.
2. No hemos ocultado ningún tipo de información que pudiese afectar el contenido del informe.
3. Nuestra remuneración no tiene nada que ver con el resultado del peritaje.

Fecha del informe:                    03 de septiembre de 2025

Firmas de Responsabilidad

Ing. José Fernando Vintimilla V.
**Director del Área Técnica
e Innovación**
S. Bancos: -PA-2005-716
Consejo Judicatura: 265970

Ing. Fan Alí Valverde V.
**Gerente Taxia**
S. Bancos: PVQ-2023-02415
Consejo Judicatura: 1838590
S. C: IRCVSQ-DRICAI-2024-00011883



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

# English
# Translation



# ECUACIER

# CELEC EP - TERMOPICHINCHA BUSINESS UNIT

TECHNICAL EXPERTISE ON THE EXECUTION OF THE EMERGENCY CONTRACT EMERGING No. TPI-CON-0062-24/"Contracting Abroad," EMERGING CONTRACT FOR LAND-BASED GENERATION IN SALITRAL.



Salitral Power Plant



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



# 1    CONTENTS

**1**    NON-DESTRUCTIVE TESTS, TOPOGRAPHIC SURVEY, AND QUANTITIES OF WORK PERFORMED ................................................. 4

**1.1**    **INTRODUCTION** ................................................................................................................................ 4

**1.2**    **PERFORMANCE OF NON-DESTRUCTIVE TESTS** ........................................................................... 4

**1.3**    **PERFORMING NON-DESTRUCTIVE TESTS IN CIVIL ENGINEERING WORKS.** ............................ 4

**1.4**    **FIELD WORK FOR TOPOGRAPHICAL SURVEYING AND VOLUMETRY** ..................................... 5

     **TOPOGRAPHIC SURVEYING** ............................................................................................................ 5

**1.5**    **PLANIMETRY AND VOLUMETRY MEASUREMENT** ................................................................... 5

**1.6**    **RESULTS OF NON-DESTRUCTIVE TESTS** .................................................................................... 6

**1.7**    **MEASUREMENT RESULTS, IMPLEMENTATION PLAN** ............................................................. 6

**1.8**    **RESULTS** ........................................................................................................................................ 6

**2**    STRUCTURAL VERIFICATION OF CIVIL WORKS ........................................................................................ 9

**2.1**    **CHARACTERISTICS OF THE POWER GENERATION STATION.** ................................................. 9

     **AERIAL PHOTOGRAPH OF THE SALITRAL POWER PLANT** ....................................................... 9

**2.2**    **DESCRIPTION OF THE STRUCTURAL MODEL.** ........................................................................ 10

**2.3**    **STRUCTURAL CALCULATION** .................................................................................................... 13

**2.4**    **CODES AND STANDARDS** ............................................................................................................ 14

**2.5**    **LOADS ON THE POWER GENERATION STATION.** .................................................................... 14

**2.6**    **LOAD STUDY** ............................................................................................................................... 14

**2.7**    **LOAD COMBINATIONS** ............................................................................................................... 16

**2.8**    **MATERIALS** ................................................................................................................................. 16

**2.9**    **DATA PROCESSING** ..................................................................................................................... 16

**2.10**    **CHECKING METAL ELEMENTS** ............................................................................................... 17

**2.11**    **CHECKING REINFORCED CONCRETE ELEMENTS THAT ARE NOT FOUNDATIONS** ......... 18

**2.12**    **FOUNDATION DESIGN** .............................................................................................................. 18

**2.13**    **RESULTS** .................................................................................................................................... 19

**3**    ECONOMIC LIQUIDATION CIVIL WORKS ................................................................................................ 22

**3.1**    **INTRODUCTION** .......................................................................................................................... 22

**3.2**    **DETERMINATION OF ITEMS EXECUTED** ................................................................................. 22

**3.3**    **DETERMINATION OF THE QUANTITY OF WORK PER ITEM** ................................................. 23

**3.4**    **DETERMINATION OF UNIT PRICES FOR THE SETTLEMENT OF WORKS.**
     24



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



**a.** DIRECT COSTS .................................................................................................................. 24

Definition of Direct Costs ........................................................................................................ 24

Components of Direct Costs ..................................................................................................... 24

Ecuadorian Regulations ........................................................................................................... 24

**b.** INDIRECT COSTS ............................................................................................................... 25

Components of Indirect Costs .................................................................................................. 25

Considerations for Foreign Companies Contracting in Ecuador ............................................. 26

Application in this expert opinion ............................................................................................ 26

**c.** TOTAL COST ....................................................................................................................... 26

**3.5** BUDGET FOR WORK PERFORMED. .............................................................................. 26

**3.6** RESULTS ............................................................................................................................. 27

4      ELECTROMECHANICAL COMPONENT ............................................................................ 29

**4.1** Purpose of the Report ............................................................................................................ 29

**4.2** Methodological Scope ............................................................................................................ 30

**4.3** Key Findings ........................................................................................................................... 30

**4.3.1** Manufacturing and Conservation Conditions: ............................................................ 30

**4.3.2** Fuel System Configuration: .......................................................................................... 30

**4.3.3** Mechanical and Electrical Integrity ............................................................................. 30

**4.3.4** General Condition: ......................................................................................................... 31

**4.4** Overall Assessment ................................................................................................................. 31

**4.5** Executive Conclusion ............................................................................................................. 31

5      EQUIPMENT EVALUATION AND PRICING COMPONENT ............................................ 33

**5.1** BACKGROUND ...................................................................................................................... 33

**5.2** METHODOLOGY APPLIED ................................................................................................. 34

**5.3** RESULTS ................................................................................................................................. 35

**5.4** CONCLUSIONS ...................................................................................................................... 41

**5.5** ASSESSMENT SUMMARY TABLE: .................................................................................... 42

6      PERCENTAGE OF CONTRACT COMPLIANCE ................................................................. 43



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



# 1 NON-DESTRUCTIVE TESTS, TOPOGRAPHICAL SURVEY, AND QUANTITIES OF WORK PERFORMED

## 1.1 INTRODUCTION.

To understand the scope of the work, the project is described as a set of civil works, mostly foundations on steel piles, consisting of reinforced concrete slabs supported on tubular steel piles. This type of foundation has been used due to the local conditions of the foundation soil and the service loads, which will mostly be dynamic loads involving the weight of generator equipment containing motors and generators, radiators, fuel and coolant lines, electrical cable lines, grounding, other foundations for pipe racks, foundations for fuel storage tanks, foundations for daily tanks, foundations for water treatment plants, foundations for power substations, foundations for boilers, foundations for power transformers, powerhouses, and foundations for sumps.

With the above in mind, a fieldwork plan was considered involving the random execution of non-destructive tests to characterize the quality of the materials and work carried out within the civil works of the SALITRAL Power Plant.

## 1.2 PERFORMANCE OF NON-DESTRUCTIVE TESTS.

In accordance with the technical proposal, the following procedure was followed in the field:

## 1.3 PERFORMANCE OF NON-DESTRUCTIVE TESTS IN CIVIL WORKS.

During the inspection, several non-destructive tests were performed in order to obtain important information for the preparation of reagents that will serve as the basis for the preparation of settlement sheets and for the quality control of works, goods, and services.

The non-destructive tests performed are as follows:



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



- Schmidt hammer test: Standard "ASTM C 805-18".

- Ultrasonic pulse testing to determine reinforcing steel within reinforced concrete elements: Standard "ASTM C597-09".

- Verification of steel bars applying ASTM C597-09

- Analysis of steel bars according to ASTM C597-09:

- Steel bar scanner test: Standard "ASTM D 6432".

- Measurement of plate thicknesses or steel elements, rod diameters with vernier (calibrator), ASTM E2877 standard.

## 1.4 FIELD WORK FOR TOPOGRAPHIC SURVEYING AND VOLUMETRY.

**PERFORMING TOPOGRAPHIC SURVEYS:**

During the inspection, a drone was used to fly over the El SALITRAL Substation and thus obtain low-altitude aerial photographs that provide panoramic digital images of various sectors, helping to show the current status of the project and thus demonstrate the implementation and location of works and assets executed, constructed, supplied, and installed on site by the contractor.

For the purpose of measuring and surveying the works executed on site, a total station and prisms were used to obtain the topographic points of the corners of structures, foundations, platforms, channels, and other elements such as trenches, ditches, access and circulation roads, pipe racks, and enclosures. Similarly, points were obtained that allowed the layout plan to be drawn, with each point determined using UTM coordinates and elevation.

## 1.5 PLANIMETRY AND VOLUMETRY MEASUREMENT

All elements that could not be measured with topographic equipment using the above procedure were measured using digital distance meters, manual tapes, and manual flexometers. Measurements were taken in planimetry and elevation or depth to determine work volumes. In the case of foundations, the parts that emerge above the surface were measured, and the hidden parts were compared with the plans.

In this way, measurements were recorded in manual notebooks and digital photographs according to each element with its respective material, which will provide the data for the preparation of the items that make up the works executed. This was done for civil works; there are no electrical or electronic works executed.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


In the case of the grounding grid, its implementation was determined by following the cable whips or terminals next to the generator foundations. The plans and topographic measurements were used to determine the lines of the grounding grid, and the respective plan was drawn up, from which the quantities of work were obtained. See Annex 1.

## 1.6    RESULTS OF NON-DESTRUCTIVE TESTS.

The results of the non-destructive tests are presented in the appendix to sections 9 and 10 of this report. The results obtained have been compared with the technical reports prepared by CELEC EP officials during the construction phase.

## 1.7    RESULTS OF THE MEASUREMENTS, IMPLEMENTATION PLAN.

The results of the measurements, both from the topographic survey and the volumetric measurements, are presented in Annex 11 of this report and consist of the site plan and the dimensions of the different structural elements found on site.

## 1.8    RESULTS.

a. The tests to measure the strength of hardened concrete, carried out on the foundation structures of the different components of the 100 MW EL SALITRAL power generation substation, were performed randomly as mentioned in the technical offer and in the TAXIA expert services contract for CELEC EP.

b. Due to the conditions of reagent production and evidence in the investigations of this expert report, and given the importance of the expert opinion to the project, the field and laboratory work carried out to obtain the simple compressive strength values of hardened concrete in the works mentioned in the previous section was not entrusted to mid-level technical personnel with a "technologist" level of training. Instead, it was carried out directly by the expert in charge and his technical assistants, all of whom are trained civil engineers, with the expert in charge having a fourth-level education and the assistants having a third-level education. This approach was also taken to safeguard the confidentiality of the project.

c. The equipment used in the execution of the sclerometry tests, reinforced concrete foundation slab scanner, digital distance meter, measuring tape



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


manual, tape measure, and caliper are new and were purchased exclusively for this expert assessment in order to avoid miscalibration and/or erroneous measurements due to prolonged use and/or wear and tear, elongation of material in measuring tapes, wear and tear on the caliper, original miscalibration of mechanical and electronic equipment. The sclerometer has its calibration certificate issued by the manufacturer, and an image of it is attached in Annex 1 of the expert report. Details of the new equipment are provided in Annex 1 of the expert report.

d. Sclerometry tests were performed in accordance with ASTM C805, both in the field and in the laboratory. The area to be tested was randomly selected without a premeditated selection pattern. The section to be evaluated was considered to be 20 x 20 cm in size, marked with red paint, and 10 to 12 impacts were applied to the concrete prior to smoothing and cleaning with the abrasive attachment included in the equipment. The impacts were distributed throughout the marked area and were made at distances of 3 to 4 cm apart in both directions of the quadrant. The impacts were applied vertically downward on the foundation slabs, and The impacts on walls, columns, and fuel tank foundations were horizontal impacts. The transformation curves from R to Fck (characteristic strength of concrete) used correspond to the curves found for the respective position specified by the equipment manufacturer.

e. The Fck values (characteristic concrete strength) were corrected by subtracting the correction factor inserted in the same transformation curves described in the previous section from the value obtained. The f'c value (simple compressive strength of concrete at 28 days) was then calculated by applying the 85% percentile to the table of data obtained, which correspond to the corrected Fck. The values obtained are in MPa, so it was necessary to convert these results to kg/cm².

f. The f'c values obtained for each structure analyzed will be used in the structural verifications to be carried out in the corresponding technical report and will also be taken into account for the price of concrete in the project settlement with respect to the civil works executed in the relevant part.

g. After reviewing the results obtained, it is concluded that the concrete used in the execution of the civil works is of good quality and appears to have adequate strength for the function it will perform within the project. However, it should be noted that its functionality and structural efficiency will ultimately be corroborated in the technical structural verification report.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


h.     With regard to the reinforcing steel in the foundation slabs analyzed, it was concluded that the slabs are reinforced in accordance with the plans at the sites where the scanning was carried out at random. The equipment has the capacity to scan to a depth of 20 cm within the concrete mass, so the reinforcing steel, which generally has a covering of between 4 and 7 cm on the upper or visible face of structural elements, was verified, and it was determined that the spacing between steel bars is 20 cm.

i.     Ultrasound tests to measure material thickness were not necessary because materials such as profiles, plates, steel beams, metal covers, side cladding panels, fixing profiles, straps, and other steel or metal structural elements are exposed and were measured directly with a caliper. thus ensuring measurement accuracy as it is a direct measurement.

j.     As for the topographic survey, an electronic total station and a prism were used to detect topographic points. In this way, the coordinates of important points on the structures were surveyed and determined, such as slab corners, column axes, road edges, drainage box edges or electrical cables, tank base perimeters, etc.

    The data obtained was processed and finally the layout plan of existing works carried out by PROGEN at the SALITRAL plant was obtained.

k.     With regard to volumetry, manual and electronic equipment was used to measure beams, frames, straps, plates, profiles, panels, drainage channels, slab thicknesses, wall thicknesses, steel plate dimensions, and other elements that constitute the work carried out by PROGEN at SALITRAL. These tools will be used to establish the volumes of work carried out in the different areas.

l.     It is concluded by stating that this report contains the technical tools to proceed with the preparation of the technical report on structural verification and the technical report on the settlement of civil works executed.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



## 2  STRUCTURAL VERIFICATION OF CIVIL WORKS.

### 2.1  CHARACTERISTICS OF THE POWER GENERATION STATION.

The foundation works for equipment (generators, radiators, boilers, transformers, filters), fuel tanks, and other structures (engine room, substation, daily tanks, treatment plant, sumps, only the structures of fuel tanks, transformers, generators, radiators, the R shaft of the engine room, substation, and main lime kilns have deep foundations with 10- to 12-inch schedule 40 seamless steel pipe and pile lengths of 18 to 22.50 m, while the sumps, engine room, HFO4/HFO6 filters, water treatment plant, pipe rack, lighting fixtures, air compressor, trenches, and auxiliary generator are not supported on piles. The reinforced concrete foundation slabs with a compressive strength of 240 kg/cm2 are supported on the piles by steel support plates. The foundation slabs are double reinforced with structural steel with a yield strength of 4200 kg/cm2. In the case of concrete slabs that do not have piles, they rest directly on the subgrade, which is on top of the compacted improvement layer.

Therefore, the construction of the various civil works for the foundations of SALITRAL ground-based fuel equipment and tanks was verified. THERE IS NO EVIDENCE OF STRUCTURAL DAMAGE. The power station has several foundation slabs for machinery and other ground-based generation components with construction joints between them, road drainage channels, cable and pipe ducts, bund walls, and others.

**AERIAL PHOTOGRAPH OF THE SALITRAL POWER PLANT.**



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec




## 2.2 DESCRIPTION OF THE STRUCTURAL MODEL.

For this project, the structural verification we carried out for this power station includes an analysis of its structural configuration, as previously determined and detailed below:

**a.- FOUNDATIONS. –**

The power plant consists of several civil engineering components. The foundations are made up of reinforced concrete slabs or plates in each space according to the power plant design, which works to support the structure in the case of the control room and fuel tanks; and, in the case of machinery and pipes, by supporting and providing support for the equipment by means of a support plate and piles embedded in its base.

The foundations have been calculated and verified by TECHNOUTILITY S.A. and its structural expert in charge of this analysis as part of TAXIA, which is the contracted expert, for the different loads acting on the structure, such as dead load + impact or machinery vibrations (Out Tables Sap 2000). Live load in the control room, combinations with earthquake in X and earthquake in Y acting on the equipment, especially for the combination RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT Iy, as these are



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



the most critical and applicable in our country; and the foundations have been verified with their sections for the working forces where the amounts of steel in the structure were analyzed.

Once the internal forces of the foundation structure were verified with the loads described above, the system was modeled in Sap 2000 V21. The model was also worked on with each of the foundation elements, such as: base slab, support plate, and ASTM A 53 Gr B steel piles.

This entire finite element modeling system was analyzed using software, which calculated the load combinations RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT Iy using reinforced concrete and steel as materials.

The dead load plus impact or vibrations are transmitted to the slab or foundation plate and simultaneously transmitted to the piles, which transmit the load to the foundation soil through the tip; The bed is a mass of soil with two layers consisting of sandy clay material with high compressibility on the surface, approximately 7 m deep, and a layer of moderately compact clay silt at greater depths from 7 m to 12.50 m, where the stresses will dissipate.

According to the subsoil material observed in soil studies, no resistance was considered in the soil due to friction with the piles; therefore, the shaft does not contribute to the load-bearing capacity of the piles. The material found at depth is silty sand with an internal friction angle of 35°. This load-bearing capacity will be analyzed later.

**FOUNDATION ELEVATION CHART.**



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec





**b.- STRUCTURE. –**

The structure of the power station consists of: MACHINE ROOM

The machine room is made up of steel-filled web frames, which were verified for the load combinations RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT Iy. Additionally, there is an envelope that covers all of the above load combinations.

The dead load is the sum of the weight of the entire structure, the weight of the ASTM A 36 steel elements + the weight of the ASTM A 36 steel diaphragms and straps, the weight of the steel decks and friezes, these elements are monolithically joined together by bolts and connectors, and; the diaphragms, which are UPN profiles made of A 36 steel located at specific points along the longitudinal axis X-X of the model.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


**GRAPHIC OF THE STRUCTURE OF THE MACHINE ROOM.**



The solid web beams, together with the purlins, eaves, and diaphragms, were verified in Sap 2000 V21, and design loads were applied in accordance with the regulations cited in this report. The loads applied were: live load, dead load, wind load for roof and frieze.

## 2.3   STRUCTURAL CALCULATION.

The structures built, verified, and described above have been reviewed for the purposes of this structural analysis. We have been provided with partial design plans in PDF format and have calculated the loads based on the information contained in the plans and verified on site, such as sections, element dimensions, and service loads. The Sap 2000 model of the structures simulates their support on reinforced concrete foundations, which will be analyzed in the model. The foundation slab of the tanks will be analyzed, but not the fuel tanks for the power generation station, as they have no structural function in the stability of the foundation structure in the event of an earthquake. The other foundations will be analyzed randomly.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



## 2.4    CODES AND STANDARDS

The specifications mentioned in this report were adopted for the calculation, and the Sap 2000 program performed the reinforced concrete analysis using the ACI 318 code.

The Ecuadorian Construction Standard NEC-2015 was considered the fundamental standard for the seismic analysis of the power station, and the Seismic Hazard Book 1 and 2, sections 3, 4, 5, and 6, were used as a guide.

## 2.5    LOADS ON THE POWER STATION.

In the analysis, the following dead weight values were considered: reinforced concrete foundation slabs weighing 2400 kg/m3, for the specific weight of the steel in the structure, the SAP2000 V21 program automatically calculates the dead weight of each of the elements involved in the structure of the power station's machine room, taking into account each of the load combinations required by LA nec-2015. The specific weight of steel is 7850 kg/m3.

## 2.6    DEAD LOAD STUDY

### a.    DEAD LOAD.

Within the Sap 2000 V21 modeling, the following values were considered in the load assignment:

Permanent distributed dead load of the foundation slab:

Foundation slabs:                                  various according to the equipment (t/m2)                      See      Structural Report.

### b.    LIVE LOAD.

There is no live load for equipment and tank foundations.
For the foundation of the control room, the live load was considered to be 0.20 tons/m2, and this equivalent load was used for the calculation in Sap 2000 V21.

### c.    WIND LOAD

In the case of foundations and tanks, wind loads were not taken into account because they will not affect the foundation.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


In the case of the powerhouse, wind loads are important for this type of structure, such as industrial buildings and warehouses, since wind speeds in our country have caused the collapse of structures and metal roofs.

The calculation appendix details the wind load analysis process using **ASCE 7-16** (2016 version).

The wind load used in the analysis is:

**ROOF:**

| | |
|---|---|
| CwB = -0.154 tons/m2 | Roof edge. CwD = -0.222 |
| Ton/m2 | Center of roof. CwE = -0.257 |
| Ton/m2 | Roof corner. |

**FRIEZE:**

| | |
|---|---|
| CwpB = 0.137 Ton/m2 | Leeward frieze. CwpS = - |
| 0.08 Ton/m2 | Windward frieze. |

In the case of foundations and tanks, wind loads were not taken into account because they will not affect the foundation.

### d. SEISMIC LOAD

In calculating the power generation station, the seismic zone of the city of SALITRAL in the province of Guayas was taken into account, and the design spectrum is included in the Sap 2000 V 21 program for NEC - 2015. The seismic coefficient used is 0.28 for foundations.

### e. TEMPERATURE STRESSES.

Temperature stresses were not analyzed since there is no significant thermal gradient in SALITRAL.

### f. STRESSES DUE TO MACHINERY VIBRATION OR FLUID MOVEMENT.

Efforts due to vibrations from engines and machinery were taken into account, as well as fluid movements in fuel tanks, with an impact load increase factor of 30%. See annex.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


## 2.7 LOAD COMBINATIONS

**FOUNDATIONS:**

The following load combinations and their envelope were considered:

RESISTANCE I EXTREME EVENT Ix
EXTREME EVENT Iy ENVELOPING.

The design of the steel elements of the control room foundations and other equipment, tanks, and facilities is performed automatically by the program, which performs the calculations internally considering the most unfavorable case, taking into account the maximum envelope stresses. the program performs the calculation with dead load + impact plus live load plus wind and plus earthquake CSx and CSy applied at the center of gravity of all finite elements according to the limit states, service loads according to NEC – 2015.

## 2.8 MATERIALS

The predominant material in the foundation structure of the power station is reinforced concrete with steel reinforcement, as well as A 36 steel plates and A 53 Gr B seamless steel pipes that make up the piles.

In accordance with the structure specifications, a value of fy = 2500 kg/cm² has been considered for the creep resistance of A 36 steel and 3500 kg/cm² for A 53 Gr B and ASTM A572 in the calculation.

## 2.9 DATA PROCESSING

All structures were processed using SAP2000 V21 Professional PROGRAM ANALYSIS STRUCTURES software, which performs structural analysis using finite elements. Once the structure has been calculated, the results include diagrams of deformations, stresses, and reactions at the supports. From these diagrams, numerical data can be obtained at any point in the structure, as well as the maximum and minimum stresses.

In the case of reinforced concrete elements, the program allows the reinforcement steel of the foundation slabs to be obtained on the upper and lower faces; and, in the x-x directions (1 in Sap 2000); and, y-y (2 in Sap 2000).



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec




The calculation of steel structures is performed using the AASHTO STEEL code included in this program.

## 2.10 CHECKING METAL ELEMENTS:

The SAP2000 V21 program is used to design the metal elements in solid web beams, which it does in accordance with the AASHTO LRFD and AISC-ASD89 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the interaction radius of each one, and determining moments, shear forces, and axial forces in each element of the metal superstructure.





Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


## 2.11 CHECKING OF REINFORCED CONCRETE ELEMENTS THAT ARE NOT FOUNDATIONS.

The SAP2000 V21 program is used to design the reinforced concrete elements, which it does in accordance with ACI-318 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the reinforcing steel for each of them and calculating the moments, shear forces, and axial forces in each element of the structures.

The program allows the steel section per linear meter of shell or slab structure to be verified. This value will be verified with the steel placed on site and recorded in the project's as-built drawings.

## 2.12 FOUNDATION DESIGN

The same SAP2000 V21 program is used to design the steel piles and reinforced concrete foundation slabs as a monolithic body, which it does in accordance with ACI-318 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the reinforcing steel for each of them, determining moments, shear forces, and axial forces in each element of the foundations, and, with regard to steel piles, verifying that the external stresses do not exceed the permissible capacity of the material.

The structural analysis software includes analysis parameters for elements such as foundation slabs and piles in order to determine the spring values for the calculation.



The complete structural analysis can be found in Annex 1 of the Structural Report.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


## 2.13 RESULTS.

- The structures that were verified are: Powerhouse, powerhouse foundation, generator foundation, radiator foundation, daily tank foundation, foundations 1, 2, and 6, and T-S0001 HFO fuel tank foundation.

- The structures of the Salitral power station engine room were verified in two models created in the Sap – 2000 V21 program space. One model analyzed the structure of the power station machine room consisting of solid web frames made of ASTM A 36 structural steel, beams and diaphragms, both horizontal and vertical, made of ASTM A 36 structural steel Z150x80x2 profiles, covered with 0.65 mm thick cladding and friezes. Another model analyzed the foundation of the machine room separately.

- With this background, the second model was used to verify the foundation slabs of the machine room, since according to information from CELEC EP, it is known that they were constructed with a change to the foundation, eliminating the piles and placing improvements under the foundation slabs at a depth reaching the -1.20 m level measured from the upper face of the foundation slab. In this way, the foundation of the machine room was verified.

- Similarly, the foundations of the T-S0001 HFO fuel tank, generators, radiators, and daily tanks Foundations 1, 2, and 6, consisting of reinforced concrete slabs or plates and driven steel piles, all made of 240 kg/cm2 reinforced concrete and A 53 Gr B steel pipes reaching depths of 22.50 m and 18.00 m, depending on the type of foundation, as shown in the calculation annex.

- The structure of the machine room and the foundations of the power station were verified for service loads, live loads, dead loads plus impact, and wind loads. and the proper functioning of the power plant structures is verified in a monolithic manner as they are constructed. The analysis takes into account the design spectrum of NEC-2015 included in the Sap - 2000 V21 program.

- The steel sections of the powerhouse structure, such as porticos, girders, and diaphragms with their coverings and friezes, were checked to ensure that they function properly for service loads, load combination: Resistance I, which includes live load + dead load and wind load on the leeward and windward sides with limit states required by the NEC-2015 standard, **demonstrating that the structure is safe**.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


- It was also verified for load combinations: Extreme event I, which includes live load and dead load with NEC-2015 limit states, Earthquake in the X direction and Earthquake in the Y direction of the Sap 2000 coordinate system, within which the diagonal earthquake was considered (SCx 100% and SCy 30% or vice versa); which were analyzed with the design spectrum for the seismic zone of the Guayaquil canton in the province of Guayas in compliance with the NEC-2015 standard; **demonstrating that the structure is safe,** including the analysis for wind load on the leeward and windward sides of the roof and side frieze.

- The ballast modules of the improvement layer were calculated for granular material as placed under the foundation, and the corner, exterior, and interior springs in the foundation slab joints were calculated for the areas discretized according to their dimensions and slab geometry and pile arrangement.

- Similarly, the foundation, including the piles, was verified monolithically. The model for each foundation included the springs calculated for the clay and clay loam bed, which, according to the soil study, occur in two layers, the first at a depth of 13 m and the second from this depth exceeding 22.50 m. In the first case, a load capacity of 4 tons/m2 was considered for the clay bed and a load capacity of 10 tons/m2 for the silty bed, and the soil of the first stratum with f=20 degrees and the soil of the deep stratum with f=30 degrees, data that were correlated with the information from the project's soil studies, obtaining ballast modules by applying the Morrison and Bowles tables similar to those obtained in the project's soil studies.

- Springs were calculated for piles using the vertical ballast modulus. The calculated springs correspond to each soil layer where the piles were driven, taking into account the ballast modulus of the upper layer 13 m thick and the ballast modulus of the lower layer from 13 m down to the tip of the pile. Using this criterion, the horizontal confinement springs were calculated for the x and y directions in joints and frames. The piles were discretized into lengths of 1.00 m. Resistance to the shaft in piles was not considered, so **springs in the vertical direction were not considered**, with the hypothesis of load absorption analysis from the pile to the tip. Springs were calculated at the pile tip joint for x, y, and z.

- With these considerations in mind, the system was analyzed and calculated for the local soil. Each structure was calculated for the load combination: Resistance I, which includes dead load (DEAD + 30% impact and vibration), with limit states required by the NEC-2015 standard, **demonstrating that the structures are safe**. It was also verified for the load combinations: Extreme Event I (x and y), which includes: dead load (DEAD + 30% impact and vibration), Earthquake in the X direction + 30% Earthquake in the Y direction of the Sap 2000 coordinate system.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



and; dead load (DEAD+ 30% impact and vibration), Earthquake in the Y direction + 30% Earthquake in the X direction of the Sap 2000 coordinate system, which include the design spectrum for the seismic zone of the Guayaquil canton in the province of Guayas in compliance with the NEC-2015 standard; **demonstrating that the structure is safe, both in terms of stability and internal resistance**.

- The foundations were verified using structural concrete with a simple compressive strength of 240 kg/cm2 at 28 days as a conservative safety measure, instead of the more than 300 kg/cm2 strength recorded in the results of the sclerometer tests carried out, The result was that the project is safe with this calculation premise.

- The pile settlements calculated in the different analyses carried out on seven foundation structures at the SALITRAL power plant do not exceed 3 mm in any case, nor do the lateral displacements of the foundation slabs exceed 4 mm in any case, which are acceptable results for the structures analyzed.

- Similarly, the floor drifts of the porticos of the powerhouse structure are within the acceptable range, as they do not exceed 2% of the height of the structure, as established by NEC-2016.

- The load capacities of the 12-inch diameter piles were calculated and 22.50 m in length, as well as for piles 10 inches in diameter and 18 m in length, taking into account the drilling logs from the soil studies carried out in Salitral. the load capacity of the piles was determined based on input data such as pile diameter, pile length, bed soil type, and N60 obtained in SPT tests, determining that the load at the tip of the piles is less than the load capacity of the piles, and consequently the structure is safe.

- Therefore, the civil works for the SALITRAL plant located in the Guayaquil canton of the Guayas province comply with the NEC-2015 design requirements in terms of earthquake resistance.

- The loads or stresses received by the foundations of the different equipment and tanks in Salitral are relatively low compared to the dimensions of the sections and materials of the elements that make up these structures, determining relatively low loads applied to the foundations. Based on this determination, it is concluded that the structures are safe and their operation is guaranteed for the use they will serve at the Salitral Ground Generation Station.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


# 3 FINANCIAL SETTLEMENT FOR CIVIL WORKS

## 3.1 INTRODUCTION.

The purpose of this report is to detail the settlement process for the civil works carried out, including the determination of volumes, economic analysis, quality control results, and the final valuation of the work performed and materials not installed.

The settlement is carried out in accordance with the signed contract, the approved plans, the MOP-F-2002 technical specifications, and current regulations for public works.

The settlement includes:

- The work carried out and verified in the field, compared with the project plans.
- The non-destructive tests carried out on the work, which were satisfactory.
- The determination of work volumes through field measurements.
- The analysis of unit prices considering equipment, materials, labor, transportation, and indirect costs.
- Assessment of existing materials on site that have not been installed.

## 3.2 DETERMINATION OF ITEMS EXECUTED.

The items executed at the project site were identified during the inspection and observation of the work executed at the time of the visit to the SALITRAL plant.

### a) Settlement Methodology: Determination of Volumes

- Field measurements were taken by technical personnel using specialized surveying equipment.
- The volumes were compared with the project plans, adjusting for any differences between the work performed and the planned work.

### b) Quality Control

- Non-destructive testing (NDT) was performed on structural elements and finishes to ensure that they comply with specifications.
- The results were satisfactory, confirming the quality of the work completed.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



**c) Unit Price Analysis**

- Unit prices were determined taking into account:
    - Equipment and tools used.
    - Materials and supplies used.
    - Skilled and unskilled labor.
    - Transportation and logistics.
    - Corresponding indirect costs.
- It was verified that prices are in line with market conditions and the geographical area of execution.

**d) Consideration of Uninstalled Materials**
- An inventory was taken of materials that remain on site and were not installed.
- These materials form part of the liquidation as available assets.

## 3.3 DETERMINATION OF QUANTITIES OF WORK BY ITEM.

The quantification of the work was carried out using a technical process supported by field measurements and the review of construction plans, thus ensuring accuracy in determining the volumes executed.

To facilitate analysis and verification, graphs representing the measurements obtained were prepared, grouping the items according to the different work groups.

This methodology made it possible to group similar items within execution blocks, achieving greater order and clarity in the presentation of results.

Likewise, each block of work executed was documented with its respective graph and subsequently printed in the annex of work quantities, which ensured the traceability of the information and transparency in the settlement.

The graphic approach effectively complemented the numerical measurements, allowing for visual validation of progress and settled volumes. This will facilitate the understanding of technical information.

Consequently, the quantification was clear, verifiable, and reliable, complying with the technical and administrative criteria established for expert reports in our country.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



## 3.4 DETERMINATION OF UNIT PRICES FOR THE SETTLEMENT OF WORKS.

The results of the unit price analyses are presented in the annex to section 10 of this report.

### a. DIRECT COSTS.

In the context of construction in Ecuador, direct costs represent a fundamental part of the project budget. These costs correspond to all the resources that are immediately involved in the execution of a project, that is, those that are directly assigned to each budget item. The correct identification and quantification of these costs is vital to ensure the technical and financial viability of the contract.

**Definition of Direct Costs**

Direct costs include materials, labor, equipment, and tools necessary to carry out the activities described in the project's technical specifications. They are characterized by the fact that they can be measured and accurately related to a specific unit of work.

**Components of Direct Costs**

The main components of direct costs in a construction project in Ecuador are:

- Materials: Inputs such as cement, aggregates, granular improvement material, reinforcing steel, structural steel in profiles and plates, pipes, among others.
- Labor: Costs associated with wages and salaries of personnel directly involved.
- Equipment and tools: Machinery and minor tools used in the development of activities.
- Transportation and internal logistics: Mobilization of materials and equipment within the construction site.

**Ecuadorian regulations**

In Ecuador, public works contracts must be governed by the provisions of the Organic Law of the National Public Procurement System (LOSNCP) and the General Regulations to the LOSNCP. These regulations establish that the contractor must present a detailed breakdown of unit prices, clearly identifying direct costs, in this case, the emergency contract does not



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


contemplates the calculation of these costs, which is why, within this expert opinion, as this is a contract that has been unilaterally terminated under Article 95 of the LOSNCP, in order to be able to execute the settlement of the contract, the settlement of the project is being developed with regard to civil works.

## b. INDIRECT COSTS

For this expert report, the indirect costs to be analyzed correspond to the indirect costs in contracts with foreign companies in Ecuador.

Indirect costs represent an essential part of the economic planning of any engineering or construction project. When it comes to contracts entered into with foreign companies operating in Ecuadorian territory, these costs must be analyzed with special attention due to the tax, legal, and administrative implications they entail.

This expert report sets out the main components of indirect costs and their practical application in this international contract within Ecuador, as part of the subject matter of the expert opinion, including the taxes that must be taken into account.

**Components of Indirect Costs**

Indirect costs are not directly related to the physical execution of the work, but are essential for its management and operation. The following is a breakdown of the items considered in the settlement of indirect costs in EMERGENCY CONTRACT No. TPI-CON-0067-24, executed in Ecuador:

- Studies and designs
- Administrative costs
- Financial costs
- Construction management
- Guarantees
- Temporary premises
- Accident prevention
- Promotion
- Insurance and social security contributions
- Public services
- Vehicles
- Utility
- Taxes and other obligations



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



**Considerations for Foreign Companies Contracting in Ecuador**

Foreign companies participating in contracts within Ecuadorian territory are subject to a series of tax and legal obligations. It is essential that these costs be included as part of the indirect costs of the project. Key elements include:

- Income tax withholding (25%–37% depending on the case)
- Value Added Tax (VAT) of 12%
- Social security contributions if local personnel are hired
- Registration requirements with the Internal Revenue Service (SRI)
- Obtaining a RUC (Unique Taxpayer Registry)
- Registration as a government supplier (if applicable)

**Application in this expert opinion.**

As this is a contract with a foreign company, a cost structure must be established in which indirect costs represent between 15% and 30% of the direct cost, depending on the size of the project and the associated risks. It is important to anticipate advance payments of taxes and guarantees, as well as the costs arising from legal adaptation to the Ecuadorian environment.

The calculated indirect cost is 28.50% of the direct cost, which is broken down and calculated in the annex on unit price analysis and work settlement.

**c. TOTAL COST.**

The total cost will be the sum of direct costs plus indirect costs. In the unit price analysis, the total cost is calculated by adding these two components together. These costs can be verified in the annex to the unit price analysis and work settlement.

**3.5 BUDGET FOR WORK PERFORMED.**

The results of the measurements, both from the topographic survey and the volumetric measurements, are presented in Annex 11 of this report and consist of the site plan and the dimensions of the different structural elements found on site.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



## 3.6   RESULTS.

**a.** The settlement of civil works for the project was based on the actual volumes of work performed, determined through field measurements and verified against the project plans by TAXIA's technical staff.

**b.** In addition, the non-destructive tests carried out confirmed the quality of the work, which was satisfactory and guaranteed the functionality of the structures for the required purpose, a premise that was confirmed by the structural verification of the work carried out.

**c.** In addition, the quantification of the volumes of work accurately reflects the magnitude of the work performed on site, the dimensions of which were verified by the expert team during field inspections.

**d.** Furthermore, the unit prices calculated and used in the settlement of the SALITRAL civil works correspond to the area and geographical location of the project, ensuring their relevance and economic fairness.

**e.** All resources used in the execution of the works were taken into account when calculating the unit prices, such as equipment, materials, labor, transportation, and indirect project execution costs.

**f.** The unit price analysis followed the criteria established by current best practices, avoiding unjustified costs.

**g.** Indirect costs correspond to the necessary components of the project for the specific conditions of the SALITRAL Power Generation Substation.

**h.** Furthermore, the items involved in the financial settlement of civil works at the SALITRAL Power Generation Substation comply with technical specifications MOP-F-2002, in accordance with national regulations.

**i.** Furthermore, the financial settlement of civil works for the SALITRAL Power Generation Substation covers both the work carried out and the materials existing on site that have not been installed, which form part of the final balance.

**j.** It should be noted that the measurements were verified in the presence of the parties, ensuring the transparency of the expert process.

**k.** We also indicate that the non-destructive tests carried out certify that the materials and procedures used comply with the strength and functionality requirements to guarantee the stability of the structures and normal operation of the machinery and fuel tanks that they will support during their useful life.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



l. Once the results of the non-destructive tests were obtained, no technical deficiencies affecting the functionality of the structures executed were identified, which is why all the items executed were quantified in the financial settlement.

m. After the field and office work was completed, it was concluded that the methodology used to measure volumes ensures the objectivity of the results.

n. Furthermore, the quality control implemented during execution supports the reliability of the volumes settled, as there are reports with photographic records and comments that coincide with the evidence obtained in the expert investigation.

o. The design plans were followed and verified in the field with regard to visible work. This information, along with the information from the Structural Verification and Non-Destructive Testing Reports, was used as the basis for verification in the settlement.

p. The work was carried out in accordance with safety and environmental standards, which supports the conformity of the settlement. There is no evidence to the contrary in the file that was submitted to TAXIA for consideration.

q. The financial settlement for civil works at the SALITRAL Power Generation Substation reflects the actual costs of execution, without overestimations or omissions to the detriment of either party.

r. The unit price analyses are consistent with local market indices, local and regional material costs, costs of relevant equipment, costs of skilled and unskilled regional labor, and indirect costs of all components necessary for the execution of the project.

s. The economic balance determined by this expert report shows consistency between the contracted budget and the work performed.

t. In addition, the materials that were not installed were duly inventoried and valued in the settlement.

u. the financial settlement for civil works at the SALITRAL Power Generation Substation complies with the purpose of the expert assessment and is within the established contractual framework, and will therefore be used as the basis for terminating the contract.

v. The procedure followed in the financial settlement of civil works at the SALITRAL Power Generation Substation guarantees the transparency and traceability of the information.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



W. The final settlement of civil works for the SALITRAL Power Generation Substation shows that the work partially complies with the technical, economic, and contractual objectives set out in the project, as it was not completed within the established deadline. THE TOTAL AMOUNT EXECUTED BETWEEN CIVIL AND ELECTRICAL WORKS AMOUNTS TO US$10,541,871.64 (TEN MILLION FIVE HUNDRED AND FORTY-ONE THOUSAND EIGHT HUNDRED AND SEVENTY-ONE DOLLARS AND 64/100 OF THE UNITED STATES OF AMERICA).

X. After applying a study based on International Valuation Standards (IVS), the the appointed expert(s) and TAXIA, through its reviewing expert, declare under oath, with full knowledge of the causes of perjury, that the appraisal of the property in this report is true, reliable, and accurate, the final results of which are presented below:

| ECONOMIC SETTLEMENT OF SALITRAL CIVIL WORKS | | |
|---|---|---|
| ITEM | DESCRIPTION | COST USD |
| 1 | SUMMARY OF ECONOMIC SETTLEMENT FOR CIVIL WORKS | 10,430,513.66 |
| 2 | FINANCIAL SETTLEMENT FOR UNINSTALLED SURPLUS MATERIALS | 64,317.07 |
| 3 | FINANCIAL SETTLEMENT OF ELECTRICAL WORK | 111,357.98 |
| | TOTAL USD | 10,606,188.71 |

THE TOTAL CIVIL WORKS PLUS MATERIALS NOT INSTALLED AMOUNT TO US$10,606,188.71 (TEN MILLION SIX HUNDRED AND SIX THOUSAND ONE HUNDRED AND EIGHTY-EIGHT DOLLARS AND 71/100 OF A CENT) OF THE UNITED STATES OF AMERICA.

# 4 ELECTROMECHANICAL COMPONENT

## 4.1 Purpose of the Report

This Executive Report summarizes the main findings derived from the visual inspection and technical review carried out on the seventeen (29) thermal generation units and their auxiliary systems supplied by PROGEN at the Salitral Power Plant, in accordance with contract TPI-CON-0062-24 signed with CELEC EP – TERMOPICHINCHA.

The assessment includes the analysis of:

- *Generation units*: state of repair, technical characteristics, manufacturing conditions, and traceability.
- *Mechanical and fuel systems*: storage tanks, pumping systems, pipes, conditioning, and transfer of HFO6 and diesel.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


- *Electrical systems*: switchgear, main and auxiliary transformers, step-up substation, protection and commercial metering.
- *Balance of Plant (BOP)*: auxiliary compressed air, cooling water, lubrication, firefighting, 480 V MCCs, control, and instrumentation systems.

The contractor's degree of compliance with CELEC EP requirements is objectively established, identifying non-conformities, technical and contractual risks, and determining the feasibility of integrating the plant into the National Interconnected System (SNI) under current conditions.

## 4.2 Methodological Scope

The audit was carried out through visual and documentary technical inspection, without operational intervention or dynamic testing, in accordance with the scope of the contract. A technical traceability protocol was applied for systems and subsystems, supported by photographic records, professional experience, and applicable regulations.

## 4.3 Main Findings

### 4.3.1 Manufacturing and Conservation Conditions:

There were signs of common manufacturing defects and deterioration, such as widespread rust, incomplete connections, missing parts, discrepancies and presumed tampering with serial numbers, and superficial application of paint over the original coating and rust.

### 4.3.2 Fuel System Configuration:

According to the contract documentation, the units were to have a dual configuration (diesel – HFO4 – HFO6). The visual inspection only identified minimal infrastructure for diesel consumption; no pumps, pipes, heaters, or filters associated with the handling of HFO4 – HFO6 were located.

### 4.3.3 Mechanical and Electrical Integrity:

Mechanical and electrical components were identified that, based on their external appearance, may require additional and extensive work before they can be put into service. The lack of functional testing makes it impossible to quantify wear and tear or confirm the availability of potentially necessary spare parts within an active market.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



The technical specifications of the electrical equipment do not correspond to those requested by CELEC – EP in the contract. [1]

### 4.3.4 General state of repair:

There was evidence of dust and dirt accumulation on the motor generators, minor structural deficiencies, and incomplete auxiliary systems, suggesting previous inadequate storage and lack of technical maintenance. During the visual inspection, it was observed that the 29 generation units showed evidence of previous prolonged use (used oil, carbon deposits on pistons, bearings dated between 2006 and 2014).

## 4.4 Overall Assessment

From the consolidated analysis, it is determined that:

1. None of the seventeen (29) units, based on visual inspection, are in a condition that would allow them to be considered ready for immediate operation.

2. The control systems and electrical and mechanical auxiliaries exhibit technical aspects that could prove insufficient for immediate commissioning without intervention.

3. The current configuration limits the units to diesel operation only, reducing the technical and economic viability of the project, according to contractual documentation (HFO4 – HFO6).

4. The storage tanks require comprehensive refurbishment before they can be considered operational. The ultrasound inspection revealed that the fuel tanks do not have a surface paint coating. They only have a protective primer layer to slow down the corrosion process of the steel structure.

## 4.5 Executive Conclusion

The technical and visual analysis concludes that:

---

[1] For details, see Annex 4 on mechanical integrity and electromechanical generation systems.

Page 31 from 48



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



1. The equipment inspected corresponds to Stewart & Stevenson DM3580E packages manufactured between 2008 and 2010, integrating EMD ME20G7C engines and KATO 8P12-4400 alternators (2009).

2. There was evidence of tampering with plates and relabeling by the supplier, who superimposed identification plates over those of the original manufacturer.

3. The electrical parameters (11 kV and power factor 0.7) do not meet the requirements (13.8 kV and pf=0.8).

4. There are no OEM certificates or FAT/SAT tests, which breaks factory traceability.

5. The HFO 4-6 and diesel tanks show partial progress, construction deficiencies (incomplete or non-existent coatings) and lack API certification.

6. The cooling, lubrication, water treatment, and compressed air systems are not installed.

7. The fire protection system does not exist in the field, in breach of NFPA regulations.

8. The 69 kV booster substation and the interconnection line were not built.

9. The main and group transformers have not been delivered.

10. The switchgear installed corresponds to KYN28 panels rated at 11 kV and 2000 A, instead of 13.8 kV and 3016 A.

11. The electrical protections (SEL, DGC, VRM) were not installed.

12. SCADA and commercial metering do not exist in the field.

13. The operating philosophy and P&ID plans were presented on paper, but there is no complete physical implementation in the field.

14. The 480 V MCCs and auxiliary services have not been installed.

15. Control and instrumentation systems are not implemented, leaving the plant without automatic or safe operating capability.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


16. The inspected generation units only have the infrastructure to operate on diesel.

17. According to visual inspection, in some units, the installation of the auxiliary systems necessary for HFO handling (pumps, pipes, heaters, filters, etc.) was not identified, and in those where components of this infrastructure were observed, these elements were found to be incomplete and insufficient to guarantee their operation.

18. The storage tanks have coatings and cathodic protections in the process of being applied, which compromises their current integrity and the possibility of putting them into production as they require additional work before use.

19. Similar conditions were observed in the twenty-nine (29) units inspected in terms of manufacturing, maintenance, and assembly, without the visual inspection allowing for the quantification of internal or operational impacts.

20. In its current state, the Salitral Project is technically and contractually unfeasible and cannot be accepted or put into operation within the National Interconnected System under the agreed terms.

## 5 EQUIPMENT VALUATION AND APPRAISAL COMPONENT

### 5.1 BACKGROUND

In accordance with the provisions of the civil contract for the provision of specialized technical services entered into on July 14, 2025, which requires the "TECHNICAL INSPECTION AND DELIVERY OF EXPERT REPORTS ISSUED BY THE CONTRACTOR, AN ACCREDITED APPRAISER FOR CIVIL WORKS, ELECTROGENERATOR GROUPS, TESTING AND VERIFICATION OF THE MAIN ITEMS, ITEMS AND MILESTONES THAT FORM PART OF THE SALITRAL AND QUEVEDO EMERGING PROJECTS," the REPORT is attached.
DE TASACIO'N of the machinery and equipment provided by the company PROGEN and physically located at the Salitral Plant facilities, inspections carried out by TAXIA from July 22 to 26, 2025.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



## 5.2 METHODOLOGY APPLIED

The study considered the stages of coordination, inspection and inventory, data recording, and valuation. These stages were carried out on two main fronts: civil works and electromechanical equipment, for which TAXIA appointed expert professionals linked to this type of asset.

Prior to the start of the inspections and during them, TAXIA requested from CELEC EP – TERMOPICHINCHA all available technical information regarding the thermoelectric generation project carried out by the company PROGEN, which was provided as quickly as possible.

The inspections and inventory were carried out using the "General Sweep Method," which consists of verifying all movable and immovable property belonging to the thermoelectric project that was physically present or built on the premises. CELEC EP – TERMOPICHINCHA personnel were responsible for obtaining permits and access to the inspection sites, as well as for identifying, managing, stowing, moving, and/or placing the assets in a condition that allowed TAXIA personnel to verify them and collect all the information necessary for subsequent analysis and appraisal.

It is important to note that all goods were found covered, sealed, and/or stored in their original packaging and/or boxes in which the company PROGEN delivered them to CELEC EP – TERMOPICHINCHA, with no signs or evidence of prior tampering. To attest to the above, a notary public was present on the first day of the inspection, and only then were the goods uncovered and/or opened for the expert examination.

TAXIA staff placed a numbered label in an easily visible location on the surface of the goods, which identifies them in the inventory and appraisal results table; in some cases, this code refers to a group or batch of equipment rather than a single item. The information collected took into account all relevant aspects of the equipment, works, and facilities that could be visually verified; no technical tests other than those specified in the service contract between TAXIA and CELEC EP – TERMOPICHINCHA were performed.

The following valuation approaches were used for the appraisal:

- Market Approach: Also known as the "Comparative Method," this consists of researching several references for identical or similar assets on the market, to which the estimated costs are added or subtracted to adapt the characteristics of the references to the particular conditions of the asset verified during the inspection.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


- Cost Approach: Determines the value of an asset based on its value in brand new condition, to which depreciation factors linked to the characteristics of each asset, work, or facility considered are applied.

These approaches are in accordance with the guidelines of the International Valuation Standards (IVS) and the criteria acquired in professional practice.

In order to minimize the influence of subjectivity during the valuation, the AHP hierarchical analytical process was used to determine the operational/functional status of the equipment, as well as statistical analysis in the handling of the value references investigated.

## 5.3 RESULTS

The appraisal results obtained for the equipment are as follows:

| TAXATION CODE | SUMMARY INFORMATION | FUNCTIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 1 | [ MOTOR GENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2345; CONDITION: NON-OPERATIONAL.; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 41,529.00 |
| 2 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C3044; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 17,985.00 |
| 3 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2351; CONDITION: NON-OPERATIONAL.; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 111,725.00 |
| 4 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C3045; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 112,270.00 |
| 5 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2341; CONDITION: NON-OPERATIONAL.; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 110,417.00 |
| 6 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2354; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 113,033.00 |
| 7 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2347; CONDITION: NON-OPERATIONAL.; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 106,275.00 |
| 8 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2350; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 112,924.00 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


| TAX CODE | SUMMARY INFORMATION | FUNCTIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 9 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C3114; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 111,398.00 |
| 1 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2343; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 114,886.00 |
| 11 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2346; CONDITION: NON-OPERATIONAL.; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 110,417.00 |
| 1 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2362; CONDITION: NOT OPERATIONAL.; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 115,213.00 |
| 13 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2344; CONDITION: NON-OPERATIONAL.; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 113,796.00 |
| 14 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2352; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 109,872.00 |
| 15 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIAL NUMBER: PI223A2138; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM | NOT OPERATIONAL | 1,170,000.00 | 158,886.00 |
| 16 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2137; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH 195 CM | NOT OPERATIONAL | 1,170,000.00 | 145,782.00 |
| 17 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI224C3213; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM | NOT OPERATIONAL | 1,170,000.00 | 151,281.00 |
| 18 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2120; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 150,696.00 |
| 19 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2122; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 145,314.00 |
| 20 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI224C3218; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM | NOT OPERATIONAL | 1,170,000.00 | 153,270.00 |
| 21 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2129; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 154,206.00 |
| 22 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2137; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 155,844.00 |

Telephone number s:

0996 335 316 / 0985 880 732

Website

www.taxia.com.ec          info@taxia.com.ec



Contact email




| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALLE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 23 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2132; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 160,056.00 |
| 24 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2136; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 180,999.00 |
| 25 | [ENGINE GENERATOR] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIAL NUMBER: PI223A2128; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 145,782.00 |
| 26 | [ENGINE GENERATOR] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIAL NUMBER: PI223A2133; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 151,866.00 |
| 27 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2138; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 156,078.00 |
| 28 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2135; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 173,745.00 |
| 29 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2134; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 176,436.00 |
| 30 | [ THREE-PHASE DRY-TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00938; CONDITION: NON-OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 34 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00932; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 37 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00933; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 38 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00930; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 39 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00931; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |

| Telephone | number s: | Website |
|---|---|---|
| 0996 335 316 / 0985 880 732 | www.taxia.com.ec | info@taxia.com.ec |



Contact email




| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 40 | [DRY TYPE THREE-PHASE TRANSFORMER] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00939; CONDITION: NON-OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 41 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00937; CONDITION: NOT OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 44 | [ THREE-PHASE DRY-TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00936; CONDITION: NON-OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 45 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00934; CONDITION: NOT OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 54 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00935; CONDITION: NOT OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 59 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00940; CONDITION: NOT OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 60 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00941; CONDITION: NOT OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 61 | [ THREE-PHASE DRY-TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00943; CONDITION: NON-OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 62 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00942; CONDITION: NOT OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 63 | [METAL PNEUMATIC TANKS] - MODEL: A1053; SERIES: NB: 1120578 / 1120580 1120579 / 1120581; CONDITION: NON-OPERATIONAL.; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 5,600.00 | 5,600.00 |
| 64 | [ METAL PNEUMATIC TANKS ] - MODEL: A 1053; SERIES: NB: 1120570 / 1120571 1120571 / S/N; CONDITION: NOT OPERATIONAL.; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 5,600.00 | 5,600.00 |



| | Telephone | number s: | Website |
|---|---|---|---|
| | 0996 335 316 / 0985 880 732 | www.taxia.com.ec | info@taxia.com.ec |



Contact email





| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 65 | [METAL PNEUMATIC TANK] - MODEL: A 1053; SERIES: NB: 1120564; CONDITION: NON-OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 1,400.00 | 1,400.00 |
| 66 | [METAL PNEUMATIC TANK] - MODEL: A 1053; SERIES: NB: 1120498; CONDITION: NOT OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 1,400.00 | 1,400.00 |
| 67 | [METAL PNEUMATIC TANK] - MODEL: A1053; SERIES: NB: 11205503; CONDITION: NOT OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 1,400.00 | 1,400.00 |
| 31 | [OUTGOING SWITCH COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016383; CONDITION: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 68 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016361; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 69 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016365; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 70 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016366; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 72 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016379; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 73 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016382; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 74 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016387; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 75 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016362; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 77 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016385; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 78 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016381; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 79 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016370; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 80 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016368; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 81 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016371; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 82 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016360; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 89 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016375; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |



Telephone

0996 335 316 / 0985 880 732

number s:

www.taxia.com.ec

Website

info@taxia.com.ec



Contact email





| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 90 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016364; CONDITION: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500 | 9,500.00 |
| 92 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016373; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 93 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016384; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 103 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016380; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 104 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016367; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 105 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016369; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | $9,500.00 | 9,500.00 |
| 106 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016388; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 107 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016386; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 108 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016363; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 109 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016374; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 110 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016376; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 111 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016372; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 112 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016377; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 113 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016378; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 150 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016359; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 71 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016389; STATUS: NO OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 76 | [ SWITCH GEAR INCOMING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016393; STATUS: NO OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 91 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016391; STATUS: NO OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



| TAX CODE | SUMMARY INFORMATION | FUNCTIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 100 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016390; STATUS: NOT OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500 | 10,500.00 |
| 102 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016394; STATUS: NOT OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 114 | [INCOMING SWITCH GEAR COLUMN ]- BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016392; STATUS: NOT OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 47 | [ WOODEN BOX WITH VARIOUS VALUABLE ITEMS ] - CONDITION: NOT OPERATIONAL | NOT OPERATIONAL | 19,800.00 | 17,790.00 |
| 57 | [ WOODEN BOX CONTAINING VARIOUS VALUABLE ITEMS ] - CONDITION: NOT OPERATIONAL | NOT OPERATIONAL | 8,500.00 | 7,637.00 |
| 55 | [ 40-FOOT CONTAINER WITH PIPING ACCESSORIES ] - STATUS: NOT OPERATIONAL | NOT OPERATIONAL | 98,500.00 | 98,500.00 |
| 58 | [ 40-FOOT CONTAINER WITH PIPING ACCESSORIES ] - STATUS: NOT OPERATIONAL | NOT OPERATIONAL | 263,800.00 | 263,800.00 |
| 115 | [ FIRE FOAM STORAGE TANK ] - BRAND: VIKING; MODEL: VFT; SERIAL NUMBER: U224087; STATUS: NOT OPERATIONAL; COLOR: RED; CAPACITY: 150 US GAL | NOT OPERATIONAL | 690.00 | 690.00 |
| 116 | [INSTALLED BYPASS SECTION ]- STATUS: NOT OPERATIONAL | NOT OPERATIONAL | 230 | 230.00 |

## 5.4   CONCLUSIONS:

At the end of this work, the following conclusions were reached:

- Prior to unpacking, a notary public verified that the import security seals had not been tampered with.

- The new equipment found corresponds to the electrical and electronic equipment for the project, which was found in its original packaging, including the manufacturer's manuals.

- The motor generators show visual signs of previous use, are not anchored to the concrete bases, and are in the process of being repowered, assembled, and mounted; most of them are missing mechanical or electronic components. These signs of condition and use have been taken into account in the appraisal process.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


- The plates found on the skids of most of the motor generators reveal a single original model of equipment (brand: Stewart & Stevenson, model: DM3580E); research indicates that this model uses a single model of internal combustion engine (brand: EMD, model: 20/710).

- Although PROGEN established two different models on the plates affixed to the motor generators (S-3500-900-11DH and S-3500-900-416DH), three distinct equipment configurations can be clearly identified:

  - Configuration 1: From Tax code No. 0001 to Tax No. 0014
  - Configuration 2: From Tax code No. 0015 to Tax code No. 0020
  - Configuration 3: From code Tax No. 0021 to Tax No. 0029

- It is noteworthy that the motor generators with Tax codes 0015 to 0020 are oriented in the opposite direction to the rest of the equipment on the platform, i.e., with the alternator facing the wall of the shed instead of the center of it.

- There are twenty-six Tax codes that refer to assets that were also found and inventoried but are not valued separately, as they are components of the main equipment (motor generators, incoming and outgoing switchgear), so their value is implicitly included in this equipment.

- It is important to note that in most cases each Tax code refers to a single individual asset; however, there are also cases of Tax codes that represent lots of inventoried assets, the details of which can be found in the respective comments fields.

## 5.5  ASSESSMENT SUMMARY TABLE:

The above results are summarized below:



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



| GROUP | Quantity | NEW VALUE (USD) | FAIR VALUE (USD) |
|---|---|---|---|
| WOODEN BOX CONTAINING VARIOUS VALUABLE ITEMS | 2 | $ 28,300.00 | $ 25,427.00 |
| INCOMING SWITCH GEAR COLUMN | 6 | $ 63,000.00 | $ 63,000.00 |
| OUTGOING SWITCH GEAR COLUMN | 30 | $ 285,000.00 | $ 285,000.00 |
| 40-FOOT CONTAINER WITH PIPING ACCESSORIES | 2 | $ 362,300.00 | $ 362,300.00 |
| MOTOR GENERATOR | 29 | $ 32,810,000.00 | $ 3,761,981.00 |
| FIRE-FIGHTING FOAM STORAGE TANK | 1 | $ 690.00 | $ 690.00 |
| METAL PNEUMATIC TANKS | 11 | $ 15,400.00 | $ 15,400.00 |
| INSTALLED BYPASS SECTION | 1 | $ 230.00 | $ 230.00 |
| DRY TYPE THREE-PHASE TRANSFORMER | 14 | $ 1,229,200.00 | $ 1,229,200.00 |
| **TOTALS** | **96** | **$ 34,794,120.00** | **$ 5,743,228.00** |

## 6 PERCENTAGE OF CONTRACT COMPLIANCE

The amount executed, including civil works, materials found without installation, electrical works, motor generators, and accessories, amounts to **USD 16,349,416.71,** which represents **16.45% progress** or contractual compliance, taking into account the contract amount of USD 99,400,000.00, as summarized in the following table:

| | DEGREE OF CONTRACTUAL COMPLIANCE | |
|---|---|---|
| PROJECT COMPONENT | DESCRIPTION | COST USD |
| 1 | CIVIL AND ELECTRICAL WORKS INCLUDING SURPLUS MATERIALS | 10,606,188.71 |
| 2 | GENERATORS AND ACCESSORIES IN WAREHOUSES | 5,743,228.00 |
| | | |
| | TOTAL USD | 16,349,416.71 |
| | | |
| | CONTRACT AMOUNT: USD | 99,400,000.00 |
| | AMOUNT EXECUTED: USD | 16,349,416.71 |
| | COMPLIANCE: % | 16.45 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec


This is all I can state in good faith, except for any errors or involuntary omissions.

**We declare that:**

1. The expert opinion provided is accurate and technically sound.
2. We have not concealed any information that could affect the content of the report.
3. Our remuneration is not related to the outcome of the expert opinion.

Date of report:                                                                                    September 3, 2025

Signatures of Responsibility

                                                                                   

José  Fernando Vintimilla V., Engineer                              Fan Ali Valverde V., Engineer
**Technical Director**                                                       **Taxia**
and Innovation                                                  S. Banks: PVQ-2023-02415
S. Banks: -PA-2005-716                                            Judicial Council: 1838590
Judicial Council: 265970                                S. C: IRCVSQ-DRICAI-2024-00011883

