**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CELEC EP,

     Plaintiff,

v.                                                                              Case No: 8:25-cv-3433-WFJ-SPF

A.P. INSPECTIONS LLC, ANDREW S.
WILLIAMSON, AP INSPECTIONS
LATINOAMERICA, S.A.,
ASTROBRYXA, S.A., GENERTEK
POWER CORP., GENERTEK POWER
INDUSTRIES, LLC, JOHN B. MANNING,
PROGEN INDUSTRIES, LLC, W. WADE
MANNING and DOES 1-99,

     Defendants.

_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **AP INSPECTIONS LATINOAMERICA, S.A.** in Tampa, Florida on the 3rd day of March, 2026.

ELIZABETH M. WARREN, CLERK

s/K. Nieves, Deputy Clerk

Copies furnished to:

Counsel of Record