**REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

| ACCOUNT # | ▮▮▮▮7917 |
|---|---|

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 5 |

## ADVANTAGE BUSINESS CHECKING
November 30, 2024 through December 31, 2024

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $10,863.89 | | Minimum Daily Balance | $10,039 |
| Deposits & Credits | $4,782,975.03 + | | Average Monthly Statement Balance | $10,456 |
| Withdrawals | $4,229,145.71 – | | | |
| Fees | $727.50 – | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $553,910.73 – | | | |
| Ending Balance | $10,054.98 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/02 | Working Capital Redemption | 17,000.00 |
| 12/03 | Working Capital Redemption | 99,000.00 |
| 12/04 | EB From Checking #▮▮▮▮1812 Ref# 000000 0000003 | 900,000.00 |
| 12/05 | Working Capital Redemption | 144,000.00 |
| 12/06 | Working Capital Redemption | 8,000.00 |
| 12/09 | Working Capital Redemption | 22,000.00 |
| 12/10 | Working Capital Redemption | 163,000.00 |
| 12/11 | Wire Transfer Akil Corporati | 53,960.00 |
| 12/12 | Working Capital Redemption | 96,000.00 |
| 12/13 | Working Capital Redemption | 141,000.00 |
| 12/16 | Deposit - Thank You | 1,000,000.00 |
| 12/17 | Wire Transfer Rayk Holdings | 1,530,000.00 |
| 12/18 | Working Capital Redemption | 41,000.00 |
| 12/19 | Working Capital Redemption | 19,000.00 |
| 12/20 | Working Capital Redemption | 27,000.00 |
| 12/23 | Working Capital Redemption | 101,000.00 |
| 12/24 | Working Capital Redemption | 4,000.00 |
| 12/26 | Working Capital Redemption | 50,000.00 |
| 12/27 | Working Capital Redemption | 95,000.00 |
| 12/30 | Working Capital Redemption | 72,000.00 |
| 12/31 | Working Capital   of 09-26-24 at  3.4500000 - Interest Due | 4,015.03 |
| 12/31 | Working Capital Redemption | 196,000.00 |
| | **Total Deposits & Credits** | **$4,782,975.03** |

### WITHDRAWALS

| | | |
|---|---|---|
| 12/03 | Wire Transfer Ciateite S.A | 94,587.00 |

 EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.

**EXHIBIT C**



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  7917

|  |  |
|---|---|
| Cycle | 092<br>26 |
| Enclosures | 0 |
| Page | 2 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 12/04 | Regions Bank | Prefunddbt 815321085 | Dsholar | 14,934.63 |
| 12/04 | Regions Bank | Prefunddbt 815321085 | Dsholar | 41,890.00 |
| 12/04 | Regions Bank | Prefunddbt 815321085 | Dsholar | 32,855.00 |
| 12/04 | Regions Bank | Prefunddbt 815321085 | Awilliamson | 151,109.79 |
| 12/04 | Working Capital Investment | | | 616,000.00 |
| 12/04 | Royal Sabal 2021 Web Pmts Progen Industr Zg7z2c | | | 1,127.50 |
| 12/04 | Discover    E-Payment Williamson and 8791 | | | 5,066.23 |
| 12/04 | Cds Plumbing Ser Sale Progen Industr | | | 24,132.10 |
| 12/04 | Wire Transfer Sky 18 Capital | | | 7,500.00 |
| 12/05 | Regions Bank | Prefunddbt 815321085 | Dsholar | 74,704.99 |
| 12/05 | Regions Bank | Prefunddbt 815321085 | Dsholar | 4,523.19 |
| 12/05 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,983.75 |
| 12/05 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,152.50 |
| 12/05 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,052.97 |
| 12/05 | Lease Services    2409 Progen Industr 560161823 | | | 767.13 |
| 12/05 | Southern Graphic Sale Progen Industr | | | 945.88 |
| 12/05 | Ke Enterprises O Sale Progen Industr | | | 1,562.20 |
| 12/05 | AMEX Epayment   ACH Pmt Andrew William W9416 | | | 49,991.61 |
| 12/06 | Teco/People Gas  Utilitybil Progen Industr | | | 867.90 |
| 12/06 | Teco/People Gas  Utilitybil Progen Industr    3696 | | | 2,875.71 |
| 12/09 | Fpl Direct Debit Elec Pymt Progen Industr    7417 Webi | | | 104.08 |
| 12/09 | American Interst Ins Prem Progen Industr    9443 | | | 3,486.70 |
| 12/10 | Regions Bank | Prefunddbt 815321085 | Dsholar | 11,522.50 |
| 12/10 | Wire Transfer Motion Industr | | | 27,918.81 |
| 12/11 | Working Capital Investment | | | 18,000.00 |
| 12/11 | Lakeland/Ez-Pay  Utilitypmt Progen Industr 7603697 | | | 479.38 |
| 12/11 | United Healthcar Edi Paymts 0007progen Ind    1998 | | | 17,926.18 |
| 12/12 | Regions Bank | Prefunddbt 815321085 | Dsholar | 8,214.26 |
| 12/12 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,833.54 |
| 12/12 | Wire Transfer Atlantic Globa | | | 7,903.40 |
| 12/12 | Wire Transfer Hatch & Kirk | | | 11,315.57 |
| 12/13 | AMEX Epayment   ACH Pmt Andrew William W7922 | | | 59,858.14 |
| 12/16 | Regions Bank | Prefunddbt 815321085 | Dsholar | 10,000.00 |
| 12/16 | Working Capital Investment | | | 342,000.00 |
| 12/16 | Pnp Billpayment  121224ek Progen Industr | | | 455.60 |
| 12/16 | Deluxe Small Bus Edi/ACH 0008progen Ind    9279 | | | 691.77 |
| 12/16 | Wire Transfer Rayk Holdings | | | 637,800.00 |
| 12/17 | Regions Bank | Prefunddbt 815321085 | Awilliamson | 439,005.00 |
| 12/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 15,000.00 |
| 12/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,240.00 |
| 12/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 15,000.00 |
| 12/17 | Regions Bank | Prefunddbt 815321085 | Awilliamson | 43,092.00 |
| 12/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 8,613.64 |
| 12/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65,776.55 |
| 12/17 | Working Capital Investment | | | 914,000.00 |
| 12/18 | Prog Express    Ins Prem Progent Indust Pc    0800 | | | 636.28 |
| 12/18 | Ds Waters of Ame Msinvoice Progen Indust    666 | | | 1,538.20 |
| 12/18 | Prog Express    Ins Prem Progen  LLC    Pc    3916 | | | 2,974.00 |
| 12/18 | Wire Transfer Jose David Tru | | | 35,822.50 |
| 12/19 | Wire Transfer Automation Dir | | | 10,489.00 |
| 12/23 | AMEX Epayment   ACH Pmt Andrew William A6318 | | | 12,027.92 |
| 12/23 | AMEX Epayment   ACH Pmt Andrew William A3040 | | | 38,001.20 |
| 12/23 | AMEX Epayment   ACH Pmt Andrew William A8668 | | | 41,000.00 |
| 12/24 | Spectrum    Spectrum Progen Industr    6924 | | | 539.92 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 12/26 | Wire Transfer Motion Industr | 4,748.49 |
| 12/26 | Wire Transfer Sbm Constructi | 33,000.00 |
| 12/27 | Sba Eidl Loan    Payment Andrew William 0000 | 707.00 |
| 12/27 | Sba Eidl Loan    Payment Andrew William 0000 | 731.00 |
| 12/27 | Sba Eidl Loan    Payment Andrew William 0000 | 731.00 |
| 12/27 | Discover      E-Payment Williamson and 8791 | 4,297.00 |
| 12/30 | Regions Bank    Prefunddbt 815321085    Dsholar | 44,035.00 |
| 12/31 | EB to Checking # ▓▓▓▓1804 Ref# 000000 0000004 | 200,000.00 |
| | **Total Withdrawals** | **$4,229,145.71** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 12/09 | Analysis Charge      11-24 | 697.50 |
| 12/11 | Wire Transfer Incoming Fee | 15.00 |
| 12/17 | Wire Transfer Incoming Fee | 15.00 |
| | **Total Fees** | **$727.50** |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 12/09 | 1478 | 6,202.72 | 12/12 | 1815 | 25,000.00 |
| 12/02 | 1762 * | 10,629.00 | 12/11 | 1816 | 1,208.72 |
| 12/02 | 1763 | 1,400.00 | 12/11 | 1818 * | 1,561.91 |
| 12/03 | 1765 * | 972.96 | 12/12 | 1819 | 329.64 |
| 12/03 | 1775 * | 3,564.47 | 12/13 | 1821 * | 23,000.00 |
| 12/02 | 1780 * | 1,300.00 | 12/13 | 1822 | 50,000.00 |
| 12/02 | 1781 | 180.40 | 12/16 | 1823 | 6,410.08 |
| 12/06 | 1786 * | 4,904.54 | 12/17 | 1825 * | 7,538.93 |
| 12/02 | 1787 | 3,565.00 | 12/17 | 1826 | 350.00 |
| 12/10 | 1792 * | 2,505.84 | 12/20 | 1827 | 2,857.10 |
| 12/10 | 1793 | 1,806.00 | 12/23 | 1828 | 1,141.69 |
| 12/13 | 1794 | 7,459.47 | 12/23 | 1829 | 714.95 |
| 12/13 | 1795 | 751.32 | 12/23 | 1830 | 1,292.90 |
| 12/16 | 1796 | 1,942.81 | 12/19 | 1831 | 1,900.85 |
| 12/11 | 1797 | 5,585.44 | 12/27 | 1833 * | 923.50 |
| 12/12 | 1798 | 2,387.63 | 12/23 | 1834 | 1,108.20 |
| 12/04 | 1799 | 4,068.33 | 12/19 | 1835 | 1,080.69 |
| 12/05 | 1800 | 806.70 | 12/20 | 1836 | 4,157.46 |
| 12/11 | 1801 | 8,446.03 | 12/30 | 1837 | 960.44 |
| 12/09 | 1802 | 4,230.70 | 12/24 | 1838 | 3,587.13 |
| 12/04 | 1803 | 390.00 | 12/20 | 1839 | 846.71 |
| 12/04 | 1804 | 390.00 | 12/20 | 1840 | 3,391.60 |
| 12/04 | 1805 | 390.00 | 12/20 | 1841 | 2,006.85 |
| 12/09 | 1806 | 3,400.00 | 12/19 | 1842 | 809.51 |
| 12/24 | 1807 | 167.99 | 12/20 | 1843 | 1,522.61 |
| 12/12 | 1808 | 37,287.06 | 12/26 | 1843 * | 813.77 |
| 12/09 | 1809 | 3,463.46 | 12/19 | 1844 | 1,108.20 |
| 12/10 | 1810 | 25,414.32 | 12/19 | 1846 * | 886.56 |
| 12/10 | 1811 | 91,581.59 | 12/20 | 1847 | 1,278.13 |
| 12/05 | 1812 | 1,602.01 | 12/30 | 1848 | 780.83 |
| 12/10 | 1813 | 2,640.31 | 12/20 | 1849 | 2,343.15 |
| 12/17 | 1814 | 18,869.00 | 12/23 | 1850 | 1,920.32 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  ▇▇▇7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 5 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 12/20 | 1851 | 997.38 | 12/30 | 1860 | 11,285.00 |
| 12/19 | 1852 | 780.83 | 12/20 | 1861 | 4,230.70 |
| 12/23 | 1853 | 1,806.85 | 12/27 | 1862 | 24,487.47 |
| 12/19 | 1854 | 1,852.31 | 12/27 | 1863 | 62,667.36 |
| 12/23 | 1855 | 1,040.51 | 12/30 | 1864 | 3,166.25 |
| 12/20 | 1856 | 886.56 | 12/26 | 1865 | 11,565.41 |
| 12/20 | 1857 | 960.44 | 12/30 | 1866 | 1,327.86 |
| 12/23 | 1858 | 1,235.20 | 12/30 | 1868 * | 10,966.30 |
| 12/20 | 1859 | 1,201.21 | 12/12 | 51788 * | 2,315.56 |
| | | | | Total Checks | $553,910.73 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/02 | 10,789.49 | 12/11 | 10,833.21 | 12/20 | 10,818.41 |
| 12/03 | 10,665.06 | 12/12 | 10,246.55 | 12/23 | 10,528.67 |
| 12/04 | 10,811.48 | 12/13 | 10,177.62 | 12/24 | 10,233.63 |
| 12/05 | 10,718.55 | 12/16 | 10,877.36 | 12/26 | 10,105.96 |
| 12/06 | 10,070.40 | 12/17 | 10,377.24 | 12/27 | 10,561.63 |
| 12/09 | 10,485.24 | 12/18 | 10,406.26 | 12/30 | 10,039.95 |
| 12/10 | 10,095.87 | 12/19 | 10,498.31 | 12/31 | 10,054.98 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

| | |
|---|---|
| **ACCOUNT #** | 7917 |
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 6 |

## ADVANTAGE BUSINESS CHECKING
January 1, 2025 through January 31, 2025

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $10,054.98 | | Minimum Daily Balance | $10,000 |
| Deposits & Credits | $12,713,776.18 | + | Average Monthly Statement Balance | $10,467 |
| Withdrawals | $12,307,593.06 | – | | |
| Fees | $376.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $405,837.94 | – | | |
| Ending Balance | $10,024.16 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 01/02 | Working Capital Redemption | 6,000.00 |
| 01/03 | Working Capital Redemption | 43,000.00 |
| 01/06 | Working Capital Redemption | 222,000.00 |
| 01/07 | Working Capital Redemption | 96,000.00 |
| 01/08 | Deposit - Thank You | 1,514.44 |
| 01/08 | Working Capital Redemption | 101,000.00 |
| 01/09 | Working Capital Redemption | 65,000.00 |
| 01/10 | Working Capital Redemption | 94,000.00 |
| 01/13 | Working Capital Redemption | 92,000.00 |
| 01/14 | Working Capital Redemption | 119,000.00 |
| 01/15 | Working Capital Redemption | 197,000.00 |
| 01/16 | Deposit - Thank You | 500,000.00 |
| 01/17 | Working Capital Redemption | 305,000.00 |
| 01/21 | Deposit - Thank You | 700,000.00 |
| 01/22 | Working Capital Redemption | 21,000.00 |
| 01/23 | Working Capital Redemption | 101,000.00 |
| 01/24 | Deposit - Thank You | 250,000.00 |
| 01/27 | Working Capital Redemption | 10,000.00 |
| 01/28 | Wire Transfer 1/Corp.Elect. | 6,958,000.00 |
| 01/29 | Working Capital Redemption | 1,970,000.00 |
| 01/30 | Working Capital Redemption | 653,000.00 |
| 01/31 | Working Capital  of 09-26-24 at  3.4500000 - Interest Due | 3,261.74 |
| 01/31 | Working Capital Redemption | 206,000.00 |
| | **Total Deposits & Credits** | **$12,713,776.18** |

**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.
EQUAL HOUSING LENDER



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ███ **7917**

|  |  |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 6 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 01/03 | Royal Sabal 2021 Web Pmts Progen Industr Tk2k7c | 1,127.50 |
| 01/03 | Wire Transfer Mgi - Muller G | 20,000.00 |
| 01/03 | Wire Transfer John B Manning | 20,000.00 |
| 01/06 | Regions Bank Prefunddbt 815321085 Dsholar | 5,006.00 |
| 01/06 | American Interst Ins Prem Progen Industr ██ 9443 | 3,729.96 |
| 01/06 | AMEX Epayment ACH Pmt Andrew William W1586 | 57,360.30 |
| 01/06 | Wire Transfer Sbm Constructi | 62,250.00 |
| 01/06 | Wire Transfer L&m Radiators | 5,520.00 |
| 01/06 | Wire Transfer Sky 18 Capital | 7,500.00 |
| 01/07 | Regions Bank Prefunddbt 815321085 Dsholar | 46,430.00 |
| 01/07 | Regions Bank Prefunddbt 815321085 Dsholar | 37,265.00 |
| 01/07 | Fpl Direct Debit Elec Pymt Progen Industr ██ 7417 Webi | 37.48 |
| 01/07 | Ke Enterprises O Sale Progen Industr | 1,562.20 |
| 01/07 | Wire Transfer Sky 18 Capital | 3,500.00 |
| 01/08 | Chase Credit Crd Epay Teach It Pro L ██ 5208 | 1,783.39 |
| 01/08 | Chase Credit Crd Epay Progen LLC ██ 2846 | 27,997.96 |
| 01/08 | Wire Transfer Estudio Diez C | 50,000.00 |
| 01/09 | Regions Bank Prefunddbt 815321085 Dsholar | 1,818.28 |
| 01/09 | Lakeland/Ez-Pay Utilitypmt Progen Industr ██ 8351 | 121.36 |
| 01/09 | Lakeland/Ez-Pay Utilitypmt Progen Industr ██ 8351 | 1,573.14 |
| 01/09 | AMEX Epayment ACH Pmt Andrew William W7572 | 25,483.58 |
| 01/09 | Acoustiblok, Inc Sale Progen Industr | 30,892.00 |
| 01/09 | Wire Transfer Motion Industr | 6,104.17 |
| 01/10 | Regions Bank Prefunddbt 815321085 Dsholar | 6,433.67 |
| 01/10 | Att Payment ABC 182835003smt2u | 599.76 |
| 01/10 | United Healthcar Edi Paymts 0007progen Ind ██ 1514 | 17,329.90 |
| 01/13 | Spectrum Spectrum Progen Industr ██ 3955 | 394.86 |
| 01/13 | Spectrum Spectrum Progen Industr ██ 3853 | 539.92 |
| 01/13 | Spectrum Spectrum Progen Industr ██ 5932 | 599.00 |
| 01/13 | Wire Transfer John B Manning | 25,000.00 |
| 01/13 | Wire Transfer Clark Industri | 59,730.00 |
| 01/14 | Regions Bank Prefunddbt 815321085 Dsholar | 9,600.00 |
| 01/14 | Regions Bank Prefunddbt 815321085 Dsholar | 15,000.00 |
| 01/14 | Sba Eidl Loan Payment Andrew William 0000 | 707.00 |
| 01/14 | Sba Eidl Loan Payment Andrew William 0000 | 731.00 |
| 01/14 | Sba Eidl Loan Payment Andrew William 0000 | 731.00 |
| 01/14 | Sba Eidl Loan Payment Andrew William 0000 | 731.00 |
| 01/14 | Teco/People Gas Utilitybil Progen Industr ██ | 945.73 |
| 01/14 | Teco/People Gas Utilitybil Progen Industr ██ 3696 | 1,810.73 |
| 01/14 | AMEX Epayment ACH Pmt Andrew William W5658 | 49,375.34 |
| 01/14 | Wire Transfer Inter Fab Serv | 22,850.00 |
| 01/14 | Wire Transfer Apinspections | 1,665.00 |
| 01/15 | Regions Bank Prefunddbt 815321085 Dsholar | 585.00 |
| 01/15 | Regions Bank Prefunddbt 815321085 Dsholar | 585.00 |
| 01/15 | Regions Bank Prefunddbt 815321085 Dsholar | 585.00 |
| 01/15 | Regions Bank Prefunddbt 815321085 Dsholar | 12,204.00 |
| 01/15 | Pnp Billpayment 011325ek Progen Industr | 995.51 |
| 01/15 | EB to Checking # ██ 1804 Ref# 000000 0000006 | 180,000.00 |
| 01/16 | Working Capital Investment | 87,000.00 |
| 01/16 | Wire Transfer Sbm Constructi | 227,900.00 |
| 01/16 | Wire Transfer Zhuhai Comking | 55,412.80 |
| 01/16 | Wire Transfer Zhuhai Comking | 20,701.72 |
| 01/16 | Wire Transfer Zhuhai Comking | 83,119.20 |
| 01/16 | Wire Transfer Apinspections | 1,665.01 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▓▓▓▓ **7917**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 6 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 9,381.67 |
| 01/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,663.18 |
| 01/17 | Regions Bank | Prefunddbt 815321085 | Dsholar | 6,075.56 |
| 01/17 | Wire Transfer Zhuhai Comking | | | 117,211.64 |
| 01/17 | Wire Transfer Zhuhai Comking | | | 132,996.92 |
| 01/17 | Wire Transfer John B Manning | | | 10,000.00 |
| 01/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 8,461.63 |
| 01/21 | Working Capital Investment | | | 163,000.00 |
| 01/21 | Acoustiblok, Inc Sale Progen Industr | | | 32,011.00 |
| 01/21 | Wire Transfer Motion Industr | | | 5,704.43 |
| 01/21 | Wire Transfer Sbm Constructi | | | 112,250.00 |
| 01/21 | Wire Transfer Zhuhai Comking | | | 332,400.00 |
| 01/21 | Wire Transfer Karla Saud Cal | | | 5,700.00 |
| 01/22 | Regions Bank | Prefunddbt 815321085 | Dsholar | 6,438.50 |
| 01/22 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,725.96 |
| 01/22 | Central Florida  Sale Progen Industr | | | 187.25 |
| 01/22 | Lease Services ▓▓ 2409 Progen Industr ▓▓ 7234 | | | 767.13 |
| 01/22 | Central Florida  Sale Progen Industr | | | 776.79 |
| 01/22 | Wire Transfer Apinspections | | | 1,665.00 |
| 01/23 | Regions Bank | Prefunddbt 815321085 | Dsholar | 46,076.43 |
| 01/23 | Wire Transfer John B Manning | | | 20,000.00 |
| 01/23 | Wire Transfer Sprechman & Fi | | | 27,500.00 |
| 01/24 | Working Capital Investment | | | 68,000.00 |
| 01/24 | AMEX Epayment   ACH Pmt Andrew William W6336 | | | 52,684.25 |
| 01/24 | Wire Transfer Mid-America En | | | 120,000.00 |
| 01/27 | Wire Transfer Karla Saud Cal | | | 3,600.00 |
| 01/27 | Wire Transfer Apinspections | | | 1,665.00 |
| 01/28 | Working Capital Investment | | | 6,939,000.00 |
| 01/28 | Wire Transfer Gilkes, Inc. | | | 4,375.00 |
| 01/28 | Wire Transfer Apinspections | | | 550.00 |
| 01/28 | Wire Transfer Kmt Waterjet S | | | 5,991.90 |
| 01/29 | Achwebpaymentfee Webpayment Progen Industr | | | 3.50 |
| 01/29 | Ripweachterinsur Webpayment Progen Industr | | | 14,001.34 |
| 01/29 | Wire Transfer Apollo Electri | | | 775,000.00 |
| 01/29 | EB to Checking #▓▓ 1804 Ref# 000000 0000007 | | | 388,000.00 |
| 01/29 | Wire Transfer Spirit Special | | | 54,832.71 |
| 01/29 | Wire Transfer John B Manning | | | 20,000.00 |
| 01/29 | Wire Transfer Saginaw Contro | | | 12,024.24 |
| 01/29 | Wire Transfer Jiangsu First | | | 244,247.00 |
| 01/29 | Wire Transfer Jiangsu First | | | 289,324.80 |
| 01/29 | Wire Transfer Jiangsu First | | | 172,448.00 |
| 01/30 | Regions Bank | Prefunddbt 815321085 | Awilliamson | 207,730.16 |
| 01/30 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65,776.55 |
| 01/30 | Regions Bank | Prefunddbt 815321085 | Dsholar | 23,128.93 |
| 01/30 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,490.00 |
| 01/30 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,985.00 |
| 01/30 | Wire Transfer Inter Fab Serv | | | 56,260.83 |
| 01/30 | Wire Transfer Specialized Di | | | 1,422.68 |
| 01/30 | Wire Transfer Abb Inc | | | 289,843.20 |
| 01/31 | Regions Bank | Prefunddbt 815321085 | Dsholar | 24,310.52 |
| 01/31 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,892.61 |
| 01/31 | Regions Bank | Prefunddbt 815321085 | Dsholar | 4,626.51 |
| 01/31 | Regions Bank | Prefunddbt 815321085 | Dsholar | 245.00 |
| 01/31 | Regions Bank | Prefunddbt 815321085 | Dsholar | 35.00 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▮▮▮▮ **7917**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 6 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 01/31 | Wire Transfer Ciateite S.A | 80,508.00 |
| 01/31 | Wire Transfer Spirit Special | 18,378.86 |
| 01/31 | Wire Transfer Motion Industr | 4,198.91 |
| 01/31 | Wire Transfer Apinspections | 4,430.00 |
| | **Total Withdrawals** | **$12,307,593.06** |

## FEES

| | | |
|---|---|---|
| 01/09 | Analysis Charge    12-24 | 361.00 |
| 01/28 | Wire Transfer Incoming Fee | 15.00 |
| | **Total Fees** | **$376.00** |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 01/03 | 1820 | 809.70 | 01/10 | 1888 | 68,131.50 |
| 01/03 | 1824 * | 132.25 | 01/10 | 1889 | 547.43 |
| 01/03 | 1832 * | 911.95 | 01/14 | 1890 | 2,275.17 |
| 01/03 | 1867 * | 72.76 | 01/13 | 1891 | 71.00 |
| 01/02 | 1869 * | 6,000.00 | 01/15 | 1892 | 2,154.98 |
| 01/06 | 1870 | 3,807.63 | 01/16 | 1894 * | 25,000.00 |
| 01/08 | 1871 | 19,342.43 | 01/17 | 1895 | 13,184.41 |
| 01/06 | 1872 | 62,226.04 | 01/17 | 1896 | 4,230.70 |
| 01/21 | 1873 | 3,215.03 | 01/22 | 1897 | 9,618.36 |
| 01/06 | 1874 | 13,832.89 | 01/21 | 1898 | 26,351.26 |
| 01/07 | 1875 | 2,315.56 | 01/24 | 1899 | 2,006.37 |
| 01/13 | 1876 | 625.35 | 01/21 | 1900 | 7,762.55 |
| 01/07 | 1877 | 834.92 | 01/27 | 1901 | 108.68 |
| 01/17 | 1878 | 72.76 | 01/28 | 1902 | 1,242.46 |
| 01/14 | 1879 | 1,900.00 | 01/23 | 1903 | 4,057.60 |
| 01/07 | 1880 | 4,592.54 | 01/21 | 1904 | 3,013.24 |
| 01/14 | 1881 | 10,518.30 | 01/24 | 1909 * | 550.00 |
| 01/08 | 1882 | 335.00 | 01/28 | 1910 | 6,625.73 |
| 01/08 | 1883 | 1,068.26 | 01/27 | 1911 | 2,443.63 |
| 01/10 | 1884 | 916.33 | 01/23 | 1912 | 2,523.81 |
| 01/10 | 1885 | 200.00 | 01/27 | 1913 | 2,714.59 |
| 01/13 | 1886 | 4,934.73 | 01/24 | 1914 | 6,870.00 |
| 01/17 | 1887 | 6,194.04 | 01/31 | 1915 | 69,496.00 |
| | | | | **Total Checks** | **$405,837.94** |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/02 | 10,054.98 | 01/13 | 10,810.72 | 01/23 | 10,845.38 |
| 01/03 | 10,000.82 | 01/14 | 10,970.45 | 01/24 | 10,734.76 |
| 01/06 | 10,768.00 | 01/15 | 10,860.96 | 01/27 | 10,202.86 |
| 01/07 | 10,230.30 | 01/16 | 10,062.23 | 01/28 | 10,402.77 |
| 01/08 | 12,217.70 | 01/17 | 10,051.35 | 01/29 | 10,521.18 |
| 01/09 | 10,864.17 | 01/21 | 10,182.21 | 01/30 | 10,883.83 |
| 01/10 | 10,705.58 | 01/22 | 10,003.22 | 01/31 | 10,024.16 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**           **7917**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 6 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**      ███7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 7 |

## ADVANTAGE BUSINESS CHECKING
February 1, 2025 through February 28, 2025

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $10,024.16 | Minimum Daily Balance | $10,004 |
| Deposits & Credits | $35,432,297.01 + | Average Monthly Statement Balance | $78,175 |
| Withdrawals | $34,907,185.74 − | | |
| Fees | $1,202.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $523,368.73 − | | |
| **Ending Balance** | $10,564.70 | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 02/03 | Working Capital Redemption | 2,607,000.00 |
| 02/04 | Working Capital Redemption | 400,000.00 |
| 02/05 | Working Capital Redemption | 12,000.00 |
| 02/06 | Wire Transfer 1/Corp.Elect. | 6,958,000.00 |
| 02/07 | Wire Transfer Chips Fed Retu | 1,499,909.60 |
| 02/07 | Working Capital Redemption | 1,798,000.00 |
| 02/10 | Wire Transfer Classic Automa | 10,536.42 |
| 02/10 | Working Capital Redemption | 1,635,000.00 |
| 02/11 | Working Capital Redemption | 769,000.00 |
| 02/12 | Wire Transfer Astrobryxa S.A | 1,499,909.60 |
| 02/13 | Wire Transfer Progen Industr | 8,600.00 |
| 02/13 | Working Capital Redemption | 111,000.00 |
| 02/14 | Wire Transfer 1/Corp.Elect. | 6,958,000.00 |
| 02/18 | Working Capital Redemption | 243,000.00 |
| 02/19 | Working Capital Redemption | 1,729,000.00 |
| 02/20 | Wire Transfer 1/Corp.Elect. | 6,958,000.00 |
| 02/21 | Working Capital Redemption | 640,000.00 |
| 02/24 | Working Capital Redemption | 82,000.00 |
| 02/25 | Working Capital Redemption | 284,000.00 |
| 02/26 | Working Capital Redemption | 924,000.00 |
| 02/27 | Working Capital Redemption | 264,000.00 |
| 02/28 | Working Capital   of 09-26-24 at 3.4500000 - Interest Due | 20,341.39 |
| 02/28 | Working Capital Redemption | 21,000.00 |

| | |
|---|---|
| Total Deposits & Credits | $35,432,297.01 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**          7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 7 |

## WITHDRAWALS

| Date | Description |  |  | Amount |
|---|---|---|---|---|
| 02/03 | Regions Bank | Prefunddbt 815321085 | Dsholar | 12,204.00 |
| 02/03 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,000.00 |
| 02/03 | AMEX Epayment | ACH Pmt Andrew William W1472 |  | 54,918.89 |
| 02/03 | Wire Transfer Astrobryxa S.A |  |  | 1,500,000.00 |
| 02/03 | Wire Transfer Inycofyi Ingen |  |  | 1,000,000.00 |
| 02/04 | Regions Bank | Prefunddbt 815321085 | Dsholar | 9,100.00 |
| 02/04 | Royal Sabal 2021 Web Pmts Progen Industr Jd8pdc |  |  | 1,127.50 |
| 02/04 | Wire Transfer Enerset Electr |  |  | 23,370.50 |
| 02/04 | Wire Transfer Hilliard Enter |  |  | 185,000.00 |
| 02/04 | Wire Transfer Jose David Tru |  |  | 8,953.54 |
| 02/04 | Wire Transfer Motion Industr |  |  | 10,777.60 |
| 02/04 | Wire Transfer Sky 18 Capital |  |  | 7,500.00 |
| 02/04 | Wire Transfer Sbm Constructi |  |  | 92,800.00 |
| 02/04 | Wire Transfer A.R. Savage & |  |  | 11,407.00 |
| 02/04 | Wire Transfer Amot Controls |  |  | 6,541.92 |
| 02/04 | Wire Transfer Spirit Special |  |  | 12,668.47 |
| 02/05 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,955.78 |
| 02/05 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,000.00 |
| 02/05 | Ke Enterprises O Sale Progen Industr |  |  | 1,562.20 |
| 02/06 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,175.00 |
| 02/06 | Regions Bank | Prefunddbt 815321085 | Dsholar | 625.35 |
| 02/06 | Working Capital Investment |  |  | 6,926,000.00 |
| 02/06 | Lease Services ▮▮2409 Progen Industr ▮▮8419 |  |  | 870.33 |
| 02/06 | Ds Waters of Ame Msinvoice Progen Industr ▮8666 |  |  | 1,212.78 |
| 02/06 | Wire Transfer Penske Logisti |  |  | 200.00 |
| 02/06 | Wire Transfer Classic Automa |  |  | 7,046.42 |
| 02/06 | Wire Transfer Amot Controls |  |  | 5,170.17 |
| 02/06 | Wire Transfer Mts Logistics |  |  | 210.00 |
| 02/07 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,573.27 |
| 02/07 | Regions Bank | Prefunddbt 815321085 | Dsholar | 31,663.98 |
| 02/07 | Lakeland/Ez-Pay Utilitypmt Progen Industr ▮6566 |  |  | 123.57 |
| 02/07 | Lakeland/Ez-Pay Utilitypmt Progen Industr ▮6568 |  |  | 357.25 |
| 02/07 | Spectrum Spectrum Progen Industr 8▮334 |  |  | 599.00 |
| 02/07 | Teco/People Gas Utilitybil Progen Industr ▮ |  |  | 991.60 |
| 02/07 | Southern Graphic Sale Progen Industr |  |  | 1,891.76 |
| 02/07 | Lakeland/Ez-Pay Utilitypmt Progen Industr ▮69 |  |  | 2,255.10 |
| 02/07 | Teco/People Gas Utilitybil Progen Industr ▮3696 |  |  | 3,936.42 |
| 02/07 | American Interst Ins Prem Progen Industr ▮9443 |  |  | 4,326.20 |
| 02/07 | AMEX Epayment ACH Pmt Andrew William W7618 |  |  | 48,515.71 |
| 02/07 | Wire Transfer Spirit Special |  |  | 14,086.21 |
| 02/07 | Wire Transfer Inycofyi Ingen |  |  | 500,000.00 |
| 02/07 | Wire Transfer Better Energy |  |  | 100,000.00 |
| 02/07 | Wire Transfer Astrobryxa S.A |  |  | 2,000,000.00 |
| 02/07 | Wire Transfer Lucky 8 Ventur |  |  | 547,002.74 |
| 02/07 | Wire Transfer Classic Automa |  |  | 10,536.42 |
| 02/07 | Wire Transfer A1 Worldwide L |  |  | 26,006.04 |
| 02/10 | Regions Bank | Prefunddbt 815321085 | Dsholar | 195.00 |
| 02/10 | Regions Bank | Prefunddbt 815321085 | Dsholar | 195.00 |
| 02/10 | Fpl Direct Debit Elec Pymt Progen Industr ▮7417 Webi |  |  | 39.88 |
| 02/10 | Wire Transfer Astrobryxa S.A |  |  | 1,499,909.60 |
| 02/10 | Wire Transfer Classic Automa |  |  | 3,490.00 |
| 02/10 | Wire Transfer Spirit Special |  |  | 2,934.20 |
| 02/10 | Wire Transfer Mytee Products |  |  | 9,875.20 |
| 02/10 | Wire Transfer Pacific Marine |  |  | 5,124.43 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/10 | Wire Transfer Inter Fab Serv | | | 121,094.01 |
| 02/11 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,669.65 |
| 02/11 | Regions Bank | Prefunddbt 815321085 | Dsholar | 400.00 |
| 02/11 | Wire Transfer John B Manning | | | 325,000.00 |
| 02/11 | Wire Transfer Mid-America En | | | 170,000.00 |
| 02/12 | Regions Bank | Prefunddbt 815321085 | Dsholar | 11,273.00 |
| 02/12 | Regions Bank | Prefunddbt 815321085 | Dsholar | 8,667.16 |
| 02/12 | Regions Bank | Prefunddbt 815321085 | Dsholar | 55,522.80 |
| 02/12 | Working Capital Investment | | | 883,000.00 |
| 02/12 | United Healthcar Edi Paymts 0007progen Ind ████ 5378 | | | 24,329.78 |
| 02/12 | Wire Transfer Spirit Special | | | 51,585.00 |
| 02/12 | Wire Transfer Harris Calorif | | | 39,950.00 |
| 02/12 | EB to Checking # ████ 1804 Ref# 000000 0000008 | | | 396,665.00 |
| 02/12 | Wire Transfer Diesel Radiato | | | 4,575.00 |
| 02/12 | Wire Transfer Rexel of Ameri | | | 13,216.96 |
| 02/12 | Wire Transfer Automation Dir | | | 5,948.00 |
| 02/12 | Wire Transfer Apinspections | | | 3,330.00 |
| 02/13 | Regions Bank | Prefunddbt 815321085 | Dsholar | 175.00 |
| 02/13 | Regions Bank | Prefunddbt 815321085 | Dsholar | 175.00 |
| 02/13 | Regions Bank | Prefunddbt 815321085 | Ladam | 8,600.00 |
| 02/13 | Regions Bank | Prefunddbt 815321085 | Ladam | 36,037.60 |
| 02/13 | AMEX Epayment  ACH Pmt Andrew William W5042 | | | 43,014.19 |
| 02/13 | Wire Transfer Power Systems | | | 8,600.00 |
| 02/14 | Regions Bank | Prefunddbt 815321085 | Dsholar | 70.00 |
| 02/14 | Regions Bank | Prefunddbt 815321085 | Dsholar | 70.00 |
| 02/14 | Working Capital Investment | | | 5,149,000.00 |
| 02/14 | Central Florida  Sale Progen Industr | | | 80.12 |
| 02/14 | Central Florida  Sale Progen Industr | | | 541.84 |
| 02/14 | Wire Transfer Zhuhai Comking | | | 270,911.00 |
| 02/14 | Wire Transfer Astrobryxa LLC | | | 1,499,908.90 |
| 02/14 | Wire Transfer Saginaw Contro | | | 13,932.48 |
| 02/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 7,200.00 |
| 02/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 175.00 |
| 02/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 175.00 |
| 02/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 9,880.00 |
| 02/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,600.00 |
| 02/18 | USA Shrinkwrap S Sale Progen Industr | | | 2,867.07 |
| 02/18 | USA Shrinkwrap S Sale Progen Industr | | | 2,867.07 |
| 02/18 | Wire Transfer USA Shrinkwrap | | | 10,518.10 |
| 02/18 | Wire Transfer Automation Dir | | | 2,850.00 |
| 02/18 | Wire Transfer Orlando Hose A | | | 2,268.80 |
| 02/18 | Wire Transfer Motion Industr | | | 23,363.67 |
| 02/18 | Wire Transfer Automation Dir | | | 5,600.00 |
| 02/18 | Wire Transfer Spirit Special | | | 57,606.66 |
| 02/18 | Wire Transfer Spirit Special | | | 52,309.49 |
| 02/18 | Wire Transfer Sbm Constructi | | | 146,500.00 |
| 02/18 | Wire Transfer Doormart USA | | | 6,154.62 |
| 02/18 | Wire Transfer Mgi - Muller G | | | 25,000.00 |
| 02/18 | Wire Transfer Sbm Constructi | | | 22,266.24 |
| 02/19 | Regions Bank | Prefunddbt 815321085 | Ladam | 32,900.00 |
| 02/19 | Regions Bank | Prefunddbt 815321085 | Ladam | 96,285.02 |
| 02/19 | Sba Eidl Loan  Payment Andrew William 0000 | | | 707.00 |
| 02/19 | Sba Eidl Loan  Payment Andrew William 0000 | | | 731.00 |
| 02/19 | Sba Eidl Loan  Payment Andrew William 0000 | | | 731.00 |



**REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  7917

|  |  |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/19 | Chase Credit Crd Epay Progen LLC       3900 | 36,929.23 |
| 02/19 | AMEX Epayment   ACH Pmt Andrew William W3908 | 51,655.97 |
| 02/19 | Wire Transfer Zhuhai Comking | 66,728.00 |
| 02/19 | Wire Transfer Jiangsu First | 172,448.00 |
| 02/19 | Wire Transfer Zhuhai Comking | 27,707.00 |
| 02/19 | Wire Transfer Inycofyi Ingen | 1,125,000.00 |
| 02/19 | Wire Transfer Voyten Electri | 12,100.00 |
| 02/19 | Wire Transfer Spirit Special | 20,806.56 |
| 02/19 | Wire Transfer Inter Fab Serv | 43,816.00 |
| 02/19 | Wire Transfer Industrial Par | 9,680.00 |
| 02/19 | Wire Transfer Kmt Waterjet S | 4,378.40 |
| 02/20 | Working Capital Investment | 4,835,000.00 |
| 02/20 | Geico         Geico Pymt Progen Industr | 4,281.00 |
| 02/20 | Wire Transfer Astrobryxa LLC | 1,875,000.00 |
| 02/20 | Wire Transfer Alliance Techn | 25,100.00 |
| 02/20 | Wire Transfer Spirit Special | 53,352.02 |
| 02/21 | Regions Bank    Prefunddbt 815321085    Ladam | 400.00 |
| 02/21 | Regions Bank    Prefunddbt 815321085    Dsholar | 245.00 |
| 02/21 | Regions Bank    Prefunddbt 815321085    Dsholar | 245.00 |
| 02/21 | Regions Bank    Prefunddbt 815321085    Dsholar | 260.00 |
| 02/21 | Southern Graphic Sale Progen Industr | 1,438.08 |
| 02/21 | Wire Transfer Sbm Constructi | 323,050.00 |
| 02/21 | Wire Transfer Inter Fab Serv | 149,700.30 |
| 02/21 | Wire Transfer Jose David Tru | 135,993.63 |
| 02/21 | Wire Transfer Apinspections | 4,430.00 |
| 02/24 | Regions Bank    Prefunddbt 815321085    Ladam | 2,600.00 |
| 02/24 | Southern Graphic Sale Progen Industr | 1,644.06 |
| 02/24 | Ipfs877-674-3076 Ipfspmtfls My Box, Inc   261765 | 4,436.56 |
| 02/24 | Wire Transfer USA Shrinkwrap | 6,033.73 |
| 02/24 | Wire Transfer Spirit Special | 7,922.39 |
| 02/24 | Wire Transfer John B Manning | 30,000.00 |
| 02/25 | Regions Bank    Prefunddbt 815321085    Dsholar | 130.00 |
| 02/25 | Regions Bank    Prefunddbt 815321085    Ladam | 928.90 |
| 02/25 | Regions Bank    Prefunddbt 815321085    Ladam | 742.00 |
| 02/25 | AMEX Epayment   ACH Pmt Andrew William W0856 | 39,525.83 |
| 02/25 | Wire Transfer Rayk Holdings | 239,762.50 |
| 02/25 | Wire Transfer Spirit Special | 1,430.47 |
| 02/25 | Wire Transfer Apinspections | 1,665.00 |
| 02/26 | Regions Bank    Prefunddbt 815321085    Ladam | 17,736.40 |
| 02/26 | Regions Bank    Prefunddbt 815321085    Ladam | 4,461.00 |
| 02/26 | Spectrum        Spectrum Progen Industr   3997 | 665.96 |
| 02/26 | EB to Checking #      1804 Ref# 000000 0000009 | 421,000.00 |
| 02/26 | Wire Transfer Rexel of Ameri | 5,331.23 |
| 02/26 | Wire Transfer Apollo Electri | 460,000.00 |
| 02/26 | Wire Transfer Penske Logisti | 1,830.00 |
| 02/26 | Wire Transfer Inter Fab Serv | 1,830.02 |
| 02/26 | Wire Transfer Mts Logistics | 1,220.00 |
| 02/27 | Regions Bank    Prefunddbt 815321085    Ladam | 40,670.89 |
| 02/27 | Regions Bank    Prefunddbt 815321085    Ladam | 7,197.60 |
| 02/27 | Southern Graphic Sale Progen Industr | 644.14 |
| 02/27 | Wire Transfer Spirit Special | 6,758.24 |
| 02/27 | Wire Transfer Hilliard Enter | 171,000.00 |
| 02/27 | Wire Transfer Mytee Products | 10,188.20 |
| 02/27 | Wire Transfer Spirit Special | 11,806.61 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ███████ **7917**

| | | 092 |
|---|---|---|
| | Cycle | 26 |
| | Enclosures | 0 |
| | Page | 5 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 02/27 | Wire Transfer Penske Logisti | 3,050.00 |
| 02/27 | Wire Transfer Acoustiblok, I | 13,000.00 |
| 02/28 | Regions Bank    Prefunddbt 815321085    Ladam | 1,789.40 |
| 02/28 | Wire Transfer Pacific Marine | 5,471.20 |
| 02/28 | Wire Transfer Mytee Products | 3,316.72 |
| 02/28 | Wire Transfer Saginaw Contro | 25,728.24 |
| | **Total Withdrawals** | **$34,907,185.74** |

## FEES

| Date | Description | Amount |
|---|---|---|
| 02/06 | Wire Transfer Incoming Fee | 15.00 |
| 02/07 | Wire Transfer Incoming Fee | 15.00 |
| 02/10 | Analysis Charge        01-25 | 1,097.00 |
| 02/10 | Wire Transfer Incoming Fee | 15.00 |
| 02/12 | Wire Transfer Incoming Fee | 15.00 |
| 02/13 | Wire Transfer Incoming Fee | 15.00 |
| 02/14 | Wire Transfer Incoming Fee | 15.00 |
| 02/20 | Wire Transfer Incoming Fee | 15.00 |
| | **Total Fees** | **$1,202.00** |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 02/06 | 1905 | 10,590.00 | 02/24 | 1938 | 25,966.57 |
| 02/06 | 1906 | 2,204.44 | 02/18 | 1939 | 6,743.83 |
| 02/03 | 1907 | 660.00 | 02/18 | 1940 | 15,122.39 |
| 02/03 | 1908 | 10,000.00 | 02/18 | 1941 | 4,230.70 |
| 02/03 | 1916 * | 1,618.83 | 02/26 | 1943 * | 5,178.74 |
| 02/03 | 1917 | 4,230.70 | 02/20 | 1944 | 84,363.64 |
| 02/13 | 1918 | 21,602.14 | 02/20 | 1945 | 25,000.00 |
| 02/04 | 1919 | 6,131.76 | 02/21 | 1946 | 24,582.48 |
| 02/03 | 1920 | 18,370.83 | 02/20 | 1948 * | 36,471.41 |
| 02/04 | 1921 | 24,110.49 | 02/20 | 1949 | 8,029.07 |
| 02/12 | 1922 | 8.69 | 02/19 | 1950 | 23,702.00 |
| 02/07 | 1923 | 75.00 | 02/14 | 1951 | 17,430.95 |
| 02/07 | 1924 | 652.16 | 02/18 | 1952 | 90,095.00 |
| 02/10 | 1925 | 321.26 | 02/18 | 1953 | 6,800.00 |
| 02/07 | 1926 | 41.28 | 02/18 | 1954 | 2,812.80 |
| 02/10 | 1927 | 350.00 | 02/18 | 1955 | 1,513.96 |
| 02/13 | 1928 | 1,693.81 | 02/14 | 1956 | 362.35 |
| 02/10 | 1929 | 960.00 | 02/20 | 1958 * | 2,714.59 |
| 02/12 | 1930 | 2,315.56 | 02/14 | 1959 | 1,838.90 |
| 02/18 | 1931 | 107.00 | 02/18 | 1960 | 4,000.00 |
| 02/19 | 1932 | 3,072.08 | 02/26 | 1961 | 5,114.00 |
| 02/07 | 1933 | 1,000.00 | 02/18 | 1962 | 2,265.00 |
| 02/14 | 1934 | 915.00 | 02/20 | 1963 | 500.00 |
| 02/24 | 1935 | 2,500.00 | 02/28 | 1973 * | 3,000.00 |
| 02/20 | 1936 | 8,040.00 | 02/28 | 1974 | 1,505.00 |
| 02/14 | 1937 | 2,454.32 | | | |
| | | | | **Total Checks** | **$523,368.73** |

* Break In Check Number Sequence.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**    7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 6 of 7 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/03 | 10,020.91 | 02/12 | 281,329.39 | 02/21 | 10,004.91 |
| 02/04 | 10,532.13 | 02/13 | 281,016.65 | 02/24 | 10,901.60 |
| 02/05 | 10,014.15 | 02/14 | 281,485.79 | 02/25 | 10,716.90 |
| 02/06 | 10,694.66 | 02/18 | 10,593.39 | 02/26 | 10,349.55 |
| 02/07 | 10,955.55 | 02/19 | 10,216.13 | 02/27 | 10,033.87 |
| 02/10 | 10,891.39 | 02/20 | 10,349.40 | 02/28 | 10,564.70 |
| 02/11 | 281,821.74 |  |  |  |  |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

| | |
|---|---|
| **ACCOUNT #** | 7917 |
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 7 |

## ADVANTAGE BUSINESS CHECKING
March 1, 2025 through March 31, 2025

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $10,564.70 | | Minimum Daily Balance | $10,156 |
| Deposits & Credits | $14,768,457.48 + | | Average Monthly Statement Balance | $10,547 |
| Withdrawals | $13,291,027.56 − | | | |
| Fees | $1,641.00 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $1,475,368.09 − | | | |
| **Ending Balance** | **$10,985.53** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/03 | Working Capital Redemption | 174,000.00 |
| 03/04 | Working Capital Redemption | 208,000.00 |
| 03/05 | Working Capital Redemption | 16,000.00 |
| 03/06 | Working Capital Redemption | 1,798,000.00 |
| 03/07 | Wire Transfer 1/Corp.Elect. | 6,958,000.00 |
| 03/10 | Working Capital Redemption | 673,000.00 |
| 03/11 | Working Capital Redemption | 508,000.00 |
| 03/12 | Working Capital Redemption | 38,000.00 |
| 03/13 | Working Capital Redemption | 41,000.00 |
| 03/14 | Deposit - Thank You | 155.54 |
| 03/14 | Working Capital Redemption | 86,000.00 |
| 03/17 | Working Capital Redemption | 212,000.00 |
| 03/18 | Working Capital Redemption | 1,130,000.00 |
| 03/19 | Working Capital Redemption | 335,000.00 |
| 03/20 | Working Capital Redemption | 927,000.00 |
| 03/21 | Working Capital Redemption | 620,000.00 |
| 03/24 | Working Capital Redemption | 127,000.00 |
| 03/25 | Wire Transfer Arroyo Process | 213,120.00 |
| 03/26 | Working Capital Redemption | 443,000.00 |
| 03/27 | Working Capital Redemption | 66,000.00 |
| 03/28 | Working Capital Redemption | 121,000.00 |
| 03/31 | Working Capital   of 09-26-24 at  3.4500000 - Interest Due | 27,181.94 |
| 03/31 | Working Capital Redemption | 47,000.00 |

| | |
|---|---|
| **Total Deposits & Credits** | **$14,768,457.48** |

**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.

EQUAL HOUSING LENDER



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

| | | 092 |
|---|---|---|
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 2 of 7 |

## WITHDRAWALS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/03 | Regions Bank | Prefunddbt 815321085 | Ladam | 10,481.70 |
| 03/03 | Regions Bank | Prefunddbt 815321085 | Ladam | 6,250.00 |
| 03/03 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,000.00 |
| 03/03 | Regions Bank | Prefunddbt 815321085 | Ladam | 6,096.44 |
| 03/03 | Southern Graphic Sale Progen Industr | | | 2,811.00 |
| 03/03 | Wire Transfer John B Manning | | | 50,000.00 |
| 03/03 | Wire Transfer Spirit Special | | | 43,938.64 |
| 03/03 | Wire Transfer Sun Packing | | | 4,149.86 |
| 03/03 | Wire Transfer Sky 18 Capital | | | 7,500.00 |
| 03/04 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,329.68 |
| 03/04 | Regions Bank | Prefunddbt 815321085 | Ladam | 9,789.94 |
| 03/04 | Lease Services | 2409 Progen Industr 7869 | | 767.13 |
| 03/04 | Royal Sabal 2021 Web Pmts Progen Industr Gv4ckc | | | 1,127.50 |
| 03/04 | Wire Transfer Rexel of Ameri | | | 2,670.11 |
| 03/04 | Wire Transfer Spirit Special | | | 40,933.07 |
| 03/04 | Wire Transfer Rexel of Ameri | | | 1,785.19 |
| 03/04 | Wire Transfer Consolidated E | | | 18,414.60 |
| 03/04 | Wire Transfer Lucky 8 Ventur | | | 17,750.00 |
| 03/04 | Wire Transfer Spirit Special | | | 6,595.09 |
| 03/04 | Wire Transfer Rexel of Ameri | | | 26,063.55 |
| 03/05 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,100.00 |
| 03/05 | Central Florida  Sale Progen Industr | | | 60.88 |
| 03/05 | Southern Graphic Sale Progen Industr | | | 67.41 |
| 03/05 | Spectrum | Spectrum Progen Industr 113 | | 599.00 |
| 03/05 | Lakeland/Ez-Pay  Utilitypmt Progen Industr 7838 | | | 623.88 |
| 03/05 | Ke Enterprises O Sale Progen Industr | | | 1,562.20 |
| 03/05 | Lakeland/Ez-Pay  Utilitypmt Progen Industr 7835 | | | 2,474.55 |
| 03/05 | Wire Transfer Hilliard Enter | | | 7,000.00 |
| 03/06 | Regions Bank | Prefunddbt 815321085 | Ladam | 67,110.40 |
| 03/06 | Regions Bank | Prefunddbt 815321085 | Ladam | 243,430.03 |
| 03/06 | Regions Bank | Prefunddbt 815321085 | Ladam | 11,000.00 |
| 03/06 | Regions Bank | Prefunddbt 815321085 | Ladam | 9,846.00 |
| 03/06 | Regions Bank | Prefunddbt 815321085 | Ladam | 9,875.00 |
| 03/06 | Fpl Direct Debit Elec Pymt Progen Industr 7417 Webi | | | 59.72 |
| 03/06 | AMEX Epayment   ACH Pmt Andrew William W5584 | | | 123,354.52 |
| 03/06 | Wire Transfer Genertek Power | | | 352,000.00 |
| 03/06 | Wire Transfer Sbm Constructi | | | 124,000.00 |
| 03/06 | Wire Transfer Sbm Constructi | | | 661,000.00 |
| 03/06 | Wire Transfer Inter Fab Serv | | | 55,620.00 |
| 03/06 | Wire Transfer Karla J Saud C | | | 40,000.00 |
| 03/06 | Wire Transfer Spirit Special | | | 4,805.02 |
| 03/06 | Wire Transfer Aggreko LLC | | | 70,736.35 |
| 03/07 | Regions Bank | Prefunddbt 815321085 | Ladam | 10,487.00 |
| 03/07 | Working Capital Investment | | | 3,494,000.00 |
| 03/07 | Wire Transfer Consolidated E | | | 4,159.40 |
| 03/07 | Wire Transfer John B Manning | | | 15,000.00 |
| 03/07 | Wire Transfer Rexel of Ameri | | | 30,600.88 |
| 03/07 | Wire Transfer Inycofyi Ingen | | | 1,125,000.00 |
| 03/07 | Wire Transfer Astrobryxa LLC | | | 1,875,000.00 |
| 03/07 | Wire Transfer Enginuity Port | | | 400,000.00 |
| 03/10 | Regions Bank | Prefunddbt 815321085 | Ladam | 13,755.00 |
| 03/10 | Regions Bank | Prefunddbt 815321085 | Ladam | 240,721.45 |
| 03/10 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,996.60 |
| 03/10 | American Interst Ins Prem Progen Industr 9443 | | | 3,122.81 |



**REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▉7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/10 | American Interst Ins Prem Progen Industr ▉9443 | 3,752.18 |
| 03/10 | Southern Graphic Sale Progen Industr | 7,490.00 |
| 03/10 | Acoustiblok, Inc Sale Progen Industr | 25,950.00 |
| 03/10 | Wire Transfer Industrial Par | 58,300.00 |
| 03/10 | Wire Transfer Saginaw Contro | 82,235.85 |
| 03/10 | Wire Transfer Power Systems | 55,117.76 |
| 03/10 | Wire Transfer McMaster-Carr | 5,146.66 |
| 03/10 | Wire Transfer Specialized Di | 58,380.00 |
| 03/10 | Wire Transfer Better Energy | 100,000.00 |
| 03/11 | Regions Bank    Prefunddbt 815321085    Ladam | 993.62 |
| 03/11 | Regions Bank    Prefunddbt 815321085    Ladam | 7,200.00 |
| 03/11 | Chase Credit Crd Epay Progen LLC    ▉8117 | 30,708.09 |
| 03/11 | EB to Checking # ▉1804 Ref# 000000 0000010 | 440,350.00 |
| 03/11 | Wire Transfer Rexel of Ameri | 7,768.09 |
| 03/11 | Wire Transfer Automation Dir | 5,648.00 |
| 03/11 | Wire Transfer Kmt Waterjet S | 9,253.14 |
| 03/11 | Wire Transfer Orient Tech Li | 5,892.00 |
| 03/12 | United Healthcar Edi Paymts 0007progen Ind ▉8139 | 31,971.09 |
| 03/12 | Wire Transfer Spirit Special | 3,084.68 |
| 03/12 | Wire Transfer Spirit Special | 2,391.62 |
| 03/13 | Regions Bank    Prefunddbt 815321085    Ladam | 5,148.00 |
| 03/13 | Regions Bank    Prefunddbt 815321085    Ladam | 1,248.00 |
| 03/13 | Regions Bank    Prefunddbt 815321085    Ladam | 3,227.00 |
| 03/13 | Regions Bank    Prefunddbt 815321085    Ladam | 1,050.43 |
| 03/13 | Regions Bank    Prefunddbt 815321085    Ladam | 4,154.44 |
| 03/13 | Wire Transfer Saginaw Contro | 2,721.24 |
| 03/14 | Regions Bank    Prefunddbt 815321085    Ladam | 1,918.62 |
| 03/14 | Wire Transfer Inter Fab Serv | 26,924.01 |
| 03/14 | Wire Transfer John B Manning | 25,000.00 |
| 03/14 | Wire Transfer Spirit Special | 13,251.73 |
| 03/14 | Wire Transfer Air Centers of | 4,675.00 |
| 03/14 | Wire Transfer Spirit Special | 14,459.39 |
| 03/17 | Wire Transfer Walton Wade MA | 5,301.13 |
| 03/17 | Wire Transfer Shon Craig Det | 5,200.00 |
| 03/17 | Wire Transfer Rexel of Ameri | 29,357.64 |
| 03/17 | Wire Transfer Basler Electri | 2,698.75 |
| 03/17 | Wire Transfer Exco Industria | 29,500.00 |
| 03/17 | Wire Transfer Rexel of Ameri | 1,976.47 |
| 03/18 | Regions Bank    Prefunddbt 815321085    Ladam | 978.26 |
| 03/18 | Att         Payment ABC       ▉9002col1n | 890.27 |
| 03/18 | Wire Transfer Spirit Special | 14,388.38 |
| 03/18 | Wire Transfer Spirit Special | 6,676.36 |
| 03/18 | Wire Transfer Hilliard Enter | 85,000.00 |
| 03/19 | Regions Bank    Prefunddbt 815321085    Ladam | 27,300.00 |
| 03/19 | Regions Bank    Prefunddbt 815321085    Ladam | 16,482.00 |
| 03/19 | Regions Bank    Prefunddbt 815321085    Ladam | 409.62 |
| 03/19 | Regions Bank    Prefunddbt 815321085    Ladam | 6,331.92 |
| 03/19 | Regions Bank    Prefunddbt 815321085    Ladam | 696.33 |
| 03/19 | Regions Bank    Prefunddbt 815321085    Ladam | 696.32 |
| 03/19 | Regions Bank    Prefunddbt 815321085    Ladam | 57.40 |
| 03/19 | AMEX Epayment   ACH Pmt Andrew William M9000 | 175,152.84 |
| 03/19 | Wire Transfer Spirit Special | 591.82 |
| 03/19 | Wire Transfer Spirit Special | 7,775.94 |
| 03/19 | Wire Transfer Spirit Special | 14,680.89 |

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  ████ 7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/19 | Wire Transfer Basler Electri | | | 65,337.00 |
| 03/19 | Wire Transfer Shon Craig Det | | | 6,240.00 |
| 03/19 | Wire Transfer Rexel of Ameri | | | 5,003.20 |
| 03/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 101,491.60 |
| 03/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,300.00 |
| 03/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,720.00 |
| 03/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,358.10 |
| 03/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 78.32 |
| 03/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,187.98 |
| 03/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 443.58 |
| 03/20 | Wire Transfer Estudio Diez C | | | 112,500.00 |
| 03/20 | Wire Transfer Consolidated E | | | 13,374.40 |
| 03/20 | Wire Transfer Inter Fab Serv | | | 46,449.21 |
| 03/20 | Wire Transfer Sbm Constructi | | | 597,650.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 22,884.63 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 22,436.99 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 39,309.08 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 38,625.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 64,392.88 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 54,479.70 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 57,360.31 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 37,452.50 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Ladam | 9,349.22 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 65.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,000.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 455.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 455.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 455.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 455.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 455.00 |
| 03/21 | Regions Bank | Prefunddbt 815321085 | Dsholar | 455.00 |
| 03/21 | Wire Transfer John B Manning | | | 20,000.00 |
| 03/21 | Wire Transfer Team Technical | | | 16,723.21 |
| 03/21 | Wire Transfer Spirit Special | | | 19,247.44 |
| 03/21 | Wire Transfer Arroyo Process | | | 213,120.00 |
| 03/24 | Regions Bank | Prefunddbt 815321085 | Ladam | 34,290.00 |
| 03/24 | Spectrum | Spectrum Progen Industr ████913 | | 178.91 |
| 03/24 | Southern Graphic Sale Progen Industr | | | 7,589.65 |
| 03/24 | Wire Transfer McMaster-Carr | | | 4,367.09 |
| 03/24 | Wire Transfer Aggreko LLC | | | 70,736.35 |
| 03/25 | Regions Bank | Prefunddbt 815321085 | Ladam | 98,898.67 |
| 03/25 | Regions Bank | Prefunddbt 815321085 | Ladam | 15,899.04 |
| 03/25 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,682.50 |
| 03/25 | Working Capital Investment | | | 82,000.00 |
| 03/25 | Acoustiblok, Inc Sale Progen Industr | | | 13,620.00 |
| 03/26 | Pnp Billpayment 032425ek Progen Industr | | | 407.80 |
| 03/26 | Spectrum | Spectrum Progen Industr ████2625 | | 674.94 |
| 03/26 | Ballard Spahr Web Pay Progen Industr Ballardspahr | | | 3,670.00 |
| 03/26 | EB to Checking #████1804 Ref# 000000 0000011 | | | 380,000.00 |

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**          **7917**

|  |  |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/26 | Wire Transfer Consolidated E | | | 10,274.56 |
| 03/26 | Wire Transfer Spirit Special | | | 5,505.57 |
| 03/27 | Regions Bank    Prefunddbt 815321085 | Ladam | | 4,158.56 |
| 03/27 | Regions Bank    Prefunddbt 815321085 | Ladam | | 4,090.18 |
| 03/27 | Teco/People Gas  Utilitybil Progen Industr | | | 984.18 |
| 03/27 | Teco/People Gas  Utilitybil Progen Industr | | 9874 | 2,448.89 |
| 03/27 | Teco/People Gas  Utilitybil Progen Industr | | 3696 | 4,170.28 |
| 03/27 | Wire Transfer Inter Fab Serv | | | 21,520.00 |
| 03/27 | Wire Transfer Spirit Special | | | 15,053.68 |
| 03/28 | Regions Bank    Prefunddbt 815321085 | Ladam | | 819.87 |
| 03/28 | Ds Waters of Ame Msinvoice Progen Industr | | 8666 | 1,216.86 |
| 03/28 | Wire Transfer Fasteners, Inc | | | 6,241.85 |
| 03/28 | Wire Transfer Aviabogados Ci | | | 17,252.33 |
| 03/28 | Wire Transfer Jose David Tru | | | 64,131.38 |
| 03/28 | Wire Transfer Automation Dir | | | 30,058.10 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Dsholar | | 260.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Dsholar | | 260.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Dsholar | | 260.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Dsholar | | 260.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Dsholar | | 260.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Dsholar | | 260.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 15,041.58 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 2,600.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 3,600.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 2,800.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 2,438.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 1,900.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 2,800.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 1,800.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 450.00 |
| 03/31 | Regions Bank    Prefunddbt 815321085 | Ladam | | 450.00 |
| 03/31 | Sba Eidl Loan    Payment Andrew William 0000 | | | 1,414.00 |
| 03/31 | Sba Eidl Loan    Payment Andrew William 0000 | | | 1,462.00 |
| 03/31 | Sba Eidl Loan    Payment Andrew William 0000 | | | 1,462.00 |
| 03/31 | Discover       E-Payment Williamson and 8791 | | | 4,430.10 |
| 03/31 | Chase Credit Crd Epay Andrew S Willi | | 3225 | 6,369.78 |
| 03/31 | Wire Transfer Industrial Par | | | 5,300.00 |
| 03/31 | Wire Transfer Spirit Special | | | 1,685.91 |
| 03/31 | Wire Transfer Rexel of Ameri | | | 5,714.02 |

|  |  |
|---|---|
| Total Withdrawals | $13,291,027.56 |

## FEES

| Date | Description | | Amount |
|---|---|---|---|
| 03/07 | Wire Transfer Incoming Fee | | 15.00 |
| 03/10 | Analysis Charge       02-25 | | 1,611.00 |
| 03/25 | Wire Transfer Incoming Fee | | 15.00 |

|  |  |
|---|---|
| Total Fees | $1,641.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/10 | 1893 | 10.41 | 03/26 | 1942 * | 38,342.28 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

| | | 092 |
|---|---|---|
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 6 of 7 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/03 | 1947 * | 18,780.00 | 03/17 | 1994 | 3,927.00 |
| 03/10 | 1965 * | 5,162.50 | 03/13 | 1996 * | 18,500.00 |
| 03/03 | 1967 * | 4,292.64 | 03/21 | 1997 | 682.73 |
| 03/03 | 1968 | 4,230.70 | 03/19 | 1998 | 2,754.78 |
| 03/04 | 1969 | 18,544.29 | 03/20 | 1999 | 42,063.80 |
| 03/03 | 1970 | 5,474.15 | 03/17 | 2000 | 24,833.30 |
| 03/04 | 1971 | 62,555.56 | 03/17 | 2001 | 4,230.70 |
| 03/03 | 1972 | 4,055.79 | 03/17 | 2002 | 88,368.22 |
| 03/03 | 1975 * | 950.00 | 03/19 | 2003 | 2,329.00 |
| 03/10 | 1976 | 1,020.50 | 03/17 | 2004 | 5,120.43 |
| 03/07 | 1977 | 175.00 | 03/17 | 2005 | 12,000.00 |
| 03/07 | 1978 | 648.89 | 03/24 | 2006 | 1,547.49 |
| 03/10 | 1979 | 41.28 | 03/19 | 2007 | 2,900.00 |
| 03/11 | 1980 | 59.72 | 03/24 | 2008 | 6,073.32 |
| 03/10 | 1981 | 4,430.56 | 03/26 | 2009 | 886.00 |
| 03/10 | 1982 | 3,177.90 | 03/31 | 2010 | 461.00 |
| 03/07 | 1983 | 342.45 | 03/31 | 2011 | 3,332.84 |
| 03/07 | 1984 | 2,714.59 | 03/26 | 2012 | 3,400.00 |
| 03/10 | 1985 | 766.81 | 03/31 | 2013 | 116.07 |
| 03/18 | 1986 | 4,069.07 | 03/27 | 2015 * | 436.80 |
| 03/18 | 1987 | 185,470.83 | 03/27 | 2017 * | 4,729.29 |
| 03/18 | 1988 | 291,575.08 | 03/24 | 2018 | 2,012.31 |
| 03/18 | 1989 | 329,314.16 | 03/31 | 2019 | 1,935.22 |
| 03/18 | 1990 | 211,262.52 | 03/31 | 2026 * | 4,230.70 |
| 03/06 | 1991 | 25,000.00 | 03/27 | 2028 * | 8,000.00 |
| 03/10 | 1992 | 1,386.66 | 03/28 | 2032 * | 1,774.00 |
| 03/13 | 1993 | 4,868.75 | | | |

| | | |
|---|---|---|
| | Total Checks | $1,475,368.09 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/03 | 10,553.78 | 03/12 | 10,863.92 | 03/21 | 10,194.54 |
| 03/04 | 10,228.07 | 03/13 | 10,946.06 | 03/24 | 10,399.42 |
| 03/05 | 10,740.15 | 03/14 | 10,872.85 | 03/25 | 10,404.21 |
| 03/06 | 10,903.11 | 03/17 | 10,359.21 | 03/26 | 10,243.06 |
| 03/07 | 10,759.90 | 03/18 | 10,734.28 | 03/27 | 10,651.20 |
| 03/10 | 10,183.97 | 03/19 | 10,995.22 | 03/28 | 10,156.81 |
| 03/11 | 10,311.31 | 03/20 | 10,378.23 | 03/31 | 10,985.53 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**     7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 7 |

## ADVANTAGE BUSINESS CHECKING
April 1, 2025 through April 30, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $10,985.53 | Minimum Daily Balance | $10,015 |
| Deposits & Credits | $5,358,669.57 + | Average Monthly Statement Balance | $10,408 |
| Withdrawals | $4,661,767.64 − | | |
| Fees | $1,413.04 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $696,380.70 − | | |
| Ending Balance | $10,093.72 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 04/01 | Working Capital Redemption | 207,000.00 |
| 04/02 | Working Capital Redemption | 333,000.00 |
| 04/03 | Working Capital Redemption | 662,000.00 |
| 04/04 | Working Capital Redemption | 217,000.00 |
| 04/07 | Working Capital Redemption | 52,000.00 |
| 04/08 | Working Capital Redemption | 69,000.00 |
| 04/09 | Working Capital Redemption | 485,000.00 |
| 04/10 | Working Capital Redemption | 77,000.00 |
| 04/11 | Working Capital Redemption | 201,000.00 |
| 04/14 | Working Capital Redemption | 86,000.00 |
| 04/15 | Working Capital Redemption | 556,000.00 |
| 04/16 | Working Capital Redemption | 94,000.00 |
| 04/17 | Working Capital Redemption | 388,000.00 |
| 04/18 | Working Capital Redemption | 339,000.00 |
| 04/21 | Working Capital Redemption | 176,000.00 |
| 04/22 | Working Capital Redemption | 32,000.00 |
| 04/23 | Working Capital Redemption | 444,000.00 |
| 04/24 | Working Capital Redemption | 13,000.00 |
| 04/25 | Working Capital Redemption | 368,000.00 |
| 04/28 | Working Capital Redemption | 202,000.00 |
| 04/29 | Working Capital Redemption | 304,000.00 |
| 04/30 | Working Capital    of 09-26-24 at  3.4500000 - Interest Due | 10,669.57 |
| 04/30 | Working Capital Redemption | 43,000.00 |

| | |
|---|---|
| Total Deposits & Credits | $5,358,669.57 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  ▮▮▮7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 7 |

## WITHDRAWALS

| Date | Description | | Amount |
|---|---|---|---|
| 04/01 | Regions Bank   Prefunddbt 815321085 | Ladam | 8,782.98 |
| 04/01 | Wire Transfer John B Manning | | 30,000.00 |
| 04/01 | Wire Transfer Sky 18 Capital | | 7,500.00 |
| 04/01 | Wire Transfer Lucky 8 Ventur | | 17,750.00 |
| 04/01 | Wire Transfer Jason Baxter | | 14,000.00 |
| 04/01 | Wire Transfer Quinn Associat | | 9,726.00 |
| 04/02 | Regions Bank   Prefunddbt 815321085 | Dsholar | 500.00 |
| 04/02 | Regions Bank   Prefunddbt 815321085 | Ladam | 2,445.34 |
| 04/02 | Regions Bank   Prefunddbt 815321085 | Ladam | 1,572.00 |
| 04/02 | Regions Bank   Prefunddbt 815321085 | Ladam | 850.00 |
| 04/02 | Lease Services   Billpay Progen Industr Osg ACH MN ID | | 767.13 |
| 04/02 | Royal Sabal 2021 Web Pmts Progen Industr Ps94pc | | 1,127.50 |
| 04/02 | AMEX Epayment   ACH Pmt Andrew William W4618 | | 1,700.20 |
| 04/02 | AMEX Epayment   ACH Pmt Andrew William W2176 | | 135,792.58 |
| 04/02 | Wire Transfer Spirit Special | | 7,106.85 |
| 04/02 | Wire Transfer Spirit Special | | 950.15 |
| 04/02 | Wire Transfer Motion Industr | | 9,451.20 |
| 04/02 | Wire Transfer Automation Dir | | 5,372.00 |
| 04/02 | Wire Transfer Hilliard Enter | | 105,000.00 |
| 04/02 | Wire Transfer Air Centers of | | 16,170.00 |
| 04/02 | Wire Transfer Motion Industr | | 13,992.32 |
| 04/02 | Wire Transfer Team Technical | | 6,300.00 |
| 04/02 | Wire Transfer Battery USA, I | | 4,225.00 |
| 04/03 | Regions Bank   Prefunddbt 815321085 | Ladam | 39,975.50 |
| 04/03 | Regions Bank   Prefunddbt 815321085 | Ladam | 54,170.00 |
| 04/03 | Regions Bank   Prefunddbt 815321085 | Ladam | 23,101.00 |
| 04/03 | Regions Bank   Prefunddbt 815321085 | Ladam | 3,536.82 |
| 04/03 | Regions Bank   Prefunddbt 815321085 | Ladam | 727.60 |
| 04/03 | Regions Bank   Prefunddbt 815321085 | Ladam | 47.02 |
| 04/03 | Regions Bank   Prefunddbt 815321085 | Ladam | 10,000.00 |
| 04/03 | Ke Enterprises O Sale Progen Industr | | 1,562.20 |
| 04/03 | Wire Transfer Apollo Electri | | 460,000.00 |
| 04/03 | Wire Transfer Powerrail Dist | | 1,973.96 |
| 04/03 | Wire Transfer Spirit Special | | 22,769.51 |
| 04/03 | Wire Transfer Sun Packing | | 26,291.77 |
| 04/04 | Lakeland/Ez-Pay  Utilitypmt Progen Industr ▮▮▮913 | | 246.31 |
| 04/04 | Spectrum          Spectrum Progen Industr ▮▮2372 | | 599.00 |
| 04/04 | Lakeland/Ez-Pay  Utilitypmt Progen Industr ▮▮915 | | 3,190.81 |
| 04/04 | Wire Transfer Sbm Constructi | | 102,852.00 |
| 04/04 | Wire Transfer Sbm Constructi | | 77,850.00 |
| 04/04 | Wire Transfer Rexel of Ameri | | 15,387.56 |
| 04/04 | Wire Transfer Rexel of Ameri | | 486.36 |
| 04/04 | Wire Transfer Rexel of Ameri | | 2,376.40 |
| 04/04 | Wire Transfer Rexel of Ameri | | 475.28 |
| 04/04 | Wire Transfer Rexel of Ameri | | 1,590.00 |
| 04/04 | Wire Transfer Spirit Special | | 10,152.89 |
| 04/07 | Wire Transfer Spirit Special | | 1,143.21 |
| 04/07 | Wire Transfer Spirit Special | | 738.00 |
| 04/08 | Regions Bank   Prefunddbt 815321085 | Ladam | 3,939.67 |
| 04/08 | Wire Transfer Mid-America En | | 13,880.00 |
| 04/08 | Wire Transfer Comunicandes U | | 5,000.00 |
| 04/08 | Wire Transfer Consolidated E | | 1,458.28 |
| 04/08 | Wire Transfer Spirit Special | | 35,559.02 |
| 04/09 | Regions Bank   Prefunddbt 815321085 | Ladam | 454.75 |

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  ▓▓▓ **7917**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description |  |  | Amount |
|---|---|---|---|---|
| 04/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 6,410.98 |
| 04/09 | EB to Checking # ▓▓▓ 1804 Ref# 000000 0000012 |  |  | 425,000.00 |
| 04/10 | Lakeland/Ez-Pay Utilitypmt Progen Industr ▓6026 |  |  | 1,491.25 |
| 04/10 | American Interst Ins Prem Progen Industr ▓ 9443 |  |  | 6,265.68 |
| 04/10 | United Healthcar Edi Paymts 0007progen Ind ▓▓ 0328 |  |  | 45,347.10 |
| 04/10 | Wire Transfer Motion Industr |  |  | 10,192.16 |
| 04/10 | Wire Transfer Spirit Special |  |  | 6,142.00 |
| 04/10 | Wire Transfer Gaskraft Engin |  |  | 3,887.33 |
| 04/11 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,045.69 |
| 04/11 | Regions Bank | Prefunddbt 815321085 | Ladam | 55.02 |
| 04/11 | Regions Bank | Prefunddbt 815321085 | Ladam | 28,675.00 |
| 04/11 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,362.70 |
| 04/11 | Wire Transfer Cng Calumet IN |  |  | 105,375.00 |
| 04/11 | Wire Transfer John B Manning |  |  | 25,000.00 |
| 04/11 | Wire Transfer Rexel of Ameri |  |  | 3,032.87 |
| 04/14 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,704.42 |
| 04/14 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,000.00 |
| 04/14 | Regions Bank | Prefunddbt 815321085 | Dsholar | 390.00 |
| 04/14 | Regions Bank | Prefunddbt 815321085 | Dsholar | 390.00 |
| 04/14 | Regions Bank | Prefunddbt 815321085 | Dsholar | 390.00 |
| 04/14 | Wire Transfer Rexel of Ameri |  |  | 7,666.95 |
| 04/14 | Wire Transfer Spirit Special |  |  | 1,090.20 |
| 04/15 | Regions Bank | Prefunddbt 815321085 | Ladam | 8,075.00 |
| 04/15 | Regions Bank | Prefunddbt 815321085 | Dsholar | 390.00 |
| 04/15 | Regions Bank | Prefunddbt 815321085 | Ladam | 6,393.66 |
| 04/15 | Wire Transfer Galileo Techno |  |  | 63,678.68 |
| 04/15 | Wire Transfer Shon Craig Det |  |  | 9,520.00 |
| 04/15 | Wire Transfer John B Manning |  |  | 400,000.00 |
| 04/15 | Wire Transfer Split Clearanc |  |  | 15.19 |
| 04/15 | Wire Transfer Procegas, LLC |  |  | 3,000.00 |
| 04/15 | Wire Transfer Spirit Special |  |  | 36,843.75 |
| 04/15 | Wire Transfer Spirit Special |  |  | 16,244.85 |
| 04/16 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,000.00 |
| 04/17 | Wire Transfer Amot Controls |  |  | 9,469.50 |
| 04/17 | Wire Transfer Sbm Constructi |  |  | 369,500.00 |
| 04/17 | Wire Transfer Spirit Special |  |  | 1,029.61 |
| 04/17 | Wire Transfer Saginaw Contro |  |  | 5,761.29 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 45,205.00 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 49,425.00 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 53,223.60 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 383.20 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 860.23 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 23,291.76 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 36,902.50 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,985.00 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 12,500.00 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 04/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 04/18 | Wire Transfer Jose David Tru |  |  | 112,330.58 |
| 04/21 | Achwebpaymentfee Webpayment Progen Industr |  |  | 3.50 |
| 04/21 | Hctra EFT Eztagstppd Progen Industr |  |  | 72.00 |
| 04/21 | Ripweachterinsur Webpayment Progen Industr |  |  | 5,428.50 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**　　　7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/21 | Chase Credit Crd Epay Progen LLC ▮4251 | 25,528.23 |
| 04/21 | AMEX Epayment  ACH Pmt Andrew William W1892 | 136,601.50 |
| 04/22 | Regions Bank  Prefunddbt 815321085  Ladam | 31,498.13 |
| 04/23 | EB to Checking #▮1804 Ref# 000000 0000013 | 356,000.00 |
| 04/23 | Wire Transfer Automation Dir | 6,170.00 |
| 04/23 | Wire Transfer Spirit Special | 16,853.54 |
| 04/23 | Wire Transfer Spirit Special | 11,533.04 |
| 04/23 | Wire Transfer Rexel of Ameri | 595.70 |
| 04/23 | Wire Transfer Rexel of Ameri | 2,701.00 |
| 04/23 | Wire Transfer Rexel of Ameri | 4,324.68 |
| 04/23 | Wire Transfer Rexel of Ameri | 408.36 |
| 04/23 | Wire Transfer Saginaw Contro | 219.99 |
| 04/23 | Wire Transfer Saginaw Contro | 3,901.45 |
| 04/23 | Wire Transfer Saginaw Contro | 3,333.00 |
| 04/23 | Wire Transfer Air Centers of | 360.80 |
| 04/23 | Wire Transfer Nassau Nationa | 6,768.00 |
| 04/23 | Wire Transfer Consolidated E | 12,665.00 |
| 04/23 | Wire Transfer Team Technical | 17,045.11 |
| 04/24 | Ds Waters of Ame Msinvoice Progen Industr ▮8666 | 737.26 |
| 04/24 | Florida Hydrauli Sale Progen Industr | 1,172.40 |
| 04/24 | Wire Transfer Spirit Special | 11,089.17 |
| 04/25 | Regions Bank  Prefunddbt 815321085  Dsholar | 455.00 |
| 04/25 | Regions Bank  Prefunddbt 815321085  Dsholar | 455.00 |
| 04/25 | Regions Bank  Prefunddbt 815321085  Dsholar | 455.00 |
| 04/25 | Regions Bank  Prefunddbt 815321085  Dsholar | 455.00 |
| 04/25 | Regions Bank  Prefunddbt 815321085  Ladam | 78,785.92 |
| 04/25 | Regions Bank  Prefunddbt 815321085  Ladam | 78,785.92 |
| 04/25 | Regions Bank  Prefunddbt 815321085  Ladam | 78,785.92 |
| 04/25 | Spectrum  Spectrum Progen Industr ▮8111 | 674.94 |
| 04/25 | Teco/People Gas  Utilitybil Progen Industr 9365 | 935.03 |
| 04/25 | Teco/People Gas  Utilitybil Progen Industr 9874 | 1,366.83 |
| 04/25 | Teco/People Gas  Utilitybil Progen Industr 3696 | 5,330.61 |
| 04/25 | Stag Industries  Sale Progen Industr | 80,010.32 |
| 04/25 | Wire Transfer Spirit Special | 6,730.28 |
| 04/25 | Wire Transfer Inter Fab Serv | 3,600.00 |
| 04/25 | Wire Transfer Automation Dir | 1,928.00 |
| 04/25 | Wire Transfer Consolidated E | 13,122.02 |
| 04/25 | Wire Transfer Devtech Sales | 7,202.00 |
| 04/28 | Regions Bank  Prefunddbt 815321085  Ladam | 38,947.47 |
| 04/28 | Regions Bank  Prefunddbt 815321085  Ladam | 38,947.47 |
| 04/28 | Southern Graphic Sale Progen Industr | 3,793.15 |
| 04/28 | Southern Graphic Sale Progen Industr | 3,793.15 |
| 04/28 | Wire Transfer Team Technical | 1,379.45 |
| 04/28 | Wire Transfer Team Technical | 5,289.00 |
| 04/29 | Regions Bank  Prefunddbt 815321085  Dsholar | 7,599.03 |
| 04/29 | Spectrum  Spectrum Progen Industr ▮9840 | 8.95 |
| 04/29 | AMEX Epayment  ACH Pmt Andrew William W6592 | 94,364.25 |
| 04/29 | Wire Transfer Motion Industr | 4,040.97 |
| 04/29 | Wire Transfer Hilliard Enter | 66,800.00 |
| 04/29 | Wire Transfer Acoustiblok, I | 9,080.00 |
| 04/29 | Wire Transfer Spirit Special | 1,883.96 |
| 04/29 | Wire Transfer Cng Delivery, | 55,800.00 |
| 04/29 | Wire Transfer Automation Dir | 5,760.00 |
| 04/30 | Wire Transfer Spirit Special | 9,563.72 |



**REGIONS**

Regions Bank
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ████ 7917

| | | |
|---|---:|---:|
| | | 092 |
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 5 of 7 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 04/30 | Wire Transfer Lucky 8 Ventur | 17,750.00 |
| 04/30 | Wire Transfer Sky 18 Capital | 7,500.00 |
| | Total Withdrawals | $4,661,767.64 |

## FEES

| | | | |
|---|---|---|---:|
| 04/09 | Analysis Charge | 03-25 | 1,413.04 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---:|---|---|---:|
| 04/04 | 2014 | 510.00 | 04/16 | 2062 | 638.22 |
| 04/17 | 2016 * | 657.72 | 04/14 | 2063 | 4,400.00 |
| 04/02 | 2020 * | 5,201.93 | 04/11 | 2064 | 25,000.00 |
| 04/01 | 2023 * | 39,728.92 | 04/16 | 2065 | 375.00 |
| 04/01 | 2024 | 76,700.16 | 04/14 | 2066 | 175.00 |
| 04/01 | 2025 | 583.10 | 04/15 | 2067 | 67.43 |
| 04/07 | 2027 * | 49,781.32 | 04/15 | 2068 | 459.58 |
| 04/14 | 2029 * | 3,500.00 | 04/16 | 2069 | 19,013.42 |
| 04/08 | 2031 * | 4,897.42 | 04/16 | 2070 | 334.60 |
| 04/01 | 2033 * | 3,000.00 | 04/25 | 2071 | 4,380.00 |
| 04/15 | 2034 | 3,978.32 | 04/21 | 2072 | 864.55 |
| 04/21 | 2035 | 730.52 | 04/17 | 2073 | 964.74 |
| 04/02 | 2036 | 14,645.00 | 04/16 | 2074 | 6,030.65 |
| 04/03 | 2037 | 10,528.00 | 04/21 | 2075 | 3,902.25 |
| 04/16 | 2038 | 415.57 | 04/17 | 2076 | 318.05 |
| 04/08 | 2039 | 3,135.17 | 04/15 | 2077 | 271.00 |
| 04/08 | 2040 | 140.00 | 04/21 | 2078 | 2,750.00 |
| 04/14 | 2041 | 35,329.38 | 04/16 | 2079 | 3,033.12 |
| 04/08 | 2042 | 360.00 | 04/30 | 2080 | 1,942.42 |
| 04/09 | 2043 | 16,200.64 | 04/30 | 2081 | 8,707.03 |
| 04/09 | 2044 | 28,244.00 | 04/28 | 2083 * | 23,116.20 |
| 04/09 | 2045 | 1,050.00 | 04/28 | 2084 | 21,419.82 |
| 04/10 | 2046 | 3,149.62 | 04/28 | 2087 * | 6.42 |
| 04/11 | 2047 | 26.75 | 04/28 | 2089 * | 3,686.02 |
| 04/03 | 2048 | 6,377.41 | 04/23 | 2090 | 1,119.49 |
| 04/10 | 2049 | 321.26 | 04/28 | 2091 | 1,988.00 |
| 04/11 | 2050 | 2,714.59 | 04/30 | 2092 | 3,719.24 |
| 04/11 | 2051 | 8,629.89 | 04/30 | 2093 | 1,921.80 |
| 04/11 | 2052 | 53.50 | 04/30 | 2094 | 1,174.32 |
| 04/04 | 2053 | 2,000.00 | 04/25 | 2095 | 5,000.00 |
| 04/15 | 2054 | 3,260.46 | 04/29 | 2096 | 51,870.80 |
| 04/15 | 2055 | 3,269.35 | 04/29 | 2097 | 5,070.39 |
| 04/08 | 2056 | 973.96 | 04/30 | 2098 | 1,462.80 |
| 04/09 | 2057 | 5,955.00 | 04/28 | 2099 | 19,776.43 |
| 04/14 | 2059 * | 26,161.04 | 04/28 | 2100 | 39,936.44 |
| 04/14 | 2060 | 4,230.70 | 04/29 | 2101 | 1,657.30 |
| 04/16 | 2061 | 63,387.47 | | | |

| | | |
|---|---|---:|
| | Total Checks | $696,380.70 |

* Break In Check Number Sequence.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**　　　7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 6 of 7 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 10,214.37 | 04/11 | 10,765.90 | 04/22 | 10,635.93 |
| 04/02 | 10,045.17 | 04/14 | 10,338.21 | 04/23 | 10,636.77 |
| 04/03 | 10,984.38 | 04/15 | 10,870.94 | 04/24 | 10,637.94 |
| 04/04 | 10,267.77 | 04/16 | 10,642.89 | 04/25 | 10,180.15 |
| 04/07 | 10,605.24 | 04/17 | 10,941.98 | 04/28 | 10,101.13 |
| 04/08 | 10,261.72 | 04/18 | 10,015.11 | 04/29 | 10,165.48 |
| 04/09 | 10,533.31 | 04/21 | 10,134.06 | 04/30 | 10,093.72 |
| 04/10 | 10,736.91 |  |  |  |  |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**         **7917**

|                | |
|---|---|
|                | 092 |
| Cycle          | 26 |
| Enclosures     | 0 |
| Page           | 1 of 5 |

## ADVANTAGE BUSINESS CHECKING
May 1, 2025 through May 30, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $10,093.72 | Minimum Daily Balance | $10,071 |
| Deposits & Credits | $2,955,770.09 + | Average Monthly Statement Balance | $10,595 |
| Withdrawals | $2,468,499.91 - | | |
| Fees | $1,426.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $485,856.12 - | | |
| Ending Balance | $10,081.78 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/01 | Working Capital Redemption | 80,000.00 |
| 05/02 | Working Capital Redemption | 2,000.00 |
| 05/05 | Working Capital Redemption | 34,000.00 |
| 05/06 | Working Capital Redemption | 31,000.00 |
| 05/07 | Working Capital Redemption | 153,000.00 |
| 05/08 | Working Capital Redemption | 463,000.00 |
| 05/09 | Working Capital Redemption | 71,000.00 |
| 05/12 | Working Capital Redemption | 126,000.00 |
| 05/13 | Wire Transfer Mybox Inc | 700,000.00 |
| 05/14 | Working Capital Redemption | 20,000.00 |
| 05/15 | Working Capital Redemption | 11,000.00 |
| 05/16 | Working Capital Redemption | 406,000.00 |
| 05/19 | Working Capital Redemption | 125,000.00 |
| 05/20 | Working Capital Redemption | 1,000.00 |
| 05/21 | Wire Transfer Mybox Inc | 350,000.00 |
| 05/21 | Working Capital Redemption | 25,000.00 |
| 05/22 | Working Capital Redemption | 58,000.00 |
| 05/23 | Wire Transfer Mybox Inc | 100,000.00 |
| 05/27 | Working Capital Redemption | 114,000.00 |
| 05/28 | Working Capital Redemption | 4,000.00 |
| 05/29 | Working Capital Redemption | 77,000.00 |
| 05/30 | Working Capital   of 09-26-24 at 3.4500000 - Interest Due | 1,770.09 |
| 05/30 | Working Capital Redemption | 3,000.00 |

Total Deposits & Credits         $2,955,770.09



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**   7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 5 |

## WITHDRAWALS

| | | | | |
|---|---|---|---|---:|
| 05/01 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,494.95 |
| 05/01 | Regions Bank | Prefunddbt 815321085 | Ladam | 10,000.00 |
| 05/01 | Royal Sabal 2021 Web Pmts Progen Industr 2gqbtc | | | 1,127.50 |
| 05/01 | 3076 Ipfspmtfls My Box, Inc  765 | | | 4,436.56 |
| 05/01 | Wire Transfer Kingsmen | | | 8,822.45 |
| 05/01 | Wire Transfer Heinzman Ameri | | | 1,725.71 |
| 05/01 | Wire Transfer Heinzman Ameri | | | 5,940.00 |
| 05/01 | Wire Transfer Heinzman Ameri | | | 5,551.63 |
| 05/01 | Wire Transfer Heinzman Ameri | | | 20,558.52 |
| 05/01 | Wire Transfer Motion Industr | | | 6,558.69 |
| 05/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 05/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 05/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 05/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 05/05 | Wire Transfer Kingsmen | | | 6,841.80 |
| 05/05 | Wire Transfer Spirit Special | | | 26,501.98 |
| 05/06 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,825.92 |
| 05/06 | Wire Transfer Motion Sensors | | | 2,350.00 |
| 05/06 | Wire Transfer Key Polymer LI | | | 2,750.80 |
| 05/06 | Wire Transfer Motion Industr | | | 24,291.48 |
| 05/07 | Regions Bank | Prefunddbt 815321085 | Ladam | 37,471.99 |
| 05/07 | Regions Bank | Prefunddbt 815321085 | Ladam | 6,520.50 |
| 05/07 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,535.00 |
| 05/07 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,809.52 |
| 05/07 | Regions Bank | Prefunddbt 815321085 | Ladam | 101,537.50 |
| 05/07 | Wire Transfer Motion Industr | | | 2,899.25 |
| 05/08 | Prog Express | Ins Prem Progen LLC | Pol  3916 | 20,915.00 |
| 05/08 | Wire Transfer Spirit Special | | | 44,017.63 |
| 05/08 | EB to Checking # 1804 Ref# 0014 | | | 392,000.00 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 8,060.46 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,553.30 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 184.35 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 836.48 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 184.35 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,400.00 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 8,968.55 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,145.00 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,014.60 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 162.87 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,731.65 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,394.50 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,394.50 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 413.70 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 6,332.60 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,788.72 |
| 05/09 | Regions Bank | Prefunddbt 815321085 | Ladam | 8,688.45 |
| 05/09 | Spectrum | Spectrum Progen Industr 985 | | 84.98 |
| 05/09 | Wire Transfer Spirit Special | | | 791.54 |
| 05/12 | Regions Bank | Prefunddbt 815321085 | Ladam | 8,986.98 |
| 05/12 | Regions Bank | Prefunddbt 815321085 | Ladam | 54,357.18 |
| 05/12 | Lakeland/Ez-Pay Utilitypmt Progen Industr 9805 | | | 171.36 |
| 05/12 | Lakeland/Ez-Pay Utilitypmt Progen Industr 9805 | | | 1,164.50 |
| 05/12 | Ke Enterprises O Sale Progen Industr | | | 1,562.20 |
| 05/12 | Lakeland/Ez-Pay Utilitypmt Progen Industr 9805 | | | 2,913.96 |



**REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▮▮▮▮7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/12 | United Healthcar Edi Paymts 0007progen Ind▮▮▮3655 | 52,073.35 |
| 05/13 | Working Capital Investment | 651,000.00 |
| 05/13 | Achwebpaymentfee Webpayment Progen Industr | 3.50 |
| 05/13 | Spectrum      Spectrum Progen Industr▮▮2360 | 599.00 |
| 05/13 | Lease Services  Billpay Progen Industr Osg ACH MN ID | 767.13 |
| 05/13 | Ipfs877-674-3076 Ipfspmtfls Progen, LLC  ▮▮4431 | 2,300.50 |
| 05/13 | American Interst Ins Prem Progen Industr▮▮9443 | 6,127.61 |
| 05/13 | Ripweachterinsur Webpayment Progen Industr | 6,371.40 |
| 05/13 | Wire Transfer Comunicandes U | 2,500.00 |
| 05/13 | Wire Transfer John B Manning | 30,000.00 |
| 05/14 | Regions Bank    Prefunddbt 815321085     Ladam | 1,792.00 |
| 05/14 | Regions Bank    Prefunddbt 815321085     Ladam | 1,176.28 |
| 05/14 | Fpl Direct Debit Elec Pymt Progen Industr▮▮7417 Webi | 73.56 |
| 05/14 | Pnp Billpayment  051225ek Progen Industr | 420.63 |
| 05/14 | Pnp Billpayment  051225ek Progen Industr | 503.58 |
| 05/14 | Att          Payment ABC        472606002myw9z | 801.26 |
| 05/14 | Wire Transfer Shon Craig Det | 4,160.00 |
| 05/14 | Wire Transfer Motion Industr | 5,550.61 |
| 05/14 | Wire Transfer Orient Tech Li | 3,042.00 |
| 05/16 | Regions Bank    Prefunddbt 815321085     Ladam | 4,029.23 |
| 05/16 | Wire Transfer Rexel of Ameri | 6,665.38 |
| 05/16 | Wire Transfer Sbm Constructi | 300,000.00 |
| 05/19 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |
| 05/19 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |
| 05/20 | Regions Bank    Prefunddbt 815321085     Ladam | 695.00 |
| 05/20 | Regions Bank    Prefunddbt 815321085     Ladam | 568.00 |
| 05/21 | Regions Bank    Prefunddbt 815321085     Ladam | 1,088.60 |
| 05/21 | Regions Bank    Prefunddbt 815321085     Ladam | 3,470.48 |
| 05/21 | Regions Bank    Prefunddbt 815321085     Ladam | 1,163.75 |
| 05/21 | EB to Checking #▮▮1804 Ref# 000000 0000015 | 369,000.00 |
| 05/22 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |
| 05/22 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |
| 05/22 | Regions Bank    Prefunddbt 815321085     Ladam | 1,000.00 |
| 05/22 | Teco/People Gas  Utilitybil Progen Industr▮▮9365 | 1,119.64 |
| 05/22 | Teco/People Gas  Utilitybil Progen Industr▮▮9874 | 1,451.74 |
| 05/22 | Teco/People Gas  Utilitybil Progen Industr▮▮3696 | 5,793.95 |
| 05/22 | Wire Transfer Barton Interna | 4,164.36 |
| 05/23 | Regions Bank    Prefunddbt 815321085     Ladam | 10,154.30 |
| 05/23 | Working Capital Investment | 72,000.00 |
| 05/23 | Ds Waters of Ame Msinvoice Progen Industr 21378666 | 4,947.15 |
| 05/23 | Wire Transfer Yvonne R MacRi | 13,167.56 |
| 05/27 | Regions Bank    Prefunddbt 815321085     Ladam | 6,393.65 |
| 05/27 | Southern Graphic Sale Progen Industr | 139.10 |
| 05/27 | E&I Lawn Care    E&I Lawn C Progen Industr ST-K7w2q7l1o1r6 | 3,400.00 |
| 05/27 | Southern Graphic Sale Progen Industr | 3,793.15 |
| 05/27 | Southern Graphic Sale Progen Industr | 3,793.15 |
| 05/27 | Southern Graphic Sale Progen Industr | 3,793.15 |
| 05/28 | Regions Bank    Prefunddbt 815321085     Ladam | 325.00 |
| 05/29 | Regions Bank    Prefunddbt 815321085     Ladam | 195.00 |
| 05/30 | Regions Bank    Prefunddbt 815321085     Ladam | 195.00 |
| 05/30 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |
| 05/30 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |
| 05/30 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |
| 05/30 | Regions Bank    Prefunddbt 815321085     Ladam | 455.00 |


**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  ▬▬7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 5 |

## WITHDRAWALS (CONTINUED)

| | | | |
|---|---|---|---|
| 05/30 | Chase Credit Crd Epay Progen LLC | 8442784184 | 500.00 |
| | | Total Withdrawals | $2,468,499.91 |

## FEES

| | | |
|---|---|---|
| 05/09 | Analysis Charge  04-25 | 1,381.00 |
| 05/13 | Wire Transfer Incoming Fee | 15.00 |
| 05/21 | Wire Transfer Incoming Fee | 15.00 |
| 05/23 | Wire Transfer Incoming Fee | 15.00 |
| | Total Fees | $1,426.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 05/08 | 2085 | 5,770.48 | 05/22 | 2114 | 40,712.21 |
| 05/01 | 2088 * | 5,585.44 | 05/19 | 2115 | 124,179.32 |
| 05/01 | 2102 * | 2,453.24 | 05/15 | 2116 | 1,551.88 |
| 05/01 | 2103 | 1,147.57 | 05/22 | 2117 | 1,265.70 |
| 05/05 | 2104 | 549.98 | 05/15 | 2118 | 3,087.12 |
| 05/09 | 2105 | 9,800.00 | 05/15 | 2120 * | 480.00 |
| 05/09 | 2106 | 2,428.92 | 05/22 | 2121 | 950.00 |
| 05/07 | 2107 | 798.28 | 05/27 | 2122 | 63,966.29 |
| 05/14 | 2108 | 650.00 | 05/27 | 2123 | 23,905.00 |
| 05/14 | 2109 | 1,425.00 | 05/27 | 2124 | 5,000.00 |
| 05/14 | 2110 | 597.44 | 05/29 | 2125 | 76,984.25 |
| 05/15 | 2111 | 6,129.97 | 05/28 | 2126 | 475.00 |
| 05/12 | 2112 | 5,000.00 | 05/28 | 2128 * | 2,977.60 |
| 05/16 | 2113 | 95,270.84 | 05/30 | 2130 * | 2,714.59 |
| | | | | Total Checks | $485,856.12 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/01 | 10,691.46 | 05/12 | 10,514.30 | 05/21 | 10,333.23 |
| 05/02 | 10,871.46 | 05/13 | 10,830.16 | 05/22 | 10,965.63 |
| 05/05 | 10,977.70 | 05/14 | 10,637.80 | 05/23 | 10,681.62 |
| 05/06 | 10,759.50 | 05/15 | 10,388.83 | 05/27 | 10,498.13 |
| 05/07 | 10,187.46 | 05/16 | 10,423.38 | 05/28 | 10,720.53 |
| 05/08 | 10,484.35 | 05/19 | 10,334.06 | 05/29 | 10,541.28 |
| 05/09 | 10,743.83 | 05/20 | 10,071.06 | 05/30 | 10,081.78 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

1

**ACCOUNT #**  ▰▰▰**7917**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 7 |

## ADVANTAGE BUSINESS CHECKING
May 31, 2025 through June 30, 2025

## SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $10,081.78 | Minimum Daily Balance | $10,011 |
| Deposits & Credits | $2,458,784.97 + | Average Monthly Statement Balance | $10,436 |
| Withdrawals | $2,334,873.05 − | | |
| Fees | $576.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $122,908.58 − | | |
| Ending Balance | $10,509.12 | | |

## DEPOSITS & CREDITS

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/02 | Deposit - Thank You | | | 2,569.00 |
| 06/02 | Deposit - Thank You | | | 2,015.00 |
| 06/03 | Working Capital Redemption | | | 31,000.00 |
| 06/04 | Wire Transfer Mybox Inc | | | 500,000.00 |
| 06/05 | Wire Transfer Swift Funding | | | 744,000.00 |
| 06/06 | Working Capital Redemption | | | 88,000.00 |
| 06/09 | Working Capital Redemption | | | 69,000.00 |
| 06/11 | Working Capital Redemption | | | 56,000.00 |
| 06/12 | Working Capital Redemption | | | 162,000.00 |
| 06/13 | Working Capital Redemption | | | 67,000.00 |
| 06/16 | Working Capital Redemption | | | 28,000.00 |
| 06/17 | Working Capital Redemption | | | 1,000.00 |
| 06/18 | Deposit - Thank You | | | 85,000.00 |
| 06/18 | Working Capital Redemption | | | 191,000.00 |
| 06/20 | Working Capital Redemption | | | 318,000.00 |
| 06/23 | Return Settle    Return Retire | -Sett-Access | | 663.21 |
| 06/23 | Working Capital Redemption | | | 2,000.00 |
| 06/24 | Deposit - Thank You | | | 3,490.00 |
| 06/26 | EB From Checking # ▰▰▰ | 1804 Ref# ▰▰▰ | 0017 | 10,000.00 |
| 06/26 | EB From Checking # ▰▰▰ | 1812 Ref# ▰▰▰ | 0018 | 9,000.00 |
| 06/26 | Deposit - Thank You | | | 35,000.00 |
| 06/27 | Working Capital Redemption | | | 52,000.00 |
| 06/30 | Working Capital Redemption | | | 1,000.00 |
| 06/30 | Working Capital    of 09-26-24 at  3.4500000 - Interest Due | | | 1,047.76 |

| | |
|---|---|
| Total Deposits & Credits | $2,458,784.97 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

1

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 7 |

## WITHDRAWALS

| | | | |
|---|---|---|---|
| 06/02 | Working Capital Investment | | 4,000.00 |
| 06/03 | Wire Transfer John B Manning | | 30,000.00 |
| 06/04 | Regions Bank     Prefunddbt 815321085     Ladam | | 7,484.34 |
| 06/04 | Regions Bank     Prefunddbt 815321085     Ladam | | 153.56 |
| 06/04 | Regions Bank     Prefunddbt 815321085     Ladam | | 74.71 |
| 06/04 | Regions Bank     Prefunddbt 815321085     Ladam | | 192.50 |
| 06/04 | Working Capital Investment | | 116,000.00 |
| 06/04 | Wire Transfer Lucky 8 Ventur | | 17,750.00 |
| 06/04 | Wire Transfer Sky 18 Capital | | 7,500.00 |
| 06/04 | Wire Transfer Inter Fab Serv | | 4,850.00 |
| 06/04 | EB to Checking #■■■ 1804 Ref# 000000 0000016 | | 345,000.00 |
| 06/05 | Regions Bank     Prefunddbt 815321085     Ladam | | 10,000.00 |
| 06/05 | Working Capital Investment | | 732,000.00 |
| 06/05 | Aramark Uniform  Account ST Progen Industr■■■■ 372 | | 812.90 |
| 06/05 | Royal Sabal 2021 Web Pmts Progen Industr X6071d | | 1,127.50 |
| 06/06 | Regions Bank     Prefunddbt 815321085     Awilliamson | | 18,427.40 |
| 06/06 | Regions Bank     Prefunddbt 815321085     Ladam | | 455.00 |
| 06/06 | Regions Bank     Prefunddbt 815321085     Ladam | | 455.00 |
| 06/06 | Regions Bank     Prefunddbt 815321085     Ladam | | 455.00 |
| 06/06 | Regions Bank     Prefunddbt 815321085     Ladam | | 455.00 |
| 06/06 | Sba Eidl Loan    Payment Andrew William 0000 | | 707.00 |
| 06/06 | Sba Eidl Loan    Payment Andrew William 0000 | | 731.00 |
| 06/06 | Sba Eidl Loan    Payment Andrew William 0000 | | 731.00 |
| 06/06 | Brandmakers     Purchase LLC | | 817.48 |
| 06/06 | Ds Waters of Ame Msinvoice Progen Industr 21378666 | | 2,640.54 |
| 06/06 | North Star Strat Sale Progen Industr | | 8,000.00 |
| 06/06 | North Star Strat Sale Progen Industr | | 8,000.00 |
| 06/06 | North Star Strat Sale Progen Industr | | 8,000.00 |
| 06/06 | Wire Transfer Aviabogados Ci | | 11,000.00 |
| 06/06 | Wire Transfer Aviabogados Ci | | 21,645.37 |
| 06/09 | Regions Bank     Prefunddbt 815321085     Ladam | | 390.00 |
| 06/09 | American Interst Ins Prem Progen Industr■■ 9443 | | 4,918.62 |
| 06/09 | Wire Transfer Aviabogados Ci | | 26,000.00 |
| 06/09 | Wire Transfer Spirit Special | | 36,268.47 |
| 06/11 | Regions Bank     Prefunddbt 815321085     Ladam | | 2,100.00 |
| 06/11 | Regions Bank     Prefunddbt 815321085     Ladam | | 2,100.00 |
| 06/11 | Spectrum        Spectrum Progen Industr ■■1193 | | 8.95 |
| 06/11 | Spectrum        Spectrum Progen Industr ■■1147 | | 84.98 |
| 06/11 | Spectrum        Spectrum Fnu Lnu     ■■9970 | | 466.35 |
| 06/11 | Spectrum        Spectrum Progen Industr ■9967 | | 495.66 |
| 06/11 | Spectrum        Spectrum Progen Industr ■1154 | | 665.99 |
| 06/11 | Lakeland/Ez-Pay  Utilitypmt Progen Industr ■■6058 | | 748.74 |
| 06/11 | Lease Services   Billpay Progen Industr Osg ACH MN ID | | 870.33 |
| 06/11 | Ke Enterprises O Sale Progen Industr | | 2,164.08 |
| 06/11 | Lakeland/Ez-Pay  Utilitypmt Progen Industr 4865059 | | 2,930.30 |
| 06/11 | United Healthcar Edi Paymts 0007progen Ind■■■ 1821 | | 43,255.22 |
| 06/12 | Ipfs877-674-3076 Ipfspmtfls My Box, Inc  ■ 765 | | 4,658.09 |
| 06/12 | Ipfs877-674-3076 Ipfspmtfls Progen, LLC  ■4431 | | 5,278.83 |
| 06/12 | Wire Transfer Kellogg Cranks | | 75,000.00 |
| 06/13 | Regions Bank     Prefunddbt 815321085     Ladam | | 455.00 |
| 06/13 | Regions Bank     Prefunddbt 815321085     Ladam | | 455.00 |
| 06/13 | Regions Bank     Prefunddbt 815321085     Ladam | | 455.00 |
| 06/13 | Fpl Direct Debit Elec Pymt Progen Industr■■■ 7417 Webi | | 194.33 |
| 06/13 | Swift Funding    ■■■ 7000 Progen Industr■■5629 | | 50,909.09 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**    7917

1

| | | |
|---|---|---|
| Cycle | 092 | 26 |
| Enclosures | | 0 |
| Page | | 3 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | | | | Amount |
|---|---|---|---|---|
| 06/16 | Wire Transfer John B Manning | | | 10,000.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,770.06 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,178.89 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,290.40 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,543.87 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,599.87 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,192.05 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,395.92 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 4,108.78 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,869.61 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,596.53 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,854.12 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 132.36 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,558.28 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,170.65 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,034.16 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,258.95 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,183.93 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 978.32 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,530.73 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 7,013.28 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 544.64 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,332.98 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,676.87 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,420.90 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,320.33 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 217.62 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,361.07 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 6,231.63 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 7,856.48 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,345.58 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,016.47 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,354.04 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,482.91 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,097.18 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 18.47 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,827.79 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,780.69 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,375.73 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 320.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 4,721.66 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,093.65 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,969.35 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,966.01 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,691.34 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,468.53 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,019.37 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,540.50 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,229.02 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,446.76 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,496.38 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 391.75 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,119.26 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,429.73 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

1

| | | |
|---|---|---|
| Cycle | | 092<br>26 |
| Enclosures | | 0 |
| Page | | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Bank | Description | Name | Amount |
|---|---|---|---|---|
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,576.66 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,602.06 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,226.27 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,997.22 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,105.03 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 533.79 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,597.21 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,457.86 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 608.08 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 800.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 201.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,007.64 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,905.04 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 251.32 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 300.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,462.30 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,500.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,235.20 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,161.44 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,301.12 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,571.28 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,301.74 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,175.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,297.33 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,159.46 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 4,311.18 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,536.99 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 663.21 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,233.50 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,300.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 226.51 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 559.43 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,015.34 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 375.19 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,819.04 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,589.87 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,726.04 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,733.13 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 857.93 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 4,363.74 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,125.99 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,739.98 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,513.99 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,189.35 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,109.36 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,560.82 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,237.50 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,441.36 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,075.39 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,612.43 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,005.23 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,441.73 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,300.37 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

1

**ACCOUNT #**　▉▉▉**7917**

|  | | |
|---|---|---|
|  | | 092 |
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 5 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,865.26 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,517.14 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 750.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,739.46 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 956.63 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 5,695.44 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 169.92 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,394.62 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,353.33 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,049.37 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 517.92 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 770.20 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,919.52 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 12,500.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,138.06 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,291.18 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 908.40 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,380.98 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,660.99 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,126.99 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 1,536.02 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,143.59 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,111.86 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 12,332.35 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 3,624.37 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 2,614.86 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 528.87 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 960.00 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,416.14 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 329.75 |
| 06/18 | Regions Bank | Prefunddbt 815321085 | Dsholar | 908.61 |
| 06/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 06/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 325.00 |
| 06/20 | Regions Bank | Prefunddbt 815321085 | Ladam | 455.00 |
| 06/20 | AMEX Epayment   ACH Pmt Andrew William W6798 | | | 266,699.34 |
| 06/20 | Swift Funding　▉▉7000 Progen Industr ▉5629 | | | 50,909.09 |
| 06/23 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,602.06 |
| 06/23 | Regions Bank | Prefunddbt 815321085 | Ladam | 663.21 |
| 06/24 | Working Capital Investment | | | 3,000.00 |
| 06/26 | Working Capital Investment | | | 53,000.00 |
| 06/26 | Chase Credit Crd Epay Progen LLC ▉▉3769 | | | 880.00 |
| 06/27 | Swift Funding ▉▉7000 Progen Industr ▉5629 | | | 50,909.09 |

| | Total Withdrawals | $2,334,873.05 |
|---|---|---|

## FEES

| Date | Description | | Amount |
|---|---|---|---|
| 06/04 | Wire Transfer Incoming Fee | | 15.00 |
| 06/05 | Wire Transfer Incoming Fee | | 15.00 |
| 06/09 | Analysis Charge | 05-25 | 546.00 |

| | Total Fees | $576.00 |
|---|---|---|



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

1

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**          7917

| | | |
|---|---|---:|
| | | 092 |
| | Cycle | 26 |
| | Enclosures | 0 |
| | Page | 6 of 7 |

## CHECKS

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---:|---|---|---|---:|
| 06/16 | | 16,600.00 | | 06/13 | 2139 | 13,943.92 |
| 06/04 | 2127 | 488.73 | | 06/12 | 2140 | 13,445.74 |
| 06/03 | 2129 * | 727.60 | | 06/12 | 2141 | 60,008.86 |
| 06/03 | 2131 * | 586.47 | | 06/16 | 2142 | 1,154.67 |
| 06/06 | 2132 | 53.50 | | 06/17 | 2143 | 440.70 |
| 06/05 | 2133 | 601.85 | | 06/17 | 2144 | 412.39 |
| 06/06 | 2134 | 5,000.00 | | 06/24 | 2145 | 55.00 |
| 06/12 | 2135 | 521.09 | | 06/30 | 2146 | 231.23 |
| 06/09 | 2136 | 1,547.40 | | 06/27 | 2148 * | 1,311.99 |
| 06/13 | 2137 | 648.42 | | 06/30 | 2149 | 1,528.93 |
| 06/12 | 2138 | 3,078.68 | | 06/30 | 2150 | 521.41 |
| | | | | | **Total Checks** | **$122,908.58** |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 06/02 | 10,665.78 | 06/11 | 10,151.24 | 06/20 | 10,011.07 |
| 06/03 | 10,351.71 | 06/12 | 10,159.95 | 06/23 | 10,409.01 |
| 06/04 | 10,842.87 | 06/13 | 10,099.19 | 06/24 | 10,844.01 |
| 06/05 | 10,285.62 | 06/16 | 10,344.52 | 06/26 | 10,964.01 |
| 06/06 | 10,712.33 | 06/17 | 10,491.43 | 06/27 | 10,742.93 |
| 06/09 | 10,041.84 | 06/18 | 10,854.50 | 06/30 | 10,509.12 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▮7917

| | 092 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 9 |

## ADVANTAGE BUSINESS CHECKING
July 1, 2025 through July 31, 2025

## SUMMARY

| | | |
|---|---|---|
| **Beginning Balance** | $10,509.12 | |
| Deposits & Credits | $1,827,945.00 + | |
| Withdrawals | $1,863,571.36 − | |
| Fees | $612.50 − | |
| Automatic Transfers | $0.00 + | |
| Returned Checks | $51,966.99 + | |
| Checks | $23,248.77 − | |
| **Ending Balance** | **$2,988.48** | |

| | |
|---|---|
| Minimum Daily Balance | $49,488 − |
| Average Monthly Statement Balance | $287 − |

## DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 07/01 | Wire Transfer Raymond Kuntz | 450,000.00 |
| 07/02 | Working Capital Redemption | 276,000.00 |
| 07/03 | Working Capital Redemption | 67,000.00 |
| 07/07 | Working Capital Redemption | 68,000.00 |
| 07/08 | Wire Transfer Raymond Kuntz | 450,000.00 |
| 07/09 | Working Capital Redemption | 6,000.00 |
| 07/10 | Working Capital Redemption | 104,000.00 |
| 07/11 | Working Capital Redemption | 59,000.00 |
| 07/14 | Working Capital Redemption | 27,000.00 |
| 07/17 | Deposit - Thank You | 108.77 |
| 07/17 | Working Capital Redemption | 273,000.00 |
| 07/18 | Intuit     Acctverify Progen Industr | 0.17 |
| 07/18 | Intuit     Acctverify Progen Industr | 0.20 |
| 07/18 | Working Capital Redemption | 23,000.00 |
| 07/21 | Wire Transfer Mybox Inc | 20,000.00 |
| 07/22 | Deposit - Thank You | 2,043.22 |
| 07/22 | EB From Checking #▮1812 Ref# 000000 0000019 | 850.00 |
| 07/22 | EB From Checking #▮1804 Ref# 000000 0000020 | 350.00 |
| 07/29 | Deposit - Thank You | 1,181.00 |
| 07/31 | Working Capital   of 09-26-24 at  0.0000000 - Interest Due | 411.64 |

**Total Deposits & Credits**     $1,827,945.00

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 07/01 | Working Capital Investment | 450,000.00 |
| 07/02 | Regions Bank   Prefunddbt 815321085    Ladam | 3,517.14 |


**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**   ████ **7917**

|  |  | 092 |
| --- | --- | --- |
| Cycle |  | 26 |
| Enclosures |  | 0 |
| Page |  | 2 of 9 |

## WITHDRAWALS (CONTINUED)

| Date | Bank | Description | | Amount |
| --- | --- | --- | --- | --- |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,312.89 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,517.89 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,116.23 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,624.37 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 977.42 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,111.86 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 12,332.35 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 300.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 905.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,548.40 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,662.67 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,330.46 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,501.31 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 12,500.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 428.92 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,430.42 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,462.05 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,952.30 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,452.06 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,123.57 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,364.12 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,053.59 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,150.66 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,332.19 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,055.86 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,115.64 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,231.95 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,332.68 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 988.46 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,109.86 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,362.50 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,443.39 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,359.65 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,862.58 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,513.99 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,739.98 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 928.30 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,628.19 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,363.74 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,329.84 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,440.15 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,653.11 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,665.35 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 727.87 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,206.99 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,573.88 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,387.16 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,551.34 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,220.55 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,311.18 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,297.05 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,452.07 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,301.12 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 9 |

## WITHDRAWALS (CONTINUED)

| Date | Bank | Description | | Amount |
|---|---|---|---|---|
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,595.88 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,224.12 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,500.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,783.64 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 251.32 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 300.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,069.47 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 937.25 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,126.99 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,132.78 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,328.44 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,629.22 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,805.75 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,380.98 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,458.31 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,083.99 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,429.73 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,089.23 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,178.41 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,388.51 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,945.73 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,404.24 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,481.12 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,891.30 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,280.35 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,420.51 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,477.46 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,120.71 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,174.75 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,227.19 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,591.66 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 605.66 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 902.73 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,784.53 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,780.69 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,354.69 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,373.38 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,626.59 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 775.26 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,368.56 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,420.90 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 7,856.48 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,030.72 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,267.56 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,676.87 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 993.13 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,124.33 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,154.02 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,823.52 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 811.07 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,175.04 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,194.93 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,215.32 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,283.11 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ███ **7917**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 9 |

## WITHDRAWALS (CONTINUED)

| | | | | | |
|---|---|---|---|---|---|
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,920.90 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,949.61 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 107.03 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 214.07 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,498.49 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,126.48 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,198.56 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,369.11 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,704.04 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 403.69 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,175.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,472.54 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,502.14 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 750.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,739.46 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 5,482.91 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,473.26 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 6,231.63 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 7,013.28 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,378.08 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,880.50 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 3,525.69 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,126.16 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,306.93 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,770.06 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 402.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 449.65 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,300.00 |
| 07/02 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,767.65 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 20.00 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 76.70 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 186.57 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 573.81 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,592.84 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,713.18 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 584.42 |
| 07/03 | Regions Bank | Prefunddbt 815321085 | Ladam | | 8,068.67 |
| 07/03 | Teco/People Gas | Utilitybil Progen Industr | ███ 9365 | | 1,185.84 |
| 07/03 | Teco/People Gas | Utilitybil Progen Industr | ███ 9874 | | 1,570.73 |
| 07/03 | Teco/People Gas | Utilitybil Progen Industr | ███ 3696 | | 5,212.46 |
| 07/03 | Wire Transfer Lucky 8 Ventur | | | | 17,750.00 |
| 07/03 | Wire Transfer Sky 18 Capital | | | | 7,500.00 |
| 07/03 | Wire Transfer Mgi - Muller G | | | | 20,000.00 |
| 07/07 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,588.95 |
| 07/07 | Lease Services | ███ 4403 Progen Industr 2uojmp92pmmsdcb | | | 870.33 |
| 07/07 | Royal Sabal 2021 Web Pmts Progen Industr Vcwy5d | | | | 1,127.50 |
| 07/07 | E&l Lawn Care | E&l Lawn C Progen Industr ST-P8n5j5g4z6f9 | | | 2,800.00 |
| 07/07 | Ipfs877-674-3076 Ipfspmtfls My Box, Inc | ███ 765 | | | 4,436.56 |
| 07/07 | Swift Funding | ███ 7000 Progen Industr ███ 629 | | | 50,909.09 |
| 07/07 | Wire Transfer John B Manning | | | | 6,000.00 |
| 07/08 | Working Capital Investment | | | | 450,000.00 |
| 07/09 | American Interst Ins Prem Progen Industr | ███ 9443 | | | 4,577.36 |
| 07/10 | United Healthcar Edi Paymts 0007progen Ind | ███ 1918 | | | 44,413.52 |
| 07/10 | Wire Transfer John B Manning | | | | 50,000.00 |



**REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**  7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 5 of 9 |

## WITHDRAWALS (CONTINUED)

| Date | | | | Amount |
|---|---|---|---|---|
| 07/11 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,500.00 |
| 07/11 | Swift Funding | 7000 Progen Industr 5629 | | 50,909.09 |
| 07/14 | Regions Bank | Prefunddbt 815321085 | Ladam | 10,000.00 |
| 07/14 | Regions Bank | Prefunddbt 815321085 | Awilliamson | 14,000.00 |
| 07/14 | E&I Lawn Care | E&I Lawn C Progen Industr ST-F6x0v8k3q5n4 | | 1,100.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,111.86 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,624.37 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 12,332.35 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,103.42 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,517.14 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,363.74 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 12,500.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,216.40 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,500.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,311.18 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,829.58 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 251.32 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 300.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 953.32 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,035.43 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,317.42 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,336.94 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,412.56 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 111.75 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,780.69 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 4,721.66 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,482.91 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 49.23 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 660.27 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 6,231.63 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 7,856.48 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 103.31 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,884.62 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,079.03 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 7,013.28 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 206.61 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 750.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,770.06 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 737.08 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,402.60 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,713.74 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,027.89 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 460.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 904.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,888.12 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,628.89 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,436.97 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,466.50 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,102.30 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,349.28 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,403.41 |
| 07/17 | Regions Bank | Prefundbt 815321085 | Ladam | 1,735.70 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,311.74 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,107.68 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

| | | 092 |
|---|---|---|
| Cycle | | 26 |
| Enclosures | | 0 |
| Page | | 6 of 9 |

## WITHDRAWALS (CONTINUED)

| | | | | |
|---|---|---|---|---|
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,533.56 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,606.33 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 880.12 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,229.17 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,357.63 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,504.54 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,151.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,189.64 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,449.04 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,710.92 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,351.33 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,513.99 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,739.98 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 726.58 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,163.61 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,631.56 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,975.40 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 840.36 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,681.41 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,807.84 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,865.67 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,202.43 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,642.74 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,443.03 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,445.53 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,512.74 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 5,301.12 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,212.54 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,236.28 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,148.81 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,783.64 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,283.21 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,482.28 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,519.87 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,833.45 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,126.99 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,351.81 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,380.98 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,561.81 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,734.96 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,487.16 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,244.84 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,540.36 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,998.77 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 3,429.73 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,358.27 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,622.22 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,738.83 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,140.73 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,575.26 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 2,186.35 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 596.74 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | 1,561.02 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**              **7917**

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 7 of 9 |

## WITHDRAWALS (CONTINUED)

| Date | | | | | Amount |
|---|---|---|---|---|---|
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,640.75 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,774.07 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 204.36 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 476.85 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,315.94 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,690.26 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 924.19 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,175.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,359.72 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,504.09 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,420.90 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,676.87 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 3,346.73 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,013.31 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,183.45 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,238.11 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,449.78 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,398.39 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,464.64 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,582.01 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,739.46 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 654.16 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,041.18 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,622.01 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 192.02 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 522.73 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,300.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,610.39 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 988.91 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,321.56 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,409.76 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,270.63 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,501.61 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,635.11 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 2,030.21 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 402.00 |
| 07/17 | Regions Bank | Prefunddbt 815321085 | Ladam | | 1,704.04 |
| 07/18 | Intuit | Acctverify Progen Industr | | | 0.37 |
| 07/18 | Swift Funding | 7000 Progen Industr | 6629 | | 50,909.09 |
| 07/25 | Swift Funding | 7000 Progen Industr | 6629 | | 50,909.09 |

| | | |
|---|---|---|
| | Total Withdrawals | $1,863,571.36 |

## FEES

| Date | | | Amount |
|---|---|---|---|
| 07/01 | Wire Transfer Incoming Fee | | 15.00 |
| 07/08 | Wire Transfer Incoming Fee | | 15.00 |
| 07/09 | Analysis Charge | 06-25 | 506.50 |
| 07/21 | Paid Overdraft Item Fee | | 36.00 |
| 07/21 | Wire Transfer Incoming Fee | | 15.00 |
| 07/31 | Monthly Fee | | 25.00 |

| | | |
|---|---|---|
| | Total Fees | $612.50 |



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** 7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 8 of 9 |

## RETURNED CHECKS

| Date | Description | Check No. | Amount |
|---|---|---|---|
| 07/22 | Credit-Returned Ck# | 2183 | 196.20 |
| 07/22 | Credit-Returned Ck# | 2184 | 206.64 |
| 07/22 | Credit-Returned Ck# | 2182 | 655.06 |
| 07/28 | Credit-Returned Ck# | ▇5732 | 50,909.09 |

**Total Returned Checks** $51,966.99

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 07/02 | 2147 | 360.50 | 07/22 | 2170 | 475.66 |
| 07/09 | 2151 * | 535.52 | 07/21 | 2171 | 231.23 |
| 07/14 | 2152 | 189.23 | 07/21 | 2172 | 230.77 |
| 07/10 | 2153 | 240.00 | 07/21 | 2173 | 189.23 |
| 07/10 | 2154 | 100.00 | 07/21 | 2174 | 407.39 |
| 07/10 | 2155 | 303.00 | 07/21 | 2175 | 240.00 |
| 07/10 | 2156 | 25.00 | 07/21 | 2176 | 100.00 |
| 07/10 | 2157 | 212.87 | 07/21 | 2177 | 303.00 |
| 07/10 | 2158 | 70.20 | 07/21 | 2178 | 25.00 |
| 07/10 | 2159 | 55.38 | 07/21 | 2179 | 212.87 |
| 07/10 | 2160 | 664.15 | 07/21 | 2180 | 70.20 |
| 07/10 | 2161 | 196.20 | 07/21 | 2181 | 55.38 |
| 07/10 | 2162 | 407.39 | 07/21 | 2182 | 655.06 |
| 07/08 | 2163 | 231.23 | 07/22 | 2182 * | 655.06 |
| 07/14 | 2164 | 360.50 | 07/21 | 2183 | 196.20 |
| 07/10 | 2165 | 7,255.75 | 07/22 | 2183 * | 196.20 |
| 07/14 | 2166 | 1,364.66 | 07/21 | 2184 | 206.64 |
| 07/11 | 2167 | 998.88 | 07/22 | 2184 * | 206.64 |
| 07/16 | 2168 | 41.28 | 07/22 | 2185 | 360.50 |
| 07/11 | 2169 | 4,620.00 |  |  |  |

**Total Checks** $23,248.77

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 10,494.12 | 07/10 | 10,846.55 | 07/21 | 986.22 - |
| 07/02 | 10,423.27 | 07/11 | 10,818.58 | 07/22 | 1,420.84 |
| 07/03 | 10,388.05 | 07/14 | 10,804.19 | 07/25 | 49,488.25 - |
| 07/07 | 10,655.62 | 07/16 | 10,762.91 | 07/28 | 1,420.84 |
| 07/08 | 10,409.39 | 07/17 | 10,096.84 | 07/29 | 2,601.84 |
| 07/09 | 10,790.01 | 07/18 | 17,812.25 - | 07/31 | 2,988.48 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**             **7917**

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## ADVANTAGE BUSINESS CHECKING
August 1, 2025 through August 29, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $2,988.48 | Minimum Daily Balance | $49,678 – |
| **Deposits & Credits** | $140,170.11 + | Average Monthly Statement Balance | $20,570 – |
| **Withdrawals** | $355,312.16 – | | |
| **Fees** | $549.00 – | | |
| **Automatic Transfers** | $0.00 + | | |
| **Returned Checks** | $192,153.16 + | | |
| **Checks** | $41.28 – | | |
| **Ending Balance** | $20,590.69 – | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/19 | EB From Checking #▉▉▉1812 Ref# 000000 0000021 | 26,500.00 |
| 08/25 | EB From Checking #▉▉▉1812 Ref# 000000 0000022 | 50,000.00 |
| 08/25 | EB From Checking #▉▉▉1812 Ref# 000000 0000023 | 40,000.00 |
| 08/26 | EB From Checking #▉▉▉1812 Ref# 000000 0000024 | 3,000.00 |
| 08/26 | EB From Checking #▉▉▉1812 Ref# 000000 0000025 | 20,000.00 |
| 08/29 | Deposit - Thank You | 670.11 |
| | **Total Deposits & Credits** | **$140,170.11** |

### WITHDRAWALS

| | | |
|---|---|---|
| 08/01 | Fpl Direct Debit Elec Pymt Progen Industr▉▉▉7417 Webi | 244.80 |
| 08/01 | Swift Funding ▉▉▉7000 Progen Industr▉5629 | 50,909.09 |
| 08/08 | Swift Funding ▉▉▉7000 Progen Industr▉5629 | 50,909.09 |
| 08/12 | United Healthcar Edi Paymts 0007progen Ind ▉▉▉7499 | 39,425.89 |
| 08/15 | Swift Funding ▉▉▉7000 Progen Industr▉5629 | 50,909.09 |
| 08/19 | Wire Transfer Sky 18 Capital | 27,500.00 |
| 08/22 | Swift Funding ▉▉▉7000 Progen Industr ▉▉5629 | 50,909.09 |
| 08/25 | Regions Bank    Prefunddbt 815321085    Dsholar | 16,347.53 |
| 08/25 | Wire Transfer Lucky 8 Ventur | 17,750.00 |
| 08/26 | Royal Sabal 2021 Web Pmts Progen Industr Ldqtdd | 1,227.50 |
| 08/26 | Wire Transfer Mgi - Muller G | 20,000.00 |
| 08/27 | Pnp Billpayment 082525ek Progen Industr | 1,335.08 |
| 08/27 | Chase Credit Crd Epay Progen LLC ▉▉▉0348 | 2,845.00 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
LENDER    2025 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**    ████7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| 08/29 | Swift Funding ████7000 Progen Industr 2465629 | 25,000.00 |
|---|---|---|
|  | **Total Withdrawals** | **$355,312.16** |

## FEES

| 08/11 | Analysis Charge       07-25 | 513.00 |
|---|---|---|
| 08/25 | Paid Overdraft Item Fee | 36.00 |
|  | **Total Fees** | **$549.00** |

## RETURNED CHECKS

| 08/04 | Credit-Returned Ck#████2701 | 50,909.09 |
|---|---|---|
| 08/11 | Credit-Returned Ck#████7488 | 50,909.09 |
| 08/13 | Credit-Returned Ck#████8290 | 39,425.89 |
| 08/18 | Credit-Returned Ck#████5882 | 50,909.09 |
|  | **Total Returned Checks** | **$192,153.16** |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 08/29 | 2186 | 41.28 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01 | 48,165.41 - | 08/13 | 2,230.68 | 08/25 | 6,188.06 |
| 08/04 | 2,743.68 | 08/15 | 48,678.41 - | 08/26 | 7,960.56 |
| 08/08 | 48,165.41 - | 08/18 | 2,230.68 | 08/27 | 3,780.48 |
| 08/11 | 2,230.68 | 08/19 | 1,230.68 | 08/29 | 20,590.69 - |
| 08/12 | 37,195.21 - | 08/22 | 49,678.41 - |  |  |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
   (1) Tell us your name and account number.
   (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▮▮7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## ADVANTAGE BUSINESS CHECKING
August 30, 2025 through September 30, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $20,590.69 – | Minimum Daily Balance | $75,339 – |
| Deposits & Credits | $1,428.96 + | Average Monthly Statement Balance | $15,222 – |
| Withdrawals | $198,213.33 – | | |
| Fees | $199.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $218,159.65 + | | |
| Checks | $41.28 – | | |
| Ending Balance | $544.31 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/16 | Deposit – Thank You | 800.20 |
| 09/18 | Deposit – Thank You | 628.76 |
| | **Total Deposits & Credits** | **$1,428.96** |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/03 | Regions Bank    Prefunddbt 815321085    Ladam | 670.11 |
| 09/05 | Swift Funding ▮▮7000 Progen Industr 2465629 | 25,000.00 |
| 09/08 | Lease Services ▮▮4403 Progen Industr 2v06hkqht83ca5d | 861.77 |
| 09/10 | Lease Services ▮▮4403 Progen Industr 2v0xk87uc0t3few | 359.68 |
| 09/10 | United Healthcar Edi Paymts 0007progen Ind 264291535760 | 42,209.28 |
| 09/12 | Swift Funding ▮▮7000 Progen Industr 2465629 | 25,000.00 |
| 09/16 | Regions Bank    Prefunddbt 815321085    Dsholar | 628.76 |
| 09/19 | Swift Funding ▮▮7000 Progen Industr 2465629 | 25,000.00 |
| 09/23 | Lease Services ▮▮4403 Progen Industr 2v3c52biorjk143 | 290.00 |
| 09/23 | Lease Services ▮▮4403 Progen Industr 2v3c4qm1xpiz0w2 | 775.69 |
| 09/24 | EB to Checking #▮▮1804 Ref# 000000 0000027 | 1,500.00 |
| 09/26 | Spectrum    Spectrum Fnu Lnu ▮▮5123 | 8.95 |
| 09/26 | Swift Funding ▮▮7000 Progen Industr ▮▮5629 | 25,000.00 |
| 09/26 | Swift Funding    Make Up Industries LLC 2▮▮5629 | 50,909.09 |
| | **Total Withdrawals** | **$198,213.33** |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▆▆▆7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## FEES

| | | | |
|---|---|---|---|
| 09/09 | Analysis Charge | 08-25 | 174.00 |
| 09/30 | Monthly Fee | | 25.00 |
| | | **Total Fees** | **$199.00** |

## RETURNED CHECKS

| | | | |
|---|---|---|---|
| 09/02 | Credit-Returned Ck# | 2186 | 41.28 |
| 09/02 | Credit-Returned Ck# ▆▆0557 | | 25,000.00 |
| 09/08 | Credit-Returned Ck# ▆▆1692 | | 25,000.00 |
| 09/11 | Credit-Returned Ck# ▆▆4076 | | 42,209.28 |
| 09/15 | Credit-Returned Ck# ▆▆9018 | | 25,000.00 |
| 09/22 | Credit-Returned Ck# ▆▆2032 | | 25,000.00 |
| 09/29 | Credit-Returned Ck# ▆▆3839 | | 25,000.00 |
| 09/29 | Credit-Returned Ck# ▆▆4505 | | 50,909.09 |
| | | **Total Returned Checks** | **$218,159.65** |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 09/03 | 2186 | 41.28 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/02 | 4,450.59 | 09/11 | 2,343.75 | 09/22 | 3,143.95 |
| 09/03 | 3,739.20 | 09/12 | 22,656.25 - | 09/23 | 2,078.26 |
| 09/05 | 21,260.80 - | 09/15 | 2,343.75 | 09/24 | 578.26 |
| 09/08 | 2,877.43 | 09/16 | 2,515.19 | 09/26 | 75,339.78 - |
| 09/09 | 2,703.43 | 09/18 | 3,143.95 | 09/29 | 569.31 |
| 09/10 | 39,865.53 - | 09/19 | 21,856.05 - | 09/30 | 544.31 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▮7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## ADVANTAGE BUSINESS CHECKING
October 1, 2025 through October 31, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $544.31 | Minimum Daily Balance | $76,332 – |
| Deposits & Credits | $0.00 + | Average Monthly Statement Balance | $13,414 – |
| Withdrawals | $202,732.57 – | | |
| Fees | $132.04 – | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $177,489.33 + | | |
| Checks | $0.00 – | | |
| Ending Balance | $24,830.97 – | | |

### WITHDRAWALS

| | | | |
|---|---|---|---|
| 10/03 | Swift Funding ▮7000 Progen Industr ▮629 | | 25,000.00 |
| 10/10 | Swift Funding ▮7000 Progen Industr ▮629 | | 25,000.00 |
| 10/17 | Swift Funding ▮7000 Progen Industr ▮629 | | 25,000.00 |
| 10/21 | Cigna Edge Trans Collection Progen Industr 601001171624 | | 76,744.61 |
| 10/23 | Lease Services ▮4403 Progen Industr 2v8s2nvno7oixkt | | 243.24 |
| 10/23 | Lease Services ▮4403 Progen Industr 2v8s2582xm79olk | | 744.72 |
| 10/24 | Swift Funding ▮7000 Progen Industr ▮5629 | | 25,000.00 |
| 10/31 | Swift Funding ▮7000 Progen Industr ▮5629 | | 25,000.00 |
| | | **Total Withdrawals** | **$202,732.57** |

### FEES

| | | | |
|---|---|---|---|
| 10/09 | Analysis Charge | 09-25 | 132.04 |

### RETURNED CHECKS

| | | | |
|---|---|---|---|
| 10/06 | Credit-Returned Ck#▮9046 | | 25,000.00 |
| 10/14 | Credit-Returned Ck#▮7129 | | 25,000.00 |
| 10/20 | Credit-Returned Ck#▮5614 | | 25,000.00 |
| 10/22 | Credit-Returned Ck#▮9466 | | 76,744.61 |
| 10/24 | Credit-Returned Ck#▮7224 | | 744.72 |
| 10/27 | Credit-Returned Ck#▮06089 | | 25,000.00 |
| | | **Total Returned Checks** | **$177,489.33** |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
EQUAL HOUSING LENDER    2025 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #**                7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/03 | 24,455.69 - | 10/17 | 24,587.73 - | 10/23 | 575.69 - |
| 10/06 | 544.31 | 10/20 | 412.27 | 10/24 | 24,830.97 - |
| 10/09 | 412.27 | 10/21 | 76,332.34 - | 10/27 | 169.03 |
| 10/10 | 24,587.73 - | 10/22 | 412.27 | 10/31 | 24,830.97 - |
| 10/14 | 412.27 | | | | |

PRICING FOR CERTAIN TREASURY MANAGEMENT
SERVICES AND ANALYZED DEPOSITORY
PRODUCTS IS CHANGING EFFECTIVE 1-1-26.
CHANGES WILL BE REFLECTED BEGINNING WITH
THE JANUARY ANALYSIS STATEMENT YOU WILL
RECEIVE IN FEBRUARY. TO SEE ALL CHANGES,
VISIT REGIONS.COM/SPECIALMESSAGE. PLEASE
CONTACT YOUR TREASURY MANAGEMENT
RELATIONSHIP MANAGER WITH QUESTIONS
SPECIFIC TO YOUR ACCOUNT.

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

|   | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

### ACCOUNT #                7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## ADVANTAGE BUSINESS CHECKING
November 1, 2025 through November 28, 2025

## SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $24,830.97 – | Minimum Daily Balance | $44,798 – |
| Deposits & Credits | $0.00 + | Average Monthly Statement Balance | $12,330 – |
| Withdrawals | $145,705.74 – | | |
| Fees | $157.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $145,705.74 + | | |
| Checks | $0.00 – | | |
| Ending Balance | $24,987.97 – | | |

## WITHDRAWALS

| 11/07 | Swift Funding ▉▉▉7000 Progen Industr ▉▉5629 | 25,000.00 |
|---|---|---|
| 11/14 | Swift Funding ▉▉▉7000 Progen Industr ▉▉5629 | 25,000.00 |
| 11/20 | Cigna Edge Trans Collection Progen Industr 602901197750 | 44,835.41 |
| 11/21 | Lease Services ▉▉▉4403 Progen Industr 2ve1fo3j9w3yuto | 870.33 |
| 11/21 | Swift Funding ▉▉▉7000 Progen Industr ▉▉5629 | 25,000.00 |
| 11/28 | Swift Funding ▉▉▉7000 Progen Industr ▉▉5629 | 25,000.00 |
| | **Total Withdrawals** | **$145,705.74** |

## FEES

| 11/10 | Analysis Charge    10-25 | 132.00 |
|---|---|---|
| 11/28 | Monthly Fee | 25.00 |
| | **Total Fees** | **$157.00** |

## RETURNED CHECKS

| 11/03 | Credit-Returned Ck# ▉▉▉2046 | 25,000.00 |
|---|---|---|
| 11/10 | Credit-Returned Ck# ▉▉▉0635 | 25,000.00 |
| 11/17 | Credit-Returned Ck# ▉▉▉4682 | 25,000.00 |
| 11/21 | Credit-Returned Ck# ▉▉▉5355 | 44,835.41 |
| 11/24 | Credit-Returned Ck# ▉▉▉5594 | 870.33 |



**Thank You For Banking With Regions!**
2025 Regions Bank Member FDIC. All loans subject to credit approval.

LENDER

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ███████7917

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## RETURNED CHECKS (CONTINUED)

| | | |
|---|---|---|
| 11/24 | Credit-Returned Ck#████████0898 | 25,000.00 |
| | **Total Returned Checks** | **$145,705.74** |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/03 | 169.03 | 11/14 | 24,962.97 - | 11/21 | 25,833.30 - |
| 11/07 | 24,830.97 - | 11/17 | 37.03 | 11/24 | 37.03 |
| 11/10 | 37.03 | 11/20 | 44,798.38 - | 11/28 | 24,987.97 - |

**EFFECTIVE 1-2-26, THE OPTION TO AVOID
THE MONTHLY FEE ON YOUR ACCOUNT WITH
A MERCHANT SERVICES TRANSACTION WILL BE
DISCONTINUED. ALL OTHER OPTIONS WILL
REMAIN AVAILABLE.**

- - - - - - - - - - - - - - - - - - - -

**ALSO, PRICING FOR CERTAIN TREASURY
MANAGEMENT SVCS/ANALYZED DEPOSITORY
PRODUCTS IS CHANGING 1-1-26. SEE ALL
CHANGES AT REGIONS.COM/SPECIALMESSAGE.**

## Easy Steps to Balance Your Account

Checking Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

| | |
|---|---|
| **ACCOUNT #** | 7917 |
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## ADVANTAGE BUSINESS CHECKING
November 29, 2025 through December 31, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $24,987.97 − | Minimum Daily Balance | $42,560 − |
| Deposits & Credits | $125.00 + | Average Monthly Statement Balance | $2,909 − |
| Withdrawals | $43,711.42 − | | |
| Fees | $132.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $68,706.39 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $0.00 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/11 | EB From Checking #████ 1812 Ref# 000000 0000029 | 125.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 12/05 | Lease Services ████ 4403 Progen Industr 2vgn3tfm6h3l5jy | 270.96 |
| 12/05 | Lease Services ████ 4403 Progen Industr 2vgn382qxttisgs | 870.33 |
| 12/22 | Cigna Edge Trans Collection Progen Industr ████ 1454 | 42,565.10 |
| 12/29 | Garnishment Dept Bank Progen Industr | 5.03 |
| | **Total Withdrawals** | **$43,711.42** |

### FEES

| | | |
|---|---|---|
| 12/09 | Analysis Charge    11-25 | 132.00 |

### RETURNED CHECKS

| | | |
|---|---|---|
| 12/01 | Credit-Returned Ck#████ 6968 | 25,000.00 |
| 12/08 | Credit-Returned Ck#████ 2819 | 270.96 |
| 12/08 | Credit-Returned Ck#████ 2820 | 870.33 |
| 12/23 | Credit-Returned Ck#████ 0863 | 42,565.10 |
| | **Total Returned Checks** | **$68,706.39** |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**



**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ███████7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 3 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 12.03 | 12/09 | 119.97 - | 12/23 | 5.03 |
| 12/05 | 1,129.26 - | 12/11 | 5.03 | 12/29 | 0.00 |
| 12/08 | 12.03 | 12/22 | 42,560.07 - |  |  |

EFFECTIVE 2-2-26, OUTGOING STANDARD
AND REPETITIVE DOMESTIC WIRE FEES FOR
YOUR ACCOUNT WILL BE $30, AND
OUTGOING INTERNATIONAL WIRE FEES
WILL BE $50.

- - - - - - - - - - - - - - - - - - - -

ALSO, PRICING FOR CERTAIN TREASURY
MANAGEMENT SVCS/ANALYZED DEPOSITORY
PRODUCTS IS CHANGING 1-1-26. SEE ALL
CHANGES AT REGIONS.COM/SPECIALMESSAGE.

## Easy Steps to Balance Your Account

Checking
Account

| | | |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

 **REGIONS**

**Regions Bank**
South Lakeland
4535 South Florida Ave.
Lakeland, FL 33813

PROGEN INDUSTRIES LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY FL 33860-6558

**ACCOUNT #** ▮▮▮7917

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 2 |

## ADVANTAGE BUSINESS CHECKING
January 1, 2026 through January 30, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $0.00 | Minimum Daily Balance | $39,470 – |
| **Deposits & Credits** | $0.00 + | Average Monthly Statement Balance | $1,315 – |
| Withdrawals | $39,470.90 – | | |
| Fees | $0.00 – | | |
| Automatic Transfers | $0.00 + | | |
| Returned Checks | $39,470.90 + | | |
| Checks | $0.00 – | | |
| **Ending Balance** | $0.00 | | |

### WITHDRAWALS

| | | |
|---|---|---|
| 01/21 | Cigna Edge Trans Collection Progen Industr ▮▮▮6035 | 39,470.90 |

### RETURNED CHECKS

| | | |
|---|---|---|
| 01/22 | Credit-Returned Ck# ▮▮▮0855 | 39,470.90 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| 01/21 | 39,470.90 – | 01/22 | 0.00 |

**PLEASE BE AWARE THAT REGIONS
HAS PERMANENTLY DISCONTINUED
THE MINI-STATEMENT OPTION AT
ITS ATMS. OTHER STATEMENT
OPTIONS REMAIN AVAILABLE.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)


EQUAL HOUSING
LENDER

**Thank You For Banking With Regions!**
2026 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

Checking Account

| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

| Item | Posting Account | Posting Date | Debit/Credit | Amount | Sequence # |
|------|-----------------|--------------|--------------|--------|------------|
| 1.1 | ▉917 | 12/16/2024 | C | $1,000,000.00 | ▉7791 |



**REGIONS**                                          Checking Credit

| | | | |
|---|---|---|---|
| Date/Time: | 12/16/2024 11:38 A | Tran Name: | Checking Deposit | Total Amount: 1000000 00 |
| Bank/Branch#: | 092 FL00071 | EJ Tran Code: | TTFR1 | Total Cash: 0 00 |
| Tran#/Proc Mode: | 91 N | Pay To | | Total Check: 0 00 |
| Teller#/User: | 02 H7HP8 | Account #: | ▉7917 | Cash Back. 0 00 |
| | | Customer Name: | PROGEN INDUSTRIES LLC | |
| | | Total Items | | |
| | | Keyed Name: | | |
| | | TIN Zip | | |

| Item | Posting Account | Posting Date | Debit/Credit | Amount | Sequence # |
|------|-----------------|--------------|--------------|--------|------------|
| 1.2 | ▉553 | 12/16/2024 | D | $1,000,000.00 | ▉7792 |

**REGIONS**                                          Checking Debit

| | | | |
|---|---|---|---|
| Date/Time: | 12/16/2024 11:38 A | Tran Name: | Withdrawal | Amount 1000000 00 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TTFR1 | ID Info: DL |
| Tran#/Proc Mode: | 91 N | Account #: | ▉1553 | ID Expiration 09/19/2027 |
| Teller#/User | 02 H7HP8 | Customer Name | TWO LIONS HOLDINGS LLC | ID Issue: 03/28/2019 |
| | | Keyed Name: | | |
| | | TIN Zip | | |



| 2.1 | 917 | 01/08/2025 | C | $1,514.44 | 5318 |

**REGIONS**

Checking Credit

| | | Tran Name | Commercial Checking Deposit | Total Amount | 1514 44 |
|---|---|---|---|---|---|
| Date/Time: | 01/08/2025  2 04 P | EJ Tran Code: | TDCM1 | Total Cash | 0 00 |
| Bank/Branch# | 092 FL00071 | Pay To | | Total Check: | 1514 44 |
| Tran#/Proc Mode: | 29 N | Account # | 7917 | Cash Back. | 0 00 |
| Teller#/User | 02 H7HP8 | Customer Name | PROGEN INDUSTRIES LLC | | |
| | | Total Items | | | |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |

| 2.2 | 9343 | 01/08/2025 | D | $1,500.00 | 5319 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

114

Portfolio Operating Account
1227 West Brandon Boulevard
Brandon  FL 33511

12/20/2024

PAY TO THE
ORDER OF  Progen Industries, LLC                                                $1,500 00

***** ONE THOUSAND FIVE HUNDRED *************************************************   DOLLARS

VOID AFTER 90 DAYS

Progen Industries, LLC
600 Prairie Industrial Parkway
Mulberry FL 33880

AUTHORIZED SIGNATURE

MEMO  Return of Deposit 879 S Terrace

Regions Bank

ENDORSE HERE
x For Deposit  0354557917

| 2.3 | 9631 | 01/08/2025 | D | $14.44 | 5320 |
| --- | --- | --- | --- | --- | --- |



| 3.1 | 917 | 01/16/2025 | C | $500,000.00 | 3225 |
| --- | --- | --- | --- | --- | --- |



| 3.2 | 553 | 01/16/2025 | D | | $500,000.00 | 3226 |

**REGIONS**        Checking Debit

| | | | | |
|---|---|---|---|---|
| Date/Time | 01/16/2025 3:06 P | Tran Name: | Withdrawal | Amount 500000 00 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TTFR1 | ID Info: DL |
| Tran#/Proc Mode: | 101 N | Account #: | 1553 | ID Expiration 09/19/2027 |
| Teller#/User | 02 H7HP8 | Customer Name | TWO LIONS HOLDINGS LLC | ID Issue: 03/28/2019 |
| | | Keyed Name: | | |
| | | TIN Zip | | |

| 4.1 | 7917 | 01/21/2025 | C | | $700,000.00 | 6574 |

**REGIONS**        Checking Credit

| | | | | |
|---|---|---|---|---|
| Date/Time | 01/21/2025 12:38 P | Tran Name: | Checking Deposit | Total Amount 700000 00 |
| Bank/Branch#: | 092 FL00071 | EJ Tran Code: | TTFR1 | Total Cash 0 00 |
| Tran#/Proc Mode: | 70 N | Pay To | | Total Check: 0 00 |
| Teller#/User | 02 H7HP8 | Account #: | 7917 | Cash Back 0 00 |
| | | Customer Name | PROGEN INDUSTRIES LLC | |
| | | Total Items | | |
| | | Keyed Name: | | |
| | | TIN Zip | | |



| 4.2 | 553 | 01/21/2025 | D | $700,000.00 | 6575 |

**REGIONS**                     Checking Debit

| | | | |
|---|---|---|---|
| Date/Time: | 01/21/2025 12:38 P | Tran Name | Withdrawal | Amount | 700000 00 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TTFR1 | ID Info: | DL |
| Tran#/Proc Mode: | 70 N | Account #: | 1553 | ID Expiration | 09/19/2027 |
| Teller#/User | 02 H7HP8 | Customer Name | TWO LIONS HOLDINGS LLC | ID Issue: | 03/28/2019 |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |

| 5.1 | 7917 | 01/24/2025 | C | $250,000.00 | 6682 |

**REGIONS**                     Checking Credit

| | | | |
|---|---|---|---|
| Date/Time: | 01/24/2025  9 57 A | Tran Name | Checking Deposit | Total Amount | 250000 00 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TTFR1 | Total Cash | 0.00 |
| Tran#/Proc Mode: | 45 N | Pay To | | Total Check: | 0.00 |
| Teller#/User | 02 H7HP8 | Account #: | 7917 | Cash Back. | 0 00 |
| | | Customer Name | PROGEN INDUSTRIES LLC | | |
| | | Total Items | | | |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |



| 5.2 | ▮ 553 | 01/24/2025 | D | $250,000.00 | ▮ 6683 |

**▲ REGIONS**    Checking Debit

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 01/24/2025 9 57 A | Tran Name: | Withdrawal | Amount | 250000 00 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TTFR1 | ID Info: | DL |
| Tran#/Proc Mode: | 45 N | Account #: | ▮ 1553 | ID Expiration | 09/19/2027 |
| Teller#/User | 02 H7HP8 | Customer Name | TWO LIONS HOLDINGS LLC | ID Issue: | 03/28/2019 |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |

| 6.1 | ▮ 7917 | 03/14/2025 | C | $155.54 | ▮ 6976 |

**▲ REGIONS**    Checking Credit

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 03/14/2025 1 13 P | Tran Name: | Commercial Checking Deposit | Total Amount | 155 54 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code | TDCM1 | Total Cash | 0.00 |
| Tran#/Proc Mode: | 80 N | Pay To | | Total Check: | 155 54 |
| Teller#/User | 06 B1NQ0 | Account #: | ▮ 7917 | Cash Back | 0 00 |
| | | Customer Name | PROGEN INDUSTRIES LLC | | |
| | | Total Items | | | |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |



| 6.2 | 4439 | 03/14/2025 | D | $155.54 | 6977 |

United States Treasury $\frac{15-51}{000}$     B 521,269,019

Check No.

02 11 25 20090900     KANSAS CITY, MO

Pay to
the order of   PROGEN LLC
ANDREW S WILLIAMSON SOLE MBR
217 NW 1ST AVE
MULBERRY FL 33860 2454

$*****155*54

VOID AFTER ONE YEAR

PROG   KANSAS   12/2024   F-941 REF   01

Regions Bank

>062000019<

Acct 7917

FOR DEPOSIT

| 7.1 | 7917 | 06/02/2025 | C | $2,569.00 | 1144 |

REGIONS
Use Other Side For Additional Listing

Checking Deposit

Account Number   7 9 1 7

| | Dollars | Cents |
| Currency | | |
| Coins | | |
| Checks | 2569 | 00 |
| List Separately | | |
| Be Sure Each Item is Endorsed | | |
| Total from Other Side | | |
| Less Cash Received | | |
| Total Deposit | | |

DATE  6/2/2025
Deposit to the account of   Progen
Please Print Name as Shown on Account
Signature

Sign here only if cash received from deposit

Checks and other items are received for deposit to this account subject to the rules and regulations of the bank. Deposits may not be available for immediate withdrawal.

MC11322 (Rev 04/22)   Unique identifier if applicable

c5000 2005c

Regions Bank >

Regions Bank >

9

| 7.2 | 8101 | 06/02/2025 | D | $2,569.00 | 1145 |



| 8.1 | 7917 | 06/02/2025 | C | $2,015.00 | 1146 |



| 8.2 | 8101 | 06/02/2025 | D | $2,015.00 | 1147 |
| 9.1 | 7917 | 06/18/2025 | C | $85,000.00 | 1232 |



| 9.2 | ███553 | 06/18/2025 | D | $85,000.00 | ███1233 |
|---|---|---|---|---|---|

**REGIONS**                                        Checking Debit

| Date/Time | 06/18/2025  1 58 P | Tran Name: | Withdrawal | Amount | 85000 00 |
|---|---|---|---|---|---|
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TTFR1 | ID Info: | DL |
| Tran#/Proc Mode: | 25 N | Account #: | ███1553 | ID Expiration | 09/19/2027 |
| Teller#/User | 05 B6UP2 | Customer Name | TWO LIONS HOLDINGS LLC | ID Issue: | 03/28/2019 |
|  |  | Keyed Name: |  |  |  |
|  |  | TIN Zip |  |  |  |

| 10.1 | ███7917 | 06/24/2025 | C | $3,490.00 | ███1635 |
|---|---|---|---|---|---|

**REGIONS**                                        Checking Credit

| Date/Time | 06/24/2025  4 50 P | Tran Name | Commercial Checking Deposit | Total Amount | 3490 00 |
|---|---|---|---|---|---|
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TDCM1 | Total Cash | 0 00 |
| Tran#/Proc Mode: | 106 N | Pay To |  | Total Check: | 3490.00 |
| Teller#/User | 02 H7HP8 | Account #: | ███7917 | Cash Back. | 0 00 |
|  |  | Customer Name: | PROGEN INDUSTRIES LLC |  |  |
|  |  | Total Items |  |  |  |
|  |  | Keyed Name: |  |  |  |
|  |  | TIN Zip |  |  |  |

12



| 10.2 | 9361 | 06/24/2025 | D | $2,500.00 | 1638 |

UNIVERSITY *of* WEST FLORIDA

Synovus Bank
Pensacola, FL 32502
61-660/611

C0117276

| Check Date | Check Amount |
| 06/10/25 | $*****2,500.00 |

PAY    **Two Thousand Five Hundred & 00/100***************************************

TO THE ORDER OF

Progen Industries LLC
217 NW 1st Ave
Mulberry FL 33860-2454

AUTHORIZED SIGNATURES
This Check Void After 180 Days

Regions Bank

Regions Bank

| 10.3 | 8101 | 06/24/2025 | D | $692.00 | 1637 |

Scrap It, LLC
4375 State Road 60 W
Mulberry, FL 33860

Citizens Bank & Trust
402 S Kentucky Ave
Lakeland, FL 33860
63-340/631

2456

6·13·25

PAY TO THE ORDER OF    Progen    $692.⁰⁰

Six hundred ninty-two & ⁰⁰/₁₀₀    DOLLARS

MEMO   7971

Regions Bank

Regions Bank



| 10.4 | 8101 | 06/24/2025 | D | $298.00 | 1636 |
|---|---|---|---|---|---|

Scrap It, LLC
4375 State Road 60 W
Mulberry, FL 33860

Citizens Bank & Trust
402 S Kentucky Ave
Lakeland, FL 33860
63-340/631

2439

6/6/2025

PAY TO THE ORDER OF    Progen                                    $ **298.00

Two Hundred Ninety-Eight and 00/100················································ DOLLARS

Progen

MEMO                                                    Angela DeLaO

Regions Bank

Regions Bank

FOR DEPOSIT

7917

| 11.1 | 7917 | 06/26/2025 | C | $35,000.00 | 9771 |
|---|---|---|---|---|---|

**REGIONS**                          Checking Credit

| | | | | |
|---|---|---|---|---|
| Date/Time: | 06/26/2025  2 15 P | Tran Name: | Checking Deposit | Total Amount  35000 00 |
| Bank/Branch#: | 092 FL00071 | EJ Tran Code | TTFR1 | Total Cash  0 00 |
| Tran#/Proc Mode: | 81 N | Pay To | | Total Check:  0 00 |
| Teller#/User | 05 B6UP2 | Account #: | 7917 | Cash Back  0 00 |
| | | Customer Name: | PROGEN INDUSTRIES LLC | |
| | | Total Items | | |
| | | Keyed Name: | | |
| | | TIN Zip | | |

14



| 11.2 | ███ 553 | 06/26/2025 | D | $35,000.00 | ███ 9772 |
|---|---|---|---|---|---|

**▲ REGIONS**                    Checking Debit

| Date/Time: | 06/26/2025  2 15 P | Tran Name: | Withdrawal | Amount | 35000 00 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TTFR1 | ID Info: | DL |
| Tran#/Proc Mode: | 81 N | Account #: | ███ 1553 | ID Expiration | 09/19/2027 |
| Teller#/User | 05 B6UP2 | Customer Name | TWO LIONS HOLDINGS LLC | ID Issue: | 03/28/2019 |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |

| 12.1 | ███ 7917 | 07/17/2025 | C | $108.77 | ███ 2287 |
|---|---|---|---|---|---|

**▲ REGIONS**                    Checking Credit

| Date/Time | 07/17/2025 12 00 P | Tran Name | Commercial Checking Deposit | Total Amount | 108 77 |
| Bank/Branch#: | 092 FL00071 | EJ Tran Code: | TDCM1 | Total Cash | 0 00 |
| Tran#/Proc Mode: | 58 N | Pay To | | Total Check: | 108 77 |
| Teller#/User | 02 H7HP8 | Account #: | ███ 7917 | Cash Back | 0 00 |
| | | Customer Name: | PROGEN INDUSTRIES LLC | | |
| | | Total Items | | | |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |

| 12.2 | 8868 | 07/17/2025 | D | $108.77 | 2288 |
|---|---|---|---|---|---|



9303R6 (08/15)

**■ FERGUSON**
751 Lakefront Commons
Newport News  VA 23606

2000551437
June 30, 2025

60 - 162 / 433
VOID AFTER 90 DAYS

Pay To The Order Of: PROGEN INDUSTRIES, LLC
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY, FL 33860

・・・・・・・・・・$108.77・・・

Amount: ONE HUNDRED AND EIGHT DOLLARS 77/100

Authorized Signature

PNC BANK, N.A   001

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER, "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE.) MICRO-PRINT BORDER

59091976

Regions Bank >

Regions Bank

| 13.1 | 7917 | 07/22/2025 | C | $2,043.22 | 6093 |
|---|---|---|---|---|---|

**▲ REGIONS**                                   Checking Credit

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 07/22/2025 10:30 A | Tran Name: | Commercial Checking Deposit | Total Amount | 2043 22 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TDCM1 | Total Cash | 0 00 |
| Tran#/Proc Mode: | 21 N | Pay To | | Total Check: | 2043 22 |
| Teller#/User | 04 C7NF7 | Account #: | 57917 | Cash Back | 0 00 |
| | | Customer Name | PROGEN INDUSTRIES LLC | | |
| | | Total Items | | | |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |

16



| 13.2 | ▮2587 | 07/22/2025 | D | $2,043.22 | 6094 |

| 14.1 | ▮7917 | 07/29/2025 | C | $1,181.00 | 9062 |

| 14.2 | 8101 | 07/29/2025 | D | $1,181.00 | 9063 |
|---|---|---|---|---|---|



| 15.1 | 7917 | 08/29/2025 | C | $670.11 | 8120 |
|---|---|---|---|---|---|

**REGIONS**

**Checking Credit**

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 08/29/2025  9:56 A | Tran Name | General Ledger | Total Amount | 670 11 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TGLD1 | Total Cash | 0.00 |
| Tran#/Proc Mode | 21 N | Pay To | | Total Check: | 0 00 |
| Teller#/User | 06 B1NQ0 | Account #: | 57917 | Cash Back | 0 00 |
| | | Customer Name: | | | |
| | | Total Items | 0002 | | |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |



| 15.2 | 0200 | 08/29/2025 | D | $670.11 | 8121 |

**REGIONS** — General Ledger Debit

| | | | | |
|---|---|---|---|---|
| Date/Time: | 08/29/2025 9 56 A | Tran Name | General Ledger | Amount 670 11 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TGLD1 | Requester's ID # B1NQ0 |
| Tran#/Proc Mode: | 21 N | Cost Center # | 071100 | Approver's ID # |
| Teller#/User. | 06 B1NQ0 | GL Account # | 0200 | |
| | | Account Title #: | Cash Items | |
| | | Description One | StopPayment Lost Money Order | |
| | | Description Two | 2111311530 Progen Indrustries | |

| 16.1 | 7917 | 09/16/2025 | C | $800.20 | 1258 |

**REGIONS** — Checking Credit

| | | | | |
|---|---|---|---|---|
| Date/Time: | 09/16/2025 4 40 P | Tran Name | Commercial Checking Deposit | Total Amount 800 20 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TDCM1 | Total Cash 0 00 |
| Tran#/Proc Mode: | 118 N | Pay To | | Total Check: 800 20 |
| Teller#/User | 04 C7NF7 | Account # | 57917 | Cash Back 0 00 |
| | | Customer Name: | PROGEN INDUSTRIES LLC | |
| | | Total Items | | |
| | | Keyed Name: | | |
| | | TIN Zip | | |



| 16.2 | ▮1739 | 09/16/2025 | D | $800.20 | ▮1259 |

FOR SECURITY PURPOSES, THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK

**Rexel** USA
Rexel USA, Inc.
5429 LBJ Freeway, Suite 600
Dallas, TX 75240

**HSBC Bank USA**
One HSBC Center
Buffalo, New York 14203
50-682/213

**0009647014**
VOID AFTER 60 DAYS
DATE: 08/22/2025

$*800.20
US DOLLARS

PAY TO THE ORDER OF:   PROGEN INDUSTRIES
Eight Hundred And 20/100 Dollars

PROGEN INDUSTRIES
600 PRAIRIE INDUSTRIAL PKWY
MULBERRY, FL 33860-6558

AUTHORIZED SIGNATURE

⑈0009647014⑈ ⑆021306822⑆ 797301739⑈

Regions Bank >

Regions Bank

| 17.1 | ▮7917 | 09/18/2025 | C | $628.76 | ▮00470 |

**REGIONS**                      Checking Credit

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 09/18/2025  9 31 A | Tran Name | General Ledger | Total Amount | 628 76 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TGLD1 | Total Cash | 0 00 |
| Tran#/Proc Mode | 9 N | Pay To | | Total Check | 0 00 |
| Teller#/User | 06 B1NQ0 | Account # | ▮7917 | Cash Back | 0 00 |
| | | Customer Name | | | |
| | | Total Items: | 0002 | | |
| | | Keyed Name: | | | |
| | | TIN Zip | | | |

| 17.2 | 0200 | 09/18/2025 | D | $628.76 | 0471 |
|------|------|------------|---|---------|------|



**REGIONS**                                     General Ledger Debit

| | | | | | |
|---|---|---|---|---|---|
| Date/Time: | 09/18/2025  9 31 A | Tran Name: | General Ledger | Amount | 628 76 |
| Bank/Branch# | 092 FL00071 | EJ Tran Code: | TGLD1 | Requester's ID # | B1NQ0 |
| Tran#/Proc Mode: | 9 N | Cost Center # | 071100 | Approver's ID #: | |
| Teller#/User. | 06 B1NQ0 | GL Account # | 0200 | | |
| | | Account Title #: | Cash Items | | |
| | | Description One | Stop payment for MO 2111311538 | | |
| | | Description Two | Progen Industries | | |

21

| Item | Posting Account | Posting Date | Debit/Credit | Amount | Sequence # |
|------|-----------------|--------------|--------------|--------|------------|
| 1.1 | ▮ 7917 | 12/02/2024 | D | $1,400.00 | ▮ 4643 |





| 2.1 | 7917 | 12/02/2024 | D | $180.40 | 6736 |
|---|---|---|---|---|---|

| 3.1 | 7917 | 12/02/2024 | D | $10,629.00 | 0257 |
|---|---|---|---|---|---|

**Check 2.1**

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1781

11/25/2024

PAY TO THE
ORDER OF     SAIA MOTOR FREIGHT LINE, LLC

$ **180.40

One hundred eighty and 40/100

DOLLARS

SAIA MOTOR FREIGHT LINE, LLC
P.O. BOX 730532
DALLAS, TX 75373-0532

AUTHORIZED SIGNATURE

MEMO

**Check 3.1**

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1762

11/15/2024

PAY TO THE
ORDER OF     Stag Industries, LLC

$ **10,629.00

Ten thousand six hundred twenty-nine and 00/100

DOLLARS

Stag Industries, LLC
5718 Yates Rd.
Lakeland, FL 33811

AUTHORIZED SIGNATURE

MEMO     Concrete Slab Sawing - Service

;TranD[=12/02/24-StartTm= 1:53:10 PM
Br=601-TillID=927
-Inst=INST-RtNum=>
-ItemNum=

4



| 4.1 | 7917 | 12/02/2024 | D | $3,565.00 | 1715 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860
ENERGY SIMPLIFIED

REGIONS
63-466/631

1787

11/26/2024

PAY TO THE ORDER OF
SOUTHERN GRAPHIC DESIGNS, INC

$ **3,565.00

DOLLARS

Three thousand five hundred sixty-five and 00/100

SOUTHERN GRAPHIC DESIGNS, INC.
102 NE 1ST AVE
MULBERRY, FL 33860

MEMO

Invoice 27345

AUTHORIZED SIGNATURE

-TranDt=12/02/24-StartTm= 3:59:49 PM
Br=601-TlrID=927
-Inst=INST-RINum=
-ItemNum=

| 5.1 | 7917 | 12/02/2024 | D | $1,300.00 | 3922 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860
ENERGY SIMPLIFIED

REGIONS
63-466/631

1780

11/25/2024

PAY TO THE ORDER OF
Averett Septic Tanks

$ **1,300.00

DOLLARS

One thousand three hundred and 00/100

Averett Septic Tanks
PO BOX 266
EATON PARK, FL 33840

MEMO

1360584

AUTHORIZED SIGNATURE

ExpressDepos

| 6.1 | 7917 | 12/03/2024 | D | | $972.96 | 0747 |
|-----|------|-----------|---|---|---------|------|



| 7.1 | 7917 | 12/03/2024 | D | | $3,564.47 | 7471 |
|-----|------|-----------|---|---|----------|------|



| 8.1 | 7917 | 12/04/2024 | D | $390.00 | 1069 |

| 9.1 | 7917 | 12/04/2024 | D | $390.00 | 2944 |



| 10.1 | ▮ 7917 | 12/04/2024 | D | $390.00 | ▮ 2951 |
|---|---|---|---|---|---|

| 11.1 | ▮ 7917 | 12/04/2024 | D | $4,068.33 | ▮ 3405 |
|---|---|---|---|---|---|

| 12.1 | ▮917 | 12/05/2024 | D | $806.70 | 4000830184 |
|------|------|------------|---|---------|------------|



| 13.1 | ▮7917 | 12/05/2024 | D | $1,602.01 | ▮2079 |
|------|-------|------------|---|-----------|--------|



| 14.1 | ████917 | 12/06/2024 | D | $4,904.54 | ████4167 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1786

11/26/2024

PAY TO THE ORDER OF   Jay Estes

$ **4,904.54

Four thousand nine hundred four and 54/100··········································

Jay Estes
36 Valhalla Ave
Ormond Beach, FL 32176

DOLLARS

MEMO

AUTHORIZED SIGNATURE

Expense Reports: 10/14, 10/21, 10/28 & 11/4

12/05/2024
149 - ORMOND BEACH BRANCH
845

| 15.1 | ████7917 | 12/09/2024 | D | $3,400.00 | ████6767 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1806

12/03/2024

PAY TO THE ORDER OF   Florida Forklift

$ **3,400.00

Three thousand four hundred and 00/100··········································

Florida Forklift
PO Box 76054
Tampa, FL 33675

DOLLARS

MEMO

AUTHORIZED SIGNATURE

Invoice FSI111885

12/09/2024 6_OCD

For Deposit Only

10

| 16.1 | ▮▮917 | 12/09/2024 | D | $4,230.70 | 3000145277 |



| 17.1 | 7917 | 12/09/2024 | D | $3,463.46 | 3487 |
|------|------|------------|---|-----------|------|





| 18.1 | 917 | 12/09/2024 | D | $6,202.72 | B110 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1478

10/08/2024

PAY TO THE ORDER OF  Jay Estes

$ **6,202.72

Six thousand two hundred two and 72/100***

DOLLARS

Jay Estes
36 Valhalla Ave
Ormond Beach, FL 32176

MEMO  June 17-30, 2024 ; July 05

AUTHORIZED SIGNATURE

Payroll:

12/06/2024
149 - ORMOND BEACH BRANCH
6330
6073

| 19.1 | 7917 | 12/10/2024 | D | $2,640.31 | 0788 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1813

12/06/2024

PAY TO THE ORDER OF  W.K. McClendon Oil

$ **2,640.31

Two thousand six hundred forty and 31/100***

DOLLARS

W.K. McClendon Oil
601 E Reynolds St
Plant City, Florida 33563

MEMO

AUTHORIZED SIGNATURE

Progen PO 100 2002

Seq: 16
Dep: 002075
Date: 12/10/24



| 20.1 | 7917 | 12/10/2024 | D | $2,505.84 | 9483 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1792

12/03/2024

PAY TO THE ORDER OF American Vulkan Corporation

$ **2,505.84

Two thousand five hundred five and 84/100**************************************************

DOLLARS

American Vulkan Corporation
PO BOX 673
WINTER HAVEN, FL 33882-0673
USA

MEMO

AUTHORIZED SIGNATURE

For Deposit Only - JPMC

| 21.1 | 7917 | 12/10/2024 | D | $1,806.00 | 3451 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1793

12/03/2024

PAY TO THE ORDER OF ALPHA EQUIPMENT SERVICES LLC.

$ **1,806.00

One thousand eight hundred six and 00/100**************************************************

DOLLARS

ALPHA EQUIPMENT SERVICES LLC
3406 E HWY 92
PLANT CITY, FL 33566

MEMO

AUTHORIZED SIGNATURE

Ref Invoice C-007096

14



| 22.1 | 7917 | 12/10/2024 | D | $25,414.32 | 1941 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1810

12/06/2024

PAY TO THE ORDER OF   Mobile Staff Solutions

$ **25,414.32

Twenty-five thousand four hundred fourteen and 32/100**

DOLLARS

Mobile Staff Solutions
PO Box 2
Lakeland, FL  33802 USA

AUTHORIZED SIGNATURE

MEMO
Payroll

ExpressDeposit >

FOR DEPOSIT ONLY
MSS Florida LLC
12/10/2024

| 23.1 | 7917 | 12/10/2024 | D | $91,581.59 | 1942 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1811

12/06/2024

PAY TO THE ORDER OF   Worker Bee's Staffing

$ **91,581.59

Ninety-one thousand five hundred eighty-one and 59/100**

DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL  33802

AUTHORIZED SIGNATURE

MEMO
Payroll

ExpressDeposit

FOR DEPOSIT ONLY
WB Staffing
12/10/2024

15



| 24.1 | ███917 | 12/11/2024 | D | $1,208.72 | 3200476234 |
|------|--------|------------|---|-----------|------------|

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1816

12/11/2024

PAY TO THE
ORDER OF     Shane Lawlor

$ ***1,208.72

One thousand two hundred eight and 72/100***

Shane Lawlor
88 Woodside Drive
Lakeland, FL 33813

MEMO

Expe     R. pod Dated 12-02-2024  12/11

AUTHORIZED SIGNATURE

| 25.1 | ███7917 | 12/11/2024 | D | $5,585.44 | ███5092 |
|------|---------|------------|---|-----------|---------|

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1797

12/03/2024

PAY TO THE
ORDER OF     H&E Equipament Services

$ **5,585.44

Five thousand five hundred eighty-five and 44/100***

H&E Equipament Services
PO Box 849850
Dallas, TX 75284-9850 USA

MEMO

Invoice 99816874

AUTHORIZED SIGNATURE

| 26.1 | 7917 | 12/11/2024 | D | $1,561.91 | 4961 |





| 27.1 | 7917 | 12/11/2024 | D | $8,446.03 | 9349 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1801

PAY TO THE
ORDER OF    Sweet's Paint

12/04/2024

$ **8,446.03

Eight thousand four hundred forty-six and 03/100**************************************

DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida  33880
USA

MEMO

REF: 1154/1153 - PO# 100-2982

AUTHORIZED SIGNATURE

| 28.1 | 7917 | 12/12/2024 | D | $329.64 | 4589 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1819

PAY TO THE
ORDER OF    RJ Zaicek

12/11/2024

$ **329.64

Three hundred twenty-nine and 64/100****************************************

DOLLARS

RJ Zaicek
172 N 4130 Rd
Antlers, OK  74523-7571

MEMO

Expense Report Dated 12/04/2024, Dec. 11

AUTHORIZED SIGNATURE

18



| 29.1 | ███917 | 12/12/2024 | D | $2,315.56 | ███4958 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1788

12/03/2024

PAY TO THE ORDER OF    IPFS Corporation

$ **2,315.56

Two thousand three hundred fifteen and 56/100

DOLLARS

IPFS Corporation
P.O.Box 730223
Dallas, Texas 75373

MEMO

Account #FLS-230087 - Payment #8

AUTHORIZED SIGNATURE

| 30.1 | ███7917 | 12/12/2024 | D | $2,387.63 | ███7530 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1798

12/03/2024

PAY TO THE ORDER OF    Stidham's Rentals Inc

$ **2,387.63

Two thousand three hundred eighty-seven and 63/100

DOLLARS

Stidham's Rentals Inc
2530 State Road 60 West
Lake Wales, Florida 33859

MEMO

Invoice # 315258

AUTHORIZED SIGNATURE

19

| 31.1 | ▉917 | 12/12/2024 | D | $37,287.06 | ▉9037 |



| 32.1 | ▉7917 | 12/12/2024 | D | $25,000.00 | ▉4944 |



| 33.1 | 7917 | 12/13/2024 | D | $7,459.47 | 0900 |

| 34.1 | 7917 | 12/13/2024 | D | $23,000.00 | 9899 |

| 35.1 | 7917 | 12/13/2024 | D | $50,000.00 | 1075 |



| 36.1 | 7917 | 12/13/2024 | D | $751.32 | 0986 |



| 37.1 | ▉ 7917 | 12/16/2024 | D | $1,942.81 | ▉ 5038 |
|---|---|---|---|---|---|

| 38.1 | ▉ 7917 | 12/16/2024 | D | $6,410.08 | ▉ 0893 |
|---|---|---|---|---|---|



| 39.1 | ▮7917 | 12/17/2024 | D | $18,869.00 | ▮2806 |
|---|---|---|---|---|---|

| 40.1 | ▮7917 | 12/17/2024 | D | $350.00 | ▮7590 |
|---|---|---|---|---|---|

| 41.1 | 7917 | 12/17/2024 | D | $7,538.93 | 9203 |



| 42.1 | 7917 | 12/19/2024 | D | $886.56 | 2049 |

| 45.1 | 7917 | 12/19/2024 | D | $1,852.31 | 4309 |
|---|---|---|---|---|---|



| 44.1 | 7917 | 12/19/2024 | D | $809.51 | 8410 |
|---|---|---|---|---|---|

| 45.1 | 7917 | 12/19/2024 | D | $1,080.69 | 8828 |



1835

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

12/20/2024

PAY TO THE
ORDER OF     John Cox

$ **1,080.69**

One thousand eighty and 69/100

DOLLARS

John Cox
8697 Pebblebrooke Way
Lakeland, FL 33810

MEMO

Bonus - EOY, Dec 2U

AUTHORIZED SIGNATURE

27

| 46.1 | 7917 | 12/19/2024 | D | $1,108.20 | 9961 |
|------|------|------------|---|-----------|------|



PROGEN
ENERGY SIMPLIFIED

ProGon Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1844

12/20/2024

PAY TO THE
ORDER OF    Richard L. Holman III

$ ··1,108.20

One thousand one hundred eight and 20/100······································································    DOLLARS

Richard L Holman III
621 1/2 W Park St
Lakeland, FL 33803

AUTHORIZED SIGNATURE

MEMO

Bonus - EOY, Dec 20

28



| 47.1 | 7917 | 12/19/2024 | D | $1,900.85 | 9315 |

1831

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

12/20/2024

PAY TO THE ORDER OF    Rafael Class

$ **1,900.85

One thousand nine hundred and 85/100**********************************************    DOLLARS

Rafael Class
PO Box 570006
Orlando, FL  32857

MEMO    Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE

| 48.1 | 7917 | 12/19/2024 | D | $780.83 | 0677 |

1852

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

12/20/2024

PAY TO THE ORDER OF    Luis Santander

$ **780.83

Seven hundred eighty and 83/100**********************************************    DOLLARS

Luis Santander
4655 Walker Lake Rd
Bartow, FL  33830-8769 US

MEMO    Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE

For Deposit Only · JPMC

29



| 49.1 | 7917 | 12/20/2024 | D | $4,157.46 | 8337 |

| 50.1 | 7917 | 12/20/2024 | D | $4,230.70 | 9493 |



| 51.1 | 7917 | 12/20/2024 | D | $1,201.21 | 3203 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

12/20/2024

PAY TO THE ORDER OF   Joseph Williamson

$ ***1,201.21

One thousand two hundred one and 21/100***

Joseph Williamson
600 Prairie Industrial Pkwy
Mulberry, FL 33860

MEMO    Bonus - EOY, Dec 20

Regions Bank

1859

DOLLARS

| 52.1 | 7917 | 12/20/2024 | D | $846.71 | 1288 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

12/20/2024

PAY TO THE ORDER OF   Romelia Flores

$ **846.71

Eight hundred forty-six and 71/100***

Romelia Flores
2915 US Hwy 98 E
Fort Meade, FL 33841

MEMO    Bonus - EOY, Dec 20

1839

DOLLARS

| 53.1 | 7917 | 12/20/2024 | D | $886.56 | 0213 |



| 54.1 | 7917 | 12/20/2024 | D | $997.38 | 3664 |



| 55.1 | 7917 | 12/20/2024 | D | $1,522.61 | 0986 |
|------|------|-----------|---|-----------|------|

ProGen Industries LLC

REGIONS

1845

12/20/2024

Noah K. Humphrey

One thousand five hundred twenty-two and 61/100

Noah K. Humphrey
429 W Daughtrey Rd.
Lakeland, FL 33809

MEMO  Bonus - EOY, Dec 20

| 56.1 | 7917 | 12/20/2024 | D | $2,857.10 | 1360 |
|------|------|-----------|---|-----------|------|

**PROGEN**  ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**ENERGY SIMPLIFIED**

REGIONS
63-466/631

1827

12/16/2024

PAY TO THE
ORDER OF    RING POWER CORPORATION

$ 2,857.10

Two thousand eight hundred fifty-seven and 10/100

RING POWER CORPORATION
10421 FERN HILL DRIVE
RIVERVIEW, FL 33578

MEMO

CRANE MAINTENANCE - INVOICE 10WM0160358

DOLLARS



| 57.1 | ▮▮ 7917 | 12/20/2024 | D | $2,006.85 | ▮▮ 5260 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1841

12/20/2024

PAY TO THE
ORDER OF    Jorge E. Garced

$ **2,006.85

Two thousand six and 85/100

DOLLARS

Jorge E Garced
919 Brookwood Dr
Lakeland, FL 33813

AUTHORIZED SIGNATURE

MEMO
Bonus - EOY, Dec 20

Regions Bank

20241220007193400205 06  1632
Regions Bank >06200001S<

| 58.1 | ▮▮ 7917 | 12/20/2024 | D | $3,391.60 | ▮▮ 8808 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1840

12/20/2024

PAY TO THE
ORDER OF    Ismail T. Fundikira

$ **3,391.60

Three thousand three hundred ninety-one and 60/100

DOLLARS

Ismail T Fundikira
3405 Whippoorwill Ct
Sanford, FL 32773

AUTHORIZED SIGNATURE

MEMO
Bonus - EOY, Dec 20

3386176985

35



| 59.1 | ▮ 7917 | 12/20/2024 | D | $1,278.13 | ▮ 9379 |

PROGEN ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1St AVE
Mulberry, FL 33860

REGIONS
63-466/631

1847

12/20/2024

PAY TO THE ORDER OF Michael C. Luna

$ **1,278.13

One thousand two hundred seventy-eight and 13/100

DOLLARS

Michael C Luna
603 NW 1st Ave
Mulberry, FL 33860

MEMO   Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE

| 60.1 | ▮ 7917 | 12/20/2024 | D | $960.44 | ▮ 7197 |

PROGEN ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33560

REGIONS
63-466/631

1857

12/20/2024

PAY TO THE ORDER OF Wilvin Torres Rodriguez

$ **960.44

Nine hundred sixty and 44/100

DOLLARS

Wilvin Torres Rodriguez
319 Columbo St
Winter Haven, FL 33880

MEMO   Bonus - EOY  Dec 20

AUTHORIZED SIGNATURE

36



| 61.1 | 917 | 12/20/2024 | D | $2,343.15 | 7967 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1849

12/20/2024

PAY TO THE ORDER OF  Jennifer Names

$ **2,343.15**

Two thousand three hundred forty-three and 15/100

DOLLARS

Jennifer Names
30231 Fairway Dr
Wesley Chapel, FL  33543

AUTHORIZED SIGNATURE

MEMO     Bonus - EOY, Dec 20

| 62.1 | 7917 | 12/23/2024 | D | $1,108.20 | 3385 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1834

12/20/2024

PAY TO THE ORDER OF  David G. Consuegra

$ **1,108.20**

One thousand one hundred eight and 20/100

DOLLARS

David G Consuegra
533 Grape St
Bowling Green FL  33834

AUTHORIZED SIGNATURE

MEMO     Bonus - EOY, Dec 20



| 63.1 | ███917 | 12/23/2024 | D | $1,235.20 | 3000597807 |

| 64.1 | ███7917 | 12/23/2024 | D | $1,040.51 | ███9531 |



| 65.1 | 7917 | 12/23/2024 | D | $1,292.90 | 6577 |
|------|------|------------|---|-----------|------|

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1830

12/20/2024

PAY TO THE ORDER OF    Jakapop Bennett

$ ···1,292.90

One thousand two hundred ninety-two and 90/100·····

DOLLARS

Jakapop Bennett
5717 Lake Grove Dr.
Lakeland, FL 33809

MEMO    Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE

>053101121< 12/20/2024 015268337

8560912 0006 00247

| 66.1 | 7917 | 12/23/2024 | D | $1,920.32 | 6663 |
|------|------|------------|---|-----------|------|

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1850

12/20/2024

PAY TO THE ORDER OF    Sounthone Ouppasene

$ ···1,920.32

One thousand nine hundred twenty and 32/100·····

DOLLARS

Sounthone Ouppasene
1253 Spinnaker Dr
Lakeland, FL 33805

MEMO    Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE

39



| 67.1 | 7917 | 12/23/2024 | D | | $1,806.85 | 7481 |

| 68.1 | 7917 | 12/23/2024 | D | | $1,141.69 | 8864 |

| 69.1 | ▮ 7917 | 12/23/2024 | D | $714.95 | ▮ 4460 |





| 70.1 | 7917 | 12/24/2024 | D | $3,587.13 | 7186 |

ProGen Industries LLC
217 NW 1ST AVE
Mulbery, FL 33860

REGIONS
63-466/631

1838

ENERGY SIMPLIFIED

12/20/2024

PAY TO THE ORDER OF   Jay Estes

$ **3,587.13

Three thousand five hundred eighty-seven and 13/100

DOLLARS

Jay Estes
36 Valhalla Ave
Ormond Beach, FL 32176

MEMO    Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE

12/23/2024
149 - ORMOND BEACH BRANCH

| 71.1 | 7917 | 12/24/2024 | D | $167.99 | 5438 |

ProGen Industries LLC
217 NW 1ST AVE
Mulbery, FL 33860

REGIONS
63-466/631

1807

ENERGY SIMPLIFIED

12/04/2024

PAY TO THE ORDER OF   ECS INTEGRATIONS LLC

$ **167.99

One hundred sixty-seven and 99/100

DOLLARS

ECS INTEGRATIONS LLC
P.O. BOX 1225
POLK CITY, FL 33868

MEMO    Invoice 102119

AUTHORIZED SIGNATURE



| 72.1 | 7917 | 12/26/2024 | D | $813.77 | 1919 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

12/20/2024

PAY TO THE ORDER OF    Joel A. Hampton                                    $ **813.77

Eight hundred thirteen and 77/100                                         DOLLARS

Joel A Hampton
135 N Galloway Rd
Lakeland, FL  33815

MEMO

Bonus - EOY, Dec 20

| 73.1 | 7917 | 12/26/2024 | D | $11,565.41 | 6123 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

12/20/2024

PAY TO THE ORDER OF    Mobile Staff Solutions                             $ **11,565.41

Eleven thousand five hundred sixty-five and 41/100                        DOLLARS

Mobile Staff Solutions
PO Box 2
Lakeland, FL  33802 USA

MEMO

Payroll Processed on 12022024-12152024

ExpressDeposit >



| 74.1 | 7917 | 12/27/2024 | D | $24,487.47 | 8915 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1862

12/20/2024

PAY TO THE ORDER OF  ELWOOD STAFFING SERVICES INC

$ **24,487.47

Twenty-four thousand four hundred eighty-seven and 47/100

DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO
Payroll 12022024-12152024, Dec 20

AUTHORIZED SIGNATURE

Seq: 24
Dep: 010775
Date: 12/27/24

Seq 24 12/27/24 Dep 010775 AG 1 Cust 73768 User 1340089

| 75.1 | 7917 | 12/27/2024 | D | $923.50 | 4364 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63 466/631

1833

12/20/2024

PAY TO THE ORDER OF  David Consuegra

$ **923.50

Nine hundred twenty-three and 50/100

DOLLARS

David Consuegra

MEMO
Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE



| 76.1 | ▮7917 | 12/27/2024 | D | $62,667.36 | ▮2009 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN**
ENERGY SIMPLIFIED

**REGIONS**
63-466/631

1863

12/20/2024

PAY TO THE ORDER OF    Worker Bee's Staffing

$ **62,667.36

Sixty-two thousand six hundred sixty-seven and 36/100**********

DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

MEMO

Payroll Processed 12022024-12152024, DH:P.Lapee

ExpressDeposit

| 77.1 | ▮7917 | 12/30/2024 | D | $1,327.86 | ▮5299 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN**
ENERGY SIMPLIFIED

**REGIONS**
63-466/631

1866

12/19/2024

PAY TO THE ORDER OF    W.K. McClendon Oil

$ **1,327.86

One thousand three hundred twenty-seven and 86/100**********

DOLLARS

W.K. McClendon Oil
601 E Reynolds St
Plant City, Florida 33563

MEMO

500 gallons of diesel

Seq: 18
Dep: 002077
Date: 12/30/24



| 78.1 | 7917 | 12/30/2024 | D | $960.44 | 0350 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33360

**REGIONS**
63-466/631

1837

12/20/2024

PAY TO THE ORDER OF    Bobbie Custer

$ **960.44**

Nine hundred sixty and 44/100

DOLLARS

Bobbie Custer
13761 Behring Ave
Orlando, FL 32827

AUTHORIZED SIGNATURE

MEMO    Bonus  EOY  Dec 20

For Deposit Only - JPMC

| 79.1 | 7917 | 12/30/2024 | D | $780.83 | 2727 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1848

12/20/2024

PAY TO THE ORDER OF    Pablo  Matta

$ **780.83**

Seven hundred eighty and 83/100

DOLLARS

Pablo Matta
5712 Verna Bethany Rd
Myokka City, FL 34251

AUTHORIZED SIGNATURE

MEMO    Bonus - EOY, Dec 20



| 80.1 | 7917 | 12/30/2024 | D | $11,285.00 | 7904 |
| 81.1 | 7917 | 12/30/2024 | D | $10,966.30 | 7905 |



| 82.1 | 7917 | 12/30/2024 | D | $3,166.25 | 7987 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1864

12/20/2024

PAY TO THE ORDER OF Level Resources

$ **3,166.25

DOLLARS

Three thousand one hundred sixty-six and 25/100

Level Resources
600 Bypass Drive, Suite 100
Clearwater, FL 33764 USA

MEMO

Payroll Processed on 12022024-12152024

AUTHORIZED SIGNATURE

| 83.1 | 7917 | 01/02/2025 | D | $6,000.00 | 2097 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1869

12/30/2024

PAY TO THE ORDER OF TeamworkNet

$ **6,000.00

DOLLARS

Six thousand and 00/100

TeamworkNet
4265 New Tampa Hwy, Suite 1
Lakeland, FL 33815 US

MEMO

AUTHORIZED SIGNATURE

48



| 84.1 | 917 | 01/03/2025 | D | $132.25 | 5982 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1824

12/12/2024

PAY TO THE ORDER OF     W.K. McClendon Oil

$ **132.25

DOLLARS

One hundred thirty-two and 25/100

W.K. McClendon Oil
601 E Reynolds St
Plant City, Florida 33563

MEMO

AUTHORIZED SIGNATURE

Progen PO 100-3048 - Invoice 254440

Seq: 8
Dep: 002079
Date: 01/03/25

| 85.1 | 7917 | 01/03/2025 | D | $809.70 | 6983 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1820

12/12/2024

PAY TO THE ORDER OF     W.K. McClendon Oil

$ **809.70

DOLLARS

Eight hundred nine and 70/100

W.K. McClendon Oil
601 E Reynolds St
Plant City, Florida 33563

MEMO

AUTHORIZED SIGNATURE

Progen PO

Seq: 9
Dep: 002079
Date: 01/03/25



| 86.1 | ▆▆7917 | 01/03/2025 | D | $72.76 | 4000288766 |
|------|--------|------------|---|--------|------------|

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1867

12/23/2024

PAY TO THE ORDER OF     Press Express     $ **72.76

Seventy-two and 76/100·····································     DOLLARS

Press Express
PO Box 1012
Mulberry, FL 33860 USA

MEMO

Invoice 2024-1083 - C.Baldwin - BusCards

AUTHORIZED SIGNATURE

TRN_DEBIT TAG5659  72.76
South Lakeland

| 87.1 | ▆▆7917 | 01/03/2025 | D | $911.95 | ▆▆1282 |
|------|--------|------------|---|---------|--------|

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1832

12/20/2024

PAY TO THE ORDER OF     Jacob Clayton     $ **911.95

Nine hundred eleven and 95/100·····································     DOLLARS

Jacob Clayton
1010 S Dudley Ave
Bartow, FL 33830

MEMO

Bonus - EOY, Dec 20

AUTHORIZED SIGNATURE

BOFD RTN ▆▆
1/3/2025,13:39:00
49127
AHOST22
TMID ▆▆

50



| 88.1 | ▉7917 | 01/06/2025 | D | $3,807.63 | ▉3305 |

1870

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

12/30/2024

PAY TO THE ORDER OF
VALEN DRYWALL LLC

$ **3,807.63

Three thousand eight hundred seven and 63/100

DOLLARS

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL 34744 USA

MEMO

AUTHORIZED SIGNATURE

Payroll 12162024-12292024

For Deposit Only - JPMC

| 89.1 | ▉7917 | 01/06/2025 | D | $13,832.89 | ▉7434 |

1874

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

01/03/2025

PAY TO THE ORDER OF
Mobile Staff Solutions

$ **13,832.89

Thirteen thousand eight hundred thirty-two and 89/100

DOLLARS

Mobile Staff Solutions
PO Box 2
Lakeland, FL 33802 USA

MEMO

AUTHORIZED SIGNATURE

Customer ID 209

ExpressDeposit

FOR DEPOSIT ONLY
MSS Florida LLC
01/06/2025



| 90.1 | 7917 | 01/06/2025 | D | $62,226.04 | 7437 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1872

01/03/2025

PAY TO THE ORDER OF    Worker Bee's Staffing

$ **62,226.04

Sixty-two thousand two hundred twenty-six and 04/100••••••••••••••••••••••••••••••••••••••••••  DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

MEMO

Customer # Progen

ExpressDeposit

| 91.1 | 7917 | 01/07/2025 | D | $834.92 | 9169 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33600

**REGIONS**
63-466/631

1877

01/03/2025

PAY TO THE ORDER OF    Ana Rosa Sanchez Flores

$ **834.92

Eight hundred thirty-four and 92/100••••••••••••••••••••••••••••••••••••••••••  DOLLARS

Ana Rosa Sanchez Flores
5201 Rock Dove Loop
Lakeland, FL 33810

MEMO

Payroll 12022024-12152024





| 94.1 | 7917 | 01/08/2025 | D | $1,068.26 | 5258 |

| 95.1 | 7917 | 01/08/2025 | D | $19,342.43 | 5933 |



| 96.1 | 7917 | 01/08/2025 | D | $335.00 | 1978 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

01/06/2025

PAY TO THE ORDER OF    Rafael Class

$ **335.00

Three hundred thirty-five and 00/100*************************************************** DOLLARS

Rafael Class
PO Box 570006
Orlando, FL 32857

MEMO    Water Jet Training Expense

AUTHORIZED SIGNATURE

1882

TRN_DEBIT TAH5731  335.00
South Lakeland

| 97.1 | 7917 | 01/10/2025 | D | $916.33 | 2435 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

01/06/2025

PAY TO THE ORDER OF    Scott Cramton

$ **916.33

Nine hundred sixteen and 33/100************************************************* DOLLARS

Scott Cramton
3713 Eagle Isle Cir
Kissimmee, FL 34746

MEMO

Ex    R    rts dal d 12/10 th  12/27 2024

AUTHORIZED SIGNATURE

1884



| 98.1 | 7917 | 01/10/2025 | D | $200.00 | 2460 |

| 99.1 | 7917 | 01/10/2025 | D | $68,131.50 | 3501 |

| 100.1 | ▮917 | 01/10/2025 | D | $547.43 | 3200425304 |



| 101.1 | ▮7917 | 01/13/2025 | D | $4,934.73 | ▮6403 |

| 102.1 | ▮7917 | 01/13/2025 | D | $625.35 | ▮6907 |





| 103.1 | ▮▮ 7917 | 01/13/2025 | D | $71.00 | ▮▮ 3372 |

| 104.1 | ▮▮ 7917 | 01/14/2025 | D | $1,900.00 | ▮▮ 1739 |



| 105.1 | 917 | 01/14/2025 | D | $10,518.30 | 4777 |

**PROGEN**
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1881

01/06/2025

PAY TO THE ORDER OF     PowerRail Distribution Inc.

$ **10,518.30

Ten thousand five hundred eighteen and 30/100

DOLLARS

PowerRail Distribution Inc.
PowerRail Distribution Inc.
182 Susquehanna Ave
Exeter, PA 18643 US

MEMO

Reference: Account #2352

AUTHORIZED SIGNATURE

| 106.1 | 7917 | 01/14/2025 | D | $2,275.17 | 6708 |

**PROGEN**
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1890

01/09/2025

PAY TO THE ORDER OF     W.K. McClendon Oil

$ **2,275.17

Two thousand two hundred seventy-five and 17/100

DOLLARS

W.K. McClendon Oil
601 E Reynolds St
Plant City, Florida 33563

MEMO

Invoice 254886 - 01/09/2025

AUTHORIZED SIGNATURE

Seq: 22
Dep: 002084
Date: 01/14/25



| 107.1 | 7917 | 01/15/2025 | D | $2,154.98 | 4243 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1892

01/10/2025

PAY TO THE ORDER OF  UKG, Inc.

$ **2,154.98

Two thousand one hundred fifty-four and 98/100

DOLLARS

UKG, Inc.
P.O. BOX 930953
ATLANTA, GA 31193-0953

AUTHORIZED SIGNATURE

MEMO

Customer #PRO1062

| 108.1 | 7917 | 01/16/2025 | D | $25,000.00 | 5858 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1894

01/13/2025

PAY TO THE ORDER OF  Beasley & Bryant CPA's

$ **25,000.00

Twenty-five thousand and 00/100

DOLLARS

Beasley & Bryant CPA's
4940 Southfork Dr.
Lakeland, Florida 33813

MEMO  # 39047

Billing Advanced from 01-15-2025 & forward

AUTHORIZED SIGNATURE

61



| 109.1 | 7917 | 01/17/2025 | D | $4,230.70 | 9352 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1896

01/17/2025

PAY TO THE ORDER OF   VALEN DRYWALL LLC

$ **4,230.70

DOLLARS

Four thousand two hundred thirty and 70/100

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL 34744 USA

MEMO

AUTHORIZED SIGNATURE

Payroll 12302024-01122025

BOA ... CashID:745 Date:01/17/25 Seq#:0001
Terminal ... 0117210648 DeviceID:DFL18891 Trans#:6057
TPS ATL ET

| 110.1 | 7917 | 01/17/2025 | D | $6,194.04 | 0719 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33850

REGIONS
63-466/631

1887

22

01/06/2025

PAY TO THE ORDER OF   Equipment Share

$ **6,194.04

DOLLARS

Six thousand one hundred ninety-four and 04/100

Equipment Share
PO Box 650429
Dallas, TX 75265-0429 US

MEMO

AUTHORIZED SIGNATURE

Account # 132570

FOR DEPOSIT TO THE WITHIN
NAMED PAYEE P E G.  CAPITAL ONE NA <

>065000090<
CAPITAL ONE, NA

RICHMOND, VA 086 23
Deposit



| 111.1 | 7917 | 01/17/2025 | D | $13,184.41 | 5885 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1895

01/17/2025

PAY TO THE
ORDER OF   Bayport Valve & Fitting, Inc.

$   **13,184.41

Thirteen thousand one hundred eighty-four and 41/100**********************************   DOLLARS

Bayport Valve & Fitting, Inc.
PO Box 315
Mulberry, Florida 33860

MEMO

PO 100-3195 - Order # 1376726

AUTHORIZED SIGNATURE

01/17/2025 ELECTRONICALLY CAPTURED

For Deposit Only
Axiom Bank NA
Bay Port Valve Fitting Inc

| 112.1 | 7917 | 01/17/2025 | D | $72.76 | 2092 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1878

01/06/2025

PAY TO THE
ORDER OF   Press Express

$   **72.76

Seventy-two and 76/100**********************************   DOLLARS

Press Express
PO Box 1012
Mulberry, FL 33860 USA

MEMO

AUTHORIZED SIGNATURE

TRN_DEBIT TAK9341 72.76
South Lakeland

FOR DEPOSIT ONLY
PRESS EXPRESS OF POLK COUNTY, INC
ACCT. #          3120



| 113.1 | 7917 | 01/21/2025 | | 215.03 | 6756 |

**PROGEN** ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860
**ENERGY SIMPLIFIED**

**REGIONS**
63-466/631

01/03/2025

PAY TO THE ORDER OF
Level Resources

$ **3,215.03

DOLLARS

Three thousand two hundred fifteen and 03/100

Level Resources
600 Bypass Drive, Suite 100
Clearwater, FL 33764 USA

MEMO

AUTHORIZED SIGNATURE

Customer ID 720

| 114.1 | 7917 | 01/21/2025 | D | $3,013.24 | 9056 |

1904

**PROGEN** ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860
**ENERGY SIMPLIFIED**

**REGIONS**
63-466/631

01/20/2025

PAY TO THE ORDER OF
W.K. McClendon Oil

$ **3,013.24

DOLLARS

Three thousand thirteen and 24/100

W.K. McClendon Oil
601 E Reynolds St
Plant City, Florida 33563

MEMO

AUTHORIZED SIGNATURE

Invoice 255028 - 933 gal Product 272103

Seq: 12
Dep: 002085
Date: 01/21/25



| 115.1 | 7917 | 01/21/2025 | D | $7,762.55 | 2715 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1900

01/17/2025

PAY TO THE ORDER OF   Mobile Staff Solutions

$ **7,762.55

DOLLARS

Seven thousand seven hundred sixty-two and 55/100

Mobile Staff Solutions
PO Box 2
Lakeland, FL 33802 USA

MEMO

Payroll Processed: 12232024-01052025

ExpressDeposit >

FOR DEPOSIT ONLY
MSS Florida LLC

| 116.1 | 7917 | 01/21/2025 | D | $26,351.26 | 2716 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1898

01/17/2025

PAY TO THE ORDER OF   Worker Bee's Staffing

$ **26,351.26

DOLLARS

Twenty-six thousand three hundred fifty-one and 26/100

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

MEMO

Payroll Processed : 12162024-12292024

ExpressDeposit

FOR DEPOSIT ONLY
WB Staffing

65



| 117.1 | 7917 | 01/22/2025 | D | $9,618.36 | 4535 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1897

01/17/2025

PAY TO THE ORDER OF    ELWOOD STAFFING SERVICES INC

$ **9,618.36

Nine thousand six hundred eighteen and 36/100

DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

AUTHORIZED SIGNATURE

MEMO

Payroll Processed: 12232024-01052025

Seq: 21
Dep: 010848
Date: 01/22/25

Seq 21 01/22/25 Dep:010848 AG 1 Cust 75768 User:1345099

For Deposit Only to
Elwood Staffing Services Inc

| 118.1 | 7917 | 01/23/2025 | D | $2,523.81 | 3356 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1912

01/21/2025

PAY TO THE ORDER OF    RIVERHAWK INDUSTRIAL SUPPLY

$ **2,523.81

Two thousand five hundred twenty-three and 81/100

DOLLARS

RIVERHAWK INDUSTRIAL SUPPLY
465 FIFE ROAD
MULBERRY, FL 33860

AUTHORIZED SIGNATURE

MEMO





| 121.1 | ▮ 7917 | 01/24/2025 | D | $550.00 | ▮ 2974 |

| 122.1 | ▮ 7917 | 01/24/2025 | D | $2,006.37 | ▮ 8085 |



| 123.1 | 7917 | 01/27/2025 | D | $2,443.63 | 6185 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1911

01/21/2025

PAY TO THE ORDER OF    H&E Equipment Services

$ **2,443.63

Two thousand four hundred forty-three and 63/100***

DOLLARS

H&E Equipment Services
PO Box 849850
Dallas, TX 75284-9850 USA

AUTHORIZED SIGNATURE

MEMO

Customer #1384433 - Contract 311108332

| 124.1 | 7917 | 01/27/2025 | D | $108.68 | 9370 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1901

01/17/2025

PAY TO THE ORDER OF    UPS Supply Chain Solutions Inc

$ **108.68

One hundred eight and 68/100***

DOLLARS

UPS Supply Chain Solutions Inc
28013 Network Place
Chicago, IL 60673-1280 US

AUTHORIZED SIGNATURE

MEMO

Electrowind Calgary - Insulators Shipment PO100-29

JPMORGANCHASE BK NA



| 125.1 | 7917 | 01/27/2025 | D | | $2,714.59 | 0762 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1913

01/21/2025

PAY TO THE ORDER OF    Stidham's Rentals Inc

$ **2,714.59

Two thousand seven hundred fourteen and 59/100

DOLLARS

Stidham's Rentals Inc
2530 State Road 60 West
Lake Wales, Florida 33859

MEMO    Invoice 316203 - Bill to #7509 - Job Site #79023

AUTHORIZED SIGNATURE

| 126.1 | 7917 | 01/28/2025 | D | | $1,242.46 | 2633 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1902

01/17/2025

PAY TO THE ORDER OF    FEDEX FREIGHT

$ **1,242.46

One thousand two hundred forty-two and 46/100

DOLLARS

FEDEX FREIGHT
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306 US

MEMO

Account 8593 - Progen PO-PurchasingGilkes

AUTHORIZED SIGNATURE

01-28-2025    'BNYMELLON
CRED TO PAYEE
ABS END GUAR



| 127.1 | 917 | 01/28/2025 | D | $6,625.73 | 4762 |

| 128.1 | 7917 | 01/31/2025 | D | $69,496.00 | 1871 |



| 129.1 | 7917 | 02/03/2025 | D | $1,618.83 | 7329 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-456/631

1916

01/31/2025

PAY TO THE ORDER OF    Joseph Williamson

$ **1,618.83

One thousand six hundred eighteen and 83/100

DOLLARS

Joseph Williamson
600 Prairie Industrial Pkwy
Mulberry, FL 33860

MEMO

AUTHORIZED SIGNATURE

Expense Report 01-31-2025 - Shop Receipts

Regions Bank >

Regions Bank

| 130.1 | 7917 | 02/03/2025 | D | $660.00 | 1566 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-456/631

1907

01/21/2025

PAY TO THE ORDER OF    E&L lawn care

$ **660.00

Six hundred sixty and 00/100

DOLLARS

E&L lawn care
5232 Krenson Woods Way
Lakeland, FL 33813 USA

MEMO

AUTHORIZED SIGNATURE

Invoice #556



| 131.1 | 7917 | 02/03/2025 | D | $10,000.00 | 9871 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1908

01/30/2025

PAY TO THE
ORDER OF    Sounthone Ouppasene

$    **10,000.00

Ten thousand and 00/100**********************************************    DOLLARS

Sounthone Ouppasene
1253 Spinnaker Dr
Lakeland, FL 33805

MEMO

Remuneration

AUTHORIZED SIGNATURE

⑆0019O8⑆ ⑆063104668⑆ 0354557917⑆

>053101121< 02/03/2025 002372466

8560912 0004 00094

| 132.1 | 7917 | 02/03/2025 | D | $4,230.70 | 1321 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1917

01/31/2025

PAY TO THE
ORDER OF    VALEN DRYWALL LLC

$    **4,230.70

Four thousand two hundred thirty and 70/100************************************    DOLLARS

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL 34744 USA

MEMO

For Payroll 01132025-01262025

AUTHORIZED SIGNATURE

For Deposit Only - JPMC



| 133.1 | 7917 | 02/03/2025 | D | $18,370.83 | 5738 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1920

01/31/2025

PAY TO THE
ORDER OF    Mobile Staffing

$ **18,370.83

Eighteen thousand three hundred seventy and 83/100****

DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL  33802 USA

MEMO

AUTHORIZED SIGNATURE

For Payroll 01062025-01192025

| 134.1 | 7917 | 02/04/2025 | D | $6,131.76 | 9935 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1919

01/31/2025

PAY TO THE
ORDER OF    Level Resources

$ **6,131.76

Six thousand one hundred thirty-one and 76/100****

DOLLARS

Level Resources
600 Bypass Drive, Suite 100
Clearwater, FL  33764 USA

MEMO

AUTHORIZED SIGNATURE

For Payroll 01062025-01192025

74





| 137.1 | 7917 | 02/06/2025 | D | | $10,590.00 | | 5530 |

| 138.1 | 7917 | 02/07/2025 | D | | $1,000.00 | | 6529 |

| 139.1 | ▮ 7917 | 02/07/2025 | D | | $41.28 | ▮ 3731 |



| 140.1 | ▮ 7917 | 02/07/2025 | D | | $75.00 | ▮ 3833 |



| 141.1 | 7917 | 02/07/2025 | D | $652.16 | 3351 |

| 142.1 | 7917 | 02/10/2025 | D | $321.26 | 4650 |



| 145.1 | 7917 | 02/12/2025 | D | $8.69 | 3200167975 |
|---|---|---|---|---|---|



**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1922

01/31/2025

PAY TO THE
ORDER OF

UPS Supply Chain Solutions Inc

$  **8.69

DOLLARS

Eight and 69/100**************************************************************

UPS Supply Chain Solutions Inc
28013 Network Place
Chicago, IL 60673-1280 US

AUTHORIZED SIGNATURE

MEMO

Ref Invoice 1841483675

JPMORGANCHASE BK NA

9013

NAME OF FINANCIAL INSTITUTION

CR TO NMD
PAYEE ALL
RTS RSVD



| 146.1 | ▮7917 | 02/12/2025 | D | $2,315.56 | ▮0781 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN**
ENERGY SIMPLIFIED

**REGIONS**
63-466/631

1930

02/05/2025

PAY TO THE
ORDER OF    IPFS Corporation-Policy FLS230087

$ **2,315.56

Two thousand three hundred fifteen and 56/100

DOLLARS

IPFS Corporation
P.O.Box 730223
Dallas, Texas 75373

MEMO

Policy FLS-230087

AUTHORIZED SIGNATURE

JPMORGANCHASE BK NA

| 147.1 | ▮7917 | 02/13/2025 | D | $21,602.14 | ▮1277 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN**
ENERGY SIMPLIFIED

**REGIONS**
63-466/631

1918

01/31/2025

PAY TO THE
ORDER OF    ELWOOD STAFFING SERVICES INC

$ **21,602.14

Twenty-one thousand six hundred two and 14/100

DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO

For Payroll

AUTHORIZED SIGNATURE

Seq: 19
Dep: 010910
Date: 02/13/25



| 148.1 | 7917 | 02/13/2025 | D | $1,693.81 | 2809 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

02/05/2025

PAY TO THE ORDER OF
CO2 & Fire Equipment Service Center

$ **1,693.81

One thousand six hundred ninety-three and 81/100***

DOLLARS

Co2 & Fire Equipment Service Center
PO Box 384
Lakeland, FL 33802 USA

MEMO

Invoice # CF22606

1928

AUTHORIZED SIGNATURE

⑈0019 28⑈ ⑆0631046681⑆ 0354557917⑈

BOFD RTN
2/13/2025,17:31:18
63073
KMCKE24
TMID

| 149.1 | 7917 | 02/14/2025 | D | $362.35 | 5773 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

02/13/2025

PAY TO THE ORDER OF
Shane A Lawlor

$ **362.35

Three hundred sixty-two and 35/100***

DOLLARS

Shane A Lawlor
88 Woodside Drive
Lakeland, FL 33813 US

MEMO

Expense Reports Dated 01/09 & 02/07 2025   362 35

1956

AUTHORIZED SIGNATURE

| 150.1 | ▮ 7917 | 02/14/2025 | D | $1,838.90 | ▮ 9411 |



| 151.1 | ▮ 7917 | 02/14/2025 | D | $915.00 | ▮ 9045 |

| 152.1 | ▮ 7917 | 02/14/2025 | D | $2,454.32 | ▮9059 |



| 153.1 | ▮ 7917 | 02/14/2025 | D | $17,430.95 | ▮0236 |



| 154.1 | 7917 | 02/18/2025 | D | $1,513.96 | 3624 |

| 155.1 | 7917 | 02/18/2025 | D | $2,812.80 | 1208 |



| 156.1 | ▮ 7917 | 02/18/2025 | D | | $4,230.70 | ▮ 1910 |

| 157.1 | ▮ 7917 | 02/18/2025 | D | | $4,000.00 | ▮ 1290 |



| 158.1 | 7917 | 02/18/2025 | D | $107.00 | 2454 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1931

02/06/2025

PAY TO THE ORDER OF  Eco-Pest & Termite Solutions

$ **107.00

One hundred seven and 00/100**************************************************************

DOLLARS

Eco-Pest & Termite Solutions
13194 US Hwy 301 #434
Riverview, FL 33578 US

MEMO

AUTHORIZED SIGNATURE

Account # JK1027

Seq: 4
Dep: 000236
Date: 02/18/25

Seq:4 02/18/25 Dep:000236 AG:1 Cust:115159 User

For Deposit Only to
ECO-PEST SOLUTIONS LLC
ECO-PEST SOLUTIONS LLC
Deposited By: RD
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION

| 159.1 | 7917 | 02/18/2025 | D | $6,800.00 | 3478 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63 466/631

1953

02/13/2025

PAY TO THE ORDER OF  Florida Forklift

$ **6,800.00

Six thousand eight hundred and 00/100**********************************************************

DOLLARS

Florida Forklift
PO Box 76054
Tampa, FL 33675

MEMO

AUTHORIZED SIGNATURE

Customer # FC1227

02/18/2025 25_OCD

For Deposit Only
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION



| 160.1 | 7917 | 02/18/2025 | D | $6,743.83 | 2363 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1939

02/14/2025

PAY TO THE ORDER OF    Level Resources

$ **6,743.83

DOLLARS

Six thousand seven hundred forty-three and 83/100**

Level Resources
600 Bypass Drive, Suite 100
Clearwater, FL 33764 USA

AUTHORIZED SIGNATURE

MEMO

REF: Payroll Weeks        22025

⑈001939⑈ ⑆063104668⑆ 0354557917⑈

| 161.1 | 7917 | 02/18/2025 | D | $90,095.00 | 8420 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1952

02/13/2025

PAY TO THE ORDER OF    Stag Industries, LLC

$ **90,095.00

DOLLARS

Ninety thousand ninety-five and 00/100**

Stag Industries, LLC
5718 Yates Rd.
Lakeland, FL 33811

AUTHORIZED SIGNATURE

MEMO

Concrete payment #3 Period 01/02/25 thru 01/30/25





| 164.1 | 7917 | 02/19/2025 | D | $23,702.00 | 9692 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1950

02/13/2025

PAY TO THE ORDER OF   Markair Inc

$ **23,702.00

Twenty-three thousand seven hundred two and 00/100

DOLLARS

Markair Inc
12276 San Jose Blvd
Suite 511
Jacksonville, FL 32223 US

MEMO   Invoice 24546S - PO 100-2760

AUTHORIZED SIGNATURE

| 165.1 | 7917 | 02/19/2025 | D | $3,072.08 | 0393 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1932

02/07/2025

PAY TO THE ORDER OF   Sweet's Paint

$ **3,072.08

Three thousand seventy-two and 08/100

DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO

AUTHORIZED SIGNATURE

90



| 166.1 | 7917 | 02/20/2025 | D | $8,029.07 | 8586 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1949

02/13/2025

PAY TO THE ORDER OF   H&E Equipment Services

$ **8,029.07

Eight thousand twenty-nine and 07/100

DOLLARS

H&E Equipment Services
PO Box 849850
Dallas, TX 75284-9850 USA

MEMO

AUTHORIZED SIGNATURE

| 167.1 | 7917 | 02/20/2025 | D | $2,714.59 | 7201 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1958

02/13/2025

PAY TO THE ORDER OF   Stidham's Rentals Inc

$ **2,714.59

Two thousand seven hundred fourteen and 59/100

DOLLARS

Stidham's Rentals Inc
2530 State Road 60 West
Lake Wales, Florida 33859

MEMO

AUTHORIZED SIGNATURE

91



| 168.1 | ■ 7917 | 02/20/2025 | D | $36,471.41 | ■ 2539 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1948

02/13/2025

PAY TO THE
ORDER OF
Equipment Share

$ **36,471.41
DOLLARS

Thirty-six thousand four hundred seventy-one and 41/100**

Equipment Share
PO Box 650429
Dallas, TX 75265-0429 US

MEMO

AUTHORIZED SIGNATURE

Account 132570

FOR DEPOSIT TO THE WITHIN >510000008<
NAMED PAYEE P E G.   CAPITAL ONE N.A

CAPITAL ONE, NA

RICHMOND, VA 060 23
Deposit

| 169.1 | ■ 7917 | 02/20/2025 | D | $500.00 | ■ 7122 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1963

PAY TO THE
ORDER OF   The City of Mulberry
five hundred dollars & no

$ 500.00
DOLLARS

MEMO Utilities Deposit -520

AUTHORIZED SIGNATURE



| 170.1 | 7917 | 02/20/2025 | D | | $8,040.00 | | 8899 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

02/11/2025

PAY TO THE ORDER OF
SOUTHERN GRAPHIC DESIGNS, INC

$ **8,040.00

DOLLARS

Eight thousand forty and 00/100

SOUTHERN GRAPHIC DESIGNS, INC.
102 NE 1ST AVE
MULBERRY, FL 33860

MEMO

1936

| 171.1 | 7917 | 02/20/2025 | D | | $84,363.64 | | 6836 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

02/13/2025

PAY TO THE ORDER OF
Aggreko LLC

$ **84,363.64

DOLLARS

Eighty-four thousand three hundred sixty-three and 64/100

Aggreko LLC
PO Box 972552
Dallas, TX 75397-2562 US

MEMO

PO 100-2494 - Customer #US00104767

1944



| 172.1 | 7917 | 02/20/2025 | D | $25,000.00 | 8605 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63 466/631

1945

02/13/2025

PAY TO THE ORDER OF    Beasley & Bryant CPA's    $ **25,000.00 DOLLARS

Twenty-five thousand and 00/100

Beasley & Bryant CPA's
4940 Southfork Dr.
Lakeland, Florida 33813

MEMO    Period February and March 2025

AUTHORIZED SIGNATURE

| 173.1 | 7917 | 02/21/2025 | D | $24,582.48 | 6307 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1946

02/13/2025

PAY TO THE ORDER OF    Collicutt Energy Services    $ **24,582.48 DOLLARS

Twenty-four thousand five hundred eighty-two and 48/100

Collicutt Energy Services
12349 Hawkins Street
Santa Fe Springs, CA 90670
USA

MEMO    Job ID 59439 - Unit XAZS551137-5 Generator Renta

AUTHORIZED SIGNATURE

Seq: 4
Dep: 003822
Date: 02/21/25



| 174.1 | 7917 | 02/24/2025 | D | $2,500.00 | 9601 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1935

ENERGY SIMPLIFIED

02/11/2025

PAY TO THE ORDER OF
Amaris Medical Experts LLC

$ **2,500.00

Two thousand five hundred and 00/100***

DOLLARS

Amaris Medical Experts LLC
3959 Van Dyke Rd, Ste 187
Lutz, FL 33558 US

MEMO
Records Review

| 175.1 | 7917 | 02/24/2025 | D | $25,966.57 | 7654 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1938

ENERGY SIMPLIFIED

02/14/2025

PAY TO THE ORDER OF
ELWOOD STAFFING SERVICES INC

$ **25,966.57

Twenty-five thousand nine hundred sixty-six and 57/100***

DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO
Ref Payroll Weeks 01202025-02022025

Seq: 24
Dep: 010943
Date: 02/24/25

| 176.1 | 7917 | 02/26/2025 | D | $5,114.00 | 5209 |



| 177.1 | 7917 | 02/26/2025 | D | $5,178.74 | 5210 |



| 178.1 | 7917 | 02/28/2025 | D | $3,000.00 | 3622 |

| 179.1 | 7917 | 02/28/2025 | D | $1,505.00 | 6360 |



| 180.1 | 7917 | 03/03/2025 | D | | $18,780.00 | 8567 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1947

02/13/2025

PAY TO THE ORDER OF
Elite Diesel Performance LLC

$ **18,780.00

Eighteen thousand seven hundred eighty and 00/100············································

DOLLARS

Elite Diesel Performance LLC
PO Box 1223
Houma, LA 70361 US

MEMO

AUTHORIZED SIGNATURE

Job Period 01-19-25 thru 01-25-25

2/28/2025 0300 0307
SB 181

PAY TO THE ORDER OF
SYNERGY BANK
FOR DEPOSIT ONLY
ELITE DIESEL PERFORMANCE
REMOTE DEPOSIT ONLY

| 181.1 | 7917 | 03/03/2025 | D | | $4,230.70 | 5010 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63 466/631

1968

02/27/2025

PAY TO THE ORDER OF
VALEN DRYWALL LLC

$ **4,230.70

Four thousand two hundred thirty and 70/100·········································

DOLLARS

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL 34744 USA

MEMO

AUTHORIZED SIGNATURE

Payroll 02102025-02232025

For Deposit Only - JPMC

Valendrywall LLC



| 182.1 | ▮7917 | 03/03/2025 | D | $950.00 | ▮8989 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1975

02/28/2025

PAY TO THE
ORDER OF     Kendal Oakleaf

$ ··950.00

DOLLARS

Nine hundred fifty and 00/100··

Kendal Oakleaf

AUTHORIZED SIGNATURE

MEMO

2 Flatbeds to Move 3 Skids from 2855 to 600

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

AT

DATE

| 183.1 | ▮7917 | 03/03/2025 | D | $5,474.15 | ▮6652 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1970

02/27/2025

PAY TO THE
ORDER OF     Mobile Staffing

$ ··5,474.15

DOLLARS

Five thousand four hundred seventy-four and 15/100··

MSS Florida LLC
PO Box 2
Lakeland, FL 33802 USA

AUTHORIZED SIGNATURE

MEMO

Payroll 01202025-01262025

ExpressDep

FOR DEPOSIT ONLY
MSS Florida LLC
5326

NAME OF FINANCIAL INSTITUTION

DATE



| 184.1 | 7917 | 03/03/2025 | D | $4,292.64 | 2985 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1967

02/26/2025

PAY TO THE
ORDER OF    Sweet's Paint

$ **4,292.64

DOLLARS

Four thousand two hundred ninety-two and 64/100

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO

PO 100-3618

AUTHORIZED SIGNATURE

| 185.1 | 7917 | 03/03/2025 | D | $4,055.79 | 2986 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1972

02/27/2025

PAY TO THE
ORDER OF    Sweet's Paint

$ **4,055.79

DOLLARS

Four thousand fifty-five and 79/100

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO

PO 100-3648 - Tooling Quevedo Engines-Materials

AUTHORIZED SIGNATURE



| 186.1 | 7917 | 03/04/2025 | D | $18,544.29 | 8742 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1969

02/27/2025

PAY TO THE ORDER OF  ELWOOD STAFFING SERVICES INC

$ **18,544.29

Eighteen thousand five hundred forty-four and 29/100**

DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

AUTHORIZED SIGNATURE

MEMO

Payroll 02032025-02162025

⑈001969⑈ ⑆063104668⑆ 0354557917⑈

Seq: 71
Dep: 010963
Date: 03/04/25

| 187.1 | 7917 | 03/04/2025 | D | $62,555.56 | 7953 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1971

02/27/2025

PAY TO THE ORDER OF  Worker Bee's Staffing

$ **62,555.56

Sixty-two thousand five hundred fifty-five and 56/100**

DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

AUTHORIZED SIGNATURE

MEMO

Payroll 01272025-02092025



| 188.1 | 7917 | 03/06/2025 | D | $25,000.00 | 4444 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1991

PAY TO THE ORDER OF   Beasley & Bryant CPA's

03/05/2025

$ **25,000.00

Twenty-five thousand and 00/100

DOLLARS

Beasley & Bryant CPA's
4940 Southfork Dr.
Lakeland, Florida 33813

MEMO    INVOICE 51843 ID 39047

AUTHORIZED SIGNATURE

| 189.1 | 7917 | 03/07/2025 | D | $2,714.59 | 0091 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1984

PAY TO THE ORDER OF   Stidham's Rentals Inc

03/04/2025

$ **2,714.59

Two thousand seven hundred fourteen and 59/100

DOLLARS

Stidham's Rentals Inc
2530 State Road 60 West
Lake Wales, Florida 33859

MEMO    Job Site 79023 - Account #7509

AUTHORIZED SIGNATURE



| 190.1 | 7917 | 03/07/2025 | D | | $342.45 | 1030 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1983

03/04/2025

PAY TO THE
ORDER OF    Press Express

$ **342.45

Three hundred forty-two and 45/100

DOLLARS

Press Express
PO Box 1012
Mulberry, FL  33860 USA

MEMO

AUTHORIZED SIGNATURE

⑈001983⑈ ⑆063104668⑆ 0354557917⑈

TRN_DEBIT TAC4753   342.45
South Lakeland

| 191.1 | 7917 | 03/07/2025 | D | | $648.89 | 3930 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1978

03/04/2025

PAY TO THE
ORDER OF    Boring Business Systems, Inc.

$ **648.89

Six hundred forty-eight and 89/100

DOLLARS

Boring Business Systems, Inc.
P.O. BOX 743
LAKELAND, FL  33803-0743

MEMO

AUTHORIZED SIGNATURE

Invoice 852332 Acct #PROGENIND

ExpressDeposit



| 192.1 | 7917 | 03/07/2025 | D | $175.00 | 3933 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1977

03/04/2025

PAY TO THE
ORDER OF
Averett Septic Tanks

$ **175.00

One hundred seventy-five and 00/100**************************************************

DOLLARS

Averett Septic Tanks
PO BOX 266
EATON PARK, FL 33840

AUTHORIZED SIGNATURE

MEMO

Invoice i265429 Work Order 266158 - Brooks St

ExpressDeposit >

FOR DEPOSIT ONLY
Averett Septic Tank Co Inc Opera

| 193.1 | 7917 | 03/10/2025 | D | $3,177.90 | 9864 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1982

03/04/2025

PAY TO THE
ORDER OF
Kronos SaaShr, Inc

$ **3,177.90

Three thousand one hundred seventy-seven and 90/100***********************************

DOLLARS

Kronos SaaShr, Inc
PO Box 744724
Atlanta, GA 30374-4724 US

AUTHORIZED SIGNATURE

MEMO

Contract 00455813 & 00445375 Acct#6191843

>011000138<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA



| 194.1 | 917 | 03/10/2025 | D | $10.41 | 4100109865 |

| 195.1 | 7917 | 03/10/2025 | D | $1,386.66 | 0890 |

| 196.1 | 7917 | 03/10/2025 | D | $41.28 | 5371 |

1979

**PROGEN**
**ENERGY SIMPLIFIED**

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

03/04/2025

PAY TO THE ORDER OF

City of Ormond Beach

$ **41.28

DOLLARS

Forty-one and 28/100***

City of Ormond Beach
P.O. BOX 217
ORMOND BEACH, FL 32175-0217

MEMO

Customer # 603890

PAY TO THE ORDER OF
THE CITY OF ORMOND BEACH
FOR DEPOSIT ONLY
OPERATING ACCOUNT

CHECK HERE FOR
NAME OF FINANCIAL INSTITUTION
DATE

| 197.1 | 7917 | 03/10/2025 | D | $4,430.56 | 9593 |

1981

**PROGEN**
**ENERGY SIMPLIFIED**

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

03/04/2025

PAY TO THE ORDER OF

IPFS Corporation-Policy FLS261765

$ **4,430.56

DOLLARS

Four thousand four hundred thirty and 56/100***

IPFS Corporation-Policy FLS261765
PO Box 730223
Dallas, TX 75373-0223 US

MEMO

Payment 2 - FLS-261765 - My Box - 600 Prairie Ind

JPMORGANCHASE BK NA

CHECK HERE FOR
NAME OF FINANCIAL INSTITUTION
DO NOT WRITE STAMP
RESERVED FOR
OR TO NMD
PAYEE ALL RTS RSVD
DEPOSIT ONLY
DATE



| 198.1 | 7917 | 03/10/2025 | D | $1,020.50 | 2234 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1976

03/03/2025

PAY TO THE ORDER OF
Mazzella Lifting Technologies Inc

$ **1,020.50

One thousand twenty and 50/100

DOLLARS

Mazzella Lifting Technologies Inc
PO Box 74268
Cleveland, OH 44194-0002 US

AUTHORIZED SIGNATURE

MEMO
Invoice IN61-133917 SO#61-06719

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION

| 199.1 | 7917 | 03/10/2025 | D | $5,162.50 | 2367 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1965

02/21/2025

PAY TO THE ORDER OF
Clark Campbell Lancaster Workman & Airth PA

$ **5,162.50

Five thousand one hundred sixty-two and 50/100

DOLLARS

Clark Campbell Lancaster Workman & Airth PA
500 South Florida Ave, Suite 800
Lakeland, FL 33801 US

AUTHORIZED SIGNATURE

MEMO
File #: 21-0320 - Invoice 127566

TranDt=03/10/25 StartTm= 2:57:10 PM
Br=600-TrID=1004
Inst=INST-RtNum=
ItemNum=

TranDt=03/10/25 StartTm= 2:57:10 PM
Br=600 TrID=1004

For Deposit Only
Clark, Campbell &



| 200.1 | ▮7917 | 03/10/2025 | D | $766.81 | ▮992 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1985

03/04/2025

PAY TO THE ORDER OF    City of Mulberry

$ **766.81

Seven hundred sixty-six and 81/100

DOLLARS

City of Mulberry 1
PO Box 707
Mulberry, Florida 33860

AUTHORIZED SIGNATURE

MEMO

11592

| 201.1 | ▮7917 | 03/11/2025 | D | $59.72 | ▮0847 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1980

03/04/2025

PAY TO THE ORDER OF    FPL Energy Services

$ **59 72

Fifty-nine and 72/100

DOLLARS

FPL Energy Services
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001 US

AUTHORIZED SIGNATURE

MEMO

Account # 17468-27417

FA00025 Claudia O. 03/11/2025 00240204 0045

| 202.1 | ▮7917 | 03/13/2025 | D | $4,868.75 | ▮7609 |
|---|---|---|---|---|---|



| 203.1 | ▮7917 | 03/13/2025 | D | $18,500.00 | ▮1705 |
|---|---|---|---|---|---|



| 204.1 | 7917 | 03/17/2025 | D | $12,000.00 | 4962 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2005

03/14/2025

PAY TO THE ORDER OF    Sounthone Ouppasene

$ **12,000.00

Twelve thousand and 00/100

DOLLARS

Sounthone Ouppasene
1253 Spinnaker Dr
Lakeland, FL 33805

AUTHORIZED SIGNATURE

MEMO

Remuneration

| 205.1 | 7917 | 03/17/2025 | D | $4,230.70 | 6651 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2001

03/13/2025

PAY TO THE ORDER OF    VALEN DRYWALL LLC

$ **4,230.70

Four thousand two hundred thirty and 70/100

DOLLARS

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL 34744 USA

AUTHORIZED SIGNATURE

MEMO

Payroll Period 02242025 thru 03092025

For Deposit Only - JPMC



| 206.1 | 7917 | 03/17/2025 | D | $5,120.43 | 3424 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2004

03/14/2025

PAY TO THE ORDER OF
Jay B Estes

$ **5,120.43

Five thousand one hundred twenty and 43/100********

DOLLARS

Jay B Estes
36 Valhalla Avenue
Ormond Beach, FL 32176 US

MEMO

AUTHORIZED SIGNATURE

Expense Report 02-28-2025 : 1702.98/3417.45

| 207.1 | 7917 | 03/17/2025 | D | $3,927.00 | 6143 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

1994

03/11/2025

PAY TO THE ORDER OF
Bayport Valve & Fitting, Inc.

$ **3,927.00

Three thousand nine hundred twenty-seven and 00/100********

DOLLARS

Bayport Valve & Fitting, Inc.
PO Box 315
Mulberry, Florida 33860

MEMO

AUTHORIZED SIGNATURE

PO 100-3820 - Order # 1380478

03/17/2025 ELECTRONICALLY CAPTURED

For Deposit Only
Axiom Bank NA
Bay Port Valve & Fitting Inc

111



| 208.1 | ▮7917 | 03/17/2025 | D | $88,368.22 | ▮6425 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2002

03/13/2025

PAY TO THE ORDER OF    Worker Bee's Staffing

$ **88,368.22

Eighty-eight thousand three hundred sixty-eight and 22/100*****************************    DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

MEMO

AUTHORIZED SIGNATURE

Payroll Period 02102025 thru 02232024

⑈002002⑈ ⑆063104668⑆ 0354557917⑈

| 209.1 | ▮7917 | 03/17/2025 | D | $24,833.30 | ▮6426 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2000

03/13/2025

PAY TO THE ORDER OF    Mobile Staffing

$ **24,833.30

Twenty-four thousand eight hundred thirty-three and 30/100*****************************    DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL 33802 USA

MEMO

AUTHORIZED SIGNATURE

Payroll Period 02172025 thru 03022025



| 210.1 | 7917 | 03/18/2025 | D | $185,470.83 | 3896 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1987

03/05/2025

PAY TO THE
ORDER OF
United States Department of Treasury

$ **185,470.83
DOLLARS

One hundred eighty-five thousand four hundred seventy and 83/100***

United States Department of Treasury
PO Box 804521
Cincinnati, OH 45280-4521 USA

MEMO

AUTHORIZED SIGNATURE

EIN 815321085 Progen LLC - QTR 4 Federal Tax Re *(Form 941 - 2022 T.Y.)*

| 211.1 | 7917 | 03/18/2025 | D | $291,575.08 | 3897 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1988

03/05/2025

PAY TO THE
ORDER OF
United States Department of Treasury

$ **291,575 08
DOLLARS

Two hundred ninety-one thousand five hundred seventy-five and 08/100***

United States Department of Treasury
PO Box 804521
Cincinnati, OH 45280-4521 USA

MEMO

AUTHORIZED SIGNATURE

EIN 815321085 Progen LLC - QTR 3 Federal Tax Re *(Form 941 - 2022 T.Y.)*



| 212.1 | ▓ 7917 | 03/18/2025 | D | $329,314.16 | ▓ 3898 |

| 213.1 | ▓ 7917 | 03/18/2025 | D | $211,262.52 | ▓ 3899 |



| 214.1 | ▮ 7917 | 03/18/2025 | D | $4,069.07 | ▮ 3900 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1986

03/05/2025

PAY TO THE ORDER OF   United States Department of Treasury

$ **4,069.07

Four thousand sixty-nine and 07/100***************************************    DOLLARS

United States Department of Treasury
PO Box 804521
Cincinnati, OH 45280-4521 USA

AUTHORIZED SIGNATURE

MEMO

EIN 815321085 Progen LLC - Form 940 - 2022 Tax Year

| 215.1 | ▮ 7917 | 03/19/2025 | D | $2,754.78 | ▮ 2851 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1998

03/13/2025

PAY TO THE ORDER OF   Sweet's Paint

$ **2,754.78

Two thousand seven hundred fifty-four and 78/100***************************************    DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

AUTHORIZED SIGNATURE

MEMO

PO 100-3855 - Materials needed for 2855 Brooks

| 216.1 | 7917 | 03/19/2025 | D | $2,329.00 | 2852 |



| 217.1 | 7917 | 03/19/2025 | D | $2,900.00 | 9338 |



| 218.1 | ▉7917 | 03/20/2025 | D | $42,063.80 | ▉6358 |

PROGEN ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AvE
Mulberry, FL 33860

REGIONS
63-466/631

1999

03/13/2025

PAY TO THE ORDER OF

ELWOOD STAFFING SERVICES INC

$ **42,063.80

Forty-two thousand sixty-three and 80/100************************

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

AUTHORIZED SIGNATURE

MEMO

Payroll Periods 02172025 thru 03022025

Seq: 16
Dep: 011001
Date: 03/20/25

| 219.1 | ▉7917 | 03/21/2025 | D | $682.73 | ▉0490 |

PROGEN ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1997

03/12/2025

PAY TO THE ORDER OF

U.S. Department of the Treasury

$ **682.73

Six hundred eighty-two and 73/100************************

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO 63197-9000 US

AUTHORIZED SIGNATURE

MEMO

Tracking WG2679866 - Jakapon Bennett

117



| 220.1 | ▮7917 | 03/24/2025 | D | $2,012.31 | ▮0426 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2018

03/20/2025

PAY TO THE
ORDER OF    RIVERHAWK INDUSTRIAL SUPPLY

$ **2,012.31

DOLLARS

Two thousand twelve and 31/100***

RIVERHAWK INDUSTRIAL SUPPLY
465 FIFE ROAD
MULBERRY, FL  33860

AUTHORIZED SIGNATURE

MEMO

0002974

| 221.1 | ▮7917 | 03/24/2025 | D | $1,547.49 | ▮8944 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2006

03/18/2025

PAY TO THE
ORDER OF    Averett Septic Tanks

$ **1,547.49

DOLLARS

One thousand five hundred forty-seven and 49/100***

Averett Septic Tanks
PO BOX 266
EATON PARK, FL  33840

AUTHORIZED SIGNATURE

MEMO

Invoice I267980 - 520 Pumps

ExpressDeposit

| 223.1 | 7917 | 03/24/2025 | D | $6,073.32 | 0591 |



| 223.1 | 7917 | 03/26/2025 | D | $3,400.00 | 7426 |



| 224.1 | 7917 | 03/26/2025 | D | $886.00 | 3036 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2009

03/20/2025

PAY TO THE ORDER OF    Averett Septic Tanks

$ **886.00

Eight hundred eighty-six and 00/100

DOLLARS

Averett Septic Tanks
PO BOX 268
EATON PARK, FL 33840

MEMO    Invoice i267630 – Work Order 268659

AUTHORIZED SIGNATURE

| 225.1 | 7917 | 03/26/2025 | D | $38,342.28 | 3038 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

1942

02/14/2025

PAY TO THE ORDER OF    Worker Bee's Staffing

$ **38,342.28

Thirty-eight thousand three hundred forty-two and 28/100

DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

MEMO

AUTHORIZED SIGNATURE

120



| 226.1 | 7917 | 03/27/2025 | D | $4,729.29 | 1274 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2017

03/24/2025

PAY TO THE ORDER OF     Florida Metalizing Service

$ ··4,729.29

DOLLARS

Four thousand seven hundred twenty-nine and 29/100··········

Florida Metalizing Service
P.O. BOX 585
Mulberry, FL  33860

AUTHORIZED SIGNATURE

MEMO

PO 100-3969

| 227.1 | 7917 | 03/27/2025 | D | $436.80 | 7692 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2015

03/20/2025

PAY TO THE ORDER OF     Vecchio, Carrier, Feldman & Johannessen, P.A.

$ ··436.80

DOLLARS

Four hundred thirty-six and 80/100··········

Vecchio, Carrier, Feldman & Johannessen, P.A.
3308 Cleveland Heights Blvd
Lakeland, FL  33803 USA

AUTHORIZED SIGNATURE

MEMO



228.1 | 7917 | 03/27/2025 | D | $8,000.00 | 0353

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2028

03/26/2025

PAY TO THE ORDER OF   Aguilera Concrete    $ **8,000.00

Eight thousand and 00/100**********    DOLLARS

Aguilera Concrete
121 Stoody Avenue
Auburndale, FL 33823 US

MEMO

AUTHORIZED SIGNATURE

BOFD RTN
3/27/2025,15:13:59
54821
DGARC24

229.1 | 7917 | 03/28/2025 | D | $1,774.00 | 1571

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2032

03/28/2025

PAY TO THE ORDER OF   Diana DeArmas    $ **1,774.00

One thousand seven hundred seventy-four and 00/100**********    DOLLARS

Diana DeArmas
6292 Dolostone Drive
Lakeland, FL 33811 US

MEMO   Payroll 03102025-03232025

AUTHORIZED SIGNATURE

FOR DEPOSIT ONLY
2870 - 55135
TELLER ID: 2870 | BATCH ID:55135
DATE: 3/28/2025

122



| 230.1 | ▇ 7917 | 03/31/2025 | D | $116.07 | ▇ 8676 |
|---|---|---|---|---|---|

2013

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

03/20/2025

PAY TO THE ORDER OF     PowerRail Distribution Inc.

$ **116.07

One hundred sixteen and 07/100

DOLLARS

PowerRail Distribution Inc.
PowerRail Distribution Inc.
182 Susquehanna Ave
Exeter, PA 18643 US

MEMO

AUTHORIZED SIGNATURE

For Deposit Only - JPMC

| 231.1 | ▇ 7917 | 03/31/2025 | D | $1,935.22 | ▇ 2007 |
|---|---|---|---|---|---|

2019

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

03/21/2025

PAY TO THE ORDER OF     Mazzella Lifting Technologies Inc

$ **1,935.22

One thousand nine hundred thirty-five and 22/100

DOLLARS

Mazzella Lifting Technologies Inc
PO Box 74268
Cleveland, OH 44194-0002 US

MEMO

Order SO61-08448 - PO 100-3285

AUTHORIZED SIGNATURE

CREDIT TO DDA BILLING ACCOUNT
ABSENT ENDORSEMENT GUARANTEED
KEYBANK LB NATIONAL ASSOCIATION
LB ▇

123



| 232.1 | 7917 | 03/31/2025 | D | $4,230.70 | 0238 |

2026

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

03/27/2025

PAY TO THE ORDER OF   VALEN DRYWALL LLC

$ **4,230.70

Four thousand two hundred thirty and 70/100************************************************************   DOLLARS

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL 34744 USA

MEMO
Payroll 03102025-03232025

For Deposit Only - JPMC

| 233.1 | 7917 | 03/31/2025 | D | $3,332.84 | 7353 |

2011

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33850

REGIONS
63-466/631

03/20/2025

PAY TO THE ORDER OF   Equipment Share

$ **3,332.84

Three thousand three hundred thirty-two and 84/100**********************************************   DOLLARS

Equipment Share
PO Box 650429
Dallas, TX 75265-0429 US

MEMO

FOR DEPOSIT TO THE WITHIN >510000008<
NAMED PAYEE P.E.G.  CAPITAL ONEN.A

CAPITAL ONE, NA
RICHMOND, VA 082 23
Deposit

124



| 234.1 | 7917 | 03/31/2025 | D | $461.00 | 2952 |

| 235.1 | 7917 | 04/01/2025 | D | $3,000.00 | 4475 |



| 236.1 | 7917 | 04/01/2025 | D | $583.10 | 2012 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
53-466/631

2025
03/28/2025

PAY TO THE ORDER OF    U.S. Department of the Treasury          $ **583.10

Five hundred eighty-three and 10/100***                                          DOLLARS

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO  63197-9000 US

MEMO
Tracking WG2679866 - Jakapop Bennett

AUTHORIZED SIGNATURE

| 237.1 | 7917 | 04/01/2025 | D | $39,728.92 | 3847 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
53-466/631

2023
03/28/2025

PAY TO THE ORDER OF    Mobile Staffing          $ **39,728.92

Thirty-nine thousand seven hundred twenty-eight and 92/100***                    DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL  33802 USA

MEMO
Payroll 03032025-03162025

AUTHORIZED SIGNATURE

ExpressDeposit



| 238.1 | 7917 | 04/01/2025 | D | $76,700.16 | 3848 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2024

03/28/2025

PAY TO THE ORDER OF   Worker Bee's Staffing       $ **76,700.16

Seventy-six thousand seven hundred and 16/100************************************       DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

MEMO   Payroll 02242025-03092025

| 239.1 | 7917 | 04/02/2025 | D | $5,201.93 | 3031 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2020

03/26/2025

PAY TO THE ORDER OF   Sweet's Paint       $ **5,201.93

Five thousand two hundred one and 93/100************************************       DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO   PO 100-4012- Paint Q14-18- PO100-4011 Finish Co

127



| 240.1 | 7917 | 04/02/2025 | D | $14,645.00 | 1534 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2036

04/02/2025

PAY TO THE ORDER OF     Family Fence Co

$ **14,645.00

Fourteen thousand six hundred forty-five and 00/100***************************************     DOLLARS

Family Fence Co
625 N Prairie Industrial Parkway
Mulberry, FL 33860 US

MEMO     Installation of Commercial Fence -600 Location

AUTHORIZED SIGNATURE

| 241.1 | 7917 | 04/03/2025 | D | $6,377.41 | 4633 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2048

04/02/2025

PAY TO THE ORDER OF     RIVERHAWK INDUSTRIAL SUPPLY

$ **6,377 41

Six thousand three hundred seventy-seven and 41/100****************************************     DOLLARS

RIVERHAWK INDUSTRIAL SUPPLY
465 FIFE ROAD
MULBERRY, FL 33860

MEMO

AUTHORIZED SIGNATURE

128



| 242.1 | ▓▓ 7917 | 04/03/2025 | D | $10,528.00 | ▓▓ 8713 |

2037

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/02/2025

PAY TO THE ORDER OF   Aguilera Concrete                                    $ **10,528.00

Ten thousand five hundred twenty-eight and 00/100•••••••••••••••••••••••••••••••••••••••   DOLLARS

Aguilera Concrete
121 Stoody Avenue
Auburndale, FL 33823 US

MEMO   Final Payment INV#JW0325100

AUTHORIZED SIGNATURE

BOFD RTN
4/3/2025,17:31:21
63062
JTIPP24
TMID

| 243.1 | ▓▓ 7917 | 04/04/2025 | D | $2,000.00 | ▓▓ 0582 |

2053

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/04/2025

PAY TO THE ORDER OF   Luis Enrique Feliciano Rodriguez                       $ **2,000.00

Two thousand and 00/100•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••   DOLLARS

Luis Enrique Feliciano Rodriguez
2619 Gulfview Street
Lakeland, FL 33801 US

MEMO   Payment for Release of Liability Claim

AUTHORIZED SIGNATURE

For Deposit Only
4936

129



| 244.1 | 7917 | 04/04/2025 | D | $510.00 | 1399 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2014

03/20/2025

PAY TO THE ORDER OF   SUNSHINE URGENT CARE, LLC

$ **510.00

Five hundred ten and 00/100

DOLLARS

SUNSHINE URGENT CARE, LLC
3305 US HWY 98 S
LAKELAND, FL 33803

MEMO   Past Due on Account

AUTHORIZED SIGNATURE

| 245.1 | 7917 | 04/07/2025 | D | $49,781.32 | 0420 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2027

03/28/2025

PAY TO THE ORDER OF   ELWOOD STAFFING SERVICES INC

$ **49,781.32

Forty-nine thousand seven hundred eighty-one and 32/100

DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO   Payroll 03032025-03162025

AUTHORIZED SIGNATURE

Seq: 75
Dep: 011043
Date: 04/07/25

| 246.1 | 7917 | 04/08/2025 | D | $973.96 | 6670 |



| 247.1 | 7917 | 04/08/2025 | D | $360.00 | 00061 |

| 248.1 | 7917 | 04/08/2025 | D | $4,897.42 | 0062 |





| 249.1 | 7917 | 04/08/2025 | D | $3,135.17 | 9289 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2039

04/02/2025

$ **3,135.17

PAY TO THE ORDER OF    Brand Recycling Inc

Three thousand one hundred thirty-five and 17/100

DOLLARS

Brand Recycling Inc
405 E. Alabama St
Plant City, FL 33563 US

AUTHORIZED SIGNATURE

MEMO    Invoice TRASHPU Period 12/4 /24 thru 2/6/25

| 250.1 | 7917 | 04/08/2025 | D | $140.00 | 9983 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2040

04/02/2025

$ **140.00

PAY TO THE ORDER OF    Brothers Pallets Inc

One hundred forty and 00/100

DOLLARS

Brothers Pallets Inc
PO Box 689
Eaton Park, FL 33840 US

AUTHORIZED SIGNATURE

MEMO    Invoice 20415

133



| 251.1 | 7917 | 04/09/2025 | D | $1,050.00 | 3724 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2045

04/02/2025

PAY TO THE
ORDER OF   Lakeland Regional Health

$ **1,050.00

One thousand fifty and 00/100**

DOLLARS

Lakeland Regional Health
PO Box 102101
Atlanta, GA 30368-2102 US

AUTHORIZED SIGNATURE

MEMO
Account # 0297

| 252.1 | 7917 | 04/09/2025 | D | $16,200.64 | 0003 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2043

04/02/2025

PAY TO THE
ORDER OF   H&E Equipment Services

$ **16,200.64

Sixteen thousand two hundred and 64/100**

DOLLARS

H&E Equipment Services
PO Box 849850
Dallas, TX 75284-9850 USA

AUTHORIZED SIGNATURE

MEMO
Customer # 1384433



| 253.1 | 7917 | 04/09/2025 | D | $28,244.00 | 4414 |

PROGEN ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2044

04/02/2025

PAY TO THE ORDER OF     Holland & Knight LLP

$ **28,244.00

Twenty-eight thousand two hundred forty-four and 00/100**************************************************    DOLLARS

Holland & Knight LLP
PO Box 936937
Atlanta, GA 31193-6937 US

MEMO     Invoice 33561308 Matter 234224.00001

AUTHORIZED SIGNATURE

| 254.1 | 7917 | 04/09/2025 | D | $5,955.00 | 2868 |

PROGEN ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2057

04/08/2025

PAY TO THE ORDER OF     Family Fence Co

$ **5,955.00

Five thousand nine hundred fifty-five and 00/100*******************************************************    DOLLARS

Family Fence Co
625 N Prairie Industrial Parkway
Mulberry, FL 33860 US

MEMO     Requoted PO100-4085 Installation Fence

AUTHORIZED SIGNATURE

135



| 255.1 | 7917 | 04/10/2025 | D | $3,149.62 | 5525 |

2046

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/02/2025

PAY TO THE
ORDER OF    PowerRail Distribution Inc          $ **3,149.62

Three thousand one hundred forty-nine and 62/100**********************************************************    DOLLARS

PowerRail Distribution Inc.
PowerRail Distribution Inc.
182 Susquehanna Ave
Exeter, PA  18643 US

AUTHORIZED SIGNATURE

MEMO
Customer #2352

⑈002046⑈ ⑆063104668⑆ 0354557917⑈

| 256.1 | 7917 | 04/10/2025 | D | $321.26 | 2195 |

2049

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/02/2025

PAY TO THE
ORDER OF    SOUTHEASTERN PAPER GROUP          $ **321.26

Three hundred twenty-one and 26/100*************************************************************    DOLLARS

SOUTHEASTERN PAPER GROUP
PO Box 748474
Atlanta, GA  30374-8474 USA

AUTHORIZED SIGNATURE

MEMO
Customer # 437124 01

>011000138<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA



| 257.1 | 7917 | 04/11/2025 | D | $2,714.59 | 4970 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2050

04/02/2025

PAY TO THE ORDER OF    Stidham's Rentals Inc

$ **2,714.59

Two thousand seven hundred fourteen and 59/100**************************************************    DOLLARS

Stidham's Rentals Inc
2530 State Road 60 West
Lake Wales, Florida 33859

AUTHORIZED SIGNATURE

MEMO    Customer #7509 Invoice 319128

| 258.1 | 7917 | 04/11/2025 | D | $26.75 | 9357 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2047

04/02/2025

PAY TO THE ORDER OF    Press Express

$ **26.75

Twenty-six and 75/100***************************************************    DOLLARS

Press Express
PO Box 1012
Mulberry, FL 33860 USA

AUTHORIZED SIGNATURE

MEMO    Invoice # 2025-262

TRN_DEBIT GREYES 26.75
South Lakeland

FOR DEPOSIT ONLY
PRESS EXPRESS OF POLK COUNTY, INC
ACCT. #        3120



| 259.1 | 7917 | 04/11/2025 | D | $53.50 | 2902 |

**PROGEN**
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2052

04/02/2025

PAY TO THE ORDER OF    Eco-Pest & Termite Solutions

$ **53.50

Fifty-three and 50/100**················································································

DOLLARS

Eco-Pest & Termite Solutions
13194 US Hwy 301 #434
Riverview, FL 33578 US

MEMO
Account JK1027 Invoice 8691

AUTHORIZED SIGNATURE

Seq:  4
Dep:  000243
Date: 04/11/25

| 260.1 | 7917 | 04/11/2025 | D | $8,629.89 | 4220 |

**PROGEN**
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2051

04/02/2025

PAY TO THE ORDER OF    ULINE

$ **8,629.89

Eight thousand six hundred twenty-nine and 89/100**···········································

DOLLARS

ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL  60680-1741 US

MEMO
Customer # 26570432

AUTHORIZED SIGNATURE

CP TO ACCT OF PAYEE ABSNCE OF ENDRS GTD
WELLS FARGO



| 261.1 | 7917 | 04/11/2025 | D | $25,000.00 | 2026 |

| 262.1 | 7917 | 04/14/2025 | D | $4,230.70 | 6410 |



| 263.1 | 7917 | 04/14/2025 | D | $4,400.00 | 2971 |
|---|---|---|---|---|---|

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2063
04/10/2025

PAY TO THE
ORDER OF    E&L lawn care

$ **4,400.00

Four thousand four hundred and 00/100********    DOLLARS

E&L lawn care
5232 Krenson Woods Way
Lakeland, FL 33813 USA

AUTHORIZED SIGNATURE

MEMO    Lawn Maintenance and Quote 38

| 264.1 | 7917 | 04/14/2025 | D | $35,329.38 | 5267 |
|---|---|---|---|---|---|

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2041
04/02/2025

PAY TO THE
ORDER OF    Equipment Share

$ **35,329.38

Thirty-five thousand three hundred twenty-nine and 38/100********    DOLLARS

Equipment Share
PO Box 650429
Dallas, TX 75265-0429 US

AUTHORIZED SIGNATURE

MEMO

FOR DEPOSIT TO THE WITHIN
NAMED PAYEE P E G    CAPITAL ONEN A

CAPITAL ONE, NA
RICHMOND, VA 105 23
Deposit



| 265.1 | ▮7917 | 04/14/2025 | D | $3,500.00 | ▮7981 |
|---|---|---|---|---|---|

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2029

03/26/2025

PAY TO THE ORDER OF   Dr garage door

$ **3,500.00

Three thousand five hundred and 00/100 **************** DOLLARS

Dr garage door
8663 Nicole Wood Ct
Orlando, FL 33836 USA

MEMO

AUTHORIZED SIGNATURE

For Deposit Only - JPMC

| 266.1 | ▮7917 | 04/14/2025 | D | $26,161.04 | ▮6683 |
|---|---|---|---|---|---|

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2059

04/09/2025

PAY TO THE ORDER OF   Mobile Staffing

$ **26,161.04

Twenty-six thousand one hundred sixty-one and 04/100 ************************** DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL 33802 USA

MEMO   Payroll Period 03172025-03302025

AUTHORIZED SIGNATURE

ExpressDepos

FOR DEPOSIT ONLY
MSS Florida LLC

141



| 267.1 | 7917 | 04/14/2025 | D | $175.00 | 6685 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2066

04/11/2025

PAY TO THE ORDER OF     Averett Septic Tanks

$ **175.00

One hundred seventy-five and 00/100**********

DOLLARS

Averett Septic Tanks
PO BOX 266
EATON PARK, FL 33840

AUTHORIZED SIGNATURE

MEMO     1360584

| 268.1 | 7917 | 04/15/2025 | D | $271.00 | 8135 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2077

04/11/2025

PAY TO THE ORDER OF     Vecchio, Carrier, Feldman & Johannessen, P.A.

$ **271.00

Two hundred seventy-one and 00/100**********

DOLLARS

Vecchio, Carrier, Feldman & Johannessen, P.A.
3308 Cleveland Heights Blvd
Lakeland, FL 33803 USA

AUTHORIZED SIGNATURE

MEMO     Account # 1641M Statement # 1741723

142



| 269.1 | 7917 | 04/15/2025 | D | $3,260.46 | 8140 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE.
Mulberry, FL 33860

REGIONS
63-466/631

2054

04/04/2025

PAY TO THE ORDER OF     Sweet's Paint                                                   $ **3,260.46

Three thousand two hundred sixty and 46/100**************************************************     DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida  33880
USA

MEMO     Paint Materials for Q15-18

AUTHORIZED SIGNATURE

| 270.1 | 7917 | 04/15/2025 | D | $3,269.35 | 8221 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE.
Mulberry, FL 33860

REGIONS
63-466/631

2055

04/07/2025

PAY TO THE ORDER OF     Sweet's Paint                                                   $ **3,269.35

Three thousand two hundred sixty-nine and 35/100**************************************************     DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida  33880
USA

MEMO     Paint Materials for 2855 PO100-4156

AUTHORIZED SIGNATURE

143



| 271.1 | ▮ 7917 | 04/15/2025 | D | | $3,978.32 | ▮ 8222 |

**2034**

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

03/31/2025

PAY TO THE ORDER OF    Sweet's Paint

$ **3,978.32

Three thousand nine hundred seventy-eight and 32/100************************************************    DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO

$1046.16 - $2932.16

AUTHORIZED SIGNATURE

⑈00 2034⑈ ⑈063104668⑈ 0354557917⑈

| 272.1 | ▮ 7917 | 04/15/2025 | D | | $459.58 | ▮ 8275 |

**2068**

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/11/2025

PAY TO THE ORDER OF    City of Mulberry

$ **459.58

Four hundred fifty-nine and 58/100****************************************************    DOLLARS

City of Mulberry
PO Box 707
Mulberry, Florida 33860

MEMO

Account #11592

AUTHORIZED SIGNATURE

>063103407< 20250415
CITIZENS BANK & TRUST
HIN:

**144**



| 273.1 | 7917 | 04/15/2025 | D | $67.43 | 8278 |

| 274.1 | 7917 | 04/16/2025 | D | $375.00 | 2919 |





| 277.1 | 7917 | 04/16/2025 | D | $638.22 | 4673 |

2062

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/09/2025

PAY TO THE ORDER OF    U.S. Department of the Treasury

$ **638.22

Six hundred thirty-eight and 22/100************************************************************************************************    DOLLARS

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO  63197-9000 US

MEMO
Tracking WG2679866 - Jakapop Bennett

AUTHORIZED SIGNATURE

| 278.1 | 7917 | 04/16/2025 | D | $3,033.12 | 1793 |

2079

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/15/2025

PAY TO THE ORDER OF    Sweet's Paint

$ **3,033.12

Three thousand thirty-three and 12/100***********************************************************************************    DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida  33880
USA

MEMO
Paint Materials for Q16-20 PO 100-4253

AUTHORIZED SIGNATURE





| 281.1 | 7917 | 04/16/2025 | D | $63,387.47 | 7482 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2061

04/09/2025

PAY TO THE ORDER OF  Worker Bee's Staffing                    $ **63,387.47

Sixty-three thousand three hundred eighty-seven and 47/100******************************************    DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL  33802

MEMO
Payroll Period 03102025-03232025

AUTHORIZED SIGNATURE

| 282.1 | 7917 | 04/17/2025 | D | $964.74 | 7371 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2073

04/11/2025

PAY TO THE ORDER OF  PowerRail Distribution Inc.              $ **964.74

Nine hundred sixty-four and 74/100**********************************************************    DOLLARS

PowerRail Distribution Inc.
182 Susquehanna Ave
Exeter, PA  18643 US

MEMO
Customer # 2352

AUTHORIZED SIGNATURE

149

| 283.1 | 7917 | 04/17/2025 | D | $318.05 | 3472 |





| 284.1 | 7917 | 04/17/2025 | D | $657.72 | 9395 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2016

03/20/2025

PAY TO THE ORDER OF YRC FREIGHT

$ **657.72

Six hundred fifty-seven and 72/100**

DOLLARS

YRC FREIGHT
10990 ROE AVE
OVERLAND PARK, KS 66211

MEMO

Freight Account LA7541172 Invoice 867-421013-1

| 285.1 | 7917 | 04/21/2025 | D | $730.52 | 5040 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2035

03/21/2025

PAY TO THE ORDER OF DHL Express USA Inc.

$ **730.52

Seven hundred thirty and 52/100**

DOLLARS

DHL Express USA Inc.
16592 Collections Center Dr.
Chicago, IL 60693

MEMO

>111000025<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA



| 286.1 | 7917 | 04/21/2025 | D | $3,902.25 | 1415 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2075

04/11/2025

PAY TO THE ORDER OF    N.T. Ruddock Company

$ **3,902.25

Three thousand nine hundred two and 25/100**************************************************    DOLLARS

N.T. Ruddock Company
PO Box 951199
Cleveland, OH  44193 US

MEMO
Account #    2352

AUTHORIZED SIGNATURE

| 287.1 | 7917 | 04/21/2025 | D | $864.55 | 6243 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2072

04/11/2025

PAY TO THE ORDER OF    McMaster-Carr

$ **864.55

Eight hundred sixty-four and 55/100************************************************    DOLLARS

McMaster-Carr
PO Box 7690
Chicago  IL  60680-7690

MEMO
Account #    9200

AUTHORIZED SIGNATURE

| 288.1 | 7917 | 04/21/2025 | D | $2,750.00 | 4993 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2078

04/11/2025

PAY TO THE ORDER OF   Zurich North America

$ **2,750.00

Two thousand seven hundred fifty and 00/100****************************************************************************   DOLLARS

Zurich North America
PO Box 4664
Carol Stream, IL 60197-4664
US

MEMO
Account# M021196730-001-00001

AUTHORIZED SIGNATURE

| 289.1 | 7917 | 04/23/2025 | D | $1,119.49 | 9170 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2090

04/21/2025

PAY TO THE ORDER OF   RIVERHAWK INDUSTRIAL SUPPLY

$ **1,119.49

One thousand one hundred nineteen and 49/100***************************************************************************   DOLLARS

RIVERHAWK INDUSTRIAL SUPPLY
465 FIFE ROAD
MULBERRY, FL 33860 US

MEMO

AUTHORIZED SIGNATURE

| 290.1 | ▌7917 | 04/25/2025 | D | $5,000.00 | ▌4874 |



| 291.1 | ▌7917 | 04/25/2025 | D | $4,380.00 | ▌5701 |



| 292.1 | 7917 | 04/28/2025 | D | $6.42 | 3298 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2087

04/21/2025

PAY TO THE ORDER OF   SOUTHEASTERN PAPER GROUP

$ **6.42

Six and 42/100************************************************************ DOLLARS

SOUTHEASTERN PAPER GROUP
PO Box 748474
Atlanta, GA 30374-8474 USA

AUTHORIZED SIGNATURE

MEMO
Customer #437124-01

| 293.1 | 7917 | 04/28/2025 | D | $1,988.00 | 4410 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2091

04/23/2025

PAY TO THE ORDER OF   Outlaw Duramax Diesel & Auto Repair

$ **1,988.00

One thousand nine hundred eighty-eight and 00/100************************************* DOLLARS

Outlaw Duramax Diesel & Auto Repair
1860 Industrial Park Road
Mulberry, FL 33860 US

AUTHORIZED SIGNATURE

MEMO
Repair Order 824 - Ford F450 2015

BOFD RTN
4/25/2025,09:07:13
32816
YSAUC22
TMID 6

155



| 294.1 | 7917 | 04/28/2025 | D | $3,686.02 | 1754 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2089

PROGEN
ENERGY SIMPLIFIED

04/21/2025

PAY TO THE
ORDER OF   Equipment Share                                    $ **3,686.02

Three thousand six hundred eighty-six and 02/100·········· **DOLLARS**

Equipment Share
PO Box 650429
Dallas, TX 75265-0429 US

AUTHORIZED SIGNATURE

MEMO
ACCOUNT # 132570

FOR DEPOSIT TO THE WITHIN
NAMED PAYEE P E G.   CAPITAL ONEN A

CAPITAL ONE, NA

RICHMOND, VA 098 23
Deposit

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION   AT
DATE

| 295.1 | 7917 | 04/28/2025 | D | $23,116.20 | 7439 |

2083

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

04/21/2025

PAY TO THE
ORDER OF   Joe G. Tedder, Tax Collector                       $ **23,116.20

Twenty-three thousand one hundred sixteen and 20/100··········· **DOLLARS**

Joe G. Tedder, Tax Collector
P.O. BOX 2016
BARTOW, FL 33831-2016

AUTHORIZED SIGNATURE

MEMO
Account #            3040

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION   AT
DATE
PAY TO THE ORDER OF
Polk County Tax Collector
FOR DEPOSIT ONLY



| 296.1 | ▮ 7917 | 04/28/2025 | D | $21,419.82 | ▮ 7440 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2084

04/21/2025

PAY TO THE ORDER OF    Joe G. Tedder, Tax Collector

$ **21,419.82

Twenty-one thousand four hundred nineteen and 82/100********************************************    DOLLARS

Joe G. Tedder, Tax Collector
P.O. BOX 2016
BARTOW, FL 33831-2016

AUTHORIZED SIGNATURE

MEMO
Account ▮ 0010

| 297.1 | ▮ 7917 | 04/28/2025 | D | $19,776.43 | ▮ 7705 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2099

04/24/2025

PAY TO THE ORDER OF    Mobile Staffing

$ **19,776.43

Nineteen thousand seven hundred seventy-six and 43/100********************************************    DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL 33802 USA

AUTHORIZED SIGNATURE

MEMO
Customer # 863

| 298.1 | 7917 | 04/28/2025 | D | $39,936.44 | 7706 |
|---|---|---|---|---|---|





| 299.1 | 7917 | 04/29/2025 | D | $5,070.39 | 4763 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

04/24/2025

PAY TO THE ORDER OF    Florida Forklift     $ **5,070.39

Five thousand seventy and 39/100                                        DOLLARS

Florida Forklift
PO Box 76054
Tampa, FL 33675

MEMO

CUST ID FC1227

04/29/2025 9_OCD

For Deposit Only

| 300.1 | 7917 | 04/29/2025 | D | $51,870.80 | 6176 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

04/24/2025

PAY TO THE ORDER OF    ELWOOD STAFFING SERVICES INC     $ **51,870.80

Fifty-one thousand eight hundred seventy and 80/100                    DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO

Customer # 323706

Seq: 23
Dep: 011092
Date: 04/29/25

For Deposit Only to
Elwood Staffing Services Inc



| 301.1 | ███ 7917 | 04/29/2025 | D | $1,657.30 | ███ 2016 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN** ENERGY SIMPLIFIED

**REGIONS** 63-466/631

2101

04/24/2025

PAY TO THE ORDER OF

RIVERHAWK INDUSTRIAL SUPPLY

$ **1,657.30

One thousand six hundred fifty-seven and 30/100***

DOLLARS

RIVERHAWK INDUSTRIAL SUPPLY
465 FIFE ROAD
MULBERRY, FL 33860 US

MEMO

AUTHORIZED SIGNATURE

Customer Account ██ 2974

| 302.1 | ███ 7917 | 04/30/2025 | D | $1,462.80 | ███ 4331 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN** ENERGY SIMPLIFIED

**REGIONS** 63-466/631

2098

04/24/2025

PAY TO THE ORDER OF

McMaster-Carr

$ **1,462.80

One thousand four hundred sixty-two and 80/100***

DOLLARS

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

MEMO

AUTHORIZED SIGNATURE

Account ██ 9200

160

| 303.1 | ▇7917 | 04/30/2025 | D | $8,707.03 | ▇5744 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33850

**REGIONS**
63-466/631

2081

04/21/2025

PAY TO THE
ORDER OF     Aggreko LLC

$ **8,707.03

Eight thousand seven hundred seven and 03/100······················································· DOLLARS

Aggreko LLC
PO Box 972562
Dallas, TX 75397-2562 US

MEMO

AUTHORIZED SIGNATURE

Customer # US00104767

JPMORGANCHASE BK NA
043025     >074909962<
▇▇2562
00724631     152

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
R TO NMD
ATEE ALL
RTS RSVD
0000008700156191

| 304.1 | ▇7917 | 04/30/2025 | D | $1,921.80 | ▇2919 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33850

**REGIONS**
63-466/631

2093

04/23/2025

PAY TO THE
ORDER OF     Sweet's Paint

$ **1,921.80
DOLLARS

One thousand nine hundred twenty-one and 80/100·····························································

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO

AUTHORIZED SIGNATURE

Paint Materials for Q19-20 PO100-4358





| 307.1 | ▮7917 | 04/30/2025 | D | $1,174.32 | ▮2922 |
|---|---|---|---|---|---|

| 308.1 | ▮7917 | 05/01/2025 | D | $5,585.44 | ▮2151 |
|---|---|---|---|---|---|



| 309.1 | 7917 | 05/01/2025 | D | $2,453.24 | 0307 |

**PROGEN** — ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS** 63-466/631

2102

04/29/2025

PAY TO THE ORDER OF Sweet's Paint

$ **2,453.24 DOLLARS

Two thousand four hundred fifty-three and 24/100

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO

Paint Materials for Q16-19 PO100-4438

| 310.1 | 7917 | 05/01/2025 | D | $1,147.57 | 0308 |

**PROGEN** — ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS** 63-466/631

2103

04/29/2025

PAY TO THE ORDER OF Sweet's Paint

$ **1,147.57 DOLLARS

One thousand one hundred forty-seven and 57/100

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

MEMO

Consumables for Q16-20 PO100-4441

| 311.1 | ▓▓ 7917 | 05/05/2025 | D | | $549.98 | ▓▓ 4700 |
|---|---|---|---|---|---|---|



| 312.1 | ▓▓ 7917 | 05/07/2025 | D | | $798.28 | ▓▓ 1014 |
|---|---|---|---|---|---|---|

| 313.1 | 7917 | 05/08/2025 | D | $5,770.48 | 8350 |





| 314.1 | 7917 | 05/09/2025 | D | $9,800.00 | 8215 |

| 315.1 | 7917 | 05/09/2025 | D | $2,428.92 | 0068 |



| 316.1 | ▮ 7917 | 05/12/2025 | D | $5,000.00 | ▮ 9047 |

| 317.1 | ▮ 7917 | 05/14/2025 | D | $1,425.00 | ▮ 8759 |



| 318.1 | 7917 | 05/14/2025 | D | $650.00 | 8760 |
| 319.1 | 7917 | 05/14/2025 | D | $597.44 | 2418 |

Check 318.1:

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2108

05/07/2025

PAY TO THE ORDER OF    AOK Transport

$ **650.00

Six hundred fifty and 00/100

DOLLARS

AOK Transport
2613 South Kingsway Rd
Seffner, FL 33584 US

MEMO

AUTHORIZED SIGNATURE

Customer Reference 3605

Check 319.1:

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2110

05/08/2025

PAY TO THE ORDER OF    U.S. Department of the Treasury

$ **597.44

Five hundred ninety-seven and 44/100

DOLLARS

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO 63197-9000 US

MEMO

AUTHORIZED SIGNATURE

Tracking WG2679886 - Jakanon Bennett

FRB CLEVELAND
> <
US Treas DG - ECP
05/14/2025



| 320.1 | 7917 | 05/15/2025 | D | $480.00 | 5387 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2120

05/15/2025

PAY TO THE ORDER OF   Zoraly Maldonado Alfonzo     $ **480.00

Four hundred eighty and 00/100***   DOLLARS

Zoraly Maldonado Alfonzo
4533 Highland Ln
Lakeland, FL  33813-1778 US

MEMO   Petty Cash for Totes

AUTHORIZED SIGNATURE

| 321.1 | 7917 | 05/15/2025 | D | $1,551.88 | 6317 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2116

05/13/2025

PAY TO THE ORDER OF   Shelmy Moragene     $ **1,551.88

One thousand five hundred fifty-one and 88/100***   DOLLARS

Shelmy Moragene
1623 Lemon Ave
Winter Haven, FL  33881 US

MEMO   Pay Period 04212025-05042025

AUTHORIZED SIGNATURE



| 322.1 | 7917 | 05/15/2025 | D | $6,129.97 | 5701 |

| 323.1 | 7917 | 05/15/2025 | D | $3,087.12 | 5702 |



| 324.1 | 7917 | 05/16/2025 | D | | $95,270.84 | | 7763 |

PROGEN — ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2113

05/12/2025

PAY TO THE ORDER OF  ELWOOD STAFFING SERVICES INC    $ **95,270.84

Ninety-five thousand two hundred seventy and 84/100**************************************  DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO  Customer #323706

AUTHORIZED SIGNATURE

Seq: 50
Dep: 011135
Date: 05/16/25

| 325.1 | 7917 | 05/19/2025 | D | | $124,179.32 | | 5796 |

PROGEN — ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2115

05/12/2025

PAY TO THE ORDER OF  Worker Bee's Staffing    $ **124,179.32

One hundred twenty-four thousand one hundred seventy-nine and 32/100***********************  DOLLARS

Worker Bee's Staffing
P.O. BOX 871
LAKELAND, FL 33802

MEMO  Customer PROGEN

AUTHORIZED SIGNATURE

172



| 326.1 | 7917 | 05/22/2025 | D | $950.00 | 8747 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2121

05/20/2025

PAY TO THE ORDER OF  Florida Metalizing Service    $  **950.00

Nine hundred fifty and 00/100**************************************    DOLLARS

Florida Metalizing Service
P.O. BOX 585
Mulberry, FL 33860

AUTHORIZED SIGNATURE

MEMO   Customer ID 1801

| 327.1 | 7917 | 05/22/2025 | D | $40,712.21 | 0854 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33850

**REGIONS**
63-466/631

2114

05/12/2025

PAY TO THE ORDER OF  Mobile Staffing    $  **40,712.21

Forty thousand seven hundred twelve and 21/100**********************************    DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL 33802 USA

AUTHORIZED SIGNATURE

MEMO   Customer #863



| 328.1 | 7917 | 05/22/2025 | D | $1,265.70 | 5995 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN** ENERGY SIMPLIFIED

**REGIONS** 63-466/631

2117

05/14/2025

PAY TO THE ORDER OF  Prevatte's Standard Fuel Oil LLC        $  **1,265.70

One thousand two hundred sixty-five and 70/100**************************************************        DOLLARS

Prevatte's Standard Fuel Oil LLC
690 S LB Brown Ave
Bartow, FL  33830 US

MEMO

Customer: ProGen LLC

⑈002117⑈ ⑆063104668⑆ 0354557917⑈

| 329.1 | 7917 | 05/27/2025 | D | $5,000.00 | 2171 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS** 63-466/631

2124

05/21/2025

PAY TO THE ORDER OF  VALEN DRYWALL LLC        $  **5,000.00

Five thousand and 00/100*******************************************************        DOLLARS

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL  34744 USA

MEMO

CUSTOMER ID JJ2024

For Deposit Only - JPMC



| 330.1 | 7917 | 05/27/2025 | D | $23,905.00 | 9951 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2123

05/21/2025

PAY TO THE ORDER OF  Mobile Staffing

$ **23,905.00

Twenty-three thousand nine hundred five and 00/100************************************************************    DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL  33802 USA

AUTHORIZED SIGNATURE

MEMO

Customer # 863

ExpressDeposit

FOR DEPOSIT ONLY
MSS Florida LLC

| 331.1 | 7917 | 05/27/2025 | D | $63,966.29 | 8611 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2122

05/21/2025

PAY TO THE ORDER OF  ELWOOD STAFFING SERVICES INC

$ **63,966.29

Sixty-three thousand nine hundred sixty-six and 29/100**********************************************************    DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN  47202-1024 USA

AUTHORIZED SIGNATURE

MEMO

Customer #323706

Seq: 43
Dep: 011160
Date: 05/27/25

For Deposit Only to
Elwood Staffing Services Inc
Concentration Account

175



| 332.1 | 7917 | 05/28/2025 | D | $475.00 | 4670 |

| 333.1 | 7917 | 05/28/2025 | D | $2,977.60 | 8465 |



| 334.1 | ▉ 7917 | 05/29/2025 | D | $76,984.25 | ▉ 4668 |

| 335.1 | ▉ 7917 | 05/30/2025 | D | $2,714.59 | ▉ 9519 |



| 335.2 | 7917 | 05/30/2025 | D | $2,714.59 | 9519 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2130

05/23/2025

PAY TO THE ORDER OF    Stidham's Rentals Inc

$ **2,714.59

Two thousand seven hundred fourteen and 59/100***

DOLLARS

Stidham's Rentals Inc
2530 State Road 60 West
Lake Wales, Florida 33859

MEMO
CUSTOMER # 7509

AUTHORIZED SIGNATURE

| 336.1 | 7917 | 06/03/2025 | D | $586.47 | 5559 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2131

05/23/2025

PAY TO THE ORDER OF    U.S. Department of the Treasury

$ **586.47

Five hundred eighty-six and 47/100***

DOLLARS

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO  63197-9000 US

MEMO
Tracking WG2679866 - Jakapop Bennett

AUTHORIZED SIGNATURE

FRB CLEVELAND
>            <
US Treas DG - ECP
06/03/2025



| 337.1 | 7917 | 06/03/2025 | D | $727.60 | 2508 |

| 338.1 | 7917 | 06/04/2025 | D | $488.73 | 5110 |



| 339.1 | 7917 | 06/05/2025 | D | | $601.85 | 4501 |
|---|---|---|---|---|---|---|

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2133

06/04/2025

PAY TO THE ORDER OF    Joe Williamson                         $ **601.85

Six hundred one and 85/100************************************************************    DOLLARS

Joe Williamson

AUTHORIZED SIGNATURE

MEMO

⑅002133⑅ ⑈063104668⑈ 0354557917⑅

20250605007193400115 06 1322

Regions Bank >062000019<

20250605007193400115 06 1322
Regions Bank >062000019<

| 340.1 | 7917 | 06/06/2025 | D | | $53.50 | 0717 |
|---|---|---|---|---|---|---|

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2132

05/23/2025

PAY TO THE ORDER OF    Eco-Pest & Termite Solutions              $ **53.50

Fifty-three and 50/100************************************************************    DOLLARS

Eco-Pest & Termite Solutions
13194 US Hwy 301 #434
Riverview, FL 33578 US

AUTHORIZED SIGNATURE

MEMO
Account #JK1027

Seq: 4
Dep: 000246
Date: 06/06/25



| 341.1 | 7917 | 06/06/2025 | D | $5,000.00 | 1848 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2134

06/05/2025

PAY TO THE ORDER OF  VALEN DRYWALL LLC          $ −5,000.00

Five thousand and 00/100·····           DOLLARS

Josbel Jimenez
VALEN DRYWALL LLC
1415 Pacifica Drive
Kissimmee, FL  34744 USA

MEMO  Customer JJ2024 - Payroll 05192025-06012025

| 342.1 | 7917 | 06/09/2025 | D | $1,547.40 | 8679 |

**PROGEN** ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2136

06/09/2025

PAY TO THE ORDER OF  Errol Wilcher          $ **1,547.40

One thousand five hundred forty-seven and 40/100·····           DOLLARS

Errol Wilcher
209 E Polk St
Auburndale, FL  33823 US

MEMO
Payroll Period 05192025-06012025



| 343.1 | ▮7917 | 06/12/2025 | D | $521.09 | ▮1492 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2135

06/06/2025

PAY TO THE ORDER OF   U.S. Department of the Treasury         $ **521.09

Five hundred twenty-one and 09/100 ·········         DOLLARS

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO 63197-9000 US

AUTHORIZED SIGNATURE

MEMO
Tracking WG2679866 - Jakapop Bennett

FRB CLEVELAND
> ▮ <
US Treas DG − ECP
06/12/2025

| 344.1 | ▮7917 | 06/12/2025 | D | $3,078.68 | ▮7517 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2138

06/09/2025

PAY TO THE ORDER OF   Sweet's Paint         $ **3,078.68

Three thousand seventy-eight and 68/100 ·········         DOLLARS

Sweet's Paint
19 Spirit Lake Road
Winter Haven, Florida 33880
USA

AUTHORIZED SIGNATURE

MEMO
PO100-4810, 4811 & 4812

182





| 347.1 | ▆▆▆▆7917 | 06/13/2025 | D | | $13,943.92 | ▆▆▆▆5219 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2139

06/09/2025

PAY TO THE
ORDER OF     ELWOOD STAFFING SERVICES INC        $  **13,943.92

Thirteen thousand nine hundred forty-three and 92/100************     DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO     Customer #323706

AUTHORIZED SIGNATURE

Seq: 52
Dep: 011212
Date: 06/13/25

| 348.1 | ▆▆▆▆7917 | 06/13/2025 | D | | $648.42 | ▆▆▆▆2747 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2137

06/09/2025

PAY TO THE
ORDER OF     Outlaw Duramax Diesel & Auto Repair        $  **648.42

Six hundred forty-eight and 42/100*************     DOLLARS

Outlaw Duramax Diesel & Auto Repair
1860 Industrial Park Road
Mulberry, FL 33860 US

MEMO     Repair Order 846 - Ford F450 2015 - 6/6/25

AUTHORIZED SIGNATURE

BOFD RTN ▆▆▆▆4
6/13/2025,09:35:08
34505
CPORR23
TMID ▆▆▆▆

184

| 349.1 | 7917 | 06/16/2025 | D | $16,600.00 | 8300 |



185



| 350.1 | ▮ 7917 | 06/16/2025 | D | $1,154.67 | ▮ 1145 |

| 351.1 | ▮ 7917 | 06/17/2025 | D | $440.70 | ▮ 8684 |



| 352.1 | 7917 | 06/17/2025 | D | $412.39 | 5600868685 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/531

2144

06/10/2025

PAY TO THE ORDER OF   City of Mulberry

$ **412.39

Four hundred twelve and 39/100**                                         DOLLARS

City of Mulberry
PO BOX 707
MULBERRY, FL 33860

AUTHORIZED SIGNATURE

MEMO

Account 862

| 353.1 | 7917 | 06/24/2025 | D | $55.00 | 6209 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/531

2145

06/16/2025

PAY TO THE ORDER OF   United Healthcare Services

$ **55.00

Fifty-five and 00/100**                                         DOLLARS

United Healthcare Services
PO Box 860068
Minneapolis, MN 55486-0068 US

AUTHORIZED SIGNATURE

MEMO

Member ID: 439357429



| 354.1 | 7917 | 06/27/2025 | D | $1,311.99 | 2882 |

**2148**

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

06/20/2025

PAY TO THE ORDER OF    Florida Child Support EFT

$ ··1,311 99

One thousand three hundred eleven and 99/100············    DOLLARS

Florida Child Support EFT
PO Box 8500
Tallahassee, FL  32314 US

AUTHORIZED SIGNATURE

MEMO
Pay Date 06-20-2025

| 355.1 | 7917 | 06/30/2025 | D | $1,528.93 | 2705 |

**2149**

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

06/20/2025

PAY TO THE ORDER OF    Florida Child Support EFT

$ **1,528.93

One thousand five hundred twenty-eight and 93/100·············    DOLLARS

Florida Child Support EFT
PO Box 8500
Tallahassee, FL  32314 US

AUTHORIZED SIGNATURE

MEMO
Pay Date 06-20-2025

| 356.1 | 917 | 06/30/2025 | D | $231.23 | 5126 |
|---|---|---|---|---|---|



**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2146

06/20/2025

PAY TO THE
ORDER OF    TX CHILD SUPPORT SDU

$ ··231.23

Two hundred thirty-one and 23/100··········································································

DOLLARS

TX CHILD SUPPORT SDU
P.O. BOX 659791
SAN ANTONIO, TX 78265-9791

MEMO

AUTHORIZED SIGNATURE

R. Holt Case 0012240786

| 357.1 | 7917 | 06/30/2025 | D | $521.41 | 8971 |
|-------|------|------------|---|---------|------|



| 358.1 | 7917 | 07/02/2025 | D | $360.50 | 3453 |



PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 151 AVE
Mulberry, FL 33860

REGIONS
63-466/631

2147

06/20/2025

PAY TO THE
ORDER OF     Puerto Rico Child Support Enforcement          $  **360.50

Three hundred sixty and 50/100·········································································          DOLLARS

Puerto Rico Child Support Enforcement
PO Box 71442
San Juan, PR  00936 US

MEMO
Case #0459537 & 0556090

AUTHORIZED SIGNATURE

CREDIT
NAME BERET
PAYEE
WITH

CREDIT NAME
PAYEE WITH
Banco Popular
REMIT SERV

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

| 359.1 | 7917 | 07/08/2025 | D | $231.23 | 3908 |



2163

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

07/03/2025

PAY TO THE
ORDER OF   Texas Child Support SDU                                    $   **231.23

Two hundred thirty-one and 23/100************************************************************   DOLLARS

Texas Child Support SDU
PO Box 659791
San Antonio, TX  78265-9791 US

MEMO

AUTHORIZED SIGNATURE



| 360.1 | ▮ 7917 | 07/09/2025 | D | $535.52 | ▮ 7915 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2151

07/03/2025

PAY TO THE ORDER OF    U.S. Department of the Treasury

$ **535.52

Five hundred thirty-five and 52/100***

DOLLARS

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO 63197-9000 US

MEMO

AUTHORIZED SIGNATURE

FRB CLEVELAND
> ▮ <
US Treas DG – ECP
07/09/2025

| 361.1 | ▮ 7917 | 07/10/2025 | D | $100.00 | ▮ 7060 |

PROGEN
ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2154

07/03/2025

PAY TO THE ORDER OF    Florida State Disbursement Unit

$ **100.00

One hundred and 00/100***

DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

MEMO

AUTHORIZED SIGNATURE

193

| 362.1 | ▮ 7917 | 07/10/2025 | D | $240.00 | ▮ 7061 |



| 363.1 | ▮ 7917 | 07/10/2025 | D | $303.00 | ▮ 7062 |



| 364.1 | 917 | 07/10/2025 | D | $25.00 | 7063 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2156

07/03/2025

PAY TO THE
ORDER OF   Florida State Disbursement Unit                                    $  **25.00

Twenty-five and 00/100··································································································   DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

⑆002156⑆ ⑆063104668⑆ 0354557917⑈

AUTHORIZED SIGNATURE

| 365.1 | 7917 | 07/10/2025 | D | $407.39 | 7064 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2162

07/03/2025

PAY TO THE
ORDER OF   Florida State Disbursement Unit                                    $  **407.39

Four hundred seven and 39/100··································································   DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

AUTHORIZED SIGNATURE

| 366.1 | ███917 | 07/10/2025 | D | $212.87 | ███ 7065 |



| 367.1 | ███7917 | 07/10/2025 | D | $70.20 | ███ 7066 |



| 368.1 | 7917 | 07/10/2025 | D | $196.20 | 7067 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2161

07/03/2025

PAY TO THE ORDER OF  Florida State Disbursement Unit

$ **196.20

One hundred ninety-six and 20/100································································································  DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

AUTHORIZED SIGNATURE

| 369.1 | 7917 | 07/10/2025 | D | $664.15 | 7068 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, IL 33860

**REGIONS**
63-466/631

2160

07/03/2025

PAY TO THE ORDER OF  Florida State Disbursement Unit

$ **664.15

Six hundred sixty-four and 15/100································································································  DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

AUTHORIZED SIGNATURE





| 372.1 | 7917 | 07/11/2025 | D | $4,620.00 | 9036 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2169

07/10/2025

PAY TO THE ORDER OF  Florida Metalizing Service

$ **4,620.00

Four thousand six hundred twenty and 00/100************************************  DOLLARS

Florida Metalizing Service
P.O. BOX 585
Mulberry, FL 33860 US

MEMO

AUTHORIZED SIGNATURE

| 373.1 | 7917 | 07/11/2025 | D | $998.88 | 8665 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2167

07/03/2025

PAY TO THE ORDER OF  ELWOOD STAFFING SERVICES INC

$ **998.88

Nine hundred ninety-eight and 88/100***********************************************  DOLLARS

ELWOOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202-1024 USA

MEMO

AUTHORIZED SIGNATURE

Seq: 45
Dep: 011286
Date: 07/11/25



| 374.1 | 7917 | 07/14/2025 | D | $360.50 | 0295 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2164

07/03/2025

PAY TO THE
ORDER OF    Puerto Rico Child Support                                    $ **360.50

Three hundred sixty and 50/100**·······································    DOLLARS

Puerto Rico Child Support EFT
PO Box 71442
San Juan, PR  00936

MEMO                                                         AUTHORIZED SIGNATURE

CREDIT
NAME BERIKT
PAYEE
WITH

CREDIT NAME
PAYEE WITH
Banco Popular
REMIT SERV

| 375.1 | 7917 | 07/14/2025 | D | $189.23 | 4463 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2152

07/03/2025

PAY TO THE
ORDER OF    Florida State Disbursement Unit                              $ **189.23

One hundred eighty-nine and 23/100**·······························    DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO                                                         AUTHORIZED SIGNATURE

200



| 376.1 | 7917 | 07/14/2025 | D | $1,364.66 | 4431 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2166

07/03/2025

PAY TO THE ORDER OF    Mobile Staffing

$ **1,364.66

One thousand three hundred sixty-four and 66/100************************************************ DOLLARS

MSS Florida LLC
PO Box 2
Lakeland, FL 33802 USA

MEMO

AUTHORIZED SIGNATURE

| 377.1 | 7917 | 07/16/2025 | D | $41.28 | 6978 |

**PROGEN** ENERGY SIMPLIFIED
ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2168

07/03/2025

PAY TO THE ORDER OF    City of Ormond Beach

$ **41.28

Forty-one and 28/100**************************************************************** DOLLARS

City of Ormond Beach
P.O. BOX 217
ORMOND BEACH, FL 32175-0217

MEMO

AUTHORIZED SIGNATURE



| 378.1 | 79█7 | 07/21/2025 | D | $231.23 | 9318 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2171

07/18/2025

PAY TO THE ORDER OF    Texas Child Support SDU

$ **231.23

Two hundred thirty-one and 23/100**************************

DOLLARS

Texas Child Support
PO Box 659791
San Antonio, TX  78265-9791 US

AUTHORIZED SIGNATURE

MEMO

---

| 379.1 | 7917 | 07/21/2025 | D | $230.77 | 0895 |

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33850

**REGIONS**
63-466/631

2172

07/18/2025

PAY TO THE ORDER OF    Fl State Disbursement Unit

$ **230.77

Two hundred thirty and 77/100***********************

DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

AUTHORIZED SIGNATURE

MEMO

202



| 380.1 | ▉ 7917 | 07/21/2025 | D | $196.20 | ▉ 0896 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN**
ENERGY SIMPLIFIED

**REGIONS**
63-466/631

2183

07/18/2025

PAY TO THE
ORDER OF    Florida State Disbursement Unit

$ ~196.20

One hundred ninety-six and 20/100**************************************************    DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

MEMO

AUTHORIZED SIGNATURE

| 381.1 | ▉ 7917 | 07/21/2025 | D | $25.00 | ▉ 0898 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**PROGEN**
ENERGY SIMPLIFIED

**REGIONS**
63-466/631

2178

07/18/2025

PAY TO THE
ORDER OF    Florida State Disbursement Unit

$ ~25.00

Twenty-five and 00/100****************************************************    DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

MEMO

AUTHORIZED SIGNATURE



| 382.1 | 7917 | 07/21/2025 | D | $55.38 | 0899 |
|-------|------|------------|---|--------|------|

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2181

07/18/2025

PAY TO THE
ORDER OF    Florida State Disbursement Unit

$ **55.38

Fifty-five and 38/100**

DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

AUTHORIZED SIGNATURE

MEMO

| 383.1 | 7917 | 07/21/2025 | D | $212.87 | 0907 |
|-------|------|------------|---|---------|------|

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2179

07/18/2025

PAY TO THE
ORDER OF    Florida State Disbursement Unit

$ **212.87

Two hundred twelve and 87/100**

DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

AUTHORIZED SIGNATURE

MEMO

204



| 384.1 | ▮ 7917 | 07/21/2025 | D | $100.00 | ▮ 0918 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2176

07/18/2025

PAY TO THE ORDER OF    Florida State Disbursement Unit

$ **100.00

One hundred and 00/100

DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

MEMO

AUTHORIZED SIGNATURE

| 385.1 | ▮ 7917 | 07/21/2025 | D | $303.00 | ▮ 0919 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2177

07/18/2025

PAY TO THE ORDER OF    Florida State Disbursement Unit

$ **303.00

Three hundred three and 00/100

DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

MEMO

AUTHORIZED SIGNATURE



| 386.1 | ⬛ 7917 | 07/21/2025 | D | | $655.06 | ⬛ 0921 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2182

07/18/2025

PAY TO THE ORDER OF   Florida State Disbursement Unit

$ **655.06

Six hundred fifty-five and 06/100**************************************

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

AUTHORIZED SIGNATURE

DOLLARS

| 387.1 | ⬛ 7917 | 07/21/2025 | D | | $189.23 | ⬛ 0922 |

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

2173

07/18/2025

PAY TO THE ORDER OF   Florida State Disbursement Unit

$ **189.23

One hundred eighty-nine and 23/100**************************************

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

AUTHORIZED SIGNATURE

DOLLARS

206



| 388.1 | ▇ 7917 | 07/21/2025 | D | $206.64 | ▇ 0923 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2184

07/18/2025

PAY TO THE
ORDER OF    Fl State Disbursement Unit

$ **206.64

Two hundred six and 64/100********************************************* DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

AUTHORIZED SIGNATURE

MEMO

| 389.1 | ▇ 7917 | 07/21/2025 | D | $70.20 | ▇ 0924 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2180

07/18/2025

PAY TO THE
ORDER OF    Florida State Disbursement Unit

$ **70.20

Seventy and 20/100************************************************************** DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

AUTHORIZED SIGNATURE

MEMO

207





| 392.1 | 7917 | 07/22/2025 | D | $475.66 | 6619 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2170

07/18/2025

PAY TO THE ORDER OF

U.S. Department of the Treasury

$ **475.66

DOLLARS

Four hundred seventy-five and 66/100

U.S. Department of the Treasury
Post Office Box 979101
St. Louis, MO  63197-9000 US

MEMO

AUTHORIZED SIGNATURE

FRB CLEVELAND
US Treas DG – ECP
07/22/2025

| 393.1 | 7917 | 07/22/2025 | D | $196.20 | 7405 |

PROGEN
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

REGIONS
63-466/631

2183

07/18/2025

PAY TO THE ORDER OF

Florida State Disbursement Unit

$ **196.20

DOLLARS

One hundred ninety-six and 20/100

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314 US

MEMO

AUTHORIZED SIGNATURE

| 394.1 | ▮7917 | 07/22/2025 | D | $655.06 | ▮7408 |

2182

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

07/18/2025

PAY TO THE
ORDER OF     Florida State Disbursement Unit

$ **655.06

Six hundred fifty-five and 06/100**********************************************     DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

AUTHORIZED SIGNATURE

| 395.1 | ▮7917 | 07/22/2025 | D | $206.64 | ▮7409 |

2184

**PROGEN**
ENERGY SIMPLIFIED

ProGen Industries LLC
217 NW 1ST AVE
Mulberry, FL 33860

**REGIONS**
63-466/631

07/18/2025

PAY TO THE
ORDER OF     Fl State Disbursement Unit

$ **206.64

Two hundred six and 64/100**********************************************     DOLLARS

Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL  32314 US

MEMO

AUTHORIZED SIGNATURE

210





| 398.1 | 7917 | 09/03/2025 | D | $41.28 | 3504 |