# EXHIBIT A

# RADIO PICHINCHA

[RADIO PICHINCHA LOGO]

Home  |  News  |  Economy  |  Sports  |  Features  |  Culture

---

# Saud – Calero, a Key Family in Strategic Sectors Who Acted During the Progen Fraud

*By the Editorial Staff*



One of Progen's generators. Source: Progen

> **Karla Saud Calero consolidated her role so that Progen could secure two contracts worth USD 149.1 million. And her brother, José Saud Sacoto, was named as Head of Corporate Advisory and Contracts at Celec in September 2025 and was responsible for reviewing and overseeing contracts — including those two contracts of the American company.**

---

*Radio Pichincha — Investigative Report*

The alleged scheme led by the US company Progen Industries LLC managed to embezzle almost USD 110 million from the Ecuadorian state through two failed electricity contracts with the Ecuadorian Electricity Corporation (Celec).

These contracts were signed during Fabián Calero's interim management for a total of USD 149 million.

In the lawsuit filed by Celec in the United States, Karla Saud Calero is named as one of the defendants, along with others, on the grounds of an alleged family relationship with the former manager of the state-owned holding company, Fabián Calero, who denied any blood or marital ties and, instead, presented evidence such as a certificate of parentage from the Civil Registry. He also pointed out that, at the time, the official accounts of the Ministry of Energy had refuted this allegation.

In fact, Karla Saud Calero, Progen's representative in the country, did have two relatives holding key positions in strategic sectors: José Saud Sacato (her brother) and **Alex Patricio Dueñas Calero**, as confirmed by Celec's records and the Comptroller's Office, as well as sources consulted by Radio Pichincha.

**Karla Saud Calero**, the representative of the American company in Ecuador, paved the way for Progen to win two contracts **amid the electricity crisis**. Her brother, José Saud Sacoto, on the other hand, was appointed Head of Corporate Advisory and Contracts in September 2025 and was responsible for reviewing and overseeing the company's contracts, including those with Progen.

Alex Patricio Dueñas Calero, on the other hand, was associated with the inner circles of Celec and the National Electricity Corporation (CNEL).

### Astrobryxa, the "front company" that pocketed USD $20 million

The lawsuit filed in the United States under the RICO Act (against organized crime), against Progen, is unequivocal in describing Astrobryxa S.A., Karla Saud Calero's company, as a "**front company**" with no real experience in power generation.

According to the court document, Progen transferred **USD 20 million** to Astrobryxa for purported subcontracting services. The lawsuit states:

> "Astrobryxa was essential to the scheme because Progen used it as its Ecuadorian subcontractor knowing that it was merely a sham and that neither Progen nor Astrobryxa intended to deliver the (electric) generators."

In exchange for this multi-million-dollar sum, it is alleged that Karla Saud's company kept silent during Progen's complete failure to deliver, as the company did not supply a single new generator.

## Karla Saud, Under Investigation and Shareholder

In fact, Karla Saud is under investigation in the "Apagón case" by the Attorney General's Office for the alleged crime of **embezzlement**, related to irregularities in thermal generation contracting, including the two controversial contracts with Progen.

This complaint was filed on July 30, 2025 by Gonzalo Querrón López, a former Celec official, but, the Attorney General's Office has not yet issued a ruling on the case, nor is there any record that it has been referred to other offices.



In addition to Astrobryxa S.A., where she is the principal shareholder, Karla Saud Calero has a role in the following companies:

- She is a shareholder in **Gestores Inmobiliarios Lightblue S.A.**

- She serves as General Manager and shareholder in **Caribito S.A.**

- **Reprimsa S.A.:** She has been General Manager since August 2025.

- **Marvellous S.A.:** She holds the position of **General Manager.**

- **Consorcio Autotrafo EC:** She is a member of this consortium, which received a contract worth USD 15.4 million in January 2024 for the provision of transformers to Transelectric.

- and **Constructora Manrique Suárez Edwalt S.A.:** She was a shareholder in this company between June and July 2022.

## Contracts with Celec Since 2019

**Since 2019**, Karla Saud Calero and her business partner in various companies, including in Astrobryxa S.A., **José Walther Manrique Suárez**, are **known contractors for Celec.**

Radio Pichincha  |  Annual Procurement Plan | Accountability Report 2025 | Transparency and Citizen Participation | Privacy Policies

Page 3

According to records, through their companies, Saud Calero and Manrique Suárez received multiple contracts since that year, although they have faced problems in execution.

Specifically, the company **Constructora Manrique Suárez Edwalt** — where Manrique is a shareholder and Saud was a shareholder between June and July 2022 — received contracts in 2019 totaling USD 1.05 million.

In 2021, through her company Astrobryxa S.A., Saud received a direct contract from Celec for USD 478,000 to provide technical services to TM2500 units.

Meanwhile, in January 2024, Saud appears as a member of Consorcio Autotrafo EC, which was awarded a contract for USD 15.4 million for the provision of transformers for various substations of Transelectric.

This contract has had several deadline extensions and remains in effect.

## Saud Sacoto and Dueñas Calero

**José Saud Sacoto** was hired as **Head of Corporate Advisory and Contracts** at Celec on September 9, 2025, as reflected in his Sworn Statement filed with the Comptroller General's Office.

Following media reports about the conflict of interest due to his kinship with Karla Saud Calero Saud Sacoto was dismissed in October. Following his dismissal, Celec stated that it referred the case to the Secretariat of Integrity to investigate potential irregularities, which was criticized for not having detected this kinship in an area as sensitive as advisory and contracts.

Little to nothing is know about the results of this decision.

The attorney Saud Sacoto, who specializes in administrative law and public contracting, also has a long history of public function, including at Celec, where he served as Deputy Legal Manager between late 2022 and January 2023.

Saud Sacoto also has experience in the business world. He was a shareholder in Importmega S.A. and in Fabriconsa, in the construction industry, according to records from the Superintendency of Companies.

### And Dueñas Calero...

In the same orbit was another relative of Karla Saud Calero — **Alex Patricio Dueñas Calero**, identified as Karla's brother by former Interior Minister, Jose Serrano on his X account, in November 2024.

However, internal Celec sources indicate that Dueñas is actually Karla Saud Calero's cousin.

**Dueñas Calero was a trusted advisor to former Celec manager Nicolás Andrade in 2022, during the administration of President *Guillermo Lasso*.** He was at Celec until December 29, 2022.

Senior Celec officials told Radio Pichincha that Dueñas Calero was the "briefcase man" of Andrade's management, backed by former minister Hernan Luque Lecaro, who has been prosecuted in the "Encuentro" case (organized crime), which also involves Danilo Carrera, the brother-in-law of former President Guillermo Lasso.

Two years later, Dueñas Calero joined the Corporación Nacional de Electricidad (CNEL) between July 23 and July 29, 2024. Meaning, he lasted only six days in the position of Administrator of the Guayas-Los Ríos Business Unit, according to Comptroller records. The reasons for his departure are unknown.

Subsequently, and according to reports from various media outlets, the home of Dueñas Calero was one of 11 properties raided by the Attorney General's Office as part of the investigation for alleged embezzlement in the "Apagón" (Blackout) case on **August 28, 2025**.

According to media reports, during the procedure, Dueñas Calero was serving as an Administrator of the Guayas-Los Rios Buisness Unit.

Despite this intervention by prosecutors, Dueñas Calero is not listed as a defendant in the Apagón case.

*Radio Pichincha sent emails to Dueñas Calero and Saud Sacoto requesting a statement regarding this report, but as of the close of this edition, no response had been received.*

---

## RELATED

### Luque Is Left Out of the Apagón Case Despite His Role in the Key Phase of the Progen Contracts

The Attorney General's Office is prosecuting for embezzlement but excludes Minister Luque despite his having declared the emergency and endorsed the guidelines.

*April 29, 2026*

### Most of Those Implicated in the Failed Electrical Contracts Remain in Public Service and Keep a Low Profile

Radio Pichincha follows the trail of officials who, directly and indirectly, influenced the signing of the controversial electrical contracts with Progen.

Radio Pichincha  |  Annual Procurement Plan | Accountability Report 2025 | Transparency and Citizen Participation | Privacy Policies

Page 5

*Radio Pichincha — Investigative Report*

### 15 Out of Every 100 Inhabitants in Ecuador Do Not Have Sufficient Access to Food, While Costs Rise

The basic family basket in Ecuador went from USD 801 to USD 829 between March 2025 and March 2026.

*April 2026*

---

**TAGS:** Celec | Contractors | Family | Karla Saud Calero | Progen

**Credit:** *Editorial Staff*

---

*[Note: Two side-by-side promotional article cards appeared at the bottom of the original page]*

- *LEFT:* Río Blanco in Emergency: From Strategic Project to 'Criminal Operations Center' of Los Lobos and Los Choneros

- *RIGHT:* Article about President Daniel Noboa discussing stability amid violence, precarious employment, health crisis, and irregularities in the justice system

## LATEST IN ECONOMY

*[Note: Row of 5–6 small article thumbnail cards with economy-related headlines appeared here in the original]*

 **PICHINCHA**
La radio de las noticias



Inicio   Política   Economía   Seguridad   Judicial   Sociedad   Pichincha   Deportes   Opinión   Entrevistas   Mundo   Cultura

ECONOMÍA

# Saud – Calero, una familia clave en los sectores estratégicos y que actuó durante la estafa de Progen

5 Minutos De Lectura    Por Redacción
Diciembre 29, 2025



Uno de los motores de Progen. Imagen ilustrativa. Fuente: Progen

**Karla Saud Calero consolidó su rol para que Progen se alzara con dos contratos por USD 149,1 millones. Y, su hermano, José Saud Sacoto, fue nombrado Jefe Corporativo de Asesoría y Contratos, en septiembre de 2025 y era el encargado de revisar y fiscalizar los contratos, incluidos los de la empresa gringa.**

El presunto esquema liderado por la empresa estadounidense **Progen Industries LLC** logró malversar casi **USD 110 millones** del Estado ecuatoriano en los dos contratos eléctricos fallidos con la Corporación Eléctrica del Ecuador (Celec).

Estos fueron suscritos durante la gerencia subrogante de Fabián Calero por un monto de USD 149 millones.

En la demanda que presentó Celec en Estados Unidos se responsabiliza, entre otras personas, a Karla Saud Calero, con una supuesta relación familiar con el exgerente de la holding estatal Fabián Calero, quien desmintió el vínculo sanguíneo y de afinidad y, más bien, presentó pruebas como un certificado de filiación del Registro Civil. Además, recordó que, en su momento, las cuentas oficiales del Ministerio de Energía desmintieron esta acusación.

Más bien, Karla Saud Calero, representante de Progen en el país, sí tenía a dos familiares como funcionarios en puestos clave en los sectores estratégicos: José Saud Sacato (hermano) y **Alex Patricio Dueñas Calero**, tal como lo confirman los registros de Celec, de la Contraloría y las fuentes consultadas por Radio Pichincha.

**Karla Saud Calero**, como representante de la empresa gringa en Ecuador, consolidó el camino para que Progen se alzara con dos contratos **en medio de la crisis eléctrica. Y su hermano, José Saud Sacoto**, en cambio, fue nombrado Jefe Corporativo de Asesoría y Contratos en septiembre de 2025 y era el encargado de revisar y fiscalizar los contratos de la empresa, incluidos los de Progen.

En cambio, **Alex Patricio Dueñas Calero** estuvo relacionado a los círculos de mayor confianza de Celec y de la Corporación Nacional de Electricidad (CNEL).

**Astrobryxa, la "empresa de fechada" que se embolsó USD 20 millones**

La demanda interpuesta en Estados Unidos bajo la ley RICO (contra el crimen organizado) en contra de Progen es tajante al

calificar a **Astrobryxa S.A.**, la empresa de Karla Saud Calero, como una **"entidad de fachada"** sin experiencia real en generación de energía.

Según el documento judicial, Progen transfirió **USD 20 millones** a Astrobryxa por supuestos servicios de subcontratación. La demanda sostiene que:

"Astrobryxa fue esencial para el esquema porque Progen la utilizó como su subcontratista ecuatoriana sabiendo que era solo una farsa y que ni Progen ni Astrobryxa tenían la intención de entregar los generadores (eléctricos)".

A cambio de esta millonaria suma, se alega que la empresa de Karla Saud guardó silencio sobre el incumplimiento total de Progen, que **no entregó ni un solo generador nuevo.**

## Karla Saud, investigada y accionista

De hecho, Karla Saud es investigada dentro del caso Apagón -por parte de la Fiscalía General del Estado- por el presunto delito de **peculado**, relacionado con irregularidades en la contratación de generación térmica, como los dos polémicos contratos con Progen.

Esta denuncia fue presentada el pasado 30 de julio de 2025 por parte de Gonzalo Guerrón López, un exfuncionario de Celec, pero aún la Fiscalía no se pronuncia sobre el caso, ni tampoco hay un registro de que haya pasado a otras instancias.



Captura de pantalla de la denuncia por delincuencia organizada en el caso Apagón.

Además de **Astrobryxa S.A., donde es accionista principal,** Karla Saud Calero tiene un papel clave en las siguientes empresas:

- Es accionista en **Gestores Inmobiliarios Lightblue S.A.**
- En **Caribito S.A.** se desempeña como **Gerente General** y como accionista.
- **Reprimsa S.A.:** Es g**erente general** desde agosto de 2025
- **Marvellous S.A.:** Ejerce el cargo de **gerente General**
- **Consorcio Autotrafo EC**, donde es integrante, el cual recibió un contrato de **USD 15,4 millones** en enero de 2024 para la provisión de transformadores a Transelectric.
- Y, la **constructora Manrique Suárez Edwalt S.A.:** Allí fue accionista de esta empresa entre junio y julio de 2022.

# Contratos con Celec desde 2019

**Desde 2019**, Karla Saud Calero y su socio, **José Walther Manrique Suárez** en varias compañías, como en **Astrobryxa S.A.**, son considerados **contratistas conocidos por Celec.**

De acuerdo a los registros, con sus empresas, Saud Calero y Manrique Suárez recibieron múltiples contratos desde ese año, aunque han enfrentado problemas en su ejecución.

Específicamente, la empresa **Constructora Manrique Suárez Edwalt**, donde Manrique es accionista y Saud lo fue entre junio y julio de 2022, recibió dos contratos con Celec en 2019 que sumaron USD 1,05 millones.

En 2021, a través de su empresa **Astrobryxa S.A.**, Saud recibió un contrato directo de Celec por **USD 478.000** para brindar servicio técnico especializado a las unidades TM2500.

Mientras que en e**nero de 2024**, Saud figura como integrante del **Consorcio Autotrafo EC**, el cual se adjudicó un contrato por **USD 15,4 millones** para la provisión de transformadores para diversas subestaciones de Transelectric.

Este contrato ha tenido varias extensiones de plazo y sigue vigente.

## Saud Sacoto y Dueñas Calero

**José Saud Sacoto** fue contratado como **Jefe Corporativo de Asesoría y Contratos de C**elec el 9 de septiembre de 2025, así lo refleja de Declaración Juramentada en la Contraloría.

Tras la alerta en los medios de comunicación sobre el conflicto de intereses por su parentesco con Karla Saud Calero, Saud Sacoto fue desvinculado en octubre de 2025.

Tras la desvinculación, Celec afirmó que remitió el caso a la Secretaría de Integridad Pública para investigar posibles irregularidades en su proceso de selección, el cual fue criticado por no haber detectado este vínculo familiar en un área tan sensible como la de asesoría y contratos.

Poco o nada se conoce sobre los resultados de esta decisión.

El abogado Saud Sacoto, quien es especialista en derecho administrativo y contratación pública, tiene un largo pasado en la

función pública, incluido en Celec, donde se desempeñó como subgerente jurídico entre finales de 2022 y enero de 2023.

Saud Sacoto también tiene experiencia en el mundo empresarial: fue accionista en Impormega SA y en Fabriseñca, dedicada a la industria de la construcción, según los registros de la Superintendencia de Compañías.

## Y Dueñas Calero...

En ese mismo entorno gravitaba otro familiar de Karla Saud Calero, **Alex Patricio Dueñas Calero**, identificado como hermano de Karla -por parte del exministro del Interior, José Serrano en su cuenta de X, en noviembre de 2024-.

Aunque fuentes internas de Celec señalan que Dueñas es, en realidad, primo de Karla Saud Calero.

*Dueñas Calero fue asesor de confianza del exgerente de Celec Nicolás Andrade en 2022 durante la gestión del Presidente Guillermo Lasso.* Estuvo en la Celec hasta el 29 de diciembre de 2022.

Altos funcionarios de Celec señalan a Radio Pichincha que Dueñas Calero era el "hombre del maletín" de la gerencia de Andrade, impulsado por el exministro Hernán Luque Lecaro, procesado en el caso Encuentro (delincuencia organizada), donde está involucrado Danilo Carrera, el cuñado del expresidente Guillermo Lasso.

Dos años después, Dueñas Calero se vinculó a la Corporación Nacional de Electricidad (CNEL) entre el 23 de julio de 2024 y el 29 de julio de 2024. Es decir, solo duró seis días en el cargo como Administrador de la Unidad de Negocio Guayas-Los Ríos, según información de la Contraloría. Se desconoce los motivos de su salida.

Posteriormente, y según las versiones de varios medios de comunicación, la vivienda de Dueñas Calero fue parte de las 11 propiedades allanadas por la Fiscalía en la investigación por presunto peculado en el caso Apagón, *el 28 de agosto de 2025*.

De acuerdo a los medios que registraron los hechos, durante el procedimiento, Dueñas Calero se desempeñaba como Administrador de la Unidad de Negocio Guayas-Los Ríos.

Pese a esta intervención de la Fiscalía, Dueñas Calero no consta como denunciado dentro del caso Apagón.

Radio Pichincha envió correos electrónicos a Dueñas Calero y Saud Sacoto para que emitan un pronunciamiento sobre este reportaje, pero hasta el cierre de esta edición no hubo una respuesta.



## RELACIONADO



### Luque queda fuera del caso Apagón pese a su rol en la fase clave de los contratos con Progen

La Fiscalía procesa a 21 personas por peculado, pero excluye al ministro Luque pese a que declaró la emergencia y avaló los lineamientos de

Abril 29, 2026



### La mayoría de los implicados en los fallidos contratos eléctricos sigue en la función pública y tiene bajo perfil

Radio Pichincha sigue la pista de los funcionarios que, de forma directa e indirecta, incidieron en la firma de los polémicos contratos eléctricos con

Abril 27, 2026



### 15 de cada 100 habitantes en Ecuador no tiene acceso suficiente a comida, mientras aumenta el costo de la canasta básica

En tanto, la canasta básica familiar de Ecuador pasó de USD 801 a USD 829 entre marzo de 2025 y marzo de 2026, es

Abril 23, 2026

## TAGS

Celec    Contratos    familia    Karla Saud Calero    Progen



**Redacción**



**Río Blanco en emergencia: de proyecto estratégico a "centro de operaciones criminales" de Los Lobos y Los Choneros**

ARTÍCULO ANTERIOR

SIGUIENTE ARTÍCULO

**Daniel Noboa habla de estabilidad mientras la violencia, el empleo precario, la crisis sanitaria e irregularidades en la justicia se profundizan**