# EXHIBIT B

**CENTRO**

SANTO DEL DÍA    OBITUARIOS    RADIO AMIGA ▶    MANAVISIÓN ▶

NEGOCIOS    ECUADOR    MUNDO    SEGURIDAD    DEPORTES    ESPECTÁCULOS    VIDA

*Ecuador*

# Ecuador — Manzano, Minister of Energy and Mines, Announces 300 Layoffs at CELEC Due to Fraud and Cost-cutting Measures

The dismissal of 300 CELEC officials is in response to irregularities in contracts with Progen and administrative efficiency measures.

August 8, 2025 • 11:53 • ⏱ 4 minutes read



*María Emilia Vera Vélez*
*Redacción ED.*

**A** total of 300 officials from the Corporación Eléctrica del Ecuador (CELEC) and its business units were dismissed.  This was announced by the Minister of Energy and Mines, Inés Manzano, on the morning of Friday, August 8, 2025.  The measure responds to two main reasons: alleged irregularities in contracts with the U.S. company Progen and the pursuit of administrative efficiency.

In an interview on KCH Radio, Manzano explained that the departure of these employees is part of a process that began on July 24, when the Government announced the dismissal of 5,000 public employees nationwide.  In the case of CELEC, the dismissals include individuals linked to the "Apagón Case" (Blackout Case) and other areas where operational inefficiencies were identified.

## Irregularities in Contracts with Progen

The Comptroller General of the State uncovered serious anomalies in the contracts signed in August 2024 between CELEC, through its Termopichincha unit, and Progen Industries LLC.  These agreements, intended to install emergency thermal plants in Quevedo III (50 megawatts) and Salitral (100 megawatts), sought to mitigate the electricity crisis that affected the country last year.  However, the projects were not completed as planned by the end of 2024 and early 2025.

Comptroller Mauricio Torres noted that the contracts had serious flaws, such as the use of non-new equipment and the lack of direct procurement from manufacturers.  These irregularities generated an estimated economic loss of $100 million from the Progen contracts alone, in addition to $20 million in anomalies in agreements with Austral Technical Management (ATM).  The Comptroller's Office referred its findings to the Attorney General's Office, which opened an investigation for alleged embezzlement.

Manzano described the contracts with Progen as "one-sided" and announced that the Ministry of Energy filed two complaints — one for fraud against the company and another for organized crime against involved officials, whether or not they are still active in the institution.  "We have acted firmly, filing complaints that no one else has made," the minister stated.

## Ongoing Criminal Investigation

The Attorney General's Office carried out 17 raids on July 28 in Pichincha, Guayas, and Bolívar, as part of the Blackout Case. The investigation focuses on 12 individuals, including Fabián Calero, former acting general manager of CELEC and former Vice Minister of Energy, who resigned on July 15 amid the controversy. Calero authorized a budget of $97 million for Salitral and $49 million for Quevedo, without market studies to support the amounts or budgetary certification.

Eleven other CELEC officials, including technicians and directors of the thermal power plants, are under scrutiny. The Comptroller's Office identified that CELEC's Technical Emergency Committee recommended awarding the contracts to Progen, despite the company not meeting the technical or legal requirements. Additionally, advance payments without guarantees and the absence of manufacturer certificates were detected, which aggravated the irregularities.

## Restructuring and Future Measures

The dismissal of the 300 officials is not only in response to the Progen scandal but also part

of an administrative optimization plan. Manzano explained that some departures aim to improve the operational efficiency of CELEC, a key company that generates 90% of the country's electricity. The minister assured that the Salitral and Quevedo III projects will be resumed by CELEC technicians, with a timeline targeting December 2025 for operability.

The Comptroller's Office continues with special audits, including one on the Catamayo Hydroelectric Plant, to ensure that irregularities are not repeated. Meanwhile, the Attorney General's Office is advancing the criminal investigation, which could result in sanctions for embezzlement, influence peddling, or dereliction of duty.

The Blackout Case places CELEC at the center of public attention. The restructuring of the company and the legal actions will shape the course of energy management in Ecuador, in a context where the stability of the electricity supply is crucial for the country.

*By María Emilia Vera Vélez — Diario Centro / El Diario EDIASA S.A.*
*© All rights reserved 2026. Total or partial reproduction by any means of all content without the express authorization of EL DIARIO EDIASA S.A. is prohibited.*

---

Ediasa MEDIOS

El Diario

INFORMACIÓN          CONTACTO          PUBLICIDAD

**CENTRO**

SANTO DEL DÍA    OBITUARIOS    RADIO AMIGA ▶    MANAVISIÓN ▶

NEGOCIOS    ECUADOR    MUNDO    SEGURIDAD    DEPORTES    ESPECTÁCULOS    VIDA

*Ecuador*

# Manzano, ministra de Energía y Minas, anuncia 300 despidos en CELEC por fraude y optimización

La desvinculación de 300 funcionarios de CELEC responde a irregularidades en contratos con Progen y a medidas de eficiencia administrativa.

08 de agosto de 2025 · 11:53 · ⏱ 4 minutos de lectura



*María Emilia Vera Vélez*
*Redacción ED.*

**U**n total de **300 funcionarios** de la **Corporación Eléctrica del Ecuador (CELEC)** y sus unidades de negocio fueron desvinculados. Así lo dio a conocer la ministra de **Energía y Minas**, **Inés Manzano**, durante la mañana de este viernes 08 de agosto de 2025. DichaÂmedida responde a dos motivos principales: presuntas irregularidades en los contratos con la empresa estadounidense **Progen** y la búsqueda de **eficiencia administrativa**.

En una entrevista en **KCH Radio**, Manzano detalló que la salida de estos empleados forma parte de un proceso iniciado el **24 de julio**, cuando el Gobierno anunció la desvinculación de **5.000 funcionarios** públicos a nivel nacional. En el caso de CELEC, las desvinculaciones incluyen a personas vinculadas al **Caso Apagón** y a otras áreas donde se identificaron ineficiencias operativas.


El Diario

Organismos de salud advierten que el moho y la humedad en viviendas...
El Diario
powered by Vimofy

### Irregularidades en contratos con Progen

La **Contraloría General del Estado** destapó serias anomalías en los contratos firmados en **agosto de 2024** entre CELEC, a través de su unidad **Termopichincha**, y **Progen Industries LLC**. Estos acuerdos, destinados a instalar plantas térmicas de emergencia en **Quevedo III** (50 megavatios) y **Salitral** (100 megavatios), buscaban mitigar la **crisis eléctrica** que afectó al país el año pasado. Sin embargo, los proyectos no se concretaron según lo previsto para finales de 2024 e inicios de 2025.

El contralor **Mauricio Torres** señaló que los contratos presentaron fallas graves, como el uso de **equipos no nuevos** y la falta de adquisición directa con fabricantes. Estas irregularidades generaron un **perjuicio económico** estimado en **$100 millones** solo por los contratos con Progen, sumándose a $20 millones adicionales por anomalías en acuerdos con **Austral Technical Management (ATM)**. La Contraloría remitió los hallazgos a la **Fiscalía General del Estado**, que abrió una investigación por presunto **peculado**.

Manzano calificó los contratos con Progen como "**leoninos**" y anunció que el Ministerio de Energía presentó dos denuncias. Una de ellas por **fraude** contra la empresa y otra por **delincuencia organizada** contra funcionarios involucrados, estén o no activos en la institución. "Hemos actuado con firmeza, presentando denuncias que nadie más ha hecho", afirmó la ministra.

### Investigación penal en curso

La **Fiscalía General del Estado** ejecutó **17 allanamientos** el pasado **28 de julio** en **Pichincha**, **Guayas** y **Bolívar**, como parte del **Caso Apagón**. La investigación se centra

---

**ÚLTIMAS NOTICIAS**

20:10hs
**FIFA posterga resolución sobre sanción de Moisés Caicedo para el debut en el Mundial 2026**

20:04hs
**Sinner va por la historia, pero Fils amenaza con romperlo todo en Madrid**

19:22hs
**Inés Manzano oficializa su salida del Ministerio de Ambiente y Energía tras 20 meses de gestión**

18:30hs
**Noche y madrugada sangrientas: tres ataques dejan cinco muertos en el distrito Manta, Montecristi y Jaramijó**

18:19hs
**Operación "Feriado Sorpresa": Fuerzas Armadas incautan 4.5 toneladas de droga en Manabí**

*Edición impresa*



LEE LA EDICIÓN DE HOY

en 12 personas, entre ellas **Fabián Calero**, exgerente general **subrogante de CELEC y exviceministro de Energía**, quien renunció el **15 de julio** tras la controversia. Calero autorizó un presupuesto de **$97 millones** para Salitral y **$49 millones** para Quevedo, sin estudios de mercado que respaldaran los montos ni certificación presupuestaria.

Otros 11 funcionarios de CELEC, incluyendo técnicos y directivos de las centrales térmicas, están bajo escrutinio. La Contraloría identificó que el **Comité Técnico de Emergencia** de CELEC recomendó adjudicar los contratos a Progen, pese a que la empresa no cumplía con los requisitos técnicos ni legales. Además, se detectaron pagos anticipados sin garantías y la ausencia de certificados de fabricantes, lo que agravó las irregularidades.

### Reestructuración y medidas futuras

La desvinculación de los 300 funcionarios no solo responde al escándalo de Progen, sino también a un plan de **optimización administrativa**. Manzano explicó que algunas salidas buscan mejorar la **eficiencia operativa** de CELEC, una empresa clave que genera el **90% de la electricidad** del país. La ministra aseguró que los proyectos de **Salitral** y **Quevedo III** serán retomados por técnicos de CELEC, con un cronograma que apunta a diciembre de 2025 para su operatividad.

La Contraloría continúa con exámenes especiales, incluyendo uno sobre la **Central Hidroeléctrica de Catamayo**, para garantizar que no se repitan irregularidades. Mientras tanto, la Fiscalía avanza en la investigación penal, que podría derivar en sanciones por **peculado**, **tráfico de influencias** o **incumplimiento de deberes**.

El **Caso Apagón** pone a CELEC en el centro de la atención pública. La reestructuración de la empresa y las acciones legales marcarán el rumbo de la gestión energética en Ecuador, en un contexto donde la estabilidad del suministro eléctrico es crucial para el país.

---

## Más de la categoría Ecuador



ECUADOR

**Inés Manzano oficializa su salida del Ministerio de Ambiente y Energía tras 20 meses de gestión**
Por José Moreira · 19:22

ECUADOR

**Arcsa ordenó la clausura definitiva de un chifa por desacato y la presencia de ratas, en Guayaquil**
Por José Moreira · 16:26

ECUADOR

**Un hombre en silla de ruedas se sujetó a un articulado de la Metrovía para circular en Guayaquil**
Por José Moreira · 16:09

ECUADOR

**Asambleístas de la Revolución Ciudadana denuncian en Washington la suspensión temporal de su movimiento**
Por José Moreira · 15:24

ECUADOR

**Fiscalía impulsa cargos por caso "Apagón": 21 personas, entre exautoridades y funcionarios, bajo investigación por presunto peculado**
Por Kerlley Ponce Cedeño · 14:05

ECUADOR

**Ecuador implementará la "tercera placa" desde el tercer trimestre de 2026: así funcionará el nuevo sistema**
Por Kerlley Ponce Cedeño · 13:04

VER MÁS

---

## Noticias en la web

    

> Historia
> Código de Ética
> Políticas de Privacidad
> Términos y condiciones

Miembros de: AEDEP | SIP | CCREA | AER

> Derecho a Réplica
> Contáctenos
Teléfono: +593 52 933 777
redacc@lamarea.ec

> Contactos de Publicidad
> Mediakit

SOLICITAR RECTIFICACIÓN

© Derechos reservados 2026 Diario Centro. Queda prohibida la reproducción total o parcial, por cualquier medio, de todos los contenidos sin autorización expresa de EL DIARIO EDIASA S.A. | hosting, soporte y desarrollo por www.dast.cl

> Historia
> Código de Ética
> Políticas de Privacidad
> Términos y condiciones

Miembros de: AEDEP | SIP | CCREA | AER

> Derecho a Réplica
> Contáctenos
Teléfono: +593 52 933 777
redacc@lamarea.ec

> Contactos de Publicidad
> Mediakit

SOLICITAR RECTIFICACIÓN

© Derechos reservados 2026 Diario Centro. Queda prohibida la reproducción total o parcial, por cualquier medio, de todos los contenidos sin autorización expresa de EL DIARIO EDIASA S.A. | hosting, soporte y desarrollo por www.dast.cl