# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CELEC EP,

      Plaintiff,

v.

PROGEN INDUSTRIES, LLC;
GENERTEK POWER CORP.;
GENERTEK POWER INDUSTRIES,
LLC; JOHN B. MANNING; W. WADE
MANNING; ANDREW S.
WILLIAMSON; ASTROBRYXA, S.A.;
ASTROBRYXA, LLC; AP
INSPECTIONS LATINOAMERICA,
S.A.; A.P. INSPECTIONS LLC; H&S
INDUSTRY, LLC; TWO LIONS
HOLDINGS, LLC; AOT HOLDING
AG; GESTORES INMOBILIARIOS
LIGHTBLUE, S.A., and DOES 1–95,

      Defendants.

Case No. 8:25-cv-03433

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, the Ecuadorian government, through the Strategic Public Company

Electric Corporation of Ecuador ("CELEC"), represented by undersigned counsel,

submits the following Complaint against Defendants, Progen Industries, LLC;

Genertek Power Corp.; Genertek Power Industries LLC; John B. Manning; W. Wade

Manning; Andrew S. Williamson; Astrobryxa S.A.; Astrobryxa, LLC; AP

Inspections Latinoamerica S.A.; A.P. Inspections LLC; H&S Industry, LLC; Two

Lions Holdings, LLC; AOT Holdings AG; Gestores Inmobiliarios Lightblue, S.A.;

# Exhibit "A"

and Does 1–95 (collectively, "Defendants"), seeking damages and equitable relief relating to Defendants' violations of federal and state RICO, violations of the Florida Deceptive and Unfair Trade Practices Act, unjust enrichment, conversion, fraudulent money transfers, and conspiracy to cause substantial harm to CELEC.  In support, Plaintiff states as follows:

## INTRODUCTION

1.      This case involves a fraudulent scheme perpetrated against the Ecuadorian government by Defendants and their co-conspirators.  By and through that scheme, Defendants and their co-conspirators formed a criminal enterprise that leveraged a national crisis to embezzle nearly $110 million from Ecuador and its people during an era of uncommon vulnerability.

2.      Defendants' actions include forging documents, creating sham paperwork, and making numerous material misrepresentations to obtain valuable contracts from the Ecuadorian government and extract nearly $110 million. Defendants have absconded with the funds, engaging in acts of conversion and fraud, and delivering nothing of value to Ecuador.  And the money has now disappeared from Progen's bank accounts, as Progen has fraudulently transferred the funds it received from CELEC to Progen-related individuals and entities, other Defendants, Does 1-95, co-conspirators, and individuals and entities related to Progen's co-conspirators.

## PARTIES

3.    Plaintiff, Corporacion Electrica del Ecuador (CELEC), is the Strategic Public Company responsible for the generation, transmission, and distribution of electricity in Ecuador.  As a strategic public service, CELEC's operations are guided by principles of universality, accessibility, continuity, and quality.  Because its functions are paid for, in part, by financing from the Ecuadorian state and multilateral development banks, CELEC considers itself to be a steward of the public trust.

4.    Defendant Progen Industries, LLC ("Progen") was established as a Delaware Limited Liability Company and was registered to do business in Florida in 2017.  Its initial address was 4819 Musket Drive and its current address is 600 Prairie Industrial Pkwy, Mulberry, FL 33860.  On information and belief, its members are Florida residents including but not limited to Andrew S. Williamson and John B. Manning, who are also publicly listed as the President/COO and CEO of Progen, respectively.  Upon information and belief, none of its members are citizens of Ecuador.

5.    Defendant Genertek Power Corp. is a Delaware corporation and was registered to do business in Florida in 2014.  Its original name was Megawatt Power Industries, its initial address was 1935 Industrial Park Road, Mulberry FL 33860, and its principal officers were Joseph Adir, John Sams, Mohammad Ayoub, Andrew

3

S. Williamson, and John B. Manning.  In December 2014, the company changed its name to Genertek Power Corporation.  In 2015, its address changed to 600 Prairie Industrial Pkwy, Mulberry, FL 33860.

6.      Defendant Genertek Power Industries, LLC is a Florida Limited Liability Company that was formed in 2013.  At one point, it was known as JBM Technology Holdings, LLC.  Its current address is 600 Prairie Industrial Pkwy, Mulberry, FL 33860.  On information and belief, its members are Florida residents including but not limited to Andrew S. Williamson and John B. Manning, who is also publicly listed as the CEO of Progen.  Upon information and belief, none of its members are citizens of Ecuador.

7.      Upon information and belief, Defendant John B. Manning is the CEO of Defendant Progen and an officer of Defendant Genertek Power Industries.  Upon information and belief, he resides in Lakeland, Florida.

8.      Upon information and belief, Defendant W. Wade Manning is the Vice-President of Operations of Genertek Power Industries and a Vice-President of Progen.  Upon information and belief, he resides in Lakeland, Florida.

9.      Upon information and belief, Defendant Andrew S. Williamson is the President and COO of Defendant Progen and the COO of Defendant Genertek Power Industries.  Upon information and belief, he resides in Mulberry, Florida.

4

10. Defendant Astrobryxa S.A. is an Ecuadorian corporation. Its principal place of business is in Guayaquil, Ecuador. Its owners are Karla Saud Calero and Jose Walther Manrique Suarez.

11. Defendant Astrobryxa, LLC is a Delaware Limited Liability Company that was formed in February 2025 solely as an affiliate of Astrobryxa S.A. to receive payments from Progen. Its ultimate owners are Karla Saud Calero and Jose Walther Manrique Suarez.

12. Defendant AP Inspections Latinoamerica S.A. is an Ecuadorian corporation. Its principal place of business is in Ecuador.

13. Defendant A.P. Inspections LLC is a Texas Limited Liability Company. Its principal place of business is in Houston, Texas. On information and belief, its members are Texas residents.

14. Defendant H&S Industry, LLC is a Delaware Limited Liability Company that was formed in 2019. Upon information and belief, its members are Florida residents, including but not limited to Andrew S. Williamson. Upon information and belief, none of its members are citizens of Ecuador.

15. Defendant Two Lions Holdings, LLC is a Florida limited liability company that was formed in 2021. Its principal place of business is in Lakeland, Florida. Upon information and belief, its members are Florida residents, including

but not limited to Andrew S. Williamson.  Upon information and belief, none of its members are citizens of Ecuador.

16.    Defendant AOT Holding AG is a Swiss corporation.  Its principal place of business is Steinhausen, Switzerland.

17.    Defendant Gestores Inmobiliarios Lightblue, S.A. is an Ecuadorian corporation.  Its principal place of business is Guayaquil, Ecuador.  Upon information and belief, its principals include but are not limited to Karla Saud Calero and Jose Walther Manrique Suarez.

## JURISDICTION AND VENUE

18.    The United States District Court for the Middle District of Florida has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff asserts a claim under 18 U.S.C. 1962(c).  The Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different States and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

19.    This Court has subject matter jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 because these claims arise out of the same case or controversy as Plaintiff's federal law claim, as all claims in this action arise out of a common nucleus of operative facts.

20.     This Court has personal jurisdiction over Defendants Progen Industries LLC, Genertek Power Corp., Genertek Power Industries LLC, and Two Lions Holdings LLC as they are domiciled in, are registered in, and/or have their principal places of business in this District pursuant to Fla. Stat. § 48.193(1)(a) and for other independent reasons.  This Court also has personal jurisdiction over Defendants John Manning, Wade Manning and Williamson because, upon information and belief, all are domiciled in the District.   This Court has personal jurisdiction over Defendants Astrobryxa S.A., Astrobryxa LLC, AP Inspections Latinoamerica S.A.,   A.P. Inspections LLC, H&S Industry LLC, AOT Holding AG, and Gestores Inmobiliarios Lightblue, S.A. because, among other things, they conspired to and engaged in tortious conduct in and related to Florida, pursuant to Fla. Stat. § 48.193(1)(a) or otherwise engage in substantial and not isolated activity within the state.   In the alternative, the Court may exercise specific jurisdiction over each Defendant pursuant to Fla. Stat. § 48.193, 18 U.S.C. § 1965(d), Federal Rules of Civil Procedure 4(k)(1)(A), 4(k)(1)(B), or, in the alternative, 4(k)(2).

21.     Venue is proper in this Court pursuant to Title 18 U.S.C. §§ 1391(b)(2). Defendants are subject to personal jurisdiction in this Court.

**FACTS**

*The 2024 Energy Crisis and Ecuador's Desperate Need for Generators*

22.    In 2024, Ecuador experienced an energy crisis after a severe, years-long drought depleted water levels at hydroelectric plants, resulting in a lack of capacity build-up.

23.    The Ecuadorian government declared a national emergency and followed that declaration by imposing daily eight-hour blackouts. At times, fourteen-hour blackouts were common. The crisis cost the Ecuadorian economy hundreds of millions of dollars per month. Even worse, it led to increased crime, house fires, and adverse public health impacts, including heat-related illnesses and deaths.

24.    As discussed in more detail below, Defendants and their co-conspirators took advantage of this crisis to the detriment of the Plaintiff and, indeed, the Ecuadorian people.

25.    In May 2024, and in response to the crisis, the Ecuadorian government solicited bids for two terrestrial thermal generation projects, one in Quevedo, Ecuador and one in Salitral, Ecuador (the "Quevedo Contract" and the "Salitral Contract," respectively). Given the gravity of Ecuador's energy crisis, the bids for these were solicited, evaluated, and awarded on an expedited basis under emergency procedures.

8

*The May 2024 Visit to Progen's "Factory"*

26.    In May 2024, acting with (or under the name of) H&S Industry LLC, Progen invited Ecuadorian government officials to visit its "factory" in Tampa, where it had supposedly manufactured and was holding the new power generators for the Ecuadorian government.

27.    On May 16, 2024, then- Minister of Mines and Energy and another CELEC official visited Progen's offices in Tampa.  Progen falsely stated that it had manufactured the new power generators from that facility and that they were in apt condition for being delivered to CELEC.  As further discussed below, this was false. Progen had not manufactured any new power generators, nor did it ever intend to deliver new power generators to CELEC.

*The Quevedo Contract*

28.    Four bidders participated in the process to award the Quevedo Contract, including at least one U.S.-based bidder.

29.    Bids were evaluated based on technical, economic, and legal parameters, all of which emphasized the bidders' prior experience.

30.    In its July 9, 2024 bid for the Quevedo Contract, Progen represented that it had substantial relevant experience.  Specifically, Progen submitted certificates purportedly showing that it had completed two similar projects for a customer called Megawatt Power Holdings Limited (Malta) in 2018 and a third

9

similar project for a customer called Lakeland Electric, a public electric power generation company in Lakeland, Florida in 2019. *See* Exhibit "A", attached hereto and incorporated herein by this reference. As CELEC would later discover, the supposed experience with a separate company called "Megawatt Power" was false, and the Lakeland Electric certificate was a forgery.

31. Based upon Progen's representations, Plaintiff awarded the Quevedo Contract to Progen to the exclusion of other bidders. On August 2, 2024, Plaintiff and Progen signed the Quevedo Contract. *See* Exhibit "B", attached hereto and incorporated herein by this reference.

32. Under the Quevedo Contract, Progen was to install 20 power generators, each with a capacity for 2,500 KW of electric energy. Those 20 generators were to be new (*i.e.* with zero hours of prior use) and recently manufactured by Progen no later than 2023. *Id*. at § 5.1.

33. The Quevedo Contract provided for a period of 95 days from the date the contract was signed for turnkey delivery of all 20 new power generators. *Id*. at § 8. The parties amended the Quevedo Contract on January 11, 2025. Among other changes, the January 2025 amendment extended Progen's compliance deadline to March 15, 2025.

34. In furtherance of the Quevedo Contract, CELEC ultimately paid $37,790,000 to Progen through five separate international wire transfers from

January to March 2025.  All payments were made to a Progen account at Regions Bank, based in Birmingham, Alabama.  *See* Exhibit "C", attached hereto and incorporated herein by this reference.

35.    As further described below, Progen did not deliver to CELEC a single new power generator under the Quevedo Contract and overtly lied to CELEC about its purported experience in similar projects.

### The Salitral Contract

36.    Several bidders participated in the process to award the Salitral Contract.

37.    Bids were evaluated based on technical, economic, and legal parameters, all of which emphasized the bidders' prior experience.

38.    In its June 25, 2024 bid, Progen submitted certificates supposedly showing that it had substantial relevant experience.  Specifically, Progen represented that it had completed a similar project with Megawatt Power Holdings Limited (Malta) in 2018.  *See* Exhibit "D", attached hereto and incorporated herein by this reference.  These are the same "Megawatt" documents that were submitted in connection with the Quevedo Contract bid.

39.    In addition, the Salitral Contract bid documents also contain the forged Lakeland Electric certificate and contain supposed certificates issued by a company called "Discovery Silver" and PG&E, the California utility company.  *See* Exhibits

11

"D.1" and "D.2".  CELEC has now confirmed that the Discovery Silver and PG&E documents are also forgeries.

40.     Based upon Progen's representations, Plaintiff awarded the Salitral Contract to Progen to the exclusion of other bidders.  On August 2, 2024, Plaintiff and Progen signed the Salitral Contract.  *See* Exhibit "E", attached hereto and incorporated herein by this reference.

41.     Under the Salitral Contract, Progen was to install 29 power generators, each with a capacity for 3,500 KW of electric energy.  Those 29 generators were to be new (*i.e.* with zero hours of prior use) and recently manufactured by Progen no later than 2023.  *Id*. at § 5.

42.     The Salitral Contract provided for a period of 120 days from the date the contract was signed for turnkey delivery of all 29 new power generators.  *Id*. at § 8.  After Progen requested two extensions, Plaintiff extended the deadline for full compliance with the Salitral Contract until February 27, 2025.

43.     In furtherance of the Salitral Contract, CELEC paid $69,580,000 to Progen through one international wire transfer on September 30, 2024.  The payment was made to a Progen account at Regions Bank, based in Birmingham, Alabama.  *See* Exhibit "F", attached hereto and incorporated herein by this reference.

44.     As further described below, Progen did not deliver to CELEC a single new power generator under the Salitral Contract and overtly lied to CELEC about its purported experience in similar projects.

### *Power Generators*

45.     In connection with both the Salitral and Quevedo bids, Progen falsely represented the types of generators it could or would manufacture.  *First*, in its bids, Progen, with (or under the name of) H&S Industry LLC, represented that it was the exclusive manufacturer of power generators using medium-speed EMD engines, a specific type of power generation engine manufactured by Caterpillar, running on multiple fuels.  Progen made these representations through documents purportedly signed and notarized (by no other than Defendant Williamson himself) on April 20, 2024.  *See* Exhibit "G", attached hereto and incorporated herein by reference.

46.     *Second*, Progen represented that the new power generators that it had supposedly manufactured and would deliver to CELEC contained EMD engines. *See* Exhibit "H", attached hereto and incorporated herein by reference.

47.     As discussed below, these were false representations. CELEC would later learn from the authorized distributer of EMD engines that it had never had any relationship with Progen nor had any record of Progen purchasing or using EMD engines to build power generators.

13

*Progen Enlists Co-Conspirators Astrobryxa S.A. and Astrobryxa LLC*

48.    Progen enlisted Astrobryxa S.A. and Astrobryxa LLC as participants in its criminal enterprise.  Astrobryxa S.A. is a local Ecuadorian corporation that Progen retained to act as its subcontractor in installing the power generators under the Quevedo and Salitral Contracts.  Astrobryxa LLC is a Delaware limited liability company associated with Astrobryxa S.A.  As Astrobryxa S.A. has admitted, Astrobryxa LLC was formed to facilitate wire transfers and payments between Progen and Astrobryxa, S.A.  Progen paid Astrobryxa S.A. and/or Astrobryxa, LLC at least $20 million for its supposed services as subcontractor.

49.    On information and belief, Astrobryxa S.A. and Astrobryxa LLC are sham companies with no experience in projects involving power generation. Further, both Astrobryxa entities are owned or controlled in part by Karla Saud Calero, an individual who is related to Fabian Calero, CELEC's General Manager at the time of the award of the Quevedo and Salitral Contracts.  Fabian Calero has recently fled Ecuador and his whereabouts are unknown.  Progen and its principals have admitted that they knew all along that Karla Saud Calero and Fabian Calero were related.  Despite knowing of their familial relationship, Progen made substantial payments to the Astrobryxa entities and to Karla Saud Calero directly. These potential bribes are in addition to other payments that (as discovery has now revealed), Progen was making to Jose D. Trujillo, a former CELEC official.

14

50.     Astrobyrxa S.A. and Astrobryxa LLC were essential to the scheme because Progen used Astrobryxa S.A. as its Ecuadorian subcontractor while knowing that Astrobryxa S.A. was just a sham and that neither Progen nor Astrobryxa S.A. intended to deliver the power generators.  Astrobryxa LLC was similarly essential as Progen and Astrobryxa S.A. used the Delaware entity to transfer funds amongst themselves—presumably for financial and/or legal reasons, as well as to avoid detection by CELEC.

*Progen and its Co-Conspirators Procure and Repaint Old, Used, Non-Functional Generators to Pass Them Off as New*

51.     As CELEC has recently learned, Progen and its co-conspirators set out to procure used, non-functional generators with the intent to repaint them, make them look new, and ship them to CELEC.

52.     For example, Progen procured 21 of the 49 generators that it was supposed to deliver to CELEC from Apollo Electric, a small company in Texas.  The 21 generators were significantly old, previously used generators.  Progen purchased each of them at a price of $425,000.  Progen knew that those generators were useless and would not run on multiple fuels.  Exhibit M is a copy of Progen's signed purchase order through which it purchased these 21 generators.  On information and belief, the remaining 18 generators were also used and old generators purchased from other parties.

15

53.    On information and belief, Progen then had those generators repainted by a company called InterFab Services to pass them off as new. Other steps to pass them off as new included scraping pre-existing labels and affixing new labels.

54.    Those old, used, non-functional, repainted generators are the ones that Progen delivered to CELEC attempting to pass them off as new to defraud CELEC and steal nearly $110 million.

### *Progen and its Co-Conspirators Create False Records*

55.    Progen and its co-conspirators set out to create false records that Progen had successfully manufactured the power generators, and that the generators were ready to be delivered and installed. In particular, Progen and its co-conspirators caused AP Inspections Latinoamerica, S.A., a local Ecuadorian company, and its Texas affiliate, A.P. Inspections LLC, to issue false reports to fraudulently induce Plaintiff to pay Progen for work and equipment that Progen never delivered.

56.    On information and belief, AP Inspections Latinoamerica and A.P. Inspections LLC are sham companies with no real operations, let alone experience in power generators. They participated in the criminal enterprise with the rest of Defendants by issuing at least 10 sham inspection reports, causing CELEC to pay Progen nearly $110 million.

57.    AP Inspections Latinoamerica and A.P. Inspections LLC issued three reports dated September 14 and 15, 2024, falsely stating that Progen had successfully

16

manufactured the 29 new power generators under the Salitral Contract and that those generators were apt for being delivered and installed.

58. For example, the September 14 report falsely states that AP Inspections Latinoamerica and A.P. Inspections LLC inspected 21 power generators at Progen's manufacturing facility in Texas. Progen has no manufacturing facilities in Texas. The site belongs to Apollo Electric, a separate company from which Progen was purchasing significantly old, non-functional generators. The participants in the inspection included Defendant Williamson, Astrobryxa S.A.'s principal (Karla Saud Calero), A.P. Inspections LLC's principal (Ricardo A. Nunez Jr.) and AP Inspections Latinoamerica's principal (Pamela Dillon). The report concluded that "all parts looks all good, new and properly fabricated." Progen and its co-conspirators used the sham inspection reports to get Progen paid nearly $70 million. Indeed, on September 30, 2024, shortly after the issuance of the three sham reports, CELEC wired $69,580,000 to Progen in the United States.

59. As CELEC would later uncover, none of the 29 power generators under the Salitral Contract were new, let alone compliant with any of the Contract's requirements. As such, AP Inspections Latinoamerica and A.P. Inspections LLC's September 2024 reports contained demonstrably false statements.

60. Similarly, AP Inspections Latinoamerica and A.P. and Inspections LLC issued seven reports from January 15 to February 24, 2025, falsely stating that

Progen had successfully manufactured the 20 power generators under the Quevedo Contract and that those generators were apt for being delivered and installed.

61.  For example, the January 16, 2025 report falsely states that AP Inspections Latinoamerica and A.P. Inspections LLC inspected 1 power generator at a Progen manufacturing facility in Texas.  Again, Progen has no manufacturing facilities in Texas.  This site belongs to InterFab Services, a separate company that Progen was using to repaint the generators in an attempt to pass them off as new. The participants in the inspection included Defendant W. Wade Manning and A.P. Inspections LLC's principal (Ricardo A. Nunez Jr.).  The report concluded that "material inspected was 100% finished, the visual inspection was performed following all international standard protocols and visually confirming that the unit was ready. Result completed and satisfactory."  Progen and its co-conspirators used the sham inspection reports to get Progen paid nearly $40 million.  Indeed, from January 24 to March 5, 2025, shortly after the issuance of the seven sham reports, CELEC wired $37,790,000 to Progen in the United States.

62.  However, none of the 20 power generators under the Quevedo Contract were new, let alone compliant with any of the Contract's requirements.  As such, AP Inspections Latinoamerica and A.P. Inspections LLC's January and February 2025 reports contained demonstrably false statements.

18

### CELEC Uncovers the Truth

63.     During 2025, CELEC's management was replaced, and the truth began to come out.  CELEC retained an outside expert firm to inspect the power generators that Progen had imported to Ecuador and purportedly intended to install with the assistance of Astrobryxa, its local contractor.  By 2025, the majority of the power generators had been imported into Ecuador but were sitting in a warehouse; not a single one had been installed by Progen or its subcontractor Astrobyrxa.

64.     Of the 17 power generators that Progen imported into Ecuador under the Quevedo Contract (which called for 20 generators) none were new, and none had been manufactured by Progen.  Further, all of the 17 power generators were used, or defective, or entirely non-functioning and some of the equipment had been repainted to hide rust.  *See* Exhibit "I", attached hereto and incorporated herein by reference.  Of the 29 power generators under the Salitral Contract, none were new, or had been manufactured by Progen and all of them were used, defective or non-functioning.  *See* Exhibit "J", attached hereto and incorporated herein by reference.

65.     With these reports, it became clear that Progen defrauded CELEC by sending it substandard, non-operational equipment; subcontracting with Astrobryxa S.A. with knowledge that Astrobryxa S.A. would stay silent about Progen's non-performance in exchange for its $20 million; falsifying documents concerning that equipment through AP Inspections' sham reports; demanding payment from CELEC

19

for the equipment under false pretenses; and then fraudulently transferring funds received from CELEC to various entities, individuals, and co-conspirators to empty Progen's bank account and prevent recovery of the fraudulently obtained funds, all to CELEC's detriment.

### CELEC Terminates the Contracts

66.    In June 2025, CELEC terminated both the Quevedo and Salitral Contracts.  As a government entity, CELEC did so by issuing an administrative decision.  Progen never challenged the administrative decision terminating the contracts and, as such, the termination of the contracts became final.

### CELEC Finds Additional Evidence of Fraud

67.    As CELEC continued to investigate, it found additional evidence of fraud.  In particular, CELEC has found that Progen overtly lied about its purported experience when bidding for the Quevedo and Salitral Contracts, submitting these false statements through the federal wires.

68.    *First*, CELEC has uncovered that Progen submitted a forged document in its bid for the Quevedo Contract.  Specifically, on or about July 2024, Progen submitted to CELEC a document purportedly signed by Lakeland Electric, a Florida public utility company, stating that Progen had performed on a similar project for Lakeland.  That document, which purported to feature the signature of Stephen Brown (supposedly a Lakeland Electric employee), was a forgery.  In fact, Lakeland

Electric has confirmed in writing that the document is not authentic and that it has never done any business with Progen. *See* Exhibit "K", attached hereto and incorporated herein by reference.

69. *Second*, CELEC has uncovered that the other "experience" that Progen advertised was also false. Specifically, in June and July 2024, Progen submitted paperwork to CELEC in its bids for the Quevedo and the Salitral Contracts that Progen had completed three successful, arms-length projects with a customer called Megawatt Power Industries, Inc. (Malta).

70. This was a lie. Megawatt Power is not a separate entity. It is a company owned or controlled by Progen or Progen's principals. Florida corporate records reveal that a company with the same name was established in Delaware and registered to do business in Florida in 2014. In December 2014, the company changed its name to Genertek Power Corporation. In 2015, its address changed to 600 Prairie Industrial Parkway, which is Progen's address. And, further, its President is John B. Manning and its Vice-President is W. Wade Manning, who are Progen's principals.

71. Progen had no prior experience in performing projects with Megawatt Power. Megawatt Power (now Genertek Power) is simply another sham vehicle owned by Progen and Progen's principals, Defendants John B. Manning, W. Wade Manning, and Williamson.

72.     Further, the "certificates" that Progen provided purporting to have performed similar projects for "Discovery Silver" and for PG&E appear to be forgeries.  There is no indication that the projects referenced in those certificates ever happened, that the individuals from those companies that purportedly signed those certificates exist or that Progen had any involvement with those companies.

73.     *Third*, the authorized distributor for EMD engines informed the Ecuadorian government that it had no knowledge of relationship with Progen and no records of Progen purchasing, using or installing EMD engines in its power generators.  *See* Exhibit "L", attached hereto and incorporated herein by reference.  As discussed above, Progen had represented when bidding for the Salitral and Quevedo Contracts that its supposed new power generators would have EMD engines and that it was the exclusive manufacturer of a specific type of EMD-based power generator.

### *Progen Funnels The Funds Out of Its Bank Account and Transfers The Funds to Others In Order to Prevent Recovery by CELEC*

74.     Progen has emptied its bank account at Regions Bank—which, as discussed, is the account in which Progen received payments from CELEC for the Salitral and Quevedo Contracts—funneling the funds it received from CELEC to (and for the benefit of) individuals and entities related to Progen as well as its co-conspirators.  The funneling of funds to others reveals a systematic pattern of transfers designed to dissipate CELEC's funds and render Progen judgment-proof.

75.     Progen established the Regions Bank account at the bank's South Lakeland branch in June 2024 and immediately provided that account number to CELEC as the specifically designated account to receive payments from CELEC. At the time of CELEC's first payment that account had no significant funds.  And now, it has been entirely depleted.  As such, that account was established exclusively to perpetrate fraud against CELEC.  From September 30, 2024 (the date of the first payment from CELEC to Progen) to the present, Progen has transferred millions of dollars to individuals and entities related to Progen as well its co-conspirators, including W. Wade Manning, Andrew Williamson, John Manning, Genertek Power Industries, LLC, H&S Industry LLC, Two Lions Holding LLC, AOT Holding AG, Astrobryxa S.A., Astrobryxa, LLC, Karla Saud Calero, Jose Walther Manrique Suarez, and Gestores Inmobiliarios Lightblue, S.A. (among others).

76.     Upon information and belief, the transfers made by Progen were for no legitimate business purpose and/or to perpetrate fraud against CELEC.

77.     Additionally, the transfers were made with CELEC's funds.  For example, over $10 million was sent to AOT Holding AG just two days after CELEC sent Progen $69,580,000 as payment for the Salitral Contract.  Similarly, $4 million was transferred by Progen to H&S Industry LLC only a week after CELEC sent Progen the payment for the Salitral Contract.  As another example, Two Lions Holding LLC received over $2 million from Progen between December 2024 and

June 2025, which coincides with payments from CELEC to Progen for the Quevedo Contract. These are just three instances among many in which Progen sent entities and individuals related to Progen and its co-conspirators substantial funds shortly after receiving payment from CELEC under the contracts.

78. Upon information and belief, Progen has made numerous additional transfers to vendors, individuals, and entities, including but not limited to MyBox Inc, Inter Fab Services, Apollo Electric and many others, all of which appear to have been made for no legitimate business purpose and/or to assist in perpetrating the fraud against CELEC.

79. The shared characteristic between all of Progen's transfers is that they were made shortly after receiving funds from CELEC and were made for no apparent legitimate business purpose.

80. Upon information and belief, Progen's account balance remained artificially low even as hundreds of millions of dollars passed through the account. This was achieved through a pattern of immediately disbursing funds received from CELEC to the individuals and entities identified above.

81. By July and August 2025, Progen's account had gone into overdraft, confirming that the account had been systematically drained.

82. Upon information and belief, Progen's account at Regions Bank is now empty.

## COUNT I
## Violations of RICO, 18 U.S.C. § 1962(c)
**(Defendants Progen Industries LLC, Genertek Power Corp., Genertek Power Industries LLC, John Manning, W. Wade Manning, Andrew S. Williamson, Astrobryxa, S.A., Astrobryxa LLC, AP Inspections Latinoamerica S.A., and A.P. Inspections LLC)**

83. Plaintiff repeats and incorporates paragraphs 1–82 as if set forth herein.

84. The Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961 et seq., provides a civil cause of action for "any person injured in his business or property by reason of a violation of" the RICO statute. Plaintiff is a person within the meaning of 18 U.S.C. § 1962(c).

### *The RICO Enterprise*

85. The RICO enterprise is comprised of Defendants Progen, Genertek Power Corp, Genertek Power Industries, John B. Manning, W. Wade Manning, Andrew S. Williamson, Astrobryxa, S.A., Astrobryxa LLC, AP Inspections Latinoamerica, S.A., A.P. Inspections LLC, and other entities and individuals still to be identified.

86. At all relevant times, the enterprise was engaged in, and its activities affected, interstate and foreign commerce within the meaning of 18 U.S.C. § 1962(c) because, *inter alia*, Defendants' predicate acts of mail and wire fraud were committed in the United States and were directed at enriching Defendants in the United States and elsewhere.

25

*The Pattern of Racketeering Activity*

87.    Defendants conducted and managed the operation of the enterprise's affairs through a "pattern of racketeering activity" within the meaning of 18 U.S.C. § 1961(5) and in violation of 18 U.S.C. § 1962(c) as follows:

Multiple Instances of Mail and Wire Fraud in Violation of 18 U.S.C. §§1341, 1343

88.    At all times relevant to this Complaint, Defendants were engaged in interstate and foreign commerce in an industry that affects interstate and foreign commerce.

89.    Defendants used interstate and foreign wires to further their scheme to defraud Plaintiff in order to enrich themselves, including through multiple uses of the federal wires since as early as April 2024 through the present.

90.    The mail and wire fraud acts included:

(i)    issuing two false "certificates" signed and notarized by Defendant Williamson on April 20, 2024 falsely asserting that Progen was the exclusive manufacturer of a special type of EMD-based power generators running on multiple fuels;

(ii)    inviting and hosting Ecuadorian government officials in Progen's supposed "factory" in Tampa in May 2024 where Progen falsely represented it had manufactured new power generators from that

26

location and that those power generators were being held in that facility and were apt for delivery to CELEC upon signing the contracts;

(iii)  electronically and physically submitting from the United States and into Ecuador to CELEC the June 2024 offer for the Salitral Contract falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

(iv)  electronically and physically submitting from the United States and into Ecuador to CELEC the July 2024 offer for the Quevedo Contract by

a.  falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

b.  forging a document showing performance in a similar project for Lakeland Electric; and

c.  on information and belief, forging additional documents showing performance in supposed similar projects for "Discovery Silver" and PG&E;

(v)    electronically and physically from the United States and into Ecuador to CELEC documents falsely indicating that Progen's supposed new power generators would contain EMD engines when in fact no EMD engines were ever sold to Progen;

(vi)    coordinating and causing the delivery to CELEC of at least ten sham inspection reports by AP Inspections Latinoamericana and A.P. Inspections LLC falsely stating that Progen had manufactured new generators, which complied with the contract when in fact the generators were refurbished equipment of little value;

(vii)    causing CELEC to wire to Progen's U.S. bank account at Regions Bank nearly $110 million through several international wire transfers;

(viii)    transferring $20 million of CELEC's funds to Astrobyxa S.A. and Astrobyxa LLC for their services as supposed subcontractor when in fact the Astrobryxa entities provided no services because no new or suitable power generators were ever installed; and

(ix)    retaining and/or using CELEC's funds for other purposes including payments to other members of the enterprise.

91.    This improper use of the federal wires was necessary to the Defendants' scheme and was the direct and proximate cause of Plaintiff's injuries. In short, each

of these mailings a necessary part of the scheme to defraud Plaintiff to its detriment, in violation of 18 U.S.C. § 1343.

### *Domestic Injury*

92.    As a result of this pattern of racketeering activity, Plaintiff has suffered economic harms in the United States. Critically, Defendants' actions satisfy many of the criteria courts consider relevant to domestic injury, including that (i) many of the activities giving rise to this dispute occurred in or have a nexus to the United States; (ii) Plaintiff suffered injuries in the United States because Defendants' wire fraud deprived Plaintiff of the opportunity to contract with reputable bidders (including at least one U.S.-based bidder) who would have completed the Quevedo and Salitral Contracts; (iii) the United States is the location from which Defendants directed their conduct; and (iv) Defendants received the benefit of their misconduct through domestic bank accounts located in Birmingham, Alabama.

93.    ***The location of activities giving rise to the underlying dispute***. Defendants directed emails and other correspondence from servers located in the United States in furtherance of their scheme to defraud Plaintiff. This includes (i) their offers to CELEC falsely describing Progen's prior experience; (ii) the falsified inspection report; and (iii) the demands for payment that stated, falsely, that the equipment and services had been delivered. These domestic actions were the direct and proximate cause of Plaintiff's injuries.

29

94.    ***Target of Defendants' Conduct***.    Furthermore, Defendants misrepresentations centered on and affected U.S.-based commerce. These misrepresentations include misstating Defendant Progen's business activities in and with the City of Lakeland, located within the United States and the Middle District of Florida and by forging the signature of Stephen Brown who, upon information and belief, is a United States citizen and resident of the Middle District of Florida. It also includes depriving at least one other U.S.-based bidder of the opportunity to perform the Quevedo and Salitral Contracts.

95.    ***The Location of Plaintiff's Injury***. Defendants' scheme harmed Plaintiff's prospective business relationships in the United States, depriving it of the ability to work with qualified U.S.-based bidders who would have actually performed the Quevedo and Salitral Contracts. Additionally, Defendants' fraudulent misrepresentations during the bid process meant that other qualified bidders (including at least one U.S.-based bidder) were passed over for the Quevedo and Salitral Contracts.  Those qualified, U.S.-based bidders thus experienced their own domestic injuries.

96.    Plaintiff has also had to expend resources to investigate the extent of Defendants' wrongdoing and to redress the harms Defendants inflicted, and has had to retain counsel in the United States.

WHEREFORE, Plaintiff demands judgment for damages, including actual losses, consequential damages, lost profits, treble damages, pre- and post-judgment interest, Plaintiff's costs and attorneys' fees, and such other relief as may be just and necessary under the circumstances.

## COUNT II
### Violations of the Florida RICO Act, Fla. Stat. 895.03
**(Defendants Progen Industries LLC, Genertek Power Corp., Genertek Power Industries LLC, John Manning, W. Wade Manning, Andrew S. Williamson, Astrobryxa, S.A., Astrobryxa LLC, AP Inspections Latinoamerica S.A., and A.P. Inspections LLC)**

97.    Plaintiff repeats and incorporates paragraphs 1–82 as if set forth herein.

98.    Florida Statute 895.03(1) provides a civil remedy against "any person who has with criminal intent received any proceeds derived, directly or indirectly, from a pattern of racketeering activity."

99.    By and through their scheme, Defendants acted with criminal intent to fraudulently receive proceeds through a pattern of wire fraud.

100.    The mail and wire fraud acts included:

(i)    issuing two false "certificates" signed and notarized by Defendant Williamson on April 20, 2024 falsely asserting that Progen was the exclusive manufacturer of a special type of EMD-based power generators running on multiple fuels;

(ii)    inviting and hosting Ecuadorian government officials in Progen's supposed "factory" in Tampa in May 2024 where Progen falsely

31

represented it had manufactured new power generators from that location and that those power generators were being held in that facility and were apt for delivery to CELEC upon signing the contracts;

(iii)  electronically and physically submitting from the United States and into Ecuador to CELEC the June 2024 offer for the Salitral Contract falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

(iv)  electronically and physically submitting from the United States and into Ecuador to CELEC the July 2024 offer for the Quevedo Contract by

a.  falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

b.  forging a document showing performance in a similar project for Lakeland Electric; and

32

    c.     on information and belief, forging additional documents showing performance in supposed similar projects for "Discovery Silver" and PG&E;

(v)    electronically and physically from the United States and into Ecuador to CELEC documents falsely indicating that Progen's supposed new power generators would contain EMD engines when in fact no EMD engines were ever sold to Progen;

(vi)    coordinating and causing the delivery to CELEC of at least ten sham inspection reports by AP Inspections Latinoamericana and A.P. Inspections LLC falsely stating that Progen had manufactured new generators, which complied with the contract when in fact the generators were refurbished equipment of little value;

(vii)    causing CELEC to wire to Progen's U.S. bank account at Regions Bank nearly $110 million through several international wire transfers;

(viii)    transferring $20 million of CELEC's funds to Astrobyxa S.A. and Astrobryxa LLC for their services as supposed subcontractor when in fact the Astrobryxa entities provided no services because no new or suitable power generators were ever installed; and

(ix)    retaining and/or using CELEC's funds for other purposes including payments to other members of the enterprise.

101. The course of Defendants' conduct described above constitutes violations of Fla. Stat. 895.03(1) in that the Defendants engaged in a pattern of wrongful conduct involving multiple acts of wire fraud with criminal intent to receive proceeds derived, directly or indirectly, from that pattern of activity.

102. The racketeering activity alleged herein includes multiple predicate offenses of federal wire fraud and offenses under Fla. Stat. 817.034.

WHEREFORE, Plaintiff demands judgment for damages, including actual losses, consequential damages, lost profits, treble damages, pre- and post-judgment interest, Plaintiff's costs and attorneys' fees, and such other relief as may be just and necessary under the circumstances.

### COUNT III
### Violations of the Florida Unfair and Deceptive Trade Practices Act
### (FDUTPA)
**(Defendants Progen Industries LLC, Genertek Power Corp., Genertek Power Industries LLC, John Manning, W. Wade Manning, Andrew S. Williamson, Astrobryxa, S.A., Astrobryxa LLC, AP Inspections Latinoamerica S.A., and A.P. Inspections LLC)**

103. Plaintiff repeats and incorporates paragraphs 1–82 as if set forth herein.

104. The Florida Deceptive and Unfair Trade Practices Act prohibits "unfair methods of competition," "unconscionable acts or practices," and "unfair and deceptive acts or practices in the conduct of any trade or commerce." *See* Fla. Stat. § 501.204.

34

105.    The unfair methods of competition, unconscionable acts and practices, and unfair or deceptive actions Defendants engaged in include:

(i)    inviting and hosting Ecuadorian government officials in Progen's supposed "factory" in Tampa in May 2024 where Progen falsely represented it had manufactured new power generators from that location and that those power generators were being held in that facility and were apt for delivery to CELEC upon signing the contracts;

(ii)    electronically and physically submitting from the United States and into Ecuador to CELEC the June 2024 offer for the Salitral Contract falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

(iii)    electronically and physically submitting from the United States and into Ecuador to CELEC the July 2024 offer for the Quevedo Contract by

a.    falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

35

b.  forging a document showing performance in a similar project for Lakeland Electric; and

c.  on information and belief, forging additional documents showing performance in supposed similar projects for "Discovery Silver" and PG&E;

(iv)  electronically and physically from the United States and into Ecuador to CELEC documents falsely indicating that Progen's supposed new power generators would contain EMD engines when in fact no EMD engines were ever sold to Progen;

(v)  coordinating and causing the delivery to CELEC of at least ten sham inspection reports by AP Inspections Latinoamericana and A.P. Inspections LLC falsely stating that Progen had manufactured new generators, which complied with the contract when in fact the generators were refurbished equipment of little value;

(vi)  causing CELEC to wire to Progen's U.S. bank account at Regions Bank nearly $110 million through several international wire transfers;

(vii)  transferring $20 million of CELEC's funds to Astrobyxa S.A. and Astrobryxa LLC for their services as supposed subcontractor when in fact the Astrobryxa entities provided no services because no new or suitable power generators were ever installed; and

(viii)  retaining and/or using CELEC's funds for other purposes including payments to other members of the enterprise.

106.  These acts are prohibited under the FDUTPA because, *inter alia*, they (i) misrepresented Progen's prior experience through falsified wire transmissions and forged documents; (ii) were intended to mislead Plaintiff into believing that the equipment and services were both provided and met the specifications called for in the Quevedo and Salitral Contracts; (iii) did reasonably mislead Plaintiff into assuming that Progen was both experienced and delivered equipment and services that satisfied the Quevedo and Salitral Contracts; and (iv) the relied-upon misrepresentations were material.

107.  As a direct and proximate result of Defendants' violations of the FDUTPA, Plaintiff has suffered economic losses.

WHEREFORE, Plaintiff demands judgment for damages, including Plaintiff's actual damages, pre- and post-judgment interest, Plaintiff's costs and attorneys' fees, and such other relief as may be just and necessary under the circumstances.

## COUNT IV
### Conversion
**(Defendants Progen Industries LLC, Genertek Power Corp., Genertek Power Industries LLC, John Manning, W. Wade Manning, Andrew S. Williamson, Astrobryxa, S.A., Astrobryxa LLC, AP Inspections Latinoamerica S.A., and A.P. Inspections LLC)**

108.  Plaintiff repeats and incorporates paragraphs 1–82 as if set forth herein.

109. Defendants wrongfully and intentionally transferred and/or removed funds that were not earned by Defendants, but that were instead a result of at least the following material misrepresentations:

(i) electronically and physically submitting from the United States and into Ecuador to CELEC the June 2024 offer for the Salitral Contract falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

(ii) electronically and physically submitting from the United States and into Ecuador to CELEC the July 2024 offer for the Quevedo Contract by

a. falsely stating that Progen had performed on a similar project with a third-party customer, when in fact both Progen and its supposed customer, Megawatt (now Genertek), are owned and controlled by Progen's principals, including John B. Manning and W. Wade Manning;

b. forging a document showing performance in a similar project for Lakeland Electric; and

     c.     on information and belief, forging additional documents showing performance in supposed similar projects for "Discovery Silver" and PG&E;

(iii)    coordinating and causing the delivery to CELEC of at least ten sham inspection reports by AP Inspections Latinoamericana and A.P. Inspections LLC falsely stating that Progen had manufactured new generators, which complied with the contract when in fact the generators were refurbished equipment of little value;

(iv)    causing CELEC to wire to Progen's U.S. bank account at Regions Bank nearly $110 million through several international wire transfers;

(v)    transferring $20 million of CELEC's funds to Astrobyxa S.A. and Astrobryxa LLC for their services as supposed subcontractor when in fact the Astrobryxa entities provided no services because no new or suitable power generators were ever installed; and

(vi)    retaining and/or using CELEC's funds for other purposes including payments to Defendants or their co-conspirators.

110. Plaintiff has a legitimate property interest in funds transferred to Defendants as a result of fraudulent documentation, including the documentation identified above.

39

111. By engaging in the conduct averred herein, Defendants converted property rightfully belonging to Plaintiff that was not otherwise earned or owed to them, damaging Plaintiff as a result.

112. Defendants' conduct was, and remains inconsistent with, and in denial of, Plaintiffs' rights to this property.

WHEREFORE, Plaintiff demands judgment for damages, including actual losses, consequential damages, lost profits, pre- and post-judgment interest, Plaintiff's costs, attorneys' fees if available, and such other relief as may be just and necessary under the circumstances.

<u>**COUNT V**</u>
<u>**Constructive Trust**</u>
**(Defendant Progen Industries LLC)**

113. Plaintiff repeats and incorporates paragraphs 1–82 as if set forth herein.

114. Plaintiff seeks the imposition of a constructive trust on Progen's assets and bank accounts, including Progen's bank account located at Regions Bank at which CELEC delivered nearly $110 million.

115. Progen made false promises, including providing CELEC forged documents. Relying on Progen's misrepresentations, CELEC wired nearly $110 million into Progen's bank account. CELEC relied upon Progen but Progen never intended to and never actually delivered any new or functional power generators to CELEC.  Progen cannot and should not be allowed to retain its ill-gotten proceeds.

40

## COUNT VI
## Fraudulent Transfer
**(Defendants Progen Industries LLC; John B. Manning; W. Wade Manning; Andrew S. Williamson; Genertek Power Industries, LLC; Astrobryxa, S.A.; Astrobryxa, LLC; Two Lions Holdings, LLC; AOT Holding AG; H&S Industry, LLC; and Gestores Inmobiliarios Lightblue, S.A.)**

116. Plaintiff repeats and incorporates paragraphs 1–82 as if set forth herein.

117. Plaintiff seeks recovery against certain Defendants pursuant to Florida's Uniform Fraudulent Transfer Act, Fla. Stat. §§ 726.101 et seq.

118. At all times material hereto, CELEC was and remains a creditor of Progen, holding a claim against Progen arising from Progen's fraudulent procurement of the Quevedo and Salitral Contracts and its failure to perform thereunder. CELEC's claim arose no later than August 2, 2024, when the Quevedo and Salitral Contracts were executed, and was further fixed upon CELEC's first payment to Progen under the contracts, which was sent on September 30, 2024.

119. Progen is a debtor of CELEC, as it is liable on CELEC's claim.

*Actual Fraudulent Transfers*
(Fla. Stat. § 726.105(1)(a))

120. After receiving funds from CELEC under the contracts—funds which Progen was not entitled to retain because it had fraudulently induced CELEC to pay them—Progen transferred those funds, *inter alia*, to John B. Manning; W. Wade Manning; Andrew S. Williamson; Genertek Power Industries, LLC; Astrobryxa, S.A.; Astrobryxa, LLC; Two Lions Holdings, LLC; AOT Holding AG; H&S

Industry, LLC; and Gestores Inmobiliarios Lightblue, S.A. (collectively, the "Transferee Defendants"), with actual intent to hinder, delay, or defraud CELEC as a creditor.

121. The following circumstances, individually and collectively, evidence Progen's actual intent to hinder, delay, or defraud CELEC:

a. **Transfers to Insiders.**  Many of the transfers identified herein were made to insiders of Progen within the meaning of Fla. Stat. § 726.102(8), including: John B. Manning, Progen's CEO and relative of W. Wade Manning; W. Wade Manning, Progen's Vice-President of Operations and relative of John B. Manning; Andrew S. Williamson, Progen's President and COO; Two Lions Holdings, LLC, upon information and belief an entity owned or controlled by Andrew S. Williamson; Genertek Power Industries, LLC, an entity owned and controlled by Progen's principals John B. Manning and W. Wade Manning (who are related); and H&S Industry, LLC, upon information and belief an entity owned or controlled by Andrew S. Williamson.

b. **Debtor Retained Possession**.  As many transfers were made to Progen's principals—the Mannings and Williamson, as well as their related entities (Genertek Industries, H&S Industry LLC, and Two Lions Holdings LLC)—Progen constructively remained in possession

42

of CELEC's funds, albeit in the names of other individuals and entities, some of which, upon information and belief, are fictious and/or were created to funnel funds away from Progen (and out of CELEC's reach).

c. **Timing of Transfers.**  The transfers were made shortly after Progen received funds from CELEC, demonstrating that Progen was systematically stripping its assets to prevent CELEC from recovering its funds.

d. **Artificial Account Balance.**  Despite receiving approximately $110 million from CELEC, Progen's Regions Bank account balance artificially maintained a low balance month-to-month.  This is direct evidence that Progen was systematically disbursing funds as soon as they were received, with the intent of keeping those funds beyond CELEC's future reach.  And it is evidence that the transfers were a substantial portion of Progen's assets.

e. **Insolvency / Depletion of All Assets**.  By July and August 2025, Progen's Regions Bank account had gone into overdraft, confirming that Progen had depleted substantially all of its assets, leaving it unable to satisfy CELEC's claim.

f. **Concealment.**  Progen actively concealed the nature and extent of its transfers from CELEC.  And, upon information and belief, some

entities are either fictious or were sent payments solely to keep the funds out of CELEC's reach.

g. **Prior Proceedings.** Upon information and belief, at the time some transfers were made, Progen was aware that CELEC had discovered the fraud and that litigation was imminent or had commenced. Specifically, Progen was aware by no later than mid-2025 that CELEC had terminated the Quevedo and Salitral Contracts and was pursuing legal remedies.

h. **Lack of Reasonably Equivalent Value.** Upon information and belief, many of the transfers identified herein were made without Progen receiving reasonably equivalent value in exchange.

122. The Transferee Defendants were aware, or reasonably should have been aware, that Progen was indebted to CELEC and that the transfers were made with intent to hinder, delay, or defraud CELEC. Specifically:

a. John B. Manning, W. Wade Manning, and Andrew S. Williamson were the principals and officers of Progen who orchestrated the fraudulent scheme described herein and had direct, personal knowledge of all aspects of the fraud.

44

b. Two Lions Holdings, LLC and H&S Industry, LLC are entities owned or controlled by Andrew S. Williamson, who had direct, personal knowledge of all aspects of the fraud.

c. Genertek Power Industries, LLC is an entity owned and controlled by John B. Manning and W. Wade Manning, who had direct, personal knowledge of all aspects of the fraud.

d. Astrobryxa S.A. and Astrobryxa LLC participated directly in the fraudulent scheme described herein, including by serving as Progen's sham subcontractor, and were therefore aware of Progen's obligations to CELEC and of the fraud.

e. AOT Holding AG received over $10 million from Progen just two days after CELEC wired $69,580,000 to Progen. This money was wired to Switzerland, a known tax haven outside of creditors' reach. Given the magnitude and immediacy of this transfer, AOT Holding AG knew or reasonably should have known that the funds originated from CELEC and were transferred to AOT Holding AG to place them beyond CELEC's reach.

f. Gestores Inmobiliarios Lightblue, S.A., upon information and belief, is an entity ultimately owned or controlled by Jose Walther Manrique Suarez and/or Karla Saud Calero, who own Astrobryxa S.A. (and,

45

ultimately, Astrobryxa LLC), and who participated in the fraudulent scheme described herein. Gestores Inmobiliarios therefore knew or reasonably should have known that the funds transferred to it by Progen originated from CELEC and were fraudulently obtained.

### Constructive Fraudulent Transfers
### (Fla. Stat. §§ 726.105(1)(b) and 726.106)

123. In the alternative, and without waiving the foregoing, the transfers described herein constitute constructive fraudulent transfers under Fla. Stat. §§ 726.105(1)(b) and 726.106(1) because:

a. Progen did not receive reasonably equivalent value in exchange for the transfers to the Transferee Defendants.

b. At the time of the transfers, Progen was insolvent or became insolvent as a result of the transfers, within the meaning of Fla. Stat. § 726.103, because Progen's liabilities to CELEC exceeded its assets. Alternatively, Progen intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as they became due, given that it had accepted nearly $110 million from CELEC for power generators that it had no ability and no intention of delivering.

c. Additionally, the transfers to John B. Manning, W. Wade Manning, Andrew S. Williamson, Two Lions Holdings LLC, H&S Industry LLC,

46

and Genertek Power Industries LLC (the "Insider Transferees")

constitute constructive fraudulent transfers under Fla. Stat.

§ 726.106(2) because:

i. CELEC's claim arose before these transfers were made;

ii. the transfers were made to insiders of Progen for antecedent debts or for no value;

iii. Progen was insolvent at the time of the transfers, as it had incurred an obligation to CELEC of approximately $110 million that it had no ability to satisfy; and

iv. the Insider Transferees had reasonable cause to believe that Progen was insolvent at the time of the transfers, given their direct involvement in Progen's operations and their personal knowledge of Progen's fraud.

124. As a direct and proximate result of the foregoing actual (and, in the alternative, constructive) fraudulent transfers, CELEC has been damaged in an amount equal to the value of the assets transferred, up to the full amount of CELEC's claim against Progen (approximately $110 million).

WHEREFORE, Plaintiff respectfully requests that this Court temporarily and permanently enjoin Defendants and Transferee Defendants from any further dissipation of funds or assets and enter judgment in its favor and against Defendants

(both Progen as the debtor and the Transferee Defendants) for avoidance of the fraudulent transfers described herein to the extent necessary to satisfy CELEC's claim, and award damages, interest, costs, and such other legal and/or equitable relief that may be just or necessary under the circumstances.

## **Jury Demand**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated:  May 6, 2026

By: /s/ *Courtney M. Keller*
(*Lead Counsel*)
Courtney M. Keller, Esquire
Florida Bar No. 28668
Meredith P. Yates, Esquire
Florida Bar No. 1058373

**GREENBERG TRAURIG, P.A.**

450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email:    kellerc@gtlaw.com
                Meredith.yates@gtlaw.com
                Nef-iws@gtlaw.com
                ORLLitDock@gtlaw.com

Daniel Pulecio-Boek
(admitted *pro hac vice*)
Michael A. Pusateri
(admitted *pro hac vice* forthcoming)
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
T: 202.331.3117
pulecioboekd@gtlaw.com
pusaterim@gtlaw.com
*Counsel for Plaintiff*

# Exhibit A



October 24, 2019

## CERTIFICATE

This Service Delivery Certificate Order No. LE-0018-19 in favor of **PROGEN INDUSTRIES LLC** is issued for the implementation of a 55 MW shore power solution, including design, construction, installation, commissioning, start-up, and technical assistance. The service order detailed below must be completed within the time frame established.

| DESCRIPTION | PERIOD | AMOUNT |
|---|---|---|
| Turnkey EPC services for the supply and installation of a 55 MW base load power plant in Lakeland Electric Utility Power Plant Project to supply power to the local utility company; packaged (20) MPU 2500/2750 power modules and delivered and installed and storage. | 6 months | $ 52,500,000.00 |

**Detail of works performed:**
- Implement the stationary terrestrial electric power solution according to the technical studies presented, designed and adapted for intensive operation.
- Design, build the civil works required to install the generator sets and all auxiliary equipment.
- Supply, mobilize, install, install, test, put into operation and provide support in the area of operation.

I certify that this is true and accurate for the purposes of the relevant legislation.

Sincerely,

**Stephen Brown**
**Technical Representative**
**LAKELAND ELECTRIC**

WILLIAMSO
N ANDREW
SCOOT

Firmado digitalmente por WILLIAMSON ANDREW SCOOT
Fecha: 2024.07.09 06:35:46 -05'00'

Lakeland Electric
501 East Lemon Street
Lakeland, FL
Fono: +1 863-834-9535
e-mail: customerservice@lakelandelectric.com

# Exhibit B

# Original

00000 1



**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**Procedimiento de Régimen Especial de Emergencia Nro. EM-CELECEP-2024-
04312**

**EMPRESA PÚBLICA ESTRATÉGICA
CORPORACIÓN ELÉCTRICA DEL ECUADOR UNIDAD DE NEGOCIO CELEC EP
TERMOPICHINCHA**

**CONTRATO EMERGENTE Nro. TPI-CON-0067-24 / "Contratación en el
Extranjero"**

**"CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO"**

**COMPARECIENTES.-**

Comparecen a la celebración del presente Contrato, la Empresa Pública Estratégica CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP Unidad de Negocio TERMOPICHINCHA, legalmente representada por el Ing. Byron Fernando Orozco Moreno, en su calidad de Gerente, Encargado, de la Unidad de Negocio Termopichincha, facultado a través de Poder Especial de 20 de junio de 2024, otorgado por el Dr. Fabián Mauricio Calero Freire en su calidad de Gerente General Subrogante y como tal Representante Legal de la Empresa Publica Estratégica Corporación Eléctrica del Ecuador CELEC EP, en la Notaria Segunda del cantón Quito, ante la Dra. Paola Sofía Delgado Loor; como también a través de la delegación emitida mediante Resolución Nro. CEL-RES-2024-0114 del 25 de junio de 2024, a quien en adelante y para efectos del presente Contrato se le denominará como "CELEC EP, Unidad de Negocio Termopichincha", o "Contratante"; y, Andrew S. Williamson en calidad de Representante Legal de la Compañía **PROGEN INDUSTRIES LLC.**, con identificación M17000002840 de nacionalidad norteamericana a quien en adelante para efectos del presente contrato se le denominará como "Contratista", o "ProGen".

**Cláusula Primera. – ANTECEDENTES:**

1.1 CELEC EP, es una empresa pública encargada de la generación de energia a nivel nacional, la cual cuenta con autonomía presupuestaría, financiera, administrativa y de gestión, dentro de su objeto social se establece que la empresa podrá realizar toda clase de acuerdos, convenios, actos o contratos administrativos, civiles, financieros, mercantiles, comerciales, laborales, industriales, de propiedad intelectual o de servicios, debiendo sujetarse a las normas jurídicas especificas que regulen estos actos jurídicos.

1.2 La contratación requerida se encuentra prevista en los artículos 57, 57.1 y 57.2 de la Ley Orgánica del Sistema Nacional de Contratación Pública en concordancia con los artículos 236, 237, 238 y 240 de su Reglamento General, que prevé la contratación en situaciones de emergencia y el procedimiento de importación de bienes para adquisición en el extranjero.

1







**CELEC EP**
Corporación Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA



**REPUBLICA
DEL ECUADOR**

Corporación Electrica del Ecuador · CELEC EP
Unidad Operativa Termopichincha

1.3 Mediante oficio Nro. CENACE-CENACE-2024-0036-O de 19 de enero de 2024, el Operador Nacional de Electricidad remitió el "ANÁLISIS DE SUFICIENCIA EN EL MEDIANO PLAZO PARA EL ABASTECIMIENTO DE ELECTRICIDAD DURANTE EL SIGUIENTE ESTIAJE (2024-2025)", en el que, como parte fundamental del informe, CENACE concluye que: *"[...] para cubrir el criterio de suficiencia del Plan Maestro de Electricidad (limite del 10% con el escenario de 90% de probabilidad de excedencia), es necesario el ingreso adicional de 475 MW de generación con al menos el 85% de factor de planta, para el inicio del estiaje 2024-2025 (mes de septiembre 2024). Para ello, se recomienda la utilización de combustibles fuel oil 6, cuya disponibilidad ha sido informada por EP PETROECUADOR Adicionalmente, es importante destacar que, los 475 MW no cubren retrasos de los proyectos informados en el Plan de Expansión Por último, el ingreso adicional de generación permitirá viabilizar los requerimientos de mantenimientos ya que, por la capacidad de generación restringida, no han podido ser programados"*

1.4 El Ministerio de Energía y Minas - MEM, considerando lo definido por el Operador Nacional de Electricidad en Oficio Nro. CENACE-CENACE-2024-0036-O y de acuerdo a lo establecido en la Disposición General Novena del Reglamento a la Ley de Orgánica de Competitividad Energética, mediante Oficio Nro. MEM-MEM-2024-0403-OF de 12 de marzo de 2024, dispone a CELEC EP, con carácter de URGENTE, lo siguiente *"( ) Articular e implementar, en el ámbito de sus competencias, los mecanismos necesarios para la contratación y/o implementación, para incorporar la generación establecida por el CENACE en el Oficio Nro. CENACE-CENACE-2024-0036-O de 19 de enero de 2024, en el que incluyó el "ANÁLISIS DE SUFICIENCIA EN EL MEDIANO PLAZO PARA EL ABASTECIMIENTO DE ELECTRICIDAD DURANTE EL SIGUIENTE ESTIAJE (2024-2025)".* Para tal efecto, remitirá el respectivo informe, a través del cual se efectúe el análisis situacional correspondiente; así como, se establezca la solución técnica y legalmente viable que a criterio de CELEC EP, permita solventar la necesidad de abastecimiento de la demanda.

1.5 El Operador Nacional de Electricidad, CENACE, en su calidad de orgánico técnico adscrito al Ministerio rector de energía y electricidad, conforme lo establece el artículo 20 de la Ley Orgánica del Servicio Público de Energía Eléctrica, emitió el Oficio Nro. CENACE-CENACE-2024-0332-O de 15 de abril de 2024, en el que señaló: *"(...) Luego de la evaluación de la situación crítica presente para el abastecimiento de la demanda de electricidad del país, contenida en el informe de sustento adjunto, conforme lo referido en el artículo 14 de la Regulación 004/20 Codificada; y, considerando que las reservas energéticas almacenadas en los embalses se encuentran en descenso y en valores muy próximos a los mínimos requeridos para mantener la continuidad del servicio eléctrico, CENACE, determina que: En aplicación a lo dispuesto en el numeral 3.2. de la Regulación Nro. CONELEC 001/05, notifica el inicio del PERIODO DE RACIONAMIENTO" en el sistema eléctrico ecuatoriano, cuya medida entra en vigencia a partir del 16 de abril de 2024, para lo cual es indispensable la aplicación y cumplimiento del" Plan de Contingencia" vigente por parte de los Participantes Mayoristas del Sector Eléctrico".*

1.6 Mediante Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM de 16 de abril de 2024, el Ministro de Energía y Minas, Encargado dispuso: *"Artículo 1.- De conformidad con el art. 57 de la Ley Orgánica del Sistema Nacional de*

2



00000 2



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

*Contratación Pública, se declara la emergencia del sector eléctrico nacional, con la finalidad de salvaguardar la continuidad del servicio público de energía eléctrica. Esta emergencia es concreta, inmediata, imprevista, probada y objetiva, según los argumentos indicados en los considerandos de este Acuerdo Ministerial. La emergencia estará orientada a realizar las acciones necesarias para priorizar la adquisición y generación adicional de energía eléctrica que permita disminuir y eliminar la actual crisis energética y la continuidad del servicio público. El plazo de duración de la emergencia es de 60 días que serán prorrogables en caso de ser necesario, según lo dispuesto en la Ley." y, se procedió a: "DECLARAR EN EMERGENCIA AL SECTOR ELÉCTRICO Y EXPEDIR DISPOSICIONES QUE PERMITAN LA ADQUISICIÓN Y GENERACIÓN ADICIONAL DE ENERGÍA".*

1.7 La Agencia de Regulación y Control de Energía y Recursos Naturales No Renovables – ARCERNNR emitió la Resolución Nro. ARCERNNR-001/2024 de 17 de abril de 2024, a través de la cual expidió *"(...) disposiciones normativas de carácter excepcional, que constan en los: artículos 2 al 17 de la presente Resolución, aplicables. para la generación termoeléctrica temporal que sea habilitada por el Ministerio rector y que resulte de los procesos de contratación que realice la Corporación Eléctrica del Ecuador - CELEC EP, para coadyuvar en la: mitigación de los efectos derivados de la evaluación energética realizada por el Operador Nacional de Electricidad - CENACE, contenida en Oficio Nro. 'CENACE-CENACE-2024-0036-0 de 19 de enero de 2024, lo que permitirá atender la demanda de energía a nivel nacional, adicional a las estrategias planificadas dentro del Plan Maestro de Electricidad."*

1.8 Mediante Resolución No. RD-005-2024, de 19 de abril de 2024, el Directorio de la Empresa Pública Estratégica CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP, me nombró en calidad de Gerente General Subrogante, de conformidad con lo establecido en el artículo 12 de la Ley Orgánica de Empresas Públicas, los numerales 1 y 34 del artículo 4 del Reglamento de Funcionamiento del Directorio de la CELEC EP y demás disposiciones del ordenamiento jurídico vigente;

1.9 Mediante Acuerdo Ministerial Nro. MEM-MEM-2024-0013-AM de 06 de junio de 2024, el Ministro de Energía y Minas, Encargado resolvió en su parte pertinente lo siguiente: "REFORMAR EL ARTÍCULO 2 DEL ACUERDO Nro. MEM-MEM-2024-0005-M, DE 16 DE ABRIL DE 2024. Artículo Único.- Sustitúyase el texto del artículo 2 del Acuerdo Ministerial en referencia, por el siguiente: *"Artículo 2.- Disponer a la Empresa Pública Estratégica Corporación Eléctrica del Ecuador CELEC EP, en virtud de esta declaratoria de emergencia, ejecute las acciones necesarias para la adquisición y/o arrendamiento de la generación adicional emergente de energía eléctrica, y; la adquisición, suministro, construcción y la puesta en servicio de los sistemas de interconexión para la incorporación al Sistema Nacional de Transmisión y/o a los sistemas de subtransmisión de las empresas distribuidoras, para lo cual se efectuarán los procedimientos de contratación de forma emergente, de conformidad con la Ley Orgánica del Sistema Nacional de Contratación Pública, su Reglamento y normas conexas";*

1.10    Mediante Memorando Nro. CELEC-EP-2024-4235-MEM de 09 de junio de 2024, las Direcciones de Producción y de Planificación y Desarrollo de Proyectos de la Expansión de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, emitieron a la Gerencia General el "INFORME TECNICO

3









**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

ECONOMICO INSUMO PARA DECLARATORIA DE EMERGENCIA EN LA CORPPRACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP" referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio públco de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad, uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No 229 y Acuerdo Ministeria Nro. MEM-MEM-2024-0005-AM "

1 11    Mediante Memorando Nro CELEC-EP-2024-4238-MEM de 10 de junio de 2024, la Dirección Jurídica de a Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, emitió a la Gerencia General el "PRONUNCIAMIENTO JURÍDICO RESPECTO A LA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR - CELEC EP" referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio público de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No 229 y Acuerdo Minister a Nro MEM-MEM-2024-0005-AM".

1 12    Mediante Memorando Nro CELEC-EP-2024-4267-MEM de 10 de junio de 2024, las Direcciones de Producción y de Planificación y Desarrollo de Proyectos de la Expansión de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, emitieron a la Gerencia General, la actualización del "INFORME TÉCNICO ECONÓMICO INSUMO PARA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP" referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio público de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad, uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No. 229 y Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM.

1.13    Mediante Memorando Nro. CELEC-EP-2024-4268-MEM de 10 de junio de 2024, la Dirección Jurídica de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, a su vez emitió a la Gerencia General, considerando los argumentos expuestos en la actualización al "PRONUNCIAMIENTO JURÍDICO RESPECTO A LA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR - CELEC EP" referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio público de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad, uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No. 229 y Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM", por estimarlo pertinente para los fines institucionales, e incluyó en su recomendación: *"(...) Se recomienda que: i) se disponga que, los procedimientos de contratación por emergencia se lleven a cabo de manera ágil, transparente, oportuna y en cumplimiento de la normativa vigente, para lo cual deberá contarse con el acompañamiento de la Contraloría General del Estado; el Departamento Antisoborno de CELEC EP; y la Secretaría Pública de la Presidencia de la República del Ecuador; y ii) se disponga que se realicen las gestiones necesarias para cumplir con lo dispuesto en el artículo 3 del Decreto Ejecutivo Nro. 229 de 19 de abril de 2024 y garantizar así la disponibilidad y entrega oportuna de estos recursos, en los términos sugeridos a la actualización del informe técnico (...)".*

4



00000 3



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

1.14    Mediante Resolución de Declaratoria de Emergencia No. CEL-RES-0108-24 de 10 de junio de 2024 el Gerente General de CELEC EP resolvió: *"(...)Artículo 2.- Declarar en Emergencia a la Empresa Pública Estratégica Corporación Eléctrica del Ecuador CELEC EP y mediante este instrumento Autorizar las contrataciones señaladas en el "INFORME TÉCNICO ECONÓMICO INSUMO PARA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP", necesarias para atender y superar de forma inmediata esta situación con la incorporación de nueva capacidad de generación térmica firme adicional a la instalada, misma que permitirá superar la emergencia, y abastecer a la demanda eléctrica del país (...) Artículo 3.- Delegar a las Unidades de Negocio (...) CELEC EP TERMOPICHINCHA, para que, bajo su exclusiva responsabilidad, y en cumplimiento estricto de la normativa vigente efectúen las siguientes contrataciones: A CELEC TERMOPICHINCHA: (...) • Contratación emergente de generación térmica terrestre – Quevedo (...)";*

1.15    Mediante Resolución de autorización de inicio de procedimientos de contratación emergentes y delegación a las Unidades de Negocio CELEC EP Electroguayas y CELEC EP Termopichincha No. CEL-RES-0114-24 de 25 de junio de 2024 el Gerente General de CELEC EP resolvió: *"Artículo 1.- Disponer a los Gerentes de Unidad de Negocio CELEC EP ELECTROGUAYAS y CELEC EP TERMOPICHINCHA, en el marco de la legislación aplicable, realizar todas las acciones necesarias para el eficaz cumplimiento de la presente Resolución y de la Resolución No. CEL-RES-0108-24, encaminada a superar la situación de emergencia manifiesta. Artículo 2.- Autorizar el inicio de los procedimientos especiales bajo situación de emergencia, en uso de las facultades conferidas en el artículo 34, numeral 8, letra b) inciso segundo de la Ley Orgánica de Empresas Públicas, mismas que a continuación se detalla:*

| DESCRIPCIÓN | PROCESO | POTENCIA | PRESUPUESTO ESTIMADO (MUSD) | | | |
|---|---|---|---|---|---|---|
| | | | 2024 | 2025 | 2026 | TOTAL |
| Contratación emergente de generación térmica terrestre – Quevedo | P2 | 50 MW | 49 | 0 | 0 | 49 |

*Artículo 3.- Delegar a los Gerentes de las Unidades de Negocio (...) CELEC EP TERMOPICHINCHA, Ing. Byron Fernando Orozco Moreno, para que lleven a cabo, todas las acciones necesarias para que, previo la verificación y cumplimiento de todos los requerimientos legales aplicables de conformidad con la normativa vigente, realicen e instrumenten los procedimientos de contratación emergentes descritos en la Resolución de Declaratoria de Emergencia Nro. CELRES- 0108-2024, en todas sus fases y etapas hasta la suscripción y ejecución del contrato, inclusive, para lo cual dará cumplimiento estricto a lo establecido en la Ley Orgánica del Sistema Nacional de Contratación Pública, su Reglamento General, Normativa Secundaria emitida por el SERCOP, Normas de Control Interno para las Entidades, Organismos del Sector Público y de las Personas Jurídicas de Derecho Privado, y Normas supletorias que fueren aplicables, siempre salvaguardando el mejor interés de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador - CELEC EP, y verificando el cumplimiento de todos y cada uno de los requisitos necesarios para efectuar estas contrataciones (...)" "Artículo 4.- Disponer a las Unidades de Negocio (...) CELEC EP TERMOPICHINCHA, para que, bajo su exclusiva responsabilidad,*

5






 REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

realicen todas las acciones necesarias que permitan dar cumplimiento a lo dispuesto en esta Resolución, elaboren todos los documentos, resoluciones, actas, informes y sus respectivas recomendaciones, dentro de tales contrataciones ( . )",

1.16 Se cuenta con las Certificaciones Presupuestarias No TPI-2024-000491 - C y TPI-2024-000489 - C de 02 de julio de 2024, emitida por el Ing. Cesar Augusto Toledo Zapata, Subgerente Financiero (E), de la Corporación Eléctrica Del Ecuador CELEC EP TERMOPICHINCHA, de conformidad con el artículo 24 de la Ley Orgánica del Sistema Nacional de Contratación Pública,

1.17 Mediante Oficio Nro. SERCOP-DCPN-2024-0942-O, de 02 de julio de 2024. El Servicio Nacional de Contratación Pública emitió respuesta al Oficio Nro CELEC-EP-TPI-2024-0411-OFI referente al asunto· "Solicitud de autorización para Importación de Contratación Emergente de Generación Térmica Terrestre Quevedo", que en su parte pertinente dice. "(...)De conformidad con lo determinado en la Ley Orgánica del Sistema Nacional de Contratación Pública basado en el régimen especial establecido en el artículo 6 literal 31, artículo 57 y de su Reglamento a la Ley Orgánica del Sistema Nacional de Contratación Pública artículo 3, artículo 4, artículo 5, artículo 7, artículo 8, artículo 236, artículo 237, artículo 238, concordante con la normativa secundaria en sus artículos 74, 75, 303 y 304 literal 1-2-3, de lo observado en el oficio CELEC-EP-TPI-2024-0411-OFI, la resolución de emergencia CEL-RES-0108-24, el informe técnico y las especificaciones técnicas adjuntas el CPC 461131011 a utilizar en el objeto de contratación de emergencia está motivado según RESOLUCIÓN No. R.I-SERCOP-2023-0001 con estado vigente por lo cual el correcto uso y aplicación de la utilización de este CPC 461131011 en el objeto de emergencia será de exclusiva responsabilidad de la entidad contratante; de detectarse el mal uso de esta disposición, se podrá negar la autorización de la licencia de importación en cualquier momento y se notificará a la Contraloría General del Estado. En ese mismo orden de ideas las especificaciones técnicas y condiciones detalladas en el mencionado proceso, no podrán ser modificadas al momento de iniciar el proceso de adquisición. Finalmente, es importante aclarar que es su responsabilidad aplicar las recomendaciones dadas en este documento, previo a continuar con un procedimiento dinámico que es exclusivo de cada contratante. Al respecto, se recuerda lo dispuesto en el tercer inciso del artículo 99 de la LOSNCP. mismo que dispone: "La máxima autoridad de la entidad, así como los funcionarios o servidores de la misma que hubieren intervenido en cualquiera de las etapas de los procedimientos precontractuales de preparación, selección, contratación, así como en la ejecución misma de los contratos serán personal y pecuniariamente responsables por el incumplimiento de las disposiciones";

1.18 Mediante Resolución Nro. TPI-RES-0130-24, de 04 de julio de 2024, el señor Gerente, Encargado, de la Unidad de Negocio de CELEC EP Termopichincha resolvió lo siguiente: "Artículo 1.- Autorizar el inicio del procedimiento especial de emergencia "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO", signado con el código No. EM-CELECEP-2024-04312 de conformidad con lo dispuesto en Resolución No. CEL-RES-0108-24, de 10 de junio de 2024. Artículo 2.- Aprobar el cronograma del procedimiento especial de emergencia para la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO", con un presupuesto de cuarenta y nueve millones, setecientos mil 00/100 dólares de los estados unidos

6


Corporación Eléctrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

00000 4



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

(49'700.000,00 USD) exento del IVA al tratarse de una contratación en el extranjero, y un plazo de ejecución de 95 días contados a partir del día siguiente de la suscripción del contrato. Artículo 3.- Invitar de forma directa a PROGEN INDUSTRIES LLC, con número de identificación M17000002840 a través del correo *hs@progen1.com*" y, con Resolución Nro. TPI-RES-0140-24, se modificó el artículo 4 de la Resolución Nro. TPI-RES-0130-24, por lo siguiente: "Artículo 4.-Designar la Comisión Técnica, conformada por: Ing. Marvin Bryan Rubio Zapata, Supervisor de Mantenimiento Eléctrico en calidad de Presidente, Ing. Julio Eduardo Montesdeoca Escobar, Supervisor de Operación en su calidad de delgado del Titular del área requirente; Ing. Daniel Eduardo Suárez Quilumbango, Supervisor de Mantenimiento Mecánico, en su calidad de Profesional a fin al objeto de contratación. Adicionalmente el Ing. Cesar Augusto Toledo Zapata, Subgerente Financiero; y el Ab. Cristhian Andrés Dahik Quijano, Subgerente Jurídico, actuarán en la presente Comisión Técnica con voz, pero sin voto. La antes citada comisión técnica realizará las siguientes acciones: Sustanciación de Audiencia de respuestas y aclaraciones, recepción y apertura de la oferta, solicitud y recepción de convalidaciones, calificación de la oferta derivada del procedimiento especial de emergencia "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO", los mismos que una vez concluido el procedimiento especial de emergencia remitirán el respectivo informe de evaluación de la oferta y recomendación expresa, reservando a la Gerencia de la Unidad la facultad de adjudicar, cancelar o declarar desierto el referido procedimiento";

1.19 A través de correo electrónico de 04 de julio 2024, se realizó la invitación a la empresa ProGen Industries LLC., para que presente su correspondiente oferta para el Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, cuyo objeto corresponde a la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO";

1.20 De conformidad con el cronograma establecido en el Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, el oferente invitado, el 08 de julio de 2024, realizó tres preguntas dirigidas a través de correo electrónico a oferta_quevedo@celec.gob.ec

1.21 Mediante Acta de Audiencia Respuestas y Aclaraciones generada el 08 de julio de 2024, dentro del Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, los miembros de la Comisión Técnica procedieron a absolver las preguntas formuladas por el Oferente Invitado, y emitir las aclaraciones correspondientes, de conformidad con el cronograma establecido para este procedimiento.

1.22 El 09 de julio de 2024, los miembros de la Comisión Técnica del Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, suscribieron el Acta de Recepción y Apertura de Ofertas, en la que se desprende que el oferente invitado ProGen Industries LLC., presentó su oferta a través de cuatro correos, correo 1 con 3 archivos, correo 2 con un link archivos pdf, correo 3 con 15 archivos y correo 4 con 1 archivo pdf, por un valor de USD. 49'700.000,00; y, un plazo de ejecución de 95 días contados a partir del día siguiente de la suscripción del contrato, misma que se recibió dentro del plazo conforme el cronograma establecido.

7




**CELEC ep**
Corporación Eléctrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA





 **REPÚBLICA**
**DEL ECUADOR**

1.23 El 10 de julio de 2024, los miembros de la Comisión Técnica del Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, suscribieron el Acta de Calificación de Oferta, en la que se determinó que no se requiere solicitar convalidaciones a proveedor ProGen Industries LLC y, se concluyó en su parte pertinente, lo siguiente: *"Una vez realizada la evaluación de la oferta presentada por ProGen Industries LLC, por unanimidad la comisión técnica concluye que CUMPLE con lo establecido en las especificaciones técnicas; parámetros técnicos, económicos y jurídicos, al haber obtenido un puntaje de 100 puntos; por lo que, los miembros de la Comisión Técnica recomiendan a usted, Sr Gerente, Encargado, de la Unidad de Negocio Termopichincha, se adjudique el Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, cuyo objeto corresponde a la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO", al oferente invitado ProGen Industries LLC., por un valor de USD. 49'700.000,00 (CUARENTA Y NUEVE MILLONES SETECIENTOS MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100) exento del IVA y con un plazo de 95 (noventa y cinco) días contados a partir del día siguiente de la suscripción del contrato; por haberse verificado el cumplimiento de los parámetros legales, financieros, técnicos y económicos y, por ser conveniente a los intereses institucionales."* Cabe señalar que dentro de la oferta presentada por ProGen Industries LLC, señala: *"Respecto a la forma de pago, ProGen Industries LLC., desiste de la entrega de anticipo a razón que esto dilataría el plazo de ejecución. En ese orden, el pago se realizaría en los términos señalados por CELEC EP";*

1.24 Mediante memorando Nro.CELEC-EP-TPI-2024-3411-MEM de 12 de julio de 2024, el Presidente de la Comisión Técnica del procedimiento especial de emergencia Contratación emergente de Generación Terrestre en Quevedo, remitió al Gerente, Encargado, de la Unidad de Negocio CELEC EP-Termopichincha, en anexo y debidamente suscrito el INFORME DE EVALUACIÓN DE LA OFERTA Y RECOMENDACIÓN, mismo que concluye y recomienda en su parte pertinente lo siguiente: *"Sobre la base de la información presentada por el oferente, la Comisión Técnica del procedimiento la Comisión Técnica del procedimiento concluye y recomienda al Gerente, Encargado, de la Unidad de Negocio CELEC EP TERMOPICHINCHA, la adjudicación, a favor de la empresa ProGen Industries LLC., considerando que la misma cumple con todos los requerimientos técnicos, económicos y jurídicos solicitados en las especificaciones técnicas e invitación correspondiente al Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, cuyo objeto corresponde a la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO" por el valor de USD 49'700.000,00 (CUARENTA Y NUEVE MILLONES SETECIENTOS MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100), exento del IVA y con un plazo de ejecución de 95 días contados a partir del día siguiente de la suscripción del contrato, una vez que la oferta presentada ha obtenido un puntaje de 100 puntos ".*

1.25 Mediante Resolución de Adjudicación Nro. TPI-RES-0147-24 referente al Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04312, de 12 de julio de 2024, el señor Gerente, Encargado, de la Unidad de Negocio de CELEC EP - TERMOPICHINCHA resolvió adjudicar al proveedor invitado PROGEN INDUSTRIES LLC, con número de identificación M17000002840, dentro del procedimiento especial de emergencia Nro. EM-CELECEP-2024-

8



00000 5



**REPÚBLICA
DEL ECUADOR**

04312, para contratación del "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO", por un valor de USD. 49'700.000,00 (CUARENTA Y NUEVE MILLONES SETECIENTOS MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100) exento del IVA, y un plazo de ejecución de noventa y cinco (95) días contados a partir del día siguiente de la suscripción del contrato.

**Cláusula Segunda.- DOCUMENTOS DEL CONTRATO**

Forman parte integrante del contrato los siguientes documentos:

**2.1** Los documentos que constan descritos en la cláusula primera "Antecedentes"; y, además los siguientes documentos.

**2.2 POR LA CONTRATANTE:**

- Documentos de identificación y representación legal del Gerente, Encargado, de la Unidad de Negocio CELEC EP- TERMOPICHINCHA, Poder Especial de 20 de junio de 2024, otorgado por el Gerente General Subrogante y como tal Representante Legal de la Empresa Publica Estratégica Corporación Eléctrica del Ecuador CELEC EP, otorgado en la Notaria Segunda del cantón Quito, ante la Dra. Paola Sofía Delgado Loor; como también a través de la delegación emitida mediante Resolución Nro. CEL-RES-2024-0114 del 25 de junio de 2024
- Estudios (Fichas Técnicas), especificaciones técnicas y todos sus anexos, bases para la Contratación-Invitación, Acta de audiencia respuestas y aclaraciones
- Oferta Presentada
- Copia certificada de la Resolución de Adjudicación Procedimiento Especial de Emergencia Nro. TPI-RES-0147-24, de 12 de julio de 2024
- Certificaciones presupuestarias, que acreditan la existencia de la partida presupuestaria y disponibilidad de recursos, para el cumplimiento de las obligaciones derivadas del contrato en atención del Art. 115 del Código Orgánico de Planificación y Finanzas Públicas
- Resolución de Declaratoria de Emergencia No. CEL-RES-0108-24 de 10 de junio de 2024
- Resolución de autorización de inicio de procedimientos de contratación emergente y delegación a las Unidades de Negocio No. CEL-RES-0114-24 de 25 de junio de 2024
- Copia de Registro Único de Contribuyentes (RUC) de la contratante
- Compromiso Antisoborno - Declaración de Conflicto de intereses de servidores/ Administrador de contrato; y,
- Oficio Nro. SERCOP-DCPN-2024-0942-O - Autorización Importación SERCOP

**2.2 POR LA CONTRATISTA:**

**Documentos sin certificar:**

- Copia de documento de identidad del representante legal o su delegado
- Declaración Anticorrupción y Antisoborno de Adjudicatarios de CELEC EP
- Compromiso Antisoborno - Declaración de conflicto de intereses de Adjudicatarios de CELEC EP
- Información Bancaria

9

CELEC EP
Corporacion Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA





REPUBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- Garantía de Fiel cumplimiento equivalente al cinco por ciento (5%) del valor total del contrato conforme condiciones establecidas en el artículo 57.1 de la LOSNCP
- Garantía ambiental conforme condiciones establecidas en el artículo 57.1 de la LOSNCP.

**Certificación de documentos apostillados:**

- Documento(s) que faculten al representante legal o su delegado
- Documento de existencia legal de la empresa
- Carta del fabricante o del distribuidor de los grupos electrógenos; y.
- Experiencia Específica presentada en la oferta

**Documento Apostillado:**

- Carta del fabricante de los grupos electrógenos

**Cláusula Tercera.- OBJETO DEL CONTRATO:**

El contratista se obliga para con la CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP Unidad de Negocio TERMOPICHINCHA, a cumplir y ejecutar a entera satisfacción de la contratante, la *"Contratación Emergente de Generación Terrestre Quevedo"*; que comprende compra de generadores de energía térmica emergente que permita atender la demanda de energía a nivel nacional: Central Quevedo 50 MW; es un proceso de commissioning que incluye, por parte de la contratista, una solución terrestre emergente de energía termoeléctrica estacionaria, incluido el diseño y construcción de obras civiles, la instalación, puesta en marcha y asistencia técnica por parte de la contratista en operación y el mantenimiento, conforme lo establecido en las especificaciones técnicas y anexos del procedimiento especial de emergencia Nro. EM-CELECEP-2024-04312, mismos que constan en la oferta y demás documentos generados en fase preparatoria y precontractual, los que se agregan y forman parte integrante de este contrato.

Así también, el contratista se obliga para con la Unidad de Negocio CELEC EP-TERMOPICHINCHA a cumplir con todos los requerimientos y compromisos, determinados según el nivel de transferencia de tecnología que se requiera de los bienes adquiridos en el extranjero, en el nivel II que serán requeridos por el administrador de contrato durante la ejecución contractual

El contratista se obliga a cumplir las especificaciones técnicas requeridas para satisfacer las necesidades de CELEC EP, para lo cual cumplirá los siguientes aspectos relevantes:

**3.1.1 Objetivos específicos:**

- Disponer de una solución de energía termoeléctrica terrestre emergente estacionaria, cuya operación y generación permita afrontar la demanda de energía en el Sistema Nacional Interconectado, tanto en periodo de estiaje como ante indisponibilidades de generación por mantenimientos programados y emergentes.
- Implementar la solución de energía termoeléctrica terrestre estacionaria en la localidad definida (Cantón Quevedo Provincia Los Ríos), de acuerdo con los estudios técnicos presentados por CELEC EP. diseñada y adaptada para una operación intensiva.

10



00000 6



**REPÚBLICA DEL ECUADOR**

**Corporación Eléctrica del Ecuador - CELEC EP**
**Unidad Operativa Termopichincha**

- Disponer de la solución de energía termoeléctrica terrestre estacionaria, garantizando un suministro continuo de energía eléctrica al Sistema Nacional Interconectado.
- Diseñar, construir las obras civiles requeridas para instalar los grupos generadores y todo su equipamiento auxiliar.
- Suministrar, movilizar, instalar, probar, poner en operación y brindar acompañamiento en el ámbito de operación y mantenimiento en la solución de energía termoeléctrica terrestre estacionaria, de conformidad con el plazo contractual previsto en los contratos.
- Utilizar la energía eléctrica generada por el bien a adquirir en el punto definido, en función de los requerimientos establecidos por el Operador Nacional de Electricidad CENACE, conforme la normativa vigente tanto en los aspectos técnicos y comerciales.
- Controlar que la provisión de energía eléctrica, generada con la solución de energía termoeléctrica terrestre estacionaria, cumpla con los parámetros de disponibilidad, eficiencia y confiabilidad establecidos en estas especificaciones técnicas, así como las normas técnicas, ambientales, regulatorias y contractuales vigentes.

**3.1.2 Especificaciones técnicas de la Central Quevedo:**

| | |
|---|---|
| Ubicación | Provincia Los Ríos<br>Cantón Quevedo<br><br>Polígono de ubicación para la generación móvil se ubica en las instalaciones de la Central Quevedo II a cargo de las CELEC EP Termopichincha<br><br>Ver Anexo 18: Mapa de ubicación. |
| Capacidad Eléctrica (MW) | Ver Anexo 17 Estudio Eléctrico |
| Capacidad Operativa (MW) | Desde 45 MW hasta 50 MW |
| Tipo de combustible | HFO6<br>Diesel Nro 2 únicamente para procesos de arranque y parada. |
| Suministro combustible | Autotanques |
| Tanque de Almacenamiento (gal) | Se requiere la construcción e instalación de un tanque de almacenamiento de HFO6 aproximadamente 2'500.000 galones con calentamiento y aislamiento térmico, cuya construcción estará a cargo de la contratista en coordinación con la Contratante<br><br>En caso de que el tanque no pueda ser instalado en el tiempo previsto se podrá tomar una derivación del tanque de HFO6 existente de 600.000 galones de la Central, para lo cual deberá instalar tubería, bombas, con su respectivo calentamiento y aislamiento térmico<br><br>Se requiere la construcción e instalación de un tanque de recepción para diésel con capacidad mínima de 50.000 galones<br><br>Todos los tanques requeridos deberán contar con las tablas de calibración aprobadas por la Agencia de Control correspondiente y sistema de medición correspondiente<br><br>Se deberá instalar el sistema de recepción de combustible para dos autotanques de HFO6 de manera simultánea y para un autotanque de diésel, deberá incluir medidores de flujo |

11







 **REPÚBLICA
DEL ECUADOR**

**Corporacion Electrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha**

Ver **Anexo 18** Ficha Tecnica Combustible HFO6
Ver **Anexo 19** Informe Inspección Tecnica marzo 2024

**Tanque diario
(gal)**

Se requiere la construccion de un tanque de almacenamiento diario de capacidad minima de 200 000 gal para HFO6 y un tanque diario para diesel con capacidad minima de 50 000 galones con su respectivo sistema de bombeo con su respectivo calentamiento y aislamiento termico.

Todos los tanques requeridos deberan contar con las tablas de calibracion aprobadas por la Agencia de Control correspondiente y sistema de medicion correspondiente

**Instalacion y
Obras
Complementarias**

La contratista debera considerar, el diseño y construccion de las obras civiles para los generadores a ser suministrados ya sea para motores contenerizados o casa de maquinas que debera incluir un cuarto de control adecuado para el monitoreo de los sistemas de generacion de acuerdo con la solucion propuesta. Debera considerar las cimentaciones mayores y menores y bases de hormigon para soporte de generadores, tanques, subestacion de salida equipos complementarios cubetos soluciones acusticas y acopios temporales de desechos de acuerdo con el plan de manejo ambiental ademas de los accesos a las instalaciones. Se debera incluir las vias internas pudiendo ser asfaltada o pavimento rigido

La contratista debera considerar tambien el diseño y construccion de las trampas API desbroce de terreno y adecuacion de plataforma para el montaje. El terreno antes fue usado para central Quevedo

Los diseños que efectue la contratista deberan fundamentarse en los estudios de suelos en el area de influencia para determinar la capacidad portante del suelo e implantacion topografica

Diseño hidraulico y de drenajes de todos los sistemas asociados a la planta
Diseño y construccion de sistemas de iluminación
Diseño y construccion de estructuras de hormigon armado cimentaciones mayores y menores para soporte de generadores tanques y equipos complementarios y cubetos cumpliendo normativa de diseño y considerando vibraciones en las estructuras

Diseños de sistema contra incendios

Los diseños deberan ser respaldos con memorias de calculo y planos de detalle

**Conexión con el
S N I**

La interconexión de esta generacion de emergencia sera en la Subestacion Quevedo Bahia 230 kV

La solucion de generacion debera disponer de una subestacion de salida que incluya transformador de potencia para elevar el voltaje de 13 8/230 kV que garantice el despacho de energia con la potencia efectiva de las unidades de generacion con su posicion de salida que incluye interruptor seccionador pararrayos sistema de control y proteccion y todo lo requerido para la correcta operacion de la subestacion

En caso de que el contratista asi lo requiera podra instalar 2 transformadores de salida cada uno con el equipamiento detallado en el parrafo anterior

La conexion de la generacion con la bahia de linea existente en la Subestacion Quevedo de TRANSELECTRIC estara a cargo de la contratista

Nota  El voltaje de baja dependera del voltaje de salida de los generadores

**Ver Anexo 20** Diagrama Unifilar S/E Quevedo



12

00000 7



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | |
|---|---|
| | Ver Anexo 21. Informe_implementación_obras_conexion_generación_térmica_11_06_2024-1 |
| Suministro de agua | El proveedor deberá proporcionar el equipamiento necesario para el procesamiento del agua de sus unidades incluye la construcción de un pozo para el suministro de agua cruda. |
| PRUEBAS DE RECEPCIÓN | Las pruebas de recepción se realizarán con la operación total de la Central por un periodo de 48 horas continuas con HFO 6 donde se verificará la potencia efectiva de la Central entregada y el consumo de combustible, emisiones al ambiente, Ruido y demás parámetros de control. Para las pruebas CELEC EP entregará el combustible, lubricante y químicos. |
| Terreno | La central Quevedo II, donde se implantaría la central de generación de emergencia, cuenta en sus instalaciones con un polígono disponibles para la incorporación de una central termoeléctrica de hasta 50 MW. |
| Área del Terreno Disponible | Aproximadamente 30.000 m2. Existe un área identificada para la potencial construcción de tanque de almacenamiento y tanque diario. Debe verificarse la pertinencia técnica, ambiental y social de utilización de este espacio. (aproximadamente 2 100m2) |
| Propiedad del terreno | CELEC EP |
| Zonificación | Residencial - Agrícola |
| Licencia Ambiental | Se cuenta con la Resolución N° MAATE-SCA-2024-0013R en la cual se otorga la Licencia Ambiental a la Central Termoeléctrica Quevedo I de 130 MW. Ver Anexo 22: Estudio de Impacto Ambiental de la Central Quevedo I. Ver Anexo 23: Resolución N° MAATE-SCA-2024-0013R |
| Consideraciones del proyecto | • Existe una logística establecida e infraestructura para el suministro de combustible de la actual central, que puede emplearse en la central de emergencia, para el efecto se requiere que las unidades sean aptas para el uso de residuo. <br> • Se dispone de 3 ha de terreno previamente compactado, que puede adecuarse para la implementación del nuevo proyecto. <br> • Existe disponibilidad de conexión. <br> • La contratista será la responsable del diseño, construcción de las obras civiles; fabricación, suministro, montaje y puesta en marcha del equipamiento provisto que incluye todos los elementos para su operación de la planta de generación. |
| Diagramas Unifilares | Ver Anexo 20: Diagrama Unifilar SE Quevedo |
| Condiciones Ambientales Adicionales de la Zona de Influencia | Ciudad: Quevedo. Localización: Ubicada a 74 msnm y que dispone de la siguiente curva de temperatura promedio a lo largo del año. (Quevedo). <br><br> https://es.weatherspark.com/y/19346/Clima-promedio-en-Guayaquil-Ecuador-durante-todo-el-a%C3%B1o |

## 3.2 ESPECIFICACIONES DEL GRUPO ELECTRÓGENO



13

CELEC EP
Corporacion Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA







REPÚBLICA
DEL ECUADOR

Corporacion Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| ITEM | | ESPECIFICACIÓN DEL MOTOR |
|---|---|---|
| 1 | | GRUPO ELECTROGENO DE POTENCIA DISPONIBLE, 60HZ, 13.8KV,3 PH,0.8 PF, INCLUYE EQUIPAMIENTO Y SERVICIOS AUXILIARES |
| 1.1 | | ESPECIFICACIONES GENERALES |
| 1.1.1 | POTENCIA | 2500 KW |
| 1.1.2 | FRECUENCIA | 60 HZ |
| 1.1.3 | VELOCIDAD ANGULAR | 900 RPM / 92.25 Radianes por segundo |
| 1.1.4 | FACTOR DE POTENCIA | 0.8 |
| 1.1.5 | CUMPLIMIENTO DE NIVEL DE EMISIONES MOTOR | Nivel II de EPA |
| 1.1.6 | PASO MINIMO EN TOMA DE CARGA | 1 paso toma de carga hasta 100% de la carga nominal |
| 1.1.7 | CARTA DEL FABRICANTE | Se adjunta carta emitida por el fabricante de los grupos electrogenos (PROGEN) |
| 1.2 | MOTOR | |
| 1.2.1 | COMBUSTIBLE | HFO6 |
| 1.2.2 | DISPOSICION DE LOS CILINDROS | Disposicion en V, 45° |
| 1.2.3 | SISTEMA DE ENFRIAMIENTO | water cooling system |
| 1.2.4 | CICLO DEL MOTOR | Ciclo diesel 4 tiempos |
| 1.2.5 | MODELO DEL MOTOR | 20-645 |
| 1.2.6 | NUMERO DE CILINDROS | 20 |
| 1.3 | SISTEMA DE ADMISION (Entrada de aire directa) | |
| 1.3.1 | RESISTENTE A LA CORROSION | SI |
| 1.3.2 | TURBO CARGADOR | SI |
| 1.4 | SISTEMA DE ENFRIAMIENTO: | Fresh Water System   Water jacket Cooling Circuit 20-645Fresh Water System   Aftercooler CircuitOpcional: se puede usar agua sa pare salada |
| 1.5 | SISTEMA DE ESCAPE | |
| 1.5.1 | MULTIPLE DE ESCAPE | SI |
| 1.5.4 | JUNTAS DE EXPANSION | SI |
| 1.6 | SISTEMA DE COMBUSTIBLE | |
| 1.6.1 | SISTEMA DE INYECCION | Electronico |
| 1.6.2 | SISTEMA DE FILTRACION | DUPLEX MICRON FUEL FILTER |
| 1.6.3 | CONSUMO ESPECIFICO DE COMBUSTIBLE | Consumo de combustible:<br>210 gr/KWh<br>Rendimiento<br>17.73 KWh/gal |
| 1.7 | SISTEMA DE LUBRICACION | Sistema de aceite lubricante: montado sobre patines<br>- Bomba de aceite lubricante accionada por el motor<br>- Válvula reguladora y de alivio de presión<br>- Filtro de aceite lubricante automatico con centrifuga integral. Incluye by pass red de seguridad, contrabridas e indicador de caida de presion, con centrifuga, instalado en rack de accesorios<br>- Enfriador de aceite tipo placa y marco<br>- Sistema de precalentamiento |

14



Corporacion Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

00000 8



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| 1.8 | SISTEMA DE ARRANQUE: | Sistema de arranque de aire<br>AIR START SYSTEM |
|---|---|---|
| 1.9.3 | VOLTAJE DE SALIDA DEL GENERADOR | 4,16 KV (13.8 KV trifásico, mediante transformadores elevadores) |
| 1.9.4 | FRECUENCIA | 60 Hz |
| 1.9.5 | FACTOR DE POTENCIA | 0.8 |
| 1.9.6 | INTERRUPTOR | Interruptor de vacío. Comandos eléctricos para apertura y cierre y señalización de abierto y cerrado conectada al sistema de control. Opera de acuerdo con la lógica de control y protecciones eléctricas propias del generador |
| 1.9.7 | TIPO DE EXCITACIÓN | PMG |
| 1.9.8 | FAJAS TÉRMICAS | SI, operan de manera manual y de manera automática cuando el generador se encuentre apagado. |
| 1.9.9 | AISLAMIENTO | Aislamiento contra salinidad mediante pinturas y barnices resistentes a corrosión y alta salinidad de acuerdo a norma ISO12944-2:2018.<br>Aislamiento antivibraciones. |
| 1.9.10 | REGULADOR DE VOLTAJE | VRM-2020, Módulo de regulación de voltaje (BASLER ELECTRIC).Capacidad de trabajo en modo DROOP y fijo – Modo VAR PF,AVR. |
| 1.9.11 | ESTÁNDARES INTERNACIONALES | IEC 60043, NFPA 110, ISO 8528-5, ISO 9001, NEMA MG1-32, CSA/UL, IBC 2000, CBC 2007 |
| 1.10 | FUNCIONALIDADES SINCRONIZACIÓN, CONTROL Y MONITOREO | |
| 1.10.1 | SINCRONIZACIÓN | Sincronización con barra muerta y en paralelo al sistema. |
| 1.10.2 | ARRANQUE NEGRO | Disponibilidad para realizar arranque en negro. |
| 1.10.3 | MONITOREO Y CONTROL | Monitoreo y control de estado del interruptor del grupo, estado del motor, parámetros mecánicos, parámetros eléctricos, alarmas, modos de operación, protecciones eléctricas. HMI con niveles de seguridad, programable y configurable, con acceso a los parámetros del equipo para programación y visualización según necesidad, monitoreo de las unidades a través de ethernet.<br>Desarrollo de sistema SCADA para control y monitoreo de la planta, incluido los sistemas auxiliares. |

15









**REPUBLICA**
**DEL ECUADOR**

Corporacion Electrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | | |
|---|---|---|
| 1.10.4 | HERRAMIENTA DE INGENIERIA PARA EL SISTEMA DE CONTROL Y PANTALLA BASADA EN PC PARA LA CONFIGURACION DE AJUSTES, PUESTA EN MARCHA, CONSULTAR AJUSTES, CREAR LOGICAS, RECUPERAR REGISTROS DE EVENTOS. LICENCIA PERMANENTE | Abierto tanto de la configuracion y visualizacion, se entregaran las respectivas licencias. Incluye todos los cables y llaves fisicas para realizar programaciones y ajustes en los controladores del sistema por el personal sin incurrir en costos adicionales. El sistema permite la visualizacion de todos los grupos electrogenos en estado real, historico, tendencias, alarmas. Incluye documentacion tecnica clara de los equipos, asi como diagramas actualizados de la red, tambien se habilitaran los control de administracion con sus respectivas claves para acceso a los sistemas y equipos, adicional entregara el procedimiento de reinicio y recuperacion del sistema en caso de fallas, todos los aplicativos estaran instalados en el computador y debidamente probados, ademas se entregaran los respaldos de su instalador. |
| 1.10.5 | GOVERNOR ELECTRONICO | Si incluye respaldo de configuracion, licencia, cables y software de configuracion. Se incluye capacitacion al personal del cliente final sobre los conexiones, configuracion y uso del software. |
| 1.10.6 | MODOS DE OPERACION | Isocronico Sincronico y Potencia fija intercambiable en area a traves de un comando a traves del controlador de grupo. |
| 1.11 | **PANEL Y MANDOS LOCALES** | |
| 1.11.1 | ENCENDIDO | Arranque, parada, paro emergencia |
| 1.11.2 | VISUALIZADOR | Visualizador y registro de parametros programables con registros de alarmas, descripcion de eventos, historial de fallas. |
| 1.11.3 | MEDICION | Parametros medidos: Corrientes fases A, B y C Voltajes AB, BC, CA Voltajes AN, BN, CN KWatts KVar Frecuencia Potencia KVA Factor de potencia Frecuencia de Bus Voltaje de bus Sesgo Fallas Active Set-Point Frequency Active Set Point Voltage DSLC Voltaje de Baterias REM Proceso de carga PFA 16 Velocidad de polarizacion AVR Polarizacion |
| 1.11.4 | MEDICION COMERCIAL | Instalacion de sistema de medicion principal y respaldo para envio de informacion y cumplimiento de regulacion No. ARCERNNR 009/20 |

16



00000 9



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| 1.11.5 | ALARMAS | LOS - interruptor de aceite lubricante (velocidad nominalLOS - interruptor de aceite lubricante (velocidad de ralentí)  HOS: temperatura alta del aceite (en el motor)  TOS - interruptor de baja presion de la bomba de lubricante turboETS - Temperatura del agua del motor (desde el motor)CIT_ESTOP_SET Parada de emergencia del motor presionada desde la HMI local CRANKCASE_HI_ALM Apagado por presión del cárter ENG_SPD_ALM Apagado por alta velocidad del motor ESTOP_PGTY Secuencia del motor en parada de emergencia ESTOP_SET Parada de emergencia del motor presionada desde la puerta OVSP_SWCH_ALM Apagado del interruptor de velocidad excesiva PAR_FUEL_H_ALM Apagado por alta presión de combustible PAR_FUEL_L_ALM Apagado por baja presion de combustible PAR_L_WTR_ALM Apagado por presión del banco de agua izquierdo PAR_MAIN_PRS_ALM Apagado por alta presión principal PAR_OIL_OT_ALM Apagado por temperatura alta de falta de aceite PAR_R_WTR_ALM Apagado por presión del banco de agua derecho PAR_SC_PRS_ALM Apagado por presión de eliminación PAR_WTR_OT_ALM Apagado por temperatura alta de salida de agua PHASE_MON_STAT_SET Pérdida de apagado de energía de 380 VCA WTR_L_BANK_LOW_LVL_ALM Apagado por bajo nivel de agua en la margen izquierda WTR_R_BANK_LOW_LVL_ALM Apagado por bajo nivel de agua en la margen derecha |
| 1.11.6 | PROTECCIONES ELÉCTRICAS | Relé de Generador<br>SEL 700-G<br>Funciones de protección y medición<br>25<br>51. 51V, 51G<br>32R<br>40<br>46<br>87<br>86<br>81<br>V, A, W, MV, F, PF<br>24<br>27<br>67G |
| 1.12 | SISTEMA DE MONITOREO | |
| 1.12.1 | SISTEMA DE MONITOREO | MASTER CONTROL SYSTEM 2100 con pantalla táctil HMI DGC-2020HD, Controlador digital de grupos electrógenos (BASLER ELECTRIC).<br>VRM-2020, Módulo de regulación de voltaje (BASLER ELECTRIC).<br>PLC Para control y monitoreo de generador y motor, con pantalla táctil. |
| 1.14 | REPUESTOS | |

17











REPUBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| 1.14 | SUMINISTRO DE REPUESTOS NUEVOS Y ORIGINALES | Se entrega el listado de repuestos requeridos para la ejecución de mantenimientos de hasta 12000 horas y listado de partes críticas con sus precios unitarios conforme al detalle de los equipos que se entregan tal como lo ha requerido CELEC EP. Los repuestos serán entregados en las bodegas de la central. Quedará con un valor total de 4 millones de dólares del indicado en el contrato base, dentro de los que pueden incluirse sin perjuicio de otros elementos que se an identificados al momento de la ejecución de contrato, juntas y sellos Bujías, calentadores Baterías y cargador de baterías de repuestos utilizantes y refrigerante de cada tipo Componentes eléctricos esenciales tlos fusibles interruptores automaticos y relés Rodamientos de cada tipo para el alternador |
| 1.15 | SISTEMAS AUXILIARES | Sistemas Auxiliares instalados sobre un mueble totalmente fabricado y montado. Bastidor de accesorios que incluye enfriador de aceite lubricante, filtración de aceite lubricante lubricante para filtración de fueloil, válvulas reguladoras de temperatura del agua tuberías del sistema, paneles de control con controles de motor, aceite lubricante, fuel oil y/o agua, reguladoras de temperatura y presión de agua de camisa y gas y medidores |
| 1.16 | MALLA A TIERRA DISEÑO E INSTALACIÓN | Se diseñará e instalará malla AAT en base a lo requerido para el proyecto. Referencia conductor de cobre desnudo 4/0 con sus respectivas varillas conectores de compresión tipo T Civil e interconexión de equipos a la malla con conductor de cobre desnudo 2/0 |
| 1.17 | SISTEMA DE CALENTAMIENTO DE COMBUSTIBLE Y FLUIDOS DE LA CENTRAL | Se incluye un sistema de calentamiento de combustible y fluidos que se considere necesario, puede incluir Caldera Quemador, Tubería de fluidos, válvulas depositos bombas y demás elementos necesarios para el correcto suministro del combustible |
| 1.18 | SISTEMA DE PURIFICACIÓN DE COMBUSTIBLE | DUPLEX MICRON HFO FILTER |
| 1.19 | SISTEMA DE MEDICIÓN DE COMBUSTIBLES | SISTEMA DE MEDICIÓN DE COMBUSTIBLES En toda la línea de Producción. Instalación de tres batrlos de recepción simultanea. |
| 1.20 | CASA DE MAQUINAS | No requieren casa de maquinas por ser generadores móviles |
| 1.21 | AÑO DE FABRICACION: | Equipos y componentes totalmente nuevos, año de fabricación ≥2023 una vez suministrados los equipos se entregará certificados de originalidad y autenticidad de los grupos electrógenos con sus respectivos números de serie, además de certificar calidad y novedad Se remite la carta del fabricante con los respectivos números de serie |

Además de cumplir con todas las obligaciones establecidas en las especificaciones técnicas y sus anexos que forman parte integral del presente contrato.

**Cláusula Cuarta.- HITOS DE CUMPLIMIENTO DEL CONTRATO:**

**PRIMER HITO DE CUMPLIMIENTO DEL CONTRATO:** Se entenderá cumplido este hito contra presentación del PACKING LIST, informe de inspección y verificación en fábrica, emitida por la comisión técnica y/o verificadora delegada por CELEC EP en la que deberá participar el administrador de contrato, misma que verificará todos los grupos electrógenos ofertados

**SEGUNDO HITO DE CUMPLIMIENTO DEL CONTRATO:** Obras Civiles, instalación, puesta en servicio y pruebas de operación con HFO6 de la generación instalada a satisfacción de CELEC EP

**TERCER HITO DE CUMPLIMIENTO DEL CONTRATO:** Mediante la transferencia de conocimientos misma que se efectuará dentro del plazo contractual y la presentación de la garantía técnica de los bienes en las condiciones establecidas en el contrato.

18



0000010



**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**Cláusula Quinta. - DESCRIPCIÓN DE CANTIDADES Y PRECIOS:**

5.1 El Contratista deberá considerar que el precio adjudicado incluye todos los costos necesarios para cumplir con la cadena logística, desde origen hasta la Central Quevedo, incluyendo y sin limitar a el transporte internacional y el seguro, asumiendo además todos los costos generados en la descarga de los bienes en el terminal (aéreo, marítimo) al que arribe la carga. Además, es responsable del transporte interno en el pais de destino hasta que la mercaderia sea entregada en la bodega de la Central Quevedo de CELEC EP; Así como el costo de diseño y construcción de la obra civil, suministro de equipamiento electromecánico, sistemas auxiliares, montaje, comisionamiento, puesta en marcha de la Central de Generación y periodo de operación asistida.

| Ítem | CPC | Descripción | Unidad | Cantidad | Precio Unitario | Precio Total |
|------|-----|-------------|--------|----------|-----------------|--------------|
| 1 | 461131011 | GRUPOS ELECTROGENOS CON MOTORES DE COMBUSTION INTERNA DE EMBOLO Y ENCENDIDO POR COMPRESION (MOTORES DIESEL O SEMIDIESEL) | GLOBAL | 1 | 49'700.000,00 | 49'700.000,00 |
| | | **Total (USD)** | | | | 49'700.000,00 |

Por lo que el contratista se obliga a cumplir con todas y cada una de las especificaciones técnicas que forman parte integral del presente contrato, así como garantizar que los grupos electrógenos e insumos son nuevos con cero horas de uso.

**Cláusula Sexta.- PRECIO DEL CONTRATO:**

6.1 El valor del presente contrato, que la Unidad de Negocio Termopichincha de CELEC EP pagará a PROGEN INDUSTRIES LLC, es de USD 49'700.000,00 (CUARENTA Y NUEVE MILLONES, SETECIENTOS MIL 00/100 DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100), valor que no incluye IVA de conformidad con la oferta presentada por el contratista.

6.2. Los precios acordados en el Contrato para los servicios objeto del mismo, constituirán la única compensación al CONTRATISTA, por todos sus costos, inclusive cualquier impuesto, derecho o tasa que tuviese que pagar, excepto el impuesto al valor agregado (IVA), por lo que se deja sin lugar a reclamo al respecto.

6.3. La CONTRATANTE, no estará obligada a desembolsar y reconocer a favor de la CONTRATISTA, el monto total del Contrato, sino únicamente el valor de los servicios recibidos a satisfacción de la Corporación Eléctrica del Ecuador CELEC EP.

**Cláusula Séptima.- FORMA DE PAGO:**

Los pagos se realizarán de la manera prevista en los documentos preparatorios por CELEC EP y en el Contrato.

**7.1 Anticipo:** Respecto a la forma de pago, ProGen Industries LLC., desiste de la entrega de anticipo conforme oferta presentada.

19




Corporación Eléctrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA







REPÚBLICA
DEL ECUADOR

Corporacion Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**7.2 Condiciones de pago:** El pago, correspondiente al cien (100%) por ciento de valor del contrato, se efectuará bajo las siguientes condiciones:

a) El setenta (70%) por ciento del valor de objeto del contrato mediante transferencia bancaria al exterior a favor de la contratista, contra presentación del packing list, el informe de inspección y aprobación en fábrica por parte del Comité Técnico de Emergencia y/o verificadora delegada por CELEC EP de todos los grupos electrógenos.

Para este pago la documentación habilitante será: Packing list, informe de inspección y aprobación en fábrica de la supervisión técnica y/o verificadora delegada por CELEC EP, y Administrador del Contrato.

b) El veinte y cinco (25%) por ciento del valor restante de contrato mediante transferencia bancaria al exterior a favor de a contratista, posterior al montaje, puesta en servicio y pruebas de operación con HFO6 de la generación instalada a satisfacción de CELEC EP

Para este pago la documentación habilitante será: Acta de Entrega Recepción Parcial

c) El cinco (5%) por ciento del valor restante del contrato mediante transferencia bancaria al exterior a favor de la contratista, posterior a la transferencia de conocimientos y presentación de la garantía técnica de los bienes en las condiciones establecidas en el contrato. Previo el informe favorable del administrador del contrato y presentación de la factura comercial y acta entrega recepción definitiva.

Para este pago la documentación habilitante será: Informe del administrador del contrato en el que se señale que se ha proporcionado la transferencia de conocimientos (capacitación); entrega de la garantía técnica y acta de entrega recepción definitiva.

Posterior a la transferencia de conocimientos, se entregará la garantía técnica debidamente apostillada de los bienes en las condiciones establecidas y a satisfacción de CELEC EP.

**7.3 Documentos Requeridos según forma de pago**

Para realizar cualquiera de los pagos derivados del presente contrato, se deberá presentar, además de lo señalado para cada hito, lo siguiente:

● Solicitud de pago efectuada por el Administrador de Contrato

● Garantías vigentes

● Contrato

● El informe de administrador de contrato que certifique el cabal cumplimiento del contrato, especificaciones técnicas incluidos sus anexos y demás documentos derivados, donde se incluirá la tabla de hitos con los verificables de cumplimiento por hito, conforme el siguiente detalle:



0000011



**REPÚBLICA DEL ECUADOR**

**Corporación Eléctrica del Ecuador - CELEC EP**
**Unidad Operativa Termopichincha**

| Nombre de la tarea | Comienzo | Fin | Cantidad en días |
|---|---|---|---|
| CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO | 1 | 96 | 95 |
| 1 | HITO 1 | | | |
| 1.1 | Inicio de plazo contractual, notificación de anticipo | 1 | 90 | 90 |
| 1.2 | Presentación de parking lisg | | | |
| 1.3 | Presentación de fichas técnicas | | | |
| 1.4 | Visita en fábrica y Elaboración de informes | | | |
| 2 | HITO 2 | 5 | 95 | 90 |
| 2.1 | SUMINISTRO DE GENERADORES Y EQUIPOS ELÉCTRICOS | | | |
| 2.1.1 | SUMINISTRO 30 UNIDADES GENERADORAS 2500 MW SISTEMA DUAL DIESEL/HFO-6 | | | |
| 2.1.6 | SUMINISTRO DE TRANSFORMADORES ELEVADORES 4.16/13.2 KV | | | |
| 2.1.5 | SUMINISTRO DE TRANSFORMADORES ELEVADORES 13.8/138 KV | | | |
| 2.1.6 | SUMINISTRO DE TRANSFORMADOR ELEVADOR 138/230 KV | | | |
| 2.2 | OBRAS CIVILES | | | |
| 2.2.1 | Presentación de Diseños e Ingeniería de Obra | | | |
| 2.2.2 | REPLANTEO, DESBROCES Y NIVELACIÓN DE TERRENO | | | |
| 2.2.3 | CONSTRUCCIÓN DE CIMENTACIONES BASE | | | |
| 2.2.4 | SUMINISTRO E INSTALACIÓN DE TANQUE DE COMBUSTIBLE HFO-6 | | | |
| 2.2.5 | INSTALACIÓN DE SISTEMA DE CALENTAMIENTO DE COMBUSTIBLE | | | |
| 2.2.6 | INSTALACIÓN DE LÍNEAS DE FLUJO DE COMBUSTIBLE | | | |
| 2.2.7 | INSTALACIÓN SISTEMA DE REFRIGERACIÓN DE AGUA | 5 | 95 | 90 |
| 2.3 | OBRA ELECTROMECÁNICA | | | |
| 2.3.1 | INSTALACIÓN DE 30 UNIDADES GENERADORAS 2500 MW SISTEMA DUAL DIESEL/HFO-6 | | | |
| 2.3.3 | SISTEMA ENTRADA DE AIRE | | | |
| 2.3.4 | SISTEMA DE ESCAPE DE GASES | | | |
| 2.3.5 | SISTEMA DE ARRANQUE AIRE | | | |
| 2.3.6 | SISTEMA DE CONTROL | | | |
| 2.3.7 | CUARTO DE CONTROL | | | |
| 2.3.8 | SISTEMAS AUXILIARES | | | |
| 2.3.9 | SWITCHGEAR | | | |
| 2.3.10 | INSTALACIÓN DE TRANSFORMADORES ELEVADORES | | | |
| 2.3.11 | LÍNEAS DE TRANSMISIÓN, INCLUYE, CABLE, TORRES, ACCESORIOS DE INSTALACIÓN SEGÚN ADJUNTO ENTREGADO POR EL MINISTERIO | | | |
| 2.4 | PUESTA EN MARCHA | | | |
| 2.4.1 | Pruebas de aceptación y verificación | | | |
| 2.4.2 | Interconexión | | | |
| 2.4.4 | Integración a sistemas SCADA y HMI | | | |
| 2.4.5 | Puesta en marcha de la central | | | |
| 3 | HITO 3 | 75 | 95 | 20 |
| 3.1 | TRANSFERENCIA DE CONOCIMIENTOS Y CAPACITACIONES | 75 | 95 | 20 |
| 4 | ACOMPAÑAMIENTO TÉCNICO OPERACIÓN ASISTIDA DURANTE LOS PRÓXIMOS 180 DÍAS DESPUÉS DE LA PUESTA EN MARCHA | Luego de suscribir el acta de recepción definitiva | | 180 |

**Entrega Recepción y Suscripción de Actas.-** De acuerdo con el cronograma establecido para la ejecución del contrato, se suscribirá el Acta de Entrega Recepción Parcial de los bienes y servicios correspondientes en la puesta en marcha de las unidades de generación. La recepción definitiva se suscribirá una vez que los generadores se encuentren operativos con HFO6 a 50MW y que se hayan cumplido todas y cada una de las especificaciones técnicas.

**7.4** Todos los documentos deben estar correctamente emitidos a nombre de:

**CORPORACION ELÉCTRICA DEL ECUADOR CELEC EP UNIDAD DE NEGOCIO TERMOPICHINCHA**

**Dirección**: Av. Sebastián de Guayaquil y Pedro Fermín Cevallos Central Guangopolo.
**RUC:** 1768152800001
**Telefono:** (+593 2) - 2992500
**Código postal:** 170522 / Quito – Ecuador

A continuación, se detalla la información bancaria para la realización del pago de proveedor:

| DATOS BANCARIOS | |
|---|---|
| MONTO | |
| MONEDA | Dólares de los Estados Unidos de |

21









REPÚBLICA
DEL ECUADOR

Corporacion Electrica del Ecuador   CELEC EP
Unidad Operativa Termopichincha

| | América |
|---|---|
| BANCO DEL BENEFICIARIO | Regions Bank |
| SUCURSAL | N/A |
| ROUTING NUMBER | N/A |
| CÓDIGO SWIFT (SWIFT ACCOUNT) | UPNBUS44 |
| NOMBRE DEL BENEFICIARIO | PROGEN INDUSTRIES LLC |
| DIRECCIÓN DEL BENEFICIARIO | Mulberry, Florida, Estados Unidos |
| CIUDAD Y PAÍS DEL BENEFICIARIO | 600 Prairie Industrial Blvd, Estados Unidos |
| NÚMERO DE CUENTA DEL BENEFICIARIO | 0354557917 |

**7.5 Discrepancias:** Si existieren discrepancias respecto a la ejecución del contrato, se notificará a la Contratista, si no se receptare respuesta, dentro del término de 10 días siguientes a la fecha de la notificación, se entenderá que la Contratista ha aceptado la liquidación y se dará paso al pago, cuando se consiga un acuerdo sobre tales divergencias, se procederá como se indica en el presente contrato

**7.6 Pagos indebidos:** La contratante se reserva el derecho de reclamar al contratista, en cualquier tiempo, antes o después de la prestación del servicio, sobre cualquier pago indebido por error de cálculo o por cualquier otra razón, debidamente justificada, obligándose el contratista a satisfacer las reclamaciones que por este motivo llegare a plantear la contratante, reconociéndose el interés calculado a la tasa máxima del interés convencional, establecido por el Banco Central del Ecuador.

**Cláusula Octava.- PLAZO DE ENTREGA:**

El plazo para la entrega, ejecución y terminación de todo lo que comprende la CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE QUEVEDO, es de noventa y cinco (95) días calendario, contados a partir de la suscripción del contrato

**Cláusula Novena.- INCOTERMS 2010 (vigente):**

DAP - ENTREGADO EN EL LUGAR: "Entregado en el lugar" significa que el vendedor entrega cuando la mercancía se pone a disposición del comprador en el medio de transporte de llegada listo para descargar en el lugar de destino convenido. El vendedor asume todos los riesgos que implica llevar la mercancía al lugar convenido. Es decir, el contratista, es responsable de toda la cadena logística, incluyendo el transporte internacional y el seguro, y asume los costos generados en la descarga de los bienes en el terminal (aéreo, maritimo) al que arribe la carga. Ademas, es responsable del transporte interno en el país de destino hasta que la mercadería sea entregada en las instalaciones determinada en el contrato. La CELEC EP es responsable de las formalidades aduaneras para la nacionalización de la carga

**Cláusula Décima. - GARANTÍAS:**

**10.1** El contratista, para garantizar el cumplimiento de las obligaciones y objeto del contrato, durante el plazo y vigencia del Contrato, a su costo y riesgo, y sin perjuicio de sus obligaciones y responsabilidades bajo el Contrato, deberá contratar y mantener vigentes las garantías previstas en este numeral.

22



0000012



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**10.2** Las garantías admitidas cumplirán las condiciones estipuladas en el artículo 73 de la Ley Orgánica del Sistema Nacional de Contratación Pública "LOSNCP", en caso de pólizas presentadas deben estar debidamente respaldadas por una re aseguradora con calificación de riesgo no inferior a "A".

### 10.3 Garantía Técnica

El Contratista para asegurar la calidad de los bienes y el buen funcionamiento de los mismos, emitirá una garantía técnica la misma que debe ser entregada junto con la suscripción del Acta de Entrega Recepción Definitiva.

La garantía técnica para los bienes se encontrará vigente durante 36 meses (3 años), contados a partir de la fecha de suscripción del Acta de Entrega Recepción Definitiva del objeto contractual, a entera satisfacción de CELEC EP - TERMOPICHINCHA, en la que el contratista se obliga a reponer y/o instalar sin costo los bienes defectuosos, Adicionalmente dentro de ésta se deberá incluir la operación asistida durante los primeros 6 meses de operación posterior a la suscripción del Acta Entrega Recepción Definitiva.

Se deberá precisar además que los bienes son nuevos y garantizados por el fabricante, esto en el sentido de venir alguno de estos bienes con defectos de fábrica o durante su entrega, además, incluirá una garantía por defectos de fabricación por cuarenta años.

### 10.4 Garantía del Fiel Cumplimiento De Contrato

Para asegurar el fiel, oportuno y total cumplimiento del Contrato, inclusive para cubrir eventuales multas, la Contratista, entregará a la orden de CELEC EP TERMOPICHINCHA, una garantía incondicional, irrevocable y de cobro inmediato, otorgada por un banco o institución financiera establecidos en el país o por intermedio de ellos. El monto de la Garantía de Fiel Cumplimiento será por un valor equivalente al cinco por ciento (5%) del valor total, estimado y referencial del Contrato. La Garantía de Fiel Cumplimiento deberá mantenerse vigente por el plazo contractual y hasta que se suscriba el Acta de Entrega Recepción Definitiva del mismo; o, Fianza instrumentada en una póliza de seguros, incondicional e irrevocable, de cobro inmediato, emitida por una compañía de seguros establecida en el país; o, Certificados de depósito a plazo, emitidos por una institución financiera establecida en el país, endosados por valor en garantía a la orden de la Entidad Contratante y cuyo plazo de vigencia sea mayor al estimado para la ejecución del contrato. Estas garantías se entregarán de conformidad a lo previsto en el artículo 57.1 de la LOSNCP, una vez que el contrato haya sido suscrito, en el término máximo de 10 días contado a partir de la fecha de suscripción del presente instrumento.

La Garantía de Fiel Cumplimiento podrá ser ejecutada por CELEC EP, en caso de que:

1. La Contratista incumpliera cualquiera de sus obligaciones conforme al Contrato y previo el procedimiento de terminación unilateral y anticipado.
2. Por no realizar la renovación dentro del tiempo de 15 días establecido previo a su vencimiento.
3. Por aplicación de multas que no puedan ser descontadas de los informes pendientes de cobro.

23


Corporación Eléctrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA







REPUBLICA
DEL ECUADOR

Corporacion Electrica del Ecuador   CELEC EP
Unidad Operativa Termopichincha

La Garantia de Fiel Cumplimiento tendrá una cláusula de renovación automática o ejecución automática en caso de no renovación al vencimiento a satisfacción de CELEC EP, en virtud de la cual la Garantia de Fiel Cumplimiento tendrá que ser renovada por lo menos quince (15) días antes de su expiración o de lo contrario, la Entidad Financiera Aceptable o Compañia de Seguros Aceptable, como corresponda, deberá pagar a CELEC EP el monto total de la Garantía de Fiel Cumplimiento de que se trate a su vencimiento.

La existencia o ejecución de la Garantia de Fiel Cumplimiento no limita o condiciona las obligaciones y las responsabilidades de la Contratista para con CELEC EP, ni las acciones y derechos de CELEC EP, conforme al Contrato o Normatividad. De corresponder, los valores no cubiertos o no recuperados a través de la Garantia de Fiel Cumplimiento que la Contratista deba pagar a CELEC EP conforme lo previsto en este Contrato, deberán ser pagados por la Contratista de acuerdo con sus obligaciones conforme al Contrato. Los costos de expedición de las Garantia de Fiel Cumplimiento, sus prórrogas o modificaciones serán de cargo exclusivo de la Contratista. En caso de que la entidad bancaria o compañia de seguros que otorgue la Garantia de Fiel Cumplimiento pierda su calificación durante el plazo de duración y vigencia del Contrato, de manera de no calificar como "Entidad Financiera Aceptable" o como "Compañia de Seguros Aceptable", según corresponda, la Contratista deberá inmediatamente reemplazar a Garantias de Fiel Cumplimiento por una Garantia de Fiel Cumplimiento nueva emitida por una entidad que califique como "Entidad Financiera Aceptable" o "Compañia de Seguros Aceptable", según corresponda, conforme lo previsto en la normativa aplicable.

### 10.5 Garantia Ambiental

La Contratista para asegurar el cumplimiento del Plan de Manejo Ambiental (PMA) durante el plazo contractual, entregará a CELEC EP una garantia por el valor del cero punto cinco por ciento (0,5%) del Precio total del Contrato. Esta garantia se entregará de conformidad a lo previsto en el articulo 57.1 de la LOSNCP, una vez que el contrato haya sido suscrito, en el término máximo de 5 dias contado a partir de la fecha de suscripción del presente instrumento.

### 10.6 Transferencia de Tecnología

Para la transferencia de tecnologia, la contratista debe cumplir con el siguiente nivel de transferencia tecnológica previo a la suscripción del acta entrega recepción definitiva conforme el siguiente detalle.

**NIVEL TT2:** Transferencia de tecnologia dentro de la compra pública de bienes con intensidad tecnológica baja y media-baja.

### Requerimientos:

· Este nivel incluye todos los Requerimientos de Nivel Transferencia Tecnológica 1
· Taller o curso de capacitación para conocer el correcto uso o manejo del producto
· CD donde se exponga el curso o taller de capacitación que fue dado a persona ecuatoriano.

24



0000013



**REPÚBLICA
DEL ECUADOR**

**Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha**

Nota: a continuación, se encuentra el detalle de los requerimientos de Nivel de Transferencia Tecnológica 1:

- Manual de uso y manejo de producto, en formato digital y en físico;
- CD o información en línea donde se dé a conocer información del producto, procedencia de materias primas, fechas y registros de producción;
- Certificados de calidad o normativa (escaneados) bajo los cual fuere desarrollado el producto (en caso de que existiesen);
- Certificados de calibración del producto, dependiendo del caso; y,
- Cualquier otra información sobre estándares industriales de medidas, pruebas y control de calidad.

**10.7** Las garantías entregadas se devolverán de acuerdo a lo establecido en el artículo 77 de la Ley Orgánica del Sistema Nacional de Contratación Pública y 263 del Reglamento General de la Ley Orgánica del Sistema Nacional de Contratación Pública. Entre tanto, deberán mantenerse vigentes, lo que será vigilado y exigido por la contratante.

### 10.8 PÓLIZAS

Durante el plazo y vigencia del Contrato, la CONTRATISTA, a su costo y sin perjuicio de sus obligaciones y responsabilidades bajo este Contrato y el Régimen Legal, deberá contratar y mantener vigentes las pólizas de seguros que se indican a continuación, mismas que serán entregadas por el contratista previo requerimiento del administrador del contrato:

**10.8.1. De Responsabilidad Civil:** Por la suma asegurada de USD 5'000.000,00 (Cinco Millones con 00/100 dólares de los Estados Unidos de América) que cubra las lesiones corporales y daños a bienes de terceros que sean legalmente imputables al asegurado con motivo del desarrollo de sus actividades objeto del contrato. Esta póliza de Responsabilidad Civil, con alcance a cobertura extra contractual por su naturaleza y contractual por lo particular del contrato.

**10.8.2.  Póliza a todo riesgo de montaje/todo riesgo contratista:** Con un límite no menor a USD. 5'000.000,00 (Cinco millones de dólares de los Estados Unidos de América) de riesgo combinado.

**10.8.3. Seguro de vida con cobertura de accidentes:** Con un límite no menor a USD. 80.000,00 (Ochenta mil dólares de los Estados Unidos de América) por muerte, y para gastos médicos por accidente (asistencia médica) con un límite de USD 10.000,00 (Diez mil dólares de los Estados Unidos de América) por cualquier colaborador.

**10.8.4. Seguro de vehículos:** Con responsabilidad civil por un valor no menor a US$ 30.000,00 (Treinta mil dólares de los Estados Unidos de América), como límite combinado, muerte accidental y gastos médicos para los ocupantes, pero no limitadas a: Responsabilidad Civil (para daños a terceros, para lesiones o muerte a una persona y para lesiones o muerte de una o más personas), que incluya gastos médicos por el límite máximo permitido por las tarifas locales, gastos legales por asistencia jurídica en proceso legal o civil, amparo de protección patrimonial, coberturas parciales por robo y hurto.

25







 

**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

La CONTRATISTA deberá obtener las pólizas con una compañía de seguros legalmente establecida en Ecuador y que califique como una Compañía de Seguros registrada en la Superintendencia de Compañías Valores y Seguros de Ecuador.

Las pólizas son primarias y no contributivas a cualquier seguro contratado por CELEC EP. El cobro de estas pólizas no constituirá indemnización de los perjuicios ocasionados a CELEC EP, la cual podrá obligar a la CONTRATISTA por el remanente hasta satisfacción completa de los perjuicios que se le llegaren a ocasionar. Todas las pólizas exigidas en el Contrato deberán incluir cláusulas del siguiente tenor:

a) La compañía de seguros renuncia expresamente al derecho de subrogación contra la CONTRATANTE. En el caso de la póliza de cumplimiento, la compañía de seguros renuncia a la subrogación contra la CONTRATANTE.
b) La compañía de seguros no podrá cancelar o modificar los términos de las pólizas contratadas sin previa autorización expresa de CELEC EP
c) La compañía de seguros incluirá a la CONTRATANTE como asegurada adicional. En el caso de la póliza de cumplimiento el asegurado será el CONTRATANTE.
d) El pago de las indemnizaciones se realizará una vez demostrada así sea extrajudicialmente la ocurrencia del siniestro y la cuantía de la pérdida por parte del asegurado.
e) El CONTRATISTA renuncia a la facultad de revocación unilateral de las pólizas que contrate en cumplimiento de presente Contrato

CELEC EP no será responsable por los límites deducibles o limitaciones al condicionamiento de las pólizas adquiridas por la CONTRATISTA. La CONTRATISTA podrá exigir de sus Sub-CONTRATISTAS la misma posición sobre los seguros según sea aplicable. La CONTRATISTA será la única responsable si la indemnización o cubrimiento de la compañía de seguros presenta deficiencias. Todos y cada uno de los deducibles en las pólizas de seguro serán asumidos por la CONTRATISTA bajo su exclusiva responsabilidad.

En cualquiera de las pólizas de seguros a que se refiere esta cláusula, deberá incluirse a la CONTRATANTE como asegurada y/o beneficiaria, según corresponda para el cabal cubrimiento de sus intereses. La CONTRATISTA y sus Sub-CONTRATISTAS igualmente se obligan a contratar y mantener vigentes cualesquiera otras pólizas de seguros señalados por la legislación ecuatoriana y/o reglamentación vigente, bajo el presente Contrato, sumas aseguradas, etc., que en ella se señalan para el buen desarrollo y ejecución del Contrato.

CELEC EP podrá dar por terminado en forma unilateral el Contrato, cuando el CONTRATISTA no haya cumplido con la presentación de las pólizas requeridas en el término acordado en el Contrato.

Si la CONTRATISTA presentó las pólizas en el plazo acordado, pero la entidad aseguradora no es la aceptada por CELEC EP o los términos de las pólizas no son los exigidos en el Contrato, la CONTRATISTA tendrá la obligación de modificar dichas pólizas, para lo cual tendrá tres (3) días hábiles a partir de recibir la notificación de la no aceptación de las pólizas presentadas anteriormente.

Ninguna póliza podrá ser anticipadamente cancelada por ningún concepto, a no ser con la autorización de la CELEC EP, caso contrario se aplicarán las sanciones

26



0000014



**REPÚBLICA DEL ECUADOR**

**Corporación Eléctrica del Ecuador - CELEC EP**
**Unidad Operativa Termopichincha**

estipuladas por dicho incumplimiento, incluso con la terminación unilateral del contrato.

La contratación de dichos seguros, no le exime a la CONTRATISTA de su responsabilidad frente a las indemnizaciones que deba reconocer por cualquier daño causado en el cumplimiento de las actividades objeto de este contrato.

La CONTRATISTA cubrirá y cancelará los siniestros menores (bajo deducibles) que afecten los bienes, propiedades y/o personas de la CELEC EP o de terceros, como consecuencia de las actividades desarrolladas por la CONTRATISTA en la ejecución del presente contrato; y, que no sean cubiertos por sus pólizas de seguros por ser inferiores a los deducibles de las mismas, así como los montos que superen el monto asegurado.

**Cláusula Décima Primera. - PRÓRROGAS:**

En casos de prórrogas se requerirá la autorización del Gerente de la Unidad de Negocio CELEC EP- Termopichincha, previo informe del Administrador del contrato.

La contratante prorrogará el plazo total o los plazos parciales en los siguientes casos:

a) Cuando el contratista así lo solicitare, por escrito, justificando los fundamentos de la solicitud, dentro del plazo de diez (10) días siguientes a la fecha de producido el hecho, siempre que este se haya producido por motivos de fuerza mayor o caso fortuito aceptado como tal por la máxima autoridad de la entidad contratante o su delegado, previo informe del administrador del contrato. Tan pronto desaparezca la causa de fuerza mayor o caso fortuito, el contratista está obligado a continuar con la ejecución del contrato, sin necesidad de que medie notificación por parte del administrador del contrato para reanudarlo.

Para los efectos contemplados en este contrato, los términos de fuerza mayor o caso fortuito se entenderán conforme se define a continuación:

*"Un acontecimiento de Fuerza Mayor, significa un acontecimiento que está más allá del control razonable y que no implica el error o negligencia de la parte que lo alega, acontecimiento que esa parte no podía prevenir o prever desde un punto de vista razonable, incluidos, sin que esto limite la generalidad de lo anterior, guerra (declarada o por declarar), insurrección, actos de terrorismo (excepto los actos de terrorismo perpetrados por los propios empleados, representantes o contratistas de una Parte), las leyes o decretos del Gobiernos o de los Organismos gubernamentales (incluidos los organismos legislativos y las autoridades locales y portuarias), boicoteos, huelgas o actos fortuitos".*

En consecuencia, se estipula que eventos relacionados con la COVID-19 y/o conflictos en Ucrania podrán ser considerados fuerza mayor o caso fortuito en la medida en que impacten las obligaciones de la CONTRATISTA bajo el contrato, de manera proporcional a dicho impacto.

En el caso de fuerza mayor o caso fortuito, la parte afectada notificará a la otra, dentro del plazo de diez (10) días calendario subsiguientes de ocurrido el hecho, y explicará

27







REPUBLICA
DEL ECUADOR

los efectos causados por el evento en el cumplimiento del contrato para el efecto deberá presentar la documentación correspondiente

La calificación de la causa de fuerza mayor o caso fortuito alegado por la CONTRATISTA, la realizará el Administrador del contrato, en un plazo de cinco días de recibida la petición, previo informe jurídico emitido por parte de CELEC EP

En casos de prórroga de plazo, las partes elaborarán un nuevo cronograma, que suscrito por ellas, sustituirá al original o precedente y tendrá el mismo valor contractual del sustituido Y en tal caso se requerirá la autorización de la máxima autoridad de la contratante, previo informe de administrador del contrato

La suspensión de la ejecución del contrato puede ser declarada por CELEC EP, esta debe ser motivadas por la contratante u ordenadas por ella y que no se deban a causas imputables al contratista

### Cláusula Décima Segunda. - MULTAS:

**12.1** CELEC EP – Unidad de Negocio TERMOPICHINCHA retendrá por concepto de multa, la cantidad equivalente al 2 por mil (2 x 1,000) diarios sobre el porcentaje de las obligaciones que se encuentren pendientes de ejecutarse conforme los h tos establecidos en el contrato y cronograma de trabajo, la multa será por retraso o por cualquier incumplimiento de las obligaciones pendientes de ejecutar que contrae en virtud del contrato, por lo tanto el contrato de multas se basará en función del cuadro de cumplimiento de hitos, mismo que será presentado posterior a la suscripción de contrato por parte del Contratista y previa aprobación del administrador del contrato.

**12.2** CELEC EP – Unidad de Negocio TERMOPICHINCHA retendrá por concepto de multa, la cantidad equivalente al 2 por mil (2 x 1,000) del valor total del contrato por cada día de retraso en la falta de presentación, a satisfacción de CELEC EP, de las garantias de fiel cumplimiento de contrato y ambiental, para lo cual no se admitirá justificaciones de caso fortuito o fuerza mayor.

**12.3** En el evento de caso fortuito o fuerza mayor, debidamente comprobado y aceptado por la Contratante, para lo cual se notificará dentro de los diez (10) días calendario subsiguientes de ocurridos los hechos. Vencido este plazo, de no mediar dicha notificación, se entenderán como no ocurridos los hechos que alegue la Contratista como causa para la no ejecución de la orden en los plazos que está obligado. Las multas legítimamente impuestas no serán devueltas bajo ningún concepto.

Adicionalmente el administrador del contrato designado por el Gerente de Unidad de Negocio podrá mediante informe motivado, elaborar el pedido de multa en cuanto exista inconformidad con el cumplimiento de los plazos

Si el valor de las multas impuestas llegare a superar el cinco por ciento (5%) del monto a cancelar sin IVA, La Contratante podrá declarar, anticipada y unilateralmente a terminación del contrato así como ejecutar las garantias pertinentes

Para la aplicación de las multas se considerará lo siguiente:

a) El Administrador de Contrato notificará a la CONTRATISTA por escrito dentro de término de cinco (5) días de conocido el incumplimiento dejando constancia en el

28



0000015



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

informe correspondiente, a fin de que sea descontada de la(s) informe(s) pendiente(s) de pago.

b) La CONTRATISTA presentará por escrito sus argumentos justificativos de descargo dentro del plazo de diez (10) días contados desde la fecha en que fue notificada.

c) CELEC EP ratificará o dejará sin efecto la multa, según corresponda, dentro del plazo de diez (10) días contados desde la fecha de presentación de los argumentos justificativos de descargo por parte de la CONTRATISTA.

d) Una vez ratificada la multa, se aplicará con cargo a cualquiera de los informes pendiente de pago, sin mediar ninguna comunicación del Administrador de Contrato.

e) No se aplicarán multas cuando el incumplimiento sea consecuencia de circunstancias provenientes de fuerza mayor o caso fortuito según los estipulado en la regulación Nro. ARCERNNR 001-23.; o, por causas justificadas por la CONTRATISTA y aceptadas por el Administrador de Contrato de CELEC EP.

f) CELEC EP podrá recuperar los valores por multas aplicadas al CONTRATISTA, de las facturas pendientes de pago emitidas por la CONTRATISTA o de la Garantía de Fiel Cumplimiento o por cualquier otra vía judicial, extrajudicial.

Nota:    1. El cálculo de la multa tendrá relación directa con la forma de pago e incumplimiento de presentación de garantías.
2. Cuando se hace mención al cronograma de trabajo se entiende como el cumplimiento a los plazos establecidos en los hitos del contrato.
3. Los plazos establecidos correrán a partir de la suscripción del contrato.

**Cláusula Décima Tercera.- OBLIGACIONES DE LAS PARTES:**

**13.1 OBLIGACIONES DEL CONTRATISTA**

● Dar cumplimiento cabal a lo establecido en las bases del proceso, estudios, especificaciones técnicas y sus anexos y condiciones del contrato.
● La contratista deberá entregar al administrador del contrato, el cronograma de actividades a efectuarse previo a la instalación de los generadores en cada locación.
● Ejecutar el contrato sobre la base de las especificaciones técnicas y sus anexos, informes técnicos, oferta y toda documentación entregada por CELEC EP. En tal virtud, la Contratista no podrá aducir error atribuible a CELEC EP, falencia o cualquier inconformidad con los mismos, como causal para solicitar ampliación de plazo o incremento de costos operacionales, de conexión e interconexión o cualquier otro reclamo relacionado con las condiciones técnicas y contractuales.
● Los valores que se establezcan para este contrato son fijos e inalterables y no están sujetos a reajuste por ningún concepto, por lo que la Contratista renuncia expresamente a ello, y declaran que su oferta incluye una solución integral.
● La Contratista está obligada a cumplir con cualquier otra obligación que se derive natural y legalmente del objeto del contrato y sea exigible por constar en cualquier documento de este o en norma legal específicamente aplicable.
● La Contratista se obliga a ejecutar el contrato sobre la base de las especificaciones técnicas y bases de este procedimiento.

29

CELEC EP
Corporación Eléctrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA





**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- La Contratista se obliga a entregar los bienes definidos en las especificaciones técnicas.
- La Contratista se obliga a entregar los manuales y toda información referente al bien adquirido en inglés y en español.
- La Contratista se obliga a ejecutar el contrato de acuerdo con las especificaciones técnicas incluidos sus anexos, prácticas comerciales y normativa internacional.
- El precio acordado en el contrato constituirá la única compensación para el el/la Contratista por todos sus costos, inclusive cualquier impuesto, derecho, tasa o contribución que él tuviera que pagar. La contratista está exenta del pago de aranceles por la importación de bienes.
- La Contratista se obliga a cumplir el objeto del contrato dentro del plazo convenido a entera satisfacción de CELEC EP
- La Contratista se obliga a entregar las facilidades para que el Administrador del Contrato cumpla eficientemente sus funciones; entregar la información relacionada al cumplimiento de las especificaciones técnicas y permitir que personas autorizadas por CELEC EP, supervisen las pruebas que ejecuta el fabricante para certificar la óptima funcionalidad de los bienes a adquirir
- La Contratista debe proteger y liberar de responsabilidad a CELEC EP y a sus representantes de cualquier reclamo o juicio que surgiera como consecuencia de la contravención o falta de cumplimiento de leyes u ordenanzas por parte de la Contratista o su personal
- Gestionar los permisos y autorizaciones, que le correspondan, necesarias ante las entidades estatales pertinentes sin limitarse a: la importación, movilización, construcción, montaje, comisionado, puesta en marcha y permisos necesarios de su correcto funcionamiento.
- La Contratista se obliga, durante la ejecución del contrato al cumplimiento de lo exigido en materia de contratación pública, laboral, ambiental seguridad social, seguridad industrial, salud ocupacional, societaria, tributaria, de acuerdo a la naturaleza contractual que fuere aplicable, por la naturaleza del presente contrato.
- La instalación de los sistemas para control de parámetros durante la ejecución contractual (consumo de combustibles, potencias, rendimiento), así como para el cumplimiento de los parámetros ambientales y sus límites máximos permisibles definidos en la normativa ambiental vigente estarán a cargo de la Contratista y serán conforme los términos de la contratación y especificaciones técnicas que forman parte de este documento. Adicionalmente, la Contratista deberá considerar la tecnología y/o mecanismos de control necesarios que le permitan cumplir con este fin. La contratista deberá en cada locación dar cumplimiento al Plan de Manejo Ambiental correspondiente
- La contratista deberá garantizar la entrega de la potencia efectiva en sitio según su oferta. En caso de que no se cumpla con este parámetro durante las pruebas de operación, CELEC EP podrá descontar de manera proporcional los MW no entregados de acuerdo con el costo de la potencia ofertada.
- Luego de ejecutadas las pruebas de recepción de la Central, en caso de que el consumo específico de combustible sea mayor al consumo ofertado (gr/kWh) se aplicará un descuento de 100.000 USD, por cada gr/kWh adicional de consumo
- La contratista deberá realizar la transferencia de conocimiento necesaria al personal designado por la Contratante durante el proceso de instalación, montaje puesto en marcha. Así mismo durante el periodo de operación asistida por al menos seis meses.
- La contratista deberá entregar previa a la suscripción de Acta Entrega Definitiva o siguiente

30



CELEC EP
Corporación Eléctrica del Ecuador
UNIDAD OPERATIVA TERMOPICHINCHA

0000016



**REPÚBLICA**
**DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- o Manual de uso y manejo de los equipos a ser suministrados producto, en formato digital y en físico.
- o CD o información en línea donde se dé a conocer información del producto, procedencia de materias primas, fechas y registros de producción.
- o Certificados de calidad o normativa (escaneados) bajo los cual fuere desarrollado el producto (en caso que existiesen).
- o Certificados de calibración del producto, dependiendo del caso.
- o Cualquier otra información sobre estándares industriales de medidas, pruebas y control de calidad.
- o Taller o curso de capacitación para conocer el correcto uso o manejo de la central y equipos de generación.
- o CD donde se exponga el curso o taller de capacitación que fue dado a personal ecuatoriano.
- o Garantía de defectos de fábrica por 40 años desde la suscripción del presente contrato.
- ● Cumplir con las normas ambientales vigentes, plan de manejo ambiental, planes de acción y demás obligaciones que se deriven de las autorizaciones administrativas ambientales u otras de cada uno de los sitios. El combustible deberá cumplir con las condiciones establecidas en las especificaciones técnicas, en caso de no cumplir con esas características técnicas la contratista queda exenta de cualquier responsabilidad ambiental.
- ● El cumplimiento de la normativa ambiental deberá considerar el uso de los combustibles entregados por CELEC EP.
- ● Mantener un solo canal de comunicación oficial con CELEC EP por intermedio del Administrador del Contrato.
- ● La Contratista deberá manejar de manera expedita y entregar a CELEC EP a su simple solicitud, toda la información relacionada con permisos de trabajo, planes de manejo ambiental con registros de gestión y disposición de desechos, registros de mantenimiento de sistemas contra incendios, planes de manejo de emergencia con sus respectivos registros de cumplimiento de simulacros, considerando los plazos establecidos en la normativa vigente o requerimientos de las autoridades competentes para la entrega de los mismos.
- ● La Contratista cumplirá las políticas antisoborno de CELEC EP; así como, garantizará el origen lícito de los recursos económicos utilizados para la ejecución contractual.
- ● Será responsabilidad de la contratista suministrar las herramientas básicas necesarias para los mantenimientos en coordinación con el administrador del contrato (al menos un juego de herramientas por cada grupo de cuatro unidades de generación, incluye herramientas especiales).
- ● El contratista deberá efectuar el mantenimiento preventivo y correctivo de los equipos grupos electrógenos durante el primer año de uso de los mismos contados a partir del acta entrega recepción definitiva.
- ● La contratista se obliga entregar una la Garantía Técnica por un periodo de (3) años, contados a partir de la suscripción del Acta Entrega Recepción Definitiva misma que incluirá una cobertura de 40 años por defectos de fábrica.
- ● La contratista deberá suscribir un acta de compromiso de acompañamiento técnico y transferencia de conocimientos al personal de CELEC EP, durante seis meses posterior a la suscripción del Acta Entrega Recepción Definitiva
- ● La Contratista, es responsable de toda la cadena logística, incluyendo el transporte internacional y el seguro, y asume los costos generados en la descarga de los bienes en el terminal (aéreo, marítimo) al que arribe la carga. Además, es responsable del transporte interno en el país de destino hasta que la mercadería

31







REPUBLICA
DEL ECUADOR

sea entregada en las instalaciones correspondientes, así como de todas las acciones materiales, insumos, obras civiles que permitan la incorporación de 100 MW al S.N.I. La CELEC EP es responsable de las formalidades aduaneras para la nacionalización de la carga.

### 13.2 OBLIGACIONES DEL CONTRATANTE

- Designar a los Administradores de Contrato y Supervisores, y equipo técnico necesarios, para el adecuado control de su ejecución contractual, quienes velarán por el cabal y oportuno cumplimiento de todas y cada una de las obligaciones derivadas del mismo por lo que adoptarán las acciones que sean necesarias para evitar incumplimientos. Las atribuciones que el Administrador del Contrato cumplirá serán las determinadas en el contrato
- Notificar a la Contratista la designación de los funcionarios por parte de CELEC EP para la Administración y Supervisión del instrumento contractual.
- Dar solución a las peticiones y problemas que se presenten en la ejecución del contrato a través del Administrador de contrato en un plazo de cinco (5) días contados a partir de la petición escrita formulada por la Contratista
- Hacer cumplir los procedimientos de seguridad, salud, ambiente y normativa de CELEC EP.
- Suscribir las actas entrega recepción, parcial y definitiva una vez recibido el bien; y en general cumplir con las obligaciones derivadas del contrato

### Cláusula Décima Cuarta.- TERMINACIÓN DEL CONTRATO

**14.1** El presente Contrato terminará por las siguientes causas, de acuerdo a previsto en esta cláusula:

- a) Por cumplirse el objeto del contrato;
- b) Por expiración del plazo;
- c) Por mutuo acuerdo de las partes;
- d) Por sentencia o laudo ejecutoriados que declaren la nulidad del contrato o la resolución del mismo a pedido del contratista;
- e) Por declaración unilateral del contratante, en caso de incumplimiento del contratista; y,
- f) Por disolución de la persona jurídica contratista que no se origine en decisión interna voluntaria de los órganos competentes de tal persona jurídica.

**14.2 Causales de Terminación unilateral del contrato.-** Tratándose de incumplimiento del contratista, procederá la declaración anticipada y unilateral de la contratante, se considerarán las siguientes causales

- a) Por incumplimiento del contratista,
- b) Si el contratista no notificare a la contratante acerca de la transferencia, cesión, enajenación de sus acciones, participaciones, o en general de cualquier cambio en su estructura de propiedad, dentro de los cinco días hábiles siguientes a la fecha en que se produjo tal modificación;
- c) Si el contratista incumple con las declaraciones que ha realizado en la oferta,
- d) Por quiebra o insolvencia del contratista,
- e) Si el valor de las multas supera el monto de la garantía de fiel cumplimiento del contrato;



CELEC EP
Corporacion Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

0000017



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

f) Por suspensión de los trabajos, por decisión del contratista, por más de veinte (20) días, sin que medie fuerza mayor o caso fortuito;

g) La Entidad Contratante también podrá declarar terminado anticipada y unilateralmente el contrato cuando, ante circunstancias técnicas o económicas imprevistas o de caso fortuito o fuerza mayor, debidamente comprobadas, el contratista no hubiere accedido a terminar de mutuo acuerdo el contrato. En este caso, no se ejecutará la garantía de fiel cumplimiento del contrato.

**14.2.1 Procedimiento de terminación unilateral.** - Antes de proceder a la terminación unilateral, CELEC EP notificará al contratista, con la anticipación de diez (10) días término, sobre su decisión de terminarlo unilateralmente. Junto con la notificación, se remitirán los informes técnico y económico, referentes al cumplimiento de las obligaciones de la contratista. La notificación señalará específicamente el incumplimiento o mora en que ha incurrido el contratista y le advertirá que, de no remediarlo en el término señalado, se dará por terminado unilateralmente el contrato.

Si el contratista no justificare la mora o no remediare el incumplimiento, en el término concedido, CELEC EP podrá dar por terminado unilateralmente el contrato, mediante resolución de la máxima autoridad, que se comunicará al contratista.

**Cláusula Décima Quinta. - DE LA ADMINISTRACIÓN DEL CONTRATO**

La CONTRATANTE designa al señor Ingeniero **ANGEL VINICIO BENALCAZAR SANCHEZ**, Jefe de Central de la Unidad de Negocio CELEC EP TERMOPICHINCHA, en calidad de administrador de contrato, quien deberá atenerse a las condiciones del presente contrato y sus documentos habilitantes; y, velará por el cabal cumplimiento del mismo

Todas las comunicaciones, sin excepción, entre el administrador del contrato y el contratista se harán a través de documentos escritos o por medios electrónicos.

La contratante podrá cambiar motivadamente al Administrador del Contrato, mediante oficio, que será notificada al Administrador saliente, al Administrador entrante y a la CONTRATISTA.

Son funciones del administrador del contrato las siguientes:

1. Coordinar todas las acciones necesarias para garantizar la debida ejecución del contrato;

2. Cumplir y hacer cumplir todas las obligaciones derivadas del contrato y los documentos que lo componen;

3. Adoptar las acciones para evitar retrasos injustificados en la ejecución del contrato;

4. Imponer las multas establecidas en el contrato, para lo cual se deberá respetar el debido proceso; conforme el artículo 293 del Reglamento General a la Ley Orgánica del Sistema Nacional de Contratación Pública.

5. Administrar las garantías correspondientes que se mantendrán vigentes durante todo el plazo de vigencia del contrato, esta obligación podrá ser coordinada con el

33









**REPUBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

tesorero de la entidad contratante o quien haga sus veces, a quien corresponde el control y custodia de las garantías. La responsabilidad por la gestión de as garantias será solidaria entre el administrador del contrato y el tesorero;

6. Reportar a la máxima autoridad de la entidad contratante, cualquier aspecto operativo, técnico, económico y de otra naturaleza que pudieren afectar al cumplimiento del contrato,

7. Coordinar con las direcciones institucionales y con los profesionales de la entidad contratante, que, por su competencia, conocimientos y perfil, sea indispensable su intervención para garantizar la debida ejecución de contrato;

8. Proporcionar al contratista las instrucciones necesarias para garantizar el cumplimiento del contrato sobre la base de las especificaciones técnicas o términos de referencia y en las condiciones establecidas en el contrato;

9. Requerir motivadamente al contratista, la sustitución de cualquier integrante de su personal cuando lo considere incompetente o negligente en su oficio, presente una conducta incompatible con sus obligaciones, se negare a cumplir las estipulaciones del contrato y los documentos anexos. El personal con el que se sustituya deberá acreditar la misma o mejor capacidad, experiencia y demás exigencias establecidas en los pliegos;

10. Autorizar o negar el cambio del personal asignado a la ejecución del contrato, verificando que el personal que el contratista pretende sustituir acredite la misma o mejor capacidad, experiencia y demás exigencias establecidas en los pliegos, desarrollando adecuadamente las funciones encomendadas;

11. Reportar a las autoridades competentes, cuando tenga conocimiento que el contratista se encuentra incumpliendo sus obligaciones laborales y patronales conforme a la ley;

12. Elaborar e intervenir en las actas de entrega recepción parciales y definitivas; así como, coordinar con el contratista la recepción del mismo;

13. Elaborar el informe de emergencia a fin de Publicar en el Portal COMPRAS PÚBLICA en cumplimiento del artículo 241 del RGLOSNCP.

14. Preparar y organizar el expediente de toda la gestión de administración del contrato, dejando evidencia documental a efectos de las auditorias ulteriores que los órganos de control del Estado realicen;

15. Cualquier otra que de acuerdo con la naturaleza del objeto de contratación sea indispensable para garantizar su debida ejecución. Las atribuciones adicionales del administrador del contrato deberán estar descritas en el contrato

El administrador del contrato deberá remitir cada 10 días, contados desde el día siguiente de la firma del contrato, a la Gerencia de la Unidad, el avance del cumplimiento del contrato para que el Gerente de la Unidad de Negocio TERMOPICHINCHA remita al Gerente General dicho avance.

**Cláusula Décima Sexta. - SOLUCIÓN DE CONTROVERSIAS**

34



0000018



REPÚBLICA
DEL ECUADOR

**Corporación Eléctrica del Ecuador - CELEC EP**
**Unidad Operativa Termopichincha**

De suscitarse divergencias o controversias relativas al cumplimiento, interpretación y ejecución de este Contrato y no se lograre un acuerdo directo entre las partes, se someterá a Mediación en el Centro de Mediación de la Procuraduría General del Estado con sede en Quito.

De no llegar a un acuerdo en mediación, tal divergencia o controversia será resuelta definitivamente por arbitraje en derecho, administrado por el Centro de Arbitraje y Mediación de la Cámara Ecuatoriana Americana. El Tribunal estará conformado por tres árbitros principales y un alterno y serán seleccionados de la siguiente forma: cada una de las partes, en el término de cinco (05) días contados desde la citación de la demanda arbitral, elegirá su árbitro que podrá o no pertenecer a la lista oficial proporcionada por el Centro de Arbitraje y Mediación y los dos árbitros elegidos escogerán al tercer árbitro, quien presidirá el Tribunal y al árbitro alterno. El tercer árbitro y el árbitro alterno podrán ser seleccionados de la lista oficial proporcionada por el Centro de Arbitraje y Mediación, en el término de cinco (05) días contados a partir de la fecha en que ambos árbitros nombrados por las partes hayan manifestado por escrito su aceptación de desempeñar el cargo. Las Partes podrán objetar la designación de un árbitro si apareciere alguna revelación de dicho árbitro que comprometa su imparcialidad e independencia, para lo cual el Centro de Arbitraje y Mediación de la Cámara de Comercio de Quito suspenderá el término correspondiente hasta que se resuelva sobre tal revelación. En el evento en que alguna de las partes o los árbitros designados por éstas, no efectuaren las designaciones que les corresponden dentro del término previsto, éstas se efectuarán por sorteo, a pedido de cualquiera de las partes, conforme lo establece el inciso quinto del artículo 16 de la Ley de Arbitraje y Mediación.

Las partes autorizan al Tribunal Arbitral para que ordene y disponga medidas cautelares que procedan y se ajusten a la normativa procesal ecuatoriana y para la ejecución de tales medidas. El Tribunal solicitará el auxilio de funcionarios públicos, judiciales, policiales y administrativos que sean necesarios, sin tener que recurrir a juez ordinario alguno.

El laudo que expida el Tribunal Arbitral deberá fundarse en derecho y por consiguiente sujetarse al Contrato, a la ley, a los principios universales del derecho, a la jurisprudencia y a la doctrina.

Las partes se obligan a acatar el laudo arbitral que se expida.

Los costos y gastos arbitrales que genere el proceso arbitral serán cubiertos por el demandante.

El lugar del arbitraje será en la ciudad de Quito, en las instalaciones del Centro de Arbitraje y Mediación de la Cámara Ecuatoriana Americana y su tramitación será confidencial.

La Contratista renuncia a utilizar la vía diplomática para todo reclamo relacionado con este Contrato. Si la Contratista, incumpliere este compromiso, la Contratante podrá dar por terminado unilateralmente el Contrato y hacer efectivas las garantías.

**Cláusula Décima Séptima.- COMUNICACIONES ENTRE LAS PARTES**

35




CELEC EP
Corporación Eléctrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

 REPUBLICA
DEL ECUADOR

Corporacion Electrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

Todas las comunicaciones, sin excepción, entre las partes, relativas al contrato, serán formuladas por escrito o por correo electrónico y en idioma castellano.

Las notificaciones referentes a cualquier procedimiento de arbitraje serán realizadas también a la Procuraduría General del Estado (Ecuador).

Las comunicaciones entre el Administrador del Contrato y la Contratista se harán a través de documentos escritos o por medios electrónicos

Las notificaciones que el Administrador del Contrato y la Contratista que deben efectuar en virtud de lo dispuesto en este contrato, podrán ser de forma electrónica a través de correo electrónico o por escrito para lo cual las partes fijan sus domicilios conforme se detalla a continuación

| | |
|---|---|
| **CONTRATANTE:** | **CELEC EP UNIDAD DE NEGOCIO TERMOPICHINCHA.** |
| **RUC:** | 1768152800001 |
| **Dirección:** | Calle Sebastián de Benalcázar y Pedro Fermín Cevallos |
| **Teléfono:** | (02) 299-2500 |
| **Correo electrónico:** | angel.benalcazar@celec.gob.ec |
| **Ciudad:** | Quito-Ecuador |

| | |
|---|---|
| **CONTRATISTA:** | **PROGEN INDUSTRIES LLC.,** |
| **ID#:** | M17000002840 |
| **Dirección:** | 600 Prairie Industrial Parkway, Mulberry FL 33860 |
| **Teléfono:** | 818-587-6454 |
| **Contacto:** | Andrew S. Williamsom |
| **mail:** | hs@progen1.com |

**Cláusula Décima Séptima.- CONFIDENCIALIDAD:**

Cada una de las partes, se obligan a guardar absoluta reserva, discreción y confidencialidad sobre los términos de este Contrato y sobre toda la Información que producto del presente contrato reciban.

En caso de violación de esta obligación se podrán ejercer las acciones civiles o penales correspondientes.

Es de exclusiva propiedad de las Partes la Información que ha entregado a la otra, constituyendo falta de gravedad extrema: a) la divulgación de la misma en cualquier forma; b) su utilización hacia fines distintos o desviados respecto del especifico descrito en cada orden de servicio.

Información confidencial significa cualquier información oral, escrita, mecanografiada, impresa, grabada o gráfica, incluyendo medios generados de computación, producidos o reproducidos y sin consideración de que sean o no creados por las Partes o alguna otra entidad que los hubiere generado para éstas. Será considerada confidencial toda la información cursada entre las Partes aun cuando no haya sido marcada como confidencial previo a su divulgación.

36



0000019



**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

Desde la fecha de divulgación hasta dos años posteriores al vencimiento del Acuerdo Comercial, la parte que reciba Información ("Receptor") de la otra parte ("la Parte Emisora") conservará la información recibida con carácter confidencial y no la divulgará sin el consentimiento de la parte emisora; asimismo, debe aplicar a la información el mismo tratamiento que aplica a su propia información confidencial o privada. Con el fin de mantener la confidencialidad de este Acuerdo, las partes serán receptores de la información comprendida en el mismo.

No obstante lo anterior, la Información que se indica a continuación no se considerará confidencial y el Receptor no tendrá ninguna obligación con respecto a ella: la Información que: (a) ya es conocida por el Receptor con anterioridad a la suscripción de este contrato, (b) es desarrollada por el Receptor con independencia de este Acuerdo y es divulgada en virtud de este Acuerdo, (c) es o pasa a ser dominio público sin que medie culpa o acto ilícito del Receptor, (d) tiene que ser divulgada o presentada por el Receptor como requisito impuesto por una autoridad competente, leyes o reglamentaciones oficiales, (e) sujeto está cubierta por una orden legal notificada al Receptor, (f) ya era de dominio público previo a la suscripción del presente Acuerdo.

Si el Receptor recibe una notificación legal donde se le solicita o exige que divulgue información, el receptor comunicará esta circunstancia de inmediato a la parte emisora para que ésta tome las medidas legales que correspondan para evitar su divulgación.

**Cláusula Décima Novena. - CUMPLIMIENTO DE POLÍTICA ANTISOBORNO DE CELEC EP**

**19.1.** LA CONTRATISTA declara, asegura y se compromete a que: ella, sus compañías asociadas, sus compañías afiliadas, sus compañías relacionadas y sus subcontratistas, no han hecho, ofrecido, ni ofrecerán pagos, préstamos u obsequios de dinero u objetos de valor, directa o indirectamente a:

a) Un funcionario de autoridad pública alguna, ni a empleados.
b) Un movimiento o partido político o miembro de este.
c) Cualquier otra persona cuando la parte sepa o haya tenido motivos para saber que cualquier parte de dicho pago, préstamo u obsequio será entregado o pagado directa o indirectamente a cualquier funcionario o empleado público, candidato, partido político o miembro de éste; o,
d) A cualquier otra persona o ente cuando esos pagos, préstamos u obsequios de dinero u objetos de valor, pudieran violar las leyes de cualquier jurisdicción pertinente.

**19.2** CELEC EP podrá dar por terminado este contrato según lo indicado en la presente cláusula, en caso de comprobarse a través del debido proceso que, LA CONTRATISTA ha incumplido la cláusula antisoborno de este contrato y/o la Política Antisoborno de CELEC EP, que forma parte integrante de este contrato.

37





**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**19.3** LA CONTRATISTA se obliga a tomar todas las medidas necesarias y razonables para garantizar que: ella, sus compañias asociadas, sus compañias afiliadas, sus compañias relacionadas, sus subcontratistas y sus respectivos directores, gerentes, empleados, agentes y representantes involucrados en la ejecución de este contrato, cumplan con todas las leyes aplicables, incluyendo especificamente los requerimientos antisoborno de CELEC EP establecidos en su politica antisoborno.

**19.4 Negociación de este contrato. -** Las partes declaran y reconocen que todas las cláusulas, anexos, términos, condiciones y, en general, todo el contenido de este contrato, han sido totalmente negociados, redactados y aceptados por ambas partes de buena fe y, en consecuencia, ninguna parte puede alegar en beneficio propio el desconocimiento de este contrato o la auditoría de ciertos términos y condiciones de este contrato a la otra parte

**19.5** Autorización a los organismos de control correspondientes, el levantamiento del sigilo bancario de las cuentas nacionales y extranjeras, que se encuentran a nombre de mi representante legal, a fin de verificar el origen licito de los fondos y recursos a emplearse en la ejecucion del presente contrato

**Cláusula Vigésima. – ACEPTACIÓN DE LAS PARTES**

Libre y voluntariamente, las partes expresamente declaran su aceptación a todo lo convenido en el presente contrato y se someten a sus estipulaciones.

Dado y firmado en cuatro ejemplares de mismo valor y contenido, a los dos días del mes de agosto de 2024 en la ciudad de Quito – Ecuador.

ING.BYRON OROZCO MORENO

**GERENTE UNIDAD DE NEGOCIO
CELEC EP- TERMOPICHINCHA**

**CONTRATANTE**

ANDREW S WILLIAMSON

**PROGEN INDUSTRIES LLC.
(EEUU)**

**CONTRATISTA**

Se incorpora al presente contrato formando parte ntegrante de a misma la Oferta Técnico-Económica, emitida por la compañia PROGEN INDUSTRIES LLC as especificaciones tecnicas y anexos que constan en el documento M17.P01 S03 F29 Especificaciones técnicas de bienes provistos en el extranjero.

**Revisiones:**

| | SERVIDOR | SUMILLA | FIRMA |
|---|---|---|---|
| Elaborado/ Revisado /aprobado por | Ab Crista Dahik Subgerente Juridico TERMOPICHINCHA | Se ha elaborado, revisado y aprobado de forma integra el contrato y sus documentos habilitantes por lo que declaro entender y estar de acuerdo con todos los terminos legales planteados en él por lo que recomiendo su suscripción a esta en cumplimiento de la normativa legal vigente | |

38



Corporación Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

# English Translation

0000 0 .



REPÚBLICA
DEL ECUADOR

tsrparacîan Elśctrlct del Eciiazler - ŒLEC EP
**Unidad Operativa Termopichincha**

**Procedure for Special Energy Regulation No. EM•CELECEP-2024-04312**

## STRATEGIC PUBLIC COMPANY
## ELECTRIC CORPORATION OF ECUADOR CELEC EP TERMOPICHINCHA BUSINESS UNIT

**EMERGENCY CONTRACT No. TPI-COM-0067-24/ "Contracting Abroad"**

**\*"EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN QUEVEDO"**

**PARTIES PRESENT.-**

In accordance with the provisions of this Contract, the Strategic Public Company CORPORACIÓN ELÉCTRICA DEL ECUADOR CEŁEC EP Business Unit TERMOPICHINCHA, legally represented by Byron Fernando Orozco Moreno, Engineer, in his capacity as Manager in charge of the Tefmopichínche Business Unit. authorized by Special Power of Attorney dated June 20, 2024, granted by Dr. Fabián Mauricio Cañero Fairé in his capacity as Deputy General Manager and, as such, Legal Representative of the Public Strategic Company Corporación Eléctrica del Ecuador CELEC EP, in the Second Notary Public of the canton of Quito, before Dr. Paola Sofia Delgado Loor; as well as through the delegation issued by Resolution No. CEL-RES-2024-0114 of June 25, 2024, hereinafter referred to as "CELEC EP, Termopelicula Business Unit" or "Contracting Party" for the purposes of this Contract; and, Andrew S. Williamson, in his capacity as Legal Representative of the company **PROGEN INDUSTRIES LLC.**, with identification number M17000002840, of North American nationality, hereinafter referred to as the "Contracting Party" or "ProGen" for the purposes of this contract.

**Clause One. - BACKGROUND:**

1.1    CELEC EP is a public company responsible for energy generation at the national level, which has budgetary, financial, administrative, and management autonomy. Its corporate purpose establishes that the company may enter into any type of administrative, **civil,** financial, commercial, labor, industrial, intellectual property, or service agreements, arrangements, acts. or contracts. subject to the specific legal regulations governing these legal acts.

1.2    The required procurement is provided for in Articles 57, 57.1, and 57.2 of the Organic Law of the National Public Procurement System, in accordance with Articles 236, 237, 238, and 240 of its General Regulations, which provide for procurement in emergency situations and the procedure for **importing goods** for acquisition abroad.






CELECep
Corporacion Electrica del Ecuan
UNIDAD DE NEGOCIO TERMOPICHIN

** PUBLIC
OEtEEUAOOR

Corporacion Electrica del Ecuador CELEC EP
Termopichincha Operating Unit

1 3 By means of official letter No. CENACE-CENACE-2024-0036-0 dated January 19, 2024, the National Electricity Operator submitted the "MEDIUM-TERM SUFFICIENCY ANALYSIS FOR ELECTRICITY SUPPLY DURING
THE NEXT DROUGHT PERIOD (2024-2025)". In which, as a fundamental part of the report, CENACE concludes that. "(...) *to meet the sufficiency criterion of the Electricity Supply Plan (Limit of I0°4 with a 90% probability of excess/al, it is necessary to add 475 MW of generation with at least an 85% plant factor for the start of the 2024-2025 dry season (September 2024). To this end, the use of fuel oil 6 is recommended, the availability of which has been reported by EP PETROECUADOR. Additionally, it is important to note that the 475 MW does not cover delays in the projects reported in the Expansion Plan. Finally, the additional generation will make maintenance requirements feasible, since, due to the restricted generation capacity, they have not been able to be scheduled.*

1.4 The Ministry of Energy and Mines (MEM), considering the provisions of Official Letter No. CENACE-CENACE-2024-0036-0 issued by the National Electricity Operator and in accordance with the provisions of the Ninth General Provision of the Regulations to the Organic Law on Energy Competitiveness, through Official Letter No. MEM-MEM-ZO24-0403-OF of March 12, 2024, orders CELEC EP, as a matter of URGENCY, to do the following: *"( ) Articulate and implement, within the scope of its responsibilities, the necessary mechanisms for contracting and/or implementation, to incorporate the generation established by CENACE in* Official Letter No. *CENACE-CENACE•2024-0036-0 of January 19, 2024, which included the "ANALYSIS OF MEDIUM-TERM SUFFICIENCY FOR ELECTRICITY SUPPLY DURING THE NEXT DRY SEASON."* {2024-2025}". To this end, it shall submit the corresponding report, which shall include the relevant situational analysis and establish the technically and legally viable solution that, in CELEC EP's opinion, will meet the demand for supply.

1.5 The National Electricity Operator. CENACE, in its capacity as a technical body attached to the Ministry of Energy and Electricity, in accordance with Article 20 of the Organic Law on Public Electricity Services, issued Official Letter No. CENACE-CENACE-2024-0332-0 on April 15, 2024, in which it stated: *"(...) After assessing the current critical situation regarding the supply of electricity demand in the country, contained in the attached supporting report, in accordance with Article f4 of Codified Regulation 004/Z0; and considering that the energy reserves stored in the reservoirs are declining and are very close to the minimum levels required to maintain the continuity of the electricity service, CENACE determines that: In application of the provisions of section 3.2 of Regulation No. CONELEC 001/05. it hereby announces the start of the "RATIONING PERIOD" in the Ecuadorian electricity system, which will come into effect on April 16, 2024, for which it is essential that the "Contingency Plan" in force be applied and complied with by the major participants in the electricity sector.*

1.6 By Ministerial Agreement No. MEM-MEM-2024-0005-AM of April 16, 2024, the Minister of Energy and Mines, Acting, ordered: *"Article 1.- In accordance with Article 57 of the Organic Law of the National System of*



0 ù000 2



REPÈBLI¢A
DEL ECMAOOR

Cerpafacl4n Elìctrìca del Ecuador - CELEC EP
Uddad Operetiye Tareioylchincha

*Fiontratección I•fiblioa, will be dedicated to the energy sector of the national economy, with the aim of safeguarding the continuity of the public service of energy and/or physical energy. This emergency is real, immediate, unforeseeable, proven, and objective, according to the arguments indicated in the recitals of this Ministerial Agreement. The purpose of this agreement is to implement the necessary actions to prioritize the acquisition and generation of the necessary funds to resolve the current situation, which is causing disruption and eliminatingthe energy supply and the continuity of public services. The duration of the emergency is 60 days, which may be extended if necessary, in accordance with the provisions of the Law. And it proceeded to: "DECLARE AN EMERGENCY IN THE ELECTRICITY SECTOR AND ISSUE PROVISIONS ALLOWING FOR THE ACQUISITION AND ADDITIONAL GENERATION OF ENERGY."*

1.7 The Agency for the Regulation and Control of Energy and Non-Renewable Natural Resources (ARCERNNR) issued Resolution No. ARCERNNR-001/2024 on April 17, 2024, *through* which it issued *"(...)* reasonable exceptions, as set forth in Articles 2 to 17 of this *Resolution,* as follows. for the generation of *temporary thermal energy that is* ßadi/ifadapo e/ Minisferió æcfory *resulting from* the processes of *fiontraleción* carried out *by the Corpœeción Elficifica døl dcueäor - CELEC EP, to assist in the:* modification of *the effects derived from the 8riergfitifia Feall/Z8da pŒ 8f Necioriel dø Eleclrinided - CENACE,* contained in Office No. 'CENACE-*CENACE-2024-0036-0 dated January 19, 2024,* which aims to reduce energy demand at the national level, adding/and/the strategies *outlined in the Medium-Term Electricity Plan.*

1.8 By Resolution No. RD-005-2024, dated April 19, 2024, the Board of Directors of the **Strategic** Public Company CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP appointed me as Acting General Manager, in accordance with the provisions of Article 12 of the Organic Law on Public Companies, paragraphs 1 and 34 of Article 4 of the Operating Regulations of the Board of Directors of CELEC EP, and other provisions of the legal system **in force;**

1.9 By Ministerial Agreement No. MEM-MEM-2024•0013-AM of June 6, 2024, the Minister of Energy and Mines, Encærgado, resolved in the relevant part as follows: "AMEND ARTICLE 2 OF AGREEMENT No. MEht-NIEM-2024-
0005-M, DATED APRIL 16, 2024. Sole Article.- Replace the text of Article 2 of the aforementioned Ministerial Agreement with the following: "Article 2.-To order the *Public Electricity Corporation of Ecuador CELEC EP, in accordance with its mandate to provide energy, to implement the following measures*
/æceøæeias pœa the edpuisici6n and/or rounding of the emerging *generation of electrical energy, and; the acquisition, construction, operation, and commissioning of interconnection systems for connection* to the National Transmission System and/or the *subtransmission systems of the*
Øf7i/x'BS8S available, for IO cUaI    SØ e/āCf¢/Øf4ri f0s    profiedimIerttos dØ
*emerging firm, in accordance with* the Organic Law of the National System of Public Courts, *its Regulations and other applicable laws.*

1.10    By means of Merriorando No. CELEC-EP-2024-4235-MEM dated June 9, 2024, the Production and Project Planning and Development Departments of the Expansion Division of the Strategic Public Company Corporación Eléctrica del Ecuador, CELEC EP, issued the following to the General Management: "TECHNICAL REPORT

3

 
orporecion Electrica del Ecuador
UNIDAD DE NEGOCIO TÉRMOPICHINCHA



" **REPUBLIC4**

" OEL ECUADOR

Ecuadorian Electricity Corporation • CELEC EP
Termopitftincha Operating Unit

ECONOMIC INPUT FOR DECLARATION OF EMERGENCY IN THE ELECTRIC CORPORATION OF ECUADOR -CELEC EP" regarding the
"Emergency and urgent intervention by CELEC EP to safeguard and guarantee the provision of public electricity services in accordance with the principles of universality, uniformity, efficiency, responsibility, and diversity, backed by Executive Decree No. 229 and Ministerial Agreement No. MEM-MEM-2024-0005-AM."

1 11    By Memorandum No. CELEC-EP-2024-4238-MEM of June 10, 2024, the Legal Department of the Strategic Public Company Corporation
Eléctrica del Ecuador, CELEC EP issued to the General Management the "LEGAL STATEMENT REGARDING THE DECLARATION OF EMERGENCY IN THE ELECTRIC CORPORATION OF ECUADOR - CELEC
EP" regarding the emergency and urgent intervention of CELEC EP to safeguard and guarantee the provision of public electricity services in accordance with the principles of obligation, generality, uniformity, efficiency, responsibility, and universality, backed by Executive Decree No. 229 and Ministerial Agreement No. MEM-MEM-2024-0005-AM."

By means of Memorandum No. CELEC-EP-2024-4267-MEM dated June 10, 2024, the Production and Planning and Project Development Departments of the
I 12Expansion Division of the Strategic Public Company Corporación Eléctrica(CELEC EP) issued an update to the General Management of the "TECHNICAL ECONOMIC REPORT INPUT FOR DECLARATION OF EMERGENCY IN THE ELECTRIC CORPORATION OF ECUADOR -CELEC
EP" regarding the "Emergency and urgent intervention by CELEC EP for
to safeguard and guarantee the provision of public electricity services, in accordance with the principles of obligation, generation, uniformity, efficiency, responsibility, and universality, backed by Executive Decree No. 229 and Ministerial Agreement No. MEM-MEM-2024-0005-AM.

1.13    By means of Memorandum No. CELEC-EP-2024-4268-MEM of June 10, 2024, the Legal Department of the Strategic Public Company Corporación Eléctrica del Ecuador, CELEC EP, in turn issued to the General Management, considering the arguments set forth in the update›on the "LEGAL OPINION REGARDING THE DECLARATION OF EMERGENCY IN THE ELECTRIC CORPORATION OF ECUADOR - CELEC EP."
Regarding the "Emergency and urgent intervention by CELEC EP to safeguard and guarantee the provision of the public electricity service, in accordance with the principles of obligation, generality, uniformity, efficiency, responsibility, and universality, supported by Executive Decree No. 229 and Ministerial Agreement No. MEMWEM-20246005-01-2016, issued by the Ministry of Energy and Mines, and in compliance with the provisions of Article 10 of the General Statute of the Public Electricity Service, which establishes that the public electricity service is a service of public interest, and in accordance with the provisions of Article 10 of the General Statute of the Public Electricity Service, which establishes that the public electricity service is a service of public interest, and in accordance with the provisions of Article 1 uniformity, efficiency, responsibility, and universality, supported by Executive Decree No. 229 and Ministerial Agreement No. MEMWEM-20246005-AM," considering it relevant for institutional purposes, and included in its recommendation: *"(...) It is recommended that: i) it be stipulated that emergency control procedures be carried out in an agile, transparent, and timely manner and in compliance with general regulations, for which it must have the support of the Comptroller General of the State; the Anti-Bribery Department of CELEC EP, and the Public Secretariat of the Presidency of the Republic of Ecuador. and ii) it be provided that the necessary steps be taken to comply with the provisions of Article 3 of Executive Decree No. 229 of April 19, 2024, thus ensuring the availability and timely delivery of the remaining resources, within the time frame suggested for the implementation of the report.*



3



Cyrporscián Eléctrica del Ecuador - CELEE EP
Thermopickincha Operational Capacity

1.14    By means of Emergency Declaration Resolution No. CEL-RES-0108-24 of June 10, 2024, the General Manager of CELEC EP resolved: "(...)Article 2.- Oedwar *in Errerpencia to the Public Energy Company Corporación Eléctrica del Ecuador CELEC EP and through this instrument Authorize the conclusions set forth in the 'TECHNICAL ECONOMIC REPORT INPUT FOR DECLARATION OF EMERGENCY IN THE CORPORATION'.*
*ELÉCTRICA DEL ECUADOR -CELdC EP", neaeserias pza attend to and immediately overcome this situation with the incorporation of new additional thermal generation capacity and the installation of additional capacity, which will allow the emergency to be overcome and meet the electricity demand of the population (...) Article 3.- Instruct the business units (...) CELEC EP TERMOPICHINCHA, so that, under their sole responsibility and in strict compliance with current regulations, they carry out the following actions: To CELEC TERMOPICHINCHA: (...) • Emerging demand for terrestrial thermal generation — Ouevedo (...)",'*

1.15  By means of Resolution authorizing the initiation of emergency contracting procedures and delegation to the CELEC EP Electroguayas and CELEC EP Termopichincha Business Units No. CEL-RES-0114-24 of June 25, 2024, the General Manager of CELEC EP resolved: "Article Y.- To instruct the *Managers of the CELEC EP EL£C7/2OG¢/AFAS and CELEC EH TERMOPICHINCHA Business Units, within the limits of the law, to hold all necessary meetings for the effective implementation of this Resolution and Resolution No. CEL-RES-0108-24, aimed at overcoming the current emergency situation. Article 2.- Authorize the initiation of all necessary procedures under emergency conditions, in accordance with the powers conferred by Article 34, paragraph 8, section 6, second subsection of the Organic Law on Public Enterprises, which are set forth below:*

| DESCRIPCIÓN | PROCESO | POTENCIA | PRESUPUESTO ESTIMADO (MUSD) | | | |
|---|---|---|---|---|---|---|
| | | | 2024 | 2025 | 2026 | TOTAL |
| Hiring for terrestrial turntable generator - Quevedo | P2 | 50 MW | a9 | 0 | a | J9 |

*Article 3.- Delegate to the Heads of the Business Units (...) CELEC EP TERMORICHIHCHA, Engineer Byron Fernando Orozoo Moreno, even though they carry*

**a cabo, todas las acciones necesarias para que, previo la verificación y** Compliance with *all applicable legal requirements in accordance with current legislation, implementation and enforcement of the procedures for contracting described in Emergency Declaration No. CELRES- 01a8-2024, in all its phases and stages up to the award and execution of the contract, including strict compliance with the provisions of the Organic Law of the National Public Procurement System, its General Regulations, Secondary Regulations issued by SERCOP, Constitutional Norms for Entities, Public Sector Agencies, and Legal Entities under Private Law, and* supplementary norms that may **apply, always safeguarding the legitimate interests of the** Strategic *Public* Corporation *Eléctrica del Ecuador - CELEC EP, and verifying* compliance with *each and every one of the requirements necessary to carry out these contracts (...)" "Article 4.- To instruct the Business Units (...) CELEC EL TERMORICHIHCHA, p • o••. >•¡• under their sole responsibility,*





*take all necessary actions to comply with the provisions* of this *Resolution prepare all documents, resolutions, minutes,* reports, and *related recommendations, within the scope of the contracts ( . )",*

1 16 The following budget certifications are available: TPI-2024-000491 - C and TPI-2024-OOQ489 - C dated July 2, 2024, issued by Mr. Cesar Augusto Toledo Zapata, Deputy Financial Manager (E) of Corporación Eléctrica Del Ecuador CELEC EP TERMOPICHINCHA, in accordance with Article 24 of the Organic Law of the National Public Procurement System.

1 17 By means of Official Letter No. SERCOP-DCPN-2024•0942-0 dated July 2, 2024, the National Public Procurement Service issued a response to Official Letter No. CELEC-EP-TPI-2024-0411-OFI regarding the matter of "Request for authorization for the importation of emergency contracting for the Quevedo terrestrial thermal power plant," which states in the relevant part: *"( )In accordance with the provisions of the Organic Law of the National Public Procurement System based on the special regime established in Article 6, paragraph 3I, Article 57, and its Regulations to the Organic Law of the National Public* Procurement System. *Article 3. Article 4. Article 5. Article 7. Article 8. Article* 236, *Article* 237. *Article 238, in accordance with the secondary* reform *in Articles 74, 75, 303, and 304 Iyeral 1-2-3, as observed in document CELEC-EP-TPI-2024-0411-OFI, emergency resolution CEL-RES-0108-24, the technical report and the attached technical specifications CPC 46f f3I0f 1a ‹/fi/izar in the emergency contract* is *motivated according to RESOLUTION No. R.I-SERCOP-2023-0001 with validity for which* the *correct use and application of CPC 46113101 I in* the emergency contract *is the sole responsibility of the contracting entity. If misuse of this provision is detected, authorization of the* import license may *be denied at any time and* the *Comptroller General of the State will be notified. -In the same vein, the* technical specifications and conditions detailed in the *aforementioned process may not be modified at the time of initiating the procurement process. Finally, it is important to clarify that* it is *your responsibility to apply the recommendations given in this document, provided* that *you continue with a* dynamic *procedure that is exclusive to each contracting party. In this regard, we remind you of the provisions of the third* paragraph of *Article 99 of the LOSNCP, which states: "The highest authority of the entity, as well as its officials and employees who have been involved in any* of the stages of the pre-contractual *procedures* of preparation, *selection, negotiation, as well as in the* execution of the contracts themselves, *shall be personally and financially* liable *for any breach of* the *provisions."*

1.18 By Resolution No. TPI-RES-0130-24, dated July 4, 2024. the Manager in charge of the CELEC EP Termopichincha Business Unit resolved the following: *"Article 1.- Authorize the initiation of the special emergency procedure "EMERGENCY CONTRACTING OF GENERATION." TERRES TRE IN OUEVEDO", designated with code No.* EM-CELECEP-2024-O43f2 *in accordance with the provisions of Resolution No. CEL-RES-0108-24, dated June 10, 2024. Article 2.- Approve the* schedule *for the special emergency procedure for* the *"EMERGENCY CONTRACTING OF TERRES TRE GENERATION IN QUEVEDO,"* with *a budget of forty-nine million,* one hundred *thousand 00/100 United States dollars.*



CELECEP
Corporacion Electrica del Ecuador
UNIDAD DE ET OCTP TERMOPICHINCHA

0 0 000 4



**REPÚBLICA**
DEL EEUAgOR

Coryoraclán Eléctrica del Ecuador - CEIAC £P
llnidad Spsraliva Taroieyichincba

*(49,000.00* US dollars, *VAT exempt as it is* a *connection in the*
exffonjero, and Unp/aZO Ò'e e/eCUCfófi d6 95 *dlefi counted* e p8/fiF de/ ztia S/gzzi6/ıf8
of *the contract signing. Article 3.- Direct invitation to PROGEN INDUSTRIES LA.C, with
identification number MI 7000002840, at* the address: *ırooen1 corn"* and, with
Resolution No. TPkRES-0140•24, **Article** 4 of Resolution No. TPI-RES-0130-24
was amended as follows: '*Article* 4.-To **appoint the** *Technical* **Commission,**
*composed of: If* **Marvin** *Brfari Rubio Zapata, Electrical Maintenance Supervisor, as
Chair, Eng. Julio Eduwdo Montesdeoca Escobar, Operations Supervisor, as
representative of the Head of the Railway Department; mg. Daniel Eduardo Suárez
Oumóarigo, Electrical Maintenance Supervisor, in his capacity as Pro/esianafa for
the purpose of contracting. Additionally, Mr. César Agusto Totedo Zapate, Deputy
Financial Manager, and Mr. Cristhian Andrés Orellana Quijeno, Legal Advisor, will
participate in this Technical Commission with voice but no vote. The aforementioned*
commission *will perform the following tasks:* Stzsfanúac/dzi do Audierm'a of responses
and *clarifications, receipt and opening of the* bid, sed/c/tud and refiepckfin of
coriva/idac/or>e#, cd/if?cacáán *of the* bid *derived from the special emergency
procedure* EMERGENCY *CONTRACTING OF LAND-BASED* GENERATION *IN*
QUEVEDO, *the same*
*Once* the *special emergency procedure has been carried out, they will send the*
respective bid *evaluation report* and express *recommendation,* reserving *the
right of the Unit* Management *to award, cancel, or declare* void *the aforementioned
procedure.*

1.19 Through **an email dated July 4**, 2024, the company ProGen Industúes LLC. was invited
to submit its corresponding bid for Special Emergency Procedure No. EM-CELECEP-
2024-04312, the purpose of which is the "EMERGENCY CONTRACTING OF
LAND-BASED GENERATION IN QUEVEDO";

1.20 In accordance with the schedule established in Special Emergency Procedure No. EM-
CELECEP-2024-04312, on July 8, 2024, the invited bidder submitted three
questions via email to ofexta ouevedolQcelec.aob ec

1.21 Through the Hearing Minutes, Answers, and Clarifications generated on July 8, 2024,
within Special Emergency Procedure No. EM-CELECEP-2024-04312, the members of the
Technical Commission proceeded to answer the questions posed by the Invited
Bidder and issue the corresponding clarifications, in accordance with the schedule
established for this procedure.

1.22 On July 9, 2024, the members of the Technical Commission of Special Emergency
Procedure No. EM-CELECEP-2024-04312 signed the Minutes of Receipt and Opening
of Bids, which show that the invited bidder, ProGen Industries LLC., submitted its bid
via email, with email 1 containing 3 files, email 2 containing a link to PDF files,
email 3 containing 15 files, and email 4 containing 1 PDF file, for a total value of USD
49,700,000.00, and an execution period of 95 days from the day following the
signing of the contract, which was received within the deadline according to the
established schedule.

7











REPUBLICS
Ofn EtUdOOl

Corp«•acon Elécirica del Ecuador - CCLCC EP
Unidad Oąratia empNchą

1 23   On July 10, 2024, the members of the Technical Commission of Special Emergency Procedure No. EM-CELECEP-2024-04312 signed the Bid Qualification Report, which determined that no further validations were required for the supplier ProGen Industries LLC and concluded in the relevant section, *"Once the evaluation of the bid submitted by ProGen Industries LLC has been carried out, the technical commission unanimously concludes that it COMPLIES with the technical specifications; technical, economic, and legal parameters, having obtained a score of 100 points, for which reason the members of the Technical Committee recommend that you, Mr. Manager, in charge of the FVegoc/o Termopichincha Unit, be awarded the Special Emergency Procedure Wro. EM-CELECEP-2024-04312, whose object corresponds to the "EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN QUEVEDO," to the invited bidder ProGen Industries LLC, for a value of USD. 49,700,000.00 (FORTY-NINE MILLION SEFEC/E/\LOS MIL DOLLARS OF THE UNITED STATES OE*
AMERICA WITH 00/100J exempt from VAT and with a term of e5 (ninety-five) days counted from the day following the signing of the contract, once compliance with the legal, financial, and technical parameters has been verified.     and
economic       and by      being convenience     to the in/ereses insliluciona/es. It should be noted that within the offer presented by ProGen Industries LLC., it states: *"With regard to the form of payment, ProGen Industries LLC. refuses to make an advance payment on the grounds that this would delay the execution period. In this regard, payment would be made in accordance with the terms set out by CELEC EP."*

1 24   Memorandum No. CELEC-EP-TPI-2024-3411-MEM dated July 12, 2024. The President of the Technical Commission for the special emergency procedure for the emergency contracting of terrestrial generation in Quevedo sent the Manager in charge of the CELEC EP-Termopichincha Business Unit the attached and duly signed REPORT ON THE EVALUATION OF THE BID AND RECOMMENDATION, which concludes and recommends the following: *"Based on the information presented by the bidder, the Technical Commission of the procedure recommends to the Manager in charge of the CELEC EP TERMOPICHINCHA Business Unit to award the contract to the company ProGen Industries LDC., considering that it complies with all the technical, economic, and legal requirements requested in the technical specifications or corresponding invitation to Special Emergency Procedure No. EM-CELECEP•2024-043i2, whose object corresponds to the "EMERGENCY CONTRACT FOR THERMAL POWER GENERATION IN OUEVEDO" for the amount of USD 49,700,000.00 (FORTY-NINE MILLION SEVEN HUNDRED THOUSAND DOLLARS OF THE UNITED STATES).*
*UNITED STATES OF AMERICA WITH 00/100), exempt from VAT and with a 95-day cooling-off period starting from the day after the contract is signed, once the bid submitted has obtained a score of 100*

1.25   By means of Award Resolution No. TPI-RES-0147-24 referring to Special Emergency Procedure No. EM-CELECEP-2024-04312, dated July 12, 2024, the Manager in charge of the CELEC EP - TERMOPICHINCHA Business Unit, decided to award the contract to the invited supplier PROGEN INDUSTRIES LLC , with identification number M170000O2B40, within the special emergency procedure No. EM-CELECEP-2024-

9



**00000 5**



REPIIBUCA
DEL ECUIIOOR

torporación Btctrlca dal Ecuador - ¢ELEC EP
Operational Activity **Tarmogicldpcha**

04312. for the contracting of the "EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN QUEVEDO," for a value of USD. 4e'zoo.ooo,00 (FORTY-NINE MILLION SEVEN HUNDRED THOUSAND UNITED STATES DOLLARS AND 00/100), exempt from
VAT, and an execution period of ninety-five (95) days from the day following the signing of the contract.

**Clause Two.- CONTRACT DOCUMENTS**

The following documents form an integral part of the contract:

2. The documents described in clause one, "Background," and the following documents.

**2.2 BY THE CONTRACTING PARTY:**

- Identification and legal representation documents of the Manager, Head of the CELEC EP Business Unit- TERMOPICHINCHA, Special Power of Attorney dated June 20, 2024, granted by the Acting General Manager and, as such, Legal Representative of the Public Strategic Corporation Eléctrica del Ecuador CELEC EP, granted at the Second Notary Public of the canton of Quito, before **Dr. Paola Sofía Delgado Loor;** as well as through the delegation issued by Resolution No. CEL-REW2024•0114 of June 25, 2024
- Studies (Technical Data Sheets), technical specifications and all their annexes, bases for the Contract-invitation, Minutes of the hearing, responses and additions
- Offer Submitted
- Certified copy of the Award Resolution Special Emergency Procedure No. TPI-RES-0147-24, dated July 12, 2024
- Budget certifications, attesting to the existence of the budget item and availability of resources, for the fulfillment of the obligations arising from the contract in accordance with Art. 115 of the Organic Code of Regulation and Public Finance
- Emergency Declaration Resolution No. CEL-RES-010&24 of June 10, 2024
- Resolution authorizing the initiation of emergency contracting procedures and delegation to the Business Units No. CEL-RES-0114-24 of June 25, 2024
- Copy of the Unique Taxpayer Registry (RUC) of the contracting party
- Anti-bribery commitment - Declaration of conflict of interest of employees/contract administrator; and
- Official Letter No. SERCOP-DCPN-2024-0942-0 - SERCOP Import Authorization

**2.2 BY THE CONTRACTOR:**

**Uncertified** documents:

- Copy of the identity document of the legal representative or their delegate
- Anti-Corruption and Anti-Bribery Declaration of CELEC EP Contractors
- Anti-Bribery Commitment - Declaration of Conflict of Interest for CELEC EP Contractors
- Bank details



torporacion Electrica del Ecuador
NIDAD DE NEGOCIO TERMOPICHINCHA





 REPUBLIC
DEL ECUADOR

Electric Corporation of Ecuador - CELÉC EP
Termopickincha Operating Unit

- Guarantee of fulfillment equivalent to five percent (5%) of the total value of the contract in accordance with the conditions established in Article 57.1 of the LOSNCP
- Guarantee in accordance with the conditions established in Article 57.1 of the LOSNCP

Certification of apostilled documents:

- Document(s) authorizing the legal representative or their delegate
+ Document proving the legal existence of the company
- Letter from the manufacturer or distributor of the generator sets: and,
- Specific experience presented in the bid Apostilled

document:

- Letter from the generator set manufacturer

Clause Three.- PURPOSE OF THE CONTRACT:

The contractor undertakes to CORPORACIÓN ELECTRICA DEL ECUADOR CELEC EP Unidad de Negocio TERMOPICHINCHA to comply with and execute, to the complete satisfaction of the contracting party, the "Contratación *Emergente* de Generación *Terrestre* Qtzeve¢/o" (Emergency Contract for Terrestrial Power Generation); which includes the purchase of emergency thermal power generators to meet national energy demand: Quevedo Power Plant 50 MW; is a commissioning process that includes, on the part of the contractor, an emergency stationary thermoelectric power solution, including the design and construction of civil works, installation, commissioning, and technical assistance by the contractor in operation and maintenance, in accordance with the technical specifications and annexes of the special emergency procedure No. EM-CELECEP-202d-04312, which are included in the bid and other documents generated in the preparatory and pre-contractual phase, which are added and form an integral part of this contract.

Likewise, the contractor undertakes to comply with all requirements and commitments determined by the CELEC EP-TERMOPICHINCHA Business Unit, depending on the level of technology transfer required for goods purchased abroad at level II, as required by the contract administrator during the execution of the contract.

The contractor undertakes to comply with the technical specifications required to meet the needs of CELEC EP, for which it will comply with the following relevant aspects:

3.1.1 Specific objectives:

- To have a stationary terrestrial thermoelectric energy solution whose operation and generation can meet the energy demand in the National Interconnected System, both during periods of stability and in the event of generation unavailability due to scheduled and emergency maintenance.
- Implement the stationary terrestrial thermoelectric energy solution in the defined location (Quevedo Canton, Los Rios Province), in accordance with the technical studies presented by CELEC EP, designed and adapted for intensive operation.



020 09 6



REPUBLIC
DEL ECUADOR

**Corporación Eléctrica del Ecuador - CELEC EP**
**Unidad Operativa Termopichincha**

- Deploy the stationary terrestrial thermoelectric energy solution, ensuring a continuous supply of electricity to the National Interconnected System.
- Design and construct the civil works required to install the generator sets and all their auxiliary equipment.
- Supply, mobilize, install, test, commission, and provide support in the area of operation and maintenance in the generation of stationary thermoelectric energy, in accordance with the contractual term set forth in the contracts.
- Use the electrical energy generated by the asset to be acquired at the defined point, in accordance with the requirements established by the National Electricity Operator CENACE, in accordance with current regulations in both technical and commercial aspects.
- Ensure that the electricity supply generated by the stationary terrestrial thermoelectric energy solution complies with the parameters of availability, efficiency, and reliability established in these technical specifications, as well as with current technical, environmental, regulatory, and contractual standards.

### 3.1.2 Especificaciones técnicas de la Central Quevedo:

| | Los Rios |
|---|---|
| | Polígono de ubicación para la generación móvil se ubica en las instalaciones de la ~~~ ... a cargo de las CELEC EP Termopichincha |
| | Ver Anexo 18: Mapa de ubicación |
| Capacidad Eléctrica (MW) | Ver Anexo 17 Fotarío T ... |
| Capacidad Operativa (MW) | Desde 45 MW hasta 50 MW |
| Tipo de combustible | HFO6 / Diesel Nro.2 únicamente para procesos de arranque y parada. |
| Suministro combustible | Autotanques |
| Tanque de ... (gal) | Se requiere la construcción a ...... , de un tanque de .............. de HFO6 aproximadamente 2'500.000 galones con ............... y aislamiento ......., cuya construcción estará a cargo de la ........ en ................ con la Co........... |

En caso de que el tanque no pueda ser .... ' ... en el tiempo previsto se podrá tomar una .......... del tanque de HFO6 ........... de 600.000 galones de la Central, para lo cual deberá ...... tubería, bombas, con su respectivo calentamiento y ....... térmico

Se requiere la construcción a instalación de un tanque de recepción para diesel con capacidad mínima de 50.000 galones

Todos los tanques requeridos deberán contar con las tablas de calibración aprobadas por la Agencia de Co....... correspondiente y ..... .. de ......... correspondiente

Se deberá instalar el sistema de recepción de combustible para dos autotanques de HFO6 de manera simultánea y para un autotanque de diesel. ........ incluir medidores de flujo.







**REPUBLIC**
DEL £CU8D0R

iario
(gal)

Se requiere la construccion de un tanque de almacenamiento diario de capacidad maxima de 200.000 gal para HFO€ y un tanque diario para diesel con capacidad minima de 50.000 galones con su respectivo sistema de bombeo con su respectivo

XL. cometal establ. ...

h, a ... specmenci ... a ... e ... cto' r ... roc ... ocs. ... n ... crass ... de

Instalacion y
Obras
Complementarias

maquinas que debera indivi un cuarto de control adecuado para el monitoreo de los sistemas de generacion de acuerdo con la solucion propuesta. Debera considerar las cimentaciones mayores y menores y bases de hormigon para soporte de generadores tanques subestacion de salida equipos complementarios cubetas soluciones acusticas y acopios temporales de desechos de acuerdo con el plan de manejo ambienta ademas de los accesos a las instalaciones. Se debera incluir las vias externas wer<o se• as\attaoa o ;'a•rr+ io ig>do

The cgraa ima ... a cmsideiar ... ben e1 disefic y ... scwc c•n 0e las bampas A Pt cestioce de ... e'o " tdecunicn de oleu oma para c monu e E ·iiw• •n-r• 'u<

Los disenos que efectue la contratista deberan fundamentarse en los estudios de suelos en el area de influencia para determinar la capacidad portante del suelo e

Diseño hidraulico y de drenajes de todos los sistemas asociados a la planta
Diseño y construccion de sistemas de iluminacion
Diseño y construccion de estructuras de hormigon armado c mentaciones mayores y -me ... se ... cr ... l ... ... ... rmmado ... 'r u ... r• ... *; *hoorylemti' I• ... n · L' I 5*
• ... e-nenu ... Bach Cho ... r c ... ... g'/ 'a•' p+a ... r u ... u ... t ... ju a t

Lm breasts daberan Sem resfiaidos co rr4m9ries pe mc-c ∗ piaros de •'a4e

Ls n•ei£cne• sn ·•e eyia ker-eis icn ye emsrgenoa t+•m on e S ... lacion Our•edo

Conexión con el

M li g l ... c ... ... ... ... b ... m... ... ... ... ... ... menl bC ... ico ... iavp ... ... s 1eou ... –u, o ' 1 52E1 • g e ... ... i m • t ... c despacho de energia con la potencia efectiva de las unidades de generacion con su posicion de salida que incluye interruptor seccionador pararrayos sistema de contro

zda o r"e\ m parnia atal\aoo en e' parraf an e•<x

tu ... rg ... l ... u ... ll iuo ... -al-uon ... y 2*9s ... u ... ng ... clforcgenon a gonallo at tbr'a ... s ... =TESusor ... p=2LI'C2•e-«k p=puoo. I wa• •

V+r Annex 26 Cncyaria Lx row• S E Qui''e3c



00000   7



**REPÚBLICA
BEL ECUAOOR**

torperacfén Il8ctrlca del Ecuador • CELEC EP
United Operativa TOrmepiCkincha

| Terreno | Para las pruebas CELEC EP entregará el combustible, lubricante y químicos. La central Quevedo II, donde se implantaría la central de generación de emergencia, cuenta en sus instalaciones con un polígono desponibles para la incorporación de una |

| Licencia Ambiental | Se cuenta con la Resolución N° MAATE-SCA-2024-0013R en la cual se otorga la Licencia Ambiental a la Central Termoeléctrica Quevedo I de 130 MW.<br><br>Ver Anexo 22: Estudio de Impacto Ambiental de la Central Quevedo I.<br>Ver Anexo 23: Resolución N° MAATE-SCA-2024-0013R |
| Consideraciones del proyecto | • Existe una logística establecida e infraestructura para el suministro de combustible de la actual central, que puede emplearse en la central de emergencia, para el efecto se requiere que las unidades sean aptas para el uso de residuo.<br>• Se dispone de 3 ha de terreno prevamente compactado, que puede adecuarse para la implementación del nuevo proyecto.<br>• Lasa disponibilidad de conexión.<br>• La contratista será la responsable del diseño, construcción de las obras civiles; fabricación, suministro, montaje y puesta en marcha del equipamiento provisto que incluye todos los elementos para su operación de la planta de generación. |

Adic... ... ... | ... ... : Ubicada a 74 msnm y que dispone de la siguiente curva de temperatura
Zona de ... | promed... n la largo del año. (Quevedo).

https://es.weatherspark.com/y/19346/Clima-promedio-el-todo-el-a%C3%B1o

## 3.2 GENERATOR SET SPECIFICATIONS

13



REPUBLICA
0EtECUA00R

Electrical Action of the Rectifier - tELCC
EP Termopiefiincha Operating Unit

**ITEM**                                 **Es0«oFIM€ION DEL MorOR**

**L**         ELECTRICAL GROUP o ac POWER oiSroniBLE 04II•tz Y3 KV - PHP a PF mCLUxZ EQU›PazaiEMTO V SERVYCiDS AUXIMARGS

**1.1**       ESPECtFI€AgtD0tM GGN€ •` Es

**1 : 1**     **POTENCIA**                            2500 K'W

J 12          FREQUENCY                               OO HZ

**1 1 3**     **VELOCIDAD ANGULAR**        9o0 nPM  92 2" Network eres gar seSur do

**1 1 4**     ACTUAL POWER                            Ö B

**1 1 ¹**     C 'MPL ALENTO U'E LEVEL OF           ħ v€   de EPA

**1 1 6**     PAYMENT M N IMO GN `OPTION OE       oeio terr de esr9a hasta ¹as    Je la c arBa nom lnaJ c
Z l²          LOAD
              **ARTA DE  FABRICANTE**       Se od unta carta emitida por el fab-ic-z re de  os grupc
                                            act •acer•as I PROGC N I

**1 2**       **MOTOR**
l 2 l         **COMBUSTIBLE**                         HFOG

**1122**      **DISPOSICIÓN DE LOS CILINDROS**    Disposicion en V 439

**1 1 2 3**   **SISTEMA OE ENFRIAMIENTU**     water cooling system

**1 2 4**     DC CYCLE M 7 OK               Cycle dle e I I emq o

**1 2 ¹**     MODE LO DEL MOTO6                       20-849

**1 2 8**     NUME RO OE CILIH DROS                   7

**1 3**       EzSTsMA OF ADMIStÖot §Entsada de atre dbecta)

**1 3 1**     **RESISTE VTE A LA CORROSION**          SI

**1 3 ¹**     "URBO CARGÑOC'fi                        St

¹ 3           Snyrl mA of Enrnt Amlewrp      rre,k wster S'r• tem  Vader st ke  C e·slins Cu e e  29-c'a il resi-
                                            'east - Svs-e tn Ai-et doler e lre mt Oycior-sl: se peece use o5c's w oare
                                            ¹ tsis de

**1 5**       **SISTEMA DE ESCAPE**

**1 ¹ 1**     **MULTIPLE DE ESCAPE**

**1 ¹ 3**     **JUNTAS OE EXPANSION**

**1 0**       FUEL SYSTEM

**1 0 1**     ii sres a CE ruYE ¢Cio            ¹ estronce

Ju¹           S• STEI\I- C FIL TR TCION COh    d'urlz v '•JiCnOrJ: JE c rr'EP

1 o3          SU F•IO EEPE ECO C E COrd
              ¹UST B E                        cnsumo de cot gust ole
                                              **210 gr/KWh**
                                              I enc   c tz
                                              **17.73 KWh/gs**

S ¹           LUBRIC ATION SYSTEM          5l ster•la dr a elte luz'r llar I«, m or•toe - se•3fe Cou nci
                                           - 3ornL s ce ace te le a riu ante a, or ses c•cr el me•ioi
                                           - '6' u a regulatoi a y de a  'ic de Dr e•l6r
                                           - ° 1-o d c ocrite ub 'orl•· out c'n •st co coi Jr o rl'uoa n les-> Inc u'i bi
                                           nas -ed de segur 'dad                    L d        d


Corporacion Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

**0000.0 8**



kEPU8LICk
IEL ECUMIOR

Electrical Corporation of Ecuador - CE1EC EP
Operational Unit Temopic8Incti¥

|  |  |  |  |
|---|---|---|---|
|  |  | S1steriu dt de tre<br>MB STARt S¥ST¥M |  |
| 1.9.3 | VEiLTRIE 0g A£f0A OEL GINERACElfi | ‹ la xv(u szvotfàsice. rmdlante | ete«sderes) |
| 1.9.4 | FIlECUENCIA | ʍʜ ʀʍ |  |
|  | CIA | 0.8 |  |

interruptor de vacio. Comandos eléctricos para apertura y cierre y señalización de abierto y cerrado conectada al sistema de control. Opera de acuerdo con la lógica de control y protecciones eléctricas

| L9.7 | fiFO DS EXCiTADQIX |  |
|---|---|---|
| i.Ed | rAzns 7iR1\acxs | 51.ep•ras demœera manuel y de manera autœ›étlca cuesdo el air se e•cumue da. |
| 1.9.9 | AISLAMIENTO | Aisbzriierito ¢Œltra salinUed •tæ84itte gatɑt¥s and bandœs mistemes aœrrosars r alœsaltn¥ad de Agreement anorma IS01334¥-2:NIL<br>**Aizbmento arftardst** |
| 1.9.10 | REGULADOR DE VOLTAJE | vRM-2020, Module rrgxilzciôndÉydtate tBASLER EM¢1äbC).CaŒddad de Oabajo en nx›do I XgPy tjo - **Mode** |
| 1.9.11 | ESTÁNDARES INTERNACIONALES | IEC 60043, NFPA 130, ISO 8328-5, ISO 9001, NEMA MG1-32, CSA/UL, IBC 3000, CBC 2007 |

| J.JO.I | $tNCROSŒdGO14 | Sincronización con berra muerta y en pandelo al sistema. |
|---|---|---|
| J.£0.2 | AAS hNXÆlV£GEO | **Disponibilidad para realizar arranque en negro.** |
| 1.10.3 | MONITOREO Y CONTROL | uonitœeoy axerol de estalodd biternigtor del gwo, eaaÆi |

m0dosde aoeradên, protecda'ies eÎé¢tricas. NMtæn nïveles ïh sœurldad. Broæamabh y cozftguraBe.œna ——— a loc pæämeaoc

mofuæreo dc læ unuladn a tra¥êt de e¢herneL GewroBo dr sl¥Œma 3MDA For coktol and mofatoreo of the pl•xta,

15



CELEC ep
Corporación Eléctrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA









**REPUBLICA
DEL ECUADOR**

Corporacion Electrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | | |
|---|---|---|
| 1.10.4 | HERRAMIENTA DE INGENIERIA PARA EL SISTEMA DE CONTROL Y PANTALLA BASADA EN PC PARA LA CONFIGURACION DE AJUSTES, PUESTA EN MARCHA, CONSULTAR AJUSTES, CREAR LOGICAS, RECUPERAR REGISTROS DE EVENTOS. LICENCIA PERMANENTE | Abierto tanto de configuracion y visualizacion, se entregaran las respectivas licencias.<br>Incluye todos los cables y llaves fisicas para realizar programaciones y ajustes en los controladores del sistema por el personal sin incurrir en costos adicionales.<br>El sistema permite la visualizacion de todos los grupos electrogenos, sus valores, historico, tendencias, alarmas.<br>Incluye documentacion tecnica clara de los equipos, asi como diagramas actualizados de la red, tambien se hara entrega de los control de administracion con sus respectivas claves para acceso a los sistemas y equipos, adicional entregara el procedimiento de reinicio y recuperacion del sistema en caso de fallas, todos los aplicativos estan ya instalados en el computador y debidamente probados, ademas se entrega los respaldos de los instaladores |
| 1.10.5 | GOVERNOR ELECTRONICO | Si incluye respaldo de configuracion licencia, cable y software de configuracion<br>Se incluye capacitacion al personal del cliente final sobre los conexiones, configuracion y uso del software |
| 1.10.6 | MODOS DE OPERACION | Isocronico, sincronico y Potencia fija al intercambiable en linea a traves de un comando a traves del control SC.. de grupo |
| **1.11** | **PANEL Y MANDOS LOCALES** | |
| 1.11.1 | ENCENDIDO | Arranque parada / paro emergencia |
| 1.11.2 | VISUALIZADOR | Visualizador y registro de parametros programables con registros de alarmas, descripcion de eventos, historial de fallas. |
| 1.11.3 | MEDICION | Parametros medidos:<br>Corrientes fases A, B y C<br>Voltajes AB, BC, CA<br>Voltajes AN, BN, CN<br>KWatts<br>KVar<br>Frecuencia<br>Potencia KVA<br>Factor de potencia<br>Frecuencia de Bus<br>Voltaje de bus<br>Sesgo<br>Fallas<br>Active Set-Point Frequency<br>Active Set Point Voltage<br>DSLC Voltaje de Baterias<br>REM Proceso de carga<br>PFA 16<br>Velocidad de polarizacion<br>AVR Polarizacion |
| 1.11.4 | MEDICION COMERCIAL | Instalacion de sistema de medicion principal y respaldo para envio de informacion y cumplimiento de regulacion No ARCERNNR 003/20 |

16



0? 00 0 9



REPUBLIC
OF ECUADOR

Electric Corporation of Ecuador - CELEC EP Thermal
Power Plant Operating Unit

| 1.11.5 | ALARMAS | LDS -tritasrtmtor da acens lubr antr«eiocldM mminal&os •<br>IntemiotN of acelte khricante{vekzcldad derahnbl was: ten¥zecetura<br>al¥a de¥aoelte(in fashion) Tot- inte•t¥iptw de baga<br><br>deinu orj      «i wtorjor_cszor_scz r«cda da e«arwnaa-1:-<br>—•—e•sionada desde a t a4i lasi cxaxccnsz_ui_nzns ApaBado P<br>•pressó» del càzter EkG_$PD_AL¥s Aoagado pé' cba<br>¥etockJad det waxor EsTor PcT¥ uoerxsa delmotorm            ede<br>from e•retgel¥ca 6sToP_sET Pa¥ada from    rgcncia del<br>znotar mdc from the part ousP_swoj_•ru xe•e• •d•f<br>irnar•usc• d• veioôdad eaest•• eaa_Fusz_H      aP•a•do na'<br>boa arolénde <ombtoabl• raa_rusz,_r_nua ap«g•do mac b«ja<br><br>baf+ço de ¥eu•be¥¥srdg rAx_MAiN_FfIS_Az¥d Ao•a•do por etto<br>prc»kxs PrlacIssl r   Dic_oT_AtM Ao adopor terroetattxe alta ae<br>raíta da ecsxc P 8_B_wtR_Azu xe ado por Pea ôn aal baz<o da<br>      • dwedio Paa_sc_rxs_nzuixnaeedoaor nr«-uú.—-d«<br>eles tadOn PAB_WTIt_oT_MM Aoegado por teroparattea •lta dg salt de<br>epae rHnsE_A4Du_STA7_SEt Loss of «paaado de erieeaia de<br>3¥0                   wTa,_L_Ba.N¥,_LDw_LVL_ALM AeeBadoper<br>   or n¥ve1 idea        in ¥oms     nb tzl¥fga |
| 1.11.6 | PBD¥¥CCIONE5 EL¥CffiICAS | nde Generated<br>DEL<br>Furtclow+ protection and cé          ón<br>ZS<br>51. 51V, 51G<br>12R<br>40<br><br><br><br>V, A, W, MV, F, PF<br>24<br>27<br>67G |
| 1.12 | SISTEMA DE MONITOREO | |
| 1.12.1 | SISTEMA DE MONITOREO | MASTER CONTROL SYSTEM 21001 Basler ELECTRIC) HMI<br>PROCESADORES (marca Modell¥8 Model de graupo de Basler BASLER<br>ELECTRIC).<br>vs NC W2D_¥'doSo/BAsaxR_sl_soTEiIc) regulation module.<br>VRM 2020, Modulo de regulacoin de vodap (BASLER ELECTRIC).<br>PLC Para control y monitoreo de generador y motor, con pantalla<br>táctil. |
| 1.14 | | |

17



poracion Electrica del Ecuadas
IDAD DE NEGOCIO TERMOPICHINCHA



In addition to complying with all the obligations established in the technical specifications and their annexes, which form an integral part of this contract

Fourth Clause.- CONTRACT COMPLIANCE MILESTONES:

**FIRST** CONTRACT COMPLETION MILESTONE: This milestone shall be deemed to have been met upon presentation of the PACKING LIST, factory inspection and verification report, issued by the technical and/or verification commission appointed by CELEC EP, in which the contract administrator must participate, which shall verify all the generator sets offered.

SECOND CONTRACT COMPLIANCE MILESTONE: Civil works, installation, commissioning, and operational testing with HFO6 of the installed generation to the satisfaction of CELEC EP.

**THIRD CONTRACT COMPLIANCE MILESTONE:** Through the transfer of knowledge, which will be carried out within the agreed period, and the presentation of the technical guarantee for the goods under the conditions established in the contract.



0 00001st



**REPÚBLICA DEL ECUADOR**

Caryoracláa Bictrica del Ecuador - CELEC EP
¥nidsM Oparatira Tcmopichiacha

## Clause Five. • DESCRIPTION OF QUANTITIES AND PRICES:

5.1 The Contractor shall consider that the awarded price includes all costs necessary to comply with the logistics chain, from origin to the Quevedo Central, including but not limited to international transport and insurance, and shall also assume all costs incurred in unloading the goods at the terminal (air, sea) where the cargo arrives. In addition, the Contractor shall be responsible for domestic transportation within the destination country until the goods are delivered to the warehouse of CELEC EP's Quevedo Power Plant, as well as the cost of design and construction of the civil works, supply of electromechanical equipment, auxiliary systems                                                                   , assembly, commissioning, start-up of the power plant, and assisted operation period.

| Ítem | CPC | Descripción | Unidad | Cantidad | unidad Precio | Precio Total |
|---|---|---|---|---|---|---|
| | 461031010t1 | GRUPOS ELECTROGENOS CON MOTORES DE COMBUSTIÓN INTERNA DE ENCENDIDO POR COMPRESION (MOTORES DIESEL O SEMIDIESEL) | GLOBAL | 1 | 49'700.000,00 | ∞ |

Total (USD)

The contractor undertakes to comply with each and every one of the technical specifications that form an integral part of this contract, as well as to guarantee that the generators and supplies are new and have zero hours of use.

## Clause Six.- CONTRACT PRICE:

6.1 The value of this contract, which CELEC EP's Termopichincha Business Unit will pay to PROGEN INDUSTRIES LLC, is USD 49,700,000.00 (FORTY-NINE MILLION, SEVEN HUNDRED THOUSAND 00/100 DOLLARS OF THE UNITED STATES OF AMERICA WITH 00€100), which amount does not include VAT in accordance with the offer submitted by the contractor.

6.2. The prices agreed upon in the Contract for the services covered therein shall constitute the sole compensation to the CONTRACTOR for all its costs, including any taxes, duties, or fees it may have to pay, except for value-added tax (VAT), which is hereby waived.

6.3. The CONTRACTING PARTY shall not be obliged to pay and acknowledge in favor of the CONTRACTOR the total amount of the Contract, but only the value of the services received to the satisfaction of the Ecuadorian Electricity Corporation (CELEC EP).

## Seventh Clause.- FORM OF PAYMENT:

Payments shall be made as provided for in the preparatory documents prepared by CELEC EP and in the Contract.

7.1 Advance payment: With regard to the form of payment, ProGen Industries LLC. requests an advance payment in accordance with the submitted bid.





**REPÚBLICA**
. rti ctuíoos

7.2 Payment terms: Payment, corresponding to one hundred (100%) percent of the contract value, shall be made under the following conditions:

a) Seventy (70%) percent of the contract value shall be paid by bank transfer abroad to the contractor, upon presentation of the packing list, the inspection report, and factory approval by the Emergency Technical Committee and/or the verifier delegated by CELEC EP for all electrical groups.

For this payment, the required documentation shall be the packing list, the factory inspection and approval report from the technical supervisor and/or verifier delegated by CELEC EP, and the Contract Administrator.

b) Twenty-five percent (25%) of the remaining contract value shall be paid by bank transfer to the contractor after assembly, commissioning, and operational testing with HFO6 of the installed generation to the satisfaction of CELEC EP.

For this payment, the enabling documentation shall be the Partial Delivery Receipt Certificate.

c') The contractor shall pay 5% of the remaining value of the contract by bank transfer abroad in favor of the contractor after the transfer of knowledge and presentation of the technical guarantee of the goods under the conditions established in the contract. Subject to a favorable report from the contract administrator and presentation of the commercial invoice and final delivery receipt.

For this payment, the enabling documentation shall be: Report from the contract administrator stating that the transfer of knowledge (training) has been provided; delivery of the technical guarantee and final delivery receipt.

After the transfer of knowledge, the duly apostilled technical guarantee for the goods will be delivered in accordance with the established conditions and to the satisfaction of CELEC EP.

7.3 Required documents according to payment method

In order to make any of the payments arising from this contract, the following must be submitted, in addition to what is indicated for each milestone:

- Payment request made by the Contract Administrator

e  Current guarantees

¥  Contract

- The contract administrator's report certifying full compliance with the contract, technical specifications including annexes and other related documents, which shall include a table of milestones with verifiable compliance per milestone as detailed below



**0000¢ 1"-**



REPÚBLICA
IIEL ECFIAIOR

Gastric Corporation of Ecuador - CELEC EP
TemopichincAa Operating Unit

| Nombre de la tarea | Cantidad | Fin | Cantidad de días |
|---|---|---|---|
| CONTRATACIÓN EMERGENTE DE GENERACIÓN TERMICA EN QUEVEDO | 1 | 98 | 98 |
| 1 HITO 1 | | | |
| 1.1 Inicio de plazo contractual, notificación de anticipo | 1 | 10 | 40 |
| 1.3 Presentación de garantía legal | | | |
| 1.3 Presentación de fichas técnicas | | | |
| 1.4 Visita en fábrica y elaboración de informes | | | |
| 2 HITO 2 | 1 | 96 | 96 |
| 2.3 SUMINISTRO DE GENERADORES Y EQUIPOS ELÉCTRICOS | | | |
| 2.1.1 SUMINISTRO 30 UNIDADES GENERADORAS 1500 kW SISTEMA DUAL DIESEL/HFO-6 | | | |
| 2.1.4 SUMINISTRO DE TRANSFORMADORES ELEVADORES 4.16/13.8 KV | | | |
| 2.1.5 SUMINISTRO DE TRANSFORMADORES ELEVADORES 13.8/138 KV | | | |
| 2.1.6 SUMINISTRO DE TRANSFORMADOR ELEVADOR 138/230 KV | | | |
| 2.2 OBRAS CIVILES | | | |
| 2.2.1 Preparación de Diseños e Ingeniería de Obra | | | |
| 2.2.3 REPLANTEO, DESBROCES Y NIVELACIÓN DE TERRENO | | | |
| 2.2.3 CONSTRUCCIÓN DE CIMENTACIONES BASE | | | |
| 2.2.4 SUMINISTRO E INSTALACIÓN DE TANQUE DE COMBUSTIBLE HFO-6 | | | |
| 2.2.5 INSTALACIÓN DE SISTEMA DE CALENTAMIENTO DE COMBUSTIBLE | | | |
| 2.2.3 INSTALACIÓN DE LÍNEAS DE FLUJO DE COMBUSTIBLE | | | |
| 2.2.7 INSTALACIÓN SISTEMA DE REFRIGERACIÓN DE AGUA | | | |
| 2.3 OBRA ELECTROMECÁNICA | | | |
| 2.3.1 INSTALACIÓN DE 30 UNIDADES GENERADORAS 1500 kW SISTEMA DUAL DIESEL/HFO-6 | 5 | 95 | 90 |
| 2.3.3 SISTEMA ENTRADA DE AIRE | | | |
| 2.3.4 SISTEMA DE ESCAPE DE GASES | | | |
| 2.3.5 SISTEMA DE ARRANQUE AIRE | | | |
| 2.3.6 SISTEMA DE CONTROL | | | |
| 2.3.7 CUARTO DE CONTROL | | | |
| 2.3.8 SISTEMAS AUXILIARES | | | |
| 2.3.9 SWITCHGEAR | | | |
| 2.4 1.0 INSTALACIÓN DE TRANSFORMADORES ELEVADORES | | | |
| 2.4.11 LÍNEAS DE TRANSMISIÓN, INCLUYE CABLE, TORRES, ACCESORIOS DE INSTALACIÓN SEGÚN ACUERDO ENTREGADO POR EL MINISTERIO | | | |
| 2.5 PUESTA EN MARCHA | | | |
| 2.5.1 Pruebas de aceptación y verificación | | | |
| 2.5.2 Interconexión | | | |
| 2.5.4 Integración e interfase SCADA y MMI | | | |
| 2.5.5 Puesta en marcha de la central | | | |
| | 71 | | 68 |
| 3.1 TRANSFERENCIA DE CONOCIMIENTOS Y CAPACITACIONES | 31 | 96 | 28 |
| 4 ACOMPAÑAMIENTO TÉCNICO OPERACIÓN ASISTIDA DURANTE LOS PRÓXIMOS 120 DÍAS DESPUÉS DE LA PUESTA EN MARCHA | Luego de suscrita el acta de recepción definitiva | LER |

Delivery, **Acceptance**, and Signing of Minutes.- In accordance with the schedule established for the execution of the contract, the Partial Acceptance Minutes for the goods and services corresponding to the start-up of the generation units will be signed. Final acceptance will be signed once the generators are operational with HFO6 to SOMW and all technical specifications have been met.

7.4 All documents must be correctly issued in the name of:

**CORPORACION ELÉCTRICA DEL ECUADOR CELEC EP BUSINESS UNIT TERMOPICHINCHA**

**Address:** Av. Sebastián de Guayaquil and Pedro Fermín Cevallos Central Guangopolo.
Tax ID:     1768152800001
Phone:      (+593 2) - 2992500
Postal code: 170522 / Quito - Ecuador

Below is the bank information for supplier payments:

| BANK DETAILS | |
|---|---|
| AMOUNT | |
| CURRENCY | United States dollars |

21





REPÚBLICA
DELtCUADOF

torporac on Electricą tel Ecuador C£L£C EP
Operative Unit Termopichincha

|  | America |
| --- | --- |
| **BENEFICIARY'S** BANK | Re ons Bank |
| ' BRANCH | * N/A |
| ROUTING **NUMBER** | N/A |
| SWIFT CODE (SWIFT ACCOUNT) | UPNBUS44 |
| BENEFICIARY NAME | PROGEN INDUSTRIES LLC |
| ADDRESS OF **THE BENEFICIARY** | Mulberry, Florida, United States CITY |
| AND COUNTRY OF BENEFICIARY | 600 Prairie Industrial Blvd, United |
|  | NUMBER |

ACCOUNT        ACCOUNT
0354557917 BENEFICIARY

7.5 Discrepancies: If there are any discrepancies regarding the execution of the contract. The Contractor will be notified. If no response is received within 10 days of the date of notification, it will be understood that the Contractor has accepted the settlement and payment will be made once an agreement has been reached on the differences. The procedure will be as indicated in this contract.

7.6 Undue payments The contracting party reserves the right to claim from the contractor, at any time before or after the provision of the service, any undue payment due to a calculation error or any other duly justified reason. The contractor undertakes to satisfy any claims that the contracting party may make for this reason, acknowledging the interest calculated at the maximum conventional interest rate established by the Central Bank of Ecuador.

**Clause** Eight.- **DELIVERY TERM:**

The term for the delivery, execution, and completion of everything included in the EMERGENCY CONTRACT FOR LAND-BASED GENERATION IN QUEVEDO is ninety-five (95) calendar days, starting from the signing of the contract

**Clause Nine.- INCOTERMS 2010 (in force):**

DAP - DELIVERED AT PLACE: "Delivered at place" means that the seller delivers when the goods are placed at the disposal of the buyer on the arriving means of transport ready for unloading at the agreed destination. The seller bears all risks involved in bringing the goods to the agreed place. In other words, the contractor is responsible for the entire logistics chain, including international transport and insurance, and bears the costs incurred in unloading the goods at the terminal (air, sea) where the cargo arrives. In addition, the contractor is responsible for domestic transport in the country of destination until the goods are delivered to the premises specified in the contract. CELEC EP is responsible for customs formalities for the nationalization of the cargo.

**Clause Ten. - GUARANTEES:**

10.1    The contractor, in order to guarantee compliance with the obligations and purpose of the contract during the term and validity of the Contract, at its own cost and risk and without prejudice to its obligations and responsibilities under the Contract, shall contract and maintain in force the guarantees provided for in this section.



**00000ž2**



**DEL ECUADOR**

ßorpnroelón £lëctrleo del teusãor - GEtlC LP
line 4 Opsrzllva Tsraiaplchlnehi

10J The guarantees accepted shall comply with the conditions stipulated in Article 73 of the Organic Law on the National Public Procurement System (LOSNCP). In the case of pre-issued policies, they must be duly backed by a reinsurer with a risk rating of no less than "A".

### 10.3 Technical Guarantee

The Contractor shall issue a technical guarantee to ensure the quality and proper functioning of the goods, which must be delivered together with the signing of the Final Delivery and Acceptance Certificate.

The technical warranty for the goods shall be valid for 36 months (3 years), counted from the date of signing the Final Delivery and Acceptance Certificate for the contractual object. To the complete satisfaction of CELEC EP - TERMOPICHINCHA, the contractor undertakes to replace and/or install the defective goods free of charge. In addition, this shall include assisted operation during the first 6 months of operation following the signing of the Final Delivery and Acceptance Certificate.

It should also be noted that the goods are new and guaranteed by the manufacturer, in the sense that if any of these goods arrive with manufacturing defects or during use, a manufacturing defect warranty will also be provided for forty years.

### 10.4 Guarantee of faithful fulfillment of the contract

To ensure faithful, timely, and full compliance with the Contract, including to cover any fines, the Contractor shall deliver to CELEC EP TERMOPICHINCHA an unconditional, irrevocable, and immediately collectible guarantee issued by a bank or financial institution established in the country or through them. The amount of the Performance Bond shall be equivalent to five percent (5%) of the total estimated value of the Contract. The Performance Bond shall remain in force for the term of the contract and until the Final Delivery and Acceptance Certificate is signed; or, it shall be in the form of an unconditional and irrevocable insurance policy, payable on demand, issued by an insurance company established in the country: or, Term deposit certificates, issued by a financial institution established in the country, endorsed for value as collateral to the order of the Contracting Entity and whose term of validity is greater than that estimated for the performance of the contract. These guarantees shall be provided in accordance with the provisions of Article 57.1 of the LOSNCP, once the contract has been signed, within a maximum period of 10 calendar days from the date of signing of this instrument.

The Performance Bond may be enforced by CELEC EP in the event that:

1. The Contractor fails to comply with any of its obligations under the Contract and following the unilateral and early termination procedure.
2. Failure to renew within the 15-day period established prior to its expiration.
3. Fines are applied that cannot be deducted from outstanding work reports.

23


Corporacion    trica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA





REP8BMCA
OEL CCUAOOR

t orporacion Electrica gel Ecuador C£L£t EP
Termopichincha Operating Unit

The Performance Bond shall include an automatic renewal or automatic enforcement clause in the event of non-renewal upon expiration to the satisfaction of CELEC EP, pursuant to which the Performance Bond must be renewed at least fifteen (15) days prior to its expiration, otherwise the Acceptable Financial Institution or Acceptable Insurance Company, as applicable, shall pay CELEC EP the local amount of the Performance Bond that will expire upon its expiration.

The existence or enforcement of the Performance Bond does not limit or condition the Contractor's obligations and responsibilities to CELEC EP, nor CELEC EP's rights and remedies under the Contract or applicable regulations. Where applicable, the amounts not covered or not recovered through the Performance Bond that the Contractor must pay to CELEC EP as provided for in this Contract shall be paid by the Contractor in accordance with its obligations under the Contract. The costs of issuingthe Performance Bond, its extensions or modifications shall be borne exclusively by the Contractor. In the event that the bank or insurance company granting the Performance Bond loses its rating during the term and validity of the Contract, such that it no longer qualifies as an "Acceptable Financial Institution" or "Acceptable Insurance Company," as applicable, the Contractor shall immediately replace the Performance Bonds with a new Performance Bond issued by an entity that qualifies as an "Acceptable Financial Institution" or "Acceptable Insurance Company," as applicable, in accordance with the provisions of the applicable regulations.

### 10.5  Environmental **Guarantee**

To ensure compliance with the Environmental Management Plan (EMP) during the contract period, the Contractor shall provide CELEC EP with a guarantee for 0.5% of the total contract price. This guarantee shall be provided in accordance with the provisions of Article 57.1 of the LOSNCP once the contract has been signed. within a maximum period of 5 days from the date of signing of this instrument.

### 10.6  Technology Transfer

For the transfer of technology, the contractor must comply with the following level of technology transfer prior to signing the final delivery receipt, as detailed below

LEVEL TT2: Technology transfer from public procurement of goods with low and medium-low technological intensity.

### Requirements:

This level includes all the requirements of Technology Transfer Level 1 Training workshop or course on the correct use or handling of the product CD *showing* the training course or workshop given to the Ecuadorian person
Ecuadorian.



0u"00013



REPUBLIC
OF ECUADOR

Cœpercclóc Elēctrica dal Ecuador • CELEC EP Unidad
Operaliya Tennoplchincha

Note: Below are the details of the requirements for Technology Transfer Level 1:

- Product use and handling manual in digital and physical format;
-  CD or online information providing details of the product, origin of raw materials, dates, and production records;
- Quality or regulatory certifications (as applicable) under which the product was developed (if any);
- Product calibration certificates, depending on the case; and,
- Any other information regarding industrial standards for measurements, testing, and quality control.

10.7 The guarantees provided shall be returned in accordance with the provisions of Article 77 of the Organic Law of the National Public Procurement System and Article 263 of the General Regulations of the Organic Law of the National Public Procurement System. In the meantime, they shall remain in force. which shall be monitored and enforced by the contracting party.

10.8  POLICIES

During the term and validity of the Contract, the CONTRACTOR, at its own expense and without prejudice to its obligations and responsibilities under this Contract and the Legal Regulations, shall take out and maintain in force the insurance policies indicated below, which shall be delivered by the contractor upon request by the contract administrator:

10.8.1. Civil Liability: For the insured sum of USD 5,000,000.00 (five million and 00/100 United States dollars) covering bodily injury and damage to third-party property that is legally attributable to the insured as a result of the performance of their activities covered by the contract. This Civil Liability policy is extra-contractual in nature and contractual in nature due to the specific nature of the contract.

**10.8.2.**   All **risks insurance for contractors:** With a limit of no less than USD 5,000,000.00 (five million United States dollars) of combined risk.

10.8.3. Life insurance with **accident** coverage: With a limit of no less than USD 80,000.00 (eighty thousand United States dollars) for death, and for medical expenses **per accident (medical assistance) in the amount of** no less than USD 50,000.00 (fifty thousand United States dollars). 80,000.00 (eighty thousand United States dollars) for death, and for medical expenses due to accident (medical assistance) with a limit of USD 10,000.00 (ten thousand United States dollars) for any employee.

**10.8.4.** Vehicle **insurance:** With civil liability coverage for no less than USD 30,000.00 (thirty thousand United States dollars), as a combined limit, accidental death, and medical expenses for occupants. Including, but not limited to: Civil liability (for damage to third parties, for injury or death to one person, and for injury or death to one or more persons), including medical expenses up to the maximum limit allowed by local rates, legal expenses for legal or criminal proceedings, asset protection, and partial coverage for theft and robbery.

2S





CELECep
rporación Electrica del Ecuador
NIDAD DE NEGOCIO TERMOPICHINCHA





 REPUBLIC OF
ECUADOR

Ecuadorian Electricity Corporation - CčLEC EP
Termopichincha Operating Unit

CONTRAT STA must obtain policies from an insurance company legally established in Ecuador and registered with the Superintendency of Companies, Securities, and Insurance of Ecuador.

The policies are primary and not contributory to any insurance contracted by CELEC EP. The collection of these policies shall not constitute compensation for damages caused to CELEC EP, which may hold the CONTRACTOR liable for the remainder until complete satisfaction of the damages that may be caused. All policies required in the Contract must include clauses of the following nature:

a) The insurance company expressly waives the right of subrogation against the CONTRACTING PARTY. In the case of the compliance policy, the insurance company waives subrogation against the CONTRACTING PARTY.

b) The insurance company may not cancel or modify the terms of the policies taken out without the express prior authorization of CELEC EP.

c) The insurance company will include the CONTRACTING PARTY as an additional insured. In the case of the compliance policy, the insured will be the CONTRACTING PARTY.

d) Compensation shall be paid once the occurrence of the loss and the amount of the loss incurred by the insured party have been proven, even if this is done out of court.

e) The CONTRACTOR waives the right to unilaterally revoke the policies taken out in compliance with this Contract.

CELEC EP shall not be liable for deductibles or limitations on the coverage of policies purchased by the CONTRACTOR. The CONTRACTOR may require its subcontractors to take the same position on insurance as applicable. The CONTRACTOR shall be solely responsible if the indemnification or coverage provided by the insurance company is deficient. Each and every deductible in the insurance policies shall be assumed by the CONTRACTOR under its sole responsibility.

In any of the insurance policies referred to in this clause, the CONTRACTING PARTY must be included as the insured and/or beneficiary, as appropriate, for the full coverage of its interests. The CONTRACTOR and its subcontractors also undertake to take out and maintain in force any other insurance policies required by Ecuadorian law and/or current regulations, under this Contract, insured sums, etc., as specified therein for the proper performance and execution of the Contract.

CELEC EP may unilaterally terminate the Contract if the CONTRACTOR fails to submit the required policies within the term agreed upon in the Contract.

If the CONTRACTOR submitted the policies within the agreed term, but the insurance company is not accepted by CELEC EP or the terms of the policies are not those required in the Contract, the CONTRACTOR shall be obliged to modify said policies, for which it shall have three (3) business days from receiving notification of non-acceptance of the previously submitted policies.

No policy may be canceled in advance for any reason, except with the authorization of CELEC EP. Otherwise, penalties will apply.



0 0000 11



REPÚBLICA
ĐEL ECtIAIJBR

Cofpofaciãn Elżctlice dyl Ecuador - CELEC EP
Operational Unit Temoykliincha

stipulated for such non-compliance, including unilateral termination of the contract.

The breach of said insurance policies does not exempt the CONTRACTOR from its liability for compensation due for any damage caused in the performance of the activities covered by this contract.

The CONTRACTOR shall cover and pay for minor claims (under deductibles) affecting the assets, property, and/or persons of CELEC EP or third parties as a result of the activities carried out by the CONTRACTOR in the performance of this contract; and which are not covered by its insurance policies because they are less than the deductibles thereof, as well as amounts that exceed the insured amount.

First Declaration Clause. - **EXTENSIONS:**

In cases of extensions, authorization from the Manager of the CELEC EP-Termopichincha Business Unit will be required, following a report from the Contract Administrator.

The contracting party shall extend the total term or partial terms in the following cases:

a)   When the contractor so requests, in writing, justifying the grounds for the request, within ten (10) days of the date on which the event occurred, provided that it was due to force majeure or unforeseeable circumstances accepted as such by the highest authority of the contracting entity or its delegate, following a report from the contract administrator. As soon as the force majeure or fortuitous event ceases to exist, the contractor is obliged to continue with the performance of the contract, without the need for notification by the contract administrator to resume it.

For the purposes of this agreement, the terms force majeure and unforeseeable circumstances shall be understood as defined below:

'A force majeure *clause* refers *to* circumstances that are beyond *reasonable control* and do *not* imply error or *negligence on the part of the party* that invokes it. *given that that party cannot be* held responsible or *liable from* a reasonable point of view.ø, inc/t/ídos, sinq«e es/o/imife *la* geræra/ldeó dø /e anterior, gtzerra {dec/arada *o par dedaar), insurrection, acts of terrorism (except* acts of *terrorism* perpetrated for the purposes employed, representations or caricatures of t/ne yarfey.
*lø laws, government decrees, Spanish government regulations (including* those issued by regulatory bodies and *local and regional authorities), bans, restrictions, or forced closures.*

Consequently, it is stipulated that events related to COVID-19 and/or conflicts in Ukraine may be considered force majeure or unforeseeable circumstances to the extent that they impact the CONTRACTOR's obligations under the contract, in proportion to said impact.

In the event of force majeure or unforeseeable circumstances, the affected party shall notify the other party within ten (10) calendar days of the occurrence of the event, explaining



Corporacion Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

Electric Corporation of Ecuador - CELEC EP
Termopichintha Operating Unit

The effects caused by the event on the fulfillment of the contract must be submitted with the corresponding documentation.

The qualification of the cause of force majeure or fortuitous event alleged by the CONTRACTOR shall be carried out by the Contract Administrator within a period of five days of receipt of the request, following a legal report issued by CELEC EP.

In cases of deadline extensions, the parties shall draw up a new schedule, which, once signed by them, shall replace the original or previous one and shall have the same contractual value as the one replaced. In such cases, authorization from the highest authority of the contracting party shall be required, following a report from the contract administrator.

The suspension of the execution of the contract may be declared by CELEC EP, which must be justified by the contracting party or ordered by it and not due to causes attributable to the contractor.

Clause Twelve. - FINES:

t2.1 CELEC EP — TERMOPICHINCHA Business Unit will retain, as a penalty, an amount equivalent to 2 per thousand (2 x 1,000) per day on the percentage of obligations that are pending execution in accordance with the terms established in the contract and work schedule. The penalty will be for delay or for any breach of the obligations pending execution that will result in accordance with the contract. Therefore, the penalty contract will be based on the milestone completion table, which will be presented after the contract has been signed by the Contractor and prior to approval by the contract administrator.

12.2 CELEC EP — TERMOPICH1NCHA Business Unit shall retain, as a penalty, the amount equivalent to 2 per mille (2 x 1,000) of the total value of the contract for each day of delay in the failure to submit, to the satisfaction of CELEC EP, the guarantees of faithful fulfillment of the contract and environmental guarantees, for which no justifications of unforeseeable circumstances or force majeure will be accepted.

12.3 In the event of unforeseeable circumstances or force majeure, duly verified and accepted by the Contracting Party, which shall be notified within ten (10) calendar days of the occurrence of the events. Once this period has expired, if no such notification has been made, the events alleged by the Contractor as the cause for the non-execution of the order within the required time frame shall be deemed not to have occurred. Legitimately imposed fines shall not be refunded under any circumstances.

Additionally, the contract administrator appointed by the Business Unit Manager may, by means of a reasoned report, issue a *fine* when there is non-compliance with the deadlines.

If the value of the fines imposed exceeds five percent (5%) of the amount to be paid without VAT, the Contracting Party may declare, in advance and unilaterally, the termination of the contract and enforce the relevant guarantees.

The following shall be taken into account for the application of fines:

a) The Contract Administrator shall notify the CONTRACTOR in writing within five (5) days of becoming aware of the breach, recording this in the

28




0 209 q<sub>i</sub> 5



**Corporacion Eléctrica del Ecuador - CELEC EP**

Unläad Operstiro lernspicldncbo

corresponding report, so that it may be deducted from the pending report(s) of psgo.

b) The CONTRACTOR shall submit its arguments justifying the exemption in writing within ten (10) days from the date on which it was notified.

c) CELEC EP shall confirm or revoke the fine, as appropriate, within ten (10) days from the date of submission of the CONTRACTOR's arguments justifying the discharge.

d) Once the fine has been ratified, it will be applied to any outstanding payments without any communication from the Contract Administrator.

e) Fines shall not be applied when the breach is the result of circumstances of force majeure or unforeseeable circumstances, as stipulated in Regulation No. ARCERNNR 001-23.; a. for reasons justified by the CONTRACTOR and accepted by the Contract Administrator of CELEC EP.

f) CELEC EP may recover the amounts of fines imposed on the CONTRACTOR from outstanding invoices issued by the CONTRACTOR or from the Performance Bond or by any other judicial or extrajudicial means.

Nora:   1. The calculation of the fine will be directly related to the form of payment and failure to provide guarantees.
2. When reference is made to the work schedule, this is understood to mean compliance with the deadlines established in the contract milestones.
3. The deadlines established shall run from the date of signing the contract.

**Clause Three.- OBLIGATIONS OF THE PARTIES:**

**13.1 OBLIGATIONS OF THE CONTRACTOR**

- To comply with the provisions of the tender specifications, studies, technical specifications and their annexes, and the terms and conditions of the contract.
- The contractor shall submit to the contract administrator the schedule of activities to be carried out prior to the installation of the generators in each

- Execute the contract based on the technical specifications and their annexes, technical reports, bid, and all documentation provided by CELEC EP. Therefore, the Contractor may not claim any error attributable to CELEC EP, failure, or any non-compliance therein as grounds for requesting an extension of the deadline or an increase in operating, connection, and interconnection costs, or any other claim related to the technical and contractual conditions.
- The values established for this contract are fixed and unalterable and are not subject to adjustment for any reason, for which the Contractor expressly waives this right, and they agree that their offer constitutes a comprehensive offer.
- The Contractor is obliged to comply with any other obligation that naturally and legally derives from the subject matter of the contract and is enforceable by virtue of any document herein or any specifically applicable legal provision.
- The Contractor undertakes to execute the contract on the basis of the technical specifications and terms of this procedure.



*** ‖EPUBLICê
"   OIL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Termopichincha Operating Unit

- The Contractor undertakes to deliver the goods defined in the technical specifications technical specifications
- The Contractor undertakes to deliver the manuals and all information relating to the goods acquired in English and Spanish
- The Contractor undertakes to execute the contract in accordance with the technical specifications, including its annexes, commercial practices, and international regulations.
- The price agreed upon in the contract shall constitute the sole compensation for the Contractor for all its costs, including any taxes, duties, fees, or contributions that it may have to pay. The Contractor is exempt from paying customs duties on the importation of goods.
- The Contractor undertakes to fulfill the object of the contract within the agreed term to the complete satisfaction of CELEC EP.
- The Contractor undertakes to provide the facilities necessary for the Contract Administrator to perform his duties efficiently, to provide information related to compliance with technical specifications, and to allow persons authorized by CELEC EP to supervise the tests carried out by the manufacturer to certify the optimal functioning of the goods to be acquired.
- The Contractor shall protect and hold CELEC EP and its representatives harmless from any claim or lawsuit arising as a result of the Contractor's or its personnel's violation or failure to comply with laws or ordinances.
- Manage the corresponding permits and authorizations required by the relevant state entities, including but not limited to: importation, transportation, construction, assembly, commissioning, start-up, and permits necessary for proper operation.
- The Contractor undertakes, during the performance of the contract, to comply with the requirements of public labor control, environmental safety, industrial safety, occupational health, social security, and taxation, in accordance with the contractual nature applicable to the nature of this contract.
- The installation of systems for controlling parameters during execution (fuel consumption and performance), as well as for compliance with environmental parameters and their maximum permissible limits defined in current environmental regulations, shall be the responsibility of the Contractor and shall be in accordance with the terms and technical specifications that form part of this document. In addition, the Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this purpose. The Contractor shall consider the technology and/or control mechanisms necessary to enable compliance with this the contract and technical specifications that form part of this document. In addition, the Contractor shall consider the technology and/or control mechanisms necessary to achieve this end. The Contractor shall comply with the corresponding Environmental Management Plan at each location.
- The counterparty must guarantee the delivery of the effective power on site in accordance with its offer. If this parameter is not met during the operational tests, CELEC EP will deduct proportionally the MW not delivered in accordance with the cost of the power offered.
- After the power plant acceptance tests have been carried out, if the specific fuel consumption is higher than the consumption offered (g/kWh), a discount of USD 100,000 will be applied for each additional g/kWh of consumption.
- The contractor must transfer the necessary knowledge to the personnel designated by the contracting party during the installation, assembly, and commissioning process. Likewise, during the operation period, which shall last at least six months.
- The contractor must deliver the following prior to signing the Final Delivery Certificate



0000016



**REPÚBLICA**
DEL ECtIADOR

Corporaçiân £láctrica gel Ecuador - ¢ELEC EP
\Infded Operstíva TsrmoylcNncãa

o  Manual for the use and handling of the equipment to be supplied, in digital and printed format.
o  CD or online information providing details of the product, origin of raw materials, production dates, and records.
o  Quality or regulatory certificates (scanned) under which the product was developed (if any).
o  Product calibration certificates, depending on the case.
o  Any other information on industrial standards for measurement, testing, and quality control.
o  Training workshop or course on the correct use and handling of the power plant and generation equipment.
o  CD presenting the training workshop course given to Ecuadorian personnel.
o  Warranty against manufacturing defects for 40 years from the date of termination of this contract.

● Comply with current environmental regulations, environmental management plans, action plans, and other obligations arising from environmental or other administrative authorizations for each site. The fuel must comply with the conditions established in the technical specifications. If it does not comply with these technical characteristics, the contractor is exempt from any environmental liability.
● Compliance with environmental regulations shall take into account the use of fuels delivered by CELEC EP.
● Maintain a single official channel of communication with CELEC EP through the Contract Administrator.
● The Contractor shall promptly handle and deliver to CELEC EP, upon request, all information related to work permits, environmental management plans, and waste management and disposal records, fire protection system maintenance records, emergency management plans with their respective drill compliance records, considering the deadlines established in current regulations or requirements of the competent authorities for the delivery thereof.
● The Contractor shall comply with CELEC EP's anti-bribery policies and shall guarantee the legal origin of the financial resources used for the execution of the contract.
● The Contractor shall be responsible for supplying the basic tools necessary for maintenance in coordination with the contract administrator (at least one set of tools for each group of four generating units, including special tools).
● The contractor shall perform preventive and corrective maintenance on the generator sets during their first year of use, counted from the date of the final delivery and acceptance certificate.
● The contractor undertakes to provide a Technical Warranty for a period of three (3) years, counted from the date of signing the Final Delivery and Acceptance Certificate, which shall include 40 years' coverage for manufacturing defects.
● The contractor shall sign a commitment to provide technical support and knowledge transfer to CELEC EP personnel for six months after the signing of the Final Delivery and Acceptance Certificate.
● The Contractor is responsible for the entire logistics chain, including international transport and insurance, and assumes the costs incurred in unloading the goods at the terminal (air, sea) where the cargo arrives. In addition, it is responsible for internal transport in the destination country **until the goods**

31



Corporacion Electrica del Ecuador
UNIDADE  NEGOCIO TERMOPICHINCH4







**REPUBLICA**
DElECUAOOR

be delivered to the corresponding facilities. This includes all material actions, supplies, and civil works that enable the incorporation of 100 MW into the S N.I. CELEC EP is responsible for customs formalities for the nationalization of the cargo.

### 13.2 OBLIGATIONS OF THE CONTRACTING PARTY

- Appoint the Contract Administrators and Supervisors, and the necessary technical team, to ensure proper control of the contract's execution. They will ensure the full and timely fulfillment of each and every one of the obligations arising from the contract and will take the necessary actions to prevent non-compliance. The powers of the Contract Administrator shall be those specified in the contract.
- The Contract Administrator is responsible for the appointment of officials by CELEC EP for the administration and supervision of the contractual instrument.
- Resolve any issues and problems that arise during the execution of the contract through the Contract Administrator within five (5) days of receiving a written request from the Contractor.
- Enforce CELEC EP's safety, health, environmental, and regulatory procedures.
- Sign the partial and final delivery-acceptance reports once the goods have been received, and in general comply with the obligations arising from the contract.

**Clause** Fourteen.- TERMINATION OF THE CONTRACT

14.1 This Contract shall terminate for the following reasons, in accordance with the provisions of this clause:

    a) Upon fulfillment of the object of the contract;
    b) Upon expiration of the term;
    c) By mutual agreement of the parties;
    d) Due to an enforceable judgment or award declaring the contract null and void or terminating it at the request of the contractor;
    e) By unilateral declaration of the contractor, in the event of breach of contract by the contractor: and,
    f) Due to dissolution of the legal entity contractor that does not originate from a voluntary internal decision voluntary internal decision by the competent bodies of said legal entity

14.2 Causes for unilateral termination of the contract.- In the event of breach by the contractor, the contracting party shall proceed with an early and unilateral declaration, and the following causes shall be considered

    a) For breach of contract by the contractor
    b) If the contractor fails to notify the contracting party of the transfer, assignment, disposal of its shares or interests, or in general of any change in its ownership structure, within five business days of the date on which such change occurred:
    c) If the contractor fails to comply with the statements made in the offer
    d) Due to bankruptcy or insolvency of the contractor
    e) If the value of the fines exceeds the amount of the performance bond

Corporacion Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA

0000017



**REPÚBLICA**
**DEL ECUADOR**

Electrical Corporation of Ecuador - ELEC EP
Strategic Plan

f} Due to suspension of work, by decision of the contractor, for more than twenty (20) days, without force majeure or unforeseeable circumstances;

g) The Contracting Entity may also declare the contract terminated early and unilaterally when, in the event of unforeseen technical or economic circumstances or unforeseeable circumstances or force majeure, duly proven, the contractor has not agreed to terminate the contract by mutual agreement. In this case, the performance bond shall not be enforced.

**14.2.1 Unilateral termination procedure.** - Before proceeding with unilateral termination, CELEC EP shall notify the contractor, with ten (10) days' advance notice, of its decision to terminate the contract unilaterally. Along with the notification, technical and economic reports shall be sent, referring to the contractor's compliance with its obligations. The notification shall specifically indicate the breach or delay incurred by the contractor and shall warn that, if it is not remedied within the specified period, the contract will be terminated unilaterally.

If the contractor fails to justify the delay or remedy the breach within the agreed period, CELEC EP may unilaterally terminate the contract by means of a resolution issued by the highest authority, which shall be communicated to the contractor.

**Fifth Declaratory Clause. - CONTRACT ADMINISTRATION**

The CONTRACTING PARTY appoints Mr. ANGEL **VINICIO BENALCAZAR SANCHEZ,** Head of the CELEC EP TERMOPICHINCHA Business Unit, as contract administrator, who shall comply with the terms and conditions of this contract and its supporting documents and shall ensure its proper performance.

All communications, without exception, between the contract administrator and the contractor shall be made in **writing** or by electronic means.

The contracting party may change the contract administrator for justified reasons by means of an official letter, which shall be notified to the outgoing administrator, the incoming administrator, and the contractor.

The functions of the contract administrator are as follows:

1. Coordinate all necessary actions to ensure the proper execution of the contract. **Contract;**

2. To comply with and enforce all obligations arising from the contract and the documents that comprise it **los** ;

3. Take the necessary measures to avoid unjustified delays in the execution of the contract;

4. Impose the penalties established in the contract, for which due **process** must be respected; **in accordance with** Article 293 of the General Regulations of the **Organic** Law of the National Public Procurement System.

5. Administer the corresponding guarantees, which shall remain in force throughout the term of the contract. This obligation may be coordinated with sl

**CELEC** EP
Corporación Electrica del Ecuador
UNIDAD DE NEGOCIO TERMOPICHINCHA


REPEALED
OEL EQUABOR

Electrical Corporation of Ecuador CELEC EP
Thermal Power Operations Unit

treasurer of the contracting entity or whoever acts on its behalf, who is responsible for the control and custody of the guarantees. Responsibility for the management of the guarantees shall be shared between the contract administrator and the treasurer.

6  Report to the highest authority of the contracting entity any operational, technical, economic, or other aspect that could affect the fulfillment of the contract.

7  Coordinate with institutional management and professionals from the contracting entity who, due to their expertise, knowledge, and profile, are essential to ensuring the proper execution of the contract.

8  Provide the contractor with the necessary instructions to ensure compliance with the contract based on the technical specifications or terms of reference and under the conditions established in the contract

9  Require the contractor to replace any member of its staff whom it considers incompetent or unsuitable for the job, or who exhibits conduct incompatible with their duties. refuse to comply with the provisions of the contract and the attached documents. The replacement personnel must demonstrate the same or better ability, experience, and other requirements established in our specifications.

10  Authorize or deny the change of personnel assigned to the execution of the contract, verifying that the personnel that the contractor intends to replace demonstrate the same or better capacity, experience, and other requirements established in the specifications, adequately performing the assigned functions.

11  Report to the competent authorities when it becomes aware that the contractor is in breach of its labor and employer obligations under the law.

12  Prepare and participate in partial and final delivery-acceptance reports, as well as coordinate with the contractor for the acceptance thereof.

13  Prepare the emergency report for publication on the PUBLIC PROCUREMENT Portal in compliance with Article 241 of the RGLOSNCP

14.  Prepare and organize the file containing all the contract administration management, leaving documentary evidence for the purposes of subsequent audits carried out by the State control bodies.

15.  Any other that, according to the nature of the object of control, is indispensable to ensure its proper execution. The additional powers of the contract administrator must be described in the contract.

The contract administrator shall submit a progress report on the fulfillment of the contract to the Unit Management every 10 days, counted from the day following the signing of the contract, so that the Manager of the TERMOPICHi NCHA Business Unit can forward said progress report to the General Manager.

Clause Six. - **DISPUTE** RESOLUTION

34



00 0 'I 010



**REPÚBLICA
ßEL EtMAOOR**

Electric Corporation of Ecuador - CETT EP
Temiopldiiache Operational Unit

If any differences or disputes arise regarding the fulfillment, interpretation, or execution of this Agreement and no direct agreement can be reached between the parties, they shall be submitted to mediation at the Mediation Center of the Attorney General's Office in Quito.

If no agreement is reached in mediation, such disagreement or dispute shall be definitively resolved by arbitration in law, administered by the Arbitration and Mediation Center of the American Chamber of Commerce. The Tribunal shall be composed of three principal arbitrators and one alternate, who shall be selected as follows: Each of the parties shall, within five (05) days from the date of the arbitration request, choose its arbitrator, who may or may not belong to the official list provided by the Arbitration and Mediation Center, and the two chosen arbitrators shall choose the third arbitrator, who shall preside over the Tribunal, and the alternate arbitrator. The third arbitrator and the alternate arbitrator may be selected from the official list provided by the Arbitration and Mediation Center within five (5) days from the date on which both arbitrators appointed by the parties have expressed their acceptance of the position in writing. The Parties may object to the appointment of an arbitrator if any disclosure by said arbitrator compromises his or her impartiality and independence, in which case the Arbitration and Mediation Center of the Quito Chamber of Commerce shall suspend the corresponding term until a decision is made on such disclosure. In the event that any of the parties or the arbitrators appointed by them fail to make the appointments that correspond to them within the established time frame, these shall be made by lottery, at the request of any of the parties, in accordance with the provisions of the fifth paragraph of Article 16 of the Arbitration and Mediation Law.

The parties authorize the Arbitral Tribunal to order and impose precautionary measures that are appropriate and in accordance with Ecuadorian procedural law and to enforce such measures. The Tribunal shall request the assistance of public, judicial, police, and administrative officials as necessary, without having to resort to any ordinary judge.

The award issued by the Arbitral Tribunal shall be based on law and shall therefore be subject to the Contract, the law, universal principles of law, case law, and doctrine.

The parties undertake to comply with the arbitration award issued.

The costs and expenses of the arbitration proceedings shall be borne by the claimant.

The place of arbitration shall be in the city of Quito, at the facilities of the Arbitration and Mediation Center of the Ecuadorian-American Chamber of Commerce, and the proceedings shall be confidential.

The Contractor waives the right to use diplomatic channels for any claim related to this Contract. If the Contractor breaches this commitment, the Contracting Party may unilaterally terminate the Contract and enforce the guarantees.

**Seventh Clause.- COMMUNICATIONS BETWEEN THE PARTIES**

35





Corporacio0 Clectrica del Ecuador - CELEt EP
Termopichincha Operating Unit

All communications between the parties relating to the contract shall be made in writing or by email and in Spanish.

Notifications regarding any arbitration proceedings shall also be made to the Attorney General's Office (Ecuador).

Communications between the Contract Administrator and the Contractor shall be made through written documents or electronic means.

**Notifications that the Contract Administrator and the Contractor must make pursuant to the provisions of this contract may be made electronically via email or in writing, for which purpose the parties shall establish their addresses as detailed below.**

CONTRACTING PARTY:      CELEC EP TERMOPICHINCHA BUSINESS UNIT. RUC: 176815280O0ß1
Address:      Calle Sebastián de Benalcázar y Pedro Fermin Cevallos
Telephone:      (02) 299-2500
Email:      angel.benalcazar@celec gob.ec
City:      Quito, Ecuador

CONTRACTOR:      PROGEN INDUSTRIES LLC., M17000002840
IDU:      600 Prairie Industrial Parkway. Mulberry FL 33860 818-587-6454
Address:
Telephone      Andrew S. Williamsom hs@progen1.com
: Contact:
Email:

Clause 17.- CONFIDENTIALITY:

Each of the parties undertakes to maintain absolute secrecy, discretion, and confidentiality regarding the terms of this Agreement and all information received as a result of this Agreement.

In the event of a breach of this obligation, the corresponding civil or criminal actions may be taken.

The information provided by one party to the other is the exclusive property of the parties, and the following constitute extremely serious offenses: a) disclosure of such information in any form; b) use of such information for purposes other than or deviating from those specified in each service order.

Confidential information means any oral, written, typed, printed, recorded, or graphic information, including computer-generated media, produced or reproduced, regardless of whether it was created by the Parties or by another entity that generated it for them. All information exchanged between the Parties shall be considered confidential, even if it has not been marked as confidential prior to its disclosure.

36





020000i9



Corporación Eléctrica del Ecuador - CELEC EP
Temioplchioche Operations Unit

From the date of disclosure until two years after termination of the Commercial Agreement, the party receiving information ("Receiving Party") from the other party ("Disclosing Party") shall treat the information received as confidential *and* shall not disclose it without the consent of the Disclosing Party; It shall also treat the information in the same manner as it treats its own confidential or private information. In order to maintain the confidentiality of this Agreement, the parties shall be recipients of the information contained therein.

Notwithstanding the foregoing, the Information indicated below shall not be considered confidential and the Recipient shall have no obligation with respect thereto: Information that: (a) is already known to the Recipient prior to the signing of this Agreement, (b) is developed by the Recipient independently of this Agreement and is disclosed pursuant to this Agreement, (c) is or becomes public knowledge without any fault or wrongful act on the part of the Recipient, (d) must be disclosed or presented by the Recipient as a requirement imposed by a competent authority, laws, or official regulations, (e) is covered by a legal order notified to the Recipient, (f) was already in the public domain prior to the signing of this Agreement.

If the Recipient receives a legal notice requesting or requiring the disclosure of information, the Recipient shall immediately notify the sending party of this circumstance so that the latter may take the appropriate legal measures to prevent its disclosure.

### Nineteenth Clause. - COMPLIANCE WITH CELEC EP'S ANTI-BRIBERY POLICY

19.1. THE CONTRACTOR declares, assures, and undertakes that: it, its associated companies, its affiliated companies, its related companies, and its subcontractors have not made, offered, or will offer payments, loans, or gifts of money or objects of value, directly or indirectly, to:

- a) A public official of any kind, nor employees.
- b) A political movement or party or member thereof.
- c) Any other person when the party knows or has reason to know that any part of such payment, loan, or gift will be delivered or paid directly or indirectly to any public official or employee, candidate, political party or member thereof, or
- d) Any other person or entity when such payments, loans, or gifts of money or valuables could violate the laws of any relevant jurisdiction.

UJ CELEC EP may terminate this contract as indicated in this clause if it is proven through due process that THE CONTRACTOR has breached the anti-bribery clause of this contract and/or CELEC EP's Anti-Bribery Policy, which forms an integral part of this contract.



REPb8LIC¢
OEL E¢0àfl0R

Corporaciôn i lèctrica del Ecuador - čEŁEC EP
Thermal Power Operations Unit

19.3 THE CONTRACTOR undertakes to take all necessary and reasonable measures to ensure that it, its associated companies, its subsidiaries, its related companies, its subcontractors, and their respective directors, managers, employees, agents, and representatives involved in the execution of this contract comply with all applicable laws, specifically including CELEC EP's anti-bribery requirements set forth in its policy. agents, and representatives involved in the performance of this contract comply with all applicable laws, specifically including the anti-bribery requirements of CELEC EP set forth in its anti-bribery policy.

19.4 Negotiation of this contract. - The parties declare and acknowledge that all the clauses, annexes, terms and conditions and, in general, the entire content of this contract have been fully negotiated, drafted, and accepted by both parties in good faith and, consequently, neither party may claim, for its own benefit, ignorance of this contract or the audit of certain terms and conditions of this contract by the other party.

19.5 Authorization to the relevant control bodies to lift banking secrecy on domestic and foreign accounts held in the name of my legal representative in order to verify the origin of the funds and resources to be used in the execution of this contract.

Clause **Twenty.** - ACCEPTANCE BY THE PARTIES

Freely and voluntarily, the parties expressly declare their acceptance of all the provisions of this contract and submit to its stipulations.

Given and signed in four copies of equal value and content, on the second day of August 2024, in the city of Quito, Ecuador.


ING BYRON OROZCO MORENO

MANAGER, CELEC EP-
TERMOP!CHINCHA BUSINESS UNIT

CONTRACTING PARTY

ANDREW S WIILLIAMSON

PROGEN INDUSTRIES LLC.
(USA)

CONTRACTOR

The Technical-Economic Offer is hereby incorporated as an integral part of this contract. PROGEN INDUSTRIES LLC accepts the technical specifications and annexes contained in document M17.P01 S03 F29 Esps. ûcac ones léanicas de benes provisos en el extranjero.
**Revisions:**

| Approved/ | Approved by | | |
|---|---|---|---|
| | TERMORCHINC HA | | |

ae Korma •niegra d coniraio r s ii  s, iii
documontos nabilicantes par la ue   que
declaro entender y estar de acuerdo con
todos los terminos legales planteados
on él por lo que recomiendo s
wscripcidn is in compliance with ia l a •e u
N

# Exhibit C

```
28/01/25-10:40:03          ACKPDFSERINTER-9767-169748                 1

-------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 1039 250128BCENECEQA1003733844069
------------------------- Message Header -------------------------
Swift Input   : FIN 103 Transfcia fondos de cliente
Sender    : BCENECEQ100
            BANCO CENTRAL DEL ECUADOR
            QUITO EC
Receiver  : FLARCOBBXXX
            FONDO LATINOAMERICANO DE RESERVAS
            BOGOTA CO
UETR : fcadaf5b-4562-465b-a0aa-98e5163861c6
------------------------- Message Text ---------------------------
  20: Referencia del remitente
      GS-01-7502500439
  23B: Codigo sta operacion bancaria
       CRED
  32A: Fcha val/mnda/impte lqdcion intb
       Date             : 28 January 2025
       Currency         : USD (US DOLLAR)
       Amount           :              #6.958.000,00#
  33B: Moneda/importe ordenado
       Currency         : USD (US DOLLAR)
       Amount           :              #6.958.000,00#
  50F: Cliente ordenante - ID
       /231305-01011218590000
       1/CORP.ELECT. DEL ECUADOR (C.E.L.
       1/E.C. EP)
       2/AV. 6 DE DICIEMBRE N26-235
       3/EC/QUITO
  53B: Corresponsal del remitente-Lugar
       /101602
  57A: Entidad deptaria de la cta - FI BIC
       UPNBUS44
       REGIONS BANK
       BIRMINGHAM,AL  US
  59F: Cliente beneficiario-Num/Nom/Dir
       /0354557917
       1/PROGEN INDUSTRIES LLC
       2/600 PRAIRIE INDUSTRIAL BLVD
       3/US
  70: Descripcion de la remesa
      PAGO 14 POR CIENTO HITO 1 CONTRATO
      0067 2024 Y CONTRATO 0001 2025 OP 4
      30943 ENERO24 2025
  71A: Especificacion de gastos
       OUR
```

```
06/02/25-10:43:24          ACKPDFSERINTER-0039-170019              1
_____

--------------------- Instance Type and Transmission ---------------
   Notification (Transmission) of Original sent to SWIFT (ACK)
   Network Delivery Status  : Network Ack
   Priority/Delivery        : Normal
   Message Input Reference  : 1043 250206BCENECEQA1003752844742
----------------------- Message Header -----------------------
   Swift Input  : FIN 103 Transfcia fondos de cliente
   Sender    : BCENECEQ100
              BANCO CENTRAL DEL ECUADOR
              QUITO EC
   Receiver : FLARCOBBXXX
              FONDO LATINOAMERICANO DE RESERVAS
              BOGOTA CO
   UETR : 39a186be-456a-49e8-a33b-98e5163861c6
--------------------------- Message Text ---------------------------
    20: Referencia del remitente
        GS-01-7502500723
    23B: Codigo sta operacion bancaria
        CRED
    32A: Fcha val/mnda/impte lqdcion intb
        Date            : 06 February 2025
        Currency        : USD (US DOLLAR)
        Amount          :              #6.958.000,00#
    33B: Moneda/importe ordenado
        Currency        : USD (US DOLLAR)
        Amount          :              #6.958.000,00#
    50F: Cliente ordenante - ID
        /231305-01011218590000
        1/CORP.ELECT. DEL ECUADOR (C.E.L.
        1/E.C. EP)
        2/AV. 6 DE DICIEMBRE N26-235
        3/RC/QUITO
    53B: Corresponsal del remitente-Lugar
        /101602
    57A: Entidad deptaria de la cta - FI BIC
        UPNBUS44
        REGIONS BANK
        BIRMINGHAM,AL  US
    59F: Cliente beneficiario-Num/Nom/Dir
        /0354557917
        1/PROGEN INDUSTRIES LLC
        2/600 PRAIRIE INDUSTRIAL BLVD
        3/US
    70: Descripcion de la remesa
        PROGEN INDUSTRIES LLC CONTRATACION
        EMERGENTE DE GENERACION TERRESTRE E
        N QUEVEDO TPI CON 0067 24 LOTE B
    71A: Especificacion de gastos
        OUR
```

```
14/02/25-10:45:12        ACKPDFSERINTER-0449-170429              1
─────────────────────────────────────────────────────────────────────
              ------------------ Instance Type and Transmission --------
      Notification (Transmission) of Original sent to SWIFT (ACK)
      Network Delivery Status  : Network Ack
      Priority/Delivery        : Normal
      Message Input Reference  : 1044 250214BCENECEQA1003764845506
      ------------------------- Message Header ------------------------
      Swift Input   : FIN 103 Transfcia fondos de cliente
      Sender   : BCENECEQ100
                 BANCO CENTRAL DEL ECUADOR
                 QUITO EC
      Receiver : FLARCOBBXXX
                 FONDO LATINOAMERICANO DE RESERVAS
                 BOGOTA CO
      UETR : eb33bfb9-5432-4b15-8ac4-98e5163861c6
      ------------------------- Message Text ----
       20: Referencia del remitente
           GS-01-7502501124
      23B: Codigo sta operacion bancaria
           CRED
      32A: Fcha val/mnda/impte lqdcion intb
           Date               : 14 February 2025
           Currency           : USD (US DOLLAR)
           Amount             :           #6.958.000,00#
      33B: Moneda/importe ordenado
           Currency           : USD (US DOLLAR)
           Amount             :           #6.958.000,00#
      50F: Cliente ordenante - ID
           /231305-01011218590000
           1/CORP.ELECT. DEL ECUADOR (C.E.L.
           1/E.C. EP)
           2/AV. 6 DE DICIEMBRE N26-235
           3/EC/QUITO
      53B: Corresponsal del remitente-Lugar
           /101602
      57A: Entidad deptaria de la cta - FI BIC
           UPNBUS44
           REGIONS BANK
           BIRMINGHAM,AL  US
      59F: Cliente beneficiario-Num/Nom/Dir
           /0354557917
           1/PROGEN INDUSTRIES LLC
           2/600 PRAIRIE INDUSTRIAL BLVD
           3/US
       70: Descripcion de la remesa
           LOTE C PROGEN QUEVEDO CONTRATO TPI
           CON 0067 24  4 GENERADORES
      71A: Especificacion de gastos
           OUR
```

```
20/02/25-11:15:58          ACKPDFSERINTER-0550-170530                    1

-------------------- Instance Type and Transmission --------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 1115 250220BCENECEQA1003773845808
------------------------------ Message Header ----------------------------
Swift Input   : FIN 103 Transfcia fondos de cliente
Sender   : BCENECEQ100
           BANCO CENTRAL DEL ECUADOR
           QUITO EC
Receiver : FLARCOBBXXX
           FONDO LATINOAMERICANO DE RESERVAS
           BOGOTA CO
UETR : 9e4908d7-be2b-4598-a7c3-98e5163861c6
---------------------------- Message Text ----------------------------
 20: Referencia del remitente
     GS-01-7502501209
 23B: Codigo sta operacion bancaria
     CRED
 32A: Fcha val/mnda/impte lqdcion intb
     Date           : 20 February 2025
     Currency       : USD [US DOLLAR]
     Amount         :              #6.958.000,00#
 33B: Moneda/importe ordenado
     Currency       : USD [US DOLLAR]
     Amount         :              #6.958.000,00#
 50F: Cliente ordenante - ID
     /231305-01011218590000
     1/CORP.ELECT. DEL ECUADOR (C.E.L.
     1/E.C. EP]
     2/AV. 6 DE DICIEMBRE N26-235
     3/EC/QUITO
 53B: Corresponsal del remitente-Lugar
     /101602
 57A: Entidad deptaria de la cla - FI BIC
     UPNBUS44
     REGIONS BANK
     BIRMINGHAM,AL   US
 59F: Cliente beneficiario-Num/Nom/Dir
     /0354557917
     1/PROGEN INDUSTRIES LLC
     2/600 PRAIRIE INDUSTRIAL BLVD
     3/US
 70: Descripcion de la remesa
     LOTE D 4TO PAGO 4 GENERADORES PROGE
     N QUEV
 71A: Especificacion de gastos
     OUR
```

```
07/03/25-12:48:43          ACKPDFSERINTER-1236-171208                    1

           -------------------- Instance Type and Transmission --------------
           Notification (Transmission) of Original sent to SWIFT (ACK)
           Network Delivery Status  : Network Ack
           Priority/Delivery        : Normal
           Message Input Reference  : 1248 250307BCENECEQA1003795846930
           ----------------------- Message Header -------------------------
           Swift Input  : FIN 103 Transfcia fondos de cliente
           Sender   : BCENECEQ100
                      BANCO CENTRAL DEL ECUADOR
                      QUITO EC
           Receiver : FLARCOBBXXX
                      FONDO LATINOAMERICANO DE RESERVAS
                      BOGOTA CO
           UETR : 156e8741-72ba-4dfd-9ed8-98e5163861c6
           ----------------------- Message Text ---------------------------
            20: Referencia del remitente
                GS-01-7502501858
            23B: Codigo sta operacion bancaria
                 CRED
            32A: Fcha val/mnda/impte lqdcion intb
                 Date      : 07 March 2025
                 Currency  : USD (US DOLLAR)
                 Amount    :            #6.958,000,00#
            33B: Moneda/importe ordenado
                 Currency  : USD (US DOLLAR)
                 Amount    :            #6.958,000,00#
            50F: Cliente ordenante - ID
                 /231305-01011218590000
                 1/CORP.ELECT. DEL ECUADOR (C.E.L.
                 1/E.C. EP)
                 2/AV. 6 DE DICIEMBRE N26-235
                 3/EC/QUITO
            53B: Corresponsal del remitente-Lugar
                 /101602
            57A: Entidad deptaria de la cta - FI BIC
                 UPNBUS44
                 REGIONS BANK
                 BIRMINGHAM,AL  US
            59F: Cliente beneficiario-Num/Nom/Dir
                 /0354557917
                 1/PROGEN INDUSTRIES LLC
                 2/600 PRAIRIE INDUSTRIAL BLVD
                 3/US
            70: Descripcion de la remesa
                PROGEN QUEVEDO LOTE E CONTRATO TPI
                CON 0067 24
            71A: Especificacion de gastos
                 OUR
           -------------------------- Message Trailer -----------------------
```

# Exhibit D



**Date:** 20-03-19

## CERTIFICATE

| Customer |
|---|
| **Company Name:** Megawatt Power Holdings Limited<br>**Reg.:** C51612<br>**Address:** Megawatt Power Holdings Limited 2nd Floor, Tower Business Centre, SWatar, BKR 4013, Malta<br>**Telephone:** 356.2384.6719<br>**Email:** info@megawattholdings.com |

| Supplier |
|---|
| **Company Name: PROGEN INDUSTRIES LLC**<br>**Reg.:** M17000002840<br>**Address:** 600 Prairie Industrial Parkway, Mulberry FL 33860<br>**Telephone:** 863.943.6229<br>**Email:** hs@progen1.com |

This certificate of performance of service order No. MW-0015-20 is issued for the implementation of a 100 MW ground power solution, including design, construction, installation, commissioning, start-up, and technical assistance of the service order detailed below within the established time frame, 12 months from the date of purchase.

| Description of Service | Unit Price |
|---|---|
| Turnkey EPC services for the supply and installation of a 100 MW base load power plant in the Middle East (Yemen) to supply power to the local utility company; packaged (40) MPU 2500/2750 power modules and delivered and installed the HFO/LFO fuel treatment and storage. | $119′000.000,00 |

**Tommas Cardona**
**Technical Representative**
**Megawatt Power Holdings Limited**



**Date:** 13-03-18
**Service Order No:** MW -0015-20

| Customer |
|---|
| **Company Name:** Megawatt Power Holdings Limited<br>**Reg.:** C51612<br>**Address:** Megawatt Power Holdings Limited 2nd Floor, Tower Business Centre, SWatar, BKR 4013, Malta<br>**Telephone:** 356.2384.6719<br>**Email:** info@megawattholdings.com |

| Supplier |
|---|
| **Company Name: PROGEN INDUSTRIES LLC**<br>**Reg.:** M17000002840<br>**Address:** 600 Prairie Industrial Parkway, Mulberry FL 33860<br>**Telephone:** 863.943.6229<br>**Email:** hs@progen1.com |

| Description of Service | Unit Price |
|---|---|
| Turnkey EPC services for the supply and installation of a 100 MW base load power plant. in the Middle East (Yemen) to supply power to the local utility company; packaged (40) MPU 2500/2750 power modules and delivered and installed the HFO/LFO fuel treatment and storage. | $119'000.000,00 |

**Total  $119'000.000,00**

Tommas Cardona

**Technical Representative**
**Megawatt Power Holdings Limited**

# Exhibit D.1



Pacific Gas & Electric Building
77   Beale St. United States
San Francisco, California

"CERTIFICACIÓN DE
DOCUMENTO
MATERIALIZADO"
November 26, 2018

## CERTIFICATE

This Service Delivery Certificate in favor of PROGEN INDUSTRIES LLC is issued for the implementation of a 66 MW shore power solution, including design, construction, installation, commissioning, start-up, and technical assistance. The service order detailed below must be completed within the time frame established.

Service Order: PG 00274
Contract Purpose: Turnkey EPC Services for the Multi-Site Power Plant Installation Project in Chile for the supply and installation of (24) MPU 2500/2750 mobile power modules to PG&E that were installed at various remote points along the main power distribution grid in Chile to increase voltage and frequency, capacity and power quality.

The contract amount was $49,400,000.00, with a 120-day execution period. The contract was completed.

Atentamente.

Stewart Taylor
Technical Representative
Pacific Gas & Electric Building

WILLIAMSO
N ANDREW
SCOOT

Firmado digitalmente
por WILLIAMSON
ANDREW SCOOT
Fecha: 2024.07.10
06:44:07 -05'00'

# Exhibit D.2

## CERTIFICATE OF SERVICE ORDER No. DS-0012-PR

In my capacity as Technical Representative of Discovery Silvery, I certify that PROGEN INDUSTRIES LLC is issued for the implementation of a 22.5 MW shore power solution, including design, construction, installation, commissioning, start-up, and technical assistance. The service order detailed below must be completed within the time frame established.

| | |
|---|---|
| **Contractual object:** | Boseto Copper Mine Botswana Project<br>Turnkey Supply and Installation (20) 2500/2750kW Generators, packaged and installed this 22.5 MW base load power station 125 KM from Maun, Botswana. |
| **Date of service order:** | March 27, 2019 |
| **Contract price:** | $ 21,000,000.00 |
| **Contract performance period:** | 120 days |
| **Status of contractual performance:** | Completed |

Best,

**Liam Miller**
**Technical Representative**
**DISCOVERY SILVERY**

WILLIAMSO
N ANDREW
SCOOT
Firmado digitalmente por WILLIAMSON ANDREW SCOOT
Fecha: 2024.07.10 08:44:41 -05'00'

Toronto, ON
Canada, M5J 2H7
Fono: +1 (747) 724-7414

# Exhibit E

# Original

# PRIMERA

# "CONTRATO EMERGENTE NRO. TPI-CON-0062-24 CONTRATACION EN EL EXTRANJERO "CONTRATACION EMERGENTE DE GENERACION TERRESTRE EN SALITRAL" EM-CELECEP-2024-04316"

## OTORGA:

## CORPORACION ELECTRICA DEL ECUADOR CELEC EP

## A FAVOR:

## PROGEN INDUSTRIES LLC

## FECHA:

## 03 DE SEPTIEMBRE DEL 2024

## CUANTÍA:

## INDETERMINADA



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

Quito, 02 de septiembre de 2024

**ASUNTO:** SOLICITUD DE PROTOCOLIZACIÓN DE CONTRATO EMERGENTE DO"
NRO. TPI-CON-0062-24/ 'CONTRATACIÓN EN EL EXTRANJERO.

Estimada Señora Notaria

**Doctora Ana Vallejo.**

**Notaria Cuadragésima Séptima del Cantón Quito.**

Por medio del presente solicito a su autoridad se proceda a protocolizar el contrato cuyo objeto es CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL, correspondiente al procedimiento de Régimen Especial de Emergencia Nro. EM-CELECEP-2024-04316, signado con el número: Contrato Emergente Nro. TPI-CON-0062-24/ 'Contratación en el Extranjero".

Solicito gentilmente se realice la protocolización únicamente de la siguiente documentación:

1.- Original del contrato TPI-CON-0062-24/ 'Contratación en el Extranjero.

2- Documentos de identificación y representación legal de las partes.

2.1 Documentos de identificación y representación legal de la Contratante:
2.1.1 Cédula de identidad, papeleta de votación del Gerente, Encargado, de la Unidad de Negocio CELEC EP- TERMOPICHINCHA, Byron Orozco.
2.1.2 Poder Especial de 20 de junio de 2024, otorgado por el Gerente General Subrogante y como tal Representante Legal de la Empresa Publica Estratégica Corporación Eléctrica del Ecuador CELEC EP, otorgado en la Notaria Segunda del cantón Quito, ante la Dra. Paola Sofia Delgado Loor;
2.1.3 Resolución Nro. CEL-RES-2024-0108 del 10 de junio de 2024.
2.1.4 Resolución Nro. CEL-RES-2024-0114 del 25 de junio de 2024.

2.2 Por parte de la contratista:
2.2.1 Copia el pasaporte del representante legal PROGEN.
2.2.2 Documentos apostillados:
- Documento(s) que faculten al representante legal o su delegado.
- Documento de existencia legal de la empresa.
- Experiencia Especifica presentada en la oferta.

Direccion: Sebastián de Benalcazar y Pedro Fermin Cevallos.
Codigo postal: 0522 / Quito
Telefono: 2992500
...gob.ec/termopichincha/


EL NUEVO
ECUADOR



REPÚBLICA
DEL ECUADOR

3.- El Registro Único de Contribuyentes (RUC) por parte de la Contratante.

4.- Otros documentos de interés Institucional.

4.1 Decreto Ejecutivo 229, de 19 de abril de 2024.
4.2 Resolución de Adjudicación.
4.3 Acuerdos ministeriales 0005 y 0013.
4.4 Certificaciones Presupuestarias.
4.5 Oferta PROGEN.
4.6 Garantia Ambiental y fiel cumplimiento.
4.7 Acta de preguntas, aclaraciones y respuestas.
4.8 Autorización SERCOP.
4.9 Cartas PROGEN.

Para el efecto se adjunta la documentación antes citada, es relevante señalar que dicha solicitud es fundamentada en la necesidad de dar cumplimiento a las formalidades legales e institucionales requeridas para este tipo de contratación emergente, en ese sentido agradezco la atención que se digne a dar a la presente.

Saludos

**Cristhian Andres Dahik Quijano**
Subgerente Jurídico Unidad de Negocio Termopichincha CELEC EP





REPÚBLICA
DEL ECUADOR



Corporación Eléctrica del Ecuador CELEC EP
Unidad Operativa Termopichincha

**Procedimiento de Régimen Especial de Emergencia Nro. EM-CELECEP-2024-04316**

**EMPRESA PÚBLICA ESTRATÉGICA
CORPORACIÓN ELÉCTRICA DEL ECUADOR UNIDAD DE NEGOCIO CELEC EP TERMOPICHINCHA**

**CONTRATO EMERGENTE Nro. TPI-CON-0062-24 / "Contratación en el Extranjero"**

**"CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL"**

**COMPARECIENTES.-**

Comparecen a la celebración del presente Contrato, la Empresa Pública Estratégica CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP Unidad de Negocio TERMOPICHINCHA, legalmente representada por el Ing. Byron Fernando Orozco Moreno, en su calidad de Gerente, Encargado, de la Unidad de Negocio Termopichincha, facultado a través de Poder Especial de 20 de junio de 2024, otorgado por el Dr. Fabián Mauricio Calero Freire en su calidad de Gerente General Subrogante y como tal Representante Legal de la Empresa Publica Estratégica Corporación Eléctrica del Ecuador CELEC EP, en la Notaria Segunda del cantón Quito, ante la Dra. Paola Sofía Delgado Loor; como también a través de la delegación emitida mediante Resolución Nro. CEL-RES-2024-0114 del 25 de junio de 2024, a quien en adelante y para efectos del presente Contrato se le denominará como "CELEC EP, Unidad de Negocio Termopichincha", o "Contratante"; y, Andrew S. Williamson en calidad de Representante Legal de la Compañía **PROGEN INDUSTRIES LLC.**, con identificación M17000002840 de nacionalidad norteamericana a quien en adelante para efectos del presente contrato se le denominará como "Contratista", o  "ProGen".

**Cláusula Primera. – ANTECEDENTES:**

1.1   CELEC EP, es una empresa pública encargada de la generación de energía a nivel nacional, la cual cuenta con autonomía presupuestaría, financiera, administrativa y de gestión, dentro de su objeto social se establece que la empresa podrá realizar toda clase de acuerdos, convenios, actos o contratos administrativos, civiles, financieros, mercantiles, comerciales, laborales, industriales, de propiedad intelectual o de servicios, debiendo sujetarse a las normas jurídicas específicas que regulen estos actos jurídicos.

1.2   La contratación requerida se encuentra prevista en los artículos 57, 57.1 y 57.2 de la Ley Orgánica del Sistema Nacional de Contratación Pública en concordancia con los artículos 236, 237, 238 y 240 de su Reglamento General, que prevé la contratación en situaciones de emergencia y el procedimiento de importación de bienes para adquisición en el extranjero.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170527 / Quito  Ecuador
Teléfono: (+593 7) 2992500
www.celec.gob.ec/termopichincha/







REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

1.3 Mediante oficio Nro. CENACE-CENACE-2024-0036-O de 19 de enero de 2024, el Operador Nacional de Electricidad remitió el "ANÁLISIS DE SUFICIENCIA EN EL MEDIANO PLAZO PARA EL ABASTECIMIENTO DE ELECTRICIDAD DURANTE EL SIGUIENTE ESTIAJE (2024-2025)", en el que, como parte fundamental del informe, CENACE concluye que: "[...] para cubrir el criterio de suficiencia del Plan Maestro de Electricidad (límite del 10% con el escenario de 90% de probabilidad de excedencia), es necesario el ingreso adicional de 475 MW de generación con al menos el 85% de factor de planta, para el inicio del estiaje 2024-2025 (mes de septiembre 2024). Para ello, se recomienda la utilización de combustibles fuel oil 6, cuya disponibilidad ha sido informada por EP PETROECUADOR. Adicionalmente, es importante destacar que, los 475 MW no cubren retrasos de los proyectos informados en el Plan de Expansión. Por último, el ingreso adicional de generación permitirá viabilizar los requerimientos de mantenimientos ya que, por la capacidad de generación restringida, no han podido ser programados".

1.4 El Ministerio de Energía y Minas - MEM, considerando lo definido por el Operador Nacional de Electricidad en Oficio Nro. CENACE-CENACE-2024-0036-O y de acuerdo a lo establecido en la Disposición General Novena del Reglamento a la Ley de Orgánica de Competitividad Energética, mediante Oficio Nro. MEM-MEM-2024-0403-OF de 12 de marzo de 2024, dispone a CELEC EP, con carácter de URGENTE, lo siguiente: "(...) Articular e implementar, en el ámbito de sus competencias, los mecanismos necesarios para la contratación y/o implementación, para incorporar la generación establecida por el CENACE en el Oficio Nro. CENACE-CENACE-2024-0036-O de 19 de enero de 2024, en el que incluyó el "ANÁLISIS DE SUFICIENCIA EN EL MEDIANO PLAZO PARA EL ABASTECIMIENTO DE ELECTRICIDAD DURANTE EL SIGUIENTE ESTIAJE (2024-2025)". Para tal efecto, remitirá el respectivo informe, a través del cual se efectúe el análisis situacional correspondiente; así como, se establezca la solución técnica y legalmente viable que a criterio de CELEC EP, permita solventar la necesidad de abastecimiento de la demanda.

1.5 El Operador Nacional de Electricidad, CENACE, en su calidad de orgánico técnico adscrito al Ministerio rector de energía y electricidad, conforme lo establece el artículo 20 de la Ley Orgánica del Servicio Público de Energía Eléctrica, emitió el Oficio Nro. CENACE-CENACE-2024-0332-O de 15 de abril de 2024, en el que señaló: "(...) Luego de la evaluación de la situación crítica presente para el abastecimiento de la demanda de electricidad del país, contenida en el informe de sustento adjunto, conforme lo referido en el artículo 14 de la Regulación 004/20 Codificada; y, considerando que las reservas energéticas almacenadas en los embalses se encuentran en descenso y en valores muy próximos a los mínimos requeridos para mantener la continuidad del servicio eléctrico, CENACE, determina que: En aplicación a lo dispuesto en el numeral 3.2. de la Regulación Nro. CONELEC 001/05, notifica el inicio del PERIODO DE RACIONAMIENTO" en el sistema eléctrico ecuatoriano, cuya medida entra en vigencia a partir del 16 de abril de 2024, para lo cual es indispensable la aplicación y cumplimiento del" Plan de Contingencia" vigente por parte de los Participantes Mayoristas del Sector Eléctrico".

1.6 Mediante Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM de 16 de abril de 2024, el Ministro de Energía y Minas, Encargado dispuso: "Artículo 1.- De


Dirección: Santadían de Benalcazar y Pasaje Fermín Cevallos
Codigo postal: 170502 · Quito - Ecuador
Teléfono: +593 7 3901300
www.celec.gob.ec/termopichincha





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

conformidad con el art. 57 de la Ley Orgánica del Sistema Nacional de Contratación Pública, se declara la emergencia del sector eléctrico nacional, con la finalidad de salvaguardar la continuidad del servicio público de energía eléctrica. Esta emergencia es concreta, inmediata, imprevista, probada y objetiva, según los argumentos indicados en los considerandos de este Acuerdo Ministerial. La emergencia estará orientada a realizar las acciones necesarias para priorizar la adquisición y generación adicional de energía eléctrica que permita disminuir y eliminar la actual crisis energética y la continuidad del servicio público. El plazo de duración de la emergencia es de 60 días que serán prorrogables en caso de ser necesario, según lo dispuesto en la Ley." y, se procedió a: "DECLARAR EN EMERGENCIA AL SECTOR ELÉCTRICO Y EXPEDIR DISPOSICIONES QUE PERMITAN LA ADQUISICIÓN Y GENERACIÓN ADICIONAL DE ENERGÍA".

1.7    La Agencia de Regulación y Control de Energía y Recursos Naturales No Renovables – ARCERNNR emitió la Resolución Nro. ARCERNNR-001/2024 de 17 de abril de 2024, a través de la cual expidió "(...) disposiciones normativas de carácter excepcional, que constan en los: artículos 2 al 17 de la presente Resolución, aplicables. para la generación termoeléctrica temporal que sea habilitada por el Ministerio rector y que resulte de los procesos de contratación que realice la Corporación Eléctrica del Ecuador - CELEC EP, para coadyuvar en la: mitigación de los efectos derivados de la evaluación energética realizada por el Operador Nacional de Electricidad - CENACE, contenida en Oficio Nro. 'CENACE-CENACE-2024-0036-0 de 19 de enero de 2024, lo que permitirá atender la demanda de energía a nivel nacional, adicional a las estrategias planificadas dentro del Plan Maestro de Electricidad."

1.8    Mediante Resolución No. RD-005-2024, de 19 de abril de 2024, el Directorio de la Empresa Pública Estratégica CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP, me nombró en calidad de Gerente General Subrogante, de conformidad con lo establecido en el artículo 12 de la Ley Orgánica de Empresas Públicas, los numerales 1 y 34 del artículo 4 del Reglamento de Funcionamiento del Directorio de la CELEC EP y demás disposiciones del ordenamiento jurídico vigente;

1.9    Mediante Acuerdo Ministerial Nro. MEM-MEM-2024-0013-AM de 06 de junio de 2024, el Ministro de Energía y Minas, Encargado resolvió en su parte pertinente lo siguiente: "REFORMAR EL ARTÍCULO 2 DEL ACUERDO Nro. MEM-MEM-2024-0005-M, DE 16 DE ABRIL DE 2024. Artículo Único.- Sustitúyase el texto del artículo 2 del Acuerdo Ministerial en referencia, por el siguiente: "Artículo 2.- Disponer a la Empresa Pública Estratégica Corporación Eléctrica del Ecuador CELEC EP, en virtud de esta declaratoria de emergencia, ejecute las acciones necesarias para la adquisición y/o arrendamiento de la generación adicional emergente de energía eléctrica, y; la adquisición, suministro, construcción y la puesta en servicio de los sistemas de interconexión para la incorporación al Sistema Nacional de Transmisión y/o a los sistemas de subtransmisión de las empresas distribuidoras, para lo cual se efectuarán los procedimientos de contratación de forma emergente, de conformidad con la Ley Orgánica del Sistema Nacional de Contratación Pública, su Reglamento y normas conexas";

1.10   Mediante Memorando Nro. CELEC-EP-2024-4235-MEM de 09 de junio de 2024, las Direcciones de Producción y de Planificación y Desarrollo de Proyectos de

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito  Ecuador
Teléfono: (+593 7) 2992500
www.celec.gob.ec/termopichincha/







**REPÚBLICA
DEL ECUADOR**

la Expansión de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, emitieron a la Gerencia General el *"INFORME TECNICO ECONOMICO INSUMO PARA DECLARATORIA DE EMERGENCIA EN LA CORPPRACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP"* referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio público de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad, uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No. 229 y Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM."

1.11   Mediante Memorando Nro. CELEC-EP-2024-4238-MEM de 10 de junio de 2024, la Dirección Jurídica de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, emitió a la Gerencia General el "PRONUNCIAMIENTO JURÍDICO RESPECTO A LA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR - CELEC EP" referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio público de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad, uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No. 229 y Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM".

1.12   Mediante Memorando Nro. CELEC-EP-2024-4267-MEM de 10 de junio de 2024, las Direcciones de Producción y de Planificación y Desarrollo de Proyectos de la Expansión de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, emitieron a la Gerencia General, la actualización del *"INFORME TÉCNICO ECONÓMICO INSUMO PARA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP"* referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio público de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad, uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No. 229 y Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM.

1.13   Mediante Memorando Nro. CELEC-EP-2024-4268-MEM de 10 de junio de 2024, la Dirección Jurídica de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador, CELEC EP, a su vez emitió a la Gerencia General, considerando los argumentos expuestos en la actualización al *"PRONUNCIAMIENTO JURÍDICO RESPECTO A LA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR - CELEC EP"* referente a la "Intervención emergente y urgente de CELEC EP para precautelar y garantizar la provisión del servicio público de energía eléctrica, respondiendo a los principios de obligatoriedad, generalidad, uniformidad, eficiencia, responsabilidad y universalidad, respaldado en el Decreto Ejecutivo No. 229 y Acuerdo Ministerial Nro. MEM-MEM-2024-0005-AM", por estimarlo pertinente para los fines institucionales, e incluyó en su recomendación: *"(...) Se recomienda que: i) se disponga que, los procedimientos de contratación por emergencia se lleven a cabo de manera ágil, transparente, oportuna y en cumplimiento de la normativa vigente, para lo cual deberá contarse con el acompañamiento de la Contraloría General del Estado; el Departamento Antisoborno de CELEC EP; y la Secretaría Pública de la Presidencia de la República del Ecuador; y ii) se disponga que se realicen las gestiones necesarias para cumplir con lo dispuesto en el artículo 3 del Decreto Ejecutivo*

Dirección: Av. ... y Padre Fermín Cevallos.
Código postal: 180224 / Quito - Ecuador
Teléfono: ...
www... termopichincha





Corporación Eléctrica del Ecuador



**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

*Nro. 229 de 19 de abril de 2024 y garantizar así la disponibilidad y entrega oportuna de estos recursos, en los términos sugeridos a la actualización del informe técnico (...)".*

1.14 Mediante Resolución de Declaratoria de Emergencia No. CEL-RES-0108-24 de 10 de junio de 2024 el Gerente General de CELEC EP resolvió: *"(...)Artículo 2.- Declarar en Emergencia a la Empresa Pública Estratégica Corporación Eléctrica del Ecuador CELEC EP y mediante este instrumento Autorizar las contrataciones señaladas en el "INFORME TÉCNICO ECONÓMICO INSUMO PARA DECLARATORIA DE EMERGENCIA EN LA CORPORACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP", necesarias para atender y superar de forma inmediata esta situación con la incorporación de nueva capacidad de generación térmica firme adicional a la instalada, misma que permitirá superar la emergencia, y abastecer a la demanda eléctrica del país (...) Artículo 3.- Delegar a las Unidades de Negocio (...) CELEC EP TERMOPICHINCHA, para que, bajo su exclusiva responsabilidad, y en cumplimiento estricto de la normativa vigente efectúen las siguientes contrataciones: A CELEC EP-TERMOPICHINCHA: (...) • Contratación emergente de generación térmica terrestre – Salitral (...)";*

1.15 Mediante Resolución de autorización de inicio de procedimientos de contratación emergentes y delegación a las Unidades de Negocio CELEC EP Electroguayas y CELEC EP Termopichincha No. CEL-RES-0114-24 de 25 de junio de 2024 el Gerente General de CELEC EP resolvió: *"Artículo 1.- Disponer a los Gerentes de Unidad de Negocio CELEC EP ELECTROGUAYAS y CELEC EP TERMOPICHINCHA, en el marco de la legislación aplicable, realizar todas las acciones necesarias para el eficaz cumplimiento de la presente Resolución y de la Resolución No. CEL-RES-0108-24, encaminada a superar la situación de emergencia manifiesta. Artículo 2.- Autorizar el inicio de los procedimientos especiales bajo situación de emergencia, en uso de las facultades conferidas en el artículo 34, numeral 8, letra b) inciso segundo de la Ley Orgánica de Empresas Públicas, mismas que a continuación se detalla:*

| DESCRIPCION | PROCESO | POTENCIA | PRESUPUESTO ESTIMADO (MUSD) | | | |
|---|---|---|---|---|---|---|
| | | | 2024 | 2025 | 2026 | TOTAL |
| Contratación emergente de generación térmica terrestre-Salitral | P3 | 100MW | 97 | 0 | 0 | 97 |

*Artículo 3.- Delegar a los Gerentes de las Unidades de Negocio (...) CELEC EP TERMOPICHINCHA, Ing. Byron Fernando Orozco Moreno, para que lleven a cabo, todas las acciones necesarias para que, previo la verificación y cumplimiento de todos los requerimientos legales aplicables de conformidad con la normativa vigente, realicen e instrumenten los procedimientos de contratación emergentes descritos en la Resolución de Declaratoria de Emergencia Nro. CELRES- 0108-2024, en todas sus fases y etapas hasta la suscripción y ejecución del contrato, inclusive, para lo cual dará cumplimiento estricto a lo establecido en la Ley Orgánica del Sistema Nacional de Contratación Pública, su Reglamento General, Normativa Secundaria emitida por el SERCOP, Normas de Control Interno para las Entidades, Organismos del Sector Público y*

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 - Quito Ecuador
Teléfono: (+593 9) 2992500
www.celec.gob.ec/termopichincha/







EL NUEVO
ECUADOR

CELEC EP
Corporación Eléctrica del Ecuador



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

*de las Personas Jurídicas de Derecho Privado, y Normas supletorias que fueren aplicables, siempre salvaguardando el mejor interés de la Empresa Pública Estratégica Corporación Eléctrica del Ecuador - CELEC EP, y verificando el cumplimiento de todos y cada uno de los requisitos necesarios para efectuar estas contrataciones. Artículo 4.- Disponer a las Unidades de Negocio (...) CELEC EP TERMOPICHINCHA, para que, bajo su exclusiva responsabilidad, realicen todas las acciones necesarias que permitan dar cumplimiento a lo dispuesto en esta Resolución; elaboren todos los documentos, resoluciones, actas, informes y sus respectivas recomendaciones, dentro de tales contrataciones. Así como, la incorporación de esta Resolución CEL-RES-0114-24 al expediente de las contrataciones emergentes, y una vez concluido los procedimientos se remitirá a esta Gerencia General, el Informe correspondiente, al cual adjuntarán una copia completa del expediente en digital para registro y archivo respectivo.";*

1.16 Se cuenta con las Certificaciones Presupuestarias No. TPI-2024-000492 - C y TPI-2024-000494 - C de 02 de julio de 2024, emitida por el Ing. Cesar Augusto Toledo Zapata, Subgerente Financiero (E), de la Corporación Eléctrica Del Ecuador CELEC EP, de conformidad con el artículo 24 de la Ley Orgánica del Sistema Nacional de Contratación Pública;

1.17 Mediante Oficio Nro. SERCOP-DCPN-2024-0969-O, de 04 de julio de 2024, el Servicio Nacional de Contratación Pública emite respuesta a la solicitud de autorización para importación Contratación Emergente De Generación Térmica Terrestre Salitral y en su parte pertinente establece: " De conformidad con lo determinado en la Ley Orgánica del Sistema Nacional de Contratación Pública basado en el régimen especial establecido en el artículo 6 literal 31, artículo 57 y de su Reglamento a la Ley Orgánica del Sistema Nacional de Contratación Pública artículo 3, artículo 4, artículo 5, artículo 7, artículo 8, artículo 236, artículo 237, artículo 238; concordante con la normativa secundaria en sus artículos 74, 75, 303 y 304 literal 1-2-3; de lo observado en la solicitud el CPC 461131011 a utilizar en el objeto de contratación de emergencia está motivado según RESOLUCIÓN No. R.I-SERCOP-2023-0001 con estado vigente; la correcta aplicación de este artículo será de exclusiva responsabilidad de la entidad contratante y estará sujeto al control y verificación del Servicio Nacional de Contratación Pública, de conformidad con la normativa que se emita para el efecto. De detectarse el mal uso de esta disposición, se podrá negar la autorización de la licencia en cualquier momento y se notificará a la Contraloría General del Estado. En ese mismo orden de ideas las especificaciones técnicas y condiciones detalladas en el mencionado proceso, no podrán ser modificadas al momento de iniciar el proceso de adquisición. Finalmente, es importante aclarar que es su responsabilidad aplicar las recomendaciones dadas en este documento, previo a continuar con un procedimiento dinámico que es exclusivo de cada contratante. Al respecto, se recuerda lo dispuesto en el tercer inciso del artículo 99 de la LOSNCP, mismo que dispone: "La máxima autoridad de la entidad, así como los funcionarios o servidores de la misma que hubieren intervenido en cualquiera de las etapas de los procedimientos precontractuales de preparación, selección, contratación, así como en la ejecución misma de los contratos serán personal y pecuniariamente responsables por el incumplimiento de las disposiciones".

Dirección. Sebastián de Benalcázar y Pedro Fermín Cevallos.
Código postal: 170120 / Quito - Ecuador
Teléfono: +593 3 PHP
celec.gob.ec/termopichincha



EL NUEVO
ECUADOR

REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador
Unidad Operativa Termopichincha

1.18 Mediante Resolución Nro. TPI-RES-0133-24, de 05 de julio de 2024, el señor Gerente, Encargado, de la Unidad de Negocio de CELEC EP Termopichincha resolvió lo siguiente: *"Artículo 1.- Autorizar el inicio del procedimiento especial de emergencia "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL", signado con el código No. EM-CELECEP-2024-04316 de conformidad con lo dispuesto en Resolución No. CEL-RES-0108-24, de 10 de junio de 2024. Artículo 2.- Aprobar el cronograma del procedimiento especial de emergencia para la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL", con un presupuesto de Noventa y nueve millones cuatrocientos mil dólares de los Estados Unidos de América 00/100 (USD 99'400.000,00) exento del IVA al tratarse de una contratación en el extranjero, y un plazo de ejecución de 95 días contados a partir del día siguiente de la suscripción del contrato. Artículo3.- Invitar de forma directa a PROGEN INDUSTRIES LLC, con número de identificación M17000002840 a través del correo hs@progen1.com";* y, con Resolución Nro. TPI-RES-0139-24, se modificó el artículo 4 de la Resolución Nro. TPI-RES-0133-24, por lo siguiente: *"Artículo 4.- Designar al Comité Técnico de Emergencia, conformado por: Celso David Chacán Sanchez, Supervisor de Mantenimiento Mecánico; Nelson Antonio Castro Rodríguez, Asistente Eléctrico; Luis Paúl Flores Armas, Ayudante Eléctrico. Los delegados: Ing. Cesar Toledo, Subgerente Financiero; y Ab. Cristhian Dahik Quijano, Subgerente Jurídico, actuarán en la presente Comisión Técnica con voz pero sin voto. El antes citado comité técnico de emergencia realizará la evaluación de la oferta derivada del procedimiento especial de emergencia "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL", los mismos que deberán sustanciar el procedimiento especial de emergencia de importación en el extranjero, y remitir el respectivo informe de evaluación de la oferta, reservando a la Gerencia de la Unidad la facultad de adjudicar, cancelar o declarar desierto el referido procedimiento";*

1.19 A través de correo electrónico de 05 de julio 2024, se realizó la invitación a la empresa ProGen Industries LLC., para que presente su correspondiente oferta para el Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, cuyo objeto corresponde a la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL".

1.20 De conformidad con el cronograma establecido en el Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, el oferente invitado, el 07 de julio de 2024, realizó tres preguntas dirigidas a través de correo electrónico a oferta_salitral@celec.gob.ec

1.21 Mediante Acta de Audiencia Respuestas y Aclaraciones generada el 09 de julio de 2024, dentro del Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, los miembros de la Comisión Técnica procedieron a absolver las preguntas formuladas por el Oferente Invitado, y emitir las aclaraciones correspondientes, de conformidad con el cronograma establecido para este procedimiento.

1.22 El 10 de julio de 2024, los miembros de la Comisión Técnica del Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, suscribieron el Acta

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Telefono: (+593 7) 2992500
www.celec.gob.ec/termopichincha/









**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

de Recepción y Apertura de Ofertas, en la que se desprende que el oferente invitado ProGen Industries LLC., presentó su oferta a través de tres correos, correo 1 con un link con 19 archivos, correo 2 con 18 archivos, correo 3 con 1 archivo, por un valor de USD. 99'400.000,00; y, un plazo de ejecución de 120 días contados a partir del día siguiente de la suscripción del contrato, misma que se recibió dentro del plazo conforme el cronograma establecido.

1.23 El 11 de julio de 2024, los miembros de la Comisión Técnica del Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, una vez revisada la oferta, realizaron la solicitud de convalidaciones de errores a la oferta presentada por ProGen Industries LLC., enviada al correo electrónico hs@progen1.com

1.24 El 12 de julio de 2024, los miembros de la Comisión Técnica del Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, suscribieron el Acta de Calificación de Oferta, en la que se concluyó, en su parte pertinente, lo siguiente: *"Una vez realizada la evaluación de la oferta presentada por ProGen Industries LLC., por unanimidad la comisión técnica concluye que CUMPLE con lo establecido en las especificaciones técnicas, parámetros técnicos, económicos y jurídicos, al haber obtenido un puntaje de 100 puntos; por lo que, los miembros de la Comisión Técnica recomiendan a usted, Sr. Gerente, Encargado, de la Unidad de Negocio Termopichincha, se adjudique el Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, cuyo objeto corresponde a la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL", al oferente ProGen Industries LLC., por un valor de USD. 99'400.000,00 (NOVENTA Y NUEVE MILLONES CUATROCIENTOS MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100), exento del IVA y con un plazo de 120 (ciento veinte) días contados a partir del día siguiente de la suscripción del contrato; por haberse verificado el cumplimiento de los parámetros legales, financieros, técnicos y económicos; y, por ser conveniente a los intereses institucionales.".* Cabe señalar que dentro de la oferta presentada por ProGen Industries LLC, señala: *"Respecto a la forma de pago, ProGen Industries LLC., desiste de la entrega de anticipo a razón que esto dilataría el plazo de ejecución. En ese orden, el pago se realizaría en los términos señalados por CELEC EP".*

1.25 Mediante memorando Nro. CELEC-EP-TPI-2024-3440-MEM de 15 de julio de 2024, el Presidente de la Comisión Técnica del procedimiento especial de emergencia remitió al Gerente, Encargado, de CELEC EP TERMOPICHINCHA el Informe de evaluación de oferta y recomendación mismo que en su parte pertinente concluyó y recomendó: *"Sobre la base de la información presentada por el oferente, la Comisión Técnica del procedimiento concluye y recomienda al Gerente, Encargado, de la Unidad de Negocio CELEC EP TERMOPICHINCHA, la adjudicación, a favor de la empresa ProGen Industries LLC., considerando que la misma cumple con todos los requerimientos técnicos, económicos y jurídicos solicitados en las especificaciones técnicas e invitación correspondiente al Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, cuyo objeto corresponde a la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL" por el valor de USD. 99'400.000,00 (NOVENTA Y NUEVE MILLONES CUATROCIENTOS MIL DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100), exento*

Dirección: Sebastián de Benalcazar y Padre Fernán Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: 593 7... ... 200
...celec.gob.ec/termopichincha/



**EL NUEVO
ECUADOR**

Corporación Eléctrica del Ecuador



**REPÚBLICA DEL ECUADOR**



Corporación Eléctrica del Ecuador CELEC EP
Unidad Operativa Termopichincha

del IVA y con un plazo de ejecución de 120 días contados a partir del día siguiente de la suscripción del contrato";

1.26 Mediante Resolución de Adjudicación Nro. TPI-RES-0152-24 referente al Procedimiento Especial de Emergencia Nro. EM-CELECEP-2024-04316, de 15 de julio de 2024, el señor Gerente, Encargado, de la Unidad de Negocio de CELEC EP - TERMOPICHINCHA resolvió adjudicar al proveedor invitado PROGEN INDUSTRIES LLC., con número de identificación M17000002840, dentro del procedimiento especial de emergencia Nro. EM-CELECEP-2024-04316, para contratación del "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL", por un valor de USD. 99'400.000,00 USD (NOVENTA Y NUEVE MILLONES, CUATROCIENTOS MIL 00/100 DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100) exento del IVA, y un plazo de ejecución de ciento veinte (120) días contados a partir del día siguiente de la suscripción del contrato.

**Cláusula Segunda. - DOCUMENTOS DEL CONTRATO**

Forman parte integrante del contrato los siguientes documentos:

**2.1** Los documentos que constan descritos en la cláusula primera "Antecedentes"; y, además los siguientes documentos.

**2.2 POR LA CONTRATANTE:**

- Documentos de identificación y representación legal del Gerente, Encargado, de la Unidad de Negocio CELEC EP- TERMOPICHINCHA, Poder Especial de 20 de junio de 2024, otorgado por el Gerente General Subrogante y como tal Representante Legal de la Empresa Publica Estratégica Corporación Eléctrica del Ecuador CELEC EP, otorgado en la Notaria Segunda del cantón Quito, ante la Dra. Paola Sofía Delgado Loor; como también a través de la delegación emitida mediante Resolución Nro. CEL-RES-2024-0114 del 25 de junio de 2024.
- Estudios (Fichas Técnicas), especificaciones técnicas, del objeto de la contratación de emergencia, bases para la Contratación - Invitación, Acta de audiencia respuestas y aclaraciones
- Oferta presentada
- Copia certificada de la Resolución de Adjudicación Procedimiento Especial de Emergencia Nro. TPI-RES-0152-24, de 15 de julio de 2024
- Certificaciones Presupuestaria que acreditan la existencia de la partida presupuestaria y disponibilidad de recursos, para el cumplimiento de las obligaciones derivadas del contrato en atención del Art. 115 del Código Orgánico de Planificación y Finanzas Públicas
- Resolución de Declaratoria de Emergencia No. CEL-RES-0108-24 de 10 de junio de 2024
- Resolución de autorización de inicio de procedimientos de contratación emergentes y delegación a las Unidades de Negocio No. CEL-RES-0114-24 de 25 de junio de 2024
- Copia de Registro Único de Contribuyentes (RUC) de la contratante
- Compromiso Antisoborno - Declaración de Conflicto de intereses de servidores/ Administrador de contrato, y;
- Oficio Nro. SERCOP-DCPN-2024-0969-O - Autorización Importación SERCOP

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito Ecuador
Teléfono: (+539 7) 2992300
www.celec.gob.ec/termopichincha/






### 2.2 POR EL CONTRATISTA:

**Documentos sin certificar:**

- Copia de documento de identidad del representante legal o su delegado
- Declaración Anticorrupción y Antisoborno de Adjudicatarios de CELEC EP
- Compromiso Antisoborno - Declaración de conflicto de intereses de Adjudicatarios de CELEC EP
- Información bancaria
- Garantía de Fiel cumplimiento equivalente al cinco por ciento (5%) del valor total del contrato conforme condiciones establecidas en el artículo 57.1 de la LOSNCP
- Garantía ambiental conforme condiciones establecidas en el artículo 57.1 de la LOSNCP

**Certificación de documentos apostillados:**

- Documento que faculten al representante legal o su delegado
- Documento de existencia legal de la empresa
- Experiencia Específica presentada en la oferta

**Documento Apostillado:**

- Carta del fabricante de los grupos electrógenos

### Cláusula Tercera.- OBJETO DEL CONTRATO:

El contratista se obliga para con la CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP Unidad de Negocio CELEC EP-TERMOPICHINCHA, a cumplir y ejecutar a entera satisfacción de la contratante, la *"Contratación Emergente de Generación Terrestre Salitral"*; que comprende compra de generadores de energía térmica emergente nuevos cero horas de uso, que permita atender la demanda de energía a nivel nacional: Central Salitral 100 MW; es un proceso de commissioning, que incluye por parte de la contratista una solución terrestre emergente de energía termoeléctrica estacionaria, incluido todos los requerimientos establecidos en las especificaciones técnicas, el diseño y construcción de obras civiles, la instalación, puesta en marcha y asistencia técnica por parte de la contratista en operación y el mantenimiento, conforme lo establecido en las especificaciones técnicas y anexos del procedimiento especial de emergencia Nro. EM-CELECEP-2024-04316, mismos que constan en la oferta y demás documentos generados en fase preparatoria y precontractual, los que se agregan y forman parte integrante de este contrato.

Así también, el contratista se obliga para con la Unidad de Negocio CELEC EP-TERMOPICHINCHA a cumplir con todos los requerimientos y compromisos, determinados según el nivel de transferencia de tecnología que se requiera de los bienes adquiridos en el extranjero, en nivel II que serán requeridos por el administrador del contrato durante la ejecución contractual.

El contratista se obliga a cumplir las especificaciones técnicas requeridas para satisfacer las necesidades de CELEC EP, para lo cual cumplirá los siguientes aspectos relevantes:

Dirección: Secundino de Benalcazar y Portillo Fermín Cevallos.
Código postal: 170201 / Quito - Ecuador
Teléfono: 593 2 600 1300
www.celec.gob.ec/termopichincha





REPÚBLICA
DEL ECUADOR

Corporación  ca del Ecuador - CELEC EP
Unidad Operativa Termopichincha

### 3.1.1 Objetivos específicos

- Disponer de una solución de energía termoeléctrica terrestre emergente o estacionaria, cuya operación y generación de energía permita afrontar la demanda de energía en el Sistema Nacional Interconectado, tanto en periodo de estiaje como ante indisponibilidades de generación por mantenimientos programados y emergentes.
- Implementar la solución de energía termoeléctrica terrestre estacionaria en la localidad definida (Cantón Guayaquil Provincia del Guayas), de acuerdo con los estudios técnicos presentados por CELEC EP, diseñada y adaptada para una operación intensiva (heavy dutty) en ambiente de alta salinidad.
- Disponer de la solución de energía termoeléctrica terrestre estacionaria, garantizando un suministro continuo de energía eléctrica al Sistema Nacional Interconectado.
- Diseñar, construir las obras civiles requeridas para instalar los grupos generadores y todo su equipamiento auxiliar.
- Suministrar, movilizar, instalar, probar, poner en operación y brindar acompañamiento en el ámbito de operación y mantenimiento en la solución de energía termoeléctrica terrestre estacionaria, de conformidad con el plazo contractual previsto en los contratos.
- Utilizar la energía eléctrica generada por el bien a adquirir en el punto definido, en función de los requerimientos establecidos por el Operador Nacional de Electricidad CENACE, conforme la normativa vigente tanto en los aspectos técnicos y comerciales.
- Controlar que la provisión de energía eléctrica, generada con la solución de energía termoeléctrica terrestre estacionaria, cumpla con los parámetros de disponibilidad, eficiencia y confiabilidad establecidos en estas especificaciones técnicas, así como las normas técnicas, ambientales, regulatorias y contractuales vigentes.

### 3.1.2 Especificaciones técnicas de la Central Salitral

| Ubicación | Provincia: Guayas,<br>Cantón: Guayaquil<br>Sector: Salitral,<br><br>Polígono de ubicación para la generación móvil se ubica en las inmediaciones de las Centrales Gonzalo Zevallos, Aníbal Santos y Alvaro Tinajero a cargo de CELEC EP-Electroguayas. que cuenta con 3,2Ha de terreno disponible.<br><br>Ver **Anexo 16**: Mapa de ubicación. |
| --- | --- |

Dirección: Sebastián de Benalcazar y Pedro Fermin Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593 7) 399 _000
www.celec.gob.ec/termopichincha/






REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | |
|---|---|
| Capacidad Potencial (MW) | Ver **Anexo 17**: Estudio Eléctrico |
| Capacidad Operativa (MW) | **Desde 90 MW hasta 100 MW de Potencia Efectiva** |
| Tipo de combustible | Fuel Oil 6/ Fuel Oil 4<br>Diesel Nro.2 únicamente para procesos de arranque y parada. |
| Suministro combustible | Ducto desde la Terminal Tres Bocas hasta Tanque Principal de Aníbal Santos. Capacidad 2.5 millones de galones.<br><br>Deberá construir una conducción de abastecimiento de Fuel Oil 6, de aproximadamente 360 metros desde el tanque principal de la centra existente hacia el lugar designado para la ubicación de los tanques diarios con su respectivo calentamiento y aislamiento térmico con el respectivo sistema de bombeo para transferencia de combustible<br><br>La empresa contratada deberá ser la encargada de esta conexión del tanque principal de almacenamiento de Fuel Oil 6 de Central y adecuar un sistema de bombas con la capacidad que requiera el sistema a implementar. |
| | Ver **Anexo 18**: Esquema de conexión combustible Salitral. |
| Tanque de Almacenamiento (gal) | |
| Tanque diario (gal) | Se deberán construir dos tanques diarios de 200 000 galones para HFO 6; deben incluir el sistema de calentamiento de combustible y un tanque diario para diésel con capacidad mínima de 100.000 galones con su respectivo sistema de bombeo, con su respectivo calentamiento y aislamiento térmico.<br><br>Todos los tanques requeridos deberán contar con las tablas de calibración aprobadas por la Agencia de Control correspondiente y sistema de medición correspondiente.<br><br>Deberán considerar cubetos<br><br>Ver **Anexo 16**. Mapa de ubicación.<br>Ver **Anexo 18**: Esquema de conexión combustible Salitral. |
| Instalación y Obras Complementarias | Implantación del terreno con puntos georeferenciados en coordenadas UTM WGS84<br><br>La contratista deberá considerar, el diseño y construcción de las obras civiles para los generadores a ser suministrados ya sea para motores contenerizados o casa de máquinas que deberá incluir un cuarto de control adecuado para el monitoreo de los sistemas de generación de acuerdo con la solución propuesta.<br>Deberá considerar las cimentaciones mayores y menores y bases de hormigón para soporte de generadores, tanques, subestación de salida, equipos complementarios, cubetos, soluciones acústicas y acopios temporales de desechos, de acuerdo con el plan de manejo ambiental además de los accesos a las instalaciones. Se deberá incluir las vías internas pudiendo ser asfaltada o pavimento rígido.<br><br>Zonas de descarga de combustible<br>Desbroce y limpieza del terreno<br><br>Estudio de mecánica de suelos para determinar capacidad portante y definir el tipo de cimentaciones<br><br>Diseños de sistema contra incendios<br>Obras complementarias de insonorización y seguridad ocupacional<br>Cuarto de control central, cuarto de automatización y sus respectivos diseños de ingeniería de comunicación, conexiones, tuberías, cables y líneas de poder<br>Bodega |


Dirección Subestación de Generación y Centro Emisor Carvajal
Casilla postal 170501 Quito - Ecuador
Teléfono: +593 (2) 1000
www.termopichincha.gob.ec



EL NUEVO
ECUADOR

Corporación Eléctrica del Ecuador



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | | |
|---|---|---|
| | | Sistemas de drenaje de aguas lluvia, aguas servidas, aguas contaminadas, residuos químicos y aceite |
| | | Diseño y construcción de trampas API |
| | | Diseño y construcción de sistema contra incendios, sistema de iluminación y sistemas de seguridad |
| | | Construcción de accesos |
| | | Diseño y construcción de sistemas de iluminación. |
| | | Diseño y construcción de estructuras de hormigón armado. cimentaciones mayores y menores para soporte de generadores, tanques y equipos complementarios y cubetos cumpliendo normativa de diseño y considerando vibraciones en las estructuras. Adicionalmente se implementará centrales de acopio temporales de desechos de acuerdo con el plan de manejo ambiental, oficinas y las especialidades correspondientes. |
| | | Diseño y construcción de estructuras de acero: cubierta de motores o casa de máquinas según la solución propuesta con puentes grúas |
| | | Entrega de planos de todas las especialidades |
| | | Diseño hidráulico y de drenajes de todos los sistemas asociados a la planta. |
| | | Los diseños deberán ser respaldos con memorias de cálculo y planos de detalle. |
| Conexión con el S.N.I. | | La interconexión de esta generación será en la S/E Safitral, en posición de 69 kV de línea. |
| | | Deberá realizar el suministro, montaje y puesta en marcha de la subestación de salida de la central, que incluye transformador de salida de *13,8/69 kV, que garantice el despacho de energía con la potencia efectiva de las unidades de generación, , con su posición de salida que incluye interruptor, seccionador, pararrayos, sistema de control y protección y todo lo requerido para la correcta operación de la subestación. |
| | | En caso de que el contratista así lo requiera podrá instalar 2 transformadores de salida cada uno con el equipamiento detallado en el párrafo anterior. |
| | | Nota: * el voltaje de baja dependerá del voltaje de salida de los generadores. |
| | | La conexión contempla la construcción de una línea simple circuito a 69 kV con conductor ACAR 750 MCM y la utilización de torres metálicas autosoportantes |
| | | Ver Anexo 19. Informe_implementación_obras_conexión_generación_térmica_11_06_2024-1. **La construcción de línea para la interconexión estará a cargo de Transelectric.** |
| Suministro de agua | | Disponible suministro de agua de la actual Central. En caso de requerir un suministro mayor, el proveedor deberá indicar el consumo de agua de sus unidades. |
| PRUEBAS DE RECEPCIÓN | | Las pruebas de recepción se realizarán con la operación total de la Central por un período de 48 horas continuas con HFO 6/ HFO4 donde se verificará la potencia efectiva de la Central entregada y el consumo de combustible, emisiones al ambiente. Ruido y demás parámetros de control. Para las pruebas CELEC EP entregará el combustible, lubricante y químicos. |
| Área del Terreno Disponible | | Ver Anexo 1. Mapa de Ubicación. Área aproximada de 2.1 Ha. |
| Propiedad del terreno | | CNEL EP |
| Zonificación | | Zona industrial |

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito  Ecuador
Teléfono: (+339 7) 2992500
www.celec.gob.ec/termopichincha/







**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador – CELEC EP
Unidad Operativa Termopichincha

| | |
|---|---|
| **Licencia Ambiental** | Los trámites de regularización ambiental se encuentran a cargo de la Unidad de Negocio, la cual ha sido delegada para este proceso, en coordinación con la Matriz de CELEC EP, el Ministerio de Energía y el Ministerio del Ambiente, Agua y Transición Ecológica.<br><br>Mediante Oficios Nro. Oficio Nro. CELEC-EP-2024-0542-OFI y Oficio Nro. CELEC-EP-2024-0553-OFI del 15 de marzo de 2024, CELEC EP solicitó al Ministerio del Ambiente, Agua y Transición Ecológica el cambio de titular de la autorización administrativa ambiental de CNEL a CELEC EP, en aplicación al Art. 455 del Reglamento al Código Orgánico del Ambiente; así como también la rectificación de las coordenadas para las Plantas de Generación Termoeléctrica Álvaro Tinajero y Aníbal Santos, el requerimiento se formuló con la justificación técnica y legal pertinente.<br><br>Una vez emita el pronunciamiento para el cambio de titular, técnicamente se ha evaluado la posibilidad de solicitar la ampliación de la potencia declarada inicialmente en la autorización administrativa (contratación de estudios complementarios y/o actualización del PMA).<br><br>Ver **Anexo D**: Estudio de Impacto Ambiental de la Central Álvaro Tinajero y Gonzalo Zevallos. |
| **Consideraciones del proyecto** | • Se dispone de infraestructura y existe una logística para el suministro de combustible de la actual central, para el efecto se requiere que las unidades sean aptas para el uso de Fuel Oil 6 y Fuel Oil 4.<br>• Disponibilidad de evacuación de energía de hasta 100MW.<br>• El informe de resultados de encuestas de percepción comunitaria de las centrales Gonzalo Zevallos, Alvaro Tinajero y Aníbal Santos presentado en enero de 2024, indica que el 100% de los moradores manifiestan no sentirse afectados por el funcionamiento de las plantas de generación eléctrica, y el 81.69 % de la población consideran que el accionar de CELEC EP ELECTROGUAYAS es bueno o muy bueno.<br>• La contratista será la responsable del diseño, construcción de obras civiles, fabricación, suministro, montaje y puesta en marcha del equipamiento provisto que incluye todos los elementos para su operación de la planta de generación. |
| **Condiciones Ambientales Adicionales de la Zona de Influencia** | Ciudad. **Guayaquil**.<br><br>Localización: Ubicada a nivel del mar y que dispone de la siguiente curva de temperatura promedio a lo largo del año. (Salitral).<br><br> |
| | https://es.weatherspark.com/y/19346/Clima-promedio-en-Guayaquil-Ecuador-durante-todo-el-a%C3%B1o |

### 3.1.2  Especificaciones del Grupo Electrógeno

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos
Código postal: 170150 / Quito – Ecuador
Teléfono: 593 2 3974300
www.celec.gob.ec/termopichincha



EL NUEVO **ECUADOR**

Corporación Eléctrica del Ecuador



REPÚBLICA
DEL ECUADOR



Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| FICHA TECNICA GENERADOR HFO-6 3500 KW | | |
|---|---|---|
| **ITEM** | **ESPECIFICACIÓN DEL MOTOR** | |
| **1** | GRUPO ELECTRÓGENO DE POTENCIA DISPONIBLE, 60HZ, 13.8KV-3 PH,0.8 PF, INCLUYE EQUIPAMIENTO Y SERVICIOS AUXILIARES | |
| **1.1** | **ESPECIFICACIONES GENERALES** | |
| 1.1.1 | POTENCIA | 3500 KW |
| 1.1.2 | FRECUENCIA | 60 HZ |
| 1.1.3 | VELOCIDAD ANGULAR | 900 RPM / 92.25 Radianes por segundo |
| 1.1.4 | FACTOR DE POTENCIA | 0.8 |
| 1.1.5 | CUMPLIMIENTO DE NIVEL DE EMISIONES MOTOR | Nivel II de EPA |
| 1.1.6 | PASO MÍNIMO EN TOMA DE CARGA | 1 paso toma de carga hasta 100% de la carga nominal. |
| 1.1.7 | CARTA DEL FABRICANTE | Se adjunta carta emitida por el fabricante de los grupos electrógenos (PROGEN). |
| **1.2** | **MOTOR** | |
| 1.2.1 | COMBUSTIBLE | HFO6 / HFO 4 /DIESEL (SISTEMA DUAL) |
| 1.2.2 | DISPOSICIÓN DE LOS CILINDROS | Disposición en V, 45° |
| 1.2.3 | SISTEMA DE ENFRIAMIENTO | Water cooling system |
| 1.2.4 | CICLO DEL MOTOR | Ciclo diesel 4 tiempos |
| 1.2.5 | MODELO DEL MOTOR | 20-710 |
| 1.2.6 | NUMERO DE CILINDROS | 20 |
| **1.3** | **SISTEMA DE ADMISIÓN (Entrada de aire directa)** | |
| 1.3.1 | RESISTENTE A LA CORROSIÓN | SI |
| 1.3.2 | TURBO CARGADOR | SI |
| 1.4 | SISTEMA DE ENFRIAMIENTO: | Fresh Water System - Water Jacket Cooling Circuit 20-710 Fresh Water System - Aftercooler Circuit Opcional: se puede usar agua salobre/salada |
| **1.5** | **SISTEMA DE ESCAPE** | |
| 1.5.1 | MÚLTIPLE DE ESCAPE | SI |
| 1.5.4 | JUNTAS DE EXPANSIÓN | SI |
| **1.6** | **SISTEMA DE COMBUSTIBLE** | |
| 1.6.1 | SISTEMA DE INYECCIÓN | Electrónico |
| 1.6.2 | SISTEMA DE FILTRACIÓN | DUPLEX MICRON FUEL FILTER |
| 1.6.3 | CONSUMO ESPECIFICO DE COMBUSTIBLE | Consumo de combustible: 198 gal /h a plena carga para HFO-6 209 gal /h a plena carga para Diesel (Generador dual) Rendimiento: |



Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593 7) 299-500
www.celec.gob.ec/termopichincha/







**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | | |
|---|---|---|
| | | 17,73 KWh/gal<br>210 gr/Kwh |
| 1.7 | SISTEMA DE LUBRICACIÓN: | Sistema de aceite lubricante montado sobre patines<br>– Bomba de aceite lubricante accionada por el motor<br>– Válvula reguladora y de alivio de presión<br>– Filtro de aceite lubricante automático con centrífuga integral.<br>Incluye by-pass, red de seguridad, contrabridas e indicador de caída de presión, con centrífuga, instalado en rack de accesorios<br>– Enfriador de aceite tipo placa y marco<br>– Sistema de precalentamiento |
| 1.8 | SISTEMA DE ARRANQUE: | Sistema de arranque de aire<br>AIR START SYSTEM |
| 1.9.3 | VOLTAJE DE SALIDA DEL GENERADOR | 4,16 KV y 11.2 KV (13.8 KV trifásico, mediante transformadores elevadores) |
| 1.9.4 | FRECUENCIA | 60 Hz |
| 1.9.5 | FACTOR DE POTENCIA | 0.8 |
| 1.9.6 | INTERRUPTOR | Interruptor de vacío. Comandos eléctricos para apertura y cierre y señalización de abierto y cerrado conectada al sistema de control. Opera de acuerdo con la lógica de control y protecciones eléctricas propias del generador. |
| 1.9.7 | TIPO DE EXCITACIÓN | PMG |
| 1.9.8 | FAJAS TERMICAS | Si, operan de manera manual y de manera automática cuando el generador se encuentre apagado. |
| 1.9.9 | AISLAMIENTO | Aislamiento contra salinidad mediante pinturas y barnices resistentes a corrosión y alta salinidad de acuerdo a norma ISO12944-2:2018.<br>Aislamiento antivibraciones. |
| 1.9.10 | REGULADOR DE VOLTAJE | VRM-2020, Módulo de regulación de voltaje (BASLER ELECTRIC).Capacidad de trabajo en modo DROOP y fijo – Modo VAR PF,AVR. |
| 1.9.11 | ESTÁNDARES INTERNACIONALES | IEC 60043, NFPA 110, ISO 8528-5, ISO 9001, NEMA MG1-32, CSA/UL, IBC 2000, CBC 2007. |
| 1.10 | FUNCIONALIDADES SINCRONIZACIÓN, CONTROL Y MONITOREO | |
| 1.10.1 | SINCRONIZACIÓN | Sincronización con barra muerta y en paralelo a sistema. |
| 1.10.2 | ARRANQUE NEGRO | Disponibilidad para realizar arranque en negro. |

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: +593 912992500
...uob.ec/termopichincha







REPÚBLICA
DEL ECUADOR



Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | | |
|---|---|---|
| 1.10.3 | MONITOREO Y CONTROL | Monitoreo y control de estado del interruptor del grupo, estado del motor, parámetros mecánicos, parámetros eléctricos, alarmas, modos de operación, protecciones eléctricas. HMI con niveles de seguridad, programable y configurable, con acceso a los parámetros del equipo para programación y visualización según necesidad, monitoreo de las unidades a través de ethernet. Desarrollo de sistema SCADA para control y monitoreo de la planta, incluido los sistemas auxiliares. |
| 1.10.4 | HERRAMIENTA DE INGENIERÍA PARA EL SISTEMA DE CONTROL Y PANTALLA BASADA EN PC PARA LA CONFIGURACIÓN DE AJUSTES, PUESTA EN MARCHA, CONSULTAR AJUSTES, CREAR LÓGICAS, RECUPERAR REGISTROS DE EVENTOS. LICENCIA PERMANENTE | Abierto tanto para configuración y visualización, se entregaran las respectivas licencias. Incluye todos los cables y llaves físicas, para realizar programaciones y ajustes en los controladores del sistema por el personal sin incurrir en costos adicionales. el sistema permite la visualización de todos los grupos electrógenos en simultaneo, histórico, tendencias, alarmas, incluye documentación técnica clara de los equipos, así como diagramas actualizados de la red, también se habilitarán usuarios con rol de administración con sus respectivas claves para acceso a los sistemas y equipos, adicional entregará el procedimiento de reinicio y recuperación del sistema en caso de fallas, todos los aplicativos estarán instalados en el computador y debidamente probados, además se entregaran los respaldos de los instaladores. |
| 1.10.5 | GOVERNOR ELECTRÓNICO | Si, incluye respaldo de configuración inicial, cable y software de configuración. Se incluye capacitación al personal del cliente final sobre las conexiones, configuración, y uso del software. |
| 1.10.6 | MODOS DE OPERACIÓN | Isócrono, Sincrónico y Potencia fija (intercambiable en línea a través de un comando o a través del controlador del grupo). |
| 1.11 | PANEL Y MANDOS LOCALES | |
| 1.11.1 | ENCENDIDO | Arranque / parada / paro emergencia |
| 1.11.2 | VISUALIZADOR | Visualizador y registro de parámetros programables con registros de alarmas, descripción de eventos, historial de fallas. |
| 1.11.3 | MEDICION | Parámetros medidos: Corrientes fases A, B y C Voltajes AB, BC, CA Voltajes AN, BN y CN KWatts KVar Frecuencia Potencia KVA Factor de potencia Frecuencia de Bus Voltaje de bus Sesgo Fallas Active Set-Point Frequency Active Set Point Voltage DSLC Voltaje de Baterías |



Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593 7) 2992300
www.celec.gob.ec/termopichincha







REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador – CELEC EP
Unidad Operativa Termopichincha

| | | |
|---|---|---|
| | | FEM Proceso de carga<br>FRA 19<br>Velocidad de polarización<br>AVR Polarización |
| 1.11.4 | MEDICIÓN COMERCIAL | Instalación de sistema de medición principal y respaldo para envío de información y cumplimiento de regulación No ARCERNNR 003/20. |
| 1.11.5 | ALARMAS | LOS - Interruptor de aceite lubricante (velocidad nominal) LOS - Interruptor de aceite lubricante (velocidad de ralentí)  HOS: temperatura alta del aceite (en el motor) TOS - Interruptor de baja presión de la bomba de lubricante turboETS - Temperatura del agua del motor (desde el motor)CIT_ESTOP_SET Parada de emergencia del motor presionada desde la HMI los  CRANKCASE_HI_ALM Apagado por presión del carter ENG_SPD_ALM Apagado por alta velocidad del motor ESTOP_PSTY Secuencia del motor en parada de emergencia ESTOP_SET Parada de emergencia del motor presionada desde la puerta OVSP_SWCH_ALM Apagado del interruptor de velocidad excesiva PAR_FUEL_H_ALM Apagado por alta presión de combustible PAR_FUEL_L_ALM Apagado por baja presión de combustible PAR_L_WTR_ALM Apagado por presión del banco de agua izquierdo PAR_MAIN_PRS_ALM Apagado por alta presión principal PAR_OIL_OT_ALM Apagado por temperatura alta de falta de aceite PAR_R_WTR_ALM Apagado por presión de banco de agua derecho PAR_SC_PRS_ALM Apagado por presión de eliminación PAR_WTR_OT_ALM Apagado por temperatura alta de salida de agua PHASE_MON_STAT_SET Perdida de apagado de energía de 380 VCA WTR_L_BANK_LOW_LVL_ALM Apagado por bajo nivel de agua en la margen izquierda WTR_R_BANK_LOW_LVL_ALM Apagado por bajo nivel de agua en la margen derecha |
| 1.11.6 | PROTECCIONES ELECTRICAS | Rele de Generador<br>SEL 700-G<br>Funciones de protección y medición<br>25<br>EL, 81V, 81G<br>32R<br>40<br>46<br>87<br>59<br>51<br>V, A, W, VW, P, FF<br>24<br>27<br>67G |
| 1.12 | SISTEMA DE MONITOREO | |
| 1.12.1 | SISTEMA DE MONITOREO | MASTER CONTROL SYSTEM 2100 con panta la táctil HMI<br>DGC-2020HD, Controlador digital de grupos electrógenos (BASLER ELECTRIC).<br>VRM-2020, Módulo de regulación de voltaje (BASLER ELECTRIC).<br>PLC Para control y monitoreo de generador y motor, con pantalla táctil. |
| 1.14 | REPUESTOS | |

Dirección: Subdirección de Monitoreo y Parte Escrito Centrales.
Código postal: 170515 – Quito - Ecuador
Teléfono: +593 74737000
www.celec.gob.ec/termopichincha



EL NUEVO
ECUADOR

Carbono Neutral, Gobierno del Ecuador



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador
Unidad Operativa Térmo pichincha



| | | |
|---|---|---|
| 1.14.1 | SUMINISTRO DE REPUESTOS NUEVOS Y ORIGINALES | Se entregará listado de repuestos, requeridos para la ejecución de mantenimientos de hasta 12000 horas y listado de partes críticas con sus precios unitarios, conforme al detalle de los equipos que se entregan, tal como le ha requerido CELEC EP. Los repuestos serán entregados en las bodegas de la central Salitral, con un valor total de 4 millones de dólares, definidos en el contrato base, dentro de los que pueden incluirse, sin perjuicio de otros elementos que serán identificados al momento de la ejecución del contrato: Juntas y sellos Bujías y calentadores Baterías y cargador de baterías de repuesto Lubricantes y refrigerantes de cada tipo Componentes eléctricos esenciales: Los fusibles, interruptores automáticos y relés. Rodamientos de cada tipo para el alternador |
| 1.15 | SISTEMAS AUXILIARES: | Sistemas Auxiliares instalados sobre un mueble totalmente fabricado y montado. Bastidor de accesorios que incluye enfriador de aceite lubricante, filtración de aceite lubricante, lubricante para filtración de fueloil, válvulas reguladoras de temperatura del agua, tuberías del sistema, paneles de control con controles de motor, aceite lubricante, fueloil y/o válvulas reguladoras de temperatura y presión de agua de camisa y gas y medidores. |
| 1.16 | MALLA A TIERRA: DISEÑO E INSTALACIÓN | Se diseñará e instalará malla PAT en base a lo requerido para el proyecto. Referencial: conductor de cobre desnudo 4/0, con sus respectivas varillas, conectores de compresión tipo T, C y L, e interconexión de equipos a la malla con conductor de cobre desnudo 2/0. |
| 1.17 | SISTEMA DE CALENTAMIENTO DE COMBUSTIBLE Y FLUIDOS DE LA CENTRAL | Se incluirá un sistema de calentamiento de combustible y fluidos, que se considere necesario, puede incluir: Caldera, Quemador, Tubería de fluidos, válvulas, depósitos, bombas y demás elementos necesarios para el correcto suministro de combustible. |
| 1.18 | SISTEMA DE PURIFICACIÓN DE COMBUSTIBLE: | DUPLEX MICRON H FOG FILTER |
| 1.19 | SISTEMA DE MEDICIÓN DE COMBUSTIBLES: | SISTEMA DE MEDICIÓN DE COMBUSTIBLES: En toda la línea de Producción, instalación de tres bancas de recepción simultánea. |
| 1.20 | CASA DE MÁQUINAS. | Se incluye construcción de casa de Máquinas necesaria para instalación de los equipos |
| 1.21 | AÑO DE FABRICACIÓN: | Equipos y componentes totalmente nuevos, año de fabricación 22023. Una vez suministrados los equipos, se entregará certificados de originalidad y autenticidad de los grupos o electrógenos con sus respectivos números de serie, además de certificar calidad y novedad. Se remite la carta del fabricante con los respectivos números de serie. |

Además de cumplir con todas las obligaciones establecidas en las especificaciones técnicas que forman parte integral del presente contrato.

**Cláusula Cuarta.- HITOS DE CUMPLIMIENTO DEL CONTRATO:**

**PRIMER HITO DE CUMPLIMIENTO DEL CONTRATO:** Se entenderá cumplido este hito contra presentación del PACKING LIST, informe de inspección y verificación en fábrica, emitida por la comisión técnica y/o verificadora delegada por CELEC EP en la que deberá participar el administrador del contrato, misma que verificará todos los grupos electrógenos ofertados.

**SEGUNDO HITO DE CUMPLIMIENTO DEL CONTRATO:** Obras Civiles complementaria, instalación, puesta en servicio y pruebas de operación con HFO6 de la generación instalada a satisfacción de CELEC EP.

**TERCER HITO DE CUMPLIMIENTO DEL CONTRATO:** Mediante la transferencia de conocimientos, misma que se efectuará dentro del plazo contractual y la presentación de la garantía técnica de los bienes en las condiciones establecidas en el contrato.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador.
Teléfono: (+593 7) 299253)
www.celec.gob.ec/termopichincha/







PEPÚBLICA
DEL ECUADOR

## Cláusula Quinta . - DESCRIPCIÓN DE CANTIDADES Y PRECIOS:

| OFERTA TÉCNICA | | |
|---|---|---|
| ÍTEM | DESCRIPCIÓN | CANTIDAD |
| GRUPOS ELECTROGENOS | Generadores estacionarios Marca Progen de potencia 3500. Cada unidad tiene una potencia nominal de 3500 kW continuos, 60 Hz, 4.16 kV con salida a 13.8 kV mediante transformador trifásico, 0.8 fp. | 29 |
| | TOTAL CANTIDAD OFERTADA | 29 |

\* El precio propuesto incluye todos los costos necesarios para cumplir con la cadena logística, desde origen hasta la Central Salitral, incluyendo y sin limitar a el transporte internacional y el seguro, asumiendo además todos los costos generados en la descarga de los bienes en el terminal (aéreo, marítimo) al que arribe la carga. Además, PROGEN será responsable del transporte interno en el país de destino hasta que la mercadería sea entregada en la bodega de la Central Salitral de CELEC EP.

Por lo que el contratista se obliga a cumplir con todas y cada una de las especificaciones técnicas que forman parte integral del presente contrato, así como garantizar que los grupos electrógenos e insumos son nuevos con cero horas de uso.

## Cláusula Sexta.- PRECIO DEL CONTRATO:

**6.1.** El valor del presente contrato, que la Unidad de Negocio de CELEC EP - TERMOPICHINCHA pagará a PROGEN INDUSTRIES LLC, es de USD 99.400.000,00 (NOVENTA Y NUEVE MILLONES, CUATROCIENTOS MIL 00/100 DÓLARES DE LOS ESTADOS UNIDOS DE AMÉRICA CON 00/100) valor que no incluye IVA de conformidad con la oferta presentada por el contratista.

**6.2.** Los precios acordados en el Contrato para los servicios objeto del mismo, constituirán la única compensación al CONTRATISTA, por todos sus costos, inclusive cualquier impuesto, derecho o tasa que tuviese que pagar, excepto el impuesto al valor agregado (IVA), por lo que se deja sin lugar a reclamo al respecto.

**6.3.** La CONTRATANTE, no estará obligada a desembolsar y reconocer a favor de la CONTRATISTA, el monto total del Contrato, sino únicamente el valor de los servicios recibidos a satisfacción de la Corporación Eléctrica del Ecuador CELEC EP.

## Cláusula Séptima.- FORMA DE PAGO:

Los pagos se realizarán de la manera prevista en los documentos preparatorios por CELEC EP y en el Contrato.

**7.1 Anticipo:** Respecto a la forma de pago, ProGen Industries LLC., desiste de la entrega de anticipo a razón que esto dilataría el plazo de ejecución.

**7.2 Condiciones de pago:** El pago, correspondiente al cien (100%) por ciento de valor del contrato, se efectuará bajo las siguientes condiciones:

a) El setenta (70%) por ciento del valor del objeto del contrato mediante transferencia bancaria al exterior a favor de la contratista, contra presentación del packing list, el

Dirección: Sebastián de Benalcázar y Pasaje Fermín Cevallos.
Código postal: 170201 Quito - Ecuador
Teléfono: 329-7000 - 1800
www.celecep.com/termopichincha





**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

NOTARÍA 47
DRA MSC ANA VALLEJO F

informe de inspección y aprobación en fábrica del Comité Técnico de Emergencia y/o verificadora delegada por CELEC EP TERMOPICHINCHA de todos los grupos electrógenos debidamente aprobado por el administrador del contrato, y previa presentación de la factura comercial.

Para este pago la documentación habilitante será: Packing list, informe de inspección y aprobación en fábrica de la supervisión técnica y/o verificadora delegada por CELEC EP y Administrador del Contrato.

b) El veinte y cinco (25%) por ciento del valor restante del objeto del contrato mediante transferencia bancaria al exterior a favor de la contratista, posterior al montaje, puesta en servicio y pruebas de operación con HFO6 de la generación instalada a satisfacción de CELEC EP, previo el informe favorable del administrador del contrato y presentación de la factura comercial.

Para este pago la documentación habilitante será: Acta de Entrega Recepción Parcial.

c) El cinco (5%) por ciento del valor restante del objeto del contrato mediante transferencia bancaria al exterior a favor de la contratista, posterior a la transferencia de conocimientos y presentación de la garantía técnica de los bienes en las condiciones establecidas en el contrato. Previo el informe favorable del administrador del contrato y presentación de la factura comercial y acta entrega recepción definitiva.

Para este pago la documentación habilitante será: Informe del administrador del contrato en el que se señale que se ha proporcionado la transferencia de conocimientos (capacitación); entrega de la garantía técnica y acta de entrega recepción definitiva.

Posterior a la transferencia de conocimientos, se entregará la garantía técnica debidamente apostillada de los bienes en las condiciones establecidas por CELEC EP.

**7.3 Documentos Requeridos según forma de pago**

Para realizar cualquiera de los pagos derivados del presente contrato, la Contratista deberá presentar, además de lo señalado para cada hito, lo siguiente:

- Solicitud de pago efectuada por el Administrador del Contrato
- Garantías vigentes
- Contrato
- El informe de administrador de contrato que certifique el cabal cumplimiento del contrato, especificaciones técnicas incluidos sus anexos y demás documentos derivados, donde se incluirá la tabla de hitos con los verificables de cumplimiento por hito, conforme el siguiente detalle:

Direccion: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593 7) 2990500
www.celec.gob.ec/termopichincha/





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador – CELEC EP
Unidad Operativa Termopichincha

| Nombre de la tarea | Cantidad | % | Cantidad total |
|---|---|---|---|
| CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRA | 1 | 100 | 320 |
| 1  HITO 1 | | | |
| 1.1  ... | 1 | 60 | 60 |
| 1.2  ... | | | |
| 1.3  ... | | | |
| 1.4  ... | | | |
| 2  HITO 2 | 1 | 117 | 117 |
| 2.1  SUMINISTRO DE GENERADORES Y EQUIPOS ELÉCTRICOS | | | |
| 2.1.1  ... | | | |
| 2.1.4  SUMINISTRO DE TRANSFORMADORES ... | | | |
| 2.1.3  SUMINISTRO DE TRANSFORMADORES 13.8/69KV | | | |
| 2.1.3  SUMINISTRO DE TRANSFORMADORES 13.8/69KV | | | |
| 2.2  OBRAS CIVILES | | | |
| 2.2.1  ... | | | |
| 2.2.3  ... | | | |
| 2.2.3  CONSTRUCCIÓN DE ... | | | |
| 2.2.4  SUMINISTRO E INSTALACIÓN DEL TANQUE DE COMBUSTIBLE HFO-6 | | | |
| 2.2.5  INSTALACIÓN DEL SISTEMA DE CALENTAMIENTO DE COMBUSTIBLE | | | |
| 2.2.6  DUCTOS DE SUMINISTRO DE COMBUSTIBLE | | | |
| 2.2.7  INSTALACIÓN DE LÍNEAS DE FLUJO DE COMBUSTIBLE | | | |
| 2.3.1  CASA DE MÁQUINAS | | 117 | 117 |
| 2.3.9  INSTALACIÓN SISTEMA DE RECIRCULACIÓN DE LODOS | 1 | | |
| 2.3  OBRA ELECTROMECÁNICA | | | |
| 2.3.1  INSTALACIÓN DE ... | | | |
| 2.3.3  SISTEMA ... DE AIRE | | | |
| 2.3.4  SISTEMA DE ESCAPE DE GASES | | | |
| 2.3.5  SISTEMA DE ARRANQUE AIRE | | | |
| 2.3.6  SISTEMA DE CONTROL | | | |
| 2.3.7  CUARTO DE CONTROL | | | |
| 2.3.8  SISTEMAS AUXILIARES | | | |
| 2.3.9  SWITCHGEAR | | | |
| 2.3.20  INSTALACIÓN DE TRANSFORMADORES ELEVADORES | | | |
| 2.3.21  ... | | | |
| 2.4  PUESTA EN MARCHA | | | |
| 2.4.1  ... | | | |
| 2.4.3  ... | | | |
| 2.4.4  ... | | | |
| 2.4.5  ... | | | |
| 2  HITO 3 | 30 | 100 | 30 |
| 2.1  TRANSFERENCIA DE CONOCIMIENTOS Y ... | 30 | 100 | 30 |

**Entrega Recepción y Suscripción de Actas.-** De acuerdo con el cronograma establecido para la ejecución del contrato, se suscribirá el Acta de Entrega Recepción Parcial de los bienes y servicios correspondientes en la puesta en marcha de las unidades de generación. La recepción definitiva se suscribirá una vez que los generadores se encuentren operativos con HFO4/ HFO6 a 100MW y que se hayan cumplido todas y cada una de las especificaciones técnicas.

**7.4** Todos los documentos deben estar correctamente emitidos a nombre de:

**CORPORACION ELÉCTRICA DEL ECUADOR CELEC EP UNIDAD DE NEGOCIO TERMOPICHINCHA**

Dirección: Av. Sebastián de Guayaquil y Pedro Fermín Cevallos Central Guangopolo.
RUC:        1768152800001
Telefono:    (+593 2) - 2992500
Código postal: 170522 / Quito – Ecuador

A continuación, se detalla la información bancaria para la realización del pago:

| DATOS BANCARIOS | |
|---|---|
| MONTO | |
| MONEDA | Dólares de los Estados Unidos de América |
| BANCO DEL BENEFICIARIO | Regions Bank |



EL NUEVO
ECUADOR



**REPÚBLICA DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

NOTARIA 47
DRA. MSC. ANA VALLE

| | |
|---|---|
| **SUCURSAL** | N/A |
| **ROUTING NUMBER** | N/A |
| **CÓDIGO SWIFT (SWIFT ACCOUNT)** | UPNBUS44 |
| **NOMBRE DEL BENEFICIARIO** | PROGEN INDUSTRIES LLC |
| **DIRECCIÓN DEL BENEFICIARIO** | Mulberry, Florida, Estados Unidos |
| **CIUDAD Y PAÍS DEL BENEFICIARIO** | 600 Prairie Industrial Blvd, Estados Unidos |
| **NÚMERO DE CUENTA DEL BENEFICIARIO** | 0354557917 |

**7.5 Discrepancias:** Si existieren discrepancias respecto a la ejecución del contrato, se notificará a la Contratista; si no se receptare respuesta, dentro del término de 10 días siguientes a la fecha de la notificación, se entenderá que la Contratista ha aceptado la liquidación y se dará paso al pago; cuando se consiga un acuerdo sobre tales divergencias, se procederá como se indica en el presente contrato.

**7.6 Pagos indebidos**: La contratante se reserva el derecho de reclamar al contratista, en cualquier tiempo, antes o después de la prestación del servicio, sobre cualquier pago indebido por error de cálculo o por cualquier otra razón, debidamente justificada, obligándose el contratista a satisfacer las reclamaciones que por este motivo llegare a plantear la contratante, reconociéndose el interés calculado a la tasa máxima del interés convencional, establecido por el Banco Central del Ecuador.

### Cláusula Octava.- PLAZO DE ENTREGA:

El plazo para la entrega, ejecución y terminación de todo lo que comprende la CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE SALITRAL, es de ciento veinte (120) días calendario, contados a partir de la suscripción del contrato.

### Cláusula Novena.- INCOTERMS 2010 (vigente):

DAP - ENTREGADO EN EL LUGAR: "Entregado en el lugar" significa que el vendedor entrega cuando la mercancía se pone a disposición del comprador en el medio de transporte de llegada listo para descargar en el lugar de destino convenido. El vendedor asume todos los riesgos que implica llevar la mercancía al lugar convenido. Es decir, el proveedor contratado, es responsable de toda la cadena logística, incluyendo el transporte internacional y el seguro, y asume los costos generados en la descarga de los bienes en el terminal (aéreo, marítimo) al que arribe la carga. Además, es responsable del transporte interno en el país de destino hasta que la mercadería sea entregada en las instalaciones determinada en el contrato. La CELEC EP es responsable de las formalidades aduaneras para la nacionalización de la carga.

### Cláusula Décima.- GARANTÍAS:

**10.1** El contratista, para garantizar el cumplimiento de las obligaciones y objeto del contrato, durante el plazo y vigencia del Contrato, a su costo y riesgo, y sin perjuicio de sus obligaciones y responsabilidades bajo el Contrato, deberá contratar y mantener vigentes las garantías previstas en este numeral.

**10.2** Las garantías admitidas serán en función a las condiciones estipuladas y referenciadas en el artículo 73 de la Ley Orgánica del Sistema Nacional de



Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+539 7) 2992500
www.celec.gob.ec/termopichincha/





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

Contratación Pública "LOSNCP", en caso de pólizas presentadas deben estar debidamente respaldadas por una reaseguradora con calificación de riesgo no inferior a "A".

**10.3 Garantía Técnica.** – El Contratista para asegurar la calidad de los bienes y el buen funcionamiento de los mismos, emitirá una garantía técnica la misma que debe ser entregada junto con la suscripción del Acta de Entrega Recepción Definitiva.

La garantía técnica para los bienes se encontrará vigente durante 36 meses (3 años), contados a partir de la fecha de suscripción del Acta de Entrega Recepción Definitiva del objeto contractual, a entera satisfacción de CELEC EP - TERMOPICHINCHA, en la que el contratista se obliga a reponer y/o instalar sin costo los bienes defectuosos, adicionalmente dentro de ésta se deberá incluir la operación asistida durante los primeros 6 meses de operación posterior a la suscripción del Acta Entrega Recepción Definitiva.

Se deberá precisar además que los bienes son nuevos y garantizados por el fabricante, esto en el sentido de venir alguno de estos bienes con defectos de fábrica o durante su entrega, además incluirá una garantía por defectos de fabricación por cuarenta años.

**10.4 Garantía de Fiel Cumplimiento del Contrato.** - Para asegurar el fiel, oportuno y total cumplimiento del Contrato, inclusive para cubrir eventuales multas, la Contratista, entregará a la orden de CELEC EP - TERMOPICHINCHA, una garantía incondicional, irrevocable y de cobro inmediato, otorgada por un banco o institución financiera establecidos en el país o por intermedio de ellos. El monto de la Garantía de Fiel Cumplimiento será por un valor equivalente al cinco por ciento (5%) del valor total, estimado y referencial del Contrato. La Garantía de Fiel Cumplimiento deberá mantenerse vigente por el plazo contractual y hasta que se suscriba el Acta de Entrega Recepción Definitiva del mismo; o, Fianza instrumentada en una póliza de seguros, incondicional e irrevocable, de cobro inmediato, emitida por una compañía de seguros establecida en el país; o, Certificados de depósito a plazo, emitidos por una institución financiera establecida en el país, endosados por valor en garantía a la orden de la Entidad Contratante y cuyo plazo de vigencia sea mayor al estimado para la ejecución del contrato. Estas garantías se entregarán de conformidad a lo previsto en el artículo 57.1 de la LOSNCP, una vez que el contrato haya sido suscrito, en el término máximo de 10 días contado a partir de la fecha de suscripción del presente instrumento.

La Garantía de Fiel Cumplimiento podrá ser ejecutada por CELEC EP, en caso de que:

(i)La Contratista incumpliera cualquiera de sus obligaciones conforme al Contrato y previo el procedimiento de terminación unilateral y anticipado.
(ii)Por no realizar la renovación dentro del tiempo de 15 días establecido previo su vencimiento.
(iii)Por aplicación de multas que no puedan ser descontadas de los informes pendientes de cobro.

La Garantía de Fiel Cumplimiento tendrá una cláusula de renovación automática o ejecución automática en caso de no renovación al vencimiento a satisfacción de CELEC EP, en virtud de la cual la Garantía de Fiel Cumplimiento tendrá que ser renovada por lo menos quince (15) días antes de su expiración o, de lo contrario, la



EL NUEVO
ECUADOR



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

NOTARIA 47

Entidad Financiera Aceptable o Compañía de Seguros Aceptable, como corresponda, deberá pagar a CELEC EP el monto total de la Garantía de Fiel Cumplimiento de que se trate a su vencimiento.

La existencia o ejecución de la Garantía de Fiel Cumplimiento no limita o condiciona las obligaciones y las responsabilidades de la Contratista para con CELEC EP, ni las acciones y derechos de CELEC EP, conforme al Contrato o Normatividad. De corresponder, los valores no cubiertos o no recuperados a través de la Garantía de Fiel Cumplimiento que la Contratista deba pagar a CELEC EP conforme lo previsto en este Contrato, deberán ser pagados por la Contratista de acuerdo con sus obligaciones conforme al Contrato. Los costos de expedición de las Garantía de Fiel Cumplimiento, sus prórrogas o modificaciones serán de cargo exclusivo de la Contratista. En caso de que la entidad bancaria o compañía de seguros que otorgue la Garantía de Fiel Cumplimiento pierda su calificación durante el plazo de duración y vigencia del Contrato, de manera de no calificar como "Entidad Financiera Aceptable" o como "Compañía de Seguros Aceptable", según corresponda, la Contratista deberá inmediatamente reemplazar la Garantías de Fiel Cumplimiento por una Garantía de Fiel Cumplimiento nueva emitida por una entidad que califique como "Entidad Financiera Aceptable" o "Compañía de Seguros Aceptable", según corresponda, conforme lo previsto en la normativa aplicable.

**10.5 Garantía Ambiental.** - La Contratista, antes de la firma del Contrato, para asegurar el cumplimiento del Plan de Manejo Ambiental (PMA) durante el plazo contractual, entregará a CELEC EP una garantía por el valor del cero punto cinco por ciento (0,5%) del Precio total del Contrato. Esta garantía se entregará de conformidad a lo previsto en el artículo 57.1 de la LOSNCP, una vez que el contrato haya sido suscrito, en el término máximo de 5 días contado a partir de la fecha de suscripción del presente instrumento.

**10.6 Transferencia de Tecnología**

Para la transferencia de tecnología, la contratista debe cumplir con el siguiente nivel de transferencia tecnológica previo a la suscripción del acta entrega recepción definitiva conforme el siguiente detalle:

**NIVEL TT2:** Transferencia de tecnología dentro de la compra pública de bienes con intensidad tecnológica baja y media-baja.

**Requerimientos:**

· Este nivel incluye todos los Requerimientos de Nivel Transferencia Tecnológica 1.
· Taller o curso de capacitación para conocer el correcto uso o manejo del producto.
· CD donde se exponga el curso o taller de capacitación que fue dado a personal ecuatoriano.

Nota: a continuación, se encuentra el detalle de los requerimientos de Nivel de Transferencia Tecnológica 1:

- Manual de uso y manejo de producto, en formato digital y en físico;
- CD o información en línea donde se dé a conocer información del producto, procedencia de materias primas, fechas y registros de producción;

Dirección: Sebastián de Benalcazar y Pedro Fermin Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+539 7) 2992500
www.celec.gob.ec/termopichincha/





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- Certificados de calidad o normativa (escaneados) bajo los cual fuere desarrollado el producto (en caso de que existiesen);
- Certificados de calibración del producto, dependiendo del caso; y,
- Cualquier otra información sobre estándares industriales de medidas, pruebas y control de calidad.

**10.7** Las garantías entregadas se devolverán de acuerdo con lo establecido en el artículo 77 de la Ley Orgánica del Sistema Nacional de Contratación Pública y 263 del Reglamento General de la Ley Orgánica del Sistema Nacional de Contratación Pública. Entre tanto, deberán mantenerse vigentes, lo que será vigilado y exigido por la contratante.

## 10.8 PÓLIZAS

Durante el plazo y vigencia del Contrato, la CONTRATISTA, a su costo y sin perjuicio de sus obligaciones y responsabilidades bajo este Contrato y el Régimen Legal, deberá contratar y mantener vigentes las pólizas de seguros que se indican a continuación, mismas que serán entregadas por el contratista previo requerimiento del administrador del contrato:

**10.8.1 De Responsabilidad Civil:** Por la suma asegurada de USD 5'000.000,00 (Cinco Millones con 00/100 dólares de los Estados Unidos de América) que cubra las lesiones corporales y daños a bienes de terceros que sean legalmente imputables al asegurado con motivo del desarrollo de sus actividades objeto del contrato. Esta póliza de Responsabilidad Civil, con alcance a cobertura extracontractual por su naturaleza y contractual por lo particular del contrato.

**10.8.2 Póliza a todo riesgo de montaje/todo riesgo contratista:** Con un límite no menor a USD.5'000.000,00 (Cinco millones de dólares de los Estados Unidos de América) de riesgo combinado.

**10.8.3 Seguro de vida con cobertura de accidentes:** Con un límite no menor a USD. 80.000,00 (Ochenta mil dólares de los Estados Unidos de América) por muerte, y para gastos médicos por accidente (asistencia médica) con un límite de USD 10.000,00 (Diez mil dólares de los Estados Unidos de América) por cualquier colaborador.

**10.8.4 Seguro de vehículos:** Con responsabilidad civil por un valor no menor a US$ 30.000,00 (Treinta mil dólares de los Estados Unidos de América), como límite combinado, muerte accidental y gastos médicos para los ocupantes, pero no limitadas a: Responsabilidad Civil (para daños a terceros, para lesiones o muerte a una persona y para lesiones o muerte de una o más personas), que incluya gastos médicos por el límite máximo permitido por las tarifas locales, gastos legales por asistencia jurídica en proceso legal o civil, amparo de protección patrimonial, coberturas parciales por robo y hurto.

La CONTRATISTA deberá obtener las pólizas con una compañía de seguros legalmente establecida en Ecuador y que califique como una Compañía de Seguros registrada en la Superintendencia de Compañías Valores y Seguros del Ecuador.

Las pólizas son primarias y no contributivas a cualquier seguro contratado por CELEC EP. El cobro de estas pólizas no constituirá indemnización de los perjuicios ocasionados a CELEC EP, la cual podrá obligar a la CONTRATISTA por el remanente



ECUADOR *EL NUEVO*



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

hasta satisfacción completa de los perjuicios que se le llegaren a ocasionar. Todas las pólizas exigidas en el Contrato deberán incluir cláusulas del siguiente tenor:

a) La compañía de seguros renuncia expresamente al derecho de subrogación contra la CONTRATANTE. En el caso de la póliza de cumplimiento, la compañía de seguros renuncia a la subrogación contra la CONTRATANTE.

b) La compañía de seguros no podrá cancelar o modificar los términos de las pólizas contratadas sin previa autorización expresa de CELEC EP.

c) La compañía de seguros incluirá a la CONTRATANTE como asegurada adicional. En el caso de la póliza de cumplimiento el asegurado será el CONTRATANTE.

d) El pago de las indemnizaciones se realizará una vez demostrada, así sea extrajudicialmente, la ocurrencia del siniestro y la cuantía de la pérdida por parte del asegurado.

e) El CONTRATISTA renuncia a la facultad de revocación unilateral de las pólizas que contrate en cumplimiento del presente Contrato.

CELEC EP no será responsable por los límites deducibles o limitaciones al condicionamiento de las pólizas adquiridas por la CONTRATISTA. La CONTRATISTA podrá exigir de sus Sub CONTRATISTAS la misma posición sobre los seguros según sea aplicable. La CONTRATISTA será la única responsable si la indemnización o cubrimiento de la compañía de seguros presenta deficiencias. Todos y cada uno de los deducibles en las pólizas de seguro serán asumidos por la CONTRATISTA bajo su exclusiva responsabilidad.

En cualquiera de las pólizas de seguros a que se refiere esta cláusula, deberá incluirse a la Corporación Eléctrica del Ecuador CELEC EP como asegurada y/o beneficiaria, según corresponda para el cabal cubrimiento de sus intereses. La CONTRATISTA y sus SubCONTRATISTAS igualmente se obligan a contratar y mantener vigentes cualesquiera otras pólizas de seguros señalados por la legislación ecuatoriana y/o reglamentación vigente, bajo el presente Contrato, sumas aseguradas, etc., que en ella se señalan para el buen desarrollo y ejecución del Contrato.

CELEC EP podrá dar por terminado en forma unilateral el Contrato, cuando el CONTRATISTA no haya cumplido con la presentación de las pólizas requeridas en el término acordado en el Contrato. Si la CONTRATISTA presentó las pólizas en el plazo acordado, pero la entidad aseguradora no es la aceptada por CELEC EP o los términos de las pólizas no son los exigidos en el Contrato, la CONTRATISTA tendrá la obligación de modificar dichas pólizas, para lo cual tendrá tres (3) días hábiles a partir de recibir la notificación de la no aceptación de las pólizas presentadas anteriormente.

Ninguna póliza podrá ser anticipadamente cancelada por ningún concepto, a no ser con la autorización de la CELEC EP, caso contrario se aplicarán las sanciones estipuladas por dicho incumplimiento, incluso con la terminación unilateral del contrato.

La contratación de dichos seguros, no le exime a la CONTRATISTA de su responsabilidad frente a las indemnizaciones que deba reconocer por cualquier daño causado en el cumplimiento de las actividades objeto de este contrato.

La CONTRATISTA cubrirá y cancelará los siniestros menores (bajo deducibles) que afecten los bienes, propiedades y/o personas de la CELEC EP o de terceros, como consecuencia de las actividades desarrolladas por la CONTRATISTA en la ejecución

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593 2) 2992500
www.celec.gob.ec/termopichincha/








REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EF
Unidad Operativa Termopichincha

del presente contrato; y, que no sean cubiertos por sus pólizas de seguros por ser inferiores a los deducibles de las mismas, así como los montos que superen el monto asegurado.

**Cláusula Décima Primera.- PRÓRROGAS:**

En casos de prórrogas se requerirá la autorización del Gerente de la Unidad de Negocio CELEC EP - Termopichincha, previo informe del Administrador del contrato.

La contratante prorrogará el plazo total o los plazos parciales en los siguientes casos:

a) Cuando el contratista así lo solicitare, por escrito, justificando los fundamentos de la solicitud, dentro del plazo de diez (10) días siguientes a la fecha de producido el hecho, siempre que este se haya producido por motivos de fuerza mayor o caso fortuito aceptado como tal por la máxima autoridad de la entidad contratante o su delegado, previo informe del administrador del contrato. Tan pronto desaparezca la causa de fuerza mayor o caso fortuito, el contratista está obligado a continuar con la ejecución del contrato, sin necesidad de que medie notificación por parte del administrador del contrato para reanudarlo.

Para los efectos contemplados en este contrato, los términos de fuerza mayor o caso fortuito se entenderán conforme se define a continuación:

*"Un acontecimiento de Fuerza Mayor, significa un acontecimiento que está más allá del control razonable y que no implica el error o negligencia de la parte que lo alega, acontecimiento que esa parte no podía prevenir o prever desde un punto de vista razonable, incluidos, sin que esto limite la generalidad de lo anterior, guerra (declarada o por declarar), insurrección, actos de terrorismo (excepto los actos de terrorismo perpetrados por los propios empleados, representantes o contratistas de una Parte), las leyes o decretos del Gobiernos o de los Organismos gubernamentales (incluidos los organismos legislativos y las autoridades locales y portuarias), boicoteos, huelgas o actos fortuitos".*

En consecuencia, se estipula que eventos relacionados con la COVID-19 y/o conflictos en Ucrania podrán ser considerados fuerza mayor o caso fortuito en la medida en que impacten las obligaciones de la CONTRATISTA bajo el contrato, de manera proporcional a dicho impacto.

En el caso de fuerza mayor o caso fortuito, la parte afectada notificará a la otra, dentro del plazo de diez (10) días calendario subsiguientes de ocurrido el hecho, y explicará los efectos causados por el evento en el cumplimiento del contrato, para el efecto deberá presentar la documentación correspondiente.

La calificación de la causa de fuerza mayor o caso fortuito alegado por la CONTRATISTA, la realizará el Administrador del contrato, en un plazo de cinco días de recibida la petición, previo informe jurídico emitido por parte de CELEC EP

En casos de prórroga de plazo, las partes elaborarán un nuevo cronograma, que suscrito por ellas, sustituirá al original o precedente y tendrá el mismo valor contractual del sustituido. Y en tal caso se requerirá la autorización de la máxima autoridad de la contratante, previo informe del administrador del contrato.

Dirección: San Sebastián de Santa Lance y Pedro Fermín Cevallos.
Centro postal: 570020 Quito - Ecuador
Teléfono: 593 (2) (2) (2) (2)
www.celec.gob.ec termopichincha



EL NUEVO
ECUADOR



REPÚBLICA
DEL ECUADOR



Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

La suspensión de la ejecución del contrato puede ser declarada por CELEC EP, esta debe ser motivadas por la contratante u ordenadas por ella y que no se deban a causas imputables al contratista.

**Cláusula Décima Segunda.- MULTAS:**

**12.1** La Contratante, retendrá por concepto de multa, la cantidad equivalente al 2 por mil (2 x 1,000) diarios sobre el porcentaje de las obligaciones que se encuentren pendientes de ejecutarse conforme los hitos establecidos en el contrato y cronograma de trabajo, la multa será por retraso o por cualquier incumplimiento de las obligaciones pendientes de ejecutar que contrae en virtud del contrato, por lo tanto, el cálculo de multas se realizará en función del hito incumplido.

| HITO | CRONOGRAMA 120 DÍAS PLAZO |
|---|---|
| PRIMER HITO DE CUMPLIMIENTO DEL CONTRATO: Se entenderá cumplido este hito contra presentación del PACKING LIST, informe de inspección y verificación en fábrica, emitida por la comisión técnica y/o verificadora delegada por CELEC EP en la que deberá participar el administrador del contrato, misma que verificar todos los grupos electrógenos ofertados. | Hasta 60 días |
| SEGUNDO HITO DE CUMPLIMIENTO DEL CONTRATO.-Obras Civiles, instalación, puesta en servicio y pruebas de operación con HFO6 de la generación instalada a satisfacción de CELEC EP. | Hasta 117 días |
| TERCER HITO DE CUMPLIMIENTO DEL CONTRATO.-Mediante la transferencia de conocimientos, misma que se efectuará dentro del plazo contractual y la presentación de la garantía técnica de los bienes en las condiciones establecidas en el contrato u orden del compra. | Hasta 120 días |
| PLAZO TOTAL DÍAS | 120 |

Nota:    1. El cálculo de la multa tendrá relación directa con la forma de pago e incumplimiento de presentación de garantías.
2.Cuando se hace mención al cronograma de trabajo se entiende como el cumplimiento a los plazos establecidos en los hitos del contrato.
3.Los plazos establecidos correrán a partir de la suscripción del contrato

**12.2** CELEC EP – Unidad de Negocio TERMOPICHINCHA retendrá por concepto de multa, la cantidad equivalente al 2 por mil (2 x 1,000) del valor total del contrato por cada día de retraso en la falta de presentación, a satisfacción de CELEC EP, de las garantías de fiel cumplimiento de contrato y ambiental, para lo cual no se admitirá justificaciones de caso fortuito o fuerza mayor.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+539 7) 3932500
www.celec.gob.ec/termopichincha/







EL NUEVO
ECUADOR
CELEC EP
Corporación Eléctrica del Ecuador

REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**12.3** En el evento de caso fortuito o fuerza mayor, debidamente comprobado y aceptado por la Contratante, para lo cual se notificará dentro de los diez (10) días calendario subsiguientes de ocurridos los hechos. Vencido este plazo, de no mediar dicha notificación, se entenderán como no ocurridos los hechos que alegue la Contratista como causa para la no ejecución de la orden en los plazos que está obligado. Las multas legítimamente impuestas no serán devueltas bajo ningún concepto.

Adicionalmente el administrador del contrato designado por el Gerente de Unidad de Negocio podrá mediante informe motivado, elaborar el pedido de multa en cuanto exista inconformidad con el cumplimiento de los plazos.

Si el valor de las multas impuestas llegare a superar el cinco por ciento (5%) del monto del contrato, La Contratante podrá declarar, anticipada y unilateralmente la terminación del contrato, así como ejecutar las garantías pertinentes.

Para la aplicación de las multas se considerará lo siguiente:

a) El Administrador de Contrato notificará a la CONTRATISTA por escrito dentro del término de cinco (5) días de conocido el incumplimiento, dejando constancia en el informe correspondiente, a fin de que sea descontada de la(s) informe(s) pendiente(s) de pago.

b) La CONTRATISTA presentará por escrito sus argumentos justificativos de descargo dentro del plazo de diez (10) días contados desde la fecha en que fue notificada.

c) CELEC EP ratificará o dejará sin efecto la multa, según corresponda, dentro del plazo de diez (10) días contados desde la fecha de presentación de los argumentos justificativos de descargo por parte de la CONTRATISTA.

d) Una vez ratificada la multa, se aplicará con cargo a cualquiera de los informes pendiente de pago, sin mediar ninguna comunicación del Administrador de Contrato.

e) No se aplicarán multas cuando el incumplimiento sea consecuencia de circunstancias provenientes de fuerza mayor o caso fortuito según los estipulado en la regulación Nro. ARCERNNR 001-23.; o, por causas justificadas por la CONTRATISTA y aceptadas por el Administrador de Contrato de CELEC EP.

f) CELEC EP podrá recuperar los valores por multas aplicadas al CONTRATISTA, de las facturas pendientes de pago emitidas por la CONTRATISTA o de la Garantía de Fiel Cumplimiento o por cualquier otra vía judicial, extrajudicial.

**Cláusula Décima Tercera.- OBLIGACIONES DE LAS PARTES:**

**13.1 OBLIGACIONES DEL CONTRATISTA**

- Dar cumplimiento cabal a lo establecido en las bases del proceso, estudios, especificaciones técnicas y sus anexos y condiciones del contrato.
- La contratista deberá entregar al administrador del contrato, el cronograma de actividades a efectuarse previo a la instalación de los generadores nuevos en cada locación.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170525 / Quito - Ecuador
Teléfono: +593 ...
información electrónica: info@celec...





**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- Ejecutar el contrato sobre la base de las especificaciones técnicas, informes técnicos, oferta y toda documentación entregada por CELEC EP. En tal virtud, la Contratista no podrá aducir error atribuible a CELEC EP, falencia o cualquier inconformidad con los mismos, como causal para solicitar ampliación de plazo o incremento de costos operacionales, de conexión e interconexión o cualquier otro reclamo relacionado con las condiciones técnicas y contractuales.
- Los valores que se establezcan para este contrato son fijos e inalterables y no están sujetos a reajuste por ningún concepto, por lo que la Contratista renuncia expresamente a ello, y declara que su oferte incluye cualquier tipo de costos, impuestos ante autoridad pública.
- La Contratista está obligada a cumplir con cualquier otra obligación que se derive natural y legalmente del objeto del contrato y sea exigible por constar en cualquier documento de este o en norma legal específicamente aplicable.
- La Contratista se obliga a ejecutar el contrato sobre la base de las especificaciones técnicas y bases del procedimiento de contratación.
- La Contratista se obliga a entregar los bienes definidos en las especificaciones técnicas, mismos que declara que son nuevos de fábrica todos y cada uno de su componentes.
- La Contratista se obliga a entregar los manuales y toda información referente al bien adquirido en inglés y en español.
- La Contratista se obliga a ejecutar el contrato de acuerdo con las especificaciones técnicas.
- El precio acordado en el contrato constituirá la única compensación para el el/la Contratista por todos sus costos, inclusive cualquier impuesto, derecho, tasa o contribución que él tuviera que pagar, tasas aduaneras, por lo que no existirá valor adicional que pagar. El contratista está exento del pago de aranceles por la importación de los bienes.
- La Contratista se obliga a cumplir el objeto del contrato dentro del plazo convenido a entera satisfacción de CELEC EP.
- La Contratista se obliga a entregar las facilidades para que el Administrador del Contrato cumpla eficientemente sus funciones; entregar la información relacionada al cumplimiento de las especificaciones técnicas y permitir que personas autorizadas por CELEC EP, supervisen las pruebas que ejecuta el fabricante para certificar la óptima funcionalidad de los bienes a adquirir.
- La Contratista debe proteger y liberar de responsabilidad a CELEC EP y a sus representantes de cualquier reclamo o juicio que surgiera como consecuencia de la contravención o falta de cumplimiento de leyes u ordenanzas por parte de la Contratista o su personal.
- Gestionar los permisos y autorizaciones, que le correspondan, necesarias ante las entidades estatales pertinentes sin limitarse a: la importación, movilización, construcción, montaje, comisionado, puesta en marcha y permisos necesarios de su correcto funcionamiento.
- La Contratista se obliga durante la ejecución del contrato al cumplimiento de lo exigido en materia de contratación pública, laboral, ambiental, seguridad social, seguridad industrial, salud ocupacional, societaria, tributaria, de acuerdo a la naturaleza contractual que fuere aplicable, por la naturaleza del presente contrato.
- La instalación de los sistemas para control de parámetros durante la ejecución contractual (consumo de combustibles, potencias, rendimiento), así como para el cumplimiento de los parámetros ambientales y sus límites máximos permisibles definidos en la normativa ambiental vigente estarán a cargo de la Contratista y serán conforme los términos de la contratación y especificaciones técnicas que forman parte de este documento. Adicionalmente, la Contratista deberá

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593 7) 2992300
www.celec.gob.ec/termopichincha/







**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

considerar la tecnología y/o mecanismos de control necesarios que le permitan cumplir con este fin. La contratista deberá en cada locación dar cumplimiento al Plan de Manejo Ambiental correspondiente.

- La contratista deberá garantizar la entrega de la potencia efectiva en sitio según su oferta. En caso de que no se cumpla con este parámetro durante las pruebas de operación, CELEC EP podrá descontar de manera proporcional los MW no entregados de acuerdo con el costo de la potencia ofertada.
- Luego de ejecutadas las pruebas de recepción de la Central, en caso de que el consumo específico de combustible sea mayor al consumo ofertado (gr/kWh) se aplicará un descuento de 100.000 USD, por cada gr/kWh adicional de consumo.
- La contratista deberá realizar la transferencia de conocimiento necesaria al personal designado por la Contratante durante el proceso de instalación, montaje puesto en marcha. Así mismo durante el período de operación asistida por al menos seis meses.
- La contratista deberá entregar previa a la suscripción de Acta Entrega Definitiva lo siguiente:
  - Manual de uso y manejo de los equipos a ser suministrados producto, en formato digital y en físico.
  - CD o información en línea donde se dé a conocer información del producto, procedencia de materias primas, fechas y registros de producción.
  - Certificados de calidad o normativa (escaneados) bajo los cual fuere desarrollado el producto (en caso de que existiesen).
  - Certificados de calibración del producto, dependiendo del caso.
  - Cualquier otra información sobre estándares industriales de medidas, pruebas y control de calidad.
  - Taller o curso de capacitación para conocer el correcto uso o manejo de la central y equipos de generación.
  - CD donde se exponga el curso o taller de capacitación que fue dado a personal ecuatoriano.
  - Garantía de defectos de fábrica por 40 años desde la suscripción del presente contrato.
- Cumplir con las normas ambientales vigentes, plan de manejo ambiental, planes de acción y demás obligaciones que se deriven de las autorizaciones administrativas ambientales u otras de cada uno de los sitios. El combustible deberá cumplir con las condiciones establecidas en las especificaciones técnicas, en caso de no cumplir con esas características técnicas la contratista queda exenta de cualquier responsabilidad ambiental.
- El cumplimiento de la normativa ambiental deberá considerar el uso de los combustibles entregados por CELEC EP.
- Mantener un solo canal de comunicación oficial con CELEC EP por intermedio del Administrador del Contrato.
- La Contratista deberá manejar de manera expedita y entregar a CELEC EP a su simple solicitud, toda la información relacionada con permisos de trabajo, planes de manejo ambiental con registros de gestión y disposición de desechos, registros de mantenimiento de sistemas contra incendios, planes de manejo de emergencia con sus respectivos registros de cumplimiento de simulacros, considerando los plazos establecidos en la normativa vigente o requerimientos de las autoridades competentes para la entrega de los mismos.

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos.
Código postal: 170201 / Quito - Ecuador
Quito - 593 PBX...
www.celec.gob.ec Unidad Termopichincha





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- La Contratista cumplirá las políticas antisoborno de CELEC EP; así como, garantizará el origen lícito de los recursos económicos utilizados para la ejecución contractual.
- Será responsabilidad de la contratista suministrar las herramientas básicas necesarias para los mantenimientos en coordinación con el administrador del contrato (al menos un juego de herramientas por cada grupo de cuatro unidades de generación incluye herramientas especiales).
- El contratista deberá efectuar el mantenimiento de los equipos durante el primer año de uso de los mismos.
- La contratista se obliga entregar una Garantía Técnica por un periodo de (3) años, contados a partir de la suscripción del Acta Entrega Recepción Definitiva.
- La contratista deberá suscribir un compromiso de acompañamiento y transferencia de conocimientos al personal de CELEC EP, durante seis meses posterior a la suscripción del Acta Entrega Recepción Definitiva.
- La Contratista, es responsable de toda la cadena logística, incluyendo el transporte internacional y el seguro, y asume los costos generados en la descarga de los bienes en el terminal (aéreo, marítimo) al que arribe la carga. Además, es responsable del transporte interno en el pais de destino hasta que la mercadería sea entregada en las instalaciones correspondientes, así como de todas las acciones materiales, insumos, obras civiles que permitan la incorporación de 100 MW al S.N.I. La CELEC EP es responsable únicamente de las formalidades aduaneras para la nacionalización de la carga, todo las demás acciones son responsabilidad del contratista.
- El contratista se compromete a ejecutar el contrato derivado del procedimiento de contratación tramitado, sobre la base de las especificaciones técnicas o los términos de referencia elaborados por la entidad contratante y que fueron conocidos en la etapa precontractual; y en tal virtud, no podrá aducir error, falencia o cualquier inconformidad con los mismos, como causal para solicitar ampliación del plazo, o contratos complementarios. La ampliación del plazo, o contratos complementarios podrán tramitarse solo si fueren aprobados por la administración.
- El contratista se compromete durante la ejecución del contrato, a facilitar a las personas designadas por la entidad contratante, toda la información y documentación que éstas soliciten para disponer de un pleno conocimiento técnico relacionado con la ejecución del contrato, así como de los eventuales problemas técnicos que puedan plantearse y de las tecnologías, métodos y herramientas utilizadas para resolverlos.
- El contratista está obligado a cumplir con cualquiera otra que se derive natural y legalmente del objeto del contrato y sea exigible por constar en cualquier documento del mismo o en norma legal específicamente aplicable.

## 13.2 OBLIGACIONES DEL CONTRATANTE

- Designar a los Administradores de Contrato y Supervisores, y equipo técnico necesarios, para el adecuado control de su ejecución contractual, quienes velarán por el cabal y oportuno cumplimiento de todas y cada una de las obligaciones derivadas del mismo, por lo que adoptarán las acciones que sean necesarias para evitar incumplimientos. Las atribuciones que el Administrador del Contrato cumplirá serán las determinadas en el contrato.
- Notificar a la Contratista la designación de los funcionarios por parte de CELEC EP para la Administración y Supervisión del instrumento contractual.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+539 7) 2992500
www.celec.gob.ec/termopichincha







REPÚBLICA
DEL ECUADOR

- Dar solución a las peticiones y problemas que se presenten en la ejecución del contrato a través del Administrador de contrato en un plazo de cinco (5) días contados a partir de la petición escrita formulada por la Contratista.
- Hacer cumplir los procedimientos de seguridad, salud, ambiente y normativa de CELEC EP.
- Suscribir las actas entrega recepción, parcial y definitiva una vez recibido el bien; y, en general cumplir con las obligaciones derivadas del contrato.

### Cláusula Décima Cuarta.- TERMINACION DEL CONTRATO

**14.1** El presente Contrato terminará por las siguientes causas, de acuerdo al previsto en esta cláusula:

a) Por cumplirse el objeto del contrato;
b) Por mutuo acuerdo de las partes;
c) Por sentencia o laudo ejecutoriados que declaren la nulidad del contrato o la resolución del mismo a pedido del contratista;
d) Por declaración unilateral del contratante, en caso de incumplimiento del contratista; y,
e) Por disolución de la persona jurídica contratista que no se origine en decisión interna voluntaria de los órganos competentes de tal persona jurídica.

**14.2** Causales de Terminación unilateral del contrato.- Tratándose de incumplimiento del contratista, procederá la declaración anticipada y unilateral de la contratante, se considerarán las siguientes causales:

a) Por incumplimiento del contratista;

b) Si el contratista no notificare a la contratante acerca de la transferencia, cesión, enajenación de sus acciones, participaciones, o en general de cualquier cambio en su estructura de propiedad, dentro de los cinco días hábiles siguientes a la fecha en que se produjo tal modificación;

c) Si el contratista incumple con las declaraciones que ha realizado en la oferta;

d) Por quiebra o insolvencia del contratista;

e) Si el valor de las multas supera el monto de la garantía de fiel cumplimiento del contrato;

f) Por suspensión de los trabajos, por decisión del contratista, por más de veinte (20) días, sin que medie fuerza mayor o caso fortuito;

g) La Entidad Contratante también podrá declarar terminado anticipada y unilateralmente el contrato cuando, ante circunstancias técnicas o económicas imprevistas o de caso fortuito o fuerza mayor, debidamente comprobadas, el contratista no hubiere accedido a terminar de mutuo acuerdo el contrato. En este caso, no se ejecutará la garantía de fiel cumplimiento del contrato.

**14.2.1 Procedimiento de terminación unilateral. -** Antes de proceder a la terminación unilateral, CELEC EP notificará al contratista, con la anticipación de diez

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos
Código postal: 170523 / Quito - Ecuador
Teléfono: 593-2-
www.celec.gob.ec/termopichincha

**ECUADOR** *EL NUEVO*



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

(10) días término, sobre su decisión de terminarlo unilateralmente. Junto con la notificación, se remitirán los informes técnico y económico, referentes al cumplimiento de las obligaciones de la contratista. La notificación señalará específicamente el incumplimiento o mora en que ha incurrido el contratista y le advertirá que, de no remediarlo en el término señalado, se dará por terminado unilateralmente el contrato.

Si el contratista no justificare la mora o no remediare el incumplimiento, en el término concedido, CELEC EP podrá dar por terminado unilateralmente el contrato, mediante resolución de la máxima autoridad, que se comunicará al contratista.

### Cláusula Décima Quinta. - DE LA ADMINISTRACIÓN DEL CONTRATO

La CONTRATANTE designa al señor Ingeniero **LUIS UGSHA GUANOTASIG**, Supervisor de Operación de CELEC EP- TERMOPICHINCHA, en calidad de administrador de contrato, quien deberá atenerse a las condiciones del presente contrato y sus documentos habilitantes; y, velará por el cabal cumplimiento del mismo.

Todas las comunicaciones, sin excepción, entre el administrador del contrato y el contratista se harán a través de documentos por medios electrónicos.

La contratante podrá cambiar motivadamente al Administrador del Contrato, mediante oficio, que será notificada al Administrador saliente, al Administrador entrante, a la CONTRATISTA.

Son funciones del administrador del contrato las siguientes:

1. Coordinar todas las acciones necesarias para garantizar la debida ejecución del contrato;

2. Cumplir y hacer cumplir todas las obligaciones derivadas del contrato y los documentos que lo componen;

3. Adoptar las acciones para evitar retrasos injustificados en la ejecución del contrato;

4. Imponer las multas establecidas en el contrato, para lo cual se deberá respetar el debido proceso; conforme el artículo 293 del Reglamento General a la Ley Orgánica del Sistema Nacional de Contratación Pública.

5. Administrar las garantías correspondientes que se mantendrán vigentes durante todo el plazo de vigencia del contrato, esta obligación podrá ser coordinada con el tesorero de la entidad contratante o quien haga sus veces, a quien corresponde el control y custodia de las garantías. La responsabilidad por la gestión de las garantías será solidaria entre el administrador del contrato y el tesorero;

6. Reportar a la máxima autoridad de la entidad contratante, cualquier aspecto operativo, técnico, económico y de otra naturaleza que pudieren afectar al cumplimiento del contrato;

7. Coordinar con las direcciones institucionales y con los profesionales de la entidad contratante, que, por su competencia, conocimientos y perfil, sea indispensable su intervención para garantizar la debida ejecución del contrato;

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (593 9) 2992300
www.celec.gob.ec/termopichincha/







REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador – CELEC EP
Unidad Operativa Termopichincha

8. Proporcionar al contratista las instrucciones necesarias para garantizar el cumplimiento del contrato sobre la base de las especificaciones técnicas o términos de referencia y en las condiciones establecidas en el contrato;

9. Requerir motivadamente al contratista, la sustitución de cualquier integrante de su personal cuando lo considere incompetente o negligente en su oficio, presente una conducta incompatible con sus obligaciones, se negare a cumplir las estipulaciones del contrato y los documentos anexos. El personal con el que se sustituya deberá acreditar la misma o mejor capacidad, experiencia y demás exigencias establecidas en los pliegos;

10. Autorizar o negar el cambio del personal asignado a la ejecución del contrato, verificando que el personal que el contratista pretende sustituir acredite la misma o mejor capacidad, experiencia y demás exigencias establecidas en los pliegos, desarrollando adecuadamente las funciones encomendadas;

11. Reportar a las autoridades competentes, cuando tenga conocimiento que el contratista se encuentra incumpliendo sus obligaciones laborales y patronales conforme a la ley;

12. Elaborar e intervenir en las actas de entrega recepción parciales y definitivas; así como, coordinar con el contratista la recepción del mismo;

13. Elaborar el informe de emergencia a fin de Publicar en el Portal COMPRASPÚBLICA en cumplimiento del artículo 241 del RGLOSNCP.

14. Preparar y organizar el expediente de toda la gestión de administración del contrato, dejando evidencia documental a efectos de las auditorias ulteriores que los órganos de control del Estado realicen;

15. Cualquier otra que de acuerdo con la naturaleza del objeto de contratación sea indispensable para garantizar su debida ejecución. Las atribuciones adicionales del administrador del contrato deberán estar descritas en el contrato.

El administrador del contrato deberá remitir cada 10 días, contados desde el día siguiente de la firma del contrato, a la Gerencia de la Unidad, el avance del cumplimiento del contrato para que el Gerente de la Unidad de Negocio TERMOPICHINCHA remita al Gerente General dicho avance.

**Cláusula Décima Sexta.- SOLUCIÓN DE CONTROVERSIAS**

De suscitarse divergencias o controversias relativas al cumplimiento, interpretación y ejecución de este Contrato y no se lograre un acuerdo directo entre las partes, se someterá a Mediación en el Centro de Mediación de la Procuraduría General del Estado con sede en Quito.

De no llegar a un acuerdo en mediación, tal divergencia o controversia será resuelta definitivamente por arbitraje en derecho, administrado por el Centro de Arbitraje y Mediación de la Cámara Ecuatoriana Americana. El Tribunal estará conformado por tres árbitros principales y un alterno y serán seleccionados de la siguiente forma: cada una de las partes, en el término de cinco (05) días contados desde la citación de la



EL NUEVO
ECUADOR
Corporación Eléctrica del Ecuador



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

demanda arbitral, elegirá su árbitro que podrá o no pertenecer a la lista oficial proporcionada por el Centro de Arbitraje y Mediación y los dos árbitros elegidos escogerán al tercer árbitro, quien presidirá el Tribunal y al árbitro alterno. El tercer árbitro y el árbitro alterno podrán ser seleccionados de la lista oficial proporcionada por el Centro de Arbitraje y Mediación, en el término de cinco (05) días contados a partir de la fecha en que ambos árbitros nombrados por las partes hayan manifestado por escrito su aceptación de desempeñar el cargo. Las Partes podrán objetar la designación de un árbitro si apareciere alguna revelación de dicho árbitro que comprometa su imparcialidad e independencia, para lo cual el Centro de Arbitraje y Mediación de la Cámara de Comercio de Quito suspenderá el término correspondiente hasta que se resuelva sobre tal revelación. En el evento en que alguna de las partes o los árbitros designados por éstas, no efectuaren las designaciones que les corresponden dentro del término previsto, éstas se efectuarán por sorteo, a pedido de cualquiera de las partes, conforme lo establece el inciso quinto del artículo 16 de la Ley de Arbitraje y Mediación.

Las partes autorizan al Tribunal Arbitral para que ordene y disponga medidas cautelares que procedan y se ajusten a la normativa procesal ecuatoriana y para la ejecución de tales medidas. El Tribunal solicitará el auxilio de funcionarios públicos, judiciales, policiales y administrativos que sean necesarios, sin tener que recurrir a juez ordinario alguno.

El laudo que expida el Tribunal Arbitral deberá fundarse en derecho y por consiguiente sujetarse al Contrato, especificaciones técnicas, la ley, a los principios universales del derecho, a la jurisprudencia y a la doctrina.

Las partes se obligan a acatar el laudo arbitral que se expida.

Los costos y gastos arbitrales que genere el proceso arbitral serán cubiertos por el demandante.

El lugar del arbitraje será en la ciudad de Quito, en las instalaciones del Centro de Arbitraje y Mediación de la Cámara Ecuatoriana Americana y su tramitación será confidencial.

La Contratista renuncia a utilizar la vía diplomática para todo reclamo relacionado con este Contrato. Si la Contratista, incumpliere este compromiso, la Contratante podrá dar por terminado unilateralmente el Contrato y hacer efectivas las garantías.

### Cláusula Décima Séptima.- COMUNICACIONES ENTRE LAS PARTES

Todas las comunicaciones, sin excepción, entre las partes, relativas al contrato, serán formuladas por escrito o por correo electrónico y en idioma castellano.

Las notificaciones referentes a cualquier procedimiento de arbitraje serán realizadas también a la Procuraduría General del Estado (Ecuador).

Las comunicaciones entre el Administrador del Contrato y la Contratista se harán a través de documentos escritos o por medios electrónicos.

Las notificaciones que el Administrador del Contrato y la Contratista que deben efectuar en virtud de lo dispuesto en este contrato, podrán ser de forma electrónica a través de correo electrónico o por escrito para lo cual las partes fijan sus domicilios conforme se detalla a continuación:

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito  Ecuador
Teléfono: (+593 7) 2992500
www.celec.gob.ec/termopichincha/





**REPÚBLICA**
**DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**DATOS CONTRATISTA:**
**CONTRATISTA**      **PROGEN INDUSTRIES LLC.,**
**ID#:**               M17000002840
**Dirección:**         600 Prairie Industrial Parkway, Mulberry FL 33860
**Teléfono:**          818-587-6454
**Contacto:**          Andrew S. Williamsom
**mail:**              hs@progen1.com

**DATOS CONTRATANTE:**
**CONTRATANTE:**   **CELEC EP UNIDAD DE NEGOCIO TERMOPICHINCHA.**
**RUC:**               1768152800001
**Dirección:**         Calle Sebastián de Benalcázar y Pedro Fermín Cevallos
**Teléfono:**          (02) 299-2500
**Correo electrónico:**    luis.ugsha@celec.gob.ec
**Ciudad:**            Quito-Ecuador

**Cláusula Décima Octava.- CONFIDENCIALIDAD:**

Cada una de las partes, se obligan a guardar absoluta reserva, discreción y confidencialidad sobre los términos de este Contrato y sobre toda la Información que producto del presente contrato reciban.

En caso de violación de esta obligación se podrán ejercer las acciones civiles o penales correspondientes.

Es de exclusiva propiedad de las Partes la Información que ha entregado a la otra, constituyendo falta de gravedad extrema: a) la divulgación de la misma en cualquier forma; b) su utilización hacia fines distintos o desviados respecto del específico descrito en cada orden de servicio.

Información confidencial significa cualquier información oral, escrita, mecanografiada, impresa, grabada o gráfica, incluyendo medios generados de computación, producidos o reproducidos y sin consideración de que sean o no creados por las Partes o alguna otra entidad que los hubiere generado para éstas.   Será considerada confidencial toda la información cursada entre las Partes aun cuando no haya sido marcada como confidencial previo a su divulgación.

Desde la fecha de divulgación hasta dos años posteriores al vencimiento del Acuerdo Comercial, la parte que reciba Información ("Receptor") de la otra parte ("la Parte Emisora") conservará la información recibida con carácter confidencial y no la divulgará sin el consentimiento de la parte emisora; asimismo, debe aplicar a la información el mismo tratamiento que aplica a su propia información confidencial o privada. Con el fin de mantener la confidencialidad de este Acuerdo, las partes serán receptores de la información comprendida en el mismo.

No obstante lo anterior, la Información que se indica a continuación no se considerará confidencial y el Receptor no tendrá ninguna obligación con respecto a ella: la Información que: (a) ya es conocida por el Receptor con anterioridad a la suscripción de este contrato, (b) es desarrollada por el Receptor con independencia de este

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (593) 2 299 2500
uon.termopichincha.e







REPÚBLICA
DEL ECUADOR



Corporación Eléctrica del Ecuador CELEC EP
Unidad Operativa Termopichincha

Acuerdo y es divulgada en virtud de este Acuerdo, (c) es o pasa a ser dominio público sin que medie culpa o acto ilícito del Receptor, (d) tiene que ser divulgada o presentada por el Receptor como requisito impuesto por una autoridad competente, leyes o reglamentaciones oficiales, (e) sujeto está cubierta por una orden legal notificada al Receptor, (f) ya era de dominio público previo a la suscripción del presente Acuerdo.

Si el Receptor recibe una notificación legal donde se le solicita o exige que divulgue información, el receptor comunicará esta circunstancia de inmediato a la parte emisora para que ésta tome las medidas legales que correspondan para evitar su divulgación.

### Cláusula Décima Novena. - CUMPLIMIENTO DE POLÍTICA ANTISOBORNO DE CELEC EP

**19.1** LA CONTRATISTA declara, asegura y se compromete a que: ella, sus compañías asociadas, sus compañías afiliadas, sus compañías relacionadas y sus subcontratistas, no han hecho, ofrecido, ni ofrecerán pagos, préstamos u obsequios de dinero u objetos de valor, directa o indirectamente a:

a) Un funcionario de autoridad pública alguna, ni a empleados.
b) Un movimiento o partido político o miembro de este.
c) Cualquier otra persona cuando la parte sepa o haya tenido motivos para saber que cualquier parte de dicho pago, préstamo u obsequio será entregado o pagado directa o indirectamente a cualquier funcionario o empleado público, candidato, partido político o miembro de éste; o,
d) A cualquier otra persona o ente cuando esos pagos, préstamos u obsequios de dinero u objetos de valor, pudieran violar las leyes de cualquier jurisdicción pertinente.

**19.2** CELEC EP podrá dar por terminado este contrato según lo indicado en la presente cláusula, en caso de comprobarse a través del debido proceso que, LA CONTRATISTA ha incumplido la cláusula antisoborno de este contrato y/o la Política Antisoborno de CELEC EP, que forma parte integrante de este contrato.

**19.3** LA CONTRATISTA se obliga a tomar todas las medidas necesarias y razonables para garantizar que: ella, sus compañías asociadas, sus compañías afiliadas, sus compañías relacionadas, sus subcontratistas y sus respectivos directores, gerentes, empleados, agentes y representantes involucrados en la ejecución de este contrato, cumplan con todas las leyes aplicables, incluyendo específicamente los requerimientos antisoborno de CELEC EP establecidos en su política antisoborno.

**19.4 Negociación de este contrato.** - Las partes declaran y reconocen que todas las cláusulas, anexos, términos, condiciones y, en general, todo el contenido de este contrato, han sido totalmente negociados, redactados y aceptados por ambas partes de buena fe y, en consecuencia, ninguna parte puede alegar en beneficio propio el desconocimiento de este contrato o la auditoría de ciertos términos y condiciones de este contrato a la otra parte.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593 7) 299 2590
www.celec.gob.ec/termopichincha/





REPÚBLICA
DEL ECUADOR

**19.5** Autorización a los organismos de control correspondientes, el levantamiento del sigilo bancario de las cuentas nacionales y extranjeras, que se encuentran a nombre de mi representante legal, a fin de verificar el origen lícito de los fondos y recursos a emplearse en la ejecución del presente contrato.

### Cláusula Vigésima. – ACEPTACIÓN DE LAS PARTES

Libre y voluntariamente, las partes expresamente declaran su aceptación a todo lo convenido en el presente contrato y se someten a sus estipulaciones.

Dado y firmado en cuatro ejemplares de mismo valor y contenido, a los dos días del mes de agosto de 2024 en la ciudad de Quito – Ecuador.

ING.BYRON OROZCO MORENO

**GERENTE UNIDAD DE NEGOCIO
CELEC EP- TERMOPICHINCHA**

**CONTRATANTE**

ANDREW S. WILLIAMSON

**PROGEN INDUSTRIES LLC.
(EEUU)**

**CONTRATISTA**

Se incorpora al presente contrato, formando parte integrante de la misma, la Oferta Técnico-Económica emitida por la compañía PROGEN INDUSTRIES LLC, las especificaciones técnicas que constan en el documento M17.P01.S03-F29 Especificaciones técnicas de bienes provistos en el extranjero.

**Revisiones:**

| Elaborado y Aprobado por : | Abg Cristhian Dahik Subgerente Jurídico Termopichincha | Se ha elaborado, revisado y aprobado de forma íntegra el contrato y sus documentos habilitantes, por lo que declaro entender y estar de acuerdo con todos los términos planteados en él, por lo que recomiendo su suscripción a esta en cumplimiento de la normativa legal vigente. | |
|---|---|---|---|

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos
Código postal: 170102 / Quito - Ecuador
Teléfono: (+02) 3962000
www.celec.gob.ec/termopichincha

EL NUEVO
ECUADOR

# English
# Translation

# FIRST

## "EMERGENCY CONTRACT NO. TPI-CON-00#2-24 CONTRACTING ABROAD "EMERGENCY CONTRACT FOR LAND-BASED POWER GENERATION IN SALITRAL" EM-CELECEP-2024-04316"

GRANTED BY:

ELECTRIC CORPORATION OF ECUADOR CELEC EP

IN FAVOR OF:

PROGEN INDUSTRIES LLC

DATE:

SEPTEMBER 3, 2024

AMOUNT:

UNKNOWN

REPUBLIC
OF ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

Quito, September 2, 2024

**SUBJECT:** REQUEST FOR REGISTRATION OF CASE NO. TPI CON-0062-24/ 'CONTRACTING ABROAD.

Dear Notary Public

Dr. Ana Vallejo.

**Forty-seventh Notary Public of the Canton of Quito.**

I hereby request that your authority proceed to register the contract, the purpose is EMERGENCY CONTRACTING OF TERRERSTRIAL GENERATION IN SALITRAL, corresponding to Special Emergency Regime Procedure No. EM-CELECEP-2024-04316, signed with the number: Emergency Contract No. 1-CON-0062-24/ 'Contratación en el Extranjei'o' (Contracting Abroad).

I kindly request that the corresponding notarization be carried out la siguiem documentation documentation:

1.- Original copy of contract TPI-CON-0062-24/ 'Hiring Abroad.

2- Identification and legal representation documents of the parties.

2.1 Identification and legal representation documents of the Contracting Party:
2.1.1 Identity card, voting card of the Manager, Head of the CELEC EP-TERMOPICHINCHA Business Unit, Byron Orozco.
2.1.2  Special Power of Attorney dated June 20, 2024, granted by the General Manager and as such Legal Representative of the Strategic Public Company Corporación Eléctrica del Ecuador CELEC £P, granted at the Second Notary Public of the canton of Quito, before Dr. Paola Sofía Delgado Loor;
2.1.3 Resolution No. CEL-RES-2024-0108 of June 10, 2024.
2.1.4 Resolution No. CEL-RES-2024-0114 of June 25, 2024.

2.2 On behalf of the contractor:
2.2.1 Copy of the passport of the legal representative of PROGEN.
2.2.2 Apostilled documents:
  • Document(s) authorizing the legal representative or their delegate.
  • Document proving the legal existence of the company.
  • Specific experience presented in the bid.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Codigo postal: 3522 / Quito
Telefono: 2392500
gob.ec/termopichincha/

EL NUEVO
ECUADOR



REPÚBLICA
DEL ECUADOR

C:c l: • ra z ci i Eiúr"l rira Jel EL"uador - CELEC Eü
üniñüJ g perzt'v a l"ermopit:hinCha

3.- The Unique Taxpayer Registry (RUC) number provided by the Contracting Party.

4.- Other matters of institutional interest.

4.1 Executive Decree 229, dated April 19, 2024.
4.2 Award Resolution.
4.3 Ministerial Agreements 0005 and 0013.
4.4 Budget certifications.
4.5 PROGEN offer.
4.6 Environmental Guarantee and faithful compliance.
4.7 Minutes, proceedings, and resolutions.
4.8 SERCOP authorization.
4.9 PROGEN letters.

For this purpose, the aforementioned documentation is attached. It should be noted that this request is based on the need to comply with the legal and institutional requirements for this type of emergency contract. In this regard, I appreciate your attention to this matter.

Best regards

Cñsb    ARdzesDx%kQuQano
Deputy Legal Manager Termopichincha Business Unit CELEC EP





REPÚBLICA
DEL ECUADOR

Corporation Elé
Unid d Operativa Termopichincha

**Special Emergency Regime Procedure No. EM-CELECEP-2024• 04316**

PUBLIC STRATEGIC COMPANY
**ELECTRIC CORPORATION OF ÉCUADOR CELEC EP TERMOPICHINCHA
BUSINESS UNIT**

**EMERGENCY CONTRACT No. TPI-CON-0062-24 / "Contracting Abroad"**

**"EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN SALITRAL"**

**PARTIES APPEARING.-**

The following parties appear at the signing of this Contract: the Public Strategégica Company CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP Business Unit N Orozco TERMOPICHINCHA, legally represented by Mr. Byron Fernando Orozco Moreno, in his capacity as Manager, Head of the N go Termopichincha Unit, authorized to de through Special Power of Attorney
Special Power of Attorney dated June 20
2024, granted by Dr. Fabián Mauricio Calero Freire in his capacity as Deputy General Manager and as such Legal Representative of the Strategic Public Company Corporación Eléctrica del Ecuador CELEC EP, at the Second Notary Public of the canton of Quito, before Dr. Paola Sofia Delgado Loor; as well as through the delegation issued by Resolution No. CEL-RES-2024-0114 of June 25, 2024, hereinafter referred to for the purposes of this Contract as "CELEC EP, Termopichincha Business Unit," or "Contracting Party"; and Andrew S. Williamson, acting as Legal Representative of **PROGEN INDUSTRIES LLC.,** with identification number M17000002840, of US nationality, hereinafter referred to for the purposes of this contract as the "Contractor" or "ProGen."

**Clause One. - BACKGROUND:**

1.1 CELEC EP is a public company responsible for power generation at the national level, which has budgetary, financial, administrative, and management autonomy. Its corporate purpose establishes that the company may enter into all kinds of administrative, civil, financial, commercial, labor, industrial, intellectual property, or service agreements, conventions, acts, or contracts, subject to the specific legal regulations governing these legal acts.

1.2 The required procurement is provided for in Articles 57, 57.1, and 57.2 of the Organic Law on the National Public Procurement System, in accordance with Articles 236, 237, 238, and 240 of its General Regulations, which provide for procurement in emergency situations and the procedure for importing goods for purchase abroad.

DifDcCoO:Se0asüáRdeBgnacaza*yPedr0ferm'qCeyalos
Código postal: 170522 : Quito  Ecuador
Teléfono: +593 71900000 0
www.celec.gob.ec/termopichincha





EL NUEVO
ECUADOR
CELEC



**REPÚBLICA
DELECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP tlniäad
Operativa Termopichincha

1.3    By means of official letter No. CENACE-CENACE-2024-0036-0 dated January 19, 2024, the National Electricity Operator submitted the "MEDIUM-TERM SUFFICIENCY ANALYSIS FOR ELECTRICITY SUPPLY DURING THE NEXT DRY SEASON (2024-2025)," in which, as part of
In the main part of the report, CENACE concludes that: *"(...) to meet the sufficiency criterion of the Electricity Master Plan (10% limit with a 90% probability of excess), an additional 475 MW of generation with at least an 85% plant factor is required by the start of the 2024-2025 dry season (September 2024). To this end, the use of fuel oil 6 is recommended, the availability of which has been reported by EP PETROECUADOR. Additionally, it is important to note that the 475 MW does not cover delays in the projects reported in the Expansion Plan. Finally, the additional generation input will make maintenance requirements feasible, as they have not been able to be scheduled due to restricted generation capacity.*

1.4    The Ministry of Energy and Mines (MEM), considering the provisions of Official Letter No. CENACE-CENACE-2024-0036-O issued by the National Electricity Operator and in accordance with the provisions of the Ninth General Provision of the Regulations to the Organic Law on Energy Competitiveness. through Official Letter No. MEM-MEM-2024-0403-OF dated March 12, 2024, orders CELEC EP, as a matter of URGENCY, to do the following: *"(. ..) Articulate and implement, within the scope of its powers, the necessary mechanisms for contracting and/or implementation, to incorporate the generation established by CENACE in Official Letter No. CENACE-CENACE-2024-0036-0 dated January 19, 2024, which included the "MEDIUM-TERM SUFFICIENCY ANALYSIS FOR ELECTRICITY SUPPLY DURING THE FOLLOWING*
*ESTIAJE (2024-2025)".* To this end, it shall submit the corresponding report, which shall include the relevant situational analysis and establish the technically and legally viable solution that, in the opinion of CELEC EP, will meet the demand for supply.

1.5    The National Electricity Operator, CENACE, in its capacity as a technical body attached to the Ministry of Energy and Electricity, in accordance with Article 20 of the Organic Law on Public Electricity Services, issued Official Letter No. CENACE-CENACE-2024-0332-0 of April 15, 2024, in which it stated: *"(...) After evaluating the current critical situation regarding the supply of electricity demand in the country, contained in the attached supporting report, in accordance with the provisions of Article*
*14 of Codified Regulation 004/20, and considering that the energy reserves stored in reservoirs are declining and are very close to the minimum levels required to maintain the continuity of electrical service, CENACE determines that. In accordance with the provisions of section 3.2. of Regulation No. CONELEC 001/05, it hereby announces the start of the "RATIONING PERIOD" in the Ecuadorian electricity system, which will take effect on April 16, 2024, for which the application and compliance with the " Contingency Plan" in force by the Wholesale Participants in the Electricity Sector is essential.*

1.6    By Ministerial Agreement No. MEM-MEM-2024-0005-AM of April 16, 2024, the Minister of Energy and Mines, Acting, ordered: *"Article 1.- From*

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos
Código postal: 170201 - Quito - Ecuador
Teléfono: 593 7 3987200
www.celec.gob.ec/termopichincha





OEL EC0à90 R

Corporación Eléctrica del Ecuador - CELÉC **EP**
Unidad~~peranu~~

*accordance with Article 57 of the Organic Law of the System  the National de Public Procurement, a state of emergency is declared in the national electricity sector, with the aim of safeguarding the continuity of the public electricity service. This emergency is specific, immediate, unforeseen, proven. and objective, according to the arguments set out in the recitals of this Ministerial Agreement. The emergency will be aimed at taking the necessary actions to prioritize the acquisition and additional generation of electricity to reduce and eliminate the current energy crisis and ensure the continuity of public service. The duration of the emergency is 60 days, which may be extended if necessary, in accordance with the provisions of the Law." And,* it was proceeded to *"DECLARE AN EMERGENCY IN THE ELECTRICITY SECTOR AND ISSUE    PROVISIONS      THAT ALLOWTHE ACQUISITION AND ADDITIONAL GENERATION OF ENERGY."*  **LA**        **Y**

1.7    The Agency for the Regulation and Control of Energy and Non-Renewable Natural Resources (ARCERNNR) issued Resolution No. ARCERNNR-001/2024 on April 17, 2024, through which it issued *"(...) exceptional regulatory provisions, contained in Articles 2 to 17 of this Resolution, applicable for temporary thermoelectric generation authorized by the governing Ministry and resulting from the contracting procedures carried out by the Ecuadorian Electricity Corporation (CELEC EP), to assist in mitigating the effects derived from the energy assessment carried out by the National Electricity Operator (CENACE), as stated in Official Letter No. CENACE-CENACE-2024-0036-0 of January 19, 2024, which aims to meet the national energy demand, in addition to the strategies planned within the Master Electricity Plan.*

1.8    By Resolution No. RD-005-2024, dated April 19, 2024, the Board of Directors of the Strategic Public Company CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP appointed me as Acting General Manager, in accordance with the provisions of Article 12 of the Organic Law on Public Companies, paragraphs 1 and 34 of Article 4 of the Operating Regulations of the Board of Directors of CELEC EP, and other provisions of the current legal system.

1.9    By Ministerial Agreement No. MEM-MEM-2024-0013-AM of June 6, 2024, the Minister of Energy and Mines, Acting, resolved in the relevant part as follows: "TO AMEND ARTICLE 2 OF AGREEMENT No. MEM-MEM-2024-0005-M, DATED APRIL 16, 2024. Sole Article.- Replace the text of Article 2 of the aforementioned Ministerial Agreement with the following: *"Article 2.- Instruct the Strategic Public Company Corporación Eléctrica del Ecuador CELEC EP, by virtue of this declaration of emergency, to take the necessary actions for the acquisition and/or leasing of additional emergency electricity generation, and; the acquisition, supply, construction, and commissioning of interconnection systems for incorporation into the National Transmission System and/or the subtransmission systems of distribution companies, for which emergency contracting procedures shall be carried out in accordance with the Organic Law of the National Public Procurement System, its Regulations, and related rules."*

1.10   By means of Memorandum No. CELEC-EP-2024-4235-MEM dated June 9, 2024, the Production and Project Planning and Development Departments of

Address: Sebasliin de 8enalcazar and Pedio Ferniin teva'los  Postal code: I70î2ż/ fuitr £cr‹›do
Telefono: !+539 7) 2ṢṢ2500
:· ·w celec.cob ec/' termcpichincta/







EP%ÜC¢
OF ECUADOR

Co'poració Eléctrica del E2«adar - C£LEC EP
Unidad 0p9ra!i'/a Te ITl0pí¢hincha

The Expansion of the Strategic Public Company Corporación Eléctrica del Ecuador, CELEC EP, issued to the General Management the *"TECHNICAL ECONOMIC REPORT I/\SL/IUO FOR DECLARING A STATE OF EMERGENCY IN THE CORPORACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP"* referring to the
"Emergency and urgent intervention by CELEC EP to safeguard and guarantee the provision of public electricity services, in accordance with the principles of obligation, generality, uniformity, efficiency, responsibility, and universality, backed by Executive Decree No. 229 and Ministerial Agreement No. MEM-MEM-2024-0005-AM."

1.11   By means of Memorandum No. CELEC-EP-2024-4238-MEM dated June 10, 2024, the Legal Department of the Strategic Public Company Corporación Eléctrica del Ecuador, CELEC EP, issued to the General Management the "LEGAL OPINION REGARDING THE DECLARATION OF EMERGENCY IN THE CORPORACIÓN ELÉCTRICA DEL ECUADOR - CELEC EP" referring to the
"emergency and urgent intervention by CELEC EP to safeguard and guarantee the provision of public electricity services, in accordance with the principles of obligation, generality, uniformity, efficiency, responsibility, and universality, supported by Executive Decree No. 229 and Ministerial Agreement No. MEM-MEM-2024-0005-AM."

1.12   By means of Memorandum No. CELEC-EP-2024-4267-MEM dated June 10, 2024, the Production and Planning and Project Development Departments of the Expansion of the Strategic Public Company Corporación Eléctrica del Ecuador, CELEC EP, issued to the General Management an update of the *"TECHNICAL AND ECONOMIC REPORT INPUT FOR DECLARING A STATE OF EMERGENCY IN THE CORPORACIÓN ELÉCTRICA DEL ECUADOR -CELEC EP"* regarding the "emergency and urgent intervention of CELEC EP to safeguard and guarantee the provision of public electricity services, in accordance with the principles of obligation, generality, uniformity, efficiency, responsibility, and universality, supported by Executive Decree No. 229 and Ministerial Agreement No. MEM-MEM-2024-0005-AM.

1.13   By means of Memorandum No. CELEC-EP-2024-4268-MEM dated June 10, 2024, the Legal Department of the Strategic Public Company Corporación Eléctrica del Ecuador, CELEC EP, in turn issued to the General Management, considering the arguments set forth in the update to the *"LEGAL OPINION REGARDING THE DECLARATION OF EMERGENCY IN THE CORPORACIÓN ELÉCTRICA DEL ECUADOR - CELEC EP"* referring to the
"Emergency and urgent intervention by CELEC EP to safeguard and guarantee the provision of public electricity services, in accordance with the principles of obligation, generality, uniformity, efficiency, responsibility, and universality, supported by Executive Decree No. 229 and Ministerial Agreement No. MEM-MEM-2024-0005-AM," as deemed appropriate for institutional purposes, and included in its recommendation: *"(...) It is recommended that: i) emergency contracting procedures be carried out in an agile, transparent, and timely manner and in compliance with current regulations, for which the support of the Comptroller General of the State, the Anti-Bribery Department of CELEC EP, and the Public Secretariat of the Presidency of the Republic of Ecuador; and ii) that the necessary steps be taken to comply with the provisions of Article 3 of Executive Decree*

"r::c!c:~ Sc;rs.'.'.:r de 3ansflaza, y Padro Fsrm'n Scr'n 3s.
Ut'!,0    J    ‹J'    %,2  He          --'. Ju-
Ja & ? ic./' 5'.- 7l.::.:;::00
'.'.' 2'  2L.2X' sr:'er hu:o cl'hc!'c



 REPÚBLICA
OEL EtŁIAOOk

 Corporation Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

No. 229 of *April 19, 2024, and thus guarantee the availability and immediately delivery of these resources, under the terms suggested in the updated technical report (...)".*

1.14  By means of Emergency Declaration Resolution No. CEL-RES-0108-24 of June 10, 2024, the General Manager of CELEC EP resolved: *"(...)Article 2.- Declare a state of emergency at the Strategic Public Company Corporación Eléctrica del Ecuador CELEC EP and, by means of this instrument, authorize the contracts indicated in the "TECHNICAL ECONOMIC REPORT INPUT FOR DECLARATION OF EMERGENCY AT THE CORPORATION ELÉCTRICA DEL ECUADOR -CELEC EP", necessary to immediately address and overcome this situation with the incorporation of new additional firm thermal generation capacity to the installed capacity, which will allow the emergency to be overcome and supply the country's electricity demand (...) Article 3.-Delegate to the Business Units (...) CELEC EP TERMOPICHINCHA, so that, under their sole responsibility and in strict compliance with current regulations, they may enter into the following contracts: To CELEC EP-TERMOPICHINCHA: (...) • Emergency contract for terrestrial thermal generation — Salitral (...)',*  térmica

1.15 By means of a resolution authorizing the initiation of proceedings emergency contracting and delegation to the CE    EP Electroguayas, and CELEC EP Termopichincha Business Units No. CEL-RES-0114-24 of June 25, 2024, the General Manager of CELEC EP resolved: *"Article 1.- To instruct the Managers of the CELEC EP ELECTROGUA YAS and CELEC EP TERMOPICHINCHA Business Units, within the framework of the applicable legislation, to take all necessary actions for the effective compliance with this Resolution and Resolution No. CEL-RES-0108-24, aimed at overcoming the manifest emergency situation. Article 2.- Authorize the initiation of special procedures under emergency conditions, in accordance with the powers conferred by Article 34, paragraph 8, letter b), second subsection, of the Organic Law on Public Companies, as detailed below.*

| DESCRIPTION | PROCESS | POWER | ESTIMATED BUDGET (MUSD) | | | |
|---|---|---|---|---|---|---|
| | | | 2024 | 2025 | 2026 | TOTAL |
| Contracting **emerging** of terrestrial thermal generation-Salitral | P3 | 100MW | 97 | 0 | 0 | 97 |

*Article 3.- Delegate to the Managers of the Business Units (...) CELEC EP TERMOPICHINCHA, Mr. Byron Fernando Orozco Moreno, to carry out all necessary actions so that, prior to the verification and compliance with all applicable legal requirements in accordance with current regulations, they may implement and execute the emergency contracting procedures described in Emergency Declaration Resolution No. CELRES- 0108-2024, in all its phases and stages up to and including the signing and execution of the contract, for which purpose they shall strictly comply with the provisions of the Organic Law of the National Public Procurement System, its General Regulations, Secondary Regulations issued by SERCOP, Internal Control Standards for Entities, Public Sector Bodies and*

Address: Sebastián de Benalcazar y Pedía Fermín Cevaˢos
Postal code: 1z0*22, fJil0 ÉcLúdo"
Telephone: ! • ??ü 'T z"S 2SJ0
'!'!'' •:*l•z çz 0 ec'terncpichincrz/



 EL NUEVO ECUADOR
CELEC EP
Corporación Eléctrica del Ecuador



., REPUBLIC
DELE1UAD0R

t0rçor0ziún ElúCtfiCą del E¢uad cr - tCLEC Ei'
Uniáud Cper0tiv3 Te‹mapi¢hincha

*of Legal Entities under Private Law, and any supplementary regulations that may be applicable, always safeguarding the best interests of the Strategic Public Company Corporación Eléctrica del Ecuador - CELEC EP, and verifying compliance with each and every one of the requirements necessary to carry out such contracts. Article 4.- To instruct the Business Authorities (...) CELEC EP TERMOPICHINCHA, so that, under their sole responsibility, they carry out all the necessary actions to comply with the provisions of this Resolution; prepare all the documents, resolutions, minutes, reports, and their respective recommendations, within such contracts. Likewise, the incorporation of this Resolution CEL-RES-0114-24 into the file of emergency contracts, and once the procedures have been completed, the corresponding report shall be sent to this General Management, to which a complete copy of the file in digital format shall be attached for registration and archiving.";*

1.16 Budget Certifications No. TPI-2024-000492 - C and TPI-2024-000494 - C dated July 2, 2024, issued by Mr. Cesar Augusto Toledo Zapata, Deputy Financial Manager (E) of Corporación Eléctrica Del Ecuador CELEC EP, in accordance with Article 24 of the Organic Law of the National Public Procurement System;

1.17 By means of Official Letter No. SERCOP-DCPN-2024-0969-0, dated July 4, 2024, the National Public Procurement Service issued a response to the request for authorization to import Salitral Land-Based Thermal Power Generation Emergency Procurement and, in the relevant section, stated: " In accordance with the provisions of the Organic Law of the National Public Procurement System based on the special regime established in Article 6, paragraph 31, Article 57, and its Regulations to the Organic Law of the National Public Procurement System, Articles 3, 4, 5, 7, 8, 236, 237, and 238; in accordance with the secondary regulations in Articles 74, 75, 303, and 304, paragraphs 1-2-3; based on the observations in request CPC 461131011 to be used in the emergency procurement, it is justified according to RESOLUTION No. R.I-SERCOP-2023-0001, which is currently in force; the correct application of this article shall be the sole responsibility of the contracting entity and shall be subject to the control and verification of the National Public Procurement Service, in accordance with the regulations issued for this purpose. If misuse of this provision is detected, the license authorization may be denied at any time and the State Comptroller General's Office shall be notified. In the same vein, the technical specifications and detailed conditions in the aforementioned process may not be modified at the start of the procurement process. Finally, it is important to clarify that it is your responsibility to apply the recommendations given in this document before continuing with a dynamic procedure that is unique to each contracting party. In this regard, we remind you of the provisions of the third paragraph of Article 99 of the LOSNCP, which states: *"The highest authority of the entity, as well as its officials or employees who have been involved in any of the stages of the pre-contractual procedures of preparation, selection, contracting, as well as in the execution of the contracts themselves, shall be personally and financially liable for any breach of the provisions."*

Direccion: Saoasdin de Senchicar y Pacvo Farmin Ce ‹a"os.
Corijo panies: l'0.2?  u ‹ti  E'  ‹di.
‹e o,i to:  ‹275 7‹0‹03 ‹3.0›



EL NUEVO
ECUADOR



HEPUBLICA
DELEOUAJ09


Co poracion Electrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

1.18  By means of Resolution No. TPI-RES-0133-24, dated July 5, 2024, the Manager in charge of the CELEC EP Termopichincha Business Unit resolved the following: *"Article 1.- To authorize the initiation of the special emergency procedure "EMERGENCY CONTRA TACION GENERATION TERRESTRE EN SALITRAL", marked with code No. EM-CELECEP-2024-04316 in accordance with the provisions of Resolution No.  CEL-RES-0108-24, dated June 10, 2024. Article 2.- To approve the schedule for the special emergency procedure for the "EMERGENCY CONTRACTING EMERGENCY OF TERRESTRIAL GENERATION IN SALITRAL," with a budget of ninety-nine million four hundred thousand United States dollars 00/100 (USD 99,400,000.00), exempt from VAT as it is a contract abroad, and an execution period of 95 days from the day following the signing of the contract. Article 3.- Directly invite PROGEN INDUSTRIES LLC, with identification number M17000002840, via email hs@progen1.com, and with Resolution No. TPI-RES-0139-24, Article 4 of Resolution No. TPI-RES-0133-24 was amended as follows: "Article 4.- Appoint the Emergency Technical Committee, composed of: Celso David Chacán Sanchez, Mechanical Maintenance Supervisor; Nelson Antonio Castro Rodriguez, Electrical Assistant; Luis Paúl Flores Armas, Electrical Assistant. The delegates. Cesar Tol, Finance Assistant Manager; and Cristhian Dahik Qujano, Legal Assistant Manager, shall act in the present Technical Commission with voice but without vote. The aforementioned emergency technical committee shall evaluate the bid derived from the special emergency procedure "EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN SALITRAL," which must finance the special emergency procedure for imports from abroad and submit the respective bid evaluation report, reserving the right of the Unit Management to award, cancel, or declare the aforementioned procedure void.*

1.19  By email dated July 5, 2024, ProGen Industries LLC. was invited to submit its bid for Special Emergency Procedure No. EM-CELECEP-2024-04316, the purpose corresponds to the "EMERGENCY CONTRACTING EMERGING OF TERRESTRIAL GENERATION IN SALITRAL."

1.20  In accordance with the schedule established in Special Emergency Procedure No. EM-CELECEP-2024-04316, on July 7, 2024, the invited bidder sent three questions by email to oferta salitralt@celec.aob ec.

1.21  By means of the Hearing Minutes, Responses, and Clarifications generated on July 9, 2024, within Special Emergency Procedure No. EM-CELECEP-2024-04316, the members of the Technical Commission proceeded to answer the questions posed by the Invited Bidder and issue the corresponding clarifications, in accordance with the schedule established for this procedure.

1.22  On July 10, 2024, the members of the Technical Commission of Special Emergency Procedure No. EM-CELECEP-2024-04316 signed the Minutes

Oireccíórt  Sebaslián de 8eaalcazar and Pedrs *ermín Cevatlos
Postal code  18Szt ! L JiI0 i -> úds
Telephone  (PSU 7) 2f ÿaü9
:,v+ celez gob ec termopichinchar







REPUBLIC
DELEtUADOA
-t'

E0rpOr3"ió1EI%cki?adel Ecuador-CELECCr
UriJad Termopichircha Operations

Reception and Opening of Bids, which shows that the invited bidder, ProGen Industries LLC., submitted its bid via three emails: email 1 with a link to 19 files, email 2 with 18 files, and email 3 with 1 file, for a total value of USD 99,400,000.00 USD; and a completion period of 120 days from the day following the signing of the contract, which was received within the deadline according to the established schedule.

1.23 On July 11, 2024, after reviewing the bid, the members of the Technical Commission for Special Emergency Procedure No. EkI-CELECEP-2024-04316 requested corrections to the bid submitted by ProGen Industries LLC., sent to the email address hs@prosen1.com

1.24 On July 12, 2024, the members of the Technical Commission for Special Emergency Procedure No. EM-CELECEP-2024-04316 signed the Bid Qualification Report, which concluded, in the relevant section, as follows: *"After evaluating the bid submitted by ProGen Industries LLC., the technical commission unanimously concludes that it COMPLIES with the technical, economic, and legal requirements and specifications, having obtained a score of 100 points. Therefore, the members of the Technical Commission recommend that you, Mr. Manager, Head of the Termopichincha Business Unit, award Special Emergency Procedure No. EM-CELECEP-2024-04316, whose purpose corresponds to the "EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN SALITRAL," to the bidder ProGen Industries LLC., for a value of USD. 99,400,000.00 (NINETY-NINE MILLION, FOUR HUNDRED THOUSAND DOLLARS OF THE UNITED STATES OF AMERICA WITH 00/100),*
*exempt from VAT and with a term of 120 (one hundred and twenty) days from the day following the signing of the contract; because compliance with the legal, financial, technical, and economic parameters has been verified; and because it is in the institutional interest.* It should be noted that the bid submitted by ProGen Industries LLC states: *"With regard to the form of payment, ProGen Industries LLC waives the advance payment on the grounds that this would delay the execution period. In this regard, payment would be made in accordance with the terms set forth by CELEC EP."*

1.25 By means of memorandum No. CELEC-EP-TPI-2024-3440-MEM dated July 15, 2024, the President of the Technical Commission of the special emergency procedure forwarded to the Manager in charge of CELEC EP TERMOPICHINCHA the Bid Evaluation Report and Recommendation, which in its relevant part concluded and recommended: *"Based on the information submitted by the bidder, the Technical Commission of the procedure concludes and recommends to the Manager in charge of the CELEC EP TERMOPICHINCHA Business Unit that the contract be awarded to ProGen Industries LLC., considering that it complies with all the technical, economic, and legal requirements requested in the technical specifications and invitation corresponding to Special Emergency Procedure No. EM-CELECEP-2024-04316, whose object corresponds to the "EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN SALITRAL" for the amount of USD. 99,400,000.00 (NINETY-NINE MILLION FOUR HUNDRED THOUSAND UNITED STATES DOLLARS AND 00/100),* ex-refinery.

Ûiropion: Senastian de Bonabzarar y Pedro Fernán Cerín'n
Cwiço ncioï: E0922 Ouipo  Ecndr:
Teïe onor  504 Pi Us U20
            ront: en eu lerancpichincrai



EL NUEVO
ECUADOR

Corporacion Electrica del Ecuador

REPUBLIC
9EL EtIJAOOR

Corporación Eléctr de del Ecuador CELEC EP
Unity ,0)5f'atlYá Tertft@i?8ihcfla

NOTARIA 47

*of VAT and with a term of execution of 120 days from the day following the signing of the contract";*

1.26 By means of Award Resolution No. TPI-RES-0152-24 referring to Special Emergency Procedure No. EM-CELECEP-2024-04316, dated July 15, 2024, the Manager in charge of the CELEC EP - TERMOPICHINCHA Business Unit decided to award the contract to the invited supplier
PROGEN INDUSTRIES LLC., with identification number M17000002840, within special emergency procedure No. EM-CELECEP-2024-04316, for the "EMERGENCY CONTRACTING OF LAND-BASED GENERATION IN SALITRAL," for a value of USD 99,400,000.00 (NINETY-NINE MILLION, FOUR HUNDRED THOUSAND
00/100 UNITED STATES DOLLARS WITH 00/100)
exempt from VAT, and a term of execution of one hundred and twenty (120) days from the day following the signing of the contract.

**Clause Two. - CONTRACT DOCUMENTS**

The following documents form an integral part of the contract:

2.1 The documents described in Clause One, "Background"; and, in addition, the following documents.

2.2 FOR THE CONTRACTING PARTY:

- Identification and legal representation documents of the Manager, Person in Charge, and the Unit of Business
CELEC EP- TERMOPICHINCHA, Special Power of Attorney dated June 20, 2024, granted by the Acting General Manager and, as such, Legal Representative of the Strategic Public Company Corporación Eléctrica del Ecuador CELEC EP, granted at the Second Notary Public of the canton of Quito, before Dr. Paola Sofía Delgado Loor; as well as through Delegation I issued by Resolution No. CEL-RES-2024-0114 of June 25, 2024.
- Studies (Technical Data Sheets), technical specifications, emergency procurement object, procurement terms and conditions - Invitation, Hearing minutes, responses, and clarifications
- Bid submitted
- Certified copy of the Award Resolution Special Emergency Procedure No. TPI-RES-0152-24, dated July 15, 2024
- Budget certifications attesting to the existence of the budget item and availability of resources for the fulfillment of the obligations arising from the contract in accordance with Article 115 of the Organic Code of Planning and Public Finance
- Emergency Declaration Resolution No. CEL-RES-0108-24 of July 10, June 2024
- Resolution authorizing the initiation of procurement procedures and delegation to the Business Units No. CEL-RES-0114-24 of June 25, 2024
- Copy of the Unique Taxpayer Registry (RUC) of the contracting party
- Anti-bribery commitment - Declaration of conflict of interest of employees/contract administrator, and;
- Official Letter No. SERCOP-DCPN-2024-0969-O - SERCOP Import Authorization

Address: Sebastián da 8enalcazar and Pedro Ferniir teva'9s Postal code: J7gi27/ çaila Eccadc-
Telephone: •ü*? 7l?*S:',10
•'. .cEl :.csb.eC'terin piChincre/





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - ULEC EP
Thermal Power Plant Unit

## 2.2 BY **THE CONTRACTOR:**

**Uncertified documents:**

- Copy of the identity document of the legal representative or their delegate
- Anti-Corruption and Anti-Bribery Declaration of CELEC EP Contractors
- Commitment Anti-Bribery  - Declaration    on conflict of interest for CELEC EP contractors
- Bank information
- Performance bond equivalent to five percent (5%) of the total contract value in accordance with the conditions established in Article 57.1 of the LOSNCP
- Environmental guarantee in accordance with the conditions established in Article 57.1 of the LOSNCP

**Certification of apostilled documents:**

- Document authorizing the legal representative or their delegate
- Document proving the legal existence of the company

Specific experience presented in the bid

**Apostilled document:**

- Letter from the generator manufacturer

**Clause Three.- PURPOSE OF THE CONTRACT:**

The contractor undertakes to CORPORACIÓN ELÉCTRICA DEL ECUADOR CELEC EP Business Unit CELEC EP-TERMOPICHINCHA to comply with and execute, to the complete satisfaction of the contracting party, the *"Salitraí Emergency Land-Based Power Generation Contract,"* which includes the purchase of new zero-hour-use emergency thermal power generators to meet national energy demand: Salitral Power Plant 100 MW; This is a commissioning process, which includes, on the part of the contractor, an emergency stationary thermoelectric power solution, including all requirements established in the technical specifications, the design and construction of civil works, installation, commissioning, and technical assistance by the contractor in operation and maintenance, in accordance with the technical specifications and annexes of the special emergency procedure No. EM-CELECEP-2024-04316, which are included in the bid and other documents generated in the preparatory and pre-contractual phase, which are added to *and* form an integral part of this contract.

Likewise, the contractor undertakes to comply with all requirements and commitments determined by the CELEC EP-TERMOPICHINCHA Business Unit, according to the level of technology transfer required for goods purchased abroad, at level II, which will be required by the contract administrator during the execution of the contract.

The contractor undertakes to comply with the technical specifications required to meet the needs of CELEC EP, for which it will comply with the following relevant aspects:

Dirección Secretaría de Bienloeza y Puesto Furma Centros
Santiago puerto Pitilta·Lsito·Ecuador
Teléfono:  (Sº 19850.00)
www.celecep.gob.ec



 REPUBLIC OF ECUADOR

Corporation

### 3.1.1 Specific objectives

- Provide a stationary land-based thermoelectric energy solution, so that generation can meet the energy demand in the National Interconnected System, both during low-flow periods and when generation is unavailable due to scheduled and unscheduled maintenance.
- Implement the stationary land-based thermoelectric energy solution in the defined location (Guayaquil Canton, Guayas Province), in accordance with the technical studies presented by CELEC EP, designed and adapted for heavy-duty operation in a high-salinity environment.
- Provide the stationary land-based thermoelectric energy solution, ensuring a continuous supply of electricity to the National Interconnected System.
- Design and construct the civil works required to install the generator sets and all their auxiliary equipment.
- Supply, mobilize, install, test, commission, and provide support in the area of operation and maintenance for the stationary land-based thermoelectric energy solution, in accordance with the contractual terms set forth in the contracts.
- Use the electrical energy generated by the asset to be acquired at the defined point, based on the requirements established by the National Electricity Operator, CENACE, in accordance with current regulations in both technical and commercial aspects.
- Ensure that the electricity supply, generated by the stationary terrestrial thermoelectric power solution, complies with the availability, efficiency, and reliability parameters established in these technical specifications, as well as with current technical, environmental, regulatory, and contractual standards.

### 3.1.2 Technical specifications of the Salitral Power Plant

| UbiMcion | Province: Guayas, Canton: Guayaquil *Sector:* Salitral |
|---|---|
| | The site for mobile power generation is located in the immediate vicinity of the Gonzalo Zevalos, Anibal Santos, and Alvaro Tinajero power plants, which are operated by CELEC EP-ElecIzoguayas. It has 3.2 hectares of available land. |
| | See Annex 16: Location map. |

Signature  Sebastián de Genafrazar y Pedro R0R in ^•e'/0llcs
Cócigo postal: 170522 / Quito  Enuade
Teléfono: (+593 7) 39?.510)
www.celec.cb.ec/termopichincha/






REPUBLICA
DELECU*J0P

| Potential Caya MV | See Annex 17: Estuoi3 E'ec[üco |
| --- | --- |
| capacity Operating (InW} | From 90 MW to 100 MW of effective power |
| 1 type of fuel | Feel Oil 6/ Fuel Oil J<br>Diesel No. 2 single chamber: for heating and cooling processes. |
| Supply Fuel | Pipeline from Terminal Tres 6 to the Main Terminal in Aribal Santos. CataciOad 2.*. miles of galleries.<br><br>A Fuel Gil 6 supply line will be constructed, approximately 30 meters from the main launch site of the plant. This will be connected to the location designated for the use of the storage tanks with their respective heating and temperature control systems, with the corresponding pumping system for transfer to the tanks.<br><br>The contracted company will be responsible for this connection main fuel oil storage facility at the power plant and to install a pump system with the capacity required to perform the task. |
|  | Ver Appendix 18: Connection diagram t .mLust"tle Sal!ßal. |
| Tank de Storage |  |
| Tank (gal) | Two daily tanks of 2GG or 0^u capacity for HFO must be included. They must include a stable cooling system and a tank that is completely sealed. CCh M QC'Oad mirIilT.2 of 1C0.0G0 gallons with its respective Comtes system, with its respective heater and thermal insulation.<br><br>icdcs lcs tançces reque d s ae*er4n csr.tar car. the tables of cal dra¢ č n approved by the corresponding Central Agency and riedic cn ccrresyonoien*e system.<br><br>Deberän ccnsiderar cubetcs<br><br>See Annex 16. Identification code.<br>See Annex 18 Connection diagram. |
| Installation and complementary works | Implementation on site with georeferenced points in the created Uni *NGS84<br><br>The contractor shall consider the design and construction of the rooms for the generators to be installed, either for generators with power plants that shall include an adequate control room for the operation of the generation systems in accordance with the specifications. The contractor shall consider the design and construction of the necessary structures for the generators to be installed, either for generators with power plants, which shall include an adequate control r<br>It must comply with the following requirements: major and minor comments and recommendations to ensure compliance with the environmental management plan, as well as access to complementary equipment. Acoustic and acoustic coupling solutions for desecration, in accordance with the environmental management plan, in addition to accesses and installations. Antenna routes must be included, which may be elevated with rigid supports.<br><br>Waste disposal areas: waste disposal and cleaning of the site.<br><br>Mechanical study of the structure to be demolished, including load-bearing capacity and structural integrity.<br><br>Fire protection system design<br>Oùrzs csmplementar as be .nscrcrzaciór. and occupational safety<br>Central control room. Control room and its respective engineering sections Communication, connections, cabling, and power lines |

Dirección Sabcstión ..a Sonstrucc.. y Puesto Farmin Cama.es
Cirdos pia..r.., 17.0.... . . as . .. dno
Sputono    5.5.16.1/0.500







REPÚBLICA
ßEL ECIJAg88

Corporation



| | | |
|---|---|---|
| | | Rainwater drainage systems. Wastewater, contaminated water, chemical waste, and oil. |
| | | Design and construction of API traps |
| | | Design and construction of fire protection systems. Lighting and security systems |
| | | Construction of accesses. Design and construction of lighting systems. Design and construction of reinforced concrete structures. Foundation |
| | | and supports for supporting generators, tanks, and complementary equipment and tanks that meet design requirements and considering "blacionœ in the |
| | | structures. In addition, temporary storage facilities for waste will be implemented in accordance with the environmental management plan, offices, and the corresponding specialties. |
| | | Design and construction of steel structures: engine room and machine room according to the proposed solution with bridge cranes |
| | | Installation of plates of all types |
| | | Hydraulic and drainage systems for all systems associated with the plant. |
| | | The designs must be supported by calculation details and detailed drawings. |
| Connection with S.N.I. | | The interconnection of this generation will be in the Salitral S/E, at a 69 kV line position. |
| | | You must supply, assemble, and commission the output substation of the power plant, which includes a 13.869 kV output transformer that guarantees the supply of energy at the effective power of the generation units, with its output position that induces a switch, actuator, lightning arresters, control and protection system, and everything required for the proper operation of the substation. |
| | | If the contractor so decides, two transformers with an output of     each may be installed, with the equipment detailed in the previous paragraph.     .dores |
| | | Note: The low voltage will depend on the output voltage of the generators. |
| | | The connection includes the installation of a single 69 kV line with ACAR 75D MCM connectors and the use of self-supporting metal towers. |
| | | See     Appendix     19. Implementation_report_works_connection_thermal_generation_11_06_2024-1. The construction of the line for the connection will be carried out by |
| water supply | | Available water supply from the current plant. If a greater supply is required, the supplier must indicate the water consumption of their facilities. |
| ACCEPTANCE TESTS | | Acceptance tests will be carried out with the plant operating at full capacity for a period of 48 hours continuously on HFO 6/HFO4, during which the effective power of the plant delivered and fuel consumption, emissions, and noise levels will be verified. control. |
| | | For CELEC EP tests, deliver the fuel and lubricant. |
| Location of the site Available | | See Annex 1. Location map. Approximate area of 2.1 Ha. |
| Propiedad     del | | CNELEP |
| Zonificacion | | Industrial Zone |

Address Se#ast'in de 8enalcazar and Pedro Fera in Ce' allcs
Código postal: 170522 / Quito  Ecuadri
Teléfono: (+539 7) 2992300
www.celec.cob.ec/termopichincha:









'•'a" •
REPUBLIC
."-    OEL ECUåOOît

Corporal.iôn EJärl•i¢e del Eri aJ¢r - tELEt EP
Uni4ad Operetiva Termopic£incha

| | |
|---|---|
| Environmental License | The limits for regularization are set by the Neçccio Line, which has been delegated for this process, in coordination with the Maźiz de ûELč EF, the Ministry of Energy, and the Ministry of the Environment. Agva and Economic Transition.

klediarte Ofc:cs Nrc., Official Letter Neo, CELEC-EP-2024-0542-OFI and Official Letter No. CčLEC-EP-2024-05ō3-OFI dated March 1, 2024, CELEC EP sorc•tô at Ministry of the Environment. As well as the Ecological Transition, the change of ownership of the environmental administrative authorization from ChîEL to CELEC EP. Application of Article 465 of the Regulations of the Environmental Code; as well as the rectification of the coordinates for the Alvaro Tina, Eron, and Aníbal San:os Thermoelectric Generation Plans, if required, with the relevant technical justification and legal basis.

Once the ruling for the change of name has been issued, the possibility of requesting an increase in the power initially declared in the administrative authorization (contra:ation of complementary studies and/or updating of the PI.1A) has been ruled out.

See Annex D: Study by Inspector Arriù.entai of the Álvaro Tina;ero and Gonzaio Zevailos Power Plant. |
| Project considerations Project | • There is no infrastructure and logistics are expensive for the supply of ccmLust.ùl° from the current plant, for which purpose it is necessary that the units be suitable for the use of Fuel Oil 6 and Fuel O:I 4.
• Availability of energy evacuation of up to 100d,'tW.
• The report on the results of community perception surveys conducted by Ocnzaic Zevallcs, Evaro Timjer*, and Anirai Santos in January 2024 indicates that 100% of residents say no.
feel confident about the operation of the power plants, and 69% of the population believe that the CELEC EP ELECTROGAYAS project is good or very good.
• The contractor will be responsible for the design, construction, manufacturing, supply, assembly, and commissioning of the equipment, including all components necessary for the operation of the power plant. |
| **Additional** Environmental Conditions **of the** **Area of Influence** | City: Guayaquil.

Loc3'izaclôn. Located at sea level, it has the following average annual rainfall curve. (Saiitral).  |
| | https://es weatherspark.com/y/19346/Clima-promedio-en-Guayaquil-Ecuador-durante-todo-el-a%C3%B1o |

3.1.2    Generator Specifications

Dirección Sebastián de Benalloza y Pana Ferron Cenales
Parte nueve Pro. Úmata Pundi



EL NUEVO
ECUADOR
Corporación Eléctrica del Ecuador



REPUBLIC
DELECIJ480R



Corporación Eléctrica del Ecuador - CELEC EP
Operationabnativa y Tehoropipivincha

| TECHNICAL SPECIFICATIONS GEN£BA00R HF0-6 3500 KW | | |
|---|---|---|
| ITgM | SPECIFICATIONS B£L MOTOR | |
| 1 | sx PO POWER GENERATOR DGeONOLS 6ci z. t3 sKV.J PH.0 6 Pt. INCLUDING EQUIPME)ÆEAND AUXILIARY 5ERYRO5 | |
| 1.1 | GENERAL SPECIFICATIONS | |
| 1.1.1 | 1 PO₁ENCIA | 3500₁ KW |
| 1.1.3 | VELOCIDAD ANGULAR | SŒI R3M/ 92 2S Radians -or ssg*Jrdo |
| | POWER | 0.8 |
| 11.5 | NP/IL DE ENIGICNSS MIDTOR | Noe I of EPA |
| 1.1.6 | PASO MINIMO EN TOMA DE CARGA | 1 paso toma de carga hasta 100% de la carga nominal. |
| 1.1.7 | CARTA DEL FABRIC·TE | Seadonto... carta emitida... los grupos electilicencs (PROGÜN). |
| 1.2 | MOTOR | |
| 1.2.1 | COMBUSTIBLE | HFO6 / HFO 4 /DIESEL (SISTEMA DUAL] |
| 1.2.2 | DISPOSICION DE LOS CILINDROS | Disposición en V. 45° |
| 1.2.3 | SISTEMA DE ENFRIAMIENTO | \3Ut C OI Icig halo |
| 1.2.4 | CICLO DEL MOTOR | Cicro d-ei cl 4 tiempci |
| 1.2.5 | MODELC DEL MOTOR | 20-7:0 |
| 1.2.6 | NUMERO DE CILINDROS | 23 |
| 1.3 | ADMINISTRATIVE SYSTEM (Direct air connection) | |
| 1.3.1 | RESISTENTE A LA CORROSIÓN | 5 |
| 1.3.2 | TURBO CARGADOR | 5
Fr°h 'Dieter System - Wa-Er JacLet Eocàng Circu- 20-71C |
| 1.4 | SISTEMA DE ENFRIAMIENTO: | Freah Water System - AkersooterCircuit
Option... water/salted water |
| 1.5.1 | SISTEMA DE ESCAPE | |
| 1.5.4 | JUNTAS DE EXPANSIÓN | 5 |
| 1.6 | SISTEMA DE COMBUSTIBLE | |
| 1.6.1 | SISTEMA DE | E ectrónico
E ectrónico |
| 1.6.2 | SISTEMA DE FILTRACIÓN | DUPLEX MICRON FUEL FILTG
DUPLEX MICRON FUEL FILTER
Fuel filter |
| 1.6.3 | CONSUMPTION CONSUMODE ESPECIFICODE COMBUSTBLE | Consumo de combustible HFO-6
£96 galhos... para HFO-6
39 galhos carga para Diesel
(Generador dual)
Rend·miento: |

Dirección: Sebastián de Benalcazar y Pedro Farmín Cevallos.
Código postal: 170522 / Cuito  Ecad.
Telefono: 1 539 71 299 500
www.celec.cob.ec/termopichincha.





EL NUEVO ECUADOR
CELEC EP
Corporación Eléctrica del Ecuador



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

| | | ) 17.73 K'Vh/gel |
|---|---|---|
| 1.7 | SISTEMA DE LUBRICATION: | Sistema de aceite lubricante montado sobre patines<br>- Bomba de aceite lubricante accionada por el motor<br>- Válvula reguladora y de alivio de presión<br>- Filtro de aceite lubricante automático con centrifuga integral.<br>Incluye by-pass, red de seguridad, contrabridas e indicador de caída de presión, con centrifuga, instalado en rack de accesorios<br>- Enfriador de aceite tipo placa y marco<br>- Sistema de precalentamiento |
| 1.B | SUPPORT SYSTEM: | Sistema de arranque de aire<br>AIR START SYSTEM |
| 1.9.3 | VOLTAJE DE SALIDA DEL GENERADOR | 4,16 KV y 11.2 KV (13.8 KV trifásico, mediante transformadores elevadores) |
| 1.9J | FRECUENCIA | 60 Hz |
| 1.9.5 | FACTOR DE POTENCIA | 0.8 |
| 1.9.6 | INTERRUPTOR | Interruptor de vacío. Comandos eléctricos para apertura y cierre y señalización de abierto y cerrado conectada al sistema de control. Opera de acuerdo con la lógica de control y protecciones eléctricas propias del generador. |
| 19.7 | TIPO DE EXCITACION | PMG |
| 1.9.8 | FAJAS TERMICAS | Si, operan de manera manual y de manera automática cuando el generador se encuentre apagado. |
| 1.9.9 | AISLAMIENTO | Aislamiento contra salinidad mediante pinturas y barnices resistentes a corrosión y alta salinidad de acuerdo a norma ISO12944-2:2018.<br>Aislamiento antivibraciones. |
| 1.9.10 | REGULADOR DE VOLTAJE | VRM-2020, Módulo de regulación de voltaje (BASLER ELECTRIC).Capacidad de trabajo en modo DROOP y fijo – Modo VAR PF,AVR. |
| L.9.11 | ESTANDARES INTERNACIONALES | IEC 60034, NFPA 110, ISO 8528-5, ISO 9001, NEMA MG1-32, CSA/UL, IEC 2000, CBC 2007. |
| 1.10 | SYNCHRONIZATION, CONTROL, AND MONITORING FUNCTIONS | |
| 1.10.1 | SINCRONIZACION | Sincronización con barra muerta y en paralelo a sistema. |
| 1.10.2 | ARRANQUE NEGRO | Disponibilidad para realizar arranque en negro. |

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuador
Teléfono: (+593) 709000200

www.celec.gob.ec/termopichincha





EL NUEVO
ECUADOR

 REPÚBLIC
I DEL ECIJAOOR

 Corporación Eléctrica del Ecuador - CELEC E
Unidau Operativa Termopicinnuua

| | | |
|---|---|---|
| 1.J0.3 | MONITORING AND CONTROL | Monitoreo y control de estado del interruptor del grupo, estado del motor, parámetros mecanicos, parámetros eléctricos, alarmas, modos de operación, protecc ones electricas. HMI con niveles de seguridad, programable y configurable, con acceso a los parámetros del equipo para programación y visualización según necesidad, monitoreo de las un dades a través de ethernet. Desarrollo de sistema SCADA para control y monitoreo de la planta, incluido los sistemas auxiliares. |
| 1.10.4 | FiERR.4fil£itT.4 D£ ENGINEERING FOR THE 5I5TEM.4 CONTROL AND PANTALLA BASADA ON PC FOR CONFIGURATION OF SETTINGS, START-UP, CONSULTING LISTS, CREATING LOGICS, RECOVERING EVENT LOGS. 1ICE?tCl.4 PERHJÜFIENTE | Abierto tanto para configuración y visualización, se entregaran las respectivas licencias. Incluye todos los cables y llaves fisicas, para realizar programaciones y ajustes en los controladores del sistema por el personal sin incurrir en costos adicionales. The system allows the visualization of all electronic groups in real time, historical data, trends, alarms, including written documentation of the equipment, as well as diagrams and visualizations of the network. Users will also be enabled with administration with their respective classes for access to the systems and equipment. In addition, the procedure for restarting and regenerating the system in case of failure, all applications installed in the current directory must be properly configured. probados, además se entregaran los respaldos de los instaladores. |
| 1.JG.5 | ELECTRONIC GOVERNMENT | Yes, includes initial configuration, cable, and fine-tuning. Yes, end-user connection. The end customer must make the connections. configuracion y uso del software. |
| 1.10.6 | MODOS DE OPERACIÓN | Isocrono, Sincronico y Potancia fija (intercambiable en linea a traves de un comando o a través del controlador del grupo). |
| 1.11 | PANEL AND CONTROLOCALES | |
| 1.11.1 | EMC?NDI3CI | Arranque / parada / paro emergencia |
| 1.11.2 | VI5UALIZAD0k | Visualization and recording of program settings, event logs, and alarxlas, failure history. |
| 1.1J.5 | MEOICIÓN | Patárr.ctr¢.• rriedióos: Corrientes fe•es á<. B \' C ¥'c•tajes A9, BC. CA Voltage AN, BFJy CN<br><br>KVor Frequency<br><br>Pctsncla factor Bus frequency Vcka Jebus Bias Fallas Actix's 5et-Paint Frequency Acti¥'e Set Po•nc\'ottage DSLC Val-a,e d•. 6et4rias |



Address: Sehastiznde Bsnalcazar and Pedio F¢rmin Cs'/allss.
Código postal: 170522 / C.ito E.rade·
Teléfono: (·539 7) 2933500
www.celec.gob.ec/termc pichincha









REPÚBLICA
DEL ECUADOR

| | | REM Proceso de carga<br>FFA 16<br>Velocidad de polarización |
|---|---|---|
| 1.11.4 | MEDICIÓN COMERCIAL | Instalación de sistema de medición principal y respaldo para envío de información y cumplimiento de regulación No ARCERNNR 003/20. |
| 1.11.5 | ALARMAS | LOS - Interruptor de aceite lubricante (velocidad nominal) LOS - Interruptor de aceite lubricante (velocidad de ralentí) HOS: temperatura alta del aceite (en el motor) TOS - Interruptor de baja presión de la bomba de lubricante turbo ETS - Temperatura del agua del motor (desde el motor) CIT_ESTOP_SET Parada de emergencia del motor presionada desde la HMI local CRANKCASE_HI_ALM Apagado por presión del carter ENG_SPD_ALM Apagado con sta velocidad del motor ESTOP_PSTY Secuencia del motor en parada de emergencia ESTOP_SET Parada de emergencia del motor presionada desde la puerta CVSP_SWCH_ALM Apagado del interruptor de velocidad excesiva PAR_FUEL_H_ALM Apagado por alta presión de combustible PAR_FUEL_L_ALM Apagado por baja presión de combustible PAR_L_WTR_ALM Apagado por presión del banco de agua izquierdo PAR_MAIN_PRS_ALM Apagado con alta presión principal PAR_OIL_CT_ALM Apagado por temperatura alta de falta de aceite PAR_R_WTR_ALM Apagado por presión de banco de agua derecho PAR_SC_PRS_ALM Apagado por presión de eliminación PAR_WTR_CT_ALM Apagado por temperatura alta de salida de agua PHASE_MON_STAT_SET Perdida de apagado de energía de 380 VCA WTR_L_BANK_LOW_LVL_ALM Apagado por bajo nivel de agua en la margen izquierda WTR_R_BANK_LOW_LVL_ALM Apagado por bajo nivel de agua en la margen derecha |
| 1.11.6 | FFGTE SC O ES (LE ¿'fi Cé.E | Rele de Generado<br>sel tipo s<br>Funciones de protección y medición<br><br>EL 31V, 51G<br><br>40<br>46<br>87<br><br>V, A, W, VAC, F, FF<br><br>27<br>... |
| 1.12 | SISTEMA DE MONITOREO | |
| 1.12.1 | SISTEMA DE MONITOREO | LIR, fTZ7CC'N'tJ S-?Tf.)21'E :olp n-al*lác:il rfl.<br>DSC-2020HD, Controlador digital de grupos electrógenos (BASLER ELECTRIC).<br>VRM-2020, Módulo de regulación de voltaje (BASLER ELECTRIC).<br>PLC Para control y monitoreo de generador y motor, con pantalla táctil. |
| 1.14 | RUP POSITIONS | |





ECUADOR

REPUBLICA DEL ECUADOR

Corporación Eléctrica del Ecuador
Unidad Operativa Territorial Pichincha

| | | |
|---|---|---|
| 1.14.1 | SUMINISTRO DE REPUESTOS NUEVOS Y ORIGINALES | *(illegible text describing spare parts supply)* |
| 1.15 | AukIMAACE | *(illegible)* |
| | INSTALACIÓN | con conductor de cobre desnudo 2/0. |
| 1.17 | SISTEMA DE CALENTAMIENTO DE COMBUSTIBLE Y FLUIDOS DE LA CENTRAL | *(illegible)* |
| 1.18 | SISTEMA DE PURIFICACIÓN DE COMBUSTIBLE: | |
| 1.19 | SISTEMA DE MEDICIÓN DE COMBUSTIBLES: | SISTEMA DE MEDICIÓN DE COMBUSTIBLES: En toda la línea de Producción. |
| 1.20 | CAgA DE | *(illegible)* |
| 1.21 | AÑO DE FABRICACIÓN: | *(illegible)* |

In addition to complying with all obligations set forth in the technical specifications that form an integral part of this contract.

**Clause Four.- CONTRACT COMPLIANCE MILESTONES:**

**FIRST CONTRACT COMPLIANCE MILESTONE:** This milestone shall be deemed to have been met upon presentation of the PACKING LIST, factory inspection and verification report, issued by the technical and/or verification commission delegated by CELEC EP, in which the contract administrator must participate, which shall verify all the generator sets offered.

**SECOND MILESTONE COMPLIANCE OF THE CONTRACT:** Works Civil complementary works, installation, commissioning, and operational testing with HFO6 of the installed generation to the satisfaction of CELEC EP.

**THIRD CONTRACT COMPLIANCE MILESTONE:** Through the transfer of knowledge, which will be carried out within the contractual period, and the presentation of the technical guarantee for the goods under the conditions established in the contract.

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito - Ecuad.
Teléfono: (+593 2) 3960100
www.celec.gob.ec/termopichincha






Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

### Clause Five. - DESCRIPTION OF QUANTITIES AND PRICES:

| TECHNICAL OFFER | | |
|---|---|---|
| ITEM | DESCRIPTION | QUANTITY |
| GENERATOR SETS | Progen brand stationary generators with a power rating of 35DO. Each unit has a nominal power rating of 3500 continuous revolutions, 60 Hz, 4.16 kV with output at 13.8 kV via three-phase transformer, 0.8 lp. | 29 |
| | TOTAL QUANTITY OFFERED | 29 |

*The* proposed price includes all costs necessary to fulfill the logistics chain, from origin to the Salt Plant, including but not limited to international transportation and insurance. It also assumes all costs incurred in unloading the goods at the terminal (air, sea) where the cargo arrives. In addition, PROGE.v will be responsible for domestic transport in the destination country until the goods *are* delivered to the warehouse of the CELEC EP Saltpeter Plant.

Therefore, the contractor undertakes to comply with each and every one of the technical specifications that form an integral part of this contract, as well as to guarantee that the generators and supplies are new with zero hours of use.

### Clause Six.- CONTRACT PRICE:

6.1. The value of this contract, which the CELEC EP - TERMOPICHINCHA Business Unit will pay to PROGEN INDUSTRIES LLC, is USD 99,400,000.00 (NINETY-NINE MILLION, FOUR HUNDRED THOUSAND 00/100 UNITED STATES DOLLARS WITH 00/100), which does not
include VAT in accordance with the offer submitted by the contractor.

6.2. The prices agreed upon in the Contract for the services covered therein shall constitute the sole compensation to the CONTRACTOR for all its costs, including any taxes, duties, or fees it may have to pay, except for value added tax (VAT), and therefore no claim in this regard shall be accepted.

6.3. The CONTRACTING PARTY shall not be obliged to pay and acknowledge in favor of the CONTRACTOR the total amount of the Contract, but only the value of the services received to the satisfaction of the Ecuadorian Electricity Corporation CELEC EP.

### Clause Seven.- FORM OF PAYMENT:

Payments shall be made in the manner provided for in the preparatory documents prepared by CELEC EP and in the Contract.

7.1 Advance payment: With regard to the form of payment, ProGen Industries LLC. waives the advance payment on the grounds that this would delay the execution period.

7.2 Payment terms: Payment, corresponding to one hundred (100%) percent of value of the contract, shall be made under the following conditions:

a) Seventy (70%) percent of the value of the contract shall be paid by international bank transfer to the contractor upon presentation of the packing list, the



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador – CELEC EP
Unidad Operativa Termopichincha

inspection report and factory approval by the Committee and/or verifier delegated by CELEC EP TERMOPICHINCHA of all goods approved by the contract administrator, and upon presentation of the commercial invoice.

For this payment, the supporting documentation shall be: packing list, inspection report, and factory approval from the technical supervisor and/or verifier delegated by CELEC EP and the Contract Administrator.

b) Twenty-five (25%) percent of the remaining value of the contract object by bank transfer abroad in favor of the contractor, after assembly, commissioning, and operational testing with HFO6 of the installed generation to the satisfaction of CELEC EP, subject to a favorable report from the contract administrator and presentation of the commercial invoice.

For this payment, the enabling documentation shall be: Partial Delivery Receipt Certificate.

c) Five percent (5%) of the remaining value of the contract object by bank transfer abroad in favor of the contractor, after the transfer of knowledge and presentation of the technical guarantee of the goods under the conditions established in the contract. Subject to a favorable report from the contract administrator and presentation of the commercial invoice and final delivery receipt.

For this payment, the supporting documentation shall be: Report from the contract administrator stating that the transfer has been made knowledge (training); delivery of the technical guarantee and final delivery certificate

final acceptance.

Following the transfer of knowledge, the duly apostilled technical warranty for the goods shall be delivered under the conditions established by CELEC EP.

### 7.3 Required documents according to payment method

To make any of the payments arising from this contract, the Contractor shall submit, in addition to what is indicated for each milestone, the following:

- Payment request made by the Contract Administrator
- Current guarantees
- Contract
- The contract administrator's report certifying full compliance with the contract, technical specifications including annexes and other related documents, which shall include a table of milestones with verifiable compliance per milestone, as detailed below:

Direccion: Sebastián de Benalcazar y Pedro Fermín Cevallos,
Código postal: 170522 / Quito  Ecuador
Teléfono: (+593 7) 2996530
www.celec.gob.ec/termopichincha





PageID 2573

REPÚBLICA DEL ECUADOR

Co pe -aüiú n £lfctri::a d9l Fru'adsr - CELEC EF
Uni'J 3d f]çu•at‹ya I Er.n0picL inclia

| | | [illegible] | | Cantidad de días |
|---|---|---|---|---|
| | CONTRATACION EMERGENTE DE GENERACION TERRESTRE EN [illegible] | | | 120 |
| 1 | | | | |
| 1.1 | | | | |
| 1.2 | | | 63 | 60 |
| 1.3 | | | | |
| 1.4 | | | | |
| 2 | HITO 2 | | 117 | 117 |
| 2.1 | SUMINISTRO DE GENERADORES Y EQUIPOS ELECTRICOS | | | |
| 2.1.1 | SUMINISTRO [illegible] | | | |
| 2.1.4 | SUMINISTRO DE TRANSFORMADORES ELEVADORES [illegible] | | | |
| 2.1.3 | SUMINISTRO DE TRANSFORMADORES [illegible] | | | |
| 2.1.5 | SUMINISTRO DE TRANSFORMADORES [illegible] | | | |
| 2.2 | OBRAS CIVILES | | | |
| 2.2.1 | | | | |
| 2.2.2 | [illegible] | | | |
| 2.2.3 | CONSTRUCCION [illegible] | | | |
| 2.2.4 | SUMINISTRO E INSTALACION DE TANQUE DE COMBUSTIBLE [illegible] | | | |
| 2.2.5 | INSTALACION DE SISTEMA DE [illegible] DE COMBUSTIBLE | | | |
| 2.2.6 | DUCTOS DE SUMINISTRO DE COMBUSTIBLE | | | |
| 2.2.7 | INSTALACION DE LINEAS DE FLUJO DE COMBUSTIBLE | | | |
| 2.2.8 | CASA DE MAQUINAS | | | |
| 2.2.9 | INSTALACION SISTEMA DE [illegible] | | | |
| 2.3 | OBRA ELECTROMECANICA | | 117 | 117 |
| 2.3.1 | INSTALACION [illegible] | | | |
| 2.3.3 | SISTEMA ENTRADA DE AIRE | | | |
| 2.3.4 | SISTEMA DE [illegible] DE CABLE | | | |
| 2.3.5 | SISTEMA DE ARRANQUE AIRE | | | |
| 2.3.6 | SISTEMA DE CONTROL | | | |
| 2.3.7 | CUARTO DE CONTROL | | | |
| 2.3.8 | | | | |
| 2.3.9 | | | | |
| [illegible] | INSTALACION DE TRANSFORMADORES ELEVADORES | | | |
| [illegible] | LINEAS DE SUBTRANSMISION [illegible] INCLUYE CABLE, TORRES [illegible] INSTALACION SEGUN [illegible] MINISTERIO | | | |
| 2.4 | PUESTA EN MARCHA | | | |
| 2.4.1 | Pruebas de aceptación y verificación | | | |
| 2.4.2 | [illegible] | | | |
| 2.4.4 | [illegible] | | | |
| 2.4.5 | [illegible] | | | |
| 3 | HITO 3 | [illegible] | [illegible] | 30 |
| 3.1 | [illegible] | [illegible] | [illegible] | 30 |

**Entrega Recepción y Suscripción de Actas.-** De acuerdo con el cronograma establecido para la ejecución del contrato, se suscribirá el Acta de Entrega Recepción Parcial de los bienes y servicios correspondientes en la puesta en marcha de las unidades de generación. La recepción definitiva se suscribirá una vez que los generadores se encuentren operativos con HFO4/ HFO6 a 100MW y que se hayan cumplido todas y cada una de las especificaciones técnicas.

7.4 All documents must be correctly issued in the name of:

**CORPORACION ELÉCTRICA DEL ECUADOR CELEC EP TERMOPICHINCHA BUSINESS UNIT**

Address: Av. Sebastián de Guayaquil y Pedro Fermín Cevallos Central Guangopolo.
Tax ID Number: 1768152800001
Phone: (+593 2) - 2992500
Postal code: 170522 / Quito — Ecuador

Below is the bank information for making the payment:

| BANK DETAILS | |
|---|---|
| AMOUNT | |
| CURRENCY | s from the United States United States from America |
| BENEFICIARY'S BANK | Regions Bank |

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos
#"# O F"'.'. I" !? ' +" f..#t0'
:"2 :< '. . .":.").1

EL NUEVO ECUADOR





**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

NOTARIA 47

| SUCURSAL | N/A |
|---|---|
| ROUTING NUMBER | N/A |
| SWIFT CODE (SWIFT ACCOUNT) | UPNBUS44 |
| NOMBRE BENEFICIARIO | PROGEN INDUSTRIES LCC |
| DIRECCIÓN DEL BENEFICIARIO | Mulberry, Florida, United States |
| CIUDAD Y PAÍS DEL BENEFICIARIO | 600 Prairie Industrial Blvd, United Estados Unidos |

**NÚMERO CUENTA ACCOUNT NUMBER
BENEFICIARIO** 0354557917 **BENEFICIARY** ACCOUNT 0354557917

**7.5 Discrepancies:** If there are any discrepancies regarding the execution of the contract, will notify the Contractor; if no response is received within 10 days, days following the date of notification, it shall be understood that the Contractor has accepted the settlement and payment shall be made; when an agreement is reached on such differences, the procedure set forth in this contract shall be followed.

7.6 **Undue** payments: The contracting party reserves the right to claim from the contratista, contractor, at any time, before or after the provision of the service, any improper cualquier payment due to a calculation error or any other duly justified reason, with the contratista da, being obliged to satisfy any claims that the contracting party may raise for this reason, recognizing the interest calculated at the maximum conventional interest rate máxima del established by the Central Bank of Ecuador.

**Clause Eight.- DELIVERY TIME:**

The deadline for delivery, execution, and completion of everything included in the e la EMERGENCY CONTRACT FOR SALITRAL LAND-BASED GENERATION is one hundred and twenty (120) calendar days, counted from the signing of the contract. de :o.

Clause Nine.- INCOTERMS 2010 (current):

DAP - DELIVERED AT PLACE: "Delivered at place" means that the seller delivers when the goods are made available to the buyer on the arriving means of transport ready for unloading at the agreed place of destination. The seller assumes all risks involved in bringing the goods to the agreed place. In other words, the contracted supplier is responsible for the entire logistics chain, including international transport and insurance, and assumes the costs incurred in unloading *the* goods at the terminal (air, sea) where the cargo arrives. In addition, it is responsible for domestic transport in the country of destination until the goods are delivered to the facilities specified in the contract. CELEC EP is responsible for customs formalities for the nationalization of the cargo.

**Clause Ten.- GUARANTEES:**

10.1 In order to guarantee compliance with the obligations and purpose of the contract, during the term and validity of the Contract, at its own cost and risk, and without prejudice to its obligations and responsibilities under the Contract, the contractor shall contract and maintain in force the guarantees provided for in this section.

10.2 The guarantees accepted shall be based on the conditions stipulated and referenced in Article 73 of the Organic Law of the National System of

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito  Ecuador
Teléfono: (+539 7) 2992500
www.celec.gob.ec/termopichincha/





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

Public Procurement "LOSNCP": in the case of policies submitted, they must be duly backed by a reinsurer with a risk rating of no less than "A."

**10.3 Technical Guarantee.** - To ensure the quality of the goods and the proper functioning of our own equipment, the Contractor shall issue a technical guarantee, which must be delivered together with the signing of the Final Delivery and Acceptance Certificate.

The technical warranty for the goods shall be valid for 36 months (3 years) from the date of signing the Final Delivery Acceptance Certificate for the contractual object, to the complete satisfaction of CELEC EP. - TERMOPICHINCHA, in which the contractor undertakes to replace and/or install defective goods at no cost. In addition, this shall include assisted operation during the first 6 months of operation following the signing of the Final Delivery and Acceptance Certificate.

It should also be specified that the goods are new and guaranteed by the manufacturer, in the sense that if any of these goods arrive with manufacturing defects or defects during delivery, they will also include a forty-year warranty for manufacturing defects.

10.4 Performance Bond. - To ensure faithful, timely, and full performance of the Contract, including to cover any penalties, the Contractor shall deliver to CELEC EP - TERMOPICHINCHA an unconditional, irrevocable, and immediately collectible bond issued by a bank or financial institution established in the country or through them. The amount of the Performance Bond shall be equivalent to five percent (5%) of the total estimated and reference value of the Contract. The Performance Bond shall remain in force for the term of the contract and until the Final Delivery and Acceptance Certificate is signed; or, a bond in the form of an unconditional and irrevocable insurance policy, payable immediately, issued by an insurance company established in the country; or Term deposit certificates issued by a financial institution established in the country, endorsed as collateral to the order of the Contracting Entity and whose term of validity is longer than that estimated for the execution of the contract. These guarantees shall be delivered in accordance with the provisions of Article
57.1 of the LOSNCP, once the contract has been signed, within a maximum period of 10 days from the date of signing of this instrument.

The Performance Bond may be enforced by CELEC EP in the event that:

(i) The Contractor fails to comply with any of its obligations under the Contract and prior to the unilateral and early termination procedure.
(ii) Failure to renew within the 15-day period established prior to its expiration.
(iii) For the application of fines that cannot be deducted from outstanding collection reports.

The Performance Bond shall have an automatic renewal or automatic enforcement clause in the event of non-renewal upon expiration to the satisfaction of CELEO EP, whereby the Performance Bond must be renewed at least fifteen (15) days prior to its expiration, or else the





REPÚBLICA
DEL ECUADOR

Û0f§0FZCÏÓfi ÉIÊEtfica del Ecuador - CELEC EP

Acceptable Financial Institution or Acceptable Insurance Company, shall pay CELEC EP the total amount of the Performance Bond in question upon its expiration.

The existence or execution of the Performance Bond does not limit or condition the Contractor's obligations and responsibilities to CELEC EP, nor does it limit or condition CELEC EP's actions and rights under the Contract or Regulations.

Where applicable, any amounts not covered or recovered through the Performance Bond that the Contractor must pay to CELEC EP in accordance with the provisions of this Contract shall be paid by the Contractor in accordance with its obligations under the Contract. The costs of issuing the Performance Bond, its extensions or modifications shall be borne exclusively by the Contractor. In the event that the bank or insurance company granting the Performance Bond loses its rating during the term and validity of the Contract, such that it no longer qualifies as an "Acceptable Financial Institution" or "Acceptable Insurance Company," as applicable, the Contractor shall immediately replace the Performance Bonds with a new Performance Bond issued by an entity that qualifies as an "Acceptable Financial Institution" or "Acceptable Insurance Company," as applicable, in accordance with the provisions of the applicable regulations.

**10.5 Environmental Guarantee.** • Prior to signing the Contract, in order to ensure compliance with the Environmental Management Plan (PMA) during the contract term, the Contractor shall provide CELEC EP with a guarantee for the value of zero point five percent (0.5%) of the total Contract Price. This guarantee shall be provided in accordance with the provisions of Article 57.1 of the LOSNCP, once the contract has been signed, within a maximum period of five days from the date of signing of this instrument.

**10.6 Technology Transfer**

For technology transfer, the contractor must comply with the following level of technology transfer prior to signing the final delivery receipt, as detailed below:

TT2 LEVEL: Technology transfer within the public procurement of goods with low and medium-low technological intensity.

**Requirements:**

This level includes all the requirements of Technology Transfer Level 1. Workshop or training course to learn the correct use or handling of the product.
CD containing the training course or workshop given to Ecuadorian personnel.

Note: Below are the details of the requirements for Technology Transfer Level 1:

- Product use and handling manual, in digital and physical format;
- CD or online information providing details of the product, origin of raw materials, production dates, and records;

Address: SeOastián d ° 8enalcazar and Pedrc Fern\in Cevallos
Código postal: 170522 í C.ito Ecuad
Teléfono: (+533 7) 2992500
www.celec.gob.ec/termcpichincha/





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador – CELEC EP
Unidad Operativa Termopichincha

- Quality or regulatory certificates (scanned) under which the product was developed (if any);
- Product calibration certificates, as applicable; and
- Any other information on industrial standards for measurement, testing, and quality control.

10.7 The guarantees provided shall be returned in accordance with the provisions of Article 77 of the Organic Law on the National Public Procurement System and Article 263 of the General Regulations of the Organic Law on the National Public Procurement System. In the meantime, they must remain in force, which shall be monitored and enforced by the contracting party.

## 10.8 POLICIES

During the term and validity of the Contract, the CONTRACTOR, at its own expense and without prejudice to its obligations and responsibilities under this Contract and the Legal Regime, shall take out and maintain in force the insurance policies indicated below, which shall be delivered by the contractor upon request by the contract administrator:

10.8.1 Civil Liability: For the insured amount of USD 5,000,000.00 (five million and 00/100 United States dollars) covering bodily injury and damage to third-party property that is legally attributable to the insured in the course of their activities covered by the contract. This Civil Liability policy covers both non-contractual liability due to its nature and contractual liability due to the specific nature of the contract.

**10.8.2 All-risk contractor's all-risk policy:** With a limit of no less than USD 5,000,000.00 (five million United States dollars) of combined risk.

**10.8.3 Life insurance with accident coverage:** With a limit of no less than USD 80,000.00 (eighty thousand United States dollars) per death, and for medical expenses due to accident (medical assistance) with a limit of USD 10,000.00 (ten thousand United States dollars) per employee.

**10.8.4 Vehicle insurance:** With civil liability coverage of no less than US$30,000.00 (thirty thousand US dollars) as a combined limit, accidental death and medical expenses for occupants, but not limited to: Civil Liability (for damage to third parties, for injury or death to one person and for injury or death to one or more persons), including medical expenses up to the maximum limit allowed by local rates, legal expenses for legal or civil proceedings, property protection, partial coverage for theft and robbery.

The CONTRACTOR must obtain policies from an insurance company legally established in Ecuador and qualified as an Insurance Company registered with the Superintendency of Companies, Securities, and Insurance of Ecuador.

The policies are primary and non-contributory to any insurance contracted by CELEC EP. The collection of these policies shall not constitute compensation for damages caused to CELEC EP, which may hold the CONTRACTOR liable for the remainder.

Dirección Pichincha de Generación y Planta Termo Corrales.
Código postal 170515 / Quito – Ecuador
Teléfono: 593 7 3701 730
www.celec.gob.ec / termopichincha



EL NUEVO
ECUADOR



REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador - CELEC EP
Termopichincha Operating Unit

until full satisfaction of the damages caused to it. The policies  required in the Contract must include subrogation clauses.

a)   The insurance company expressly waives its right of subrogation against the CONTRACTING PARTY. In the case of the compliance policy, the insurance company waives subrogation against the CONTRACTING PARTY.

b)   The insurance company may not cancel or modify the terms of the policies contracted without the prior express authorization of CELEC EP.

c)   The insurance company will include the CONTRACTING PARTY as an additional insured party. In the case of the compliance policy, the insured party will be the CONTRACTING PARTY.

d)   Compensation shall be paid once the occurrence of the accident and the amount of the loss have been proven by the insured, even if this is done out of court.

e)   The CONTRACTOR waives the right to unilaterally revoke the policies taken out in compliance with this Contract.

CELEC EP shall not be liable for any deductible limits or limitations on the conditions of the policies purchased by the CONTRACTOR. The CONTRACTOR may require its subcontractors to take the same position on insurance as applicable. The CONTRACTOR shall be solely responsible if the indemnity or coverage provided by the insurance company is deficient. Each and every deductible in the insurance policies shall be assumed by the CONTRACTOR under its sole responsibility.

In any of the insurance policies referred to in this clause, the Ecuadorian Electricity Corporation (CELEC EP) shall be named as the insured and/or beneficiary, as appropriate, for the full coverage of its interests. The CONTRACTOR and its SUBCONTRACTORS also undertake to take out and maintain in force any other insurance policies required by Ecuadorian law and/or current regulations, under this Contract, insured sums, etc., as specified therein for the proper performance and execution of the Contract.

CELEC EP may unilaterally terminate the Contract if the CONTRACTOR fails to submit the required policies within the term agreed in the Contract. If the CONTRACTOR submits the policies within the agreed term, but the insurance company is not accepted by CELEC EP or the terms of the policies are not those required in the Contract, the CONTRACTOR shall be obliged to modify said policies, for which it shall have three (3) business days from receipt of notification of non-acceptance of the previously submitted policies.

No policy may be canceled in advance for any reason, except with the authorization of CELEC EP. Otherwise, the penalties stipulated for such breach shall apply, including unilateral termination of the contract.

The contracting of such insurance does not exempt the CONTRACTOR from its liability for compensation due for any damage caused in the performance of the activities covered by this contract.

The CONTRACTOR shall cover and pay for minor claims (under deductibles) affecting the assets, property, and/or persons of CELEC EP or third parties as a result of the activities carried out by the CONTRACTOR in the execution of the contract.

Woecco°:SeDastiända8°nacatary£eàoFe‹mmCevalos
Código postal: 170522 / Quito   Ecuador
Teláfono: (+539 7) 2992530
www.celec.cob.ec/termopichincha





of this contract; and which are not covered by its insurance policies because they are less than the deductibles thereof, as well as amounts that exceed the insured amount.

**Clause Eleven.- EXTENSIONS:**

In cases of extensions, authorization from the Manager of the CELEC EP - Termopíchincha Business Unit will be required, following a report from the Contract Administrator.

The contracting party shall extend the total term or partial terms in the following cases:

a)   When the contractor so requests, in writing, justifying the grounds for the request, within ten (10) days of the date on which the event occurred, provided that it was due to force majeure or unforeseeable circumstances accepted as such by the highest authority of the contracting entity or its delegate, following a report from the contract administrator. As soon as the cause of force majeure or unforeseeable circumstance ceases to exist, the contractor is obliged to continue with the performance of the contract, without the need for notification by the contract administrator to resume it.

For the purposes of this contract, the terms force majeure and unforeseeable circumstances shall be understood as defined below:

*A Force Majeure event means an event that is beyond reasonable control and does not constitute the fault or negligence of the party claiming it, an event that that party could not reasonably have prevented or foreseen, including, without limiting the generality of the foregoing, war (declared or undeclared), insurrection, acts of terrorism (except acts of terrorism perpetrated by a Party's own employees, representatives, or contractors), laws or decrees of the Government or government agencies (including legislative bodies and local and port authorities), boycotts, strikes, or acts of God."*

Consequently, it is stipulated that events related to COVID-19 and/or conflicts in Ukraine may be considered force majeure or unforeseeable circumstances to the extent that they impact the CONTRACTOR's obligations under the contract, in proportion to said impact.

In the event of force majeure or unforeseeable circumstances, the affected party shall notify the other party within ten (10) calendar days of the occurrence of the event and explain the effects caused by the event on the performance of the contract, for which purpose it shall submit the relevant documentation.

The classification of the force majeure or unforeseeable circumstance alleged by the CONTRACTOR shall be made by the Contract Administrator within five days of receiving the request, following a legal report issued by CELEC EP.

In cases of deadline extensions, the parties shall draw up a new schedule, which, once signed by them, shall replace the original or previous one and shall have the same contractual value as the one it replaces. In such cases, the authorization of the highest authority of the contracting party shall be required, following a report from the contract administrator.

Dirección: Subestación de Sanchancha y Pedro Fermín Cevallos.
Código postal: 170223 / Quito - Ecuador
Teléfono: 1700 - 111 1220
www.celec.gob.ec termopichincha





**REPÚBLICA DEL ECUADOR**

Uidg5@,&tM.,nt;mh,, ,

The suspension of the contract may be declared by CELEC EP, provided that it is justified by the contracting party or ordered by it and is not due to causes attributable to the contractor.

**Clause Twelve.- FINES:**

12.1 The Contracting Party shall retain, as a penalty, an amount equivalent to 2 per thousand (2 x 1,000) per day on the percentage of the obligations that are pending execution in accordance with the milestones established in the contract and work schedule. The penalty shall be for delay or for any breach of the outstanding obligations incurred under the contract. pending execution in accordance with the milestones established in the contract and work schedule, the penalty shall be for delay or for any breach of the obligations pending execution that it incurs under the contract; therefore, the calculation of penalties shall be based on the milestone that has not been met.

| MILESTONE | SCHEDULE 120 DAYS **DEADLINE** |
|---|---|
| FIRST MILESTONE DE COMPLIANCE DEL CONTRACT: This milestone shall be deemed fulfilled upon presentation of the PACKING LIST, inspection and verification report at the factory, issued by the technical and/or verification commission delegated by CELEC EP, in which the contract administrator must participate, which shall verify all the generator sets offered. | Up to 60 days |
| SECOND CONTRACT COMPLIANCE MILESTONE CONTRACT.-Civil works, installation, commissioning, and operational testing with HFO6 of the installed generation to the satisfaction of CELEC EP. | Up to 117 days |
| THIRD MILESTONE OF COMPLETION OF CONTRACT.-By means of the transfer of knowledge, which shall be carried out within the contractual term, and the presentation of the technical guarantee for the goods under the conditions established in the contract or purchase order. | Up to 120 days |
| TOTAL TERM DAYS | 120 |

Note:   1. The calculation of the penalty will be directly   with the form of payment and related to the failure to provide guarantees.
2. When reference is made to the work schedule, this is understood to mean compliance with the deadlines established in the contract milestones.
3. The established deadlines shall run from the date of signing the contract.

12.2 CELEC EP — TERMOPICHINCHA Business Unit will retain, as a penalty, an amount equivalent to 2 per thousand (2 x 1,000) of the total contract value for each day of delay in failing to submit, to the satisfaction of CELEC EP, the guarantees of faithful compliance with the contract and environmental guarantees, for which no justifications of unforeseeable circumstances or force majeure will be accepted.



Oirección: Sebastián de B.´nalcazar and Pedro ieraxin Ce' allcs
Código postal: 170522 / Cuito  E  .adc
Teléfono: (+ 539 7) 2003500
www.celec.gob.ec/termcpichinchar





EL NUEVO ECUADOR



REPÚBLICA
DEL ECUADOR

Corprr-s    ó r El*ctríca del Ecuador - CELEt E¢
NJnidad Ups-ütiva Termapichi new a

12.3 In the event of unforeseeable circumstances or force majeure, duly verified and accepted by the Contracting Party, notification shall be given within ten (10) calendar days of the occurrence of the events. Once this period has expired, if no such notification has been received, the events alleged by the Contractor as the cause for not executing the order within the required time frame shall be deemed not to have occurred. Legitimately imposed fines shall not be refunded under any circumstances.

Additionally, the contract administrator appointed by the Business Unit Manager may, by means of a reasoned report, prepare a request for a fine as soon as there is non-compliance with the deadlines.

If the value of the fines imposed exceeds five percent (5%) of the contract amount, the Contracting Party may declare, in advance *and* unilaterally, the termination of the contract, as well as enforce the relevant guarantees.

The following shall be taken into account for the application of fines:

a) The Contract Administrator shall notify the CONTRACTOR in writing within five (5) days of becoming aware of the breach, recording it in the corresponding report, so that it may be deducted from the outstanding payment(s).

b) The CONTRACTOR shall submit its written arguments in its defense within ten (10) days from the date of notification.

c) CELEC EP shall ratify or revoke the fine, as appropriate, within ten (10) days from the date of submission of the CONTRACTOR's justifying arguments for acquittal.

d) Once the fine has been ratified, it will be applied to any outstanding reports without any communication from the Contract Administrator.

e) Fines shall not be applied when the breach is the result of circumstances arising from force majeure or unforeseeable circumstances, as stipulated in Regulation No. ARCERNNR 001-23; or for reasons justified by the CONTRACTOR and accepted by the Contract Administrator of CELEC EP.

f) CELEC EP may recover the amounts of fines imposed on the CONTRACTOR from outstanding invoices issued by the CONTRACTOR or from the Performance Bond or by any other judicial or extrajudicial means.

**Clause Thirteen.- OBLIGATIONS OF THE PARTIES:**

**13. CONTRACTOR'S OBLIGATIONS**

- To fully comply with the provisions of the tender specifications, studies, technical specifications and their annexes, and the terms and conditions of the contract.
- The contractor must provide the contract administrator with a schedule of activities to be carried out prior to the installation of the new generators at each location.

Direcc ón Se u st an de Señal zac y P na Fem n  ro m os.
C v  o pos al 1 0     u e   r  p

rg     rt er la   rp d n r e





REPÚBLICA
DEL ECUADOR



Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- Execute the contract based on the technical specifications, technical reports, bid, and all documentation provided by CELEC EP. Therefore, the Contractor may not cite errors attributable to CELEC EP, failures, or any non-compliance with the same as grounds for requesting an extension of the deadline or an increase in operating, connection, and interconnection costs, or any other claim related to technical and contractual conditions.
- The values established for this contract are fixed and unalterable and are not subject to adjustment under any circumstances, for which reason the Contractor expressly waives this right and declares that its bid includes all types of costs and taxes payable to public authorities.
- The Contractor is obliged to comply with any other obligation that naturally and legally arises from the subject matter of the contract and is enforceable because it is included in any document of this contract or in a specifically applicable legal regulation.
- The Contractor undertakes to perform the contract on the basis of the technical specifications and terms of the contracting procedure.
- The Contractor undertakes to deliver the goods defined in the technical specifications, which it declares to be brand new in every respect.
- The Contractor undertakes to deliver the manuals and all related information acquired in English and Spanish.
- The Contractor undertakes to execute the contract in accordance with the technical specifications.
- The price agreed in the contract shall constitute the sole compensation for the el/la Contractor for all its costs, including any taxes, duties, fees, or contributions, that it o may have to pay, customs duties, for which there shall be no additional value to pay. The Contractor is exempt from paying customs duties on the importation of por la goods.
  importing the goods.
- The Contractor undertakes to fulfill the object of the contract within the agreed period to the complete satisfaction of CELEC EP.
- The Contractor undertakes to provide the facilities necessary for the Contract Administrator to perform its duties efficiently; to provide information related to compliance with technical specifications; and to allow persons authorized by CELEC EP to supervise the tests carried out by the manufacturer to certify the optimal functionality of the goods to be purchased.
- The Contractor must protect and hold CELEC EP and its representatives harmless from any claim or lawsuit arising as a result of the Contractor or its personnel's violation or failure to comply with laws or ordinances.
- Manage the necessary permits and authorizations from the relevant state entities, including but not limited to: importation, transportation, construction, assembly, commissioning, start-up, and permits necessary for proper operation.
- During the execution of the contract, the Contractor undertakes to comply with the requirements in terms of public procurement, labor, environmental, social security, industrial safety, occupational health, corporate, and tax matters, in accordance with the applicable contractual nature of this contract.
- The installation of systems for monitoring parameters during the execution of the contract (fuel consumption, power, performance), as well as for compliance with environmental parameters and their maximum permissible limits defined in current environmental regulations, shall be the responsibility of the Contractor and shall be in accordance with the terms of the contract and technical specifications that form part of this document. In addition, the Contractor shall



Dirección: S/ La Shizn d. Senel¢azar and Pedr0 F4raim Ce'.ail0s
Código postal: 170522 / Quito - Ecuador
Teléfono: (+539 7) 2992500
www.celec.gob.ec/termcpichincha/





consider the technology and/or control mechanisms necessary to enable it to fulfill this purpose. The contractor must comply with the corresponding Environmental Management Plan at each location.

- The contractor must guarantee the delivery of the effective power on site according to its bid. If this parameter is not met during the operational tests, CELEC EP may deduct the undelivered MW proportionally according to the cost of the power offered.
- After the power plant acceptance tests have been carried out, if the specific fuel consumption is higher than the consumption offered (g/kWh), a discount of USD 100,000 will be applied for each additional g/kWh of consumption.
- The contractor must transfer the necessary knowledge to the personnel designated by the contracting party during the installation, assembly, and commissioning process. Likewise, during the assisted operation period of at least six months.
- Prior to signing the Final Delivery Certificate, the contractor must deliver the following:
  - o User manual and operating instructions for the equipment to be supplied, in digital and physical format.
  - O CD or online information providing details of the product, origin of raw materials, production dates, and records.
  - O Quality or regulatory certificates (scanned) under which the product was developed (if any).
  - O Product calibration certificates, depending on the case.
    Any other information on industrial standards for measurements, testing, and quality control.
  - 0 Workshop or training course on the correct use and operation of the power plant and generation equipment.
  - c CD presenting the training course or workshop given to Ecuadorian personnel.
  OR 40-year warranty against manufacturing defects from the date of signing this contract.
- Comply with current environmental regulations, environmental management plan, action plans, and other obligations arising from environmental or other administrative authorizations for each of the sites. The fuel must comply with the conditions set forth in the technical specifications. If it does not comply with these technical characteristics, the contractor is exempt from any environmental liability.
- Compliance with environmental regulations must take into account the use of fuels supplied by CELEC EP.
- Maintain a single official channel of communication with CELEC EP through the Contract Administrator.
- The Contractor shall promptly handle and deliver to CELEC EP, upon request, all information related to work permits, environmental management plans with waste management and disposal records, fire protection system maintenance records, emergency management plans with their respective drill compliance records, considering the deadlines established in current regulations or requirements of the competent authorities for the delivery thereof.

Di, ec en Se ta ati n de Bonabn ar y Peu e Ter air Ce die s.
Parleo prac's "I (2s  I ule  2  b s
ac b u  h T    I
u rua   thr en  er  ni h n 2





REPUBLIC
OF EL Salvador

El



iJnidad Operativa Termopichincha

- The Contractor shall comply with CELEC EP's anti-bribery policies and shall guarantee the lawful origin of the financial resources used for the performance of the contract.
- The contractor shall be responsible for supplying the basic tools necessary for maintenance in coordination with the contract administrator (at least one set of tools for each group of four generation units, including special tools).
  The contractor must perform maintenance on the equipment during the first year of use.
- The contractor undertakes to provide a Technical Warranty for a period of three (3) years, counted from the signing of the Final Delivery and Acceptance Certificate.
- The contractor shall sign a commitment to provide support and transfer knowledge to CELEC EP personnel for six months after signing the Final Delivery Acceptance Certificate.
- The Contractor is responsible for the entire logistics chain, including international transport and insurance, and assumes the costs incurred in unloading the goods at the terminal (air, sea) where the cargo arrives. In addition, it is responsible for domestic transport in the destination country until the goods are delivered to the corresponding facilities, as well as for all material actions, supplies, and civil works that enable the incorporation of 100 MW into the S.N.I. CELEC EP is solely responsible for customs formalities for the nationalization of the cargo; all other actions are the responsibility of the contractor.
- The contractor undertakes to execute the contract resulting from the procurement procedure, based on the technical specifications or terms of reference drawn up by the contracting entity and made known during the pre-contractual stage; and as such, may not claim error, mistake, or any disagreement with them as grounds for requesting an extension of the deadline or supplementary contracts. Extensions of the deadline or supplementary controls may only be processed if they are approved by the administration.
- During the execution of the contract, the contractor undertakes to provide persons designated by the contracting entity, all the information and documentation requested by them in order to have full knowledge

  related to the performance of the contract, as well as any technical problems that may arise *and* the technologies, methods, and tools used to resolve them.
- The contractor is obliged to comply with any other obligation that naturally and legally derives from the subject matter of the contract and is enforceable because it is included in any document of the contract or in a specifically applicable legal regulation.

### 13.2 OBLIGATIONS OF THE CONTRACTING PARTY

- Appoint the Contract Administrators and Supervisors, and the necessary technical team, for the proper control of its contractual execution, who will ensure the full and timely fulfillment of each and every one of the obligations arising therefrom, and will therefore take the necessary actions to prevent non-compliance. The powers that the Contract Administrator will exercise will be those determined in the contract.
- Notificar a la Contratista la designación de los funcionarios por parte de CELEC EP para la Administración y Supervisión del instrumento contractual.

G'reCc on- SeŜasliinde Ben6lcazar and Pedro Ferạlίn e'/allos
Código postal: 170522 A Cu'to  E  ad
Teléfono: ( 539 7) 2992 300
ww.celec.cob.ec/termcpichinch z.





'REPUELiûA
DEŁECUAD0&

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

- ⦿ Resolve any requests and problems that arise during the execution of the contract through the Contract Administrator within five (5) days of receiving a written request from the Contractor.
- ⦿ Enforce CELEC EP's safety, health, environmental, and regulatory procedures.
- ⦿ Sign the partial and final delivery and acceptance reports once the goods have been received; and, in general, comply with the obligations arising from the contract.

**Clause Fourteen.- TERMINATION OF THE CONTRACT**

14.1 This Agreement shall terminate for the following reasons, as provided for in this clause:

a) Upon fulfillment of the purpose of the agreement;
b) By mutual agreement of the parties;
c) By an enforceable judgment or award declaring the contract null and void or terminating it at the request of the contractor;
d) By unilateral declaration of the contracting party, in the event of breach by the contractor; and
e) Due to the dissolution of the contractor's legal entity that does not originate from a voluntary internal decision by the competent bodies of said legal entity.

14.2 Grounds for unilateral termination of the contract.- In the event of breach by the contractor, the contracting party may proceed with early and unilateral termination, considering the following grounds:

a) Breach by the contractor;

b) If the contractor fails to notify the contracting party of the transfer, assignment, or disposal of its shares, holdings, or, in general, any change in its ownership structure within five business days of the date on which such change occurred;

c) If the contractor fails to comply with the statements made in the bid;

d) Bankruptcy or insolvency of the contractor;

e) If the value of the penalties exceeds the amount of the performance bond;

f) Due to suspension of work, by decision of the contractor, for more than twenty (20) days, without force majeure or unforeseeable circumstances;

g) The Contracting Entity may also declare the contract terminated early and unilaterally if, in the event of unforeseen technical or economic circumstances or unforeseeable circumstances or force majeure, duly verified, the contractor has not agreed to terminate the contract by mutual agreement. In this case, the performance bond shall not be enforced.

14.2.1 Unilateral termination procedure. - Before proceeding with unilateral termination, CELEC EP shall notify the contractor, with ten days' advance notice

*":*c::r . Say. :ti-r vt ś:•.lr.-".* ;< lt..<c ^zrr.><" .c"": a

EL NUEVO
ECUADOR

 REPUBLICA
DEtEDUADOR

Gorpoiaciór Eléctr"pa del Ecuador
Unit

(10) days, regarding its decision to terminate it unilaterally. Together with the notification, the technical and economic reports referring to the contractor's compliance with its obligations shall be sent. The notification shall specifically indicate the breach or delay incurred by the contractor and shall warn it that, if it does not remedy it within the specified period, the contract shall be terminated unilaterally.

If the contractor does not justify the delay or remedy the breach within the period granted, CELEC EP may unilaterally terminate the contract by means of a resolution of the highest authority, which shall be communicated to the contractor.

### Clause Fifteen. - CONTRACT ADMINISTRATION

The CONTRACTING PARTY appoints Mr. LUIS UGSHA GUANOTASIG, Operations Supervisor at CELEC EP-TERMOPICHINCHA, as contract administrator, who shall abide by the terms and conditions of this contract and its supporting documents, and ensure full compliance with the same.

All communications, without exception, between the contract administrator and the contractor shall be made through electronic documents.

The contracting party may change the Contract Administrator at any time, by means of an

official letter, which shall be notified to the outgoing Administrator, the incoming Administrator, and

the CONTRACTOR.
The functions of the contract administrator are as follows:

1. Coordinating all necessary actions to ensure the proper execution of the contract;

2. Comply with and enforce all obligations arising from the contract and the

documents that comprise it;

3. Take action to prevent unjustified delays in the performance of the contract;

4. Impose the penalties established in the contract, for which due process must be respected, in accordance with Article 293 of the General Regulations of the Organic Law on the National Public Procurement System.

5. Administer the corresponding guarantees that will remain in force throughout the term of the contract. This obligation may be coordinated with the treasurer of the contracting entity or whoever acts on their behalf, who is responsible for the control and custody of the guarantees. Responsibility for the management of the guarantees shall be shared between the contract administrator and the treasurer;

6. Report to the highest authority of the contracting entity any operational, technical, economic, or other issues that could affect the performance of the contract;

7. Coordinate with the institutional management and professionals of the contracting entity who, due to their competence, knowledge, and profile, are essential to ensuring the proper execution of the contract;

Direccion: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito E ad.-
Teléfono: (+593 3) 2992310
www.celec.gob.ec/termopichincha

 
ECUADOR EL NUEVO



8. Provide the contractor with the necessary instructions to ensure compliance with the contract based on the technical specifications or terms of reference and under the conditions established in the contract;

9. Require the contractor, with justification, to replace any member of its staff when it considers them incompetent or negligent in their work, exhibits conduct incompatible with their obligations, or refuses to comply with the provisions of the contract and the attached documents. The personnel to be replaced must demonstrate the same or better ability, experience, and other requirements established in the specifications;

10. Authorize or deny the change of personnel assigned to the execution of the contract, verifying that the personnel that the contractor intends to replace demonstrate the same or better ability, experience, and other requirements established in the specifications, adequately performing the assigned functions;

11. Report to the competent authorities when it becomes aware that the contractor is failing to comply with its labor and employer obligations under the law;

12. Prepare and participate in the partial and final delivery and acceptance reports, as well as coordinate with the contractor for the acceptance thereof;

13. Prepare the emergency report for publication on the COMPRASPÚBLICA portal in compliance with Article 241 of the RGLOSNCP.

14. Prepare and organize the file for all contract administration management, leaving documentary evidence for the purposes of subsequent audits carried out by State control bodies;

15. Any other task that, according to the nature of the contract, is essential to ensure its proper execution. The additional powers of the contract administrator must be described in the contract.

The contract administrator shall submit a progress report on the fulfillment of the contract to the Unit Management every 10 days, counted from the day following the signing of the contract, so that the Manager of the TERMOPICHINCHA Business Unit can forward said progress report to the General Manager.

**Clause Sixteen.- DISPUTE RESOLUTION**

If any differences or disputes arise regarding the compliance, interpretation, and execution of this Contract and no direct agreement can be reached between the parties, the matter shall be submitted to mediation at the Mediation Center of the Attorney General's Office based in Quito.

If no agreement is reached in mediation, such disagreement or dispute shall be finally resolved by arbitration in law, administered by the Arbitration and Mediation Center of the Ecuadorian-American Chamber. The Tribunal shall be composed of three principal arbitrators and one alternate and shall be selected as follows: each of the parties, within five (05) days from the date of the summons of the





REPÚBLICA
DEL ECUADOR

Corporación Eléctrica del Ecuador—CELEC EP
Unidad Operativa Termopichincha

arbitration claim, it shall choose its arbitrator, who may or may not be a member of the is an official

provided by the Arbitration and Mediation Center, and the two arbitrators chosen
They shall choose a third arbitrator, who shall preside over the Tribunal, and an alternate arbitrator. The third arbitrator and the alternate arbitrator may be selected from the official list provided by the Arbitration and Mediation Center within five (05) days from the date on which both arbitrators appointed by the parties have expressed their willingness to act.
in writing their acceptance of the position. The Parties may object to the

appointment of an arbitrator if any disclosure by said arbitrator compromises his or her impartiality and independence, in which case the Arbitration and Mediation Center of the Quito Chamber of Commerce shall suspend the corresponding term.
until a decision is made on such disclosure. In the event that any of the parties or the arbitrators appointed by them fail to make the appointments that correspond to them within the stipulated period, these shall be made by drawing lots, at the request of any of the parties, in accordance with the provisions of the fifth paragraph of Article 16 of the Arbitration and Mediation Law.

The parties authorize the Arbitral Tribunal to order and arrange for precautionary measures that are appropriate and in accordance with Ecuadorian procedural law and for the enforcement of such measures. The Tribunal shall request the assistance of public officials, judicial, police, and administrative officials as necessary, without having to resort to any ordinary judge.

The award issued by the Arbitral Tribunal shall be based on law and shall therefore be subject to the Contract, technical specifications, the law, universal principles of law, case law, and doctrine.

The parties undertake to abide by the arbitration award issued.

The costs and expenses of the arbitration process shall be borne by the claimant.

The place of arbitration shall be in the city of Quito, at the facilities of the Arbitration and Mediation Center of the Ecuadorian-American Chamber, and the proceedings shall be confidential.

The Contractor waives the right to use diplomatic channels for any claim related to this Contract. If the Contractor fails to comply with this commitment, the Contracting Party may unilaterally terminate the Contract and enforce the guarantees.

**Clause Seventeen.- COMMUNICATIONS BETWEEN THE PARTIES**

All communications between the parties relating to the contract shall be made in writing or by email and in Spanish.

Notifications regarding any arbitration proceedings shall also be made to the Attorney General's Office (Ecuador).    to the Attorney General's Office (Ecuador).

Communications between the Contract Administrator and the Contractor shall be made through written documents or by electronic means.

Notifications that the Contract Administrator and the Contractor must make pursuant to the provisions of this contract may be made electronically via email or in writing, for which purpose the parties establish their addresses as detailed below:

Dirección: Sebastián de Benalcazar y Pedro Fermín Cevallos.
Código postal: 170522 / Quito  Ecuador
Teléfono: (593 7) 3992530
www.celec.gob.ec/termopichincha/





**REPÚBLICA
DEL ECUADOR**

Corporación Eléctrica del Ecuador - CELEC EP
Unidad Operativa Termopichincha

**CONTRACTOR
INFORMATION:**       **PROGEN INDUSTRIES LLC.,**
**CONTRACTOR
ID#:**                M17000002840
**Address:**          600 Prairie Industrial Parkway, Mulberry FL 33860
**Telephon**          818-587-6454
**e:**                Andrew S. Williamsom hs@progen1.com
**Contact:**
**Email:**

CONTRACTOR INFORMATION:
**CONTRACTING PARTY:**       **CELEC EP** TERMOPICHINCHA **BUSINESS
UNIT**. RUC:       1768152800001
Address:          Sebastián de Benalcázar and Pedro Fermín Cevallos
Streets Telephone:     (02) 299-2500
Email:                luis.ugsha@celec.gob.ec
**City:**             Quito, Ecuador

**Clause** Eighteen.- **CONFIDENTIALITY:**

Each of the parties undertakes to maintain absolute secrecy, discretion, and confidentiality regarding the terms of this Agreement and all information received as a result of this Agreement.

In the event of a breach of this obligation, the corresponding civil or criminal actions may be taken.

The information provided by one party to the other is the exclusive property of the parties, and the following constitute extremely serious offenses: a) disclosure of such information in any form; b) use of such information for purposes other than or deviating from those specifically described in each service order.

Confidential information means any oral, written, typed, printed, recorded, or graphic information, including computer-generated media, produced or reproduced, regardless of whether it was created by the Parties or by another entity that generated it for them. All information exchanged between the Parties shall be considered confidential, even if it was not marked as confidential prior to its disclosure.

From the date of disclosure until two years after the expiration of the Commercial Agreement, the party receiving Information ("Receiving Party") from the other party ("Disclosing Party") shall keep the information received confidential and shall not disclose it without the consent of the disclosing party; likewise, it shall treat the information in the same manner as it treats its own confidential or private information. In order to maintain the confidentiality of this Agreement, the parties shall be recipients of the information contained therein.

Notwithstanding the foregoing, the following information shall not be considered confidential and the Recipient shall have no obligation with respect thereto: Information that: (a) is already known to the Recipient prior to the execution of this agreement, (b) is developed by the Recipient independently of this

Dirección: Sebastián de Benalcázar y Pedro Fermín Cevallos
Código postal: 170524 Quito - Ecuador
Teléfono: 02 299 2500
www.celec.gob.ec/termopichincha



*EL NUEVO*
**ECUADOR**

Case 8:25-cv-03433-WFJ-SPF    Document 104-1    Filed 05/06/26    Page 232 of 434
PageID 2590
ON :*› ü and -y



**REPÚBLICA**
**DELECUAOOR**

Corporación Elé          Álz          7
Uuid          tl   T          h   8



Agreement and is disclosed pursuant to this Agreement, (c) is or becomes public knowledge through no fault or wrongful act of the Recipient, (d) must be disclosed or submitted by the Recipient as required by a competent authority, official laws, or regulations, (e) is covered by a legal order notified to the Recipient, (f) was already in the public domain prior to the signing of this Agreement.

If the Recipient receives a legal notice requesting or requiring it to disclose

nformation, the Recipient shall immediately notify the issuing party
so that the latter may take the appropriate legal measures to prevent its disclosure.

### Clause Nineteen. - COMPLIANCE WITH CELEC EP'S ANTI-BRIBERY POLICY
CELEC EP

19.1 THE CONTRACTOR declares, assures, and undertakes that: it, its associated companies, its affiliated companies, its related companies, and its subcontractors have not made, offered, or will offer payments, loans, or gifts of money or objects of value, directly or indirectly, to:

    a) Any public official or employee.
    b) A political movement or party or member thereof.
    c) Any other person when the party knows or has reason to know that any part of such payment, loan, or gift will be            sera delivered or paid directly or indirectly to any public official or     ·io o public employee, candidate, political party, or member thereof; or
    d) to any other person or entity when such payments, loans, or gifts of monevios valuables could violate the laws of any relevant jurisdiction.      juier

19.2 CELEC EP may terminate this contract as indicated in this clause if it is proven through due process that THE CONTRACTOR has breached the anti-bribery clause of this contract and/or CELEC EP's Anti-Bribery Policy, which forms an integral part of this contract.

19.3 THE CONTRACTOR undertakes to take all necessary and reasonable measures to ensure that: it, its associated companies, its affiliated companies, its related companies, its subcontractors, and their respective directors, managers, employees, agents, and representatives involved in the performance of this contract comply with all applicable laws, including specifically the anti-bribery requirements of CELEC EP set forth in its anti-bribery policy.

**19.4 Negotiation of this contract.** - The parties declare and acknowledge that all clauses, annexes, terms, conditions, and, in general, the entire content of this contract have been fully negotiated, drafted, and accepted by both parties in good faith and, consequently, neither party may claim ignorance of this contract or the audit of certain terms and conditions of this contract to the other party for their own benefit.

D'reccion: Sebastián de Benalcazar y Pedro Fermin Cevaños.
Codigo postal: 170522 / Quito Es ado
Teletono: (+539 71 209 590
www.celec.gob.ec/termopichincha/





REPÚBLICA
DEtECUAD03

Corporación Eléctrica del Ecuador – CELEC EP
Unidad Operativa Termopichincha

19.5 Authorization to the relevant supervisory bodies to lift banking secrecy on domestic and foreign accounts held in the name of my legal representative, in order to verify the lawful origin of the funds and resources to be used in the performance of this contract.

Clause Twenty. - **ACCEPTANCE BY THE PARTIES**

Freely and voluntarily, the parties expressly declare their acceptance of all the terms of this contract and submit to its provisions.

Given and signed in four copies of equal value and content, on the second day of the month August 20 _____ in *the* city of Quito, Ecuador.

BYRON OROZCO MORENO,
ENGINEER

**MANAGER OF THE CELEC EP-
TERMOPICHINCHA BUSINESS
UNIT**

CONTRACTING PARTY

ANDREW S. WILLIAMSON

**PROGEN INDUSTRIES LLC. (USA)**

**CONTRACTOR**

The Technical and Financial Offer issued by PROGEN INDUSTRIAS LLC, the technical specifications contained in document M17.P01.503-F29 Technical Specifications for Goods Supplied Abroad, is incorporated into this contract and forms an integral part thereof.

Revisions:

| Prepared and approved by: | Cristhian Dahik, Esq. Assistant Manager Termopi chincha | 5e has prepared, reviewed, and approved the contract in its entirety and its related documents. I therefore declare that I understand and agree with all the terms set forth therein. I therefore recommend its signing. in compliance with the current legal regulations. | |

Dirección: Ssubst ar de Bonalcazar y Pedro Fermín Cevallos
Código postal: 17 32 late Chuid
Tle·ono 1 075-3 73 00
cinfo tel ob ac terro pchinch

# Exhibit F

```
01/10/24-09:13:52        ACKPDFSERINTER-4726-164708              1

----------------------- Instance Type and Transmission ---------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 0921 241001BCENECEQA1003545834375
----------------------------- Message Header ---------------------------
Swift Input   : FIN 103 Transfcia fondos de cliente
Sender   : BCENECEQ100
            BANCO CENTRAL DEL ECUADOR
            QUITO EC
Receiver : FLARCOBBXXX
            FONDO LATINOAMERICANO DE RESERVAS
            BOGOTA CO
UETR : ae305793-1b36-4add-a396-98e5163861c6
----------------------------- Message Text -----------------------------
 20: Referencia del remitente
     GS-01-7502410613
 23B: Codigo sta operacion bancaria
      CRED
 32A: Fcha val/mnda/impte lqdcion intb
      Date           : 01 October 2024
      Currency       : USD (US DOLLAR)
      Amount         :           #69.580.000,00#
 33B: Moneda/importe ordenado
      Currency       : USD (US DOLLAR)
      Amount         :           #69.580.000,00#
 50F: Cliente ordenante - ID
      /231305-01011218590000
      1/CORP.ELECT. DEL ECUADOR (C.E.L.
      1/E.C. EP)
      2/AV. 6 DE DICIEMBRE N26-235
      3/EC/QUITO
 53B: Corresponsal del remitente-Lugar
      /101602
 57A: Entidad deptaria de la cta - FI BIC
      UPNBUS44
      REGIONS BANK
      BIRMINGHAM,AL   US
 59F: Cliente beneficiario-Num/Nom/Dir
      /0354557917
      1/PROGEN INDUSTRIES LLC
      2/600 PRAIRIE INDUSTRIAL BLVD
      3/US
 70: Descripcion de la remesa
      PROGEN INDUSTRIES LLC HITO 1 TPI CO
      N 0062 24 EMERG SALITRAL
 71A: Especificacion de gastos
      OUR
```

# Exhibit G



# ANEXO 8

# Carta de distribuidor autorizado



ENERGY SIMPLIFIED

Progen Industries LLC
Shane Lawlor, Director
600 Prairie Industrial Pkwy.
Mulberry Fl 33860
USA

04/20/24

PROGEN INDUSTRIES
H&S Industry LLC #7650700
FAO: Karla Saud

## TO WHOM IT MAY CONCERN:

Progen is the only manufacturer of Medium-Speed EMD based Power modules with the ability to run on HFO, Dual Fuel (HFO & Diesel) in addition to Diesel, HFO, Dual Fuel (Gas/Diesel), Bio-fuels, and a wide variety of gases

Over many years, we have developed the only fuel delivery systems which enable our operators to run Progen units on HFO and Dual Fuel (HFO & Diesel). To the best of our knowledge, there are no other systems or manufacturers in the world that have similar flex-fuel capabilities.

Regards,

Shane Lawlor
Director
Progen

Notary Public State of Florida
Andrew S Williamson
My Commission
HH 194770
Exp. 11/15/2025

State of Florida        County of Polk
Sworn to (or affirmed) and subscribed before me
this _____ physical presence OR ☐ online notarizations
this _____ day of April 20 24
By Shane Lawlor
Personally known X OR produced identification ____
Type of identification produced
Andrew S Williamson
NOTARY NAME HERE, Notary Public
My Commission Expires 11/12/25

4/20/24

www.progen.com



# ANEXO 9

# Carta de distribuidor Autorizado



ENERGY SIMPLIFIED

Progen Industries LLC
Shane Lawlor, Director
600 Prairie Industrial Pkwy.
Mulberry Fl 33860
USA

04/20/24

PROGEN INDUSTRIES
H&S Industry LLC #7650700
FAO: Karla Saud

## TO WHOM IT MAY CONCERN:

Progen is the only manufacturer of Medium-Speed EMD based Power modules with the ability to run on HFO, Dual Fuel (HFO & Diesel) in addition to Diesel, HFO, Dual Fuel (Gas/Diesel), Bio-fuels, and a wide variety of gases.

Over many years, we have developed the only fuel delivery systems which enable our operators to run Progen units on HFO and Dual Fuel (HFO & Diesel). To the best of our knowledge, there are no other systems or manufacturers in the world that have similar flex-fuel capabilities.

Regards,

Shane Lawlor
Director
Progen

Notary Public State of Florida
Andrew S Williamson
My Commission
HH 194770
Exp.11/15/2025

State of Florida     County of Polk
Sworn to (or affirmed) and subscribed before me
via ☒physical presence  OR ☐online notarizations
this ____ day of April . 20 24
By Shane Lawlor
Personally known ☒ OR produced identification ____
Type of identification produced,
Andrew S Williamson
NOTARY NAME HERE, Notary Public
My Commission Expires 11/15/25

4/20/24

www.progen1.com

# Exhibit H

# Original

Case 8:25-cv-03433-WFJ-SPF  Document 104-1  Filed 05/06/26  Page 242 of 434
PageID 2600



**PROGEN INDUSTRIES LLC**
# M17000002840
☎ +1-818-587-6454
✉ hs@progen1.com

## CARTA DEL FABRICANTE DE LOS MOTORES DE COMBUSTIÓN INTERNA

**Andrew S. Williamson**, en calidad de persona autorizada para la suscripción de documentos de la compañía **ProGen Industries LLC**, constituida en los Estados Unidos de América, con número de identificación M17000002840, en atención a la solicitud de cotización realizada el 21 de junio de 2024, para la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL"[1], se detalla a continuación el número de serie de los 29 generadores ProGen M3500 HFO-6 a suministrar:

| Generador número | Marca del motor | Horas de uso | Marca del generador | Serial Number |
|---|---|---|---|---|
| 1 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1001 |
| 2 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1012 |
| 3 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1010 |
| 4 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1013 |
| 5 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1015 |
| 6 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1008 |
| 7 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-G1-1011 |
| 8 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-K1-1003 |
| 9 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-G1-1025 |
| 10 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E3-1029 |
| 11 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E9-1012 |
| 12 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-G1-1002 |
| 13 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-K1-1027 |
| 14 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-H1-1008 |
| 15 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-F1-1026 |
| 16 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-G1-1018 |
| 17 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-F1-1017 |
| 18 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-K1-1015 |
| 19 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 07-H1-1040 |
| 20 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-J1-1030 |
| 21 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 07-A1-1003 |
| 22 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-M1-1007 |
| 23 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 07-E1-1052 |
| 24 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-C6-1225 |
| 25 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-A2-1014 |
| 26 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-D3-1011 |
| 27 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-D3-1006 |

[1] https://www.compraspublicas.gob.ec/ProcesoContratacion/compras/EMG/EmgRegistroDetalle.cpe?id=WoLZwuEqUyzjyEuZ1Coi IKFTEjwJ0NffpRHqxQft4_o



**PROGEN INDUSTRIES LLC**

# M17000002840

☐  +1-818-587-6454

✉ hs@progen1.com

| 28 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-B2-1121 |
| 29 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-A1-1025 |

Best,

Andrew Williamson
President / COO
Progen Industries LLC

www.progen1.com

# English Translation

**PROGEN INDUSTRIES LLC**

# PRO**GEN**
ENERGY SIMPLIFIED

# M17000002840
+1-818-587-6454
hs@progen1.com

## LETTER FROM THE MANUFACTURER OF INTERNAL COMBUSTION ENGINES

**Andrew S. Williamson**, as the person authorized to sign documents on behalf of **ProGen Industries LLC**, a company incorporated in the United States of America, with identification number M17000002840, in response to the request for quotation made on June 21, 2024, for the "EMERGENCY CONTRACTING OF LAND-BASED POWER GENERATION IN SALITRAL"1, the serial numbers of the 29 ProGen M3500 HFO-6 generators to be supplied are detailed below:

| Generator number | Engine brand | Hours of use | Generator brand generator | Serial Number |
|---|---|---|---|---|
| 1 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1001 |
| 2 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1012 |
| 3 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1010 |
| 4 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1013 |
| 5 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1015 |
| 6 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1008 |
| 7 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-G1-1011 |
| 8 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-K1-1003 |
| 9 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-G1-1025 |
| 10 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E3-1029 |
| 11 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E9-1012 |
| 12 | EMD 20/710GH 3500, 4160V | 0 | BAYLOR | 06-G1-1002 |
| 13 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-K1-1027 |
| 14 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-H1-1008 |
| 15 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-F1-1026 |
| 16 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-G1-1018 |
| 17 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-F1-1017 |
| 18 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-K1-1015 |
| 19 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 07-H1-1040 |
| 20 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-J1-1030 |
| 21 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 07-A1-1003 |
| 22 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-M1-1007 |
| 23 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 07-E1-1052 |
| 24 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-C6-1225 |
| 25 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-A2-1014 |
| 26 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-D3-1011 |
| 27 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-D3-1006 |

1https://www.compraspublicas.gob.ec/ProcesoContratacion/compras/EMG/EmgRegistroDetalle.cpe?id=WoLZwuEqUyzjyEuZ1Coi IKFTEjwJ0NffpRHqxQft4_o



www.progen1.com



**PROGEN INDUSTRIES LLC**

☐ # M17000002840
✉ +1-818-587-6454
hs@progen1.com

| 28 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-B2-1121 |
| 29 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-A1-1025 |

Best,

Andrew Williamson
President / COO
Progen Industries LLC

# Exhibit I

# Original



# ECUACIER

# CELEC EP - UNIDAD DE NEGOCIO TERMOPICHINCHA

# INFORME EJECUTIVO

**PERITAJE TÉCNICO A LA EJECUCIÓN DEL CONTRATO EMERGENTE Nro. TPI-CON-0067-24/" Contratación en el Extranjero", CONTRATO EMERGENTE DE GENERACIÓN TERRESTRE EN QUEVEDO.**



## Subestación Quevedo I



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



# CONTENIDO

1.1. INTRODUCCIÓN. ........................................................................................................................... 3

1.2. EJECUCION DE ENSAYOS NO DESTRUCTIVOS. ................................................................... 3

REALIZACIÓN DE ENSAYOS NO DESTRUCTIVOS EN OBRAS CIVILES. ............................. 3

1.4. **TRABAJOS DE CAMPO DE LEVANTAMIENTO TOPOGRÁFICO Y VOLUMETRÍA.** ...... 4

1.5. **MEDICIÓN DE PLANIMETRÍA Y VOLUMETRÍA** ............................................................. 4

1.6. **RESULTADOS DE ENSAYOS NO DESTRUCTIVOS.** .......................................................... 4

1.7. **RESULTADOS DE LAS MEDICIONES, PLANO DE IMPLANTACIÓN.** ............................. 5

1.8. **RESULTADOS.** ........................................................................................................................ 5

**FOTOGRAFÍA AEREA DE LA ESTACIÓN DE GENERACIÓN QUEVEDO.** ........................... 8

**a. COSTOS DIRECTOS.** ................................................................................................................. 20

**Definición de Costos Directos** ................................................................................................. 20

**Componentes de los Costos Directos** ...................................................................................... 20

**Normativa Ecuatoriana** ............................................................................................................ 21

**b. COSTOS INDIRECTOS** .............................................................................................................. 21

**Componentes de los Costos Indirectos** ................................................................................... 21

**Consideraciones para Empresas Extranjeras Contratistas en Ecuador** ..................... 22

**Aplicación en este peritaje.** ..................................................................................................... 22

**c. COSTO TOTAL.** ........................................................................................................................... 23

3.5. **PRESUPUESTO DE OBRA EJECUTADA.** .............................................................................. 23

3.6. **RESULTADOS.** ........................................................................................................................... 23



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**
Confianza en valoración

# 1. ENSAYOS NO DESTRUCTIVOS, LEVANTAMIENTO TOPOGRÁFICO Y CANTIDADES DE OBRA EJECUTADA

## 1.1. INTRODUCCIÓN.

Para comprender el alcance de los trabajos, se describe el proyecto como un conjunto de obras civiles, en su mayoría, cimentaciones sobre pilotes de acero, que consisten en losas de hormigón armado que se apoyan sobre pilotes tubulares de acero, este tipo de cimentaciones se han utilizado debido a las condiciones locales del suelo de fundación, y las cargas de servicio que serán, en su mayoría, cargas dinámicas que involucran el peso de equipos electrógenos que contienen motores y generadores, radiadores, líneas de conducción de combustibles y refrigerantes, líneas de conducción de cables eléctricos, puesta a tierra, otras cimentaciones para pile rack, cimentaciones para tanques de almacenamiento de combustibles, cimentaciones para tanques diarios, cimentaciones para planta de tratamiento de aguas y cimentaciones para cubetos.

Con lo mencionado anteriormente, se consideró una planificación de trabajos de campo con ejecución de ensayos no destructivos de manera aleatoria, que permita caracterizar la calidad de los materiales y trabajos ejecutados dentro de las obras civiles de la estación QUEVEDO.

## 1.2. EJECUCION DE ENSAYOS NO DESTRUCTIVOS.

De acuerdo a la oferta técnica, se procedió de la siguiente manera en campo:

### REALIZACIÓN DE ENSAYOS NO DESTRUCTIVOS EN OBRAS CIVILES.

Durante la inspección, se ejecutaron varios ensayos no destructivos con la finalidad de obtener información importante para la realización de reactivos que servirán como base para la elaboración de las planillas de liquidación y para el control de calidad de los trabajos de obras, bienes y servicios.

Los ensayos no destructivos que se realizaron son los siguientes:

- Ensayo con esclerómetro tipo Schmidt: Norma "ASTM C 805-18".

- Ensayo de pulso ultrasónico para determinar acero de refuerzo dentro de elementos
de hormigón armado: Norma "ASTM C597-09".

- Verificación de barras de acero aplicando la Norma ASTM C597-09

- Análisis de barras de acero según ASTM C597-09:



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

- Ensayo de escáner de barras de acero: Norma "ASTM D 6432".

- Medición de espesores de placas o elementos de acero, diámetros de varillas con vernier (calibrador), norma ASTM E2877.

## 1.4. TRABAJOS DE CAMPO DE LEVANTAMIENTO TOPOGRÁFICO Y VOLUMETRÍA.

### REALIZACIÓN DE LEVANTAMIENTO TOPOGRÁFICO:

Durante la inspección, se contó con un dron para sobrevolar la Central Quevedo I y de esta manera obtener fotografías aéreas a baja altura que permitan imágenes digitales panorámicas de varios sectores que ayuden a evidenciar la situación actual del proyecto y de esta manera evidencien la implantación y ubicación de obras y bienes, ejecutados, construidos, suministrados e instalados en el sitio por la contratista.

Para el efecto de medir y levantar las obras ejecutadas en el sitio, se utilizó estación total y prismas, se obtuvieron los puntos topográficos de las esquinas de estructuras, cimentaciones, plataformas, canales, y; en otros elementos como trincheras, cunetas, vías de acceso y circulación, pipe rack, cerramientos; de igual manera, se obtuvieron puntos que permitieron dibujar el plano de implantación, cada punto se determinó con coordenadas UTM y cota.

## 1.5. MEDICIÓN DE PLANIMETRÍA Y VOLUMETRÍA

Todos los elementos que no se pudieron medir con equipo topográfico mediante el procedimiento anterior, se midieron utilizando distanciómetros digitales, cintas manuales y flexómetros manuales, las mediciones se realizaron en planimetría y en elevación o profundidad para determinar volúmenes de obra.

De esta manera se fueron registrando en libretas manuales y fotografías digitales las mediciones de acuerdo a cada elemento con su respectivo material con lo cual se obtendrán los datos para la elaboración de los rubros que componen las obras ejecutadas, esto se realizó tanto para obras civiles, en cuanto a obras eléctricas y electrónicas no existen trabajos ejecutados.

## 1.6. RESULTADOS DE ENSAYOS NO DESTRUCTIVOS.

Los resultados de los ensayos no destructivos se presentan en el anexo 1 del Informe Pericial, los resultados obtenidos se han contrastado con los informes técnicos elaborados por los funcionarios de CELEC EP en la fase de construcción.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**1.7. RESULTADOS DE LAS MEDICIONES, PLANO DE IMPLANTACIÓN.**

Los resultados de las mediciones, tanto del levantamiento topográfico, como de las mediciones realizadas en volumetría, se presentan en el anexo 1 del Informe Pericial y consisten en el plano de implantación de obras y las dimensiones de los diferentes elementos estructurales encontrados en el sitio.

**1.8. RESULTADOS.**

a. Los ensayos de mediciones de resistencia del hormigón endurecido, realizados a las estructuras de cimentación de los diferentes componentes de la subestación de generación eléctrica de 50 MW de QUEVEDO I, fueron ejecutados de manera aleatoria conforme se menciona en la oferta técnica y en el contrato de servicios de peritaje de TAXIA para CELEC EP.

b. Por las condiciones de producción de reactivos y evidencias en las investigaciones del presente informe pericial y, debido a la importancia del peritaje al proyecto, los trabajos de campo y gabinete ejecutados, para la obtención de los valores de resistencia a la compresión simple de hormigón endurecido en las obras mencionadas en el numeral anterior, no fueron confiados a personal técnico de nivel medio con nivel de formación "tecnólogo"; sino que, fueron ejecutadas directamente por el perito responsable y sus asistentes técnicos, todos con formación de ingenieros civiles, el perito técnico responsable con formación de cuarto nivel y los asistentes con formación de tercer nivel, se procedió de esta manera también para salvaguardar la confidencialidad del proyecto.

c. Los equipos utilizados en la ejecución de las pruebas de esclerometría, escáner de losas de cimentación hormigón armado, distanciómetro digital, cinta de medición manual, flexómetro y calibrador, son nuevos y fueron adquiridos exclusivamente para este peritaje con la finalidad de evitar descalibraciones y/o mediciones erróneas por uso prolongado y/o desgaste, elongación de material en cintas de medición, desgaste en calibrador, descalibración original de equipos mecánicos y electrónicos, el esclerómetro cuenta con su certificado de calibración emitido por el fabricante y se adjuntó su imagen en el presente informe.

d. Se realizaron las pruebas de esclerometría en aplicación de la norma ASTM C805, tanto en campo como en gabinete. Se delimitó la zona a intervenir de manera aleatoria y sin un patrón de selección premeditado, la sección a evaluar fue considerada con una medida de 20 x 20 cm, se marcó con pintura roja, se aplicaron de 10 a 12 impactos en el hormigón, previo a su alisado y limpieza con el aditamento abrasivo incluido en el equipo, los impactos fueron distribuidos en la zona enmarcada y se ejecutaron a



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

distancias de 3 a 4 cm de separación entre sí en las dos direcciones del cuadrante, se aplicaron impactos de manera vertical hacia abajo en las losas de cimentación, y; los impactos en muros, columnas y cimentación d ellos tanques de combustible fueron impactos en dirección horizontal, las curvas de transformación de R (lecturas) a Fck (resistencia característica del hormigón) utilizadas, corresponden a las curvas que se encuentran para la posición respectiva impartida por el fabricante del equipo.

e. Los valores de Fck fueron corregidos restando del valor obtenido, el factor de corrección inserto en las mismas curvas de transformación descritas en el numeral anterior, posteriormente se calculó el valor f'c aplicando el percentil 30% a la tabla de datos obtenidos y que corresponden al Fck corregido, los valores obtenidos están en MPa por lo que fue necesario transformar esos resultados a kg/cm$^2$.

f. Los valores de f'c obtenidos para cada estructura analizada, se emplearán en las verificaciones estructurales que se realizarán en el informe técnico correspondiente y también se tomarán en cuenta para el precio del hormigón en la liquidación del proyecto respecto de la obra civil ejecutada en su parte pertinente.

g. Después de revisar los resultados obtenidos, se concluye que los hormigones empleaos en la ejecución de las obras civiles son de buena calidad y aparentemente evidencian una resistencia adecuada para la función que desarrollarán dentro del proyecto, sin embargo, se aclara que su funcionalidad y eficiencia estructural finalmente será corroborada en el informe técnico de verificación estructural.

h. Respecto de los aceros de refuerzo de losas de cimentación analizadas, se concluye que las losas están armadas conforme a los planos en los sitios donde se realizó el escaneo de manera aleatoria, el equipo tiene la capacidad de realizar el escaneo a una profundidad de 20 cm dentro de la masa de hormigón, por lo que se verificó el acero de refuerzo que generalmente está con un recubrimiento entre 4 y 7 cm en la cara superior o cara visible de elementos estructurales, se determinó que el espaciamiento entre barras de acero es 20 cm.

i. Respecto de las pruebas de ultrasonido para medir espesores de materiales, no fueron necesarias de ejecutar ya que, los materiales como perfiles, placas, vigas de acero, cubiertas metálicas, paneles de revestimiento lateral, perfiles de fijación, correas y demás elementos estructurales de acero o metálicos, están expuestos y su medición se realizó de manera directa con calibrador, de esta manera la precisión de medida es garantizada ya que es una medida directa.

j. En cuanto al levantamiento topográfico, se trabajó con estación total electrónica y un prisma para detección de puntos topográficos, de esta manera se fueron levantando y determinando las coordenadas de los puntos importantes de las estructuras como son,



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

esquinas de losas, ejes de columnas, bordes de caminos, bordes de cajones de drenajes o cables eléctricos, perímetros de bases de tanques, etc.

Los datos obtenidos fueron procesados y finalmente se obtuvo el plano de implantación de obras existentes que fueron ejecutadas por PROGEN en la Central Quevedo I.

k. En lo que respecta a volumetría, se utilizaron equipos manuales y electrónicos para medición de vigas, pórticos, correas, placas, perfiles, paneles, canales de drenaje, espesores de losas, espesores de muros, dimensiones de placas de acero, y demás elementos que constituyen la obra ejecutada por PROGEN en QUEVEDO, herramientas que servirán para establecer los volúmenes de obra ejecutada de los diferentes rubros.

l. Se concluye indicando que, el presente informe contiene las herramientas técnicas para proceder a la elaboración del informe técnico de verificación estructural y el informe técnico de liquidación de obras civiles ejecutadas.

## 2. VERIFICACIÓN ESTRUCTURAL DE OBRAS CIVILES.

### 2.1. CARÁCTERÍSTICAS DE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.

Se construyeron las obras de cimentación de equipos, tanques y otros, solo las estructuras de tanques de combustible y transformador tienen cimentaciones profundas con tubería de acero sin costura cedula 40 de entre 10 y 12 pulgadas y con longitudes de hincado de entre 8 y 11.70 m, las losas de hormigón armado de cimentaciones de 240 kg/cm$^2$ de resistencia a la compresión, están apoyadas sobre los pilotes mediante placas de acero de apoyo, las losas de cimentación están doblemente armadas con acero estructural con límite de fluencia de 4200 kg/cm$^2$, en el caso de las losas de hormigón que no disponen de pilotes, se apoyan directamente sobre el replantillo que está sobre la capa de mejoramiento compactado.

Por lo tanto, se verificó la construcción de las diferentes obras civiles para cimentaciones de equipos y tanques de combustible de generación terrestre Quevedo I, NO EXISTEN EVIDENCIAS DE DAÑO ESTRUCTURAL, la estación de generación eléctrica dispone de varias losas de cimentación de maquinaria y demás componentes de la generación terrestre con juntas de construcción entre sí, canales de drenaje vial, ductos para cables y tuberías, muros de cubetos y otros.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

## FOTOGRAFÍA AEREA DE LA ESTACIÓN DE GENERACIÓN QUEVEDO I.



## 2.2. DESCRIPCIÓN DEL MODELO ESTRUCTURAL.

Para el presente proyecto, la verificación estructural que realizamos para esta estación de generación eléctrica contempla el análisis de su configuración estructural como ya se determinó anteriormente y se detalla a continuación:

## a.- CIMENTACIONES. –

La estación de generación eléctrica se compone de varios componentes de obra civil, las cimentaciones están conformadas por las losas o placas de hormigón armado en cada espacio de acuerdo al proyecto de la estación de generación eléctrica, la misma que trabaja sosteniendo la estructura en el caso del cuarto de control y tanques de combustible; y, sosteniendo y dando apoyo a los equipos en caso de maquinarias y tuberías mediante una placa de apoyo y los pilotes empotrados en su base.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec



Las cimentaciones han sido calculadas y verificadas por TECHNOUTILITY S.A. y su perito especialista estructural encargado de este análisis como parte de TAXIA, para las diferentes cargas actuantes como; carga muerta + impacto o vibraciones de maquinaria (Out Tables Sap 2000). Carga viva en cuarto de control, combinaciones con sismo en X y sismo en Y actuante sobre los equipos, en especial para la combinación RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO I y por ser las más críticas y aplicables en nuestro país; y, las cimentaciones han sido verificadas con sus secciones para las fuerzas de trabajo donde fueron analizadas las cuantías de acero de la estructura.

Una vez que se verificaron las fuerzan internas de la estructura de cimentación con las cargas antes descritas, se procedió a la modelación en Sap 2000 V21 del sistema, el modelo de igual manera se trabajó con cada uno de los elementos de la cimentación como son: losa base, placa de apoyo; y, pilotes de acero ASTM A 53 Gr B.

Todo este sistema modelado en elementos finitos fue analizado en el software, dentro del cual se ha calculado para las combinaciones de carga RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO Iy utilizando como material el hormigón armado y el acero.

La carga muerta más impacto o vibraciones son transmitidas a la losa o placa de cimentación y simultáneamente se transmite a los pilotes y éstos transmiten la carga al suelo de cimentación por la punta; el lecho es una masa de suelo con dos capas conformada por material arcillo arenoso superficialmente de alta compresibilidad de 7 m de profundidad aproximadamente y una capa de limo arcilloso medianamente compacto en profundidades mayores desde los 7 m hacia los 12,50 m de profundidad donde se disiparán los esfuerzos.

De acuerdo al material del subsuelo observado en los estudios de suelos, no se consideró resistencia en el suelo por fricción con los pilotes, por lo tanto, el fuste no aporta a la capacidad de carga de los pilotes; el material encontrado en las profundidades ya es de tipo limoso con arena con un ángulo de fricción interno de 35°, esta capacidad de carga será analizada más adelante.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**GRÁFICO ELEVACIÓN CIMENTACIÓN.**



## b.- ESTRUCTURA. –

La estructura de la estación de generación eléctrica está compuesta por:

CUARTO DE CONTROL

El cuarto de control no se ha identificado por no existir planos del mismo, se procedió a estimar las cargas de la estructura y de sus complementos para poder determinar la carga de servicio de su cimentación.

## 2.3. CALCULO ESTRUCTURAL.

Las estructuras construidas, verificadas y descritas anteriormente, han sido sometidas a revisión motivo del presente análisis estructural, se nos han entregado los planos del diseño de manera parcial en formato PDF, se ha procedido al cálculo de las cargas de acuerdo a la información que consta en los planos y a lo verificado en sitio como secciones, dimensiones de elementos, carga de servicio. El modelo en Sap 2000 de las estructuras simulan su apoyo en las cimentaciones de hormigón armado, los mismos que serán analizados en el modelo, se analizará la losa de cimentación de los tanques, pero no los tanques de combustible para la estación de generación eléctrica, por no



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

tener función estructural en la estabilidad de la estructura de la cimentación al sismo, se analizarán las demás cimentaciones de manera aleatoria.

## 2.4. CODIGOS Y NORMAS

Para el cálculo se adoptó las especificaciones mencionadas en este informe y de igual manera el programa Sap 2000 realiza el análisis del hormigón armado mediante el código ACI 318.

Como norma fundamental para el análisis sísmico de la estación de generación eléctrica se ha considerado la Norma Ecuatoriana de la Construcción NEC-2015, se ha tomado como guía el Libro Peligro Sísmico 1 y 2, secciones 3, 4, 5 y 6.

## 2.5. CARGAS SOBRE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.

En el análisis, se ha considerado los siguientes valores de peso propio: de las losas de cimentación de hormigón armado peso de 2400 Kg/m³, para el peso específico del acero de la estructura el programa SAP2000 V21 calcula automáticamente el peso propio de cada uno de los elementos que intervienen en la estructura de la casa de máquinas de la estación de generación eléctrica metálica, haciendo intervenir en cada una de las combinaciones de carga requeridas por la NEC-2015. El peso específico del acero es de 7850 kg/m³.

## 2.6. ESTUDIO DE CARGAS

### a. CARGA MUERTA.

Dentro de la modelación en Sap 2000 V21 se consideraron los siguientes valores en la asignación de cargas:

Carga muerta distribuida permanente de la losa de cimentación:

Losas cimentación: varios de acuerdo al equipo (t/m²). Ver anexo 2 del Informe Pericial (Informe estructural).

### b. CARGA VIVA.

Para las cimentaciones de equipos y tanques no existe carga viva.
Para la cimentación del cuarto de control, la carga viva se consideró de 0.20 ton/m2, se utilizó esta carga equivalente para el cálculo en Sap 2000 V21.




**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**c. CARGA DE VIENTO**

En el caso de las cimentaciones y tanques, no se tomaron en cuenta las cargas de viento debido a que no afectarán a la cimentación.

**d. CARGA SÍSMICA**

En el cálculo de la estación de generación eléctrica se ha considerado la zona sísmica de la ciudad de Quevedo de la provincia de Los Ríos y el espectro de diseño se incluye en el programa Sap 2000 V 21 para NEC - 2015. El coeficiente sísmico usado es 0,21 para cimentaciones.

**e. ESFUERZOS POR TEMPERATURA.**

No se analizaron esfuerzos por temperatura en vista de que, en Quevedo no existe gradiente térmico importante.

**f. ESFUERZOS POR VIBRACIÓN DE MAQUINARIA O MOVIMIENTO DE FLUIDOS.**

Se tomó en cuenta esfuerzos por vibraciones de motores y maquinaria, así como los movimientos de fluidos en tanques de combustibles, con un factor de mayoración de la carga por impacto, el factor de impacto considerado es del 30%. Ver anexo 1 del Informe Pericial.

**2.7. COMBINACIONES DE CARGA**

**CIMENTACIONES:**

Se consideraron las siguientes combinaciones de carga y su envolvente:

RESISTENCIA I
EVENTO EXTREMO Ix
EVENTO EXTREMO Iy
ENVOLVENTE.

El diseño de los elementos de acero de las cimentaciones de cuarto de control y demás equipos, tanques e instalaciones, se realiza automáticamente por el programa el cual hace los cálculos internamente considerando el caso más desfavorable, tomando en consideración los esfuerzos máximos por envolvente, el programa ejecuta el cálculo con carga muerta + impacto más carga viva más viento y más sismo CSx y CSy aplicado



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

en el centro de gravedad de todos los elementos finitos de acuerdo a los estados límites, cargas de servicio de acuerdo a la NEC – 2015.

## 2.8. MATERIALES

El material predominante en la estructura de cimentaciones de la estación de generación eléctrica, es el hormigón armado con acero de refuerzo, también las placas de acero A 36 y los tubos de acero A 53 Gr B sin costura que constituyen los pilotes.

De acuerdo con las especificaciones de la estructura se ha considerado un valor de fy = 2500 kg/cm² para la resistencia a la Fluencia del Acero A 36 y 3500 para A 53 Gr B en el cálculo.

## 2.9. PROCESAMIENTO DE DATOS

Todo el conjunto de las estructuras fue procesado con la ayuda del programa SAP2000 V21 Profesional PROGRAM ANÁLISIS STRUCTURES, este programa ejecuta el análisis estructural mediante elementos finitos, una vez calculada la estructura se tiene como resultados, los diagramas de deformadas, esfuerzos y reacciones en los apoyos. De estos diagramas se puede obtener los datos numéricos en cualquier punto de la estructura, así como los esfuerzos máximos y mínimos.

Para el caso de los elementos de hormigón armado, el programa permite obtener el acero de refuerzo de las losas de cimentación en las caras superior e inferior; y, en las direcciones x-x (1 en Sap 2000); y, y-y (2 en Sap 2000).



El cálculo de las estructuras de acero se lo realiza con el código AASHTO STEEL que se encuentra incluido en este programa.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 2.10.- CHEQUEO DE LOS ELEMENTOS METALICOS:

Para el diseño de los elementos metálicos en viga de alma llena se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos AASHTO LRFD y AISC-ASD89, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el radio de interacción de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de la superestructura metálica.



## 2.11. CHEQUEO DE LAS ELEMENTOS DE HORMIGÓN ARMADO QUE NO SON CIMENTACIONES.

Para el diseño de los elementos de hormigón armado se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos ACI-318, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el acero de refuerzo de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de las estructuras.

El programa permite verificar la sección de acero por metro lineal de estructura Shell o placa, este valor será verificado con el acero colocado en obra y que consta en los planos As Built del proyecto.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 2.12.- DISEÑO DE LAS CIMENTACIONES

Para el diseño de los pilotes de acero y las losas de cimentación de hormigón armado como cuerpo monolítico se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos ACI-318, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el acero de refuerzo de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de las cimentaciones y en lo que respecta a pilotes de acero, verifica que los esfuerzos externos no sobrepasen la capacidad admisible del material.

Dentro del software de análisis estructural, se incluyeron los parámetros de análisis en elementos como losas de cimentación y pilotes a fin de determinar los valores de Springs para el cálculo.



El Análisis estructural completo se encuentra en el Anexo 1 del Informe Estructural.

## 2.13. RESULTADOS.

- Se verificó las losas de cimentación del cuarto de control, ya que están construidas con una capa de mejoramiento debajo de las placas de cimentación en una profundidad que llega al nivel -1,00 m medido desde la cara superior de la losa de cimentación, de esta manera fue verificada la cimentación de la casa de máquinas.

- De igual manera, de forma aleatoria se verificaron las cimentaciones del tanque de combustible de 50.000 galones, generadores, transformador, y tanques diarios Fundación 2, conformados por placas o losas de hormigón armado sobre mejoramiento y, en el caso del transformador, se colocaron pilotes de acero hincados, todos conformados con hormigón armado de 240 kg/cm² y tubos de acero A 53 Gr B que llegan a 8,00 m y 11,70 m de profundidad de acuerdo al tipo de cimentación conforme consta en el anexo de cálculo.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

- La estructura de cimentación del cuarto de control de la estación de generación eléctrica se verificó para las cargas de servicio, carga viva, carga muerta; y, se comprueba el funcionamiento adecuado de la cimentación para estas estructuras de la estación de generación eléctrica de manera monolítica conforme se encuentran construidas, dentro del análisis se ha tomado en cuenta el espectro de diseño de la NEC-2015 incluida en el programa Sap - 2000 V21.

- Se comprobó también para las combinaciones de carga: Evento extremo I, la misma que incluye carga viva y carga muerta con estados límite NEC-2015, Sismo en la dirección X y Sismo en la dirección Y del sistema de coordenadas de Sap 2000, dentro de las mismas se consideró el sismo diagonal (SCx 100% y SCy 30% o viceversa); las cuales se analizaron con el espectro de diseño para la zona sísmica del cantón Quevedo en la provincia de Los Ríos en cumplimiento de la Norma NEC-2015; **demostrándose que la estructura es segura** para la cimentación del cuarto de control.

- Los módulos de balasto de la capa de mejoramiento fueron calculados para material granular conforme se ha colocado bajo la cimentación y los springs de esquinas, exteriores e interiores en los joints de las losas de cimentación fueron calculados para las áreas discretizadas conforme a sus dimensiones y geometría de la losa y disposición de los pilotes.

- De igual manera se comprobó la cimentación incluidos los pilotes de manera monolítica, en el modelo para cada cimentación se incluyeron los springs calculados para el lecho arcilloso y limo arcilloso que, de acuerdo al estudio de suelos se presentan en dos capas, la primera a una profundidad de 7 m y la segunda a partir de esta profundidad sobrepasando la profundidad de 22,50 m, donde en el primer caso se consideró una capacidad de carga del lecho arcilloso de 7 ton/m$^2$ y en el lecho limoso una capacidad de carga de 34 ton/m$^2$, y; el suelo del primer estrato con f=20 grados y el suelo del estrato profundo con f=35 grados, datos que fueron correlacionados con la información de los estudios de suelos del proyecto obteniéndose módulos de balasto aplicando las tablas de Morrison y Bowles similares a los obtenidos en los estudios de suelos del proyecto.

- Se calcularon springs para pilotes con el Módulo de Balasto vertical, los springs calculados corresponden a cada capa de suelo donde se hincaron los pilotes, tomando en cuenta el Módulo de balasto de la capa superior de 7 m de potencia y el Módulo de balasto de la capa inferior que va desde los 7 m hacia abajo a la punta del pilote. Con ese criterio se calcularon los springs de confinamiento horizontal para las direcciones x y y en joints y en frames, los pilotes fueron discretizados en longitudes de 1,00 m, no se consideró resistencia al fuste en pilotes por lo que, **no se consideraron spring en la dirección vertical**, con la hipótesis de análisis de absorción de carga del pilote a la punta; se calcularon springs en el joint de punta del pilote para x, y y z.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

- Con estas consideraciones, el sistema fue analizado y calculado para el suelo local. Se calculó cada estructura para la combinación de carga: Resistencia I, la misma que incluye carga muerta (DEAD + 30% impacto y vibración), con estados límite que exige la norma NEC-2015; **demostrándose que las estructuras son seguras**. Se comprobó también para las combinaciones de carga: Evento extremo I (x e y), la misma que incluye: carga muerta (DEAD+ 30% impacto y vibración), Sismo en la dirección X + 30% Sismo en la dirección Y del sistema de coordenadas de Sap 2000, y; carga muerta (DEAD+ 30% impacto y vibración), Sismo en la dirección Y + 30% Sismo en la dirección X del sistema de coordenadas de Sap 2000, las cuales incluyen el espectro de diseño para la zona sísmica del cantón Quevedo en la provincia de Los Ríos en cumplimiento de la Norma NEC-2015; **demostrándose que la estructura es segura, tanto para estabilidad como para resistencia interna de la estructura.**

- La verificación de las cimentaciones se realizó con un hormigón estructural de 240 kg/cm² de resistencia a la compresión simple a los 28 días como medida conservadora de seguridad en lugar de los más de 250 kg/cm² de resistencia que consta en los resultados de ensayos con esclerómetro ejecutados, obteniéndose como resultado que el proyecto es seguro con esta premisa de cálculo.

- Los asentamientos de los pilotes calculados en los diferentes análisis realizados a 2 estructuras de cimentación de la estación Quevedo I, en ningún caso, sobrepasan los 2,6 mm, de igual manera los desplazamientos laterales de las losas de cimentación en ningún caso sobrepasan los 2 mm, resultados que son aceptables para las estructuras analizadas.

- Se calcularon las capacidades de carga de los pilotes de 12 pulgadas de diámetro y 8.00 m de longitud, así como, para pilotes de 10 pulgadas de diámetro y 11,70 m de longitud, tomando en cuenta los log de perforación de los estudios de suelos realizados en Quevedo I, se determinó la capacidad de carga de los pilotes a partir de datos de entrada como, diámetro de pilote, longitud de pilote, tipo de suelo del lecho, N60 obtenido en ensayos SPT, determinándose que la carga en la punta de los pilotes es menor a la capacidad de carga de pilotes, consecuentemente la estructura es segura.

- Por lo tanto, Las obras civiles para la estación Quevedo I ubicada en el cantón Quevedo de la provincia de Los Ríos; cumple con los requisitos de diseño de la NEC-2015 en cuanto a condiciones sismo resistentes.

- Las cargas o solicitaciones que reciben las cimentaciones de los diferentes equipos y tanques en Quevedo I, son relativamente bajas en comparación con las dimensiones de secciones y materiales de los elementos que constituyen esas estructuras, determinándose cargas aplicadas a las cimentaciones relativamente bajas, con esta determinación se concluye que las estructuras son seguras y su funcionamiento está



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

garantizado para el uso que van a prestar en la Estación de Generación Terrestre Quevedo I.

## 3. LIQUIDACIÓN ECONÓMICA OBRAS CIVILES

### 3.1. INTRODUCCIÓN.

El presente informe tiene por objeto detallar el proceso de liquidación de la obra civil ejecutada, incluyendo la determinación de volúmenes, análisis económico, resultados de control de calidad y la valoración final de la obra realizada y materiales no instalados.

La liquidación se efectúa en conformidad con el contrato suscrito, los planos aprobados, las especificaciones técnicas MOP-F-2002, y la normativa vigente para obras públicas.

La liquidación comprende:

- La obra ejecutada y verificada en campo, contrastada con los planos del proyecto.
- Los ensayos no destructivos practicados sobre los trabajos, los cuales resultaron satisfactorios.
- La determinación de volúmenes de obra mediante mediciones de campo.
- El análisis de precios unitarios considerando equipos, materiales, mano de obra, transporte y costos indirectos.
- La valoración de materiales existentes en el sitio y no instalados.

### 3.2. DETERMINACIÓN DE RUBROS EJECUTADOS.

Los rubros ejecutados en el sitio del proyecto, se pudieron identificar el la inspección y observación de la obra ejecutada al momento de la visita a la estación Quevedo I.

**Metodología de Liquidación:**

### a) Determinación de Volúmenes

- Se efectuaron mediciones en campo, con personal técnico y equipo topográfico especializado.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

- Los volúmenes fueron cotejados con los planos del proyecto, ajustando las diferencias de obra ejecutada respecto a la planificada.

## b) Control de Calidad

- Se realizaron ensayos no destructivos (END) sobre elementos estructurales y acabados, garantizando que cumplen las especificaciones.
- Los resultados fueron satisfactorios, avalando la calidad de los trabajos liquidados.

## c) Análisis de Precios Unitarios

- Los precios unitarios se determinaron tomando en cuenta:
    o Equipos y herramientas empleados.
    o Materiales y suministros utilizados.
    o Mano de obra calificada y no calificada.
    o Transporte y logística.
    o Costos indirectos correspondientes.

- Se verificó que los precios se ajustan a las condiciones del mercado y a la zona geográfica de ejecución, los precios fueron tomados de la revista técnica de precios de la Cámara de la Industria de la Construcción de Quito CAMECO.

## d) Consideración de Materiales No Instalados

- Se levantó un inventario de materiales que permanecen en obra y no fueron instalados.
- Dichos materiales forman parte de la liquidación como activos disponibles.

## 3.3. DETERMINACIÓN DE CANTIDADES DE OBRA POR RUBRO.

La cuantificación de la obra se realizó mediante un proceso técnico sustentado con mediciones de campo y la revisión de planos constructivos, garantizando así la precisión en la determinación de los volúmenes ejecutados.

Para facilitar el análisis y la verificación, se elaboraron gráficos representativos de las medidas obtenidas, los cuales agruparon los rubros en función de los diferentes grupos de obra.

Esta metodología permitió englobar partidas semejantes dentro de bloques de ejecución, logrando un mayor orden y claridad en la presentación de resultados.

Asimismo, cada bloque de obra ejecutada fue documentado con su respectivo gráfico y posteriormente impreso en el anexo de cantidades de obra, lo que aseguró la trazabilidad de la información y la transparencia en la liquidación.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

El enfoque gráfico complementó de manera efectiva las mediciones numéricas, permitiendo validar de forma visual los avances y volúmenes liquidados. Esto facilitará la comprensión de la información técnica.

En consecuencia, la cuantificación resultó clara, verificable y confiable, cumpliendo con los criterios técnicos y administrativos establecidos para pericias en nuestro país.

## 3.4. DETERMINACIÓN DE PRECIOS UNITARIOS PARA LA LIQUIDACIÓN DE OBRAS.

Los resultados de los análisis de precios unitarios se presentan en el anexo del numeral 10 de este informe.

### a. COSTOS DIRECTOS.

En el contexto de la construcción en Ecuador, los costos directos representan una parte fundamental del presupuesto de obra. Estos costos corresponden a todos los recursos que intervienen de forma inmediata en la ejecución de un proyecto, es decir, aquellos que se asignan directamente a cada partida del presupuesto. La correcta identificación y cuantificación de estos costos es vital para garantizar la viabilidad técnica y financiera del contrato.

**Definición de Costos Directos**

Los costos directos incluyen materiales, mano de obra, equipos y herramientas necesarias para llevar a cabo las actividades descritas en las especificaciones técnicas del proyecto. Se caracterizan porque pueden ser medidos y relacionados de manera precisa con una unidad de obra determinada.

**Componentes de los Costos Directos**

Los principales componentes de los costos directos en una obra en Ecuador son:

- Materiales: Insumos como cemento, agregados, material granular de mejoramiento, acero de refuerzo, acero estructural en perfiles y planchas, tuberías, entre otros.
- Mano de obra: Costos asociados a jornales y salarios del personal directamente involucrado.
- Equipos y herramientas: Maquinaria y herramientas menores utilizadas en el desarrollo de las actividades.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

• Transporte y logística interna: Movilización de materiales y equipos dentro del sitio de obra.

**Normativa Ecuatoriana**

En Ecuador, los contratos de obras públicas deben regirse por las disposiciones de la Ley Orgánica del Sistema Nacional de Contratación Pública (LOSNCP) y el Reglamento General a la LOSNCP. Estas normativas establecen que el contratista debe presentar una desagregación detallada de los precios unitarios, identificando claramente los costos directos, en el presente caso, el contrato por emergencia no contempla la elaboración de estos costos, es por esta razón que, dentro de este peritaje, al tratarse de un contrato que se encuentra terminado de manera unilateral con la aplicación del art. 95 de la LOSNCP, a fin de poder ejecutar la liquidación del contrato, con lo que respecta a obra civil se está desarrollando la liquidación del proyecto.

## b. COSTOS INDIRECTOS

Para el presente peritaje, los costos Indirectos a analizar corresponden a los costos indirectos en contratos con empresas extranjeras en Ecuador.

Los costos indirectos representan una parte esencial en la planificación económica de cualquier proyecto de ingeniería o construcción. Cuando se trata de contratos celebrados con empresas extranjeras que operan en territorio ecuatoriano, estos costos deben analizarse con especial atención debido a las implicaciones fiscales, legales y administrativas que conllevan.

Este peritaje expone los principales componentes de los costos indirectos y su aplicación práctica en este contrato internacional dentro de Ecuador, como parte del objeto de la pericia, incluyendo los impuestos que deben considerarse.

**Componentes de los Costos Indirectos**

Los costos indirectos no están directamente relacionados con la ejecución física de la obra, pero son indispensables para su gestión y operación. A continuación, se detallan los rubros considerados dentro de la liquidación de costos indirectos en el CONTRATO EMERGENTE Nro. TPI-CON-0067-24, ejecutado en Ecuador:

- Estudios y diseños

- Costos administrativos

- Costos financieros



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

- Dirección de obra

- Garantías

- Locales provisionales

- Prevención de accidentes

- Promoción

- Seguros y cargas sociales

- Servicios públicos

- Vehículos

- Utilidad

- Impuestos y otras obligaciones

## Consideraciones para Empresas Extranjeras Contratistas en Ecuador

Las empresas extranjeras que participan en contratos dentro del territorio ecuatoriano están sujetas a una serie de obligaciones fiscales y legales. Es fundamental que dichos costos se integren como parte de los costos indirectos del proyecto. Los elementos clave incluyen:

- Retención del Impuesto a la Renta (25% - 37% dependiendo del caso)

- Impuesto al Valor Agregado (IVA) del 12%

- Contribuciones a la seguridad social si se contrata personal local

- Requisitos de registro ante el Servicio de Rentas Internas (SRI)

- Obtención de RUC (Registro Único de Contribuyentes)

- Registro como proveedor del Estado (si aplica)

## Aplicación en este peritaje.

Al ser un contrato con una empresa extranjera, se debe establecer una estructura de costos en la que los costos indirectos representen entre el 15% y 30% del costo directo, el mismo que depende de la magnitud del proyecto y los riesgos asociados. Es importante prever los pagos anticipados de impuestos y garantías, así como los costos derivados de la adaptación legal al entorno ecuatoriano.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

El costo indirecto calculado es del 28.50 % del costo directo, el mismo que se desglosa y se calcula en el anexo de análisis de precios unitarios y liquidación de obra.

## c. COSTO TOTAL.

El costo total será la suma de los costos directos más los costos indirectos, en el análisis de precios unitarios se calcula el costo total sumando esos dos componentes, se puede verificar esos costos en el anexo de e análisis de precios unitarios y liquidación de obra.

## 3.5.  PRESUPUESTO DE OBRA EJECUTADA.

Los resultados de las mediciones, tanto del levantamiento topográfico, como de las mediciones realizadas en volumetría, se presentan en el anexo 11 de este informe y consisten en el plano de implantación de obras y las dimensiones de los diferentes elementos estructurales encontrados en el sitio.

## 3.6.  RESULTADOS.

a) Respecto de la liquidación de obras civiles del proyecto, se realizó con base en los volúmenes reales de obra ejecutada, determinados mediante mediciones en campo y contrastados con los planos del proyecto por el personal técnico de Taxia.

b) También, los ensayos no destructivos aplicados confirmaron la calidad de los trabajos, siendo satisfactorios y garantizando la funcionalidad de las estructuras para el fin que se requiere, premisa que se confirmó con la verificación estructural de las obras ejecutadas.

c) Además, la cuantificación de los volúmenes de obra refleja fielmente la magnitud de los trabajos ejecutados en sitio, las dimensiones fueron verificadas por el equipo pericial durante las inspecciones de campo.

d) También, los precios unitarios elaborados y empleados en la liquidación de la obra civil de Quevedo, corresponden a la zona y localización geográfica del proyecto, garantizando su pertinencia y equidad económica.

e) Para la elaboración de los precios unitarios, se tomaron en cuenta todos los recursos empleados en la ejecución de las obras: como equipos, materiales, mano de obra, transporte y costos indirectos de ejecución del proyecto.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



f) Dentro del análisis de precios unitarios, se siguieron los criterios establecidos por las buenas prácticas vigentes, evitando costos injustificados.

g) Los costos indirectos corresponden a los componentes necesarios del proyecto para las condiciones particulares de la Subestación de Generación Eléctrica de Quevedo I.

h) También, los rubros que intervienen en la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de Quevedo I, cumplen con las especificaciones técnicas MOP-F-2002, cumpliendo con la normativa rectora en territorio nacional.

i) Adicionalmente, la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de Quevedo I, contempla tanto la obra ejecutada, como los materiales existentes en el sitio no instalados, los cuales forman parte del balance final.

j) Es preciso indicar que, las mediciones fueron verificadas en presencia de las partes, garantizando la transparencia del proceso pericial.

k) También indicamos que, los ensayos no destructivos realizados certifican que los materiales y procedimientos empleados cumplen con los requisitos de resistencia y funcionalidad para garantizar la estabilidad de las estructuras y funcionamiento normal de la maquinaria y tanques de combustible que sostendrán en su vida útil.

l) Una vez obtenidos los resultados de ensayos no destructivos, no se identificaron deficiencias técnicas que afecten la funcionalidad de las estructuras ejecutadas, por este motivo fueron cuantificados en la liquidación económica todos los rubros ejecutados.

m) Después de realizados los trabajos de campo y gabinete, se concluye que, la metodología empleada para la medición de volúmenes asegura la objetividad de los resultados.

n) También, el control de calidad implementado durante la ejecución respalda la confiabilidad de los volúmenes liquidados, pues existen informes con registros fotográficos y comentarios que coinciden con las pruebas obtenidas en la investigación pericial.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**Taxia**

o) Los planos de diseño fueron respetados en su mayoría y con ciertas modificaciones que fueron verificadas en campo en lo que respecta a obra visible, esta información y la información de los Informes de Verificación Estructural y de Ensayos no Destructivos, fueron usados como base de verificación en la liquidación.

p) La ejecución de la obra se realizó bajo estándares de seguridad y medio ambiente, lo cual respalda la conformidad de la liquidación, no existe evidencia de lo contrario en el expediente que fue puesto a consideración de Taxia.

q) La liquidación económica de obras civiles de la Subestación de Generación Eléctrica de Quevedo I, refleja los costos reales de ejecución, sin generar sobrevaloraciones u omisiones en perjuicio de una de las partes.

r) Los análisis de precios unitarios son consistentes con los índices de mercado local, costos de materiales a nivel local y regional, costos de equipos competentes, costo de mano de obra calificada y no calificada regional, y; costos indirectos de todos los componentes necesarios para la ejecución del proyecto.

s) El balance económico determinado por esta pericia, muestra coherencia entre presupuesto contratado y obra ejecutada.

t) Además, los materiales no instalados fueron debidamente inventariados y valorados en la liquidación.

u) La liquidación económica de obras civiles de la Subestación de Generación Eléctrica de Quevedo I, cumple con el propósito de la pericia y está dentro del marco contractual establecido, por lo que será la herramienta para la resolución del contrato.

v) El procedimiento seguido en la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de Quevedo I, garantiza la transparencia y trazabilidad de la información.

w) La liquidación final de obras civiles de la Subestación de Generación Eléctrica de Quevedo I, evidencia que la obra cumple con los objetivos técnicos, económicos y contractuales previstos en el proyecto.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

El resumen de la liquidación de la obra civil se presenta a continuación:

| GRUPO OBRA | DESCRIPCION | PRECIO TOTAL U$D |
|---|---|---|
| 1 | OBRAS PRELIMINARES | 666,306.67 |
| 2 | CIMENTACIÓN GENERADORES | 168,046.07 |
| 3 | CIMENTACIÓN TANQUES DIARIOS Y CALDERA | 175,429.93 |
| 4 | CIMENTACIÓN TRANSFORMADOR DE 69 / 230 KV | 117,505.92 |
| 5 | CIMENTACIÓN TRANSFORMADOR DE 13.80 / 69 KV | 104,261.38 |
| 6 | CIMENTACIÓN SUBESTACIONES | 118,429.62 |
| 7 | CIMENTACIÓN LOSA Y PAREDES TRINCHERA ÁREA DE SUBESTACIONES Y SALA DE CONTROL | 43,700.69 |
| 8 | CIMENTACIÓN LOSA Y PAREDES TRINCHERA - CRUCE DE VÍA | 8,803.32 |
| 9 | CIMENTACIÓN VIGAS Y LOSA SALA DE CONTROL | 34,486.71 |
| 10 | ZAPATAS PIPE RACK - ÁREA DE GENERACIÓN | 36,957.15 |
| 11 | CUNETAS - DRENAJE | 21,380.38 |
| 12 | MUROS Y LOSA DE CIMENTACIÓN DIQUE CUBETO | 229,727.00 |
| 13 | ZAPATAS PIPE RACK - BOP T1 | 43,825.23 |
| 14 | ZAPATAS CIMENTACIÓN SOPORTES MENORES T2 | 19,596.91 |
| 15 | ZAPATAS CIMENTACIÓN SOPORTES MENORES T3 (SOLO ARMAD.) | 2,027.15 |
| 16 | CIMENTACIÓN DE TANQUE DIESEL Q1001 | 222,652.84 |
| 17 | CIMENTACIÓN DE TANQUE DIESEL Q1002 | 306,707.78 |
| 18 | CIMENTACIÓN DE TANQUE HFO Q0002 | 473,516.03 |
| 19 | CIMENTACIÓN DE TANQUE DIESEL Q0001 | 563,869.15 |
| 20 | TANQUE DIESEL Q1001 (50000 GLNS) | 121,362.11 |
| 21 | TANQUE DIESEL Q1002 (50000 GLNS) | 121,362.11 |
| 22 | TANQUE HFO Q0002 | 225,329.18 |
| 23 | ACERO DE REFUERZO EN STOCK - FIGURADO, PLANCHAS DE ACERO Y OTROS MATERIALES | 62,377.91 |
| 24 | MITIGACIÓN DE IMPACTOS AMBIENTALES, SEGURIDAD INDUSTRIAL Y SALUD OCUPACIONAL | 15,528.53 |
| | **TOTAL U$D** | **3,903,189.77** |



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

El resumen de la liquidación de la obra eléctrica se presenta a continuación:

### LIQUIDACIÓN ECONÓMICA DE OBRA ELÉCTRICA

| RUBRO | DESCRIPCIÓN | UNI. | CANT. | PRECIO UNIT. | PRECIO TOTAL |
|---|---|---|---|---|---|
| | **MALLA A TIERRA** | | | | |
| 1 | EXCAVACIÓN SIN CLASIFICAR - CONFORMACIÓN DE ZANJA | m3 | 579.93 | 3.50 | 2,029.74 |
| 2 | SUMIN. E INSTAL. CABLE COBRE DESN. CAL. 4/0 AWG (Incl. polvo intensif.r tierra y cinta de pel.) | m | 3,624.54 | 18.49 | 67,017.74 |
| 3 | SUMINISTRO E INSTALACIÓN DE VARILLA COOPERWELD | pto | 62.00 | 82.06 | 5,087.72 |
| 4 | SOLDADURA EXOTÉRMICA CHICOTES - INCLUYE CABLE (3 Metros) | pto | 141.00 | 41.87 | 5,903.67 |
| 5 | RELLENO COMPACTADO CON SUB-BASE CLASE III (REUSO DE MATERIAL DE EXCAVACIÓN) | m3 | 579.93 | 7.60 | 4,407.44 |
| | | | TOTAL | U$D | 84,446.31 |

La liquidación total del proyecto y el avance o cumplimiento contractual se presenta a continuación:

### GRADO DE CUMPLIMIENTO CONTRACTUAL

| COMPONENTE PROYECTO | DESCRIPCIÓN | PRECIO TOTAL USD |
|---|---|---|
| 1 | OBRA CIVIL EJECUTADA Y MATERIALES EXIST. NO INSTALADOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 3,903,189.77 |
| 2 | EQUIPOS ELECTROGENOS Y EQUIPOS VARIOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 2,551,390.00 |
| 3 | MATERIALES ENCONTRADOS EN BODEGAS CONTENEDORES QUEVEDO | 50,012.38 |
| 4 | MALLA PUESTA A TIERRA OBRA ELECTRICA | 84,446.31 |
| 5 | DESCUENTOS POR MATERIAL NO DESALOJADO | 12,480.00 |
| | TOTAL | 6,576,558.46 |

| | | | |
|---|---|---|---|
| MONTO CONTRACTUAL: | | U$D | 49,700,000.00 |
| MONTO EJECUTADO: | | U$D | 6,576,558.46 |
| % CUMPLIMIENTO: | | % | 13.23 |

## 4. COMPONENTE ELECTROMECÁNICO

### 4.1.    Objeto del Informe

El presente Informe Ejecutivo resume los principales hallazgos derivados de la inspección visual y revisión técnica pericial practicada a las diecisiete (17) unidades de generación térmica suministradas por PROGEN en la Central Quevedo I, conforme al contrato emergente TPI-CON-0067-24 suscrito con CELEC EP – TERMOPICHINCHA.

### 4.2.    Alcance Metodológico

La auditoría se realizó mediante inspección técnica visual y documental, sin intervención operativa ni pruebas dinámicas, conforme el alcance del contrato. Se aplicó un protocolo técnico de trazabilidad por sistemas y subsistemas, respaldado en registro fotográfico, experiencia profesional y normativa aplicable.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

### 4.3.    Principales Hallazgos

### 4.3.1. Condiciones de Fabricación y Conservación:

Se evidenciaron indicios de defectos comunes de manufactura y deterioro, tales como oxidación generalizada, conexiones incompletas, partes ausentes, discrepancias y presumible adulteración de números de serie, y aplicación superficial de pintura sobre capa original y óxido.

### 4.3.2. Configuración del Sistema de Combustible:

Según la documentación contractual, las unidades debían contar con configuración dual (diésel – HFO). En la inspección visual únicamente se identificó infraestructura mínima para consumo de diésel; no se localizaron bombas, tuberías, calentadores ni filtros asociados al manejo de HFO.

### 4.3.3. Integridad Mecánica y Eléctrica:

Se identificaron componentes mecánicos y eléctricos que, por su aspecto superficial, podrían requerir intervenciones adicionales y profundas antes de su puesta en servicio. La ausencia de pruebas funcionales impide cuantificar desgastes o confirmar la disponibilidad de repuestos potencialmente necesarios dentro de un mercado activo.

### 4.3.4. Estado General de Conservación:

Se evidenció acumulación de polvo y suciedad en los motogeneradores, deficiencias estructurales menores y sistemas auxiliares incompletos, lo que sugiere un almacenamiento previo inadecuado y falta de preservación técnica.

### 4.4.    Evaluación Global

Del análisis consolidado, se determina que:

1. Ninguna de las diecisiete (17) unidades presenta, mediante la inspección visual, condiciones que permitan considerarla lista para operación inmediata.
2. Los sistemas de control, auxiliares eléctricos y mecánicos exhiben aspectos técnicos que podrían resultar insuficientes para su puesta en servicio inmediata sin intervenciones.
3. La configuración actual limita las unidades a operación exclusivamente con diésel, reduciendo la viabilidad técnica y económica del proyecto, conforme documentación contractual.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

4. Los Tanques de almacenamiento requieren rehabilitación integral antes de ser considerados operativos.

### 4.5. Conclusión Ejecutiva

Del análisis técnico - visual realizado se concluye que:

1. Las unidades de generación inspeccionadas disponen únicamente de infraestructura para operar con diésel.
2. Según inspección visual, en algunas unidades no se identificó la instalación de los sistemas auxiliares necesarios para el manejo de HFO (bombas, tuberías, calentadores, filtros, etc.), y en aquellas donde se observaron componentes de esta infraestructura, dichos elementos se encontraron incompletos y no son suficientes para garantizar su funcionamiento.
3. Los tanques de almacenamiento presentan recubrimientos y protecciones catódicas en proceso de ejecución, lo cual compromete su integridad actual, y la posibilidad de ponerlos en línea de producción por requerir trabajos adicionales antes de su uso.
4. En las diecisiete (17) unidades inspeccionadas se observaron condiciones similares en cuanto a aspectos de fabricación, conservación y ensamblaje, sin que la inspección visual permita cuantificar impactos internos ni operativos.

## 5. COMPONENTE DE VALORACIÓN Y TASACIÓN DE EQUIPOS

### 5.1. ANTECEDENTES,

De acuerdo con lo que establece el contrato civil de prestación de servicios técnicos especializados celebrado el 14 de julio del 2025, en el que se solicita la "INSPECCIÓN TÉCNICA Y ENTREGA DE INFORMES PERICIALES EMITIDOS POR LA CONTRATISTA, PERITO AVALUADOR ACREDITADO PARA LOS RUBROS DE OBRA CIVIL, GRUPOS ELECTRÓGENOS, PRUEBAS Y VERIFICACIÓN DE LOS PRINCIPALES RUBROS, ÍTEMS E HITOS QUE FORMAN PARTE DE LOS PROYECTOS EMERGENTES **SALITRAL Y QUEVEDO", se adjunta el INFORME DE TASACIÓN EJECUTIVO de la maquinaria y equipos** proporcionados por la empresa PROGEN y que se encuentran físicamente en las instalaciones de la Central Quevedo I y en las bodegas en la Central Hidroeléctrica Marcel Laniado de Wind, inspecciones que fueron realizadas por **TAXIA** del 28 al 31 de julio del 2025.

### 5.2. METODOLOGÍA APLICADA,

El estudio consideró las etapas de coordinación, inspección e inventario, registro de datos y valoración; la ejecución de estas etapas se llevó a cabo en dos frentes de trabajo principales:



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

obras civiles y equipos electromecánicos, para lo cual **TAXIA** designó profesionales expertos vinculados a este tipo de bienes.

Previo al inicio de las inspecciones y durante las mismas, **TAXIA** solicitó a **CELEC EP – TERMOPICHINCHA** toda la información técnica disponible referente al proyecto de generación termoeléctrica realizado por la empresa PROGEN, misma que fue proporcionada con la mayor celeridad posible.

Las inspecciones e inventario se realizaron bajo el "Método de Barrido General", el cual consiste en la constatación de todos los bienes muebles e inmuebles pertenecientes al proyecto termoeléctrico y que estuviesen físicamente presentes o construidos en las instalaciones. El personal de **CELEC EP – TERMOPICHINCHA** fue el encargado de gestionar los permisos y accesos a los sitios de inspección, así como de indicar los bienes, gestionarlos, estibarlos, movilizarlos y/o ponerlos en un estado tal que permita al personal de **TAXIA** verificarlos y tomar toda la información necesaria para su posterior análisis y tasación.

Es importante destacar que todos los bienes se encontraron cubiertos, sellados y o guardados en sus empaques y/o cajas originales en las que la empresa PROGEN los entregó a CELEC EP – **TERMOPICHINCHA**, sin ningún indicio o evidencia de manipulación previa. Para dar fe de lo expuesto se contó con la presencia de Notarios Públicos en cada uno de los sitios de inspección, y solo luego de ello fueron destapados y/o abiertos para las actividades de peritaje.

El personal de **TAXIA** colocó una etiqueta numerada en un sitio fácilmente visible de la superficie de los bienes, número con el cual se los identifica en el cuadro de resultados de inventario y tasación; en algunos casos este código hace referencia a un grupo o lote de equipos en lugar de un único bien (bultos conforme se maneja el argot de importación). La información recopilada tomó en cuenta todos los aspectos relevantes de los equipos, obras e instalaciones que pudieron ser verificados visualmente; sin realizarse pruebas técnicas distintas a las señaladas en el contrato de servicios establecido entre TAXIA y ECUACIER.

Para la tasación se utilizaron los siguientes enfoques de valuación:

- Enfoque de Mercado: También conocido como "Método Comparativo", consiste en la investigación de varias referencias de bienes iguales o similares en el mercado, a las cuales se adicionan o restan los costos estimados para adaptar las características de las referencias a las condiciones particulares del bien verificado durante la inspección.

- Enfoque de Costos: Determina el valor de un bien partiendo de su valor en condiciones completamente nuevas, al cual se le aplican factores de depreciación vinculados a las características propias de cada bien, obra o instalación considerada.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



Estos enfoques están acorde a los lineamientos de las Normas Internacionales de Valuación (International Valuation Standars IVS) y al criterio adquirido en el ejercicio profesional.

A fin de minimizar la influencia de subjetividades durante la valuación, se aplicó el proceso analítico jerárquico AHP para determinar del estado operativo/funcional de los equipos, así como análisis estadístico en el manejo de las referencias de valor investigadas.

Los valores jerárquicos obtenidos, permiten asignar un peso de incidencia en el valor económico del bien, el cual se emplea para establecer el estado general del equipo. Para ello, se utiliza una matriz de cualificación que valora el estado funcional de cada subsistema que conforma el equipo.

## 5.3.    RESULTADOS

Los resultados de tasación obtenidos para los equipos son los siguientes:

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO OPERATIVO | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 117 | [ CONTENEDOR DE 40 PIES CON EQUIPOS VARIOS ] - MARCA: ; MODELO: ; ESTADO: MUY BUENO | MUY BUENO | 56.000,00 | 56.000,00 |
| 119 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PI-A4-167; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 15.64 M; ANCHO: 2.38 M; ALTO: 0.50 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 157.359,00 |
| 120 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PI-E1-162; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 167.095,00 |
| 121 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-4C-101; ESTADO: MALO; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | MALO | 945.000,00 | 96.106,00 |
| 122 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PI-B1-105; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 152.640,00 |
| 123 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-K1-104; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 128.707,00 |
| 124 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PIG3-702; ESTADO: MALO; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | MALO | 945.000,00 | 128.404,00 |
| 125 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PI-A4-172; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 15.64 M; ANCHO: 2.38 M; ALTO: 0.50 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 150.249,00 |
| 126 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-G1-106; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 122.537,00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO OPERATIVO | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 126 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-G1-106; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 122.537,00 |
| 127 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-L1-108; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 118.235,00 |
| 128 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-D4-113; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 101.944,00 |
| 129 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PI-A4-172; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 161.222,00 |
| 130 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-C1-143; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 103.886,00 |
| 131 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PI-A4-170; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 154.110,00 |
| 132 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-K2-149; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 110.362,00 |
| 133 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 16/710GH; SERIE: PI-B4-168; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 156.144,00 |
| 134 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-B4-168; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 113.946,00 |
| 135 | [ MOTOGENERADOR CON CABINA ] - MARCA: PROGEN; MODELO: 20/645/EBH; SERIE: PI-L6-147; ESTADO: REGULAR; COLOR: VERDE PALIDO; LARGO: 16.30 M; ANCHO: 2.38 M; ALTO: 0.55 M; CAPACIDAD: 3600 BHP | REGULAR | 945.000,00 | 119.744,00 |
| 136 | [ TANQUES METALICOS NEUMATICOS ] - MARCA: ; MODELO: ; ESTADO: MUY BUENO; DIAMETRO: 80 CM; ALTO: 175 CM | MUY BUENO | 2.800,00 | 2.800,00 |
| 137 | [ TANQUES METALICOS NEUMATICOS ] - MARCA: ; MODELO: ; ESTADO: MUY BUENO; DIAMETRO: 80 CM; ALTO: 175 CM | MUY BUENO | 2.800,00 | 2.800,00 |
| 138 | [ TANQUES METALICOS NEUMATICOS ] - MARCA: ; MODELO: ; ESTADO: MUY BUENO; DIAMETRO: 80 CM; ALTO: 175 CM | MUY BUENO | 2.800,00 | 2.800,00 |
| 139 | [ TANQUES METALICOS NEUMATICOS ] - MARCA: ; MODELO: ; ESTADO: MUY BUENO; DIAMETRO: 80 CM; ALTO: 175 CM | MUY BUENO | 2.800,00 | 2.800,00 |
| 144 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016398; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 147 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016403; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 154 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016400; ESTADO: MUY BUENO; CAP... | MUY BUENO | 9.500,00 | 9.500,00 |

0996 335 316 / 0985 880 732     Web www.taxia.com.ec     Correo contacto info@taxia.com.ec

**Taxia**
Confianza en valoración

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO OPERATIVO | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 154 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016400; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 155 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016399; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 156 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016401; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 157 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016419; ESTADO: MUY BUENO; CAPACIDAD: 2000 A | MUY BUENO | 10.500,00 | 10.500,00 |
| 158 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016408; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 159 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016407; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 160 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016406; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 161 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016405; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 162 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016413; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 163 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016413; ESTADO: MUY BUENO; CAPACIDAD: 2000 A | MUY BUENO | 10.500,00 | 10.500,00 |
| 164 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016411; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 168 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016395; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 169 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016416; ESTADO: MUY BUENO; CAPACIDAD: 2000 A | MUY BUENO | 10.500,00 | 10.500,00 |
| 170 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016417; ESTADO: MUY BUENO; CAPACIDAD: 2000 A | MUY BUENO | 10.500,00 | 10.500,00 |
| 171 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016412; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 172 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016402; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 173 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016397; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 174 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016409; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 175 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016415; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 176 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016410; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec



| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO OPERATIVO | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 177 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016396; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 178 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016404; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |
| 179 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016414; ESTADO: MUY BUENO; CAPACIDAD: 1250 A | MUY BUENO | 9.500,00 | 9.500,00 |

El proceso de valoración se ha hecho manteniendo el concepto de unidad operativa, razón por la cual existen once casos de equipos que también fueron encontrados e inventariados, pero que no se presenta su valor individual pues son componentes de los switchgear incoming y outgoing, por lo que su valor está implícitamente incluido en estos.

## 5.4.    CUADRO RESUMEN DE TASACIÓN:

Los resultados anteriores se resumen a continuación:

| GRUPO | Cantidad | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|
| COLUMNA SWITCH GEAR INCOMING | 4 | $ 42.000,00 | $ 42.000,00 |
| COLUMNA SWITCH GEAR OUTGOING | 21 | $ 199.500,00 | $ 199.500,00 |
| CONTENEDOR DE 40 PIES CON EQUIPOS VARIOS | 1 | $ 56.000,00 | $ 56.000,00 |
| MOTOGENERADOR CON CABINA | 17 | $ 16.065.000,00 | $ 2.242.690,00 |
| TANQUES METALICOS NEUMATICOS | 4 | $ 11.200,00 | $ 11.200,00 |
| **TOTALES** | **58** | **$ 16.373.700,00** | **$ 2.551.390,00** |

## 6.    PORCENTAJE DE CUMPLIMIENTO DEL CONTRATO

El monto ejecutado incluido obra civil, materiales encontrados sin instalar, descuentos, obra eléctrica, motogeneradores y accesorios asciende a ***6.576.558,46 USD*** lo que representa un ***13.23 % de avance*** o cumplimiento contractual, tomando en cuenta el monto del contrato de 49.700,00 USD, conforme se resume en el siguiente cuadro:

### GRADO DE CUMPLIMIENTO CONTRACTUAL

| COMPONENTE PROYECTO | DESCRIPCION | PRECIO TOTAL USD |
|---|---|---|
| 1 | OBRA CIVIL EJECUTADA Y MATERIALES EXIST. NO INSTALADOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 3.903.189.77 |
| 2 | EQUIPOS ELECTROGENOS Y EQUIPOS VARIOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 2.551.390.00 |
| 3 | MATERIALES ENCONTRADOS EN BODEGAS CONTENEDORES QUEVEDO | 50.012.38 |
| 4 | MALLA PUESTA A TIERRA OBRA ELECTRICA | 84.446.31 |
| 5 | DESCUENTOS POR MATERIAL NO DESALOJADO | 12.480.00 |
| | TOTAL | 6.576.558.46 |

| | | | |
|---|---|---|---|
| MONTO CONTRACTUAL: | | USD | 49.700.000,00 |
| MONTO EJECUTADO: | | USD | 6.576.558.46 |
| % CUMPLIMIENTO: | | % | 13.23 |



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**Declaramos que:**

1. El peritaje practicado es veraz y técnicamente realizado.
2. No hemos ocultado ningún tipo de información que pudiese afectar el contenido del informe.
3. Nuestra remuneración no tiene nada que ver con el resultado del peritaje.

Fecha del informe:                                     22 de agosto de 2025

Firmas de Responsabilidad

Ing. José Fernando Vintimilla V.
**Director del Área Técnica
e Innovación**
S. Bancos: -PA-2005-716
Consejo Judicatura: 265970

Ing. Fan Alí Valverde V.
**Gerente Taxia**
S. Bancos: PVQ-2023-02415
Consejo Judicatura: 1838590
S. C: IRCVSQ-DRICAI-2024-00011883



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

# English Translation

# ECUACIER

# CELEC EP - TERMOPICHINCHA BUSINESS UNIT



TECHNICAL EXPERTISE ON THE EXECUTION OF EMERGENCY CONTRACT No. TPI-CON-0067-24/"Contracting Abroad," EMERGENCY CONTRACT FOR LAND-BASED POWER GENERATION IN QUEVEDO.

Quevedo I Substation



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec



# CONTENTS

1.1. INTRODUCTION .......................................................................................................................................................... 3

1.2. PERFORMANCE OF NON-DESTRUCTIVE TESTS ................................................................................................ 3

PERFORMANCE OF NON-DESTRUCTIVE TESTS IN CIVIL WORKS ........................................................................ 3

1.4.     FIELD WORK FOR TOPOGRAPHIC SURVEYING AND VOLUMETRY ........................................................ 4

1.5.     PLANIMETRY AND VOLUMETRY MEASUREMENTS ..................................................................................... 4

1.6.     RESULTS OF NON-DESTRUCTIVE TESTS ......................................................................................................... 4

1.7.     MEASUREMENT RESULTS, IMPLEMENTATION PLAN ................................................................................... 5

1.8.     RESULTS .................................................................................................................................................................. 5

AERIAL PHOTOGRAPH OF THE QUEVEDO POWER STATION .............................................................................. 8

a. DIRECT COSTS ............................................................................................................................................................ 20

Definition of Direct Costs ............................................................................................................................................. 20

Components of Direct Costs .......................................................................................................................................... 20

Ecuadorian Regulations ............................................................................................................................................... 21

b. INDIRECT COSTS ...................................................................................................................................................... 21

Components of Indirect Costs ....................................................................................................................................... 21

Considerations for Foreign Companies Contracting in Ecuador ................................................................................ 22

Application in this expert opinion ................................................................................................................................ 22

c. TOTAL COST .............................................................................................................................................................. 23

3.5.     BUDGET FOR WORK PERFORMED .................................................................................................................. 23

3.6.     RESULTS ................................................................................................................................................................ 23



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

# 1. NON-DESTRUCTIVE TESTS, TOPOGRAPHICAL SURVEY, AND QUANTITIES OF WORK PERFORMED

## 1.1. INTRODUCTION.

To understand the scope of the work, the project is described as a set of civil works, mostly foundations on steel piles, consisting of reinforced concrete slabs supported on tubular steel piles. This type of foundation has been used due to the local conditions of the foundation soil and the service loads, which will mostly be dynamic loads involving the weight of generator equipment containing motors and generators, radiators, fuel and coolant lines, electrical cable lines, grounding, other foundations for pile racks, foundations for fuel storage tanks, foundations for daily tanks, foundations for water treatment plants, and foundations for sumps.

With the above in mind, a fieldwork plan was considered involving the random execution of non-destructive tests to characterize the quality of the materials and work carried out within the civil works of the QUEVEDO station.

## 1.2. PERFORMANCE OF NON-DESTRUCTIVE TESTS.

In accordance with the technical proposal, the following procedure was followed in the field:

### PERFORMANCE OF NON-DESTRUCTIVE TESTS IN CIVIL WORKS.

During the inspection, several non-destructive tests were performed in order to obtain important information for the preparation of reagents that will serve as the basis for the preparation of settlement forms and for the quality control of works, goods, and services.

The non-destructive tests performed are as follows:

- Schmidt hammer test: Standard "ASTM C 805-18".

- Ultrasonic pulse testing to determine reinforcing steel within reinforced concrete elements of reinforced concrete: Standard "ASTM C597-09".

- Verification of steel bars applying ASTM C597-09

- Analysis of steel bars according to ASTM C597-09:



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

- Steel bar scanner test: Standard "ASTM D 6432".

- Measurement of thicknesses of steel plates or elements, diameters of rods with vernier (calibrator), ASTM E2877 standard.

## 1.4. FIELD WORK FOR TOPOGRAPHIC SURVEYING AND VOLUMETRY. PERFORMING TOPOGRAPHIC SURVEYING:

During the inspection, a drone was used to fly over the Quevedo I Power Plant and thus obtain low-altitude aerial photographs that provide panoramic digital images of various sectors, helping to show the current status of the project and thus demonstrate the implementation and location of works and assets executed, constructed, supplied, and installed on site by the contractor.

For the purpose of measuring and surveying the works executed on site, a total station and prisms were used to obtain the topographic points of the corners of structures, foundations, platforms, channels, and other elements such as trenches, ditches, access and circulation roads, pipe racks, and enclosures. Similarly, points were obtained that allowed the layout plan to be drawn, with each point determined using UTM coordinates and elevation.

## 1.5. PLANIMETRY AND VOLUMETRY MEASUREMENT

All elements that could not be measured with surveying equipment using the above procedure were measured using digital distance meters, manual tapes, and manual flexometers. Measurements were taken in planimetry and elevation or depth to determine work volumes.

In this way, the measurements were recorded in manual notebooks and digital photographs according to each element with its respective material, which will provide the data for the preparation of the items that make up the works executed. This was done for civil works; there are no electrical or electronic works executed.

## 1.6. RESULTS OF NON-DESTRUCTIVE TESTS.

The results of the non-destructive tests are presented in Annex 1 of the Expert Report. The results obtained have been compared with the technical reports prepared by CELEC EP officials during the construction phase.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

## 1.7. RESULTS OF MEASUREMENTS, IMPLEMENTATION PLAN.

The results of the measurements, both from the topographic survey and the volumetric measurements, are presented in Annex 1 of the Expert Report and consist of the site plan and the dimensions of the different structural elements found on site.

## 1.8. RESULTS.

a. The tests to measure the strength of hardened concrete, carried out on the foundation structures of the different components of the 50 MW QUEVEDO I power generation substation, were performed randomly as mentioned in the technical offer and in the contract for expert services provided by TAXIA to CELEC EP.

b. Due to the conditions of reagent production and evidence in the investigations of this expert report, and due to the importance of the expert opinion to the project, the field and laboratory work carried out to obtain the simple compressive strength values of hardened concrete in the works mentioned in the previous section was not entrusted to mid-level technical personnel with a "technologist" level of training. Instead, it was carried out directly by the responsible expert and his technical assistants, all of whom are trained civil engineers, with the responsible technical expert having a fourth-level education and the assistants having a third-level education. This approach was also taken to safeguard the confidentiality of the project.

c. The equipment used to perform the sclerometry tests, reinforced concrete foundation slab scanner, digital distance meter, manual measuring tape, flexometer, and caliper are new and were purchased exclusively for this expert assessment in order to avoid miscalibration and/or erroneous measurements due to prolonged use and/or wear and tear, elongation of material in measuring tapes, wear and tear on the caliper, original miscalibration of mechanical and electronic equipment. The sclerometer has its calibration certificate issued by the manufacturer, and an image of it is attached to this report.

d. Sclerometry tests were performed in accordance with ASTM C805, both in the field and in the laboratory. The area to be tested was randomly selected without a premeditated selection pattern. The section to be evaluated was considered to be 20 x 20 cm in size, marked with red paint, and 10 to 12 impacts were applied to the concrete prior to smoothing and cleaning with the abrasive attachment included in the equipment. The impacts were distributed throughout the marked area and were carried out at



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

Distances of 3 to 4 cm apart in both directions of the quadrant, impacts were applied vertically downward on the foundation slabs, and; the impacts on walls, columns, and foundations of fuel tanks were horizontal impacts. The transformation curves from R (readings) to Fck (characteristic strength of concrete) used correspond to the curves found for the respective position specified by the equipment manufacturer.

e. The Fck values were corrected by subtracting the correction factor inserted in the same transformation curves described in the previous section from the value obtained. Subsequently, the f'c value was calculated by applying the 30% percentile to the table of data obtained, which correspond to the corrected Fck. The values obtained are in MPa, so it was necessary to convert these results to $kg/cm2$.

f. The f'c values obtained for each structure analyzed will be used in the structural verifications to be carried out in the corresponding technical report and will also be taken into account for the price of concrete in the project settlement with respect to the civil works executed in the relevant part.

g. After reviewing the results obtained, it is concluded that the concrete used in the execution of the civil works is of good quality and appears to have adequate strength for the function it will perform within the project. However, it should be noted that its functionality and structural efficiency will ultimately be corroborated in the technical structural verification report.

h. With regard to the reinforcing steel in the foundation slabs analyzed, it is concluded that the slabs are reinforced in accordance with the plans at the sites where the scanning was performed at random. The equipment has the capacity to scan to a depth of 20 cm within the concrete mass, so the reinforcing steel, which generally has a covering of between 4 and 7 cm on the upper or visible face of structural elements, was verified, and it was determined that the spacing between steel bars is 20 cm.

i. Ultrasound tests to measure material thickness were not necessary because materials such as profiles, plates, steel beams, metal covers, side cladding panels, fixing profiles, straps, and other steel or metal structural elements are exposed and were measured directly with a caliper, thus ensuring measurement accuracy as it is a direct measurement.

j. As for the topographic survey, an electronic total station and a prism were used to detect topographic points. In this way, the coordinates of important points on the structures were surveyed and determined, such as



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

slab corners, column axes, road edges, drainage box edges, electrical cables, tank base perimeters, etc.

The data obtained was processed, and finally, the layout plan of existing works carried out by PROGEN at the Quevedo I Power Plant was obtained.

k. With regard to volumetry, manual and electronic equipment was used to measure beams, frames, straps, plates, profiles, panels, drainage channels, slab thicknesses, wall thicknesses, steel plate dimensions, and other elements that constitute the work carried out by PROGEN in QUEVEDO. These tools will be used to establish the volumes of work carried out in the different areas.

l. It is concluded by stating that this report contains the technical tools to proceed with the preparation of the technical report on structural verification and the technical report on the settlement of civil works executed.

## 2. STRUCTURAL VERIFICATION OF CIVIL WORKS.

### 2.1. CHARACTERISTICS OF THE POWER GENERATION STATION.

The foundation works for equipment, tanks, and other items were constructed. Only the fuel tank and transformer structures have deep foundations with 10- to 12-inch schedule 40 seamless steel pipe and pile lengths of 8 to 11.70 m. The reinforced concrete foundation slabs, with a compressive strength of 240 $^{kg/cm^3}$, are supported on the piles by steel support plates. The foundation slabs are double reinforced with structural steel with a yield strength of 4200 $^{kg/cm2}$. In the case of concrete slabs that do not have piles, they rest directly on the subgrade, which is on top of the compacted improvement layer.

Therefore, the construction of the various civil works for the foundations of equipment and fuel tanks for the Quevedo I land-based power generation facility was verified. THERE IS NO EVIDENCE OF STRUCTURAL DAMAGE. The power generation station has several foundation slabs for machinery and other ground-based generation components with construction joints between them, road drainage channels, cable and pipe ducts, retaining walls, and others.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

AERIAL PHOTOGRAPH OF THE QUEVEDO I GENERATION STATION.



## 2.2. DESCRIPTION OF THE STRUCTURAL MODEL.

For this project, the structural verification we carried out for this power generation station includes an analysis of its structural configuration, as previously determined and detailed below:

### a.- FOUNDATIONS. –

The power station is made up of several civil engineering components. The foundations consist of reinforced concrete slabs or plates in each space, in accordance with the power station project, which works to support the structure in the case of the control room and fuel tanks; and, in the case of machinery and pipes, by supporting and providing support for the equipment by means of a support plate and piles embedded in its base.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



The foundations have been calculated and verified by TECHNOUTILITY S.A. and its structural expert in charge of this analysis as part of TAXIA, for the different loads acting on them, such as dead load + impact or machinery vibrations (Out Tables Sap 2000). Live load in the control room, combinations with earthquake in X and earthquake in Y acting on the equipment, especially for the combination RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT I, as these are the most critical and applicable in our country; and the foundations have been verified with their sections for the working forces where the amounts of steel in the structure were analyzed.

Once the internal forces of the foundation structure were verified with the loads described above, the system was modeled in Sap 2000 V21. The model was also worked on with each of the foundation elements, such as: base slab, support plate, and ASTM A 53 Gr B steel piles.

This entire system, modeled in finite elements, was analyzed in the software, which calculated the load combinations RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT Iy using reinforced concrete and steel as materials.

The dead load plus impact or vibrations are transmitted to the foundation slab or plate and simultaneously transmitted to the piles, which transmit the load to the foundation soil through the tip. The bed is a mass of soil with two layers consisting of sandy clay material with high compressibility on the surface, approximately 7 m deep, and a layer of moderately compact clay silt at greater depths from 7 m to 12.50 m, where the stresses will dissipate.

According to the subsoil material observed in soil studies, no resistance was considered in the soil due to friction with the piles; therefore, the shaft does not contribute to the load capacity of the piles. The material found at depth is silty sand with an internal friction angle of 35°. This load capacity will be analyzed later.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

FOUNDATION ELEVATION CHART.



**b.- STRUCTURE. –**

The structure of the power station consists of: CONTROL ROOM

The control room has not been identified as there are no plans for it. The loads on the structure and its accessories were estimated in order to determine the service load on its foundation.

## 2.3. STRUCTURAL CALCULATION.

The structures built, verified, and described above have been reviewed for the purposes of this structural analysis. We have been provided with partial design plans in PDF format and have calculated the loads based on the information contained in the plans and verified on site, such as sections, element dimensions, and service load. The Sap 2000 model of the structures simulates their support on reinforced concrete foundations, which will be analyzed in the model. The foundation slab of the tanks will be analyzed, but not the fuel tanks for the power generation station, as they do not



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec



they have a structural function in the stability of the foundation structure during an earthquake. The other foundations will be analyzed randomly.

## 2.4. CODES AND STANDARDS

The specifications mentioned in this report were adopted for the calculation, and the Sap 2000 program performs the analysis of reinforced concrete using the ACI 318 code.

The Ecuadorian Construction Standard NEC-2015 has been considered as the fundamental standard for the seismic analysis of the power generation station, and the Seismic Hazard Book 1 and 2, sections 3, 4, 5, and 6 have been taken as a guide.

## 2.5. LOADS ON THE POWER GENERATION STATION.

The analysis has considered the following dead weight values: reinforced concrete foundation slabs weighing 2400 $^{kg/m3}$, for the specific weight of the steel in the structure, the SAP2000 V21 program automatically calculates the dead weight of each of the elements involved in the structure of the metal power station machine room, taking into account each of the load combinations required by NEC-2015. The specific weight of steel is 7850 $^{kg/m3}$.

## 2.6. DEAD LOAD STUDY

### a. DEAD LOAD.

Within the modeling in Sap 2000 V21, the following values were considered in the load assignment:

Permanent distributed dead load of the foundation slab:

Foundation slabs: varies according to equipment ($^{t/m2}$). See Annex 2 of the Expert Report (Structural Report).

### b. LIVE LOAD.

There is no live load for equipment and tank foundations.
For the control room foundation, the live load was considered to be 0.20 tons/m2, and this equivalent load was used for the calculation in Sap 2000 V21.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**c.  WIND LOAD**

In the case of foundations and tanks, wind loads were not taken into account because they will not affect the foundation.

**d.  SEISMIC LOAD**

In the calculation for the power generation station, the seismic zone of the city of Quevedo in the province of Los Ríos was taken into account, and the design spectrum is included in the Sap 2000 V 21 program for NEC - 2015. The seismic coefficient used is 0.21 for foundations.

**e.  TEMPERATURE STRESSES.**

Temperature stresses were not analyzed given that there is no significant thermal gradient in Quevedo.

**f.  EFFORTS DUE TO MACHINERY VIBRATION OR FLUID MOVEMENT.**

Stresses caused by vibrations from engines and machinery were taken into account, as well as fluid movements in fuel tanks, with an impact load increase factor of 30%. See Annex 1 of the Expert Report.

## 2.7. LOAD COMBINATIONS FOUNDATIONS:

The following load combinations and their envelope were considered:

RESISTANCE I EXTREME EVENT Ix
EXTREME EVENT Iy ENVELOPING.

The design of the steel elements of the control room foundations and other equipment, tanks, and facilities is performed automatically by the program, which performs the calculations internally considering the worst-case scenario, taking into account the maximum envelope stresses. The program performs the calculation with dead load + impact plus live load plus wind and plus CSx and CSy seismic loads applied



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

at the center of gravity of all finite elements according to the limit states, service loads according to NEC – 2015.

## 2.8. MATERIALS

The predominant material in the foundation structure of the power station is reinforced concrete with steel reinforcement, as well as A 36 steel plates and A 53 Gr B seamless steel pipes that make up the piles.

In accordance with the structure specifications, a value of $fy = 2500$ $^{kg/cm2}$ has been used for the creep resistance of Steel A 36 and 3500 for A 53 Gr B in the calculation.

## 2.9. DATA PROCESSING

The entire set of structures was processed using the SAP2000 V21 Professional PROGRAM ANÁLISIS STRUCTURES software, which performs structural analysis using finite elements. Once the structure has been calculated, the results are displayed in diagrams showing deformations, stresses, and reactions at the supports. From these diagrams, numerical data can be obtained at any point in the structure, as well as the maximum and minimum stresses.

In the case of reinforced concrete elements, the program allows the reinforcement steel of the foundation slabs to be obtained on the upper and lower faces; and, in the x-x directions (1 in Sap 2000); and, y-y (2 in Sap 2000).



The calculation of steel structures is performed using the AASHTO STEEL code included in this program.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**2.10.- CHECKING METAL ELEMENTS:**

The SAP2000 V21 program is used to design the metal elements in solid web beams, which it does in accordance with the AASHTO LRFD and AISC-ASD89 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the interaction radius of each one, and determining moments, shear forces, and axial forces in each element of the metal superstructure.



**2.11. CHECKING OF REINFORCED CONCRETE ELEMENTS THAT ARE NOT FOUNDATIONS.**

The SAP2000 V21 program is used to design the reinforced concrete elements, which it does in accordance with ACI-318 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the reinforcing steel for each of them and calculating the moments, shear forces, and axial forces in each element of the structures.

The program allows the steel section per linear meter of shell or slab structure to be verified. This value will be verified with the steel placed on site and recorded in the project's as-built drawings.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**2.12.- FOUNDATION DESIGN**

The same SAP2000 V21 program is used to design the steel piles and reinforced concrete foundation slabs as a monolithic body, which it does in accordance with ACI-318 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the reinforcing steel for each of them, determining moments, shear forces, and axial forces in each element of the foundations, and, with regard to steel piles, verifying that the external stresses do not exceed the permissible capacity of the material.

The structural analysis software includes analysis parameters for elements such as foundation slabs and piles in order to determine the spring values for the calculation.



The complete structural analysis can be found in Annex 1 of the Structural Report.

**2.13. RESULTS.**

- The foundation slabs of the control room were verified, as they are constructed with an improvement layer under the foundation slabs at a depth reaching the -1.00 m level measured from the upper face of the foundation slab. In this way, the foundation of the machine room was verified.

- Similarly, random checks were carried out on the foundations of the 50,000-gallon fuel tank, generators, transformer, and daily tanks Foundation 2, consisting of reinforced concrete slabs or plates on improvements and, in the case of the transformer, driven steel piles were installed, all made of 240 $^{kg/cm2}$ reinforced concrete and A 53 Gr B steel pipes reaching depths of 8.00 m and 11.70 m, depending on the type of foundation, as shown in the calculation annex.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

- The foundation structure of the control room of the power station was verified for service loads, live loads, and dead loads; and the proper functioning of the foundation for these structures of the power generation station is verified in a monolithic manner as they are constructed. The analysis takes into account the design spectrum of NEC-2015 included in the Sap - 2000 V21 program.

- It was also verified for the load combinations: Extreme event I, which includes live load and dead load with NEC-2015 limit states, Earthquake in the X direction and Earthquake in the Y direction of the Sap 2000 coordinate system, within which the diagonal earthquake was considered (SCx 100% and SCy 30% or vice versa); which were analyzed with the design spectrum for the seismic zone of the Quevedo canton in the province of Los Ríos in compliance with the NEC-2015 standard; **demonstrating that the structure is safe** for the foundation of the control room.

- The ballast modules of the improvement layer were calculated for granular material as placed under the foundation, and the corner, exterior, and interior springs in the joints of the foundation slabs were calculated for the discretized areas according to their dimensions and geometry of the slab and the arrangement of the piles.

- Similarly, the foundation, including the piles, was verified monolithically. The model for each foundation included the springs calculated for the clay and clay loam bed, which, according to the soil study, occur in two layers, the first at a depth of 7 m and the second from this depth exceeding a depth of 22.50 m, where in the first case a load capacity of 7 $^{tons/m2}$ was considered for the clay bed and a load capacity of 34 $^{tons/m2}$ for the silty bed, and; the soil of the first stratum with f=20 degrees and the soil of the deep stratum with f=35 degrees, data that were correlated with the information from the project's soil studies, obtaining ballast modules by applying the Morrison and Bowles tables similar to those obtained in the project's soil studies.

- Springs were calculated for piles using the vertical ballast modulus. The calculated springs correspond to each soil layer where the piles were driven, taking into account the ballast modulus of the upper layer 7 m thick and the ballast modulus of the lower layer from 7 m down to the tip of the pile. Using this criterion, the horizontal confinement springs were calculated for the x and y directions in joints and frames. The piles were discretized into lengths of 1.00 m. Resistance to the shaft in piles was not considered, so **springs in the vertical direction were not considered**, with the hypothesis of load absorption analysis from the pile to the tip. Springs were calculated at the pile tip joint for x, y, and z.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

- With these considerations in mind, the system was analyzed and calculated for the local soil. Each structure was calculated for the load combination: Resistance I, which includes dead load (DEAD + 30% impact and vibration), with limit states required by the NEC-2015 standard, **demonstrating that the structures are safe**. It was also verified for the load combinations: Extreme Event I (x and y), which includes: dead load (DEAD + 30% impact and vibration), earthquake in the X direction + 30% Earthquake in the Y direction of the Sap 2000 coordinate system, and; dead load (DEAD+ 30% impact and vibration), Earthquake in the Y direction + 30% Earthquake in the X direction of the Sap 2000 coordinate system, which include the design spectrum for the seismic zone of Quevedo canton in the province of Los Ríos in compliance with NEC-2015; **demonstrating that the structure is safe, both in terms of stability and internal resistance**.

- The foundations were verified using structural concrete with a simple compressive strength of 240 $^{kg/cm^2}$ after 28 days as a conservative safety measure, instead of the more than 250 $^{kg/cm^2}$ strength recorded in the results of the sclerometer tests carried out, The result was that the project is safe with this calculation premise.

- The pile settlements calculated in the different analyses carried out on two foundation structures at the Quevedo I station do not exceed 2.6 mm in any case, and similarly, the lateral displacements of the foundation slabs do not exceed 2 mm in any case, which are acceptable results for the structures analyzed.

- The load capacities of the 12-inch diameter piles were calculated and 8.00 m in length, as well as for piles 10 inches in diameter and 11.70 m in length, taking into account the drilling logs from the soil studies carried out in Quevedo I, the load capacity of the piles was determined based on input data such as pile diameter, pile length, bed soil type, N60 obtained in SPT tests, determining that the load at the tip of the piles is less than the load capacity of the piles, consequently the structure is safe.

- Therefore, the civil works for the Quevedo I station located in the Quevedo canton of the province of Los Ríos comply with the design requirements of NEC-2015 in terms of earthquake resistance.

- The loads or stresses received by the foundations of the different equipment and tanks at Quevedo I are relatively low compared to the dimensions of the sections and materials of the elements that make up these structures, determining relatively low loads applied to the foundations. With this determination, it is concluded that the structures are safe and their operation is guaranteed for the use they will be put to at the Quevedo I Ground Generation Station.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

guaranteed for the use they will serve at the Quevedo I Ground Generation Station.

## 3. FINANCIAL SETTLEMENT CIVIL WORKS

### 3.1. INTRODUCTION.

The purpose of this report is to detail the settlement process for the civil works carried out, including the determination of volumes, economic analysis, quality control results, and the final valuation of the work performed and materials not installed.

The settlement is carried out in accordance with the signed contract, the approved plans, the MOP-F-2002 technical specifications, and current regulations for public works.

The settlement includes:

- The work carried out and verified in the field, compared with the project plans.
- The non-destructive tests carried out on the work, which were satisfactory.
- Determination of work volumes through field measurements.
- Analysis of unit prices considering equipment, materials, labor, transportation, and indirect costs.
- The valuation of existing materials on site that have not been installed.

### 3.2. DETERMINATION OF ITEMS EXECUTED.

The items executed at the project site were identified during the inspection and observation of the work executed at the time of the visit to the Quevedo I station.

**Settlement Methodology:**

**a) Determination of Volumes**

- Field measurements were taken by technical personnel using specialized surveying equipment.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

- The volumes were compared with the project plans, adjusting any differences between the work carried out and that planned.

### b) Quality Control

- Non-destructive testing (NDT) was performed on structural elements and finishes to ensure that they met specifications.
- The results were satisfactory, confirming the quality of the work completed.

### c) Unit Price Analysis

- Unit prices were determined taking into account:
  - Equipment and tools used.
  - Materials and supplies used.
  - Skilled and unskilled labor.
  - Transportation and logistics.
  - Corresponding indirect costs.

- It was verified that prices are in line with market conditions and the geographical area of execution. Prices were taken from the technical price magazine of the Quito Chamber of Construction Industry (CAMECO).

### d) Consideration of Uninstalled Materials

- An inventory was taken of materials that remain on site and were not installed.
- These materials are included in the settlement as available assets.

### 3.3. DETERMINATION OF QUANTITIES OF WORK BY ITEM.

The quantification of the work was carried out through a technical process supported by field measurements and the review of construction plans, thus ensuring accuracy in the determination of the volumes executed.

To facilitate analysis and verification, graphs representing the measurements obtained were prepared, grouping the items according to the different categories of work.

This methodology allowed similar items to be grouped together within execution blocks, achieving greater order and clarity in the presentation of results.

Likewise, each block of work executed was documented with its respective graph and subsequently printed in the annex of quantities of work, which ensured the traceability of the information and transparency in the settlement.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

The graphic approach effectively complemented the numerical measurements, allowing for visual validation of progress and settled volumes. This will facilitate the understanding of technical information.

As a result, the quantification was clear, verifiable, and reliable, complying with the technical and administrative criteria established for expert reports in our country.

## 3.4.   DETERMINATION OF UNIT PRICES FOR THE SETTLEMENT OF WORKS.

The results of the unit price analyses are presented in the annex to section 10 of this report.

### a. DIRECT COSTS.

In the context of construction in Ecuador, direct costs represent a fundamental part of the construction budget. These costs correspond to all resources that are immediately involved in the execution of a project, that is, those that are directly assigned to each budget item. The correct identification and quantification of these costs is vital to ensure the technical and financial viability of the contract.

**Definition of Direct Costs**

Direct costs include materials, labor, equipment, and tools necessary to carry out the activities described in the project's technical specifications. They are characterized by the fact that they can be measured and accurately related to a specific unit of work.

**Components of Direct Costs**

The main components of direct costs in a construction project in Ecuador are:

- Materials: Inputs such as cement, aggregates, granular improvement material, reinforcing steel, structural steel in profiles and plates, pipes, among others.
- Labor: Costs associated with wages and salaries of personnel directly involved.
- Equipment and tools: Machinery and minor tools used in the carrying out the activities.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

- Transportation and internal logistics: Movement of materials and equipment within the construction site.

**Ecuadorian regulations**

In Ecuador, public works contracts must be governed by the provisions of the Organic Law of the National Public Procurement System (LOSNCP) and the General Regulations of the LOSNCP. These regulations establish that the contractor must present a detailed breakdown of unit prices, clearly identifying direct costs. In this case, the emergency contract does not provide for the preparation of these costs. For this reason, within this expert report, as this is a contract that has been unilaterally terminated under Article 95 of the LOSNCP, in order to be able to execute the settlement of the contract, the settlement of the project is being developed with regard to civil works.

## b. INDIRECT COSTS

For this expert report, the indirect costs to be analyzed correspond to the indirect costs in contracts with foreign companies in Ecuador.

Indirect costs represent an essential part of the economic planning of any engineering or construction project. When it comes to contracts entered into with foreign companies operating in Ecuadorian territory, these costs must be analyzed with special attention due to the fiscal, legal, and administrative implications they entail.

This expert report sets out the main components of indirect costs and their practical application in this international contract within Ecuador, as part of the subject matter of the expert opinion, including the taxes that must be taken into account.

**Components of Indirect Costs**

Indirect costs are not directly related to the physical execution of the work, but are essential for its management and operation. The following is a breakdown of the items considered in the settlement of indirect costs in EMERGENCY CONTRACT No. TPI-CON-0067-24, executed in Ecuador:

- Studies and designs

- Administrative costs

- Financial costs



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

- Construction management

- Guarantees

- Temporary premises

- Accident prevention

- Promotion

- Insurance and social security contributions

- Public services

- Vehicles

- Utility

- Taxes and other obligations

### Considerations for Foreign Companies Contracting in Ecuador

Foreign companies participating in contracts within Ecuadorian territory are subject to a series of tax and legal obligations. It is essential that these costs be included as part of the indirect costs of the project. Key elements include:

- Income tax withholding (25%–37% depending on the case)

- Value Added Tax (VAT) of 12%

  - Social security contributions if local personnel are hired

- Registration requirements with the Internal Revenue Service (SRI)

- Obtaining a RUC (Unique Taxpayer Registry)

- Registration as a government supplier (if applicable)

### Application in this expert opinion.

As this is a contract with a foreign company, a cost structure must be established in which indirect costs represent between 15% and 30% of direct costs, depending on the size of the project and the associated risks. It is important to anticipate advance payments of taxes and guarantees, as well as the costs arising from legal adaptation to the Ecuadorian environment.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

The calculated indirect cost is 28.50% of the direct cost, which is broken down and calculated in the annex on unit price analysis and work settlement.

### c. TOTAL COST.

The total cost will be the sum of direct costs plus indirect costs. In the unit price analysis, the total cost is calculated by adding these two components together. These costs can be verified in the annex to the unit price analysis and work settlement.

### 3.5.    BUDGET FOR WORK PERFORMED.

The results of the measurements, both from the topographic survey and the volumetric measurements, are presented in Annex 11 of this report and consist of the site plan and the dimensions of the different structural elements found on site.

### 3.6.    RESULTS.

a) The settlement of civil works for the project was based on the actual volumes of work performed, determined through field measurements and verified against the project plans by Taxia's technical staff.

b) Furthermore, the non-destructive tests carried out confirmed the quality of the work, which was satisfactory and guaranteed the functionality of the structures for their intended purpose, a premise that was confirmed by the structural verification of the works carried out.

c) In addition, the quantification of the volumes of work accurately reflects the magnitude of the work carried out on site, the dimensions of which were verified by the expert team during field inspections.

d) Furthermore, the unit prices calculated and used in the settlement of the Quevedo civil works correspond to the area and geographical location of the project, guaranteeing their relevance and economic fairness.

e) In order to calculate the unit prices, all the resources used in the execution of the works were taken into account, such as equipment, materials, labor, transportation, and indirect costs of project execution.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

f)  The unit price analysis followed the criteria established by current best practices, avoiding unjustified costs.

g)  The indirect costs correspond to the components necessary for the project given the particular conditions of the Quevedo I Power Generation Substation.

h)  In addition, the items involved in the financial settlement of civil works for the Quevedo I Power Generation Substation comply with technical specifications MOP-F-2002, in accordance with the governing regulations in the national territory.

i)  In addition, the financial settlement for civil works at the Quevedo I Power Generation Substation covers both the work performed and the materials existing on site that have not been installed, which form part of the final balance.

j)  It should be noted that the measurements were verified in the presence of the parties, ensuring the transparency of the expert process.

k)  We also indicate that the non-destructive tests carried out certify that the materials and procedures used meet the strength and functionality requirements to ensure the stability of the structures and normal operation of the machinery and fuel tanks that they will support throughout their useful life.

l)  Once the results of the non-destructive tests were obtained, no technical deficiencies affecting the functionality of the structures executed were identified, which is why all the items executed were quantified in the financial settlement.

m) After the field and office work was completed, it was concluded that the methodology used to measure volumes ensures the objectivity of the results.

n)  Furthermore, the quality control implemented during the execution supports the reliability of the settled volumes, as there are reports with photographic records and comments that coincide with the evidence obtained in the expert investigation.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

o) The design plans were mostly followed, with certain modifications that were verified in the field with regard to visible work. This information, together with the information contained in the Structural Verification and Non-Destructive Testing Reports, was used as the basis for verification in the settlement.

p) The work was carried out in accordance with safety and environmental standards, which supports the conformity of the settlement. There is no evidence to the contrary in the file that was submitted to Taxia for consideration.

q) The financial settlement for the civil works of the Quevedo I Power Generation Substation reflects the actual costs of execution, without generating overvaluations or omissions to the detriment of either party.

r) The unit price analyses are consistent with local market indices, local and regional material costs, costs of relevant equipment, costs of skilled and unskilled regional labor, and indirect costs of all components necessary for the execution of the project.

s) The economic balance determined by this expert report shows consistency between the contracted budget and the work performed.

t) In addition, the materials not installed were duly inventoried and valued in the settlement.

u) The economic settlement of civil works for the Quevedo I Power Generation Substation complies with the purpose of the expert assessment and is within the established contractual framework, and will therefore be the tool for the resolution of the contract.

v) The procedure followed in the financial settlement of civil works for the Quevedo I Power Generation Substation guarantees the transparency and traceability of information.

w) The final settlement of civil works for the Quevedo I Power Generation Substation shows that the work complies with the technical, economic, and contractual objectives set out in the project.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

The summary of the settlement of the civil works is presented below:

| GROUP O WORK | DESCRIPTION | PRICE TOTAL USD |
|---|---|---|
| 1 | PRELIMINARY WORKS | 666,306.67 |
| 2 | FOUNDATION FOR GENERATORS | 168,046.07 |
| 3 | FOUNDATION FOR DAILY TANKS AND BOILER | 175,429.93 |
| 4 | CEMENTING OF 69/230 KV TRANSFORMER | 117,505.92 |
| 5 | 13.80/69 KV TRANSFORMER FOUNDATION | 104,261.38 |
| 6 | CEMENTATION OF SUBSTATIONS | 118,429.62 |
| 7 | FOUNDATION SLAB AND WALLS TRENCH TO SUBSTATION AREA SUBSTATIONS AND CONTROL ROOM | 43,700.69 |
| 8 | FOUNDATION SLAB AND WALLS TRENCH - CROSSING | 8,803.32 |
| 9 | CONCRETE FOUNDATION FOR BEAMS AND SLAB IN CONTROL ROOM | 34,486.71 |
| 10 | FOOTINGS PIPE RACK - GENERATION AREA | 36,957.15 |
| 11 | GUTTERS - DRAINAGE | 21,380.38 |
| 12 | WALLS AND CONCRETE SLAB FOR CUBETO DAM | 229,727.00 |
| 13 | PIPE RACK SHOES - BOP T1 | 43,825.23 |
| 14 | CEMENT FOOTINGS AND SMALLER SUPPORTS T2 | 19,596.91 |
| 15 | FOOTINGS AND SMALL SUPPORTS T3 (STRUCTURAL ONLY) ARMAD.) | 2,027.15 |
| 16 | CEMENTATION OF DIESEL TANK Q1001 | 222,652.84 |
| 17 | CEMENTATION OF DIESEL TANK Q1002 | 306,707.78 |
| 18 | CEMENTING OF HFO TANK Q0002 | 473,516.03 |
| 19 | CEMENTING OF DIESEL TANK Q0001 | 563,869.15 |
| 20 | DIESEL TANK Q1001 (50,000 GLNS) | 121,362.11 |
| 21 | DIESEL TANK Q1002 (50,000 GLNS) | 121,362.11 |
| 22 | HFO TANK Q0002 | 225,329.18 |
| 23 | REINFORCING STEEL IN STOCK - SHAPED, STEEL SHEETS AND OTHER MATERIALS | 62,377.91 |
| 24 | MITIGATION OF ENVIRONMENTAL IMPACTS, INDUSTRIAL SAFETY AND OCCUPATIONAL HEALTH | 15,528.53 |
| | **TOTAL USD** | **3,903,189.77** |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

The summary of the settlement of the electrical work is presented below:

## LIQUIDACIÓN ECONÓMICA DE OBRA ELÉCTRICA

| RUBRO | DESCRIPCION | UNI. | CANT. | PRECIO UNIT. | PRECIO TOTAL |
|---|---|---|---|---|---|
| | **MALLA A TIERRA** | | | | |
| 1 | EXCAVACIÓN SIN CLASIFICAR - CONFORMACIÓN DE ZANJA | m3 | 579.93 | 3.50 | 2,029.74 |
| 2 | SUMIN. E INSTAL. CABLE COBRE DESN. CAL. 4/0 AWG (Incl. polvo intensif.r tierra y cinta de pel.) | m | 3,624.54 | 18.49 | 67,017.74 |
| 3 | SUMINISTRO E INSTALACIÓN DE VARILLA COOPERWELD | pto | 62.00 | 82.06 | 5,087.72 |
| 4 | SOLDADURA EXOTÉRMICA CHICOTES - INCLUYE CABLE (3 Metros) | pto | 141.00 | 41.87 | 5,903.67 |
| 5 | RELLENO COMPACTADO CON SUB-BASE CLASE III (REUSO DE MATERIAL DE EXCAVACIÓN) | m3 | 579.93 | 7.60 | 4,407.44 |
| | | | **TOTAL** | **USD** | **84,446.31** |

The total settlement of the project and the progress or contractual compliance is presented below:

## GRADO DE CUMPLIMIENTO CONTRACTUAL

| COMPONENTE PROYECTO | DESCRIPCION | PRECIO TOTAL USD |
|---|---|---|
| 1 | OBRA CIVIL EJECUTADA Y MATERIALES EXIST. NO INSTALADOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 3,903,189.77 |
| 2 | EQUIPOS ELECTROGENOS Y EQUIPOS VARIOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 2,551,390.00 |
| 3 | MATERIALES ENCONTRADOS EN BODEGAS CONTENEDORES QUEVEDO | 50,012.38 |
| 4 | MALLA PUESTA A TIERRA OBRA ELECTRICA | 84,446.31 |
| 5 | DESCUENTOS POR MATERIAL NO DESALOJADO | 12,480.00 |
| | **TOTAL** | **6,576,558.46** |

| | | |
|---|---|---|
| **MONTO CONTRACTUAL:** | U$D | 49,700,000.00 |
| **MONTO EJECUTADO:** | U$D | 6,576,558.46 |
| **% CUMPLIMIENTO:** | % | 13.23 |

## 4. ELECTROMECHANICAL COMPONENT

### 4.1. Purpose of the Report

This Executive Report summarizes the main findings derived from the visual inspection and technical review carried out on the seventeen (17) thermal generation units supplied by PROGEN at the Quevedo I Power Plant, in accordance with contract TPI-CON-0067-24 signed with CELEC EP – TERMOPICHINCHA.

### 4.2. Methodological Scope

The audit was carried out through visual and documentary technical inspection, without operational intervention or dynamic testing, in accordance with the scope of the contract. A technical traceability protocol was applied for systems and subsystems, supported by photographic records, professional experience, and applicable regulations.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

### 4.3.    Main Findings

### 4.3.1.    Manufacturing and Conservation Conditions:

There were signs of common manufacturing defects and deterioration, such as widespread oxidation, incomplete connections, missing parts, discrepancies and presumed tampering with serial numbers, and superficial application of paint over the original coating and rust.

### 4.3.2.    Fuel System Configuration:

According to the contract documentation, the units were to have a dual configuration (diesel-HFO). The visual inspection identified only minimal infrastructure for diesel consumption; no pumps, pipes, heaters, or filters associated with HFO handling were located.

### 4.3.3.    Mechanical and Electrical Integrity:

Mechanical and electrical components were identified that, based on their external appearance, may require additional and extensive work before they can be put into service. The absence of functional tests makes it impossible to quantify wear and tear or confirm the availability of potentially necessary spare parts within an active market.

### 4.3.4.    General Condition:

There was evidence of dust and dirt accumulation on the motor generators, minor structural deficiencies, and incomplete auxiliary systems, suggesting previous inadequate storage and lack of technical preservation.

### 4.4.    Overall Assessment

From the consolidated analysis, it is determined that:

1.    None of the seventeen (17) units, based on visual inspection, are in a condition that would allow them to be considered ready for immediate operation.

2.    The control systems and electrical and mechanical auxiliary systems exhibit technical aspects that could prove insufficient for immediate commissioning without intervention.

3.    The current configuration limits the units to diesel operation only, reducing the technical and economic viability of the project, according to contractual documentation.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

4.  The storage tanks require comprehensive rehabilitation before they can be considered operational.

## 4.5.  Executive Conclusion

The technical and visual analysis concludes that:

1.  The inspected generation units only have the infrastructure to operate on diesel.

2.  According to the visual inspection, in some units, the installation of the auxiliary systems necessary for HFO handling (pumps, pipes, heaters, filters, etc.) was not identified, and in those where components of this infrastructure were observed, these elements were found to be incomplete and insufficient to guarantee their operation.

3.  The storage tanks have coatings and cathodic protection in the process of being applied, which compromises their current integrity and the possibility of putting them into production as additional work is required before they can be used.

4.  Similar conditions were observed in the seventeen (17) units inspected in terms of manufacturing, maintenance, and assembly, without the visual inspection allowing for the quantification of internal or operational impacts.

## 5.  EQUIPMENT VALUATION AND APPRAISAL COMPONENT

## 5.1.  BACKGROUND,

In accordance with the provisions of the civil contract for the provision of specialized technical services entered into on July 14, 2025, which requests the "TECHNICAL INSPECTION AND DELIVERY OF EXPERT REPORTS ISSUED BY THE CONTRACTOR, AN ACCREDITED EXPERT APPRAISER FOR CIVIL WORKS, ELECTROGENERATOR GROUPS, TESTING AND VERIFICATION OF THE MAIN ITEMS, ITEMS AND MILESTONES THAT FORM PART OF THE EMERGING **SALITRAL AND QUEVEDO** PROJECTS," the following is attached:
**EXECUTIVE APPRAISAL REPORT on the machinery and equipment** provided by the company PROGEN and physically located at the Quevedo I Power Plant facilities and in the warehouses at the Marcel Laniado de Wind Hydroelectric Power Plant, inspections carried out by **TAXIA** from July 28 to 31, 2025.

## 5.2.  METHODOLOGY APPLIED

The study considered the stages of coordination, inspection and inventory, data recording, and valuation. These stages were carried out on two main fronts:



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



civil works and electromechanical equipment, for which **TAXIA** appointed expert professionals linked to this type of asset.

Prior to the start of the inspections and during them, **TAXIA** requested from **CELEC EP – TERMOPICHINCHA** all available technical information regarding the thermoelectric generation project carried out by the company PROGEN, which was provided as quickly as possible.

The inspections and inventory were carried out using the "General Sweep Method," which consists of verifying all movable and immovable property belonging to the thermoelectric project that was physically present or built on the premises. **CELEC EP – TERMOPICHINCHA** personnel were responsible for obtaining permits and access to the inspection sites, as well as for identifying, managing, stowing, moving, and/or placing the assets in a condition that allowed **TAXIA** personnel to verify them and collect all the information necessary for subsequent analysis and appraisal.

It is important to note that all goods were found covered, sealed, and/or stored in their original packaging and/or boxes in which the company PROGEN delivered them to CELEC EP – **TERMOPICHINCHA**, with no signs or evidence of prior tampering. To attest to the above, notaries public were present at each of the inspection sites, and only then were the goods uncovered and/or opened for expert examination.

**TAXIA** staff placed a numbered label in an easily visible location on the surface of the goods, which identifies them in the inventory and appraisal results table; in some cases, this code refers to a group or batch of equipment rather than a single item (packages, as referred to in import jargon). The information collected took into account all relevant aspects of the equipment, works, and facilities that could be visually verified, without performing technical tests other than those specified in the service contract established between TAXIA and ECUACIER.

The following valuation approaches were used for the appraisal:

* Market Approach: Also known as the "Comparative Method," this consists of researching several references for identical or similar goods on the market, to which the estimated costs are added or subtracted to adapt the characteristics of the references to the particular conditions of the goods verified during the inspection.

* Cost Approach: Determines the value of an asset based on its value in brand new condition, to which depreciation factors linked to the characteristics of each asset, work, or facility considered are applied.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec



These approaches are in accordance with the guidelines of the International Valuation Standards (IVS) and the criteria acquired in professional practice.

In order to minimize the influence of subjectivity during the valuation, the AHP hierarchical analytical process was applied to determine the operational/functional status of the equipment, as well as statistical analysis in the handling of the value references investigated.

The hierarchical values obtained allow an incidence weight to be assigned to the economic value of the asset, which is used to establish the overall condition of the equipment. To do this, a rating matrix is used to assess the functional condition of each subsystem that makes up the equipment.

## 5.3. RESULTS

The appraisal results obtained for the equipment are as follows:

| TAXATION CODE | SUMMARY INFORMATION | OPERATIONAL CONDITION | VALUE A (USD) | VALUE (USD) |
|---|---|---|---|---|
| 117 | [ 40-FOOT CONTAINER WITH VARIOUS EQUIPMENT ] - BRAND: ; MODEL: ; CONDITION: VERY GOOD | VERY GOOD | 56,000 | 56,000.00 |
| 119 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 16/710GH; SERIES: PI-A4-167; CONDITION: FAIR; COLOR: PALE GREEN; LENGTH: 15.64 M; WIDTH: 2.38 M; HEIGHT: 0.50 M; CAPACITY: 3600 BHP | REGULAR | 945,000.00 | 157,359.00 |
| 120 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 16/710GH, SERIES: PI-E1-162; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 167,095.00 |
| 121 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-4C-101; CONDITION: POOR; COLOR: PALE GREEN; LENGTH  16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | POOR | 945,000.00 | 96,106.00 |
| 122 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 16/710GH; SERIES: PI-B1-105; CONDITION: FAIR; COLOR: PALE GREEN; LENGTH  16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 152,640.00 |
| 123 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-K1-104; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 128,707.00 |
| 124 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 16/710GH; SERIES: PIG3-702; CONDITION: POOR; COLOR: PALE GREEN; LENGTH: 16.30 M, WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | POOR | 945,000.00 | 128,404.00 |
| 125 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 16/710GH; SERIES: PI-A4-172; CONDITION: FAIR; COLOR: PALE GREEN; LENGTH: 15.64 M; WIDTH  2.38 M; HEIGHT: 0.50 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 150,249.00 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



| TAX CODE | SUMMARY INFORMATION | OPERATING STATUS | VALUE A (USD) | VALUE (USD) |
|---|---|---|---|---|
| 126 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-G1-106; CONDITION: FAIR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY 3600 BHP | FAIR | 945,000.00 | 122,537.00 |
| 127 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-L1-108; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 118,235.00 |
| 128 | [ MOTOR GENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-D4-113; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | REGULAR | 945,000.00 | 101,944.00 |
| 129 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 16/710GH; SERIES: PI-A4-172; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 161,222.00 |
| 130 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-C1-143; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M, HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 103,886.00 |
| 131 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN, MODEL: 16/710GH; SERIES: PI-A4-170; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 154,110.00 |
| 132 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-K2-149; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 110,362.00 |
| 133 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 16/710GH; SERIES: PI-B4-168; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 156,144.00 |
| 134 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-B4-168; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | FAIR | 945,000.00 | 113,946.00 |
| 135 | [ MOTOGENERATOR WITH CABIN ] - BRAND: PROGEN; MODEL: 20/645/EBH; SERIES: PI-L6-147; CONDITION: REGULAR; COLOR: PALE GREEN; LENGTH: 16.30 M; WIDTH: 2.38 M; HEIGHT: 0.55 M; CAPACITY: 3600 BHP | REGULAR | 945,000.00 | 119,744.00 |
| 136 | [METAL TANK TIRES] - BRAND: ; MODEL: ; CONDITION: VERY GOOD; DIAMETER 80 CM; HEIGHT: 175 CM | VERY GOOD | 2,800.00 | 2,800.00 |
| 137 | [METAL PNEUMATIC TANKS] - BRAND ; MODEL: ; CONDITION: VERY GOOD; DIAMETER: 80 CM; HEIGHT: 175 CM | VERY GOOD | 2,800.00 | 2,800.00 |
| 138 | [METAL PNEUMATIC TANKS] - BRAND ; MODEL ; CONDITION: VERY GOOD; DIAMETER: 80 CM; HEIGHT: 175 CM | VERY GOOD | 2,800.00 | 2,800.00 |
| 139 | [METAL PNEUMATIC TANKS] - BRAND: ; MODEL: ; CONDITION: VERY GOOD; DIAMETER 80 CM; HEIGHT: 175 CM | VERY GOOD | 2,800.00 | $2,800 |
| 144 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28 SERIES: 3525016398; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 147 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28, SERIAL NUMBER: 3525016403; CONDITION: VERY GOOD, CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |

Telephone

number s:

Website

0996 335 316 / 0985 880 732

www.taxia.com.ec

info@taxia.com.ec

**Taxia**
Confianza en valoración

Contact email



0996 335 316 / 0985 880 732          www.taxia.com.ec          info@taxia.com.ec

**Taxia**
Confianza en valoración

| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS | VALUE A (USD) | VALUE (USD) |
|---|---|---|---|---|
| 154 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016400; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500 | 9,500.00 |
| 155 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016399; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 156 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016401; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 157 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016419; CONDITION: VERY GOOD; CAPACITY: 2000 A | VERY GOOD | 10,500.00 | 10,500.00 |
| 158 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016408; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 159 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016407; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 160 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016406; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 161 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016405; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 162 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016413; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 163 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016413; CONDITION: VERY GOOD; CAPACITY: 2000 A | VERY GOOD | 10,500.00 | 10,500.00 |
| 164 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016411; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 168 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016395; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 169 | [ SWITCH GEAR INCOMING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016416; CONDITION: VERY GOOD; CAPACITY: 2000 A | VERY GOOD | 10,500.00 | 10,500.00 |
| 170 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016417; CONDITION: VERY GOOD; CAPACITY: 2000 A | VERY GOOD | 10,500.00 | 10,500.00 |
| 171 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016412; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 172 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016402; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 173 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016397; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 174 | [ OUTGOING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016409; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 175 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016415; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 176 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016410; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

| TAX CODE | SUMMARY INFORMATION | OPERATIONAL STATUS | VALUE A NEW (USD) | VALUE (USD) |
|---|---|---|---|---|
| 177 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN; MODEL: KYN28, SERIAL NUMBER: 3525016396; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | $9,500.00 | 9,500.00 |
| 178 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN, MODEL: KYN28, SERIES: 3525016404; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |
| 179 | [ SWITCH GEAR OUTGOING COLUMN ] - BRAND: PROGEN, MODEL: KYN28, SERIES: 3525016414; CONDITION: VERY GOOD; CAPACITY: 1250 A | VERY GOOD | 9,500.00 | 9,500.00 |

The valuation process was carried out maintaining the concept of operational unit, which is why there are eleven cases of equipment that were also found and inventoried, but whose individual value is not presented as they are components of the incoming and outgoing switchgear, and their value is therefore implicitly included in these.

## 5.4.   ASSESSMENT SUMMARY TABLE:

The above results are summarized below:

| GROUP | Quantity | NEW VALUE (USD) | | FAIR VALUE (USD) | |
|---|---|---|---|---|---|
| COLUMN SWITCH GEAR INCOMING | 4 | $ | 42,000.00 | $ | 42,000.00 |
| OUTGOING SWITCH GEAR COLUMN | 21 | $ | 199,500.00 | $ | 199,500.00 |
| 40-FOOT CONTAINER WITH VARIOUS EQUIPMENT | 1 | $ | 56,000.00 | $ | 56,000.00 |
| MOTOR GENERATOR WITH CABIN | 17 | $ | 16,065,000.00 | $ | 2,242,690.00 |
| METAL TANK TIRES | 4 | $ | 11,200.00 | $ | 11,200.00 |
| **TOTALS** | **58** | **$** | **16,373,700.00** | **$** | **2,551,390.00** |

## 6.   PERCENTAGE OF CONTRACT COMPLETION

The amount executed, including civil works, materials found without installation, discounts, electrical work, motor generators, and accessories, amounts to **USD 6,576,558.46,** which represents **13.23% progress** or contract compliance, taking into account the contract amount of USD 49,700.00, as summarized in the following table:

### GRADO DE CUMPLIMIENTO CONTRACTUAL

| COMPONENTE PROYECTO | DESCRIPCION | PRECIO TOTAL USD |
|---|---|---|
| 1 | OBRA CIVIL EJECUTADA Y MATERIALES EXIST. NO INSTALADOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 3,903,189.77 |
| 2 | EQUIPOS ELECTROGENOS Y EQUIPOS VARIOS, INSPECCIONADOS Y VALORADOS POR ESTA PERICIA | 2,551,390.00 |
| 3 | MATERIALES ENCONTRADOS EN BODEGAS CONTENEDORES QUEVEDO | 50,012.38 |
| 4 | MALLA PUESTA A TIERRA OBRA ELECTRICA | 84,446.31 |
| 5 | DESCUENTOS POR MATERIAL NO DESALOJADO | 12,480.00 |
| | TOTAL | 6,576,558.46 |

| MONTO CONTRACTUAL: | U$D | 49,700,000.00 |
|---|---|---|
| MONTO EJECUTADO: | U$D | 6,576,558.46 |
| % CUMPLIMIENTO: | % | 13.23 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

**We declare that:**

1. The expert opinion is accurate and technically sound.
2. We have not concealed any information that could affect the content of the report.
3. Our remuneration has nothing to do with the result of the expert opinion.

Report date:                                                                 August 22, 2025

Responsibility Signatures



Jose´ Fernando Vintimilla V., Engineer
**Technical Director**
**and Innovation**
S. Banks: -PA-2005-716
Judicial Council: 265970



Fan Ali Valverde V., Engineer
**Taxia**
S. Banks: PVQ-2023-02415
Judicial Council: 1838590
S. C: IRCVSQ-DRICAI-2024-00011883

Page **35** de **36**



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

# Exhibit J

# Original

**Taxia**
Confianza en valoración

# ECUACIER

# CELEC EP - UNIDAD DE NEGOCIO TERMOPICHINCHA

## INFORME EJECUTIVO

**PERITAJE TÉCNICO A LA EJECUCIÓN DEL CONTRATO EMERGENTE Nro. TPI-CON-0062-24/" Contratación en el Extranjero", CONTRATO EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL.**



## Central Salitral



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

# 1  CONTENIDO

1      ENSAYOS NO DESTRUCTIVOS, LEVANTAMIENTO TOPOGRÁFICO Y CANTIDADES DE OBRA EJECUTADA ........................................................................................................................ 4

   **1.1   INTRODUCCIÓN.** ................................................................................................................ 4

   **1.2   EJECUCION DE ENSAYOS NO DESTRUCTIVOS.** .................................................. 4

   **1.3   REALIZACIÓN DE ENSAYOS NO DESTRUCTIVOS EN OBRAS CIVILES.** ....... 4

   **1.4   TRABAJOS DE CAMPO DE LEVANTAMIENTO TOPOGRÁFICO Y VOLUMETRÍA.** ..... 5

   **REALIZACIÓN DE LEVANTAMIENTO TOPOGRÁFICO:** ........................................... 5

   **1.5   MEDICIÓN DE PLANIMETRÍA Y VOLUMETRÍA** ................................................ 5

   **1.6   RESULTADOS DE ENSAYOS NO DESTRUCTIVOS.** ........................................... 6

   **1.7   RESULTADOS DE LAS MEDICIONES, PLANO DE IMPLANTACIÓN.** ............. 6

   **1.8   RESULTADOS.** .................................................................................................................. 6

2      VERIFICACIÓN ESTRUCTURAL DE OBRAS CIVILES. ........................................................ 9

   **2.1   CARÁCTERÍSTICAS DE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.** ....... 9

   **FOTOGRAFÍA AEREA DE LA CENTRAL DE GENERACIÓN SALITRAL.** ............. 9

   **2.2   DESCRIPCIÓN DEL MODELO ESTRUCTURAL.** ............................................. 10

   **2.3   CALCULO ESTRUCTURAL.** ...................................................................................... 13

   **2.4   CODIGOS Y NORMAS.** ............................................................................................... 14

   **2.5   CARGAS SOBRE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.** ............... 14

   **2.6   ESTUDIO DE CARGAS** .............................................................................................. 14

   **2.7   COMBINACIONES DE CARGA** ............................................................................... 16

   **2.8   MATERIALES** ................................................................................................................ 16

   **2.9   PROCESAMIENTO DE DATOS** ............................................................................... 16

   **2.10   CHEQUEO DE LOS ELEMENTOS METALICOS:** ........................................... 17

   **2.11   CHEQUEO DE LAS ELEMENTOS DE HORMIGÓN ARMADO QUE NO SON CIMENTACIONES.** ............................................................................................................... 18

   **2.12   DISEÑO DE LAS CIMENTACIONES** .................................................................. 18

   **2.13   RESULTADOS.** ............................................................................................................ 19

3      LIQUIDACIÓN ECONÓMICA OBRAS CIVILES ................................................................. 22

   **3.1   INTRODUCCIÓN.** .......................................................................................................... 22



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**3.2    DETERMINACIÓN DE RUBROS EJECUTADOS.**..................................................22

**3.3    DETERMINACIÓN DE CANTIDADES DE OBRA POR RUBRO.**..........................23

**3.4    DETERMINACIÓN DE PRECIOS UNITARIOS PARA LA LIQUIDACIÓN DE OBRAS.**
24

**a. COSTOS DIRECTOS.**..........................................................................................24

**Definición de Costos Directos**..........................................................................24

**Componentes de los Costos Directos**...............................................................24

**Normativa Ecuatoriana**....................................................................................24

**b. COSTOS INDIRECTOS**........................................................................................25

**Componentes de los Costos Indirectos**............................................................25

**Consideraciones para Empresas Extranjeras Contratistas en Ecuador**...................26

**Aplicación en este peritaje.**..............................................................................26

**c. COSTO TOTAL.**...................................................................................................26

**3.5    PRESUPUESTO DE OBRA EJECUTADA.**.........................................................26

**3.6    RESULTADOS.**..................................................................................................27

4      COMPONENTE ELECTROMECÁNICO.................................................................29

**4.1    Objeto del Informe**..........................................................................................29

**4.2    Alcance Metodológico**......................................................................................30

**4.3    Principales Hallazgos**.......................................................................................30

   **4.3.1    Condiciones de Fabricación y Conservación:**..........................................30

   **4.3.2    Configuración del Sistema de Combustible:**...........................................30

   **4.3.3    Integridad Mecánica y Eléctrica:**...........................................................30

   **4.3.4    Estado General de Conservación:**..........................................................31

**4.4    Evaluación Global**...........................................................................................31

**4.5    Conclusión Ejecutiva**......................................................................................31

5      COMPONENTE DE VALORACIÓN Y TASACIÓN DE EQUIPOS............................33

**5.1    ANTECEDENTES**.............................................................................................33

**5.2    METODOLOGÍA APLICADA**.............................................................................34

**5.3    RESULTADOS**..................................................................................................35

**5.4    CONCLUSIONES:**.............................................................................................41

**5.5    CUADRO RESUMEN DE TASACIÓN:**...............................................................42

6      PORCENTAJE DE CUMPLIMIENTO DEL CONTRATO..........................................43



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

# 1 ENSAYOS NO DESTRUCTIVOS, LEVANTAMIENTO TOPOGRÁFICO Y CANTIDADES DE OBRA EJECUTADA

## 1.1 INTRODUCCIÓN.

Para comprender el alcance de los trabajos, se describe el proyecto como un conjunto de obras civiles, en su mayoría, cimentaciones sobre pilotes de acero, que consisten en losas de hormigón armado que se apoyan sobre pilotes tubulares de acero, este tipo de cimentaciones se han utilizado debido a las condiciones locales del suelo de fundación, y las cargas de servicio que serán, en su mayoría, cargas dinámicas que involucran el peso de equipos electrógenos que contienen motores y generadores, radiadores, líneas de conducción de combustibles y refrigerantes, líneas de conducción de cables eléctricos, puesta a tierra, otras cimentaciones para pipe rack, cimentaciones para tanques de almacenamiento de combustibles, cimentaciones para tanques diarios, cimentaciones para planta de tratamiento de aguas, cimentaciones para subestación de potencia, cimentaciones para calderas, cimentaciones para transformador de potencia, casa de máquinas y cimentaciones para cubetos.

Con lo mencionado anteriormente, se consideró una planificación de trabajos de campo con ejecución de ensayos no destructivos de manera aleatoria, que permita caracterizar la calidad de los materiales y trabajos ejecutados dentro de las obras civiles de la Central SALITRAL.

## 1.2 EJECUCION DE ENSAYOS NO DESTRUCTIVOS.

De acuerdo a la oferta técnica, se procedió de la siguiente manera en campo:

## 1.3 REALIZACIÓN DE ENSAYOS NO DESTRUCTIVOS EN OBRAS CIVILES.

Durante la inspección, se ejecutaron varios ensayos no destructivos con la finalidad de obtener información importante para la realización de reactivos que servirán como base para la elaboración de las planillas de liquidación y para el control de calidad de los trabajos de obras, bienes y servicios.

Los ensayos no destructivos que se realizaron son los siguientes:



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

- Ensayo con esclerómetro tipo Schmidt: Norma "ASTM C 805-18".
- Ensayo de pulso ultrasónico para determinar acero de refuerzo dentro de elementos de hormigón armado: Norma "ASTM C597-09".
- Verificación de barras de acero aplicando la Norma ASTM C597-09
- Análisis de barras de acero según ASTM C597-09:
- Ensayo de escáner de barras de acero: Norma "ASTM D 6432".
- Medición de espesores de placas o elementos de acero, diámetros de varillas con vernier (calibrador), norma ASTM E2877.

## 1.4   TRABAJOS DE CAMPO DE LEVANTAMIENTO TOPOGRÁFICO Y VOLUMETRÍA.

### REALIZACIÓN DE LEVANTAMIENTO TOPOGRÁFICO:

Durante la inspección, se contó con un dron para sobrevolar la Subestación El SALITRAL y de esta manera obtener fotografías aéreas a baja altura que permitan imágenes digitales panorámicas de varios sectores que ayuden a evidenciar la situación actual del proyecto y de esta manera evidencien la implantación y ubicación de obras y bienes, ejecutados, construidos, suministrados e instalados en el sitio por la contratista.

Para el efecto de medir y levantar las obras ejecutadas en el sitio, se utilizó estación total y prismas, se obtuvieron los puntos topográficos de las esquinas de estructuras, cimentaciones, plataformas, canales, y; en otros elementos como trincheras, cunetas, vías de acceso y circulación, pipe rack, cerramientos; de igual manera, se obtuvieron puntos que permitieron dibujar el plano de implantación, cada punto se determinó con coordenadas UTM y cota.

## 1.5   MEDICIÓN DE PLANIMETRÍA Y VOLUMETRÍA

Todos los elementos que no se pudieron medir con equipo topográfico mediante el procedimiento anterior, se midieron utilizando distanciómetros digitales, cintas manuales y flexómetros manuales, las mediciones se realizaron en planimetría y en elevación o profundidad para determinar volúmenes de obra. En el caso de las cimentaciones, se midieron las partes que afloran la superficie y las partes ocultas fueron contrastadas con los planos.

De esta manera se fueron registrando en libretas manuales y fotografías digitales las mediciones de acuerdo a cada elemento con su respectivo material con lo cual se obtendrán los datos para la elaboración de los rubros que componen las obras ejecutadas, esto se realizó tanto para obras civiles, en cuanto a obras eléctricas y electrónicas no existen trabajos ejecutados.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

En el caso de la malla a tierra, se determinó su implantación siguiendo los chicotes o terminales de cables junto a las cimentaciones de generadores, se utilizaron los planos y las mediciones topográficas para determinar las líneas de la malla a tierra y de esta manera se dibujó el plano respectivo de donde se obtuvieron las cantidades de obra. Ver Anexo 1.

## 1.6 RESULTADOS DE ENSAYOS NO DESTRUCTIVOS.

Los resultados de los ensayos no destructivos se presentan en el anexo de los numerales 9 y 10 de este informe, los resultados obtenidos se han contrastado con los informes técnicos elaborados por los funcionarios de CELEC EP en la fase de construcción.

## 1.7 RESULTADOS DE LAS MEDICIONES, PLANO DE IMPLANTACIÓN.

Los resultados de las mediciones, tanto del levantamiento topográfico, como de las mediciones realizadas en volumetría, se presentan en el anexo 11 de este informe y consisten en el plano de implantación de obras y las dimensiones de los diferentes elementos estructurales encontrados en el sitio.

## 1.8 RESULTADOS.

a. Los ensayos de mediciones de resistencia del hormigón endurecido, realizados a las estructuras de cimentación de los diferentes componentes de la subestación de generación eléctrica de 100 MW de EL SALITRAL, fueron ejecutados de manera aleatoria conforme se menciona en la oferta técnica y en el contrato de servicios de peritaje de TAXIA para CELEC EP.

b. Por las condiciones de producción de reactivos y evidencias en las investigaciones del presente informe pericial y, debido a la importancia del peritaje al proyecto, los trabajos de campo y gabinete ejecutados, para la obtención de los valores de resistencia a la compresión simple de hormigón endurecido en las obras mencionadas en el numeral anterior, no fueron confiados a personal técnico de nivel medio con nivel de formación "tecnólogo"; sino que, fueron ejecutadas directamente por el perito responsable y sus asistentes técnicos, todos con formación de ingenieros civiles, el perito técnico responsable con formación de cuarto nivel y los asistentes con formación de tercer nivel, se procedió de esta manera también para salvaguardar la confidencialidad del proyecto.

c. Los equipos utilizados en la ejecución de las pruebas de esclerometría, escáner de losas de cimentación hormigón armado, distanciómetro digital, cinta de medición



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

manual, flexómetro y calibrador, son nuevos y fueron adquiridos exclusivamente para este peritaje con la finalidad de evitar descalibraciones y/o mediciones erróneas por uso prolongado y/o desgaste, elongación de material en cintas de medición, desgaste en calibrador, descalibración original de equipos mecánicos y electrónicos, el esclerómetro cuenta con su certificado de calibración emitido por el fabricante y se adjuntó su imagen en el Anexo 1 del informe pericial. Los detalles de información de los equipos nuevos constan en el mismo Anexo 1 del informe pericial.

d.  Se realizaron las pruebas de esclerometría en aplicación de la norma ASTM C805, tanto en campo como en gabinete. Se delimitó la zona a intervenir de manera aleatoria y sin un patrón de selección premeditado, la sección a evaluar fue considerada con una medida de 20 x 20 cm, se marcó con pintura roja, se aplicaron de 10 a 12 impactos en el hormigón, previo a su alisado y limpieza con el aditamento abrasivo incluido en el equipo, los impactos fueron distribuidos en la zona enmarcada y se ejecutaron a distancias de 3 a 4 cm de separación entre sí en las dos direcciones del cuadrante, se aplicaron impactos de manera vertical hacia abajo en las losas de cimentación, y; los impactos en muros, columnas y cimentación de los tanques de combustible fueron impactos en dirección horizontal, las curvas de transformación de R a Fck (resistencia característica del hormigón) utilizadas, corresponden a las curvas que se encuentran para la posición respectiva impartida por el fabricante del equipo.

e.  Los valores de Fck (resistencia del hormigón característica) fueron corregidos restando del valor obtenido, el factor de corrección inserto en las mismas curvas de transformación descritas en el numeral anterior, posteriormente se calculó el valor f´c (resistencia a la compresión simple del hormigón a los 28 días) aplicando el percentil 85% a la tabla de datos obtenidos y que corresponden al Fck corregido, los valores obtenidos están en MPa por lo que fue necesario transformar esos resultados a kg/cm².

f.  Los valores de f´c obtenidos para cada estructura analizada, se emplearán en las verificaciones estructurales que se realizarán en el informe técnico correspondiente y también se tomarán en cuenta para el precio del hormigón en la liquidación del proyecto respecto de la obra civil ejecutada en su parte pertinente.

g.  Después de revisar los resultados obtenidos, se concluye que los hormigones empleados en la ejecución de las obras civiles son de buena calidad y aparentemente evidencian una resistencia adecuada para la función que desarrollarán dentro del proyecto, sin embargo, se aclara que su funcionalidad y eficiencia estructural finalmente será corroborada en el informe técnico de verificación estructural.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

h.  Respecto de los aceros de refuerzo de losas de cimentación analizadas, se concluye que las losas están armadas conforme a los planos en los sitios donde se realizó el escaneo de manera aleatoria, el equipo tiene la capacidad de realizar el escaneo a una profundidad de 20 cm dentro de la masa de hormigón, por lo que se verificó el acero de refuerzo que generalmente está con un recubrimiento entre 4 y 7 cm en la cara superior o cara visible de elementos estructurales, se determinó que el espaciamiento entre barras de acero es 20 cm.

i.  Respecto de las pruebas de ultrasonido para medir espesores de materiales, no fueron necesarias de ejecutar ya que, los materiales como perfiles, placas, vigas de acero, cubiertas metálicas, paneles de revestimiento lateral, perfiles de fijación, correas y demás elementos estructurales de acero o metálicos, están expuestos y su medición se realizó de manera directa con calibrador, de esta manera la precisión de medida es garantizada ya que es una medida directa.

j.  En cuanto al levantamiento topográfico, se trabajó con estación total electrónica y un prisma para detección de puntos topográficos, de esta manera se fueron levantando y determinando las coordenadas de los puntos importantes de las estructuras como son, esquinas de losas, ejes de columnas, bordes de caminos, bordes de cajones de drenajes o cables eléctricos, perímetros de bases de tanques, etc.

Los datos obtenidos fueron procesados y finalmente se obtuvo el plano de implantación de obras existentes que fueron ejecutadas por PROGEN en la Central SALITRAL.

k.  En lo que respecta a volumetría, se utilizaron equipos manuales y electrónicos para medición de vigas, pórticos, correas, placas, perfiles, paneles, canales de drenaje, espesores de losas, espesores de muros, dimensiones de placas de acero, y demás elementos que constituyen la obra ejecutada por PROGEN en SALITRAL, herramientas que servirán para establecer los volúmenes de obra ejecutada de los diferentes rubros.

l.  Se concluye indicando que, el presente informe contiene las herramientas técnicas para proceder a la elaboración del informe técnico de verificación estructural y el informe técnico de liquidación de obras civiles ejecutadas.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 2    VERIFICACIÓN ESTRUCTURAL DE OBRAS CIVILES.

### 2.1    CARÁCTERÍSTICAS DE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.

Se construyeron las obras de cimentación de equipos (Generadores, Radiadores, Calderas, Transformadores, Filtros), tanques de combustible y otros (casa de máquinas, Subestación, Tanques diarios, Planta de Tratamiento, Cubetos, solo las estructuras de tanques de combustible , transformador, generadores, radiadores, eje R de la casa de máquinas, subestación, y caleras principales tienen cimentaciones profundas con tubería de acero sin costura cedula 40 de entre 10 y 12 pulgadas y con longitudes de hincado de entre 18 y 22.50 m, mientras que; los cubetos, la casa de máquinas, los filtros HFO4/HFO6, Planta de tratamiento de agua, pipe rack, luminarias, compresor de aire, trincheras y generador auxiliar no están apoyadas sobre pilotes; las losas de hormigón armado de cimentaciones de 240 kg/cm2 de resistencia a la compresión, están apoyadas sobre los pilotes mediante placas de acero de apoyo, las losas de cimentación están doblemente armadas con acero estructural con límite de fluencia de 4200 kg/cm2, en el caso de las losas de hormigón que no disponen de pilotes, se apoyan directamente sobre el replantillo que está sobre la capa de mejoramiento compactado.

Por lo tanto, se verificó la construcción de las diferentes obras civiles para cimentaciones de equipos y tanques de combustible de generación terrestre SALITRAL, NO EXISTEN EVIDENCIAS DE DAÑO ESTRUCTURAL, la estación de generación eléctrica dispone de varias losas de cimentación de maquinaria y demás componentes de la generación terrestre con juntas de construcción entre sí, canales de drenaje vial, ductos para cables y tuberías, muros de cubetos y otros.

**FOTOGRAFÍA AEREA DE LA CENTRAL DE GENERACIÓN SALITRAL.**



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



## 2.2  DESCRIPCIÓN DEL MODELO ESTRUCTURAL.

Para el presente proyecto, la verificación estructural que realizamos para esta estación de generación eléctrica contempla el análisis de su configuración estructural como ya se determinó anteriormente y se detalla a continuación:

### a.- CIMENTACIONES. –

La estación de generación eléctrica se compone de varios componentes de obra civil, las cimentaciones están conformadas por las losas o placas de hormigón armado en cada espacio de acuerdo al proyecto de la estación de generación eléctrica, la misma que trabaja sosteniendo la estructura en el caso del cuarto de control y tanques de combustible; y, sosteniendo y dando apoyo a los equipos en caso de maquinarias y tuberías mediante una placa de apoyo y los pilotes empotrados en su base.

Las cimentaciones han sido calculadas y verificadas por TECHNOUTILITY S.A. y su perito especialista estructural encargado de este análisis como parte de TAXIA que es el perito contratado, para las diferentes cargas actuantes como; carga muerta + impacto o vibraciones de maquinaria (Out Tables Sap 2000). Carga viva en cuarto de control, combinaciones con sismo en X y sismo en Y actuante sobre los equipos, en especial para la combinación RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO Iy por ser



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec



las más críticas y aplicables en nuestro país; y, las cimentaciones han sido verificadas con sus secciones para las fuerzas de trabajo donde fueron analizadas las cuantías de acero de la estructura.

Una vez que se verificaron las fuerzan internas de la estructura de cimentación con las cargas antes descritas, se procedió a la modelación en Sap 2000 V21 del sistema, el modelo de igual manera se trabajó con cada uno de los elementos de la cimentación como son: losa base, placa de apoyo; y, pilotes de acero ASTM A 53 Gr B.

Todo este sistema modelado en elementos finitos fue analizado en el software, dentro del cual se ha calculado para las combinaciones de carga RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO Iy utilizando como material el hormigón armado y el acero.

La carga muerta más impacto o vibraciones son transmitidas a la losa o placa de cimentación y simultáneamente se transmite a los pilotes y éstos transmiten la carga al suelo de cimentación por la punta; el lecho es una masa de suelo con dos capas conformada por material arcillo arenoso superficialmente de alta compresibilidad de 7 m de profundidad aproximadamente y una capa de limo arcilloso medianamente compacto en profundidades mayores desde los 7 m hacia los 12.50 m de profundidad donde se disiparán los esfuerzos.

De acuerdo al material del subsuelo observado en los estudios de suelos, no se consideró resistencia en el suelo por fricción con los pilotes, por lo tanto, el fuste no aporta a la capacidad de carga de los pilotes; el material encontrado en las profundidades ya es de tipo limoso con arena con un ángulo de fricción interno de 35°, esta capacidad de carga será analizada más adelante.

**GRÁFICO ELEVACIÓN CIMENTACIÓN.**



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec





## b.- ESTRUCTURA. –

La estructura de la estación de generación eléctrica está compuesta por:

CASA DE MÁQUINAS

La casa de máquinas se conforma por pórticos de elementos de alma llena de acero, se verificó para las combinaciones de carga RESISTENCIA I, EVENTO EXTREMO Ix y EVENTO EXTREMO Iy. Adicionalmente está la envolvente que abarca todas las combinaciones de carga anteriores.

La carga muerta es la sumatoria del peso de toda la estructura, el peso de los elementos de acero ASTM A 36 + peso propio de los diafragmas y correas de acero ASTM A 36, peso de cubiertas y frisos de acero, estos elementos se encuentran unidas entre sí monolíticamente mediante pernos y conectores, y; los diafragmas que son perfiles UPN fabricados con acero A 36 localizados en sitios específicos a lo largo del eje longitudinal X-X del modelo.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**GRAFICO DE LA ESTRUCTURA DE LA CASA DE MÁQUINAS.**



Las vigas de alma llena en conjunto con las correas, aleros, y diafragmas fueron verificadas en Sap 2000 V21, y, se aplicaron cargas de diseño conforme lo establece la normativa citada en este informe, las cargas aplicadas fueron: carga viva, carga muerta, carga de viento para cubierta y friso.

## 2.3   CALCULO ESTRUCTURAL.

Las estructuras construidas, verificadas y descritas anteriormente, han sido sometidas a revisión motivo del presente análisis estructural, se nos han entregado los planos del diseño de manera parcial en formato PDF, se ha procedido al cálculo de las cargas de acuerdo a la información que consta en los planos y a lo verificado en sitio como secciones, dimensiones de elementos, carga de servicio. El modelo en Sap 2000 de las estructuras simulan su apoyo en las cimentaciones de hormigón armado, los mismos que serán analizados en el modelo, se analizará la losa de cimentación de los tanques, pero no los tanques de combustible para la estación de generación eléctrica, por no tener función estructural en la estabilidad de la estructura de la cimentación al sismo, se analizarán las demás cimentaciones de manera aleatoria.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 2.4   CODIGOS Y NORMAS

Para el cálculo se adoptó las especificaciones mencionadas en este informe y de igual manera el programa Sap 2000 realiza el análisis del hormigón armado mediante el código ACI 318.

Como norma fundamental para el análisis sísmico de la estación de generación eléctrica se ha considerado la Norma Ecuatoriana de la Construcción NEC-2015, se ha tomado como guía el Libro Peligro Sísmico 1 y 2, secciones 3, 4, 5 y 6.

## 2.5   CARGAS SOBRE LA ESTACIÓN DE GENERACIÓN ELÉCTRICA.

En el análisis, se ha considerado los siguientes valores de peso propio: de las losas de cimentación de hormigón armado peso de 2400 Kg/m3, para el peso específico del acero de la estructura el programa SAP2000 V21 calcula automáticamente el peso propio de cada uno de los elementos que intervienen en la estructura de la casa de máquinas de la estación de generación eléctrica metálica, haciendo intervenir en cada una de las combinaciones de carga requeridas por LA nec-2015. El peso específico del acero es de 7850 kg/m3.

## 2.6   ESTUDIO DE CARGAS

### a.   CARGA MUERTA.

Dentro de la modelación en Sap 2000 V21 se consideraron los siguientes valores en la asignación de cargas:

Carga muerta distribuida permanente de la losa de cimentación:

Losas cimentación:              varios de acuerdo al equipo (t/m2)         Ver Informe estructural.

### b.   CARGA VIVA.

Para las cimentaciones de equipos y tanques no existe carga viva.
Para la cimentación del cuarto de control, la carga viva se consideró de 0.20 ton/m2, se utilizó esta carga equivalente para el cálculo en Sap 2000 V21.

### c.   CARGA DE VIENTO

En el caso de las cimentaciones y tanques, no se tomaron en cuenta las cargas de viento debido a que no afectarán a la cimentación.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

En el caso de la casa de máquinas, las cargas de viento son importantes para este tipo de estructuras como naves industriales y galpones, ya que en nuestro país existen velocidades de viento que han causado el colapso de estructuras y cubiertas metálicas.

En el anexo de cálculo se detalla el proceso de análisis de carga de viento utilizando la norma **ASCE 7-16** (versión 2016).

La carga de viento empleada en el análisis es:

**CUBIERTA:**

$CwB$ = -0.154 Ton/m2     Borde de cubierta.
$CwD$ = -0.222 Ton/m2     Centro de cubierta.
$CwE$ = -0.257 Ton/m2     Esquina de cubierta.

**FRISO:**

$CwpB$ = 0.137 Ton/m2     Sotavento Friso.
$CwpS$ = -0.08 Ton/m2     Barlovento Friso.

En el caso de las cimentaciones y tanques, no se tomaron en cuenta las cargas de viento debido a que no afectarán a la cimentación.

### d.  CARGA SÍSMICA

En el cálculo de la estación de generación eléctrica se ha considerado la zona sísmica de la ciudad de SALITRAL de la provincia del Guayas y el espectro de diseño se incluye en el programa Sap 2000 V 21 para NEC - 2015. El coeficiente sísmico usado es 0.28 para cimentaciones.

### e.  ESFUERZOS POR TEMPERATURA.

No se analizaron esfuerzos por temperatura en vista de que, en SALITRAL no existe gradiente térmico importante.

### f.  ESFUERZOS POR VIBRACIÓN DE MAQUINARIA O MOVIMIENTO DE FLUIDOS.

Se tomó en cuenta esfuerzos por vibraciones de motores y maquinaria, así como los movimientos de fluidos en tanques de combustibles, con un factor de mayoración de la carga por impacto, el factor de impacto considerado es del 30%. Ver anexo.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 2.7 COMBINACIONES DE CARGA

### CIMENTACIONES:

Se consideraron las siguientes combinaciones de carga y su envolvente:

RESISTENCIA I
EVENTO EXTREMO Ix
EVENTO EXTREMO Iy
ENVOLVENTE.

El diseño de los elementos de acero de las cimentaciones de cuarto de control y demás equipos, tanques e instalaciones, se realiza automáticamente por el programa el cual hace los cálculos internamente considerando el caso más desfavorable, tomando en consideración los esfuerzos máximos por envolvente, el programa ejecuta el cálculo con carga muerta + impacto más carga viva más viento y más sismo CSx y CSy aplicado en el centro de gravedad de todos los elementos finitos de acuerdo a los estados límites, cargas de servicio de acuerdo a la NEC – 2015.

## 2.8 MATERIALES

El material predominante en la estructura de cimentaciones de la estación de generación eléctrica, es el hormigón armado con acero de refuerzo, también las placas de acero A 36 y los tubos de acero A 53 Gr B sin costura que constituyen los pilotes.

De acuerdo con las especificaciones de la estructura se ha considerado un valor de fy = 2500 kg/cm2 para la resistencia a la Fluencia del Acero A 36 y 3500 kg/cm2 para A 53 Gr B y ASTM A572 en el cálculo.

## 2.9 PROCESAMIENTO DE DATOS

Todo el conjunto de las estructuras fue procesado con la ayuda del programa SAP2000 V21 Profesional PROGRAM ANÁLISIS STRUCTURES, este programa ejecuta el análisis estructural mediante elementos finitos, una vez calculada la estructura se tiene como resultados, los diagramas de deformadas, esfuerzos y reacciones en los apoyos. De estos diagramas se puede obtener los datos numéricos en cualquier punto de la estructura, así como los esfuerzos máximos y mínimos.

Para el caso de los elementos de hormigón armado, el programa permite obtener el acero de refuerzo de las losas de cimentación en las caras superior e inferior; y, en las direcciones x-x (1 en Sap 2000); y, y-y (2 en Sap 2000).



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec





El cálculo de las estructuras de acero se lo realiza con el código AASHTO STEEL que se encuentra incluido en este programa.

## 2.10  CHEQUEO DE LOS ELEMENTOS METALICOS:

Para el diseño de los elementos metálicos en viga de alma llena se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos AASHTO LRFD y AISC-ASD89, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el radio de interacción de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de la superestructura metálica.





**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 2.11 CHEQUEO DE LAS ELEMENTOS DE HORMIGÓN ARMADO QUE NO SON CIMENTACIONES.

Para el diseño de los elementos de hormigón armado se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos ACI-318, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el acero de refuerzo de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de las estructuras.

El programa permite verificar la sección de acero por metro lineal de estructura Shell o placa, este valor será verificado con el acero colocado en obra y que consta en los planos As Built del proyecto.

## 2.12 DISEÑO DE LAS CIMENTACIONES

Para el diseño de los pilotes de acero y las losas de cimentación de hormigón armado como cuerpo monolítico se encarga el mismo programa SAP2000 V21, lo cual lo hace de acuerdo a los códigos ACI-318, el programa chequea que en todos los elementos no se sobrepasen los esfuerzos permisibles, determinando el acero de refuerzo de cada uno de ellos, se determinan momentos, corte, fuerzas axiales en cada elemento de las cimentaciones y en lo que respecta a pilotes de acero, verifica que los esfuerzos externos no sobrepasen la capacidad admisible del material.

Dentro del software de análisis estructural, se incluyeron los parámetros de análisis en elementos como losas de cimentación y pilotes a fin de determinar los valores de Springs para el cálculo.



El Análisis estructural completo se encuentra en el Anexo 1 del Informe Estructural.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

## 2.13 RESULTADOS.

- Las estructuras que fueron verificadas son: Casa de máquinas, cimentación de casa de máquinas, cimentación de generadores, cimentación de radiadores, cimentación de tanques diarios fundaciones, 1, 2 y 6, y; cimentación de Tanque de combustible T-S0001 HFO.

- Las estructuras de la casa de máquinas de la estación de generación eléctrica Salitral fueron verificadas en dos modelos realizados en el espacio del programa Sap – 2000 V21, un modelo analizó la estructura de la casa de máquinas estación de generación eléctrica conformada por pórticos de alma llena fabricadas con acero estructural ASTM A 36, correas y diafragmas, tanto horizontales como verticales conformados por perfiles Z150x80x2 de acero estructural ASTM A 36, cubiertas y frisos de 0.65 mm de espesor como revestimiento, en otro modelo se analizó la cimentación de la casa de máquinas por separado.

- Con este antecedente, el segundo modelo sirvió para verificar las losas de cimentación de la casa de máquinas, puesto que por información de CELEC EP, se sabe que fueron construidos con un cambio a la cimentación eliminado los pilotes y colocando mejoramiento debajo de las placas de cimentación en una profundidad que llega al nivel -1.20 m medido desde la cara superior de la losa de cimentación, de esta manera fue verificada la cimentación de la casa de máquinas.

- De igual manera, de forma aleatoria se verificaron las cimentaciones del tanque de combustible T-S0001 HFO, generadores, radiadores, y tanques diarios Fundación 1, 2 y 6, conformados por placas o losas de hormigón armado y pilotes de acero hincados, todos conformados con hormigón armado de 240 kg/cm2 y tubos de acero A 53 Gr B que llegan a 22.50 m y 18.00 m de profundidad de acuerdo al tipo de cimentación conforme consta en el anexo de cálculo.

- La estructura de la casa de máquinas y las cimentaciones de la estación de generación eléctrica se verificó para las cargas de servicio, carga viva, carga muerta más impacto y carga de viento; y, se comprueba el funcionamiento adecuado de las estructuras de la estación de generación eléctrica de manera monolítica conforme se encuentran construidas, dentro del análisis se ha tomado en cuenta el espectro de diseño de la NEC-2015 incluida en el programa Sap - 2000 V21.

- Se comprobaron las secciones de acero de la estructura de la casa de máquinas como pórticos, correas y diafragmas con su cubierta y frisos, comprobándose que funcionan adecuadamente para las cargas de servicio, combinación de carga: Resistencia I, la misma que incluye carga viva + carga muerta y carga de viento en sotavento y barlovento con estados límite que exige la norma NEC-2015; **demostrándose que la estructura es segura**.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec



**Taxia**

- Se comprobó también para las combinaciones de carga: Evento extremo I, la misma que incluye carga viva y carga muerta con estados límite NEC-2015, Sismo en la dirección X y Sismo en la dirección Y del sistema de coordenadas de Sap 2000, dentro de las mismas se consideró el sismo diagonal (SCx 100% y SCy 30% o viceversa); las cuales se analizaron con el espectro de diseño para la zona sísmica del cantón Guayaquil en la provincia de Guayas en cumplimiento de la Norma NEC-2015; **demostrándose que la estructura es segura** incluido el análisis para la carga de viento en sotavento y barlovento en cubierta y en friso lateral.

- Los módulos de balasto de la capa de mejoramiento fueron calculados para material granular conforme se ha colocado bajo la cimentación y los springs de esquinas, exteriores e interiores en los joints de las losas de cimentación fueron calculados para las áreas discretizadas conforme a sus dimensiones y geometría de la losa y disposición de los pilotes.

- De igual manera se comprobó la cimentación incluidos los pilotes de manera monolítica, en el modelo para cada cimentación se incluyeron los springs calculados para el lecho arcilloso y limo arcilloso que, de acuerdo al estudio de suelos se presentan en dos capas, la primera a una profundidad de 13 m y la segunda a partir de esta profundidad sobrepasando la profundidad de 22.50 m, donde en el primer caso se consideró una capacidad de carga del lecho arcilloso de 4 ton/m2 y en el lecho limoso una capacidad de carga de 10 ton/m2, y; el suelo del primer estrato con f=20 grados y el suelo del estrato profundo con f=30 grados, datos que fueron correlacionados con la información de los estudios de suelos del proyecto obteniéndose módulos de balasto aplicando las tablas de Morrison y Bowles similares a los obtenidos en los estudios de suelos del proyecto.

- Se calcularon springs para pilotes con el Módulo de Balasto vertical, los springs calculados corresponden a cada capa de suelo donde se hincaron los pilotes, tomando en cuenta el Módulo de balasto de la capa superior de 13 m de potencia y el Módulo de balasto de la capa inferior que va desde los 13 m hacia abajo a la punta del pilote. Con ese criterio se calcularon los springs de confinamiento horizontal para las direcciones x y y en joints y en frames, los pilotes fueron discretizados en longitudes de 1.00 m, no se consideró resistencia al fuste en pilotes por lo que, **no se consideraron spring en la dirección vertical**, con la hipótesis de análisis de absorción de carga del pilote a la punta; se calcularon springs en el joint de punta del pilote para x, y y z.

- Con estas consideraciones, el sistema fue analizado y calculado para el suelo local. Se calculó cada estructura para la combinación de carga: Resistencia I, la misma que incluye carga muerta (DEAD + 30% impacto y vibración), con estados límite que exige la norma NEC-2015; **demostrándose que las estructuras son seguras**. Se comprobó también para las combinaciones de carga: Evento extremo I (x e y), la misma que incluye: carga muerta (DEAD+ 30% impacto y vibración), Sismo en la dirección X + 30% Sismo en la dirección Y del sistema de coordenadas de Sap 2000,



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

y; carga muerta (DEAD+ 30% impacto y vibración), Sismo en la dirección Y + 30% Sismo en la dirección X del sistema de coordenadas de Sap 2000, las cuales incluyen el espectro de diseño para la zona sísmica del cantón Guayaquil en la provincia de Guayas en cumplimiento de la Norma NEC-2015; **demostrándose que la estructura es segura, tanto para estabilidad como para resistencia interna de la estructura**.

- La verificación de las cimentaciones se realizó con un hormigón estructural de 240 kg/cm2 de resistencia a la compresión simple a los 28 días como medida conservadora de seguridad en lugar de los más de 300 kg/cm2 de resistencia que consta en los resultados de ensayos con esclerómetro ejecutados, obteniéndose como resultado que el proyecto es seguro con esta premisa de cálculo.

- Los asentamientos de los pilotes calculados en los diferentes análisis realizados a 7 estructuras de cimentación de la Central SALITRAL, en ningún caso, sobrepasan los 3 mm, de igual manera los desplazamientos laterales de las losas de cimentación en ningún caso sobrepasan los 4 mm, resultados que son aceptables para las estructuras analizadas.

- De igual manera, las derivas de piso de los pórticos de la estructura de la casa de máquinas, están en el rango aceptable ya que no superan el 2 % de la altura de la estructura, conforma lo establece la NEC-2016.

- Se calcularon las capacidades de carga de los pilotes de 12 pulgadas de diámetro y 22.50 m de longitud, así como, para pilotes de 10 pulgadas de diámetro y 18 m de longitud, tomando en cuenta los log de perforación de los estudios de suelos realizados en Salitral, se determinó la capacidad de carga de los pilotes a partir de datos de entrada como, diámetro de pilote, longitud de pilote, tipo de suelo del lecho, N60 obtenido en ensayos SPT, determinándose que la carga en la punta de los pilotes es menor a la capacidad de carga de pilotes, consecuentemente la estructura es segura.

- Por lo tanto, Las obras civiles para la Central SALITRAL ubicada en el cantón Guayaquil de la provincia del Guayas; cumple con los requisitos de diseño de la NEC-2015 en cuanto a condiciones sismo resistentes.

- Las cargas o solicitaciones que reciben las cimentaciones de los diferentes equipos y tanques en Salitral, son relativamente bajas en comparación con las dimensiones de secciones y materiales de los elementos que constituyen esas estructuras, determinándose cargas aplicadas a las cimentaciones relativamente bajas, con esta determinación se concluye que las estructuras son seguras y su funcionamiento está garantizado para el uso que van a prestar en la Estación de Generación Terrestre Salitral.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 3   LIQUIDACIÓN ECONÓMICA OBRAS CIVILES

### 3.1   INTRODUCCIÓN.

El presente informe tiene por objeto detallar el proceso de liquidación de la obra civil ejecutada, incluyendo la determinación de volúmenes, análisis económico, resultados de control de calidad y la valoración final de la obra realizada y materiales no instalados.

La liquidación se efectúa en conformidad con el contrato suscrito, los planos aprobados, las especificaciones técnicas MOP-F-2002, y la normativa vigente para obras públicas.

La liquidación comprende:

- La obra ejecutada y verificada en campo, contrastada con los planos del proyecto.
- Los ensayos no destructivos practicados sobre los trabajos, los cuales resultaron satisfactorios.
- La determinación de volúmenes de obra mediante mediciones de campo.
- El análisis de precios unitarios considerando equipos, materiales, mano de obra, transporte y costos indirectos.
- La valoración de materiales existentes en el sitio y no instalados.

### 3.2   DETERMINACIÓN DE RUBROS EJECUTADOS.

Los rubros ejecutados en el sitio del proyecto, se pudieron identificar el la inspección y observación de la obra ejecutada al momento de la visita a la Central SALITRAL.

#### a)  Metodología de Liquidación: Determinación de Volúmenes

- Se efectuaron mediciones en campo, con personal técnico y equipo topográfico especializado.
- Los volúmenes fueron cotejados con los planos del proyecto, ajustando las diferencias de obra ejecutada respecto a la planificada.

#### b)  Control de Calidad
- Se realizaron ensayos no destructivos (END) sobre elementos estructurales y acabados, garantizando que cumplen las especificaciones.
- Los resultados fueron satisfactorios, avalando la calidad de los trabajos liquidados.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**Taxia**
Confianza en valoración

### c) Análisis de Precios Unitarios

- Los precios unitarios se determinaron tomando en cuenta:
    - Equipos y herramientas empleados.
    - Materiales y suministros utilizados.
    - Mano de obra calificada y no calificada.
    - Transporte y logística.
    - Costos indirectos correspondientes.
- Se verificó que los precios se ajustan a las condiciones del mercado y a la zona geográfica de ejecución.

### d) Consideración de Materiales No Instalados

- Se levantó un inventario de materiales que permanecen en obra y no fueron instalados.
- Dichos materiales forman parte de la liquidación como activos disponibles.

## 3.3 DETERMINACIÓN DE CANTIDADES DE OBRA POR RUBRO.

La cuantificación de la obra se realizó mediante un proceso técnico sustentado con mediciones de campo y la revisión de planos constructivos, garantizando así la precisión en la determinación de los volúmenes ejecutados.

Para facilitar el análisis y la verificación, se elaboraron gráficos representativos de las medidas obtenidas, los cuales agruparon los rubros en función de los diferentes grupos de obra.

Esta metodología permitió englobar partidas semejantes dentro de bloques de ejecución, logrando un mayor orden y claridad en la presentación de resultados.

Asimismo, cada bloque de obra ejecutada fue documentado con su respectivo gráfico y posteriormente impreso en el anexo de cantidades de obra, lo que aseguró la trazabilidad de la información y la transparencia en la liquidación.

El enfoque gráfico complementó de manera efectiva las mediciones numéricas, permitiendo validar de forma visual los avances y volúmenes liquidados. Esto facilitará la comprensión de la información técnica.

En consecuencia, la cuantificación resultó clara, verificable y confiable, cumpliendo con los criterios técnicos y administrativos establecidos para pericias en nuestro país.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

## 3.4  DETERMINACIÓN DE PRECIOS UNITARIOS PARA LA LIQUIDACIÓN DE OBRAS.

Los resultados de los análisis de precios unitarios se presentan en el anexo del numeral 10 de este informe.

### a. COSTOS DIRECTOS.

En el contexto de la construcción en Ecuador, los costos directos representan una parte fundamental del presupuesto de obra. Estos costos corresponden a todos los recursos que intervienen de forma inmediata en la ejecución de un proyecto, es decir, aquellos que se asignan directamente a cada partida del presupuesto. La correcta identificación y cuantificación de estos costos es vital para garantizar la viabilidad técnica y financiera del contrato.

### Definición de Costos Directos

Los costos directos incluyen materiales, mano de obra, equipos y herramientas necesarias para llevar a cabo las actividades descritas en las especificaciones técnicas del proyecto. Se caracterizan porque pueden ser medidos y relacionados de manera precisa con una unidad de obra determinada.

### Componentes de los Costos Directos

Los principales componentes de los costos directos en una obra en Ecuador son:

- Materiales: Insumos como cemento, agregados, material granular de mejoramiento, acero de refuerzo, acero estructural en perfiles y planchas, tuberías, entre otros.
- Mano de obra: Costos asociados a jornales y salarios del personal directamente involucrado.
- Equipos y herramientas: Maquinaria y herramientas menores utilizadas en el desarrollo de las actividades.
- Transporte y logística interna: Movilización de materiales y equipos dentro del sitio de obra.

### Normativa Ecuatoriana

En Ecuador, los contratos de obras públicas deben regirse por las disposiciones de la Ley Orgánica del Sistema Nacional de Contratación Pública (LOSNCP) y el Reglamento General a la LOSNCP. Estas normativas establecen que el contratista debe presentar una desagregación detallada de los precios unitarios, identificando claramente los costos directos, en el presente caso, el contrato por emergencia no



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

contempla la elaboración de estos costos, es por esta razón que, dentro de este peritaje, al tratarse de un contrato que se encuentra terminado de manera unilateral con la aplicación del art. 95 de la LOSNCP, a fin de poder ejecutar la liquidación del contrato, con lo que respecta a obra civil se está desarrollando la liquidación del proyecto.

## b. COSTOS INDIRECTOS

Para el presente peritaje, los costos Indirectos a analizar corresponden a los costos indirectos en contratos con empresas extranjeras en Ecuador.

Los costos indirectos representan una parte esencial en la planificación económica de cualquier proyecto de ingeniería o construcción. Cuando se trata de contratos celebrados con empresas extranjeras que operan en territorio ecuatoriano, estos costos deben analizarse con especial atención debido a las implicaciones fiscales, legales y administrativas que conllevan.

Este peritaje expone los principales componentes de los costos indirectos y su aplicación práctica en este contrato internacional dentro de Ecuador, como parte del objeto de la pericia, incluyendo los impuestos que deben considerarse.

### Componentes de los Costos Indirectos

Los costos indirectos no están directamente relacionados con la ejecución física de la obra, pero son indispensables para su gestión y operación. A continuación, se detallan los rubros considerados dentro de la liquidación de costos indirectos en el CONTRATO EMERGENTE Nro. TPI-CON-0067-24, ejecutado en Ecuador:

- Estudios y diseños
- Costos administrativos
- Costos financieros
- Dirección de obra
- Garantías
- Locales provisionales
- Prevención de accidentes
- Promoción
- Seguros y cargas sociales
- Servicios públicos
- Vehículos
- Utilidad
- Impuestos y otras obligaciones



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

### Consideraciones para Empresas Extranjeras Contratistas en Ecuador

Las empresas extranjeras que participan en contratos dentro del territorio ecuatoriano están sujetas a una serie de obligaciones fiscales y legales. Es fundamental que dichos costos se integren como parte de los costos indirectos del proyecto. Los elementos clave incluyen:

- Retención del Impuesto a la Renta (25% - 37% dependiendo del caso)
- Impuesto al Valor Agregado (IVA) del 12%
- Contribuciones a la seguridad social si se contrata personal local
- Requisitos de registro ante el Servicio de Rentas Internas (SRI)
- Obtención de RUC (Registro Único de Contribuyentes)
- Registro como proveedor del Estado (si aplica)

### Aplicación en este peritaje.

Al ser un contrato con una empresa extranjera, se debe establecer una estructura de costos en la que los costos indirectos representen entre el 15% y 30% del costo directo, el mismo que depende de la magnitud del proyecto y los riesgos asociados. Es importante prever los pagos anticipados de impuestos y garantías, así como los costos derivados de la adaptación legal al entorno ecuatoriano.

El costo indirecto calculado es del 28.50 % del costo directo, el mismo que se desglosa y se calcula en el anexo de análisis de precios unitarios y liquidación de obra.

### c. COSTO TOTAL.

El costo total será la suma de los costos directos más los costos indirectos, en el análisis de precios unitarios se calcula el costo total sumando esos dos componentes, se puede verificar esos costos en el anexo de e análisis de precios unitarios y liquidación de obra.

### 3.5   PRESUPUESTO DE OBRA EJECUTADA.

**Los** resultados de las mediciones, tanto del levantamiento topográfico, como de las mediciones realizadas en volumetría, se presentan en el anexo 11 de este informe y consisten en el plano de implantación de obras y las dimensiones de los diferentes elementos estructurales encontrados en el sitio.

Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**Taxia**

## 3.6  RESULTADOS.

a.  Respecto de la liquidación de obras civiles del proyecto, se realizó con base en los volúmenes reales de obra ejecutada, determinados mediante mediciones en campo y contrastados con los planos del proyecto por el personal técnico de TAXIA.

b.  También, los ensayos no destructivos aplicados confirmaron la calidad de los trabajos, siendo satisfactorios y garantizando la funcionalidad de las estructuras para el fin que se requiere, premisa que se confirmó con la verificación estructural de las obras ejecutadas.

c.  Además, la cuantificación de los volúmenes de obra refleja fielmente la magnitud de los trabajos ejecutados en sitio, las dimensiones fueron verificadas por el equipo pericial durante las inspecciones de campo.

d.  También, los precios unitarios elaborados y empleados en la liquidación de la obra civil de SALITRAL, corresponden a la zona y localización geográfica del proyecto, garantizando su pertinencia y equidad económica.

e.  Para la elaboración de los precios unitarios, se tomaron en cuenta todos los recursos empleados en la ejecución de las obras: como equipos, materiales, mano de obra, transporte y costos indirectos de ejecución del proyecto.

f.  Dentro del análisis de precios unitarios, se siguieron los criterios establecidos por las buenas prácticas vigentes, evitando costos injustificados.

g.  Los costos indirectos corresponden a los componentes necesarios del proyecto para las condiciones particulares de la Subestación de Generación Eléctrica de SALITRAL.

h.  También, los rubros que intervienen en la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, cumplen con las especificaciones técnicas MOP-F-2002, cumpliendo con la normativa rectora en territorio nacional.

i.  Adicionalmente, la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, contempla tanto la obra ejecutada, como los materiales existentes en el sitio no instalados, los cuales forman parte del balance final.

j.  Es preciso indicar que, las mediciones fueron verificadas en presencia de las partes, garantizando la transparencia del proceso pericial.

k.  También indicamos que, los ensayos no destructivos realizados certifican que los materiales y procedimientos empleados cumplen con los requisitos de resistencia y funcionalidad para garantizar la estabilidad de las estructuras y funcionamiento normal de la maquinaria y tanques de combustible que sostendrán en su vida útil.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

l. Una vez obtenidos los resultados de ensayos no destructivos, no se identificaron deficiencias técnicas que afecten la funcionalidad de las estructuras ejecutadas, por este motivo fueron cuantificados en la liquidación económica todos los rubros ejecutados.

m. Después de realizados los trabajos de campo y gabinete, se concluye que, la metodología empleada para la medición de volúmenes asegura la objetividad de los resultados.

n. También, el control de calidad implementado durante la ejecución respalda la confiabilidad de los volúmenes liquidados, pues existen informes con registros fotográficos y comentarios que coinciden con las pruebas obtenidas en la investigación pericial.

o. Los planos de diseño fueron respetados y fueron verificadas en campo en lo que respecta a obra visible, esta información y la información de los Informes de Verificación Estructural y de Ensayos no Destructivos, fueron usados como base de verificación en la liquidación.

p. La ejecución de la obra se realizó bajo estándares de seguridad y medio ambiente, lo cual respalda la conformidad de la liquidación, no existe evidencia de lo contrario en el expediente que fue puesto a consideración de TAXIA.

q. La liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, refleja los costos reales de ejecución, sin generar sobrevaloraciones u omisiones en perjuicio de una de las partes.

r. Los análisis de precios unitarios son consistentes con los índices de mercado local, costos de materiales a nivel local y regional, costos de equipos competentes, costo de mano de obra calificada y no calificada regional, y; costos indirectos de todos los componentes necesarios para la ejecución del proyecto.

s. El balance económico determinado por esta pericia, muestra coherencia entre presupuesto contratado y obra ejecutada.

t. Además, los materiales no instalados fueron debidamente inventariados y valorados en la liquidación.

u. La liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, cumple con el propósito de la pericia y está dentro del marco contractual establecido, por lo que será la herramienta para la resolución del contrato.

v. El procedimiento seguido en la liquidación económica de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, garantiza la transparencia y trazabilidad de la información.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**Taxia**

w. La liquidación final de obras civiles de la Subestación de Generación Eléctrica de SALITRAL, evidencia que la obra cumple parcialmente con los objetivos técnicos, económicos y contractuales previstos en el proyecto por no haber sido concluida en el plazo establecido, EL MONTO TOTAL EJECUTADO ENTRE OBRA CIVIL Y ELÉCTRICA ASCIENDE A U$D 10,541,871.64 DIEZ MILLONES QUINIENTOS CUARENTA Y UN MIL OCHOCIENTOS SETENTA Y UNO CON 64/100 DOLARES DE LOS ESTADOS UNIDOS DE AMERICA.

x. Luego de aplicar un estudio basado en Normas Internacionales de Valoración (IVS por sus siglas en inglés) el (los) perito(s) delegado(s) así como TAXIA a través de su perito revisor, declaran bajo juramento, con conocimiento pleno de las causas de perjurio, que el peritaje realizado del bien en el presente informe es veraz, fidedigno y real, cuyos resultados finales son los que se presentan a continuación:

| | LIQUIDACIÓN ECONÓMICA OBRA CIVIL SALITRAL | |
|---|---|---|
| **ITEM** | **DESCRIPCION** | **COSTO U$D** |
| 1 | RESÚMEN DE LIQUIDACIÓN ECONÓMICA OBRA CIVIL | 10,430,513.66 |
| 2 | LIQUIDACIÓN ECONÓMICA DE MATERIALES SOBRANTES NO INSTALADOS | 64,317.07 |
| 3 | LIQUIDACIÓN ECONÓMICA DE OBRA ELÉCTRICA | 111,357.98 |
| | **TOTAL U$D** | **10,606,188.71** |

EL TOTAL OBRA CIVIL MÁS MATERIALES SIN INSTALAR ASCIENDE A U$D 10.606.188,71 DIEZ MILLONES SEISCIENTOS SEIS MIL CIENTO OCHENTA Y OCHO CON 71/100 DOLARES DE LOS ESTADOS UNIDOS DE AMERICA.

## 4   COMPONENTE ELECTROMECÁNICO

### 4.1   Objeto del Informe

El presente Informe Ejecutivo resume los principales hallazgos derivados de la inspección visual y revisión técnica pericial practicada a las diecisiete (29) unidades de generación térmica y sus sistemas auxiliares suministradas por PROGEN en la Central Salitral, conforme al contrato emergente TPI-CON-0062-24 suscrito con CELEC EP – TERMOPICHINCHA.

La evaluación comprende el análisis de:

- *Unidades de generación*: estado de conservación, características técnicas, condiciones de fabricación y trazabilidad.
- *Sistemas mecánicos y de combustible*: tanques de almacenamiento, sistemas de bombeo, tuberías, acondicionamiento y transferencia de HFO6 y diésel.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

- *Sistemas eléctricos*: switchgear, transformadores principales y auxiliares, subestación elevadora, protecciones y medición comercial.
- *Balance of Plant (BOP)*: sistemas auxiliares de aire comprimido, agua de enfriamiento, lubricación, contra incendios, MCCs de 480 V, control e instrumentación.

Se establece de manera objetiva el grado de cumplimiento del contratista respecto a lo exigido por CELEC EP, identificando las no conformidades, riesgos técnicos y contractuales, y determinando la viabilidad de la central para su integración al Sistema Nacional Interconectado (SNI) en las condiciones actuales.

## 4.2   Alcance Metodológico

La auditoría se realizó mediante inspección técnica visual y documental, sin intervención operativa ni pruebas dinámicas, conforme el alcance del contrato. Se aplicó un protocolo técnico de trazabilidad por sistemas y subsistemas, respaldado en registro fotográfico, experiencia profesional y normativa aplicable.

## 4.3   Principales Hallazgos

### 4.3.1   Condiciones de Fabricación y Conservación:

Se evidenciaron indicios de defectos comunes de manufactura y deterioro, tales como oxidación generalizada, conexiones incompletas, partes ausentes, discrepancias y presumible adulteración de números de serie, y aplicación superficial de pintura sobre capa original y óxido.

### 4.3.2   Configuración del Sistema de Combustible:

Según la documentación contractual, las unidades debían contar con configuración dual (diésel – HFO4 – HFO6). En la inspección visual únicamente se identificó infraestructura mínima para consumo de diésel; no se localizaron bombas, tuberías, calentadores ni filtros asociados al manejo de HFO4 – HFO6.

### 4.3.3   Integridad Mecánica y Eléctrica:

Se identificaron componentes mecánicos y eléctricos que, por su aspecto superficial, podrían requerir intervenciones adicionales y profundas antes de su puesta en servicio. La ausencia de pruebas funcionales impide cuantificar desgastes o confirmar la disponibilidad de repuestos potencialmente necesarios dentro de un mercado activo.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

Las especificaciones técnicas de los equipos eléctricos, no corresponden a lo solicitado por contrato por CELEC – EP. [1]

### 4.3.4  Estado General de Conservación:

Se evidenció acumulación de polvo y suciedad en los motogeneradores, deficiencias estructurales menores y sistemas auxiliares incompletos, lo que sugiere un almacenamiento previo inadecuado y falta de preservación técnica. Durante la inspección visual se observó que las 29 unidades de generación tienen evidencia de un uso prolongado previo (aceite usado, carbonilla en pistones, cojinetes fechados entre 2006–2014).

## 4.4  Evaluación Global

Del análisis consolidado, se determina que:

1. Ninguna de las diecisiete (29) unidades presenta, mediante la inspección visual, condiciones que permitan considerarla lista para operación inmediata.

2. Los sistemas de control, auxiliares eléctricos y mecánicos exhiben aspectos técnicos que podrían resultar insuficientes para su puesta en servicio inmediata sin intervenciones.

3. La configuración actual limita las unidades a operación exclusivamente con diésel, reduciendo la viabilidad técnica y económica del proyecto, conforme documentación contractual (HFO4 – HFO6).

4. Los Tanques de almacenamiento requieren rehabilitación integral antes de ser considerados operativos. De la inspección mediante ultrasonido realizada se pudo observar que los tanques de combustible no se encuentran con el recubrimiento superficial de pintura. Se encuentra únicamente con una capa protectora Primer para ralentizar el proceso de corrosión de la estructura de acero.

## 4.5  Conclusión Ejecutiva

Del análisis técnico - visual realizado se concluye que:

---

[1] Para detalles ver anexo 4 pericial de integridad mecánica y sistemas de generación electromecánico.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

1. Los equipos inspeccionados corresponden a paquetes Stewart & Stevenson DM3580E fabricados entre 2008 y 2010, integrando motores EMD ME20G7C y alternadores KATO 8P12-4400 (2009)

2. Se evidenció indicios de la alteración de placas y re-etiquetado por parte del proveedor, sobre montando placas de identidad con las del fabricante original.

3. Los parámetros eléctricos (11 kV y factor de potencia 0,7) no cumplen con lo solicitado (13,8 kV y pf=0,8).

4. No existen certificados OEM ni pruebas FAT/SAT, lo cual rompe la trazabilidad de fábrica.

5. Los tanques de HFO 4-6 y diésel presentan avances parciales, deficiencias constructivas (recubrimientos incompletos o inexistentes) y carecen de certificación API.

6. Los sistemas de refrigeración, lubricación, tratamiento de agua y aire comprimido no se encuentran instalados.

7. El sistema contra incendios no existe en campo, incumpliendo normativa NFPA.

8. La subestación elevadora 69 kV y la línea de interconexión no fueron construidas.

9. Los transformadores principales y de grupo no han sido entregados.

10. El switchgear instalado corresponde a tableros KYN28 de 11 kV y 2000 A, en lugar de 13,8 kV y 3016 A.

11. Las protecciones eléctricas (SEL, DGC, VRM) no fueron instaladas.

12. El SCADA y medición comercial no existen en campo.

13. La filosofía de operación y planos P&ID fueron presentados en papel, pero en campo no existe implementación física completa.

14. Los MCCs de 480 V y servicios auxiliares no han sido instalados.

15. Los sistemas de control e instrumentación no están implementados, dejando a la central sin capacidad de operación automática ni segura.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

16. Las unidades de generación inspeccionadas disponen únicamente de infraestructura para operar con diésel.

17. Según inspección visual, en algunas unidades no se identificó la instalación de los sistemas auxiliares necesarios para el manejo de HFO (bombas, tuberías, calentadores, filtros, etc.), y en aquellas donde se observaron componentes de esta infraestructura, dichos elementos se encontraron incompletos y no son suficientes para garantizar su funcionamiento.

18. Los tanques de almacenamiento presentan recubrimientos y protecciones catódicas en proceso de ejecución, lo cual compromete su integridad actual, y la posibilidad de ponerlos en línea de producción por requerir trabajos adicionales antes de su uso.

19. En las veinte y nueve (29) unidades inspeccionadas se observaron condiciones similares en cuanto a aspectos de fabricación, conservación y ensamblaje, sin que la inspección visual permita cuantificar impactos internos ni operativos.

20. En su estado actual, el Proyecto Salitral es técnica y contractualmente inviable, y no puede ser aceptado ni puesto en operación dentro del Sistema Nacional Interconectado bajo los términos pactados.

## 5    COMPONENTE DE VALORACIÓN Y TASACIÓN DE EQUIPOS

### 5.1    ANTECEDENTES

De acuerdo con lo que establece el contrato civil de prestación de servicios técnicos especializados celebrado el 14 de julio del 2025, en el que se solicita la "INSPECCIÓN TÉCNICA Y ENTREGA DE INFORMES PERICIALES EMITIDOS POR LA CONTRATISTA, PERITO AVALUADOR ACREDITADO PARA LOS RUBROS DE OBRA CIVIL, GRUPOS ELECTRÓGENOS, PRUEBAS Y VERIFICACIÓN DE WS PRINCIPALES RUBROS, ÍTEMS E HITOS QUE FORMAN PARTE DE WS PROYECTOS EMERGENTES SALITRAL Y QUEVEDO", se adjunta el INFORME DE TASACIÓN de la maquinaria y equipos proporcionados por la empresa PROGEN y que se encuentran físicamente en las instalaciones de la Central Salitral, inspecciones que fueron realizadas por TAXIA del 22 al 26 de julio del 2025.



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

## 5.2  METODOLOGÍA APLICADA

El estudio consideró las etapas de coordinación, inspección e inventario, registro de datos y valoración; la ejecución de estas etapas se llevó a cabo en dos frentes de trabajo principales: obras civiles y equipos electromecánicos, para lo cual TAXIA designó profesionales expertos vinculados a este tipo de bienes.

Previo al inicio de las inspecciones y durante las mismas, TAXIA solicitó a CELEC EP – TERMOPICHINCHA toda la información técnica disponible referente al proyecto de generación termoeléctrica realizado por la empresa PROGEN, misma que fue proporcionada con la mayor celeridad posible.

Las inspecciones e inventario se realizaron bajo el "Método de Barrido General", el cual consiste en la constatación de todos los bienes muebles e inmuebles pertenecientes al proyecto termoeléctrico y que estuviesen físicamente presentes o construidos en las instalaciones. El personal de CELEC EP – TERMOPICHINCHA fue el encargado de gestionar los permisos y accesos a los sitios de inspección, así como de indicar los bienes, gestionarlos, estibarlos, movilizarlos y/o ponerlos en un estado tal que permita al personal de TAXIA verificarlos y tomar toda la información necesaria para su posterior análisis y tasación.

Es importante destacar que todos los bienes se encontraron cubiertos, sellados y o guardados en sus empaques y/o cajas originales en las que la empresa PROGEN los entregó a CELEC EP – TERMOPICHINCHA, sin ningún indicio o evidencia de manipulación previa. Para dar fe de lo expuesto se contó con la presencia de una Notaria Pública el primer día de inspección, y solo luego de ello fueron destapados y/o abiertos para las actividades de peritaje.

El personal de TAXIA colocó una etiqueta numerada en un sitio fácilmente visible de la superficie de los bienes, número con el cual se los identifica en el cuadro de resultados de inventario y tasación; en algunos casos este código hace referencia a un grupo o lote de equipos en lugar de un único bien. La información recopilada tomó en cuenta todos los aspectos relevantes de los equipos, obras e instalaciones que pudieron ser verificados visualmente; no se realizaron pruebas técnicas distintas a las señaladas en el contrato de servicios establecido entre TAXIA y CELEC EP – TERMOPICHINCHA.

Para la tasación se utilizaron los siguientes enfoques de valuación:

- Enfoque de Mercado: También conocido como "Método Comparativo", consiste en la investigación de varias referencias de bienes iguales o similares en el mercado, a las cuales se adicionan o restan los costos estimados para adaptar las características de las referencias a las condiciones particulares del bien verificado durante la inspección.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

- Enfoque de Costos: Determina el valor de un bien partiendo de su valor en condiciones completamente nuevas, al cual se le aplican factores depreciatorios vinculados a las características propias de cada bien, obra o instalación considerada.

Estos enfoques están acorde a los lineamientos de las Normas Internacionales de Valuación (International Valuation Standars IVS) y al criterio adquirido en el ejercicio profesional.

A fin de minimizar la influencia de subjetividades durante la valuación, se utilizó el proceso analítico jerárquico AHP para la determinación del estado operativo/funcional de los equipos, así como análisis estadístico en el manejo de las referencias de valor investigadas.

## 5.3 RESULTADOS

Los resultados de tasación obtenidos para los equipos son los siguientes:

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 1 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2345; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 41,529.00 |
| 2 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C3044; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 17,985.00 |
| 3 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2351; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 111,725.00 |
| 4 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C3045; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 112,270.00 |
| 5 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2341; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 110,417.00 |
| 6 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2354; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 113,033.00 |
| 7 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2347; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 106,275.00 |
| 8 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2350; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 112,924.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 9 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C3114; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 111,398.00 |
| 10 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2343; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 114,886.00 |
| 11 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2346; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 110,417.00 |
| 12 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2362; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 115,213.00 |
| 13 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2344; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 113,796.00 |
| 14 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-416DH; SERIE: PI224C2352; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1042 CM; ANCHO: 177 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,090,000.00 | 109,872.00 |
| 15 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2138; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 158,886.00 |
| 16 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2137; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 145,782.00 |
| 17 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI224C3213; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 151,281.00 |
| 18 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2120; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 150,696.00 |
| 19 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2122; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 145,314.00 |
| 20 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI224C3218; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1300 CM; ANCHO: 195 CM | NO OPERATIVO | 1,170,000.00 | 153,270.00 |
| 21 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2129; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 154,206.00 |
| 22 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2137; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 155,844.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 23 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2132; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 160,056.00 |
| 24 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2136; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 180,999.00 |
| 25 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2128; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 145,782.00 |
| 26 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2133; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 151,866.00 |
| 27 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2138; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 156,078.00 |
| 28 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2135; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 173,745.00 |
| 29 | [ MOTOGENERADOR ] - MARCA: PROGEN; MODELO: S 3500-900-11DH; SERIE: PI223A2134; ESTADO: NO OPERATIVO; COLOR: VERDE PALIDO; LARGO: 1285 CM; ANCHO: 252 CM; ALTO: 315 CM; CAPACIDAD: 4750 BHP | NO OPERATIVO | 1,170,000.00 | 176,436.00 |
| 30 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00938; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 34 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00932; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 37 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00933; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 38 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00930; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 39 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00931; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**Taxia**
Confianza en valoración

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 40 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00939; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 41 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00937; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 44 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00936; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 45 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00934; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 54 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00935; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 59 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00940; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 60 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00941; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 61 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00943; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 62 | [ TRANSFORMADOR TRIFASICO TIPO SECO ] - MARCA: JIANGSU YAWEI TRANSFORMER CO. LTD; MODELO: SCB-5000; SERIE: JG2411-00942; ESTADO: NO OPERATIVO; COLOR: ROJO; MATERIAL PRINCIPAL: METAL; CAPACIDAD: 5000 KVA | NO OPERATIVO | 87,800.00 | 87,800.00 |
| 63 | [ TANQUES METALICOS NEUMATICOS ] - MODELO: A1053; SERIE: NB:          1120578 / 1120580 1120579 / 1120581; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 5,600.00 | 5,600.00 |
| 64 | [ TANQUES METALICOS NEUMATICOS ] - MODELO: A 1053; SERIE: NB:          1120570 / 1120571 1120571 / S/N; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 5,600.00 | 5,600.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec



| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 65 | [ TANQUE METALICO NEUMATICO ] - MODELO: A 1053; SERIE: NB: 1120564; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 1,400.00 | 1,400.00 |
| 66 | [ TANQUE METALICO NEUMATICO ] - MODELO: A 1053; SERIE: NB: 1120498; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 1,400.00 | 1,400.00 |
| 67 | [ TANQUE METALICO NEUMATICO ] - MODELO: A1053; SERIE: NB: 11205503; ESTADO: NO OPERATIVO; DIAMETRO: 80 CM; ALTO: 175 CM | NO OPERATIVO | 1,400.00 | 1,400.00 |
| 31 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016383; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 68 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016361; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 69 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016365; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 70 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016366; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 72 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016379; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 73 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016382; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 74 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016387; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 75 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016362; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 77 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016385; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 78 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016381; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 79 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016370; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 80 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016368; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 81 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016371; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 82 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016360; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 89 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016375; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec



| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 90 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016364; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 92 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016373; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 93 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016384; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 103 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016380; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 104 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016367; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 105 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016369; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 106 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016388; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 107 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016386; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 108 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016363; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 109 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016374; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 110 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016376; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 111 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016372; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 112 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016377; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 113 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016378; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 150 | [ COLUMNA SWITCH GEAR OUTGOING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016359; ESTADO: NO OPERATIVO; CAPACIDAD: 1250 A | NO OPERATIVO | 9,500.00 | 9,500.00 |
| 71 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016389; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 76 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016393; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 91 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016391; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

| CODIGO TAXIA | INFORMACION RESUMIDA | ESTADO FUNCIONAL (OPERATIVO / NO OPERATIVO) | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|---|
| 100 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016390; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 102 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016394; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 114 | [ COLUMNA SWITCH GEAR INCOMING ] - MARCA: PROGEN; MODELO: KYN28; SERIE: 3525016392; ESTADO: NO OPERATIVO; CAPACIDAD: 2000 A | NO OPERATIVO | 10,500.00 | 10,500.00 |
| 47 | [ CAJA DE MADERA CON ELEMENTOS VARIOS VALORABLES ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 19,800.00 | 17,790.00 |
| 57 | [ CAJA DE MADERA CON ELEMENTOS VARIOS VALORABLES ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 8,500.00 | 7,637.00 |
| 55 | [ CONTENEDOR DE 40 PIES CON ACCESORIOS DE TUBERIA ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 98,500.00 | 98,500.00 |
| 58 | [ CONTENEDOR DE 40 PIES CON ACCESORIOS DE TUBERIA ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 263,800.00 | 263,800.00 |
| 115 | [ TANQUE CONTRAINCENDIOS DE ALMACENAMIENTO DE ESPUMA ] - MARCA: VIKING; MODELO: VFT; SERIE: U224087; ESTADO: NO OPERATIVO; COLOR: ROJO; CAPACIDAD: 150 US GAL | NO OPERATIVO | 690.00 | 690.00 |
| 116 | [ TRAMO DE DERIVACION INSTALADA ] - ESTADO: NO OPERATIVO | NO OPERATIVO | 230.00 | 230.00 |

## 5.4  CONCLUSIONES:

Al final del presente trabajo se llegaron a las siguientes conclusiones:

- Previo al trabajo de desembalaje, se realizó la verificación de las seguridades de importación que no hayan sido violentadas previamente, mediante Notario Público.

- Los equipos nuevos encontrados corresponden a los destinados al equipamiento eléctrico y electrónico del proyecto, los cuales se encontraron en sus empaques originales, incluso con manuales del fabricante.

- Los motogeneradores presentan indicios visuales de uso previo, sin anclaje a las bases de hormigón y en proceso de repotenciación, armado y montaje; en la mayoría de ellos faltan elementos mecánicos u electrónicos. Estos indicios de estado y uso han sido tomados en cuenta en el proceso de tasación.



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

- Las placas encontradas en los skid de la mayoría de los motogeneradores revelan un único modelo original de los equipos (marca: Stewart & Stevenson, modelo: DM3580E); la investigación realizada indica que este modelo utiliza un único modelo de motor de combustión interna (marca: EMD, modelo: 20/710).

- Si bien la empresa PROGEN estableció dos modelos diferentes en las placas colocadas en los motogeneradores (S-3500-900-11DH y S-3500-900-416DH), visiblemente pueden determinarse tres configuraciones distintas de armado de los equipos:

    o Configuración 1: Desde el código Tax N° 0001 hasta el Tax N° 0014
    o Configuración 2: Desde el código Tax N° 0015 hasta el Tax N° 0020
    o Configuración 3: Desde el código Tax N° 0021 hasta el Tax N° 0029

- Llama la atención que los motogeneradores de códigos Tax N° 0015 hasta Tax N° 0020 se encuentran orientados de manera contraria al resto de equipos en la plataforma, es decir, con el alternador hacia la pared del galpón en lugar de hacia el centro del mismo.

- Existen veinte y seis códigos Tax que hacen referencia a bienes que también fueron encontrados e inventariados pero que no son valorados por separado, pues son componentes de los equipos principales (motogeneradores, switchgear incoming y outgoing), por lo que su valor está implícitamente incluido en estos equipos.

- Es importante indicar que en la mayoría de los casos cada código Tax hace referencia a un único bien individual; sin embargo, también existen casos de códigos Tax que representan a lotes de bienes inventariados, y cuyo detalle se encuentran en los campos de observaciones respectivos.

## 5.5  CUADRO RESUMEN DE TASACIÓN:

Los resultados anteriores se resumen a continuación:



**Teléfonos:**
0996 335 316 / 0985 880 732

**Web**
www.taxia.com.ec

**Correo contacto**
info@taxia.com.ec

**Taxia**

| GRUPO | Cantidad | VALOR A NUEVO (USD) | VALOR RAZONABLE (USD) |
|---|---|---|---|
| CAJA DE MADERA CON ELEMENTOS VARIOS VALORABLES | 2 | $ 28,300.00 | $ 25,427.00 |
| COLUMNA SWITCH GEAR INCOMING | 6 | $ 63,000.00 | $ 63,000.00 |
| COLUMNA SWITCH GEAR OUTGOING | 30 | $ 285,000.00 | $ 285,000.00 |
| CONTENEDOR DE 40 PIES CON ACCESORIOS DE TUBERIA | 2 | $ 362,300.00 | $ 362,300.00 |
| MOTOGENERADOR | 29 | $ 32,810,000.00 | $ 3,761,981.00 |
| TANQUE CONTRAINCENDIOS DE ALMACENAMIENTO DE ESPUMA | 1 | $ 690.00 | $ 690.00 |
| TANQUES METALICOS NEUMATICOS | 11 | $ 15,400.00 | $ 15,400.00 |
| TRAMO DE DERIVACION INSTALADA | 1 | $ 230.00 | $ 230.00 |
| TRANSFORMADOR TRIFASICO TIPO SECO | 14 | $ 1,229,200.00 | $ 1,229,200.00 |
| **TOTALES** | **96** | **$ 34,794,120.00** | **$ 5,743,228.00** |

## 6   PORCENTAJE DE CUMPLIMIENTO DEL CONTRATO

El monto ejecutado incluido obra civil, materiales encontrados sin instalar, obra eléctrica, motogeneradores y accesorios asciende a *16.349.416,71 USD* lo que representa un *16,45 % de avance* o cumplimiento contractual, tomando en cuenta el monto del contrato de 99.400.000,00 USD, conforme se resume en el siguiente cuadro:

| GRADO DE CUMPLIMIENTO CONTRACTUAL | | |
|---|---|---|
| COMPONENTE PROYECTO | DESCRIPCION | COSTO U$D |
| 1 | OBRA CIVIL Y ELÉCTRICA INCLUIDO MATERIAL SOBRANTE | 10,606,188.71 |
| 2 | EQUIPOS ELECTRÓGENOS Y ACCESORIOS EN BODEGAS | 5,743,228.00 |
| | | |
| | TOTAL U$D | 16,349,416.71 |
| | | |
| | MONTO CONTRACTUAL:    U$D | 99,400,000.00 |
| | MONTO EJECUTADO:    U$D | 16,349,416.71 |
| | % CUMPLIMIENTO:    % | 16.45% |



Teléfonos:
0996 335 316 / 0985 880 732

Web
www.taxia.com.ec

Correo contacto
info@taxia.com.ec

**Taxia**

Es todo cuanto puedo manifestar en honor a la verdad, salvo error u omisión involuntaria.

**Declaramos que:**

1. El peritaje practicado es veraz y técnicamente realizado.
2. No hemos ocultado ningún tipo de información que pudiese afectar el contenido del informe.
3. Nuestra remuneración no tiene nada que ver con el resultado del peritaje.

Fecha del informe:                              03 de septiembre de 2025

Firmas de Responsabilidad

Ing. José Fernando Vintimilla V.                    Ing. Fan Alí Valverde V.
**Director del Área Técnica**                          **Gerente Taxia**
**e Innovación**                                 S. Bancos: PVQ-2023-02415
S. Bancos: -PA-2005-716                          Consejo Judicatura: 1838590
Consejo Judicatura: 265970              S. C: IRCVSQ-DRICAI-2024-00011883



**Teléfonos:**          **Web**              **Correo contacto**
0996 335 316 / 0985 880 732    www.taxia.com.ec    info@taxia.com.ec

# English Translation



# ECUACIER

# CELEC EP - TERMOPICHINCHA BUSINESS UNIT

TECHNICAL EXPERTISE ON THE EXECUTION OF THE EMERGENCY CONTRACT EMERGING No. TPI-CON-0062-24/"Contracting Abroad," EMERGING CONTRACT FOR LAND-BASED GENERATION IN SALITRAL.



Salitral Power Plant



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec



# 1 CONTENTS

1 NON-DESTRUCTIVE TESTS, TOPOGRAPHIC SURVEY, AND QUANTITIES OF WORK PERFORMED ...................................................... 4

1.1 INTRODUCTION ................................................................................. 4

1.2 PERFORMANCE OF NON-DESTRUCTIVE TESTS .................................. 4

1.3 PERFORMING NON-DESTRUCTIVE TESTS IN CIVIL ENGINEERING WORKS. .................................. 4

1.4 FIELD WORK FOR TOPOGRAPHICAL SURVEYING AND VOLUMETRY .................................. 5

TOPOGRAPHIC SURVEYING .................................................................. 5

1.5 PLANIMETRY AND VOLUMETRY MEASUREMENT ............................... 5

1.6 RESULTS OF NON-DESTRUCTIVE TESTS ............................................ 6

1.7 MEASUREMENT RESULTS, IMPLEMENTATION PLAN ........................... 6

1.8 RESULTS ........................................................................................... 6

2 STRUCTURAL VERIFICATION OF CIVIL WORKS .................................... 9

2.1 CHARACTERISTICS OF THE POWER GENERATION STATION. .............. 9

AERIAL PHOTOGRAPH OF THE SALITRAL POWER PLANT ...................... 9

2.2 DESCRIPTION OF THE STRUCTURAL MODEL. ................................... 10

2.3 STRUCTURAL CALCULATION ........................................................... 13

2.4 CODES AND STANDARDS ................................................................. 14

2.5 LOADS ON THE POWER GENERATION STATION. .............................. 14

2.6 LOAD STUDY ................................................................................... 14

2.7 LOAD COMBINATIONS ..................................................................... 16

2.8 MATERIALS ..................................................................................... 16

2.9 DATA PROCESSING .......................................................................... 16

2.10 CHECKING METAL ELEMENTS ....................................................... 17

2.11 CHECKING REINFORCED CONCRETE ELEMENTS THAT ARE NOT FOUNDATIONS .................................. 18

2.12 FOUNDATION DESIGN ................................................................... 18

2.13 RESULTS ....................................................................................... 19

3 ECONOMIC LIQUIDATION CIVIL WORKS .............................................. 22

3.1 INTRODUCTION ............................................................................... 22

3.2 DETERMINATION OF ITEMS EXECUTED ........................................... 22

3.3 DETERMINATION OF THE QUANTITY OF WORK PER ITEM ................. 23

3.4 DETERMINATION OF UNIT PRICES FOR THE SETTLEMENT OF WORKS.
24



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**a.** DIRECT COSTS ........................................................................................................................24

Definition of Direct Costs..........................................................................................................24

Components of Direct Costs ......................................................................................................24

Ecuadorian Regulations............................................................................................................24

**b.** INDIRECT COSTS ....................................................................................................................25

Components of Indirect Costs....................................................................................................25

Considerations for Foreign Companies Contracting in Ecuador...............................................26

Application in this expert opinion .............................................................................................26

**c.** TOTAL COST ...........................................................................................................................26

**3.5**   BUDGET FOR WORK PERFORMED. ....................................................................................26

**3.6**   RESULTS .................................................................................................................................27

4      ELECTROMECHANICAL COMPONENT...................................................................................29

**4.1**   Purpose of the Report .............................................................................................................29

**4.2**   Methodological Scope .............................................................................................................30

**4.3**   Key Findings...........................................................................................................................30

**4.3.1**   Manufacturing and Conservation Conditions: ................................................................30

**4.3.2**   Fuel System Configuration: ...........................................................................................30

**4.3.3**   Mechanical and Electrical Integrity................................................................................30

**4.3.4**   General Condition:.........................................................................................................31

**4.4**   Overall Assessment ................................................................................................................31

**4.5**   Executive Conclusion..............................................................................................................31

5      EQUIPMENT EVALUATION AND PRICING COMPONENT .....................................................33

**5.1**   BACKGROUND.......................................................................................................................33

**5.2**   METHODOLOGY APPLIED....................................................................................................34

**5.3**   RESULTS .................................................................................................................................35

**5.4**   CONCLUSIONS.......................................................................................................................41

**5.5**   ASSESSMENT SUMMARY TABLE: .......................................................................................42

6      PERCENTAGE OF CONTRACT COMPLIANCE .....................................................................43



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

# 1 NON-DESTRUCTIVE TESTS, TOPOGRAPHICAL SURVEY, AND QUANTITIES OF WORK PERFORMED

## 1.1 INTRODUCTION.

To understand the scope of the work, the project is described as a set of civil works, mostly foundations on steel piles, consisting of reinforced concrete slabs supported on tubular steel piles. This type of foundation has been used due to the local conditions of the foundation soil and the service loads, which will mostly be dynamic loads involving the weight of generator equipment containing motors and generators, radiators, fuel and coolant lines, electrical cable lines, grounding, other foundations for pipe racks, foundations for fuel storage tanks, foundations for daily tanks, foundations for water treatment plants, foundations for power substations, foundations for boilers, foundations for power transformers, powerhouses, and foundations for sumps.

With the above in mind, a fieldwork plan was considered involving the random execution of non-destructive tests to characterize the quality of the materials and work carried out within the civil works of the SALITRAL Power Plant.

## 1.2 PERFORMANCE OF NON-DESTRUCTIVE TESTS.

In accordance with the technical proposal, the following procedure was followed in the field:

## 1.3 PERFORMANCE OF NON-DESTRUCTIVE TESTS IN CIVIL WORKS.

During the inspection, several non-destructive tests were performed in order to obtain important information for the preparation of reagents that will serve as the basis for the preparation of settlement sheets and for the quality control of works, goods, and services.

The non-destructive tests performed are as follows:



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

- Schmidt hammer test: Standard "ASTM C 805-18".

- Ultrasonic pulse testing to determine reinforcing steel within
  reinforced concrete elements: Standard "ASTM C597-09".

- Verification of steel bars applying ASTM C597-09

- Analysis of steel bars according to ASTM C597-09:

- Steel bar scanner test: Standard "ASTM D 6432".

- Measurement of plate thicknesses or steel elements, rod diameters with vernier (calibrator), ASTM E2877 standard.

## 1.4    FIELD WORK FOR TOPOGRAPHIC SURVEYING AND VOLUMETRY.

### PERFORMING TOPOGRAPHIC SURVEYS:

During the inspection, a drone was used to fly over the El SALITRAL Substation and thus obtain low-altitude aerial photographs that provide panoramic digital images of various sectors, helping to show the current status of the project and thus demonstrate the implementation and location of works and assets executed, constructed, supplied, and installed on site by the contractor.

For the purpose of measuring and surveying the works executed on site, a total station and prisms were used to obtain the topographic points of the corners of structures, foundations, platforms, channels, and other elements such as trenches, ditches, access and circulation roads, pipe racks, and enclosures. Similarly, points were obtained that allowed the layout plan to be drawn, with each point determined using UTM coordinates and elevation.

## 1.5    PLANIMETRY AND VOLUMETRY MEASUREMENT

All elements that could not be measured with topographic equipment using the above procedure were measured using digital distance meters, manual tapes, and manual flexometers. Measurements were taken in planimetry and elevation or depth to determine work volumes. In the case of foundations, the parts that emerge above the surface were measured, and the hidden parts were compared with the plans.

In this way, measurements were recorded in manual notebooks and digital photographs according to each element with its respective material, which will provide the data for the preparation of the items that make up the works executed. This was done for civil works; there are no electrical or electronic works executed.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec



In the case of the grounding grid, its implementation was determined by following the cable whips or terminals next to the generator foundations. The plans and topographic measurements were used to determine the lines of the grounding grid, and the respective plan was drawn up, from which the quantities of work were obtained. See Annex 1.

## 1.6    RESULTS OF NON-DESTRUCTIVE TESTS.

The results of the non-destructive tests are presented in the appendix to sections 9 and 10 of this report. The results obtained have been compared with the technical reports prepared by CELEC EP officials during the construction phase.

## 1.7    RESULTS OF THE MEASUREMENTS, IMPLEMENTATION PLAN.

The results of the measurements, both from the topographic survey and the volumetric measurements, are presented in Annex 11 of this report and consist of the site plan and the dimensions of the different structural elements found on site.

## 1.8    RESULTS.

a.    The tests to measure the strength of hardened concrete, carried out on the foundation structures of the different components of the 100 MW EL SALITRAL power generation substation, were performed randomly as mentioned in the technical offer and in the TAXIA expert services contract for CELEC EP.

b.    Due to the conditions of reagent production and evidence in the investigations of this expert report, and given the importance of the expert opinion to the project, the field and laboratory work carried out to obtain the simple compressive strength values of hardened concrete in the works mentioned in the previous section was not entrusted to mid-level technical personnel with a "technologist" level of training. Instead, it was carried out directly by the expert in charge and his technical assistants, all of whom are trained civil engineers, with the expert in charge having a fourth-level education and the assistants having a third-level education. This approach was also taken to safeguard the confidentiality of the project.

c.    The equipment used in the execution of the sclerometry tests, reinforced concrete foundation slab scanner, digital distance meter, measuring tape



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

manual, tape measure, and caliper are new and were purchased exclusively for this expert assessment in order to avoid miscalibration and/or erroneous measurements due to prolonged use and/or wear and tear, elongation of material in measuring tapes, wear and tear on the caliper, original miscalibration of mechanical and electronic equipment. The sclerometer has its calibration certificate issued by the manufacturer, and an image of it is attached in Annex 1 of the expert report. Details of the new equipment are provided in Annex 1 of the expert report.

d.  Sclerometry tests were performed in accordance with ASTM C805, both in the field and in the laboratory. The area to be tested was randomly selected without a premeditated selection pattern. The section to be evaluated was considered to be 20 x 20 cm in size, marked with red paint, and 10 to 12 impacts were applied to the concrete prior to smoothing and cleaning with the abrasive attachment included in the equipment. The impacts were distributed throughout the marked area and were made at distances of 3 to 4 cm apart in both directions of the quadrant. The impacts were applied vertically downward on the foundation slabs, and The impacts on walls, columns, and fuel tank foundations were horizontal impacts. The transformation curves from R to Fck (characteristic strength of concrete) used correspond to the curves found for the respective position specified by the equipment manufacturer.

e.  The Fck values (characteristic concrete strength) were corrected by subtracting the correction factor inserted in the same transformation curves described in the previous section from the value obtained. The f'c value (simple compressive strength of concrete at 28 days) was then calculated by applying the 85% percentile to the table of data obtained, which correspond to the corrected Fck. The values obtained are in MPa, so it was necessary to convert these results to kg/cm².

f.  The f'c values obtained for each structure analyzed will be used in the structural verifications to be carried out in the corresponding technical report and will also be taken into account for the price of concrete in the project settlement with respect to the civil works executed in the relevant part.

g.  After reviewing the results obtained, it is concluded that the concrete used in the execution of the civil works is of good quality and appears to have adequate strength for the function it will perform within the project. However, it should be noted that its functionality and structural efficiency will ultimately be corroborated in the technical structural verification report.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

h.    With regard to the reinforcing steel in the foundation slabs analyzed, it was concluded that the slabs are reinforced in accordance with the plans at the sites where the scanning was carried out at random. The equipment has the capacity to scan to a depth of 20 cm within the concrete mass, so the reinforcing steel, which generally has a covering of between 4 and 7 cm on the upper or visible face of structural elements, was verified, and it was determined that the spacing between steel bars is 20 cm.

i.    Ultrasound tests to measure material thickness were not necessary because materials such as profiles, plates, steel beams, metal covers, side cladding panels, fixing profiles, straps, and other steel or metal structural elements are exposed and were measured directly with a caliper, thus ensuring measurement accuracy as it is a direct measurement.

j.    As for the topographic survey, an electronic total station and a prism were used to detect topographic points. In this way, the coordinates of important points on the structures were surveyed and determined, such as slab corners, column axes, road edges, drainage box edges or electrical cables, tank base perimeters, etc.

      The data obtained was processed and finally the layout plan of existing works carried out by PROGEN at the SALITRAL plant was obtained.

k.    With regard to volumetry, manual and electronic equipment was used to measure beams, frames, straps, plates, profiles, panels, drainage channels, slab thicknesses, wall thicknesses, steel plate dimensions, and other elements that constitute the work carried out by PROGEN at SALITRAL. These tools will be used to establish the volumes of work carried out in the different areas.

l.    It is concluded by stating that this report contains the technical tools to proceed with the preparation of the technical report on structural verification and the technical report on the settlement of civil works executed.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

## 2    STRUCTURAL VERIFICATION OF CIVIL WORKS.

### 2.1    CHARACTERISTICS OF THE POWER GENERATION STATION.

The foundation works for equipment (generators, radiators, boilers, transformers, filters), fuel tanks, and other structures (engine room, substation, daily tanks, treatment plant, sumps, only the structures of fuel tanks, transformers, generators, radiators, the R shaft of the engine room, substation, and main lime kilns have deep foundations with 10- to 12-inch schedule 40 seamless steel pipe and pile lengths of 18 to 22.50 m, while the sumps, engine room, HFO4/HFO6 filters, water treatment plant, pipe rack, lighting fixtures, air compressor, trenches, and auxiliary generator are not supported on piles. The reinforced concrete foundation slabs with a compressive strength of 240 kg/cm2 are supported on the piles by steel support plates. The foundation slabs are double reinforced with structural steel with a yield strength of 4200 kg/cm2. In the case of concrete slabs that do not have piles, they rest directly on the subgrade, which is on top of the compacted improvement layer.

Therefore, the construction of the various civil works for the foundations of SALITRAL ground-based fuel equipment and tanks was verified. THERE IS NO EVIDENCE OF STRUCTURAL DAMAGE. The power station has several foundation slabs for machinery and other ground-based generation components with construction joints between them, road drainage channels, cable and pipe ducts, bund walls, and others.

**AERIAL PHOTOGRAPH OF THE SALITRAL POWER PLANT.**



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración



## 2.2   DESCRIPTION OF THE STRUCTURAL MODEL.

For this project, the structural verification we carried out for this power station includes an analysis of its structural configuration, as previously determined and detailed below:

### a.- FOUNDATIONS. –

The power plant consists of several civil engineering components. The foundations are made up of reinforced concrete slabs or plates in each space according to the power plant design, which works to support the structure in the case of the control room and fuel tanks; and, in the case of machinery and pipes, by supporting and providing support for the equipment by means of a support plate and piles embedded in its base.

The foundations have been calculated and verified by TECHNOUTILITY S.A. and its structural expert in charge of this analysis as part of TAXIA, which is the contracted expert, for the different loads acting on the structure, such as dead load + impact or machinery vibrations (Out Tables Sap 2000). Live load in the control room, combinations with earthquake in X and earthquake in Y acting on the equipment, especially for the combination RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT Iy, as these are



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

the most critical and applicable in our country; and the foundations have been verified with their sections for the working forces where the amounts of steel in the structure were analyzed.

Once the internal forces of the foundation structure were verified with the loads described above, the system was modeled in Sap 2000 V21. The model was also worked on with each of the foundation elements, such as: base slab, support plate, and ASTM A 53 Gr B steel piles.

This entire finite element modeling system was analyzed using software, which calculated the load combinations RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT Iy using reinforced concrete and steel as materials.

The dead load plus impact or vibrations are transmitted to the slab or foundation plate and simultaneously transmitted to the piles, which transmit the load to the foundation soil through the tip; The bed is a mass of soil with two layers consisting of sandy clay material with high compressibility on the surface, approximately 7 m deep, and a layer of moderately compact clay silt at greater depths from 7 m to 12.50 m, where the stresses will dissipate.

According to the subsoil material observed in soil studies, no resistance was considered in the soil due to friction with the piles; therefore, the shaft does not contribute to the load-bearing capacity of the piles. The material found at depth is silty sand with an internal friction angle of 35°. This load-bearing capacity will be analyzed later.

**FOUNDATION ELEVATION CHART.**



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



**b.- STRUCTURE. –**

The structure of the power station consists of: MACHINE ROOM

The machine room is made up of steel-filled web frames, which were verified for the load combinations RESISTANCE I, EXTREME EVENT Ix, and EXTREME EVENT Iy. Additionally, there is an envelope that covers all of the above load combinations.

The dead load is the sum of the weight of the entire structure, the weight of the ASTM A 36 steel elements + the weight of the ASTM A 36 steel diaphragms and straps, the weight of the steel decks and friezes, these elements are monolithically joined together by bolts and connectors, and; the diaphragms, which are UPN profiles made of A 36 steel located at specific points along the longitudinal axis X-X of the model.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

**GRAPHIC OF THE STRUCTURE OF THE MACHINE ROOM.**



The solid web beams, together with the purlins, eaves, and diaphragms, were verified in Sap 2000 V21, and design loads were applied in accordance with the regulations cited in this report. The loads applied were: live load, dead load, wind load for roof and frieze.

## 2.3   STRUCTURAL CALCULATION.

The structures built, verified, and described above have been reviewed for the purposes of this structural analysis. We have been provided with partial design plans in PDF format and have calculated the loads based on the information contained in the plans and verified on site, such as sections, element dimensions, and service loads. The Sap 2000 model of the structures simulates their support on reinforced concrete foundations, which will be analyzed in the model. The foundation slab of the tanks will be analyzed, but not the fuel tanks for the power generation station, as they have no structural function in the stability of the foundation structure in the event of an earthquake. The other foundations will be analyzed randomly.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

## 2.4 CODES AND STANDARDS

The specifications mentioned in this report were adopted for the calculation, and the Sap 2000 program performed the reinforced concrete analysis using the ACI 318 code.

The Ecuadorian Construction Standard NEC-2015 was considered the fundamental standard for the seismic analysis of the power station, and the Seismic Hazard Book 1 and 2, sections 3, 4, 5, and 6, were used as a guide.

## 2.5 LOADS ON THE POWER STATION.

In the analysis, the following dead weight values were considered: reinforced concrete foundation slabs weighing 2400 kg/m3, for the specific weight of the steel in the structure, the SAP2000 V21 program automatically calculates the dead weight of each of the elements involved in the structure of the power station's machine room, taking into account each of the load combinations required by LA nec-2015. The specific weight of steel is 7850 kg/m3.

## 2.6 DEAD LOAD STUDY

### a. DEAD LOAD.

Within the Sap 2000 V21 modeling, the following values were considered in the load assignment:

Permanent distributed dead load of the foundation slab:

Foundation slabs:                    various according to the equipment (t/m2)           See        Structural
Report.

### b. LIVE LOAD.

There is no live load for equipment and tank foundations.
For the foundation of the control room, the live load was considered to be 0.20 tons/m2, and this equivalent load was used for the calculation in Sap 2000 V21.

### c. WIND LOAD

In the case of foundations and tanks, wind loads were not taken into account because they will not affect the foundation.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

In the case of the powerhouse, wind loads are important for this type of structure, such as industrial buildings and warehouses, since wind speeds in our country have caused the collapse of structures and metal roofs.

The calculation appendix details the wind load analysis process using **ASCE 7-16** (2016 version).

The wind load used in the analysis is:

**ROOF:**

CwB = -0.154 tons/m2          Roof edge. CwD = -0.222
Ton/m2                        Center of roof. CwE = -0.257
Ton/m2                        Roof corner.

**FRIEZE:**

CwpB = 0.137 Ton/m2           Leeward frieze. CwpS = -
0.08 Ton/m2                   Windward frieze.

In the case of foundations and tanks, wind loads were not taken into account because they will not affect the foundation.

## d. SEISMIC LOAD

In calculating the power generation station, the seismic zone of the city of SALITRAL in the province of Guayas was taken into account, and the design spectrum is included in the Sap 2000 V 21 program for NEC - 2015. The seismic coefficient used is 0.28 for foundations.

## e. TEMPERATURE STRESSES.

Temperature stresses were not analyzed since there is no significant thermal gradient in SALITRAL.

## f. STRESSES DUE TO MACHINERY VIBRATION OR FLUID MOVEMENT.

Efforts due to vibrations from engines and machinery were taken into account, as well as fluid movements in fuel tanks, with an impact load increase factor of 30%. See annex.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

## 2.7   LOAD COMBINATIONS

**FOUNDATIONS:**

The following load combinations and their envelope were considered:

RESISTANCE I EXTREME EVENT Ix
EXTREME EVENT Iy ENVELOPING.

The design of the steel elements of the control room foundations and other equipment, tanks, and facilities is performed automatically by the program, which performs the calculations internally considering the most unfavorable case, taking into account the maximum envelope stresses. the program performs the calculation with dead load + impact plus live load plus wind and plus earthquake CSx and CSy applied at the center of gravity of all finite elements according to the limit states, service loads according to NEC – 2015.

## 2.8   MATERIALS

The predominant material in the foundation structure of the power station is reinforced concrete with steel reinforcement, as well as A 36 steel plates and A 53 Gr B seamless steel pipes that make up the piles.

In accordance with the structure specifications, a value of $fy = 2500$ kg/cm$^2$ has been considered for the creep resistance of A 36 steel and 3500 kg/cm$^2$ for A 53 Gr B and ASTM A572 in the calculation.

## 2.9   DATA PROCESSING

All structures were processed using SAP2000 V21 Professional PROGRAM ANALYSIS STRUCTURES software, which performs structural analysis using finite elements. Once the structure has been calculated, the results include diagrams of deformations, stresses, and reactions at the supports. From these diagrams, numerical data can be obtained at any point in the structure, as well as the maximum and minimum stresses.

In the case of reinforced concrete elements, the program allows the reinforcement steel of the foundation slabs to be obtained on the upper and lower faces; and, in the x-x directions (1 in Sap 2000); and, y-y (2 in Sap 2000).



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



The calculation of steel structures is performed using the AASHTO STEEL code included in this program.

## 2.10 CHECKING METAL ELEMENTS:

The SAP2000 V21 program is used to design the metal elements in solid web beams, which it does in accordance with the AASHTO LRFD and AISC-ASD89 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the interaction radius of each one, and determining moments, shear forces, and axial forces in each element of the metal superstructure.





Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

## 2.11 CHECKING OF REINFORCED CONCRETE ELEMENTS THAT ARE NOT FOUNDATIONS.

The SAP2000 V21 program is used to design the reinforced concrete elements, which it does in accordance with ACI-318 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the reinforcing steel for each of them and calculating the moments, shear forces, and axial forces in each element of the structures.

The program allows the steel section per linear meter of shell or slab structure to be verified. This value will be verified with the steel placed on site and recorded in the project's as-built drawings.

## 2.12 FOUNDATION DESIGN

The same SAP2000 V21 program is used to design the steel piles and reinforced concrete foundation slabs as a monolithic body, which it does in accordance with ACI-318 codes. The program checks that the permissible stresses are not exceeded in any of the elements, determining the reinforcing steel for each of them, determining moments, shear forces, and axial forces in each element of the foundations, and, with regard to steel piles, verifying that the external stresses do not exceed the permissible capacity of the material.

The structural analysis software includes analysis parameters for elements such as foundation slabs and piles in order to determine the spring values for the calculation.



The complete structural analysis can be found in Annex 1 of the Structural Report.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

## 2.13 RESULTS.

- The structures that were verified are: Powerhouse, powerhouse foundation, generator foundation, radiator foundation, daily tank foundation, foundations 1, 2, and 6, and T-S0001 HFO fuel tank foundation.

- The structures of the Salitral power station engine room were verified in two models created in the Sap – 2000 V21 program space. One model analyzed the structure of the power station machine room consisting of solid web frames made of ASTM A 36 structural steel, beams and diaphragms, both horizontal and vertical, made of ASTM A 36 structural steel Z150x80x2 profiles, covered with 0.65 mm thick cladding and friezes. Another model analyzed the foundation of the machine room separately.

- With this background, the second model was used to verify the foundation slabs of the machine room, since according to information from CELEC EP, it is known that they were constructed with a change to the foundation, eliminating the piles and placing improvements under the foundation slabs at a depth reaching the -1.20 m level measured from the upper face of the foundation slab. In this way, the foundation of the machine room was verified.

- Similarly, the foundations of the T-S0001 HFO fuel tank, generators, radiators, and daily tanks Foundations 1, 2, and 6, consisting of reinforced concrete slabs or plates and driven steel piles, all made of 240 kg/cm2 reinforced concrete and A 53 Gr B steel pipes reaching depths of 22.50 m and 18.00 m, depending on the type of foundation, as shown in the calculation annex.

- The structure of the machine room and the foundations of the power station were verified for service loads, live loads, dead loads plus impact, and wind loads. and the proper functioning of the power plant structures is verified in a monolithic manner as they are constructed. The analysis takes into account the design spectrum of NEC-2015 included in the Sap - 2000 V21 program.

- The steel sections of the powerhouse structure, such as porticos, girders, and diaphragms with their coverings and friezes, were checked to ensure that they function properly for service loads, load combination: Resistance I, which includes live load + dead load and wind load on the leeward and windward sides with limit states required by the NEC-2015 standard, **demonstrating that the structure is safe.**



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec




- It was also verified for load combinations: Extreme event I, which includes live load and dead load with NEC-2015 limit states, Earthquake in the X direction and Earthquake in the Y direction of the Sap 2000 coordinate system, within which the diagonal earthquake was considered (SCx 100% and SCy 30% or vice versa); which were analyzed with the design spectrum for the seismic zone of the Guayaquil canton in the province of Guayas in compliance with the NEC-2015 standard; **demonstrating that the structure is safe,** including the analysis for wind load on the leeward and windward sides of the roof and side frieze.

- The ballast modules of the improvement layer were calculated for granular material as placed under the foundation, and the corner, exterior, and interior springs in the foundation slab joints were calculated for the areas discretized according to their dimensions and slab geometry and pile arrangement.

- Similarly, the foundation, including the piles, was verified monolithically. The model for each foundation included the springs calculated for the clay and clay loam bed, which, according to the soil study, occur in two layers, the first at a depth of 13 m and the second from this depth exceeding 22.50 m. In the first case, a load capacity of 4 tons/m2 was considered for the clay bed and a load capacity of 10 tons/m2 for the silty bed, and the soil of the first stratum with f=20 degrees and the soil of the deep stratum with f=30 degrees, data that were correlated with the information from the project's soil studies, obtaining ballast modules by applying the Morrison and Bowles tables similar to those obtained in the project's soil studies.

- Springs were calculated for piles using the vertical ballast modulus. The calculated springs correspond to each soil layer where the piles were driven, taking into account the ballast modulus of the upper layer 13 m thick and the ballast modulus of the lower layer from 13 m down to the tip of the pile. Using this criterion, the horizontal confinement springs were calculated for the x and y directions in joints and frames. The piles were discretized into lengths of 1.00 m. Resistance to the shaft in piles was not considered, so **springs in the vertical direction were not considered**, with the hypothesis of load absorption analysis from the pile to the tip. Springs were calculated at the pile tip joint for x, y, and z.

- With these considerations in mind, the system was analyzed and calculated for the local soil. Each structure was calculated for the load combination: Resistance I, which includes dead load (DEAD + 30% impact and vibration), with limit states required by the NEC-2015 standard, **demonstrating that the structures are safe.** It was also verified for the load combinations: Extreme Event I (x and y), which includes: dead load (DEAD + 30% impact and vibration), Earthquake in the X direction + 30% Earthquake in the Y direction of the Sap 2000 coordinate system.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en vibración

and; dead load (DEAD+ 30% impact and vibration), Earthquake in the Y direction + 30% Earthquake in the X direction of the Sap 2000 coordinate system, which include the design spectrum for the seismic zone of the Guayaquil canton in the province of Guayas in compliance with the NEC-2015 standard; **demonstrating that the structure is safe, both in terms of stability and internal resistance**.

* The foundations were verified using structural concrete with a simple compressive strength of 240 kg/cm2 at 28 days as a conservative safety measure, instead of the more than 300 kg/cm2 strength recorded in the results of the sclerometer tests carried out, The result was that the project is safe with this calculation premise.

* The pile settlements calculated in the different analyses carried out on seven foundation structures at the SALITRAL power plant do not exceed 3 mm in any case, nor do the lateral displacements of the foundation slabs exceed 4 mm in any case, which are acceptable results for the structures analyzed.

* Similarly, the floor drifts of the porticos of the powerhouse structure are within the acceptable range, as they do not exceed 2% of the height of the structure, as established by NEC-2016.

* The load capacities of the 12-inch diameter piles were calculated and 22.50 m in length, as well as for piles 10 inches in diameter and 18 m in length, taking into account the drilling logs from the soil studies carried out in Salitral. the load capacity of the piles was determined based on input data such as pile diameter, pile length, bed soil type, and N60 obtained in SPT tests, determining that the load at the tip of the piles is less than the load capacity of the piles, and consequently the structure is safe.

* Therefore, the civil works for the SALITRAL plant located in the Guayaquil canton of the Guayas province comply with the NEC-2015 design requirements in terms of earthquake resistance.

* The loads or stresses received by the foundations of the different equipment and tanks in Salitral are relatively low compared to the dimensions of the sections and materials of the elements that make up these structures, determining relatively low loads applied to the foundations. Based on this determination, it is concluded that the structures are safe and their operation is guaranteed for the use they will serve at the Salitral Ground Generation Station.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

**Taxia**

## 3 FINANCIAL SETTLEMENT FOR CIVIL WORKS

### 3.1 INTRODUCTION.

The purpose of this report is to detail the settlement process for the civil works carried out, including the determination of volumes, economic analysis, quality control results, and the final valuation of the work performed and materials not installed.

The settlement is carried out in accordance with the signed contract, the approved plans, the MOP-F-2002 technical specifications, and current regulations for public works.

The settlement includes:

- The work carried out and verified in the field, compared with the project plans.
- The non-destructive tests carried out on the work, which were satisfactory.
- The determination of work volumes through field measurements.
- The analysis of unit prices considering equipment, materials, labor, transportation, and indirect costs.
- Assessment of existing materials on site that have not been installed.

### 3.2 DETERMINATION OF ITEMS EXECUTED.

The items executed at the project site were identified during the inspection and observation of the work executed at the time of the visit to the SALITRAL plant.

#### a) Settlement Methodology: Determination of Volumes

- Field measurements were taken by technical personnel using specialized surveying equipment.
- The volumes were compared with the project plans, adjusting for any differences between the work performed and the planned work.

#### b) Quality Control
- Non-destructive testing (NDT) was performed on structural elements and finishes to ensure that they comply with specifications.
- The results were satisfactory, confirming the quality of the work completed.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**c)** **Unit Price Analysis**

- Unit prices were determined taking into account:
  - Equipment and tools used.
  - Materials and supplies used.
  - Skilled and unskilled labor.
  - Transportation and logistics.
  - Corresponding indirect costs.
- It was verified that prices are in line with market conditions and the geographical area of execution.

**d)** **Consideration of Uninstalled Materials**
- An inventory was taken of materials that remain on site and were not installed.
- These materials form part of the liquidation as available assets.

## 3.3    DETERMINATION OF QUANTITIES OF WORK BY ITEM.

The quantification of the work was carried out using a technical process supported by field measurements and the review of construction plans, thus ensuring accuracy in determining the volumes executed.

To facilitate analysis and verification, graphs representing the measurements obtained were prepared, grouping the items according to the different work groups.

This methodology made it possible to group similar items within execution blocks, achieving greater order and clarity in the presentation of results.

Likewise, each block of work executed was documented with its respective graph and subsequently printed in the annex of work quantities, which ensured the traceability of the information and transparency in the settlement.

The graphic approach effectively complemented the numerical measurements, allowing for visual validation of progress and settled volumes. This will facilitate the understanding of technical information.

Consequently, the quantification was clear, verifiable, and reliable, complying with the technical and administrative criteria established for expert reports in our country.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

## 3.4 DETERMINATION OF UNIT PRICES FOR THE SETTLEMENT OF WORKS.

The results of the unit price analyses are presented in the annex to section 10 of this report.

### a. DIRECT COSTS.

In the context of construction in Ecuador, direct costs represent a fundamental part of the project budget. These costs correspond to all the resources that are immediately involved in the execution of a project, that is, those that are directly assigned to each budget item. The correct identification and quantification of these costs is vital to ensure the technical and financial viability of the contract.

**Definition of Direct Costs**

Direct costs include materials, labor, equipment, and tools necessary to carry out the activities described in the project's technical specifications. They are characterized by the fact that they can be measured and accurately related to a specific unit of work.

**Components of Direct Costs**

The main components of direct costs in a construction project in Ecuador are:

* Materials: Inputs such as cement, aggregates, granular improvement material, reinforcing steel, structural steel in profiles and plates, pipes, among others.
* Labor: Costs associated with wages and salaries of personnel directly involved.
* Equipment and tools: Machinery and minor tools used in the development of activities.
* Transportation and internal logistics: Mobilization of materials and equipment within the construction site.

**Ecuadorian regulations**

In Ecuador, public works contracts must be governed by the provisions of the Organic Law of the National Public Procurement System (LOSNCP) and the General Regulations to the LOSNCP. These regulations establish that the contractor must present a detailed breakdown of unit prices, clearly identifying direct costs, in this case, the emergency contract does not



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



**Taxia**
Confianza en valoración

contemplates the calculation of these costs, which is why, within this expert opinion, as this is a contract that has been unilaterally terminated under Article 95 of the LOSNCP, in order to be able to execute the settlement of the contract, the settlement of the project is being developed with regard to civil works.

## b. INDIRECT COSTS

For this expert report, the indirect costs to be analyzed correspond to the indirect costs in contracts with foreign companies in Ecuador.

Indirect costs represent an essential part of the economic planning of any engineering or construction project. When it comes to contracts entered into with foreign companies operating in Ecuadorian territory, these costs must be analyzed with special attention due to the tax, legal, and administrative implications they entail.

This expert report sets out the main components of indirect costs and their practical application in this international contract within Ecuador, as part of the subject matter of the expert opinion, including the taxes that must be taken into account.

### Components of Indirect Costs

Indirect costs are not directly related to the physical execution of the work, but are essential for its management and operation. The following is a breakdown of the items considered in the settlement of indirect costs in EMERGENCY CONTRACT No. TPI-CON-0067-24, executed in Ecuador:

- Studies and designs
- Administrative costs
- Financial costs
- Construction management
- Guarantees
- Temporary premises
- Accident prevention
- Promotion
- Insurance and social security contributions
- Public services
- Vehicles
- Utility
- Taxes and other obligations



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

**Considerations for Foreign Companies Contracting in Ecuador**

Foreign companies participating in contracts within Ecuadorian territory are subject to a series of tax and legal obligations. It is essential that these costs be included as part of the indirect costs of the project. Key elements include:

- Income tax withholding (25%–37% depending on the case)

- Value Added Tax (VAT) of 12%

- Social security contributions if local personnel are hired

- Registration requirements with the Internal Revenue Service (SRI)

- Obtaining a RUC (Unique Taxpayer Registry)

- Registration as a government supplier (if applicable)

**Application in this expert opinion.**

As this is a contract with a foreign company, a cost structure must be established in which indirect costs represent between 15% and 30% of the direct cost, depending on the size of the project and the associated risks. It is important to anticipate advance payments of taxes and guarantees, as well as the costs arising from legal adaptation to the Ecuadorian environment.

The calculated indirect cost is 28.50% of the direct cost, which is broken down and calculated in the annex on unit price analysis and work settlement.

**c. TOTAL COST.**

The total cost will be the sum of direct costs plus indirect costs. In the unit price analysis, the total cost is calculated by adding these two components together. These costs can be verified in the annex to the unit price analysis and work settlement.

## 3.5    BUDGET FOR WORK PERFORMED.

**The** results of the measurements, both from the topographic survey and the volumetric measurements, are presented in Annex 11 of this report and consist of the site plan and the dimensions of the different structural elements found on site.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

## 3.6  RESULTS.

a.  The settlement of civil works for the project was based on the actual volumes of work performed, determined through field measurements and verified against the project plans by TAXIA's technical staff.

b.  In addition, the non-destructive tests carried out confirmed the quality of the work, which was satisfactory and guaranteed the functionality of the structures for the required purpose, a premise that was confirmed by the structural verification of the work carried out.

c.  In addition, the quantification of the volumes of work accurately reflects the magnitude of the work performed on site, the dimensions of which were verified by the expert team during field inspections.

d.  Furthermore, the unit prices calculated and used in the settlement of the SALITRAL civil works correspond to the area and geographical location of the project, ensuring their relevance and economic fairness.

e.  All resources used in the execution of the works were taken into account when calculating the unit prices, such as equipment, materials, labor, transportation, and indirect project execution costs.

f.  The unit price analysis followed the criteria established by current best practices, avoiding unjustified costs.

g.  Indirect costs correspond to the necessary components of the project for the specific conditions of the SALITRAL Power Generation Substation.

h.  Furthermore, the items involved in the financial settlement of civil works at the SALITRAL Power Generation Substation comply with technical specifications MOP-F-2002, in accordance with national regulations.

i.  Furthermore, the financial settlement of civil works for the SALITRAL Power Generation Substation covers both the work carried out and the materials existing on site that have not been installed, which form part of the final balance.

j.  It should be noted that the measurements were verified in the presence of the parties, ensuring the transparency of the expert process.

k.  We also indicate that the non-destructive tests carried out certify that the materials and procedures used comply with the strength and functionality requirements to guarantee the stability of the structures and normal operation of the machinery and fuel tanks that they will support during their useful life.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

l.  Once the results of the non-destructive tests were obtained, no technical deficiencies affecting the functionality of the structures executed were identified, which is why all the items executed were quantified in the financial settlement.

m.  After the field and office work was completed, it was concluded that the methodology used to measure volumes ensures the objectivity of the results.

n.  Furthermore, the quality control implemented during execution supports the reliability of the volumes settled, as there are reports with photographic records and comments that coincide with the evidence obtained in the expert investigation.

o.  The design plans were followed and verified in the field with regard to visible work. This information, along with the information from the Structural Verification and Non-Destructive Testing Reports, was used as the basis for verification in the settlement.

p.  The work was carried out in accordance with safety and environmental standards, which supports the conformity of the settlement. There is no evidence to the contrary in the file that was submitted to TAXIA for consideration.

q.  The financial settlement for civil works at the SALITRAL Power Generation Substation reflects the actual costs of execution, without overestimations or omissions to the detriment of either party.

r.  The unit price analyses are consistent with local market indices, local and regional material costs, costs of relevant equipment, costs of skilled and unskilled regional labor, and indirect costs of all components necessary for the execution of the project.

s.  The economic balance determined by this expert report shows consistency between the contracted budget and the work performed.

t.  In addition, the materials that were not installed were duly inventoried and valued in the settlement.

u.  The financial settlement for civil works at the SALITRAL Power Generation Substation complies with the purpose of the expert assessment and is within the established contractual framework, and will therefore be used as the basis for terminating the contract.

v.  The procedure followed in the financial settlement of civil works at the SALITRAL Power Generation Substation guarantees the transparency and traceability of the information.



**Telephone numbers:**
0996 335 316 / 0985 880 732

**Website**
www.taxia.com.ec

**Contact email**
info@taxia.com.ec

**Taxia**

W. The final settlement of civil works for the SALITRAL Power Generation Substation shows that the work partially complies with the technical, economic, and contractual objectives set out in the project, as it was not completed within the established deadline. THE TOTAL AMOUNT EXECUTED BETWEEN CIVIL AND ELECTRICAL WORKS AMOUNTS TO US$10,541,871.64 (TEN MILLION FIVE HUNDRED AND FORTY-ONE THOUSAND EIGHT HUNDRED AND SEVENTY-ONE DOLLARS AND 64/100 OF THE UNITED STATES OF AMERICA).

X. After applying a study based on International Valuation Standards (IVS), the the appointed expert(s) and TAXIA, through its reviewing expert, declare under oath, with full knowledge of the causes of perjury, that the appraisal of the property in this report is true, reliable, and accurate, the final results of which are presented below:

| | ECONOMIC SETTLEMENT OF SALITRAL CIVIL WORKS | |
|---|---|---|
| **ITEM** | **DESCRIPTION** | **COST USD** |
| 1 | SUMMARY OF ECONOMIC SETTLEMENT FOR CIVIL WORKS | 10,430,513.66 |
| 2 | FINANCIAL SETTLEMENT FOR UNINSTALLED SURPLUS MATERIALS | 64,317.07 |
| 3 | FINANCIAL SETTLEMENT OF ELECTRICAL WORK | 111,357.98 |
| | **TOTAL USD** | **10,606,188.71** |

THE TOTAL CIVIL WORKS PLUS MATERIALS NOT INSTALLED AMOUNT TO US$10,606,188.71 (TEN MILLION SIX HUNDRED AND SIX THOUSAND ONE HUNDRED AND EIGHTY-EIGHT DOLLARS AND 71/100 OF A CENT) OF THE UNITED STATES OF AMERICA.

## 4    ELECTROMECHANICAL COMPONENT

### 4.1    Purpose of the Report

This Executive Report summarizes the main findings derived from the visual inspection and technical review carried out on the seventeen (29) thermal generation units and their auxiliary systems supplied by PROGEN at the Salitral Power Plant, in accordance with contract TPI-CON-0062-24 signed with CELEC EP – TERMOPICHINCHA.

The assessment includes the analysis of:

- *Generation units*: state of repair, technical characteristics, manufacturing conditions, and traceability.
- *Mechanical and fuel systems*: storage tanks, pumping systems, pipes, conditioning, and transfer of HFO6 and diesel.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

- *Electrical systems*: switchgear, main and auxiliary transformers, step-up substation, protection and commercial metering.
- *Balance of Plant (BOP)*: auxiliary compressed air, cooling water, lubrication, firefighting, 480 V MCCs, control, and instrumentation systems.

The contractor's degree of compliance with CELEC EP requirements is objectively established, identifying non-conformities, technical and contractual risks, and determining the feasibility of integrating the plant into the National Interconnected System (SNI) under current conditions.

## 4.2   Methodological Scope

The audit was carried out through visual and documentary technical inspection, without operational intervention or dynamic testing, in accordance with the scope of the contract. A technical traceability protocol was applied for systems and subsystems, supported by photographic records, professional experience, and applicable regulations.

## 4.3   Main Findings

### 4.3.1   Manufacturing and Conservation Conditions:

There were signs of common manufacturing defects and deterioration, such as widespread rust, incomplete connections, missing parts, discrepancies and presumed tampering with serial numbers, and superficial application of paint over the original coating and rust.

### 4.3.2   Fuel System Configuration:

According to the contract documentation, the units were to have a dual configuration (diesel – HFO4 – HFO6). The visual inspection only identified minimal infrastructure for diesel consumption; no pumps, pipes, heaters, or filters associated with the handling of HFO4 – HFO6 were located.

### 4.3.3   Mechanical and Electrical Integrity:

Mechanical and electrical components were identified that, based on their external appearance, may require additional and extensive work before they can be put into service. The lack of functional testing makes it impossible to quantify wear and tear or confirm the availability of potentially necessary spare parts within an active market.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



The technical specifications of the electrical equipment do not correspond to those requested by CELEC – EP in the contract.[1]

### 4.3.4  General state of repair:

There was evidence of dust and dirt accumulation on the motor generators, minor structural deficiencies, and incomplete auxiliary systems, suggesting previous inadequate storage and lack of technical maintenance.   During the visual inspection, it was observed that the 29 generation units showed evidence of previous prolonged use (used oil, carbon deposits on pistons, bearings dated between 2006 and 2014).

### 4.4  Overall Assessment

From the consolidated analysis, it is determined that:

1. None of the seventeen (29) units, based on visual inspection, are in a condition that would allow them to be considered ready for immediate operation.

2. The control systems and electrical and mechanical auxiliaries exhibit technical aspects that could prove insufficient for immediate commissioning without intervention.

3. The current configuration limits the units to diesel operation only, reducing the technical and economic viability of the project, according to contractual documentation (HFO4 – HFO6).

4. The storage tanks require comprehensive refurbishment before they can be considered operational. The ultrasound inspection revealed that the fuel tanks do not have a surface paint coating. They only have a protective primer layer to slow down the corrosion process of the steel structure.

### 4.5  Executive Conclusion

The technical and visual analysis concludes that:

---

[1] For details, see Annex 4 on mechanical integrity and electromechanical generation systems.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

1. The equipment inspected corresponds to Stewart & Stevenson DM3580E packages manufactured between 2008 and 2010, integrating EMD ME20G7C engines and KATO 8P12-4400 alternators (2009).

2. There was evidence of tampering with plates and relabeling by the supplier, who superimposed identification plates over those of the original manufacturer.

3. The electrical parameters (11 kV and power factor 0.7) do not meet the requirements (13.8 kV and pf=0.8).

4. There are no OEM certificates or FAT/SAT tests, which breaks factory traceability.

5. The HFO 4-6 and diesel tanks show partial progress, construction deficiencies (incomplete or non-existent coatings) and lack API certification.

6. The cooling, lubrication, water treatment, and compressed air systems are not installed.

7. The fire protection system does not exist in the field, in breach of NFPA regulations.

8. The 69 kV booster substation and the interconnection line were not built.

9. The main and group transformers have not been delivered.

10. The switchgear installed corresponds to KYN28 panels rated at 11 kV and 2000 A, instead of 13.8 kV and 3016 A.

11. The electrical protections (SEL, DGC, VRM) were not installed.

12. SCADA and commercial metering do not exist in the field.

13. The operating philosophy and P&ID plans were presented on paper, but there is no complete physical implementation in the field.

14. The 480 V MCCs and auxiliary services have not been installed.

15. Control and instrumentation systems are not implemented, leaving the plant without automatic or safe operating capability.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

16. The inspected generation units only have the infrastructure to operate on diesel.

17. According to visual inspection, in some units, the installation of the auxiliary systems necessary for HFO handling (pumps, pipes, heaters, filters, etc.) was not identified, and in those where components of this infrastructure were observed, these elements were found to be incomplete and insufficient to guarantee their operation.

18. The storage tanks have coatings and cathodic protections in the process of being applied, which compromises their current integrity and the possibility of putting them into production as they require additional work before use.

19. Similar conditions were observed in the twenty-nine (29) units inspected in terms of manufacturing, maintenance, and assembly, without the visual inspection allowing for the quantification of internal or operational impacts.

20. In its current state, the Salitral Project is technically and contractually unfeasible and cannot be accepted or put into operation within the National Interconnected System under the agreed terms.

## 5 EQUIPMENT VALUATION AND APPRAISAL COMPONENT

### 5.1 BACKGROUND

In accordance with the provisions of the civil contract for the provision of specialized technical services entered into on July 14, 2025, which requires the "TECHNICAL INSPECTION AND DELIVERY OF EXPERT REPORTS ISSUED BY THE CONTRACTOR, AN ACCREDITED APPRAISER FOR CIVIL WORKS, ELECTROGENERATOR GROUPS, TESTING AND VERIFICATION OF THE MAIN ITEMS, ITEMS AND MILESTONES THAT FORM PART OF THE SALITRAL AND QUEVEDO EMERGING PROJECTS," the REPORT is attached.
DE TASACIO' N of the machinery and equipment provided by the company PROGEN and physically located at the Salitral Plant facilities, inspections carried out by TAXIA from July 22 to 26, 2025.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoración

## 5.2  METHODOLOGY APPLIED

The study considered the stages of coordination, inspection and inventory, data recording, and valuation. These stages were carried out on two main fronts: civil works and electromechanical equipment, for which TAXIA appointed expert professionals linked to this type of asset.

Prior to the start of the inspections and during them, TAXIA requested from CELEC EP – TERMOPICHINCHA all available technical information regarding the thermoelectric generation project carried out by the company PROGEN, which was provided as quickly as possible.

The inspections and inventory were carried out using the "General Sweep Method," which consists of verifying all movable and immovable property belonging to the thermoelectric project that was physically present or built on the premises. CELEC EP – TERMOPICHINCHA personnel were responsible for obtaining permits and access to the inspection sites, as well as for identifying, managing, stowing, moving, and/or placing the assets in a condition that allowed TAXIA personnel to verify them and collect all the information necessary for subsequent analysis and appraisal.

It is important to note that all goods were found covered, sealed, and/or stored in their original packaging and/or boxes in which the company PROGEN delivered them to CELEC EP – TERMOPICHINCHA, with no signs or evidence of prior tampering. To attest to the above, a notary public was present on the first day of the inspection, and only then were the goods uncovered and/or opened for the expert examination.

TAXIA staff placed a numbered label in an easily visible location on the surface of the goods, which identifies them in the inventory and appraisal results table; in some cases, this code refers to a group or batch of equipment rather than a single item. The information collected took into account all relevant aspects of the equipment, works, and facilities that could be visually verified; no technical tests other than those specified in the service contract between TAXIA and CELEC EP – TERMOPICHINCHA were performed.

The following valuation approaches were used for the appraisal:

* Market Approach: Also known as the "Comparative Method," this consists of researching several references for identical or similar assets on the market, to which the estimated costs are added or subtracted to adapt the characteristics of the references to the particular conditions of the asset verified during the inspection.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

- Cost Approach: Determines the value of an asset based on its value in brand new condition, to which depreciation factors linked to the characteristics of each asset, work, or facility considered are applied.

These approaches are in accordance with the guidelines of the International Valuation Standards (IVS) and the criteria acquired in professional practice.

In order to minimize the influence of subjectivity during the valuation, the AHP hierarchical analytical process was used to determine the operational/functional status of the equipment, as well as statistical analysis in the handling of the value references investigated.

## 5.3 RESULTS

The appraisal results obtained for the equipment are as follows:

| TAXATION CODE | SUMMARY INFORMATION | FUNCTIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 1 | [ MOTOR GENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2345; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 41,529.00 |
| 2 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C3044; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 17,985.00 |
| 3 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2351; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 111,725.00 |
| 4 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C3045; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 112,270.00 |
| 5 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2341; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 110,417.00 |
| 6 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2354; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 113,033.00 |
| 7 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2347; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 106,275.00 |
| 8 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2350; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 112,924.00 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec



| TAX CODE | SUMMARY INFORMATION | FUNCTIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 9 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C3114; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 111,398.00 |
| 1 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2343; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 114,886.00 |
| 11 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2346; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 110,417.00 |
| 1 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2362; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 115,213.00 |
| 13 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIAL NUMBER: PI224C2344; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 113,796.00 |
| 14 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-416DH; SERIES: PI224C2352; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1042 CM; WIDTH: 177 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,090,000.00 | 109,872.00 |
| 15 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIAL NUMBER: PI223A2138; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM | NOT OPERATIONAL | 1,170,000.00 | 158,886.00 |
| 16 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2137; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM | NOT OPERATIONAL | 1,170,000.00 | 145,782.00 |
| 17 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI224C3213; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM | NOT OPERATIONAL | 1,170,000.00 | 151,281.00 |
| 18 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2120; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 150,696.00 |
| 19 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2122; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 145,314.00 |
| 20 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI224C3218; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1300 CM; WIDTH: 195 CM | NOT OPERATIONAL | 1,170,000.00 | 153,270.00 |
| 21 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2129; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 154,206.00 |
| 22 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2137; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 155,844.00 |

Telephone

0996 335 316 / 0985 880 732

number s:

www.taxia.com.ec

Website

info@taxia.com.ec

**Taxia**

Contact email



0996 335 316 / 0985 880 732     www.taxia.com.ec     info@taxia.com.ec

**Taxia**

| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 23 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2132; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 160,056.00 |
| 24 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2136; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 180,999.00 |
| 25 | [ENGINE GENERATOR] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIAL NUMBER: PI223A2128; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 145,782.00 |
| 26 | [ENGINE GENERATOR] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIAL NUMBER: PI223A2133; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 151,866.00 |
| 27 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2138; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 156,078.00 |
| 28 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2135; CONDITION: NON-OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 173,745.00 |
| 29 | [ MOTOGENERATOR ] - BRAND: PROGEN; MODEL: S 3500-900-11DH; SERIES: PI223A2134; CONDITION: NOT OPERATIONAL; COLOR: PALE GREEN; LENGTH: 1285 CM; WIDTH: 252 CM; HEIGHT: 315 CM; CAPACITY: 4750 BHP | NOT OPERATIONAL | 1,170,000.00 | 176,436.00 |
| 30 | [ THREE-PHASE DRY-TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00938; CONDITION: NON-OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 34 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00932; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 37 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00933; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 38 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00930; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 39 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00931; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |



Telephone

0996 335 316 / 0985 880 732

number
s:

www.taxia.com.ec

info@taxia.com.ec

Website

**Taxia**

Contact email



0996 335 316 / 0985 880 732          www.taxia.com.ec          info@taxia.com.ec

**Taxia**

| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 40 | [DRY TYPE THREE-PHASE TRANSFORMER] - BRAND: JIANGSU YAWEI TRANSFORMER CO, LTD; MODEL: SCB-5000; SERIES: JG2411-00939; CONDITION: NON-OPERATIONAL.; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 41 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00937; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 44 | [ THREE-PHASE DRY-TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00936; CONDITION: NON-OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 45 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00934; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 54 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00935; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 59 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00940; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 60 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00941; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 61 | [ THREE-PHASE DRY-TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00943; CONDITION: NON-OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 62 | [ THREE-PHASE DRY TYPE TRANSFORMER ] - BRAND: JIANGSU YAWEI TRANSFORMER CO. LTD; MODEL: SCB-5000; SERIES: JG2411-00942; CONDITION: NOT OPERATIONAL; COLOR: RED; MAIN MATERIAL: METAL; CAPACITY: 5000 KVA | NOT OPERATIONAL | 87,800.00 | 87,800.00 |
| 63 | [METAL PNEUMATIC TANKS] - MODEL: A1053; SERIES: NB:          1120578 / 1120580 1120579 / 1120581; CONDITION: NON-OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 5,600.00 | 5,600.00 |
| 64 | [ METAL PNEUMATIC TANKS ] - MODEL: A 1053; SERIES: NB:          1120570 / 1120571 1120571 / S/N: CONDITION: NOT OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 5,600.00 | 5,600.00 |



Telephone

0996 335 316 / 0985 880 732

number
S:

www.taxia.com.ec

Website

info@taxia.com.ec

Contact email





| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 65 | [METAL PNEUMATIC TANK] - MODEL: A 1053; SERIES: NB: 1120564; CONDITION: NON-OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 1,400.00 | 1,400.00 |
| 66 | [METAL PNEUMATIC TANK] - MODEL: A 1053; SERIES: NB: 1120498; CONDITION: NOT OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 1.400.00 | 1.400.00 |
| 67 | [METAL PNEUMATIC TANK] - MODEL: A1053; SERIES: NB: 11205503; CONDITION: NOT OPERATIONAL; DIAMETER: 80 CM; HEIGHT: 175 CM | NOT OPERATIONAL | 1,400.00 | 1,400.00 |
| 31 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016383; CONDITION: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 68 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016361; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 69 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016365; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9.500.00 | 9,500.00 |
| 70 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016366; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 72 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016379; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 73 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016382; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 74 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016387; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 75 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016362; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9.500.00 | 9,500.00 |
| 77 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016385; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 78 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016381; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 79 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016370; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 80 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016368; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 81 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016371; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 82 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016360; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 89 | [OUTGOING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016375; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |



Telephone

0996 335 316 / 0985 880 732

number
&:

www.taxia.com.ec

Website

info@taxia.com.ec



Contact email



0996 335 316 / 0985 880 732          www.taxia.com.ec          info@taxia.com.ec

**Taxia**
Confianza en valoración

| TAXI CODE | SUMMARY INFORMATION | OPERATIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 90 | [SWITCH GEAR OUTGOING COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016364; CONDITION: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500 | 9,500.00 |
| 92 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016373; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 93 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016384; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 103 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016380; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 104 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016367; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 105 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016369; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | $9,500.00 | 9,500.00 |
| 106 | [SWITCH GEAR OUTGOING COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016388; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 107 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016386; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 108 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016363; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 109 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016374; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 110 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016376; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 111 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016372; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 112 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016377; STATUS: NOT OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 113 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016378; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 150 | [OUTGOING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016359; STATUS: NO OPERATIONAL; CAPACITY: 1250 A | NOT OPERATIONAL | 9,500.00 | 9,500.00 |
| 71 | [INCOMING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016389; STATUS: NO OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 76 | [SWITCH GEAR INCOMING COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016393; STATUS: NO OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 91 | [INCOMING SWITCH GEAR COLUMN]-BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016391; STATUS: NO OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

| TAX CODE | SUMMARY INFORMATION | FUNCTIONAL STATUS (OPERATIONAL / NOT OPERATIONAL) | REPLACEMENT VALUE(USD) | FAIR VALUE (USD) |
|---|---|---|---|---|
| 100 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016390; STATUS: NOT OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500 | 10,500.00 |
| 102 | [ INCOMING SWITCH GEAR COLUMN ] - BRAND: PROGEN; MODEL: KYN28; SERIES: 3525016394; STATUS: NOT OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 114 | [INCOMING SWITCH GEAR COLUMN] - BRAND: PROGEN; MODEL: KYN28; SERIAL NUMBER: 3525016392; STATUS: NOT OPERATIONAL; CAPACITY: 2000 A | NOT OPERATIONAL | 10,500.00 | 10,500.00 |
| 47 | [ WOODEN BOX WITH VARIOUS VALUABLE ITEMS ] - CONDITION: NOT OPERATIONAL | NOT OPERATIONAL | 19,800.00 | 17,790.00 |
| 57 | [ WOODEN BOX CONTAINING VARIOUS VALUABLE ITEMS ] - CONDITION: NOT OPERATIONAL | NOT OPERATIONAL | 8,500.00 | 7,637.00 |
| 55 | [ 40-FOOT CONTAINER WITH PIPING ACCESSORIES ] - STATUS: NOT OPERATIONAL | NOT OPERATIONAL | 98,500.00 | 98,500.00 |
| 58 | [ 40-FOOT CONTAINER WITH PIPING ACCESSORIES ] - STATUS: NOT OPERATIONAL | NOT OPERATIONAL | 263,800.00 | 263,800.00 |
| 115 | [ FIRE FOAM STORAGE TANK ] - BRAND: VIKING; MODEL: VFT; SERIAL NUMBER: U224087; STATUS: NOT OPERATIONAL; COLOR: RED; CAPACITY: 150 US GAL | NOT OPERATIONAL | 690.00 | 690.00 |
| 116 | [ INSTALLED BYPASS SECTION ] - STATUS: NOT OPERATIONAL | NOT OPERATIONAL | 230 | 230.00 |

## 5.4   CONCLUSIONS:

At the end of this work, the following conclusions were reached:

* Prior to unpacking, a notary public verified that the import security seals had not been tampered with.

* The new equipment found corresponds to the electrical and electronic equipment for the project, which was found in its original packaging, including the manufacturer's manuals.

* The motor generators show visual signs of previous use, are not anchored to the concrete bases, and are in the process of being repowered, assembled, and mounted; most of them are missing mechanical or electronic components. These signs of condition and use have been taken into account in the appraisal process.



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**

- The plates found on the skids of most of the motor generators reveal a single original model of equipment (brand: Stewart & Stevenson, model: DM3580E); research indicates that this model uses a single model of internal combustion engine (brand: EMD, model: 20/710).

- Although PROGEN established two different models on the plates affixed to the motor generators (S-3500-900-11DH and S-3500-900-416DH), three distinct equipment configurations can be clearly identified:

  o   Configuration 1: From Tax code No. 0001 to Tax No. 0014

  o   Configuration 2: From Tax code No. 0015 to Tax code No. 0020

  o   Configuration 3: From code Tax No. 0021 to Tax No. 0029

- It is noteworthy that the motor generators with Tax codes 0015 to 0020 are oriented in the opposite direction to the rest of the equipment on the platform, i.e., with the alternator facing the wall of the shed instead of the center of it.

- There are twenty-six Tax codes that refer to assets that were also found and inventoried but are not valued separately, as they are components of the main equipment (motor generators, incoming and outgoing switchgear), so their value is implicitly included in this equipment.

- It is important to note that in most cases each Tax code refers to a single individual asset; however, there are also cases of Tax codes that represent lots of inventoried assets, the details of which can be found in the respective comments fields.

## 5.5   ASSESSMENT SUMMARY TABLE:

The above results are summarized below:



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

| GROUP | Quantity | NEW VALUE (USD) | | FAIR VALUE (USD) | |
|---|---|---|---|---|---|
| WOODEN BOX CONTAINING VARIOUS VALUABLE ITEMS | 2 | $ | 28,300.00 | $ | 25,427.00 |
| INCOMING SWITCH GEAR COLUMN | 6 | $ | 63,000.00 | $ | 63,000.00 |
| OUTGOING SWITCH GEAR COLUMN | 30 | $ | 285,000.00 | $ | 285,000.00 |
| 40-FOOT CONTAINER WITH PIPING ACCESSORIES | 2 | $ | 362,300.00 | $ | 362,300.00 |
| MOTOR GENERATOR | 29 | $ | 32,810,000.00 | $ | 3,761,981.00 |
| FIRE-FIGHTING FOAM STORAGE TANK | 1 | $ | 690.00 | $ | 690.00 |
| METAL PNEUMATIC TANKS | 11 | $ | 15,400.00 | $ | 15,400.00 |
| INSTALLED BYPASS SECTION | 1 | $ | 230.00 | $ | 230.00 |
| DRY TYPE THREE-PHASE TRANSFORMER | 14 | $ | 1,229,200.00 | $ | 1,229,200.00 |
| **TOTALS** | **96** | **$** | **34,794,120.00** | **$** | **5,743,228.00** |

## 6    PERCENTAGE OF CONTRACT COMPLIANCE

The amount executed, including civil works, materials found without installation, electrical works, motor generators, and accessories, amounts to **USD 16,349,416.71,** which represents **16.45% progress** or contractual compliance, taking into account the contract amount of USD 99,400,000.00, as summarized in the following table:

| PROJECT COMPONENT | DESCRIPTION | | COST USD |
|---|---|---|---|
| | **DEGREE OF CONTRACTUAL COMPLIANCE** | | |
| 1 | CIVIL AND ELECTRICAL WORKS INCLUDING SURPLUS MATERIALS | | 10,606,188.71 |
| 2 | GENERATORS AND ACCESSORIES IN WAREHOUSES | | 5,743,228.00 |
| | | | |
| | | **TOTAL USD** | 16,349,416.71 |
| | | | |
| | CONTRACT AMOUNT: | USD | 99,400,000.00 |
| | AMOUNT EXECUTED: | USD | 16,349,416.71 |
| | COMPLIANCE: | % | 16.45 |



Telephone numbers:
0996 335 316 / 0985 880 732

Website
www.taxia.com.ec

Contact email
info@taxia.com.ec

**Taxia**
Confianza en valoracion

This is all I can state in good faith, except for any errors or involuntary omissions.

**We declare that:**

1. The expert opinion provided is accurate and technically sound.

2. We have not concealed any information that could affect the content of the report.

3. Our remuneration is not related to the outcome of the expert opinion.

Date of report:                                              September 3, 2025

Signatures of Responsibility



Jose´ Fernando Vintimilla V., Engineer
**Technical Director**
                                        **and Innovation**
S. Banks: -PA-2005-716
Judicial Council: 265970



Fan Alí Valverde V., Engineer
**Taxia**
                                        S. Banks: PVQ-2023-02415
                                        Judicial Council: 1838590
S. C: IRCVSQ-DRICAI-2024-00011883



**Telephone numbers:**        **Website**              **Contact email**
0996 335 316 / 0985 880 732    www.taxia.com.ec      info@taxia.com.ec

# Exhibit K

**From:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>
**Sent:** Monday, September 15, 2025 8:00 AM
**To:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Cc:** Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>; Lee, Melissa <Melissa.Lee@lakelandelectric.com>; Gonzalez Rios, Mizraim <mizraim.gonzalezrios@lakelandelectric.com>
**Subject:** RE: [External] RE: Authenticity of Document

Good morning Daniel,
We have now had an opportunity to review what you sent and look through the City's records and confirm that we have no record of transacting business with a company named Progen for a large project for the City.
The letter signed by Stephen Brown does not appear to be authentic.  If you need any additional information please let us know.
Thanks,
Ramona


**Ramona Sirianni**
**Deputy City Attorney**
**City Attorney's Office**
**City of Lakeland**
**p. 863.834.6010**
**f. 863.834.8204**
**facebook.com/lakelandgov**
**@lakelandgov**



**From:** pulecioboekd@gtlaw.com <pulecioboekd@gtlaw.com>
**Sent:** Friday, September 12, 2025 2:48 PM

1

**To:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>
**Cc:** Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>; Lee, Melissa <Melissa.Lee@lakelandelectric.com>; Gonzalez Rios, Mizraim <mizraim.gonzalezrios@lakelandelectric.com>
**Subject:** RE: [External] RE: Authenticity of Document

Ramona:

Thanks.

We appreciate it.

Daniel

**Daniel Pulecio-Boek**
Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street, NW | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography

 GreenbergTraurig

**From:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>
**Sent:** Friday, September 12, 2025 2:46 PM
**To:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Cc:** Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>; Lee, Melissa <Melissa.Lee@lakelandelectric.com>; Gonzalez Rios, Mizraim <mizraim.gonzalezrios@lakelandelectric.com>
**Subject:** RE: [External] RE: Authenticity of Document

**\*EXTERNAL TO GT\***

Good afternoon Daniel,

We are in receipt of your request and City staff is in the process of looking through all of our documents to see if the document is valid.

2

We will provide you with a response as soon as we've had a chance to review.

Thanks,
Ramona

**Ramona Sirianni**
**Deputy City Attorney**
**City Attorney's Office**
**City of Lakeland**
**p. 863.834.6010**
**f. 863.834.8204**
**facebook.com/lakelandgov**
**@lakelandgov**



**From:** pulecioboekd@gtlaw.com <pulecioboekd@gtlaw.com>
**Sent:** Friday, September 12, 2025 2:33 PM
**To:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>; Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>
**Subject:** [External] RE: Authenticity of Document
**Importance:** High

Dear All:

We are kindly following up on our email below.

Thank you,

Daniel

**Daniel Pulecio-Boek**
Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street, NW | Suite 1000 | Washington, D.C. 20037

T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Sent:** Thursday, September 11, 2025 9:32 AM
**To:** ramona.sirianni@lakelandgov.net; Michael.beckham@lakelandelectric.com; Scott.Bishop@lakelandelectric.com; Cindy.Clemmons@lakelandelectric.com
**Subject:** Authenticity of Document
**Importance:** High

Dear All:

Our firm represents CELEC, the national electric company of the government of Ecuador.

We are currently advising CELEC in connection with two contracts that CELEC signed in 2024 with a company called Progen Industries LLC.

When Progen submitted its bid to CELEC, it provided a document purportedly from Lakeland Electric showing that Progen had delivered on a large project for Lakeland.

The document is attached here.

We now have reasons to believe that Progen forged the document and that it never provided any services to Lakeland.

We would be grateful if you could please review the document and let us now whether it is authentic, whether Stephen Brown (who signed as "technical representative") actually signed it, and whether Progen ever delivered to Lakeland the project it described in the document.

Please let us know if you have any questions.

Thank you,

Daniel

**Daniel Pulecio-Boek**
Shareholder

Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street, NW | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography

 GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

\*\*\*\*\*WARNING: This is an email from an external sender. DO NOT click on links or attachments unless you know the content is safe. If you are unsure about an email, contact https://itservices.lakelandgov.net. \*\*\*\*\*

PUBLIC RECORDS NOTICE:

All e-mail sent to and received from the City of Lakeland, Florida, including e-mail addresses and content, are subject to the provisions of the Florida Public Records Law, Florida Statute Chapter 119, and may be subject to disclosure.

# Exhibit L

# Original

**Resource
Power Group** **RPG**

A division of Louisiana Machinery Co. LLC

México, Julio 22, 2024

**Para:** Lcdo. Lenin Daniel Barreto Zambrano:

**Asunto:** Solicitud de Aclaración sobre la Autenticidad y Soporte de Motores Ofrecidos por PROGEN.

Estimator Asambleista:

Respondiendo a su contacto con nuestra empresa con relación a los procesos de compra de unidades de generación termoeléctrica que están llevando a cabo tanto CELEC como EERSA tenemos a bien hacerle saber que como único representante de la marca EMD para el Ecuador hemos contactado a ambas entidades para hacer de su conocimiento nuestra postura ante los acercamientos e intenciones de PROGEN.

Para dar respuesta a sus interrogantes me permito citarlas en la presente carta:

1. ¿Está PROGEN relacionado, respaldado o autorizado por EMD para actuar como distribuidor de sus productos o en su nombre?
**Respuesta:** PROGEN no está relacionado, respaldado o autorizado por EMD para actuar como su distribuidor ni actuar en nombre de EMD.

2. ¿Está PROGEN relacionado, respaldado o autorizado por RPG para actuar en su nombre?
**Respuesta:** PROGEN no está relacionado, respaldado o autorizado por RPG para actuar en nombre de RPG.

3. ¿Está PROGEN autorizado por EMD o RPG para comercializar repuestos genuinos o piezas de repuesto para motores EMD?
**Respuesta:** PROGEN no está autorizado por EMD o RPG para comercializar repuestos genuinos o piezas de repuesto para motores EMD.

4. Los motores EMD están diseñados para funcionar con Diesel; por lo tanto, ¿la fábrica suministra repuestos para la operación con HFO? ¿Los motores EMD están certificados o diseñados para usar HFO? ¿Ustedes apoyan o garantizan la operación de los motores con este tipo de combustible?
**Respuesta:** Los motores EMD están diseñados para operar con combustible Diesel y mezclas de Bio Diesel sin embargo estas mezclas no incluyen ningún tipo de HFO o mezclas del mismo. Como está mencionado anteriormente los motores no cuentan con certificación de fábrica para operar con HFO por lo que RPG como distribuidor y representante de la fábrica EMD no certifica, garantiza o autoriza la operación de los motores EMD con HFO; toda vez que la operación con

**RPG Energy S. de R.L.** PanAmerica Corporate Center, Edifício 9121 Talleres 12&13 Panamá Pacífico Panamá, República de Panamá
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

      



A division of Louisiana Machinery Co. LLC

HFO no está certificada por el fabricante y que los equipos no están diseñados para operación con este tipo de combustible EMD no fábrica ni comercializa repuestos para operación con HFO.

5. ¿El modelo EMD 645 sigue siendo producido por la fábrica? Si no es así, por favor avisen cuándo se dejó de producir este modelo de motor.
**Respuesta:** Los motores EMD 645 en todas sus variantes (cantidad de cilindros) no están en producción en la fábrica de EMD para aplicaciones de generación eléctrica actualmente, fue reemplazado con el modelo EMD 715. El ultimo motor EMD 645 para generación eléctrica fue ensamblado por la fábrica en el año 2015.

Sin más por el momento agradecemos se nos contactara para aclarar estos puntos y quedamos a su entera disposición para futuras consultas.

Atentamente,

**Abraham Zambrano**
**Gerente General México & LATAM**
**Resource Power Group**
Edzna No.1 Col. Mundo Maya
Cd. del Carmen, Camp., México 24157
Office Phone:    52 1 938 111 85 17
abraham.zambrano@rpgmarine.com

**RPG Energy S. de R.L.** PanAmerica Corporate Center, Edifício 9121 Talleres 12&13 Panamá Pacífico Panamá, República de Panamá
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

     POWER PRODUCTS

# English Translation

**Resource Power Group** RPG

A division of Louisiana Machinery Co. LLC

Mexico, July 22, 2024

**To:** Lenin Daniel Barreto Zambrano, Esq.

**Subject:** Request for Clarification on the Authenticity and Support of Engines Offered by PROGEN.

Estimator Assembler:

In response to your contact with our company regarding the purchase of thermoelectric generation units being carried out by both CELEC and EERSA, we would like to inform you that, as the sole representative of the EMD brand in Ecuador, we have contacted both entities to inform them of our position regarding PROGEN's approaches and intentions.

In order to answer your questions, I would like to quote them in this letter:

1. Is PROGEN related to, endorsed by, or authorized by EMD to act as a distributor of its products or on its behalf?
**Answer:** PROGEN is not related to, endorsed by, or authorized by EMD to act as its distributor or on behalf of EMD.

2. Is PROGEN affiliated with, endorsed by, or authorized by RPG to act on its behalf? **Answer:** PROGEN is not affiliated with, endorsed by, or authorized by RPG to act on behalf of RPG.

3. Is PROGEN authorized by EMD or RPG to market genuine replacement parts or spare parts for EMD engines?
**Answer:** PROGEN is not authorized by EMD or RPG to market genuine replacement parts or spare parts for EMD engines.

4. EMD engines are designed to run on diesel fuel; therefore, does the factory supply spare parts for operation with HFO? Are EMD engines certified or designed to use HFO? Do you support or guarantee the operation of engines with this type of fuel?
**Answer:** EMD engines are designed to operate with diesel fuel and biodiesel blends; however, these blends do not include any type of HFO or HFO blends. As mentioned above, the engines are not factory certified to operate with HFO, so RPG, as a distributor and representative of the EMD factory, does not certify, guarantee, or authorize the operation of EMD engines with HFO, since operation with

RPG Energy S. de R.L. PanAmerica Corporate Center, Building 9121 Workshops 12C13 Panama Pacifico Panama, Republic of Panama
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

     

 

A division of Louisiana Machinery Co. LLC

HFO is not certified by the manufacturer and the equipment is not designed to operate with this type of fuel. EMD does not manufacture or sell spare parts for operation with HFO.

5. Is the EMD 645 model still being produced by the factory? If not, please advise when production of this engine model was discontinued.

**Answer:** EMD 645 engines in all their variants (number of cylinders) are not currently in production at the EMD factory for power generation applications; they have been replaced by the EMD 715 model. The last EMD 645 engine for power generation was assembled by the factory in 2015.

That is all for now. We appreciate you contacting us to clarify these points and remain at your disposal for any future inquiries.

Sincerely,

**Abraham Zambrano**
**General Manager Mexico G LATAM**
**Resource Power Group**
Edzna No.1 Col. Mundo Maya
Cd. del Carmen, Camp., Mexico 24157
Office Phone:     52 1 938 111 85 17
abraham.zambrano@rpgmarine.com

**RPG Energy S. de R.L.** PanAmerica Corporate Center, Building 9121 Workshops 12C13 Panama Pacifico Panama, Republic of Panama
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

     POWER PRODUCTS

# Exhibit M



# Purchase Order

**ProGen Industries, LLC**

600 Prairie Industrial Parkway
Mulberry, FL 33860
Phone: (863)943-6229

**Date:** 6/19/2024
**Purchase Order #:**
Rev1100-2089

**Vendor:** Apollo Electric Inc.
100 Riley Road
Houston, TX 77047
(713) 433-7272

**Ship to:** John Manning
ProGen Industries, LLC
600 Prairie Industrial Parkway
Mulberry, FL 33860
Phone: 863-943-6229

| Contact Person | Vendor Reference # | Shipping Method | Work Order | Terms | Estimated Delivery Date |
|---|---|---|---|---|---|
| Kerry White | 20029 | TBD | | Wire | - |

| Qty | Item # | Description | Unit Price | Availability | Line Total |
|---|---|---|---|---|---|
| 21 | | Used EMD model 20-710 Generator Sets as where is | $425,000.00 | In Stock | $8,925,000.00 |
| | | -Engine S/N: 06-G1-1002 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-K1-1027 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-H1-1008 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-F1-1026 w/ Baylor 4160 V | | | |
| | | Engine S/N: 06-G1-1018 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-F1-1017 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-K1-1015 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 07-H1-1040 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-J1-1030 w/ Baylor 4160V | | | |
| | | -Engine S/N: 07-A1-1003 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-MI-1007 w/ Baylor 4160V | | | |
| | | -Engine S/N: 07-E1-1052 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 07-A1-1025 w/ Baylor 4160 V | | | |
| | | -Engine S/N:06-G1-1025 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 09-J1-1001 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-J1-1012 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-F1-1010 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-F1-1015 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-FI-1008 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-G1-1011 w/ Kato 11.000 V | | | |
| | | -Engine S/N: 06-K1-1003 w/ Kato 11,000 V | | | |

| | |
|---|---|
| Subtotal | $ 8,925,000.00 |
| Tax | |
| Shipping | |
| Total | $ 8,925,000.00 |

**COMMENTS:**

**Serial Numbers of the (21) Used EMD model 20-710 Generator Sets**

Engine S/N: 06-G1-1002 w/ Baylor 4160 V

Engine S/N: 06-K1-1027 w/ Baylor 4160 V

Engine S/N: 06-H1-1008 w/ Baylor 4160 V

Engine S/N: 06-F1-1026 w/ Baylor 4160 V

Engine S/N: 06-G1-1018 w/ Baylor 4160 V

Engine S/N: 06-F1-1017 w/ Baylor 4160 V

Engine S/N: 06-K1-1015 w/ Baylor 4160 V

Engine S/N: 07-H1-1040 w/ Baylor 4160 V

Engine S/N: 06-J1-1030 w/ Baylor 4160V

Engine S/N: 07-A1-1003 w/ Baylor 4160 V

Engine S/N: 06-MI-1007 w/ Baylor 4160V

Engine S/N: 07-E1-1052 w/ Baylor 4160 V

Engine S/N: 07-A1-1025 w/ Baylor 4160 V

Engine S/N:06-G1-1025 w/ Baylor 4160 V

Engine S/N: 09-J1-1001 w/ Kato 11,000 V

Engine S/N: 09-J1-1012 w/ Kato 11,000 V

Engine S/N: 09-F1-1010 w/ Kato 11,000 V

Engine S/N: 09-F1-1015 w/ Kato 11,000 V

Engine S/N: 09-FI-1008 w/ Kato 11,000 V

Engine S/N: 09-G1-1011 w/ Kato 11.000 V

Engine S/N: 06-K1-1003 w/ Kato 11,000 V

**Signatures of Agreement**

**Purchaser** / Progen LLC

_____    Date: 07/19/24

John Manning

**Seller** / Apollo Electric

_____    Date: 7-20/24

Kerry White

# Proforma Invoice



APOLLO ELECTRIC, Inc.

P.O. Box 450527, Houston, Texas, 77245
100 Riley Road, Houston, Texas, 77047
Main: (713) 433-7272 Fax: (713) 433-7275
apolloelectric.net

| Date | Proforma Invoice # |
|---|---|
| 6-21-2024 | 20029 |

| Customer: |
|---|
| ProGen
600 Prairie Industrial Rd.
Mulberry, Florida 33860 |

| Qty | Description | Rate | Total |
|---|---|---|---|
| 21 | Used EMD model 20-710  Generator Sets
To be painted before shipment.

-Engine S/N: 06-G1-1002 w/ Baylor 4160 V Generator
-Engine S/N: 06-K1-1027 w/ Baylor 4160 V Generator
-Engine S/N: 06-H1-1008 w/ Baylor 4160 V Generator
-Engine S/N: 06-F1-1026 w/ Baylor 4160 V Generator
-Engine S/N: 06-G1-1018 w/ Baylor 4160 V Generator
-Engine S/N: 06-F1-1017 w/ Baylor 4160 V Generator
-Engine S/N: 06-K1-1015 w/ Baylor 4160 V Generator
-Engine S/N: 07-H1-1040 w/ Baylor 4160 V Generator
-Engine S/N: 06-J1-1030 w/ Baylor 4160 V Generator
-Engine S/N: 07-A1-1003 w/ Baylor 4160 V Generator
-Engine S/N: 06-M1-1007 w/ Baylor 4160 V Generator
-Engine S/N: 07-E1-1052 w/ Baylor 4160 V Generator
-Engine S/N: 07-A1-1025 w/ Baylor 4160 V Generator

-Engine S/N: 09-J1-1001  w/ Kato 11,000 V Generator
-Engine S/N: 09-J1-1012 w/ Kato 11,000 V Generator
-Engine S/N: 09-F1-1010 w/ Kato 11,000 V Generator
-Engine S/N: 09-F1-1015 w/ Kato 11,000 V Generator
-Engine S/N: 09-F1-1008  w/ Kato 11,000 V Generator
-Engine S/N: 09-G1-1011 w/ Kato 11,000 V Generator
-Engine S/N: 06-K1-1003 w/ Kato 11,000 V Generator | $425,000.00 | $8,925,000 |

| | | | |
|---|---|---|---|
| Void after 30 days | | **Subtotal** | $8,925,000 |
| | | **Sales Tax (6.25%)** | |
| | | **Total** | $8,925,000 |

# Equipment Purchase Agreement

**Seller:**       Apollo Electric
**Purchaser:**    Progen LLC

Seller (Apollo Electric) agrees to sell the following list equipment to Purchaser, Progen LLC, and Purchaser Agrees to purchase the equipment under the following terms and conditions as described in this agreement:

Progen agrees to purchase a total of (21) used EMD 20/710 Generator Sets in as is where is condition located at Apollo Electric Houston Texas in consideration of the following terms of purchase.

a.  Progen has issued revise a PO to Apollo Electric for 21 EMD/710 Generator sets for the amount of $ 8,975,000.00, as Exhibit 1.

b.  Apollo shall have NO responsibility to clean up, paint or finish assemble any of the units or shop loose equipment included with each generator set, including any accessories.

c.  Apollo will not be required to install any alternators on any of the units they are currently removed from.

d.  Progen will pay for all units prior to shipping by August 5th.

e.  The limit of Apollo' Electric's responsibility to the sale of the 21 units to Progen is to strictly limited to the supply of the generator sets and ship loose equipment in as is where is condition.

f.  Progen will at its own cost, clean up and or paint the units in the shop at Apollo.

g.  Progen nor any of its assigns shall have no claim of ownership or right of ownership or any interest what so ever in any of the equipment that Progen cleans and paints prior to full payment.

h.  Progen will not remove any parts or pieces currently mounted on any unit prior to full payment.

i.  Progen will at its own cost send its crew to Houston to perform the work required to clean and paint the units. Apollo can as desired provide any amount of labor to assist in the cleanup work billed to Progen at Apollos labor rates.

j.  Progen will provide its own compressed air at the shop.

k.  Progen will upon request of Apollo immediately stop and delay the Progen work tasks required for cleanup of the equipment if Apollo needs the work stoppage for any reason.

l.  Progen will only clean up the generator sets and will not clean up any ship loose items such as accessory racks or rack items or filter housings etc prior to full payment.

m.  Progen will not assemble or mount any loose alternators on any unit during this work prior to payment for each generator sets.

n.  Work to clean up the units will not extend past to 10 days.

o.  The sale of each unit will include the supply of the following ship loose (if not attached) items,
    1.  Air Filter Housing → 9   KW
    2.  Air starters
    3.  Turbo to round exhaust transition 18 KW
    4.  Exhaust flex joints 10 KU
    5.  Accessory rack

p.  Upon full payment, Apollo will assist Progen to load out all generator sets and ship loose items onto the Progen trucks.

q.  Upong full payment, Apollo will assist Progen in locating and moving all loose accessory items that are included with each generator set to a location to be cleaned up packaged.

Progen will have qualified personnel and management at the site to conduct the work in accordance with Apolo instructions and policies and procedures for safety will be strictly managed,

Progen will maintain its workmans comp and liability insurance policies for all personnel present or working at the site.

Progen agrees that Apollo accepts no liabilities what so ever associated with the work being performed by Progen including any claims of any kind what so ever including any injury to any Progen personnel involved in the work at the Apollo Facility or any costs or damages what so ever.