UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CELEC EP,

       Plaintiff,

v.                                    Case No. 8:24-cv-2867-VMC-SPF

PROGEN INDUSTRIES, LLC;
GENERTEK POWER CORP.;
GENERTEK POWER INDUSTRIES, LLC;
JOHN B. MANNING; W. WADE
MANNING; ANDREW S. WILLIAMSON;
ASTROBRYXCA, S.A.; AP INSPECTIONS
LATINOAMERICA, S.A.;
A.P. INSPECTIONS LLC; and
DOES 1-99,

       Defendants.

_____/

PROGEN INDUSTRIES, LLC,

       Counter-Plaintiff,

v.

CELEC EP,

       Counter-Defendant.

_____/

## ORDER

    Three motions are before the Court: (1) Defendants Progen Industries, LLC, Genertek Power Corp., Genertek Power Industries, LLC, John B. Manning, W. Wade Manning, and Andrew S. Williamson's ("Progen Defendants") Motion for Protective Order (Doc. 67, Supplements at Docs. 75 and 85); Defendant Astrobryxca, S.A.'s Motion for Protective Order and Modification of Case Management Order (Doc. 73, Reply at Doc. 86); and (3) Progen

Defendants' Motion for Protective Order Regarding Notice of Intent to Serve Subpoenas on Twenty-Four Non-Parties (Doc. 97). The motions are opposed (Docs. 70, 76, 80, 105, 109). The Court held a hearing on the motions on May 7, 2026.

For the reasons stated at the hearing, the Court **ORDERS**:

(1) Progen Defendants' Motions for Protective Order (Docs. 67, 97) are **DENIED**. Progen Defendants have not demonstrated good cause for the protective orders under Rule 26(c). The discovery Plaintiff seeks through the non-party subpoenas at issue is relevant and proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b).

(2) Astrobryxca's Motion for Protective Order and Modification of Case Management Order (Doc. 73) is **DENIED as moot** as to Astrobryxca's request to modify the Case Management Order to extend its deadline to amend pleadings. As agreed by the parties, Astrobryxca's motion is **GRANTED** to the extent that Astrobryxca's responses to Plaintiff's discovery requests are stayed until the earlier of June 5, 2026, or the District Judge's ruling on Astrobryxca's Motion to Compel Arbitration (Doc. 78). The parties are directed to confer regarding appropriate safeguards for potential witnesses during discovery, with the goal of presenting the Court with a stipulated protective order, if necessary, after the expiration of this protective order.

**ORDERED** in Tampa, Florida, on May 7, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

3