# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CELEC EP,

     Plaintiff,

v.                                                                Case No. 8:25-cv-3433-WFJ-SPF

PROGEN INDUSTRIES, LLC;
GENERTEK POWER CORP.;
GENERTEK POWER INDUSTRIES,
LLC; JOHN B. MANNING; W. WADE
MANNING; ANDREW S.
WILLIAMSON; ASTROBRYXA, S.A.;
AP INSPECTIONS
LATINOAMERICA, S.A.; A.P.
INSPECTIONS LLC; and DOES 1-99,

     Defendants.

_____

PROGEN INDUSTRIES, LLC,

     Counter-Plaintiff,

v.

CELEC EP,

     Counter-Defendant;

_____/

## PROGEN DEFENDANTS' RESPONSE TO THE SHOW CAUSE ORDER

On May 18, 2026, Magistrate Judge Flynn ordered (Doc. 117) the Progen Defendants to "show cause why the temporary seal as to Doc. 109 should not be lifted." The Progen Defendants have no objection to lifting the seal protecting Exhibit D. However, the seal protecting Exhibit B should not be lifted because

Exhibit B contains information protected by Rule 5.2, Federal Rules of Civil Procedure. The Progen Defendants request that the Court order the clerk to strike Exhibit B, delete the image, and order the Plaintiff to re-submit Exhibit B in accordance with Rule 5.2.

## LOCAL RULE 3.01(g) CERTIFICATION

In accordance with Local Rule 3.01(g), the Progen Defendants' counsel conferred with the Plaintiff's counsel on May 27, 2026, and the Plaintiff's counsel agrees to redact Exhibit B.

Dated: May 28, 2026

Respectfully submitted,

/s/ Adolfo E. Jimenez

Adolfo E. Jiménez
Florida Bar No. 869295
Email: Adolfo.Jimenez@hklaw.com
Gabriella A. Lanzas
Florida Bar No. 1059806
Email: Gabriella.Lanzas@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

and

Jason H. Baruch
Florida Bar No. 10280
Jason.baruch@hklaw.com
Anne Colbert
Florida Bar No. 1026226
anne.colbert@hklaw.com
HOLLAND & KNIGHT LLP

2

100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500
Facsimile: (813) 229-0134 (fax)

*Attorneys for Defendants Progen
Industries, LLC; Genertek Power Corp.;
Genertek Power Industries, LLC; John B.
Manning; W. Wade Manning; and
Andrew S. Williamson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2026, by filing this document in the

CM/ECF system, I electronically caused service to be made by electronic mail on

all counsel of record.

/s/  *Adolfo E. Jiménez*
Adolfo E. Jiménez

3