# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CELEC EP,

        Plaintiff,

v.

PROGEN INDUSTRIES, LLC; GENERTEK POWER CORP.; GENERTEK POWER INDUSTRIES, LLC; JOHN B. MANNING; W. WADE MANNING; ANDREW S. WILLIAMSON; ASTROBRYXA, S.A.; AP INSPECTIONS LATINOAMERICA, S.A.; A.P. INSPECTIONS LLC; and DOES 1-99,

        Defendants.

Case No. 8:25-cv-03433

Judge Jung

## PLAINTIFF CELEC'S NOTICE OF FILING EXHIBIT B IN SUPPORT OF ITS EXPEDITED RESPONSE [D.E. 105]

Plaintiff CELEC EP ("CELEC"), by and through undersigned counsel, and pursuant to this Court's Order [D.E. 126], hereby files Exhibit B to its Expedited Response in Opposition to the Progen Defendants' Motion for Protective Order [D.E. 105].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2026, I electronically filed the foregoing **Plaintiff CELEC's Notice of Filing Exhibit B Support of its Expedited Response [D.E. 105]** with the Clerk of the Court via the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ *Courtney M. Keller*
   Courtney M. Keller, Esquire
   Florida Bar No. 28668
   Meredith P. Yates, Esquire
   Florida Bar No. 1058373

   **GREENBERG TRAURIG, P.A.**
   450 South Orange Avenue, Suite 650
   Orlando, Florida 32801
   Telephone: (407) 420-1000
   Facsimile: (407) 420-5909
   Email:  kellerc@gtlaw.com
        Meredith.yates@gtlaw.com
        Nef-iws@gtlaw.com
        ORLLitDock@gtlaw.com

   Daniel Pulecio-Boek, Esquire
   (admitted *pro hac vice*)
   Michael Pusateri, Esquire
   (admitted *pro hac vice*)

   **GREENBERG TRAURIG, P.A.**
   2101 L Street, N.W., Suite 1000
   Washington, D.C. 20037
   Telephone: (202) 331-3117
   Email:  pulecioboekd@gtlaw.com
        pusaterim@gtlaw.com

   *Counsel for Plaintiff*

ACTIVE 724639392v1

2