Sales and Service  A6B06883-7E40-0140-AB80-45D370C7B0BD | A | 4 |  SIGNATURE REQUIRED



# REGIONS

## Account Package
### (Non-Personal Checking/Savings Services)

| | | |
|---|---|---|
| FLORIDA | SOUTH LAKELAND | 00071 |
| STATE | BRANCH NAME | BRANCH NO. |

PROGEN INDUSTRIES LLC  LLC - BUSINESS  ████
CUSTOMER NAME                    RELATIONSHIP

600 PRAIRIE INDUSTIRAL PKWY   MULBERRY FL 33860
CUSTOMER ADDRESS

AW@Progen1.com                                    aw@progen1.com
CUSTOMER E-MAIL ADDRESS(ES)

(727)512-7545        SECOND PHONE(TELEPHONE)    06/18/2024    D6BC1    071MG
PRIMARY PHONE                                   OPEN DATE    OPENED BY    OFFICER NUMBER

Please check appropriate box:  ☐ Individual/Sole Proprietor  ☐ Corporation  ☐ Partnership  ☒ Other  LLC - BUSINESS

If this account is a proprietorship or partnership account, each person signing below, whether in writing or by use of an electronic signature: (a) authorizes Regions Bank (the "Bank") to open the account noted below in the name of the proprietorship/partnership listed on this application for the account; (b) agrees to be bound by the terms of the Bank's Deposit Agreement and pricing schedule as now in force and as amended from time to time hereafter, related to the account noted below; and (c) acknowledges receipt of a copy of the applicable Deposit Agreement now in force.

If this is a partnership account, it is also agreed that: (a) each of the persons signing below, whether in writing or by use of an electronic signature, is a general and not a limited partner, unless otherwise noted on this form and other documents which may be required, and that there are no other partners; (b) each signator indicated below has full authority to represent, sign for, and bind the partnership; and (c) the authority of each partner, unless otherwise indicated, shall be binding upon the partnership and every member thereof, notwithstanding any death, dissolution, or other circumstances until written notice of revocation of such authority from one of them shall have been received by the Bank.

If this account is a corporation or organization account, it is agreed that the Certified copy of Resolution of the Board of Directors shall be a part of the applicable deposit agreement for the account noted below. By signing below, whether in writing or by use of an electronic signature, the authorized signators for such an account: (a) agree that the corporation or organization shall be bound by the terms of the Bank's Deposit Agreement and pricing schedule as now in force and as amended from time to time hereafter, related to the account noted below; and (b) acknowledge receipt of a copy of the applicable Deposit Agreement now in force.

If this account is established by a Limited Liability Company (LLC) it is agreed that: (a) the party or parties named below serve as a manager or member of the LLC or have been expressly appointed in writing by a manager or member of the LLC to handle banking transactions for the LLC; (b) each party has full authority to represent, sign for and bind the LLC; (c) the authority of each person so named shall continue until written notice of revocation of such authority in form and content satisfactory to the Bank shall have been received by the Bank and (d) the LLC acknowledges receipt of and agrees to be bound by the Bank's Deposit Agreement and pricing schedules as are now in force and as may be amended from time to time in the future.

If this account is a Public Funds Account held by a public entity, it is also agreed that each of the persons signing below, whether in writing or by use of an electronic signature, has been authorized by the public entity to act for it in opening this account and in making the following representations: (a) the public entity agrees to be bound by the Deposit Agreement of the Bank in relation to the Regions Public Funds Account as now in force and as they may be amended from time to time hereafter and hereby acknowledges receipt of a copy of the applicable rules as now in force; and (b) the public entity hereby certifies: (i) that its funds are derived solely from tax dollars and (ii) that it is a governmental entity or an organization not operated for profit and operated primarily for educational or other similar purposes.

The Bank is authorized to pay checks, drafts, notes or other orders of withdrawal, or to receive the same for credit of, or in payment from the payee, or any other legal holder when so signed, without inquiry into the circumstances of issue or the disposition of their proceeds, whether drawn to the individual order or tendered in payment of individual obligations of the person(s) signing below or otherwise. The Bank is authorized to supply any endorsement for the proprietorship/ partnership/ corporation/ organization/ public entity on any check or other instrument tendered for deposit to this account and it is hereby relieved of any liability in connection with collection of such items which are handled by it without negligence and it shall not be liable for the acts of its agents, sub-agents or others or for any casualty. Any amount not collected on items deposited to this account may be charged back to this account, including expenses incurred, and any other outside expense incurred on account of this account, including reasonable attorneys' fees, maybe charged to it. All operating fees not collected may also be charged back to this account or, if grouped, the account to charge.

**Certification:**  By signing below, in writing or by use of an electronic signature, I certify, under penalties of perjury, that: (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, (3) I am a U.S. person (including U.S. resident alien) as defined in the full instructions of the W-9. If I am not a U.S citizen or resident, I agree to provide Form W-8, and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. Exemption from FATCA reporting code (if any) _____ (Applies to accounts maintained outside the U.S.)

**NOTE:** You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

### Thank you for banking with Regions!

*This signature card supersedes and replaces any and all previous signature cards for this account. However, the Bank shall have a reasonable opportunity to act upon this signature card and shall not be liable for any action it takes in good faith and through the exercise of ordinary care on the basis of information contained in previous signature cards for this account. This signature card may not be altered, modified or amended by customer in any way without the Bank's express written agreement signed by an authorized officer of the Bank. Any attempt by customer to alter, modify or amend this signature card without the Bank's express written agreement signed by an authorized officer of the Bank shall be void and shall have no legal effect.*

By signing below, whether in writing or by use of an electronic signature, I acknowledge receiving and agree to each and every term, condition, and provision of the Deposit Agreement (including, without limitation, the ARBITRATION AND WAIVER OF JURY TRIAL provisions thereof and the provisions for changing the terms thereof) and related disclosures for this account. Each person executing this instrument acknowledges and agrees that Regions Bank may disclose any information provided by such person to Regions Bank in connection with the use and maintenance of this account to any other person named as an owner or authorized signer on this account from time to time.

Form 52101xx
Rev 01/2024

Distribution:  Original – CMI Operations
Copy - Customer

CONFIDENITAL

Sales and Service

**SIGNATURE REQUIRED**

Signature Card

| Account Description and Mailing Address | PROGEN INDUSTRIES LLC<br><br>600 PRAIRIE INDUSTIRAL PARKWAY<br>MULBERRY FL 33860 | ▮<br>Account Number<br><br>DA    252 - ADVANTAGE BUSINESS CHECKING<br>Account Type |
|---|---|---|

| Written or Electronic Signature | Date | Type or Print Name |
|---|---|---|
|  |  | ANDREW WILLIAMSON |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form 52101xx
Rev 01/2024

Distribution:   Original – CMI Operations
               Copy - Customer

CONFIDENITAL

Sales and Service

SIGNATURE REQUIRED

Form 52101xx
Rev 01/2024

Distribution:    Original – CMI Operations
Capy - Customer

CONFIDENITAL

Sales and Service

SIGNATURE REQUIRED

## CUSTOMER IDENTIFICATION PROGRAM
## IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING AN ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means to you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you.  We may also ask to see your driver's license or other identifying documents.

Form 52101xx
Rev 01/2024



Distribution:      Original – CMI Operations
                   Copy - Customer