# Exhibit A



October 24, 2019

## CERTIFICATE

This Service Delivery Certificate Order No. LE-0018-19 in favor of **PROGEN INDUSTRIES LLC** is issued for the implementation of a 55 MW shore power solution, including design, construction, installation, commissioning, start-up, and technical assistance. The service order detailed below must be completed within the time frame established.

| DESCRIPTION | PERIOD | AMOUNT |
|---|---|---|
| Turnkey EPC services for the supply and installation of a 55 MW base load power plant in Lakeland Electric Utility Power Plant Project to supply power to the local utility company; packaged (20) MPU 2500/2750 power modules and delivered and installed and storage. | 6 months | $ 52,500,000.00 |

**Detail of works performed:**
- Implement the stationary terrestrial electric power solution according to the technical studies presented, designed and adapted for intensive operation.
- Design, build the civil works required to install the generator sets and all auxiliary equipment.
- Supply, mobilize, install, install, test, put into operation and provide support in the area of operation.

I certify that this is true and accurate for the purposes of the relevant legislation.

Sincerely,

**Stephen Brown**
**Technical Representative**
**LAKELAND ELECTRIC**

WILLIAMSO N ANDREW SCOOT

Firmado digitalmente por WILLIAMSON ANDREW SCOOT
Fecha: 2024.07.09 06:35:46 -05'00'

Lakeland Electric
501 East Lemon Street
Lakeland, FL
Fono: +1 863-834-9535
e-mail: customerservice@lakelandelectric.com