# Exhibit C

```
28/01/25-10:40:03          ACKPDFSERINTER-9767-169748                  1
```

```
--------------------- Instance Type and Transmission ---------------
  Notification (Transmission) of Original sent to SWIFT (ACK)
  Network Delivery Status  : Network Ack
  Priority/Delivery        : Normal
  Message Input Reference  : 1039 250128BCENECEQA1003733844069
--------------------------- Message Header ------------------------
  Swift Input  : FIN 103 Transfcia fondos de cliente
  Sender   : BCENECEQ100
              BANCO CENTRAL DEL ECUADOR
              QUITO EC
  Receiver : FLARCOBBXXX
              FONDO LATINOAMERICANO DE RESERVAS
              BOGOTA CO
  UETR : fcadaf5b-4562-465b-a0aa-98e5163861c6
--------------------------- Message Text ---------------------------
   20: Referencia del remitente
       GS-01-7502500439
   23B: Codigo sta operacion bancaria
       CRED
   32A: Fcha val/mnda/impte lqdcion intb
       Date              : 28 January 2025
       Currency          : USD (US DOLLAR)
       Amount            :              #6.958.000,00#
   33B: Moneda/importe ordenado
       Currency          : USD (US DOLLAR)
       Amount            :              #6.958.000,00#
   50F: Cliente ordenante - TD
       /231305-01011218590000
       1/CORP.ELECT. DEL ECUADOR (C.E.L.
       1/E.C. EP)
       2/AV. 6 DE DICIEMBRE N26-235
       3/EC/QUITO
   53B: Corresponsal del remitente-Lugar
       /101602
   57A: Entidad deptaria de la cta - FI BIC
       UPNBUS44
       REGIONS BANK
       BIRMINGHAM,AL   US
   59F: Cliente beneficiario-Num/Nom/Dir
       /0354557917
       1/PROGEN INDUSTRIES LLC
       2/600 PRAIRIE INDUSTRIAL BLVD
       3/US
   70: Descripcion de la remesa
       PAGO 14 POR CIENTO HITO 1 CONTRATO
       0067 2024 Y CONTRATO 0001 2025 OP 4
       30943 ENERO24 2025
   71A: Especificacion de gastos
       OUR
```

```
06/02/25-10:43:24          ACKPDFSERINTER-0039-170019              1


---------------------- Instance Type and Transmission ----------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1043 250206BCENECEQA1003752844742
------------------------- Message Header ----------------------------
Swift Input  : FIN 103 Transfcia fondos de cliente
Sender   : BCENECEQ100
             BANCO CENTRAL DEL ECUADOR
             QUITO EC
Receiver : FLARCOBBXXX
             FONDO LATINOAMERICANO DE RESERVAS
             BOGOTA CO
UETR : 39a186be-456a-49e8-a33b-98e5163861c6
------------------------- Message Text ------------------------------
  20: Referencia del remitente
      GS-01-7502500723
  23B: Codigo sta operacion bancaria
       CRED
  32A: Fcha val/mnda/impte lqdcion intb
       Date             : 06 February 2025
       Currency         : USD (US DOLLAR)
       Amount           :            #6.958.000,00#
  33B: Moneda/importe ordenado
       Currency         : USD (US DOLLAR)
       Amount           :            #6.958.000,00#
  50F: Cliente ordenante - ID
       /231305-01011218590000
       1/CORP.ELECT. DEL ECUADOR (C.E.L.
       1/E.C. EP)
       2/AV. 6 DE DICIEMBRE N26-235
       3/RC/QUITO
  53B: Corresponsal del remitente-Lugar
       /101602
  57A: Entidad deptaria de la cta - FI BIC
       UPNBUS44
       REGIONS BANK
       BIRMINGHAM,AL  US
  59F: Cliente beneficiario-Num/Nom/Dir
       /0354557917
       1/PROGEN INDUSTRIES LLC
       2/600 PRAIRIE INDUSTRIAL BLVD
       3/US
  70: Descripcion de la remesa
      PROGEN INDUSTRIES LLC CONTRATACION
      EMERGENTE DE GENERACION TERRESTRE E
      N QUEVEDO TPI CON 0067 24 LOTE B
  71A: Especificacion de gastos
       OUR
```

```
14/02/25-10:45:12        ACKPDFSERINTER-0449-170429              1
                    ------------------- Instance Type and Transmission --------------
                    Notification (Transmission) of Original sent to SWIFT (ACK)
                    Network Delivery Status  : Network Ack
                    Priority/Delivery        : Normal
                    Message Input Reference  : 1044 250214BCENECEQA1003764845506
                    ------------------------ Message Header ------------------------
                    Swift Input  : FIN 103 Transfcia fondos de cliente
                    Sender   : BCENECEQ100
                             BANCO CENTRAL DEL ECUADOR
                             QUITO EC
                    Receiver : FLARCOBBXXX
                             FONDO LATINOAMERICANO DE RESERVAS
                             BOGOTA CO
                    UETR : eb33bfb9-5432-4b15-8ac4-98e5163861c6
                    ------------------------ Message Text ----------------------------
                     20: Referencia del remitente
                         GS-01-7502501124
                    23B: Codigo sta operacion bancaria
                         CRED
                    32A: Fcha val/mnda/impte lqdcion intb
                         Date            : 14 February 2025
                         Currency        : USD (US DOLLAR)
                         Amount          :           #6.958.000,00#
                    33B: Moneda/importe ordenado
                         Currency        : USD (US DOLLAR)
                         Amount          :           #6.958.000,00#
                    50F: Cliente ordenante - ID
                         /231305-01011218590000
                         1/CORP.ELECT. DEL ECUADOR (C.E.L.
                         1/E.C. EP)
                         2/AV. 6 DE DICIEMBRE N26-235
                         3/EC/QUITO
                    53B: Corresponsal del remitente-Lugar
                         /101602
                    57A: Entidad deptaria de la cta - FI BIC
                         UPNBUS44
                         REGIONS BANK
                         BIRMINGHAM,AL  US
                    59F: Cliente beneficiario-Num/Nom/Dir
                         /0354557917
                         1/PROGEN INDUSTRIES LLC
                         2/600 PRAIRIE INDUSTRIAL BLVD
                         3/US
                     70: Descripcion de la remesa
                         LOTE C PROGEN QUEVEDO CONTRATO TPI
                         CON 0067 24  4 GENERADORES
                    71A: Especificacion de gastos
                         OUR
```

```
20/02/25-11:15:58          ACKPDFSERINTER-0550-170530                1

                  -------------------- Instance Type and Transmission --------
                  Notification (Transmission) of Original sent to SWIFT (ACK)
                  Network Delivery Status   : Network Ack
                  Priority/Delivery         : Normal
                  Message Input Reference   : 1115 250220BCENECEQA1003773845808
                  ------------------------------- Message Header ------------------------------
                  Swift Input  : FIN 103 Transfcia fondos de cliente
                  Sender   : BCENECEQ100
                            BANCO CENTRAL DEL ECUADOR
                            QUITO EC
                  Receiver : FLARCOBBXXX
                            FONDO LATINOAMERICANO DE RESERVAS
                            BOGOTA CO
                  UETR : 9e4908d7-be2b-4598-a7c3-98e5163861c6
                  ------------------------------- Message Text -------------------------------
                   20: Referencia del remitente
                       GS-01-7502501209
                   23B: Codigo sta operacion bancaria
                        CRED
                   32A: Fcha val/nnda/impte lgdcion intb
                        Date          : 20 February 2025
                        Currency      : USD [US DOLLAR]
                        Amount        :           #6.958.000,00#
                   33B: Moneda/importe ordenado
                        Currency      : USD [US DOLLAR]
                        Amount        :           #6.958.000,00#
                   50F: Cliente ordenante - ID
                        /231305-01011218590000
                        1/CORP.ELECT. DEL ECUADOR (C.E.L.
                        1/E.C. EP]
                        2/AV. 6 DE DICIEMBRE N26-235
                        3/EC/QUITO
                   53B: Corresponsal del remitente-Lugar
                        /101602
                   57A: Entidad deptaria de la cla - FI BIC
                        UPNBUS44
                        REGIONS BANK
                        BIRMINGHAM,AL  US
                   59F: Cliente beneficiario-Num/Nom/Dir
                        /0354557917
                        1/PROGEN INDUSTRIES LLC
                        2/600 PRAIRIE INDUSTRIAL BLVD
                        3/US
                    70: Descripcion de la remesa
                        LOTE D 4TO PAGO 4 GENERADORES PROGE
                        N QUEV
                   71A: Especificacion de gastos
                        OUR
```

```
07/03/25-12:48:43          ACKPDFSERINTER-1236-171208                    1

      -------------------- Instance Type and Transmission --------------
      Notification (Transmission) of Original sent to SWIFT (ACK)
      Network Delivery Status  : Network Ack
      Priority/Delivery        : Normal
      Message Input Reference  : 1248 250307BCENECEQA1003795846930
      ----------------------- Message Header -----------------------------
      Swift Input   : FIN 103 Transfcia fondos de cliente
      Sender   : BCENECEQ100
                 BANCO CENTRAL DEL ECUADOR
                 QUITO EC
      Receiver : FLARCOBBXXX
                 FONDO LATINOAMERICANO DE RESERVAS
                 BOGOTA CO
      UETR : 156e8741-72ba-4dfd-9ed8-98e5163861c6
      ------------------------- Message Text ---------------------------
       20: Referencia del remitente
           GS-01-7502501858
      23B: Codigo sta operacion bancaria
           CRED
      32A: Fcha val/munda/impte lqdcion intb
           Date          : 07 March 2025
           Currency      : USD (US DOLLAR)
           Amount        :            #6.958.000,00#
      33B: Moneda/importe ordenado
           Currency      : USD (US DOLLAR)
           Amount        :            #6.958.000,00#
      50F: Cliente ordenante - ID
           /231305-01011218590000
           1/CORP.ELECT. DEL ECUADOR (C.E.L.
           1/E.C. EP)
           2/AV. 6 DE DICIEMBRE N26-235
           3/EC/QUITO
      53B: Corresponsal del remitente-Lugar
           /101602
      57A: Entidad deplaria de la cta - FI BIC
           UPNBUS44
           REGIONS BANK
           BIRMINGHAM,AL  US
      59F: Cliente beneficiario-Num/Nom/Dir
           /0354557917
           1/PROGEN INDUSTRIES LLC
           2/600 PRAIRIE INDUSTRIAL BLVD
           3/US
       70: Descripcion de la remesa
           PROGEN QUEVEDO LOTE E CONTRATO TPI
           CON 0067 24
      71A: Especificacion de gastos
           OUR
      -------------------------- Message Trailer -------------------------
```