# Exhibit D



**Date:** 20-03-19

## CERTIFICATE

| Customer |
|---|
| **Company Name:** Megawatt Power Holdings Limited<br>**Reg.:** C51612<br>**Address:** Megawatt Power Holdings Limited 2nd Floor, Tower Business Centre, SWatar, BKR 4013, Malta<br>**Telephone:** 356.2384.6719<br>**Email:** info@megawattholdings.com |

| Supplier |
|---|
| **Company Name: PROGEN INDUSTRIES LLC**<br>**Reg.:** M17000002840<br>**Address:** 600 Prairie Industrial Parkway, Mulberry FL 33860<br>**Telephone:** 863.943.6229<br>**Email:** hs@progen1.com |

This certificate of performance of service order No. MW-0015-20 is issued for the implementation of a 100 MW ground power solution, including design, construction, installation, commissioning, start-up, and technical assistance of the service order detailed below within the established time frame, 12 months from the date of purchase.

| Description of Service | Unit Price |
|---|---|
| Turnkey EPC services for the supply and installation of a 100 MW base load power plant in the Middle East (Yemen) to supply power to the local utility company; packaged (40) MPU 2500/2750 power modules and delivered and installed the HFO/LFO fuel treatment and storage. | $119′000.000,00 |

**Tommas Cardona**
**Technical Representative**
**Megawatt Power Holdings Limited**



**Date:** 13-03-18
**Service Order No:** MW -0015-20

| Customer |
|---|
| **Company Name:** Megawatt Power Holdings Limited<br>**Reg.:** C51612<br>**Address:** Megawatt Power Holdings Limited 2nd Floor, Tower Business Centre, SWatar, BKR 4013, Malta<br>**Telephone:** 356.2384.6719<br>**Email:** info@megawattholdings.com |

| Supplier |
|---|
| **Company Name: PROGEN INDUSTRIES LLC**<br>**Reg.:** M17000002840<br>**Address:** 600 Prairie Industrial Parkway, Mulberry FL 33860<br>**Telephone:** 863.943.6229<br>**Email:** hs@progen1.com |

| Description of Service | Unit Price |
|---|---|
| Turnkey EPC services for the supply and installation of a 100 MW base load power plant. in the Middle East (Yemen) to supply power to the local utility company; packaged (40) MPU 2500/2750 power modules and delivered and installed the HFO/LFO fuel treatment and storage. | $119'000.000,00 |

**Total    $119'000.000,00**

Tommas Cardona
**Technical Representative**
**Megawatt Power Holdings Limited**