# Exhibit D.1



Pacific Gas & Electric Building
77   Beale St. United States
San Francisco, California

"CERTIFICACIÓN DE DOCUMENTO MATERIALIZADO"

November 26, 2018

## CERTIFICATE

This Service Delivery Certificate in favor of PROGEN INDUSTRIES LLC is issued for the implementation of a 66 MW shore power solution, including design, construction, installation, commissioning, start-up, and technical assistance. The service order detailed below must be completed within the time frame established.

**Service Order:** PG 00274

**Contract Purpose:** Turnkey EPC Services for the Multi-Site Power Plant Installation Project in Chile for the supply and installation of (24) MPU 2500/2750 mobile power modules to PG&E that were installed at various remote points along the main power distribution grid in Chile to increase voltage and frequency, capacity and power quality.

The contract amount was $49,400,000.00, with a 120-day execution period. The contract was completed.

Atentamente

**Stewart Taylor**
**Technical Representative**
**Pacific Gas & Electric Building**

WILLIAMSO N ANDREW SCOOT
Firmado digitalmente por WILLIAMSON ANDREW SCOOT
Fecha: 2024.07.10 06:44:07 -05'00'

Page 1 de 1