# Exhibit D.2

## CERTIFICATE OF SERVICE ORDER No. DS-0012-PR

In my capacity as Technical Representative of Discovery Silvery, I certify that PROGEN INDUSTRIES LLC is issued for the implementation of a 22.5 MW shore power solution, including design, construction, installation, commissioning, start-up, and technical assistance. The service order detailed below must be completed within the time frame established.

| | |
|---|---|
| **Contractual object:** | Boseto Copper Mine Botswana Project<br>Turnkey Supply and Installation (20) 2500/2750kW Generators, packaged and installed this 22.5 MW base load power station 125 KM from Maun, Botswana. |
| **Date of service order:** | March 27, 2019 |
| **Contract price:** | $ 21,000,000.00 |
| **Contract performance period:** | 120 days |
| **Status of contractual performance:** | Completed |

Best,

**Liam Miller**
**Technical Representative**
**DISCOVERY SILVERY**

WILLIAMSO Firmado
N ANDREW digitalmente por
SCOOT WILLIAMSON
ANDREW SCOOT
Fecha: 2024.07.10
08:44:41 -05'00'

Toronto, ON
Canada, M5J 2H7
Fono: +1 (747) 724-7414