# Exhibit F

```
01/10/24-09:13:52          ACKPDFSERINTER-4726-164708                    1
----------------------------------------------------------------------------
--------------------- Instance Type and Transmission ----------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery         : Normal
Message Input Reference   : 0921 241001BCENECEQA1003545834375
------------------------------ Message Header -------------------------------
Swift Input   : FIN 103 Transfcia fondos de cliente
Sender    : BCENECEQ100
            BANCO CENTRAL DEL ECUADOR
            QUITO EC
Receiver  : FLARCOBBXXX
            FONDO LATINOAMERICANO DE RESERVAS
            BOGOTA CO
UETR : ae305793-1b36-4add-a396-98e5163861c6
------------------------------- Message Text --------------------------------
  20: Referencia del remitente
      GS-01-7502410613
  23B: Codigo sta operacion bancaria
       CRED
  32A: Fcha val/mnda/impte lqdcion intb
       Date            : 01 October 2024
       Currency        : USD (US DOLLAR)
       Amount          :           #69.580.000,00#
  33B: Moneda/importe ordenado
       Currency        : USD (US DOLLAR)
       Amount          :           #69.580.000,00#
  50F: Cliente ordenante - ID
       /231305-01011218590000
       1/CORP.ELECT. DEL ECUADOR (C.E.L.
       1/E.C. EP)
       2/AV. 6 DE DICIEMBRE N26-235
       3/EC/QUITO
  53B: Corresponsal del remitente-Lugar
       /101602
  57A: Entidad deptaria de la cta - FI BIC
       UPNBUS44
       REGIONS BANK
       BIRMINGHAM,AL   US
  59F: Cliente beneficiario-Num/Nom/Dir
       /0354557917
       1/PROGEN INDUSTRIES LLC
       2/600 PRAIRIE INDUSTRIAL BLVD
       3/US
   70: Descripcion de la remesa
       PROGEN INDUSTRIES LLC HITO 1 TPI CO
       N 0062 24 EMERG SALITRAL
  71A: Especificacion de gastos
       OUR
```