# Exhibit G



# ANEXO 8

# Carta de distribuidor autorizado



PROGEN
ENERGY SIMPLIFIED

Progen Industries LLC
Shane Lawlor, Director
600 Prairie Industrial Pkwy.
Mulberry Fl 33860
USA

04/20/24

PROGEN INDUSTRIES
H&S Industry LLC #7650700
FAO: Karla Saud

## TO WHOM IT MAY CONCERN:

Progen is the only manufacturer of Medium-Speed EMD based Power modules with the ability to run on HFO, Dual Fuel (HFO & Diesel) in addition to Diesel, HFO, Dual Fuel (Gas/Diesel), Bio-fuels, and a wide variety of gases

Over many years, we have developed the only fuel delivery systems which enable our operators to run Progen units on HFO and Dual Fuel (HFO & Diesel). To the best of our knowledge, there are no other systems or manufacturers in the world that have similar flex-fuel capabilities.

Regards,

Shane Lawlor
Director
Progen

Notary Public State of Florida
Andrew S Williamson
My Commission
HH 194770
Exp. 11/15/2025

State of Florida          County of Polk
Sworn to (or affirmed) and subscribed before me
us ☒ physical presence OR ☐ online notarization
this _____ day of April  20 24
By Shane Lawlor
Personally known ☒ OR produced identification _____
Type of identification produced _____
Andrew S Williamson
NOTARY NAME HERE, Notary Public
My Commission Expires 11/12/25

4/20/24



# ANEXO 9

# Carta de distribuidor Autorizado



PROGEN
ENERGY SIMPLIFIED

Progen Industries LLC
Shane Lawlor, Director
600 Prairie Industrial Pkwy.
Mulberry Fl 33860
USA

04/20/24

PROGEN INDUSTRIES
H&S Industry LLC #7650700
FAO: Karla Saud

### TO WHOM IT MAY CONCERN:

Progen is the only manufacturer of Medium-Speed EMD based Power modules with the ability to run on HFO, Dual Fuel (HFO & Diesel) in addition to Diesel, HFO, Dual Fuel (Gas/Diesel), Bio-fuels, and a wide variety of gases.

Over many years, we have developed the only fuel delivery systems which enable our operators to run Progen units on HFO and Dual Fuel (HFO & Diesel). To the best of our knowledge, there are no other systems or manufacturers in the world that have similar flex-fuel capabilities.

Regards,

Shane Lawlor
Director
Progen

Notary Public State of Florida
Andrew S Williamson
My Commission
HH 194770
Exp.11/15/2025

State of Florida          County of Polk
Sworn to (or affirmed) and subscribed before me
via ☒physical presence  OR  ☐online notarizations
this _____ day of April . 20 24
By Shane Lawlor
Personally known X OR produced identification _____
Type of identification produced.
Andrew S Williamson
NOTARY NAME HERE, Notary Public
My Commission Expires 11/15/25

4/20/24