# Exhibit H

# Original



**PROGEN INDUSTRIES LLC**

\# M17000002840

☎  +1-818-587-6454

✉ hs@progen1.com

## CARTA DEL FABRICANTE DE LOS MOTORES DE COMBUSTIÓN INTERNA

**Andrew S. Williamson**, en calidad de persona autorizada para la suscripción de documentos de la compañía **ProGen Industries LLC**, constituida en los Estados Unidos de América, con número de identificación M17000002840, en atención a la solicitud de cotización realizada el 21 de junio de 2024, para la "CONTRATACIÓN EMERGENTE DE GENERACIÓN TERRESTRE EN SALITRAL"1, se detalla a continuación el número de serie de los 29 generadores ProGen M3500 HFO-6 a suministrar:

| Generador número | Marca del motor | Horas de uso | Marca del generador | Serial Number |
|---|---|---|---|---|
| 1 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1001 |
| 2 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1012 |
| 3 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1010 |
| 4 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1013 |
| 5 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1015 |
| 6 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1008 |
| 7 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-G1-1011 |
| 8 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-K1-1003 |
| 9 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-G1-1025 |
| 10 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E3-1029 |
| 11 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E9-1012 |
| 12 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-G1-1002 |
| 13 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-K1-1027 |
| 14 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-H1-1008 |
| 15 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-F1-1026 |
| 16 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-G1-1018 |
| 17 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-F1-1017 |
| 18 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-K1-1015 |
| 19 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 07-H1-1040 |
| 20 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-J1-1030 |
| 21 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 07-A1-1003 |
| 22 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-M1-1007 |
| 23 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 07-E1-1052 |
| 24 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-C6-1225 |
| 25 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-A2-1014 |
| 26 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-D3-1011 |
| 27 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 09-D3-1006 |

1https://www.compraspublicas.gob.ec/ProcesoContratacion/compras/EMG/EmgRegistroDetalle.cpe?id=WoLZwuEqUyzjyEuZ1Coi IKFTEjwJ0NffpRHqxQft4_o

www.progen1.com

**PROGEN INDUSTRIES LLC**

# M17000002840
☐ +1-818-587-6454
✉ hs@progen1.com

| 28 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-B2-1121 |
| 29 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-A1-1025 |

Best,

Andrew Williamson
President / COO
Progen Industries LLC

# English Translation



**PROGEN INDUSTRIES LLC**

# M17000002840

+1-818-587-6454

hs@progen1.com

## LETTER FROM THE MANUFACTURER OF INTERNAL COMBUSTION ENGINES

**Andrew S. Williamson**, as the person authorized to sign documents on behalf of **ProGen Industries LLC**, a company incorporated in the United States of America, with identification number M17000002840, in response to the request for quotation made on June 21, 2024, for the "EMERGENCY CONTRACTING OF LAND-BASED POWER GENERATION IN SALITRAL"[1], the serial numbers of the 29 ProGen M3500 HFO-6 generators to be supplied are detailed below:

| Generator number | Engine brand | Hours of use | Generator brand generator | Serial Number |
|---|---|---|---|---|
| 1 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1001 |
| 2 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-J1-1012 |
| 3 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1010 |
| 4 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1013 |
| 5 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1015 |
| 6 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-F1-1008 |
| 7 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-G1-1011 |
| 8 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-K1-1003 |
| 9 | EMD 20/710GH 3500, 11kV | 0 | kATO | 06-G1-1025 |
| 10 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E3-1029 |
| 11 | EMD 20/710GH 3500, 11kV | 0 | kATO | 09-E9-1012 |
| 12 | EMD 20/710GH 3500, 4160V | 0 | BAYLOR | 06-G1-1002 |
| 13 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-K1-1027 |
| 14 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-H1-1008 |
| 15 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-F1-1026 |
| 16 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-G1-1018 |
| 17 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-F1-1017 |
| 18 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-K1-1015 |
| 19 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 07-H1-1040 |
| 20 | EMD 20/710GH 3500,4160V | 0 | BAYLOR | 06-J1-1030 |
| 21 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 07-A1-1003 |
| 22 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-M1-1007 |
| 23 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 07-E1-1052 |
| 24 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-C6-1225 |
| 25 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-A2-1014 |
| 26 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-D3-1011 |
| 27 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 09-D3-1006 |

[1]https://www.compraspublicas.gob.ec/ProcesoContratacion/compras/EMG/EmgRegistroDetalle.cpe?id=WoLZwuEqUyzjyEuZ1Coi IKFTEjwJ0NffpRHqxQft4_o

**PROGEN**
ENERGY SIMPLIFIED

**PROGEN INDUSTRIES LLC**

# M17000002840
+1-818-587-6454
hs@progen1.com

| 28 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-B2-1121 |
| 29 | EMD 20/710GH 3500.4160V | 0 | BAYLOR | 06-A1-1025 |

Best,

Andrew Williamson
President / COO
Progen Industries LLC

www.progen1.com