# Exhibit K

**From:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>
**Sent:** Monday, September 15, 2025 8:00 AM
**To:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Cc:** Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>; Lee, Melissa <Melissa.Lee@lakelandelectric.com>; Gonzalez Rios, Mizraim <mizraim.gonzalezrios@lakelandelectric.com>
**Subject:** RE: [External] RE: Authenticity of Document

Good morning Daniel,
We have now had an opportunity to review what you sent and look through the City's records and confirm that we have no record of transacting business with a company named Progen for a large project for the City.
The letter signed by Stephen Brown does not appear to be authentic. If you need any additional information please let us know.
Thanks,
Ramona

**Ramona Sirianni**
**Deputy City Attorney**
**City Attorney's Office**
**City of Lakeland**
**p. 863.834.6010**
**f. 863.834.8204**
**facebook.com/lakelandgov**
**@lakelandgov**



**From:** pulecioboekd@gtlaw.com <pulecioboekd@gtlaw.com>
**Sent:** Friday, September 12, 2025 2:48 PM

1

**To:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>
**Cc:** Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>; Lee, Melissa <Melissa.Lee@lakelandelectric.com>; Gonzalez Rios, Mizraim <mizraim.gonzalezrios@lakelandelectric.com>
**Subject:** RE: [External] RE: Authenticity of Document

Ramona:

Thanks.

We appreciate it.

Daniel

**Daniel Pulecio-Boek**
Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street, NW | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

 GreenbergTraurig

**From:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>
**Sent:** Friday, September 12, 2025 2:46 PM
**To:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Cc:** Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>; Lee, Melissa <Melissa.Lee@lakelandelectric.com>; Gonzalez Rios, Mizraim <mizraim.gonzalezrios@lakelandelectric.com>
**Subject:** RE: [External] RE: Authenticity of Document

**\*EXTERNAL TO GT\***

Good afternoon Daniel,

We are in receipt of your request and City staff is in the process of looking through all of our documents to see if the document is valid.

2

We will provide you with a response as soon as we've had a chance to review.

Thanks,
Ramona

**Ramona Sirianni**
**Deputy City Attorney**
**City Attorney's Office**
**City of Lakeland**
**p. 863.834.6010**
**f. 863.834.8204**
**facebook.com/lakelandgov**
**@lakelandgov**



**From:** pulecioboekd@gtlaw.com <pulecioboekd@gtlaw.com>
**Sent:** Friday, September 12, 2025 2:33 PM
**To:** Sirianni, Ramona <Ramona.Sirianni@lakelandgov.net>; Beckham, Michael <mbeck@lakelandgov.net>; Bishop, Scott <Scott.Bishop@lakelandelectric.com>; Clemmons, Cynthia <Cindy.Clemmons@LakelandElectric.com>
**Subject:** [External] RE: Authenticity of Document
**Importance:** High

Dear All:

We are kindly following up on our email below.

Thank you,

Daniel

**Daniel Pulecio-Boek**
Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street, NW | Suite 1000 | Washington, D.C. 20037

T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Sent:** Thursday, September 11, 2025 9:32 AM
**To:** ramona.sirianni@lakelandgov.net; Michael.beckham@lakelandelectric.com; Scott.Bishop@lakelandelectric.com; Cindy.Clemmons@lakelandelectric.com
**Subject:** Authenticity of Document
**Importance:** High

Dear All:

Our firm represents CELEC, the national electric company of the government of Ecuador.

We are currently advising CELEC in connection with two contracts that CELEC signed in 2024 with a company called Progen Industries LLC.

When Progen submitted its bid to CELEC, it provided a document purportedly from Lakeland Electric showing that Progen had delivered on a large project for Lakeland.

The document is attached here.

We now have reasons to believe that Progen forged the document and that it never provided any services to Lakeland.

We would be grateful if you could please review the document and let us now whether it is authentic, whether Stephen Brown (who signed as "technical representative") actually signed it, and whether Progen ever delivered to Lakeland the project it described in the document.

Please let us know if you have any questions.

Thank you,

Daniel

**Daniel Pulecio-Boek**
Shareholder

4

Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street, NW | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

 GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

*****WARNING: This is an email from an external sender. DO NOT click on links or attachments unless you know the content is safe. If you are unsure about an email, contact https://itservices.lakelandgov.net. *****

PUBLIC RECORDS NOTICE:

All e-mail sent to and received from the City of Lakeland, Florida, including e-mail addresses and content, are subject to the provisions of the Florida Public Records Law, Florida Statute Chapter 119, and may be subject to disclosure.

5