# Exhibit L

# Original

**Resource Power Group — RPG**

A division of Louisiana Machinery Co. LLC

México, Julio 22, 2024

**Para:** Lcdo. Lenin Daniel Barreto Zambrano:

**Asunto:** Solicitud de Aclaración sobre la Autenticidad y Soporte de Motores Ofrecidos por PROGEN.

Estimator Asambleista:

Respondiendo a su contacto con nuestra empresa con relación a los procesos de compra de unidades de generación termoeléctrica que están llevando a cabo tanto CELEC como EERSA tenemos a bien hacerle saber que como único representante de la marca EMD para el Ecuador hemos contactado a ambas entidades para hacer de su conocimiento nuestra postura ante los acercamientos e intenciones de PROGEN.

Para dar respuesta a sus interrogantes me permito citarlas en la presente carta:

1. ¿Está PROGEN relacionado, respaldado o autorizado por EMD para actuar como distribuidor de sus productos o en su nombre?
**Respuesta:** PROGEN no está relacionado, respaldado o autorizado por EMD para actuar como su distribuidor ni actuar en nombre de EMD.

2. ¿Está PROGEN relacionado, respaldado o autorizado por RPG para actuar en su nombre?
**Respuesta:** PROGEN no está relacionado, respaldado o autorizado por RPG para actuar en nombre de RPG.

3. ¿Está PROGEN autorizado por EMD o RPG para comercializar repuestos genuinos o piezas de repuesto para motores EMD?
**Respuesta:** PROGEN no está autorizado por EMD o RPG para comercializar repuestos genuinos o piezas de repuesto para motores EMD.

4. Los motores EMD están diseñados para funcionar con Diesel; por lo tanto, ¿la fábrica suministra repuestos para la operación con HFO? ¿Los motores EMD están certificados o diseñados para usar HFO? ¿Ustedes apoyan o garantizan la operación de los motores con este tipo de combustible?
**Respuesta:** Los motores EMD están diseñados para operar con combustible Diesel y mezclas de Bio Diesel sin embargo estas mezclas no incluyen ningún tipo de HFO o mezclas del mismo. Como está mencionado anteriormente los motores no cuentan con certificación de fábrica para operar con HFO por lo que RPG como distribuidor y representante de la fábrica EMD no certifica, garantiza o autoriza la operación de los motores EMD con HFO; toda vez que la operación con

RPG Energy S. de R.L. PanAmerica Corporate Center, Edifício 9121 Talleres 12&13 Panamá Pacífico Panamá, República de Panamá
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

      



A division of Louisiana Machinery Co. LLC

HFO no está certificada por el fabricante y que los equipos no están diseñados para operación con este tipo de combustible EMD no fábrica ni comercializa repuestos para operación con HFO.

5. ¿El modelo EMD 645 sigue siendo producido por la fábrica? Si no es así, por favor avisen cuándo se dejó de producir este modelo de motor.

**Respuesta:** Los motores EMD 645 en todas sus variantes (cantidad de cilindros) no están en producción en la fábrica de EMD para aplicaciones de generación eléctrica actualmente, fue reemplazado con el modelo EMD 715. El ultimo motor EMD 645 para generación eléctrica fue ensamblado por la fábrica en el año 2015.

Sin más por el momento agradecemos se nos contactara para aclarar estos puntos y quedamos a su entera disposición para futuras consultas.

Atentamente,

**Abraham Zambrano**
**Gerente General México & LATAM**
**Resource Power Group**
Edzna No.1  Col. Mundo Maya
Cd. del Carmen, Camp., México 24157
Office Phone:    52 1 938 111 85 17
abraham.zambrano@rpgmarine.com

**RPG Energy S. de R.L.** PanAmerica Corporate Center, Edifício 9121 Talleres 12&13 Panamá Pacífico Panamá, República de
Panamá
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

     POWER PRODUCTS

# English
# Translation

**Resource Power Group** **RPG**

A division of Louisiana Machinery Co. LLC

Mexico, July 22, 2024

**To:** Lenin Daniel Barreto Zambrano, Esq.

**Subject:** Request for Clarification on the Authenticity and Support of Engines Offered by PROGEN.

Estimator Assembler:

In response to your contact with our company regarding the purchase of thermoelectric generation units being carried out by both CELEC and EERSA, we would like to inform you that, as the sole representative of the EMD brand in Ecuador, we have contacted both entities to inform them of our position regarding PROGEN's approaches and intentions.

In order to answer your questions, I would like to quote them in this letter:

1. Is PROGEN related to, endorsed by, or authorized by EMD to act as a distributor of its products or on its behalf?
**Answer:** PROGEN is not related to, endorsed by, or authorized by EMD to act as its distributor or on behalf of EMD.

2. Is PROGEN affiliated with, endorsed by, or authorized by RPG to act on its behalf? **Answer:** PROGEN is not affiliated with, endorsed by, or authorized by RPG to act on behalf of RPG.

3. Is PROGEN authorized by EMD or RPG to market genuine replacement parts or spare parts for EMD engines?
**Answer:** PROGEN is not authorized by EMD or RPG to market genuine replacement parts or spare parts for EMD engines.

4. EMD engines are designed to run on diesel fuel; therefore, does the factory supply spare parts for operation with HFO? Are EMD engines certified or designed to use HFO? Do you support or guarantee the operation of engines with this type of fuel?
**Answer:** EMD engines are designed to operate with diesel fuel and biodiesel blends; however, these blends do not include any type of HFO or HFO blends. As mentioned above, the engines are not factory certified to operate with HFO, so RPG, as a distributor and representative of the EMD factory, does not certify, guarantee, or authorize the operation of EMD engines with HFO, since operation with

**RPG Energy S. de R.L.** PanAmerica Corporate Center, Building 9121 Workshops 12C13 Panama Pacifico Panama, Republic of Panama
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

     POWER PRODUCTS



A division of Louisiana Machinery Co. LLC

HFO is not certified by the manufacturer and the equipment is not designed to operate with this type of fuel. EMD does not manufacture or sell spare parts for operation with HFO.

5. Is the EMD 645 model still being produced by the factory? If not, please advise when production of this engine model was discontinued.

**Answer:** EMD 645 engines in all their variants (number of cylinders) are not currently in production at the EMD factory for power generation applications; they have been replaced by the EMD 715 model. The last EMD 645 engine for power generation was assembled by the factory in 2015.

That is all for now. We appreciate you contacting us to clarify these points and remain at your disposal for any future inquiries.

Sincerely,

**Abraham Zambrano**
**General Manager Mexico G LATAM**
**Resource Power Group**
Edzna No.1 Col. Mundo Maya
Cd. del Carmen, Camp., Mexico 24157
Office Phone:    52 1 938 111 85 17
abraham.zambrano@rpgmarine.com

**RPG Energy S. de R.L.** PanAmerica Corporate Center, Building 9121 Workshops 12C13 Panama Pacifico Panama, Republic of
Panama
Tel: +507 320 5075 | +507 320 5076
Visit us at www.ResourcePowerGroup.com

     POWER PRODUCTS