# Exhibit M

 **PROGEN**
ENERGY SIMPLIFIED

# Purchase Order

ProGen Industries, LLC

600 Prairie Industrial Parkway
Mulberry, FL 33860
Phone: (863)943-6229

**Date:** 6/19/2024
**Purchase Order #:**
Rev1100-2089

| **Vendor:** | Apollo Electric Inc. | **Ship to:** | John Manning |
| | 100 Riley Road | | ProGen Industries, LLC |
| | Houston, TX 77047 | | 600 Prairie Industrial Parkway |
| | (713) 433-7272 | | Mulberry, FL 33860 |
| | | | Phone: 863-943-6229 |

| Contact Person | Vendor Reference # | Shipping Method | Work Order | Terms | Estimated Delivery Date |
|---|---|---|---|---|---|
| Kerry White | 20029 | TBD | | Wire | - |

| Qty | Item # | Description | Unit Price | Availability | Line Total |
|---|---|---|---|---|---|
| 21 | | Used EMD model 20-710 Generator Sets as where is | $425,000.00 | In Stock | $8,925,000.00 |
| | | -Engine S/N: 06-G1-1002 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-K1-1027 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-H1-1008 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-F1-1026 w/ Baylor 4160 V | | | |
| | | Engine S/N: 06-G1-1018 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-F1-1017 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-K1-1015 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 07-H1-1040 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-J1-1030 w/ Baylor 4160V | | | |
| | | -Engine S/N: 07-A1-1003 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 06-MI-1007 w/ Baylor 4160V | | | |
| | | -Engine S/N: 07-E1-1052 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 07-A1-1025 w/ Baylor 4160 V | | | |
| | | -Engine S/N:06-G1-1025 w/ Baylor 4160 V | | | |
| | | -Engine S/N: 09-J1-1001 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-J1-1012 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-F1-1010 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-F1-1015 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-FI-1008 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 09-G1-1011 w/ Kato 11,000 V | | | |
| | | -Engine S/N: 06-K1-1003 w/ Kato 11,000 V | | | |

| | |
|---|---|
| Subtotal | $ 8,925,000.00 |
| Tax | |
| Shipping | |
| Total | $ 8,925,000.00 |

**COMMENTS:**

**Serial Numbers of the (21) Used EMD model 20-710 Generator Sets**

Engine S/N: 06-G1-1002 w/ Baylor 4160 V
Engine S/N: 06-K1-1027 w/ Baylor 4160 V
Engine S/N: 06-H1-1008 w/ Baylor 4160 V
Engine S/N: 06-F1-1026 w/ Baylor 4160 V
Engine S/N: 06-G1-1018 w/ Baylor 4160 V
Engine S/N: 06-F1-1017 w/ Baylor 4160 V
Engine S/N: 06-K1-1015 w/ Baylor 4160 V
Engine S/N: 07-H1-1040 w/ Baylor 4160 V
Engine S/N: 06-J1-1030 w/ Baylor 4160V
Engine S/N: 07-A1-1003 w/ Baylor 4160 V
Engine S/N: 06-MI-1007 w/ Baylor 4160V
Engine S/N: 07-E1-1052 w/ Baylor 4160 V
Engine S/N: 07-A1-1025 w/ Baylor 4160 V
Engine S/N:06-G1-1025 w/ Baylor 4160 V
Engine S/N: 09-J1-1001 w/ Kato 11,000 V
Engine S/N: 09-J1-1012 w/ Kato 11,000 V
Engine S/N: 09-F1-1010 w/ Kato 11,000 V
Engine S/N: 09-F1-1015 w/ Kato 11,000 V
Engine S/N: 09-FI-1008 w/ Kato 11,000 V
Engine S/N: 09-G1-1011 w/ Kato 11.000 V
Engine S/N: 06-K1-1003 w/ Kato 11,000 V

**Signatures of Agreement**

**Purchaser** / Progen LLC

_____  Date: 07/19/24
John Manning

**Seller** / Apollo Electric

_____  Date: 7-20/24
Kerry White

# Proforma Invoice



# APOLLO ELECTRIC, Inc.

P.O. Box 450527, Houston, Texas, 77245
100 Riley Road, Houston, Texas, 77047
Main: (713) 433-7272 Fax: (713) 433-7275
apolloelectric.net

| Date | Proforma Invoice # |
|------|------|
| 6-21-2024 | 20029 |

**Customer:**

ProGen
600 Prairie Industrial Rd.
Mulberry, Florida 33860

| Qty | Description | Rate | Total |
|-----|-------------|------|-------|
| 21 | Used EMD model 20-710 Generator Sets To be painted before shipment. | $425,000.00 | $8,925,000 |

-Engine S/N: 06-G1-1002 w/ Baylor 4160 V Generator
-Engine S/N: 06-K1-1027 w/ Baylor 4160 V Generator
-Engine S/N: 06-H1-1008 w/ Baylor 4160 V Generator
-Engine S/N: 06-F1-1026 w/ Baylor 4160 V Generator
-Engine S/N: 06-G1-1018 w/ Baylor 4160 V Generator
-Engine S/N: 06-F1-1017 w/ Baylor 4160 V Generator
-Engine S/N: 06-K1-1015 w/ Baylor 4160 V Generator
-Engine S/N: 07-H1-1040 w/ Baylor 4160 V Generator
-Engine S/N: 06-J1-1030 w/ Baylor 4160 V Generator
-Engine S/N: 07-A1-1003 w/ Baylor 4160 V Generator
-Engine S/N: 06-M1-1007 w/ Baylor 4160 V Generator
-Engine S/N: 07-E1-1052 w/ Baylor 4160 V Generator
-Engine S/N: 07-A1-1025 w/ Baylor 4160 V Generator

-Engine S/N: 09-J1-1001 w/ Kato 11,000 V Generator
-Engine S/N: 09-J1-1012 w/ Kato 11,000 V Generator
-Engine S/N: 09-F1-1010 w/ Kato 11,000 V Generator
-Engine S/N: 09-F1-1015 w/ Kato 11,000 V Generator
-Engine S/N: 09-F1-1008 w/ Kato 11,000 V Generator
-Engine S/N: 09-G1-1011 w/ Kato 11,000 V Generator
-Engine S/N: 06-K1-1003 w/ Kato 11,000 V Generator

**Void after 30 days**

| | |
|---|---|
| **Subtotal** | $8,925,000 |
| **Sales Tax (6.25%)** | |
| **Total** | $8,925,000 |

# Equipment Purchase Agreement

**Seller:**       Apollo Electric
**Purchaser:**    Progen LLC

Seller (Apollo Electric) agrees to sell the following list equipment to Purchaser, Progen LLC, and Purchaser Agrees to purchase the equipment under the following terms and conditions as described in this agreement:

Progen agrees to purchase a total of (21) used EMD 20/710 Generator Sets in as is where is condition located at Apollo Electric Houston Texas in consideration of the following terms of purchase.

a.  Progen has issued revise a PO to Apollo Electric for 21 EMD/710 Generator sets for the amount of $ 8,975,000.00, as Exhibit 1.

b.  Apollo shall have NO responsibility to clean up, paint or finish assemble any of the units or shop loose equipment included with each generator set, including any accessories,

c.  Apollo will not be required to install any alternators on any of the units they are currently removed from.

d.  Progen will pay for all units prior to shipping by August 5th,

e.  The limit of Apollo' Electric's responsibility to the sale of the 21 units to Progen is to strictly limited to the supply of the generator sets and ship loose equipment in as is where is condition.

f.  Progen will at its own cost, clean up and or paint the units in the shop at Apollo.

g.  Progen nor any of its assigns shall have no claim of ownership or right of ownership or any interest what so ever in any of the equipment that Progen cleans and paints prior to full payment.

h.  Progen will not remove any parts or pieces currently mounted on any unit prior to full payment.

i.  Progen will at its own cost send its crew to Houston to perform the work required to clean and paint the units. Apollo can as desired provide any amount of labor to assist in the cleanup work billed to Progen at Apollos labor rates.

j.  Progen will provide its own compressed air at the shop.

k.  Progen will upon request of Apollo immediately stop and delay the Progen work tasks required for cleanup of the equipment if Apollo needs the work stoppage for any reason.

l.  Progen will only clean up the generator sets and will not clean up any ship loose items such as accessory racks or rack items or filter housings etc prior to full payment.

m.  Progen will not assemble or mount any loose alternators on any unit during this work prior to payment for each generator sets.

n.  Work to clean up the units will not extend past to 10 days.

o.  The sale of each unit will include the supply of the following ship loose (if not attached) items,
    1.  Air Filter Housing
    2.  Air starters
    3.  Turbo to round exhaust transition
    4.  Exhaust flex joints
    5.  Accessory rack

p.  Upon full payment, Apollo will assist Progen to load out all generator sets and ship loose items onto the Progen trucks.

q.  Upong full payment, Apollo will assist Progen in locating and moving all loose accessory items that are included with each generator set to a location to be cleaned up packaged.

Progen will have qualified personnel and management at the site to conduct the work in accordance with Apolo instructions and policies and procedures for safety will be strictly managed,

Progen will maintain its workmans comp and liability insurance policies for all personnel present or working at the site.

Progen agrees that Apollo accepts no liabilities what so ever associated with the work being performed by Progen including any claims of any kind what so ever including any injury to any Progen personnel involved in the work at the Apollo Facility or any costs or damages what so ever.