# VERIFIED RETURN OF SERVICE

Job # LSU2604903

### Client Info:

GREENBERG TRAURIG, P.A. - COURTNEY M. KELLER, ESQ.
450 SOUTH ORANGE AVENUE
SUITE 650
Orlando, FL  32801

### Case Info:

| | |
|---|---|
| **PLAINTIFF:** | DISTRICT COURT |
| CELEC EP | Court Division: CIVIL ACTION |
| -versus- | County of MIDDLE DISTRICT OF FLORIDA, Florida |
| **DEFENDANT:** | Court Case # **8:25 CV 03433 WFJ SPF** |
| PROGEN INDUSTRIES, LLC; ET AL | |

### Service Info:

**Date Received: 6/5/2026** at **04:00 PM**
**Service:** I Served **TWO LIONS HOLDINGS LLC c/o David R. Phillips, Esq.**
With: **SUMMONS, AMENDED COMPLAINT, EXHIBITS**
by leaving with **David Phillips, REGISTERED AGENT**

**At Business 19321 US HWY 19 N SUITE 301 CLEARWATER, FL 33764**
On **6/16/2026** at **12:25 PM**
**Manner of Service: CORPORATE**
F.S. 48.081 Service on a domestic corporation or registered foreign corporation.

### Served Description:  (Approx)

Age: **45**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 11"**, Weight: **170lb**, Hair: **Brown** Glasses:  **No**

I **TROY M. ROGERS** acknowledge that I am over the age of 18, authorized to serve process, in good standing in the jurisdiction wherein service was effected in accordance with State Statute, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**TROY M. ROGERS**
Lic # **APS #29986**

**LEGAL SERVE USA**
424 E. Central Blvd #355
Orlando, FL 32801

Client # CELEC EP: 3 Summ.
Ref # 375472




1 of 1