# VERIFIED RETURN OF SERVICE

Job # LSU2605233

---

**Client Info:**

GREENBERG TRAURIG, P.A. - COURTNEY M. KELLER, ESQ.
450 SOUTH ORANGE AVENUE
SUITE 650
Orlando, FL  32801

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>CELEC EP<br>  -versus-<br>**DEFENDANT:**<br>PROGEN INDUSTRIES, LLC; ET AL | DISTRICT COURT<br>Court Division: CIVIL ACTION<br>County of MIDDLE DISTRICT OF FLORIDA, Florida<br>Court Case # **8:25 CV 03433 WFJ SPF** |

**Service Info:**

**Date Received: 6/18/2026** at **11:38 AM**
**Service:** I Served **TWO LIONS HOLDINGS LLC c/o Registered Agent Andrew S. Williamson**
With: **SUMMONS, AMENDED COMPLAINT, EXHIBITS**
by leaving with **ANDREW S WILLIAMSON, REGISTERED AGENT**

**At RESIDENCE 400 CANTERWOOD DR MULBERRY, FL 33860**
On **6/20/2026** at **08:31 AM**
**Manner of Service: LLC AT RESIDENCE**
SERVED THE WITHIN NAMED BUSINESS ENTITY IN ACCORDANCE WITH F.S. 48.062 (5) BY DELIVERING THE DOCUMENTS AT THE WITHIN NAMED REGISTERED AGENT, OFFICER, OR PERSON LISTED ON THE ANNUAL REPORT'S USUAL PLACE OF ABODE, TO A PERSON RESIDING THEREIN WHO IS 15 YEARS OF AGE OR OLDER, CO-RESIDENT, AND INFORMING SAID PERSON OF THE CONTENTS THEREOF, PURSUANT TO F.S. 48.031 AFTER CONFIRMING THE REGISTERED AGENT, OFFICER, OR DIRECTOR WAS OTHERWISE UNAVAILABLE.

---

**Served Description:  (Approx)**

Age: **62**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 1"**, Weight: **198**, Hair: **Gray** Glasses:  **No**

I ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.



**JEAN EXAMA**
Lic # **CA-1080**

**LEGAL SERVE USA**
424 E CENTRAL BLVD
#355
ORLANDO, FL 32801
Phone: (407) 559-5515

Our Job # **LSU2605233**    Client Ref # **CELEC EP:
3 Summ.**




1 of 1