**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CELEC EP,

      Plaintiff,

v.

PROGEN INDUSTRIES, LLC;
GENERTEK POWER CORP.;
GENERTEK POWER INDUSTRIES,
LLC; JOHN B. MANNING; W. WADE
MANNING; ANDREW S.
WILLIAMSON; ASTROBRYXA, S.A.;
ASTROBRYXA, LLC; AP
INSPECTIONS LATINOAMERICA,
S.A.; A.P. INSPECTIONS LLC; H&S
INDUSTRY, LLC; TWO LIONS
HOLDINGS, LLC; AOT HOLDING
AG; GESTORES INMOBILIARIOS
LIGHTBLUE, S.A., and DOES 1–95,

      Defendants.

Case No. 8:25-cv-03433

**NOTICE OF DISCLOSURE OF CONFIDENTIAL INFORMATION**

Undersigned counsel for Plaintiff, CELEC EP ("CELEC"), pursuant to Rule 4-3.3 of the Florida Rules of Professional Conduct, hereby notifies the Court of an inadvertent disclosure of Confidential Information—as defined by the Protective Order [D.E. 74, 72] and the Amended Protective Order [D.E. 138, 135-1] (collectively, the "Protective Orders")—by Plaintiff, CELEC EP, and state as follows:

1.     On June 12, 2026, undersigned counsel provided their client, CELEC, with a memorandum ("Memo") that was protected by the attorney-client and work

product privileges.  Each page of the Memo was clearly marked as ***"Attorney-Client Work Product*** *Privileged & Confidential*." (Bold emphasis and red font in original).

2.　　The Memo also contained financial information that had been adduced in discovery.  Most of what was contained in the Memo was ***not*** designated as Confidential Information under the Protective Orders.  However, the Memo did contain the following limited Confidential Information: (a) the Regions Bank account number into which CELEC's payments were made; (b) the dollar amount of 14 transfers made from Progen's account at Regions Bank; and (c) the identities of two previously undisclosed recipients[1] of funds from Progen's account at Regions Bank and the dollar amount of the funds they received.

3.　　CELEC is a utility company that is 100% owned by the Ecuadorian government.  CELEC's Board of Directors is comprised by the President of Ecuador, the Minister of Energy and Environment, and the General Secretary for Public Administration.

4.　　Unfortunately, on June 17, 2026, after receiving the Memo, the General Secretary for Public Administration (one of the three members of CELEC's Board) — without the authorization, approval or knowledge of undersigned counsel—posted a video to his X Account that reported on matters contained in the Memo and depicted the Memo.

---

[1] Both of these recipients are business entities, not an individual person.

5.     Immediately upon learning that the video and Memo had been posted on the General Secretary's X Account, undersigned counsel informed CELEC that the video and Memo should be removed.  The Memo was removed from the  X Account almost immediately.  The video has been replaced by a shorter video that no longer depicts the Memo or any Confidential Information.

6.     On June 17, 2026, undersigned counsel also immediately informed Defendants' counsel of the incident.

Respectfully submitted this 12th day of June 2026.

/s/ *Courtney M. Keller*
**Courtney M. Keller, Esquire**
Florida Bar No. 28668
Meredith P. Yates, Esquire
Florida Bar No. 1058373

GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email:   kellerc@gtlaw.com
             Meredith.yates@gtlaw.com
             Nef-iws@gtlaw.com
             ORLLitDock@gtlaw.com

Daniel Pulecio-Boek, Esquire
(admitted pro hac vice)
Michael Pusateri, Esquire
(admitted pro hac vice)
GREENBERG TRAURIG, P.A.
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3117
Email:   pulecioboekd@gtlaw.com
             pusaterim@gtlaw.com
*Counsel for Plaintiff CELEC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2026 I electronically filed the foregoing **Notice of Disclosure of Confidential Information** through the Court's CM/ECF system which will send an electronic copy to all counsel of record.

By: /s/ *Courtney M. Keller*
Courtney M. Keller, Esquire
Florida Bar No. 28668
Meredith P. Yates, Esquire
Florida Bar No. 1058373

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email:   kellerc@gtlaw.com
              Meredith.yates@gtlaw.com
              Nef-iws@gtlaw.com
              ORLLitDock@gtlaw.com

Daniel Pulecio-Beck, Esquire
(admitted *pro hac vice*)
Michael Pusateri, Esquire
(admitted *pro hac vice*)

**GREENBERG TRAURIG, P.A.**
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3117
Email:   pulecioboekd@gtlaw.com
              pusaterim@gtlaw.com

*Counsel for Plaintiff*

4