EXHIBIT 4

| From: | pulecioboekd@gtlaw.com |
|---|---|
| To: | Lanzas, Gabriella (MIA - X27701); kellerc; Jimenez, Adolfo E (MIA - X27720); ejaramillo; Meredith.Yates |
| Cc: | Daniela.JohnsonRestrepo; caseysh; ortizz; Pargas, Anabel (MIA - X27425); Poe, Adam W (TPA - X36322); Colbert, Anne K (TPA - X36314); Rothschild, Phil (FTL - X27881); kholt; chris; pusaterim; San Pedro, William A (MIA - X27729) |
| Subject: | RE: Disclosure of Information |
| Date: | Monday, June 29, 2026 7:35:15 PM |
| Attachments: | image001.png |

*[External email]*

Counsel:

We are taking your request under consideration. Please provide legal support for the contention that publication of work product by a director, followed by immediate corrective measures upon advice of counsel, constitutes waiver.

Thanks,

Daniel

**Daniel Pulecio-Boek**
Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street N.W. | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Gabriella.Lanzas@hklaw.com <Gabriella.Lanzas@hklaw.com>
**Sent:** Monday, June 29, 2026 6:45 PM
**To:** Keller, Courtney M. (Shld-ORL-LT) <kellerc@gtlaw.com>; Adolfo.Jimenez@hklaw.com; Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>; ejaramillo@fbfk.law; Yates, Meredith (Assoc-ORL-LT) <Meredith.Yates@gtlaw.com>
**Cc:** Johnson Restrepo, Daniela E. (Assoc-DC-LT) <Daniela.JohnsonRestrepo@gtlaw.com>; Casey, Shannon E. (Para-ORL-LT) <caseysh@gtlaw.com>; Ortiz, Zelly (JrPara-ORL-LT) <ortizz@gtlaw.com>; anabel.pargas@hklaw.com; Adam.Poe@hklaw.com; Anne.Colbert@hklaw.com; Phil.Rothschild@hklaw.com; kholt@fbfk.law; chris@prusaski-law.com; Pusateri, Michael (Shld-DC-LT) <pusaterim@gtlaw.com>; William.SanPedro@hklaw.com
**Subject:** RE: Disclosure of Information

Courtney,

I'm following up on the below. Please let us know if you will provide us records shared outside of CELEC or if we will need to address this with the court.

Thank you.

**Gabriella Lanzas | Holland & Knight**

Associate

Holland & Knight LLP

701 Brickell Avenue, Suite 3300 | Miami, Florida 33131

Phone +1.305.789.7701 | Fax +1.305.789.7799

gabriella.lanzas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** kellerc@gtlaw.com <kellerc@gtlaw.com>
**Sent:** Wednesday, June 24, 2026 8:25 PM
**To:** Jimenez, Adolfo E (MIA - X27720) <Adolfo.Jimenez@hklaw.com>; Lanzas, Gabriella (MIA - X27701) <Gabriella.Lanzas@hklaw.com>; Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>; ejaramillo <ejaramillo@fbfk.law>; Meredith.Yates <Meredith.Yates@gtlaw.com>
**Cc:** Daniela.JohnsonRestrepo <Daniela.JohnsonRestrepo@gtlaw.com>; caseysh <caseysh@gtlaw.com>; ortizz@gtlaw.com; Pargas, Anabel (MIA - X27425) <anabel.pargas@hklaw.com>; Poe, Adam W (TPA - X36322) <Adam.Poe@hklaw.com>; Colbert, Anne K (TPA - X36314) <Anne.Colbert@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; kholt <kholt@fbfk.law>; chris@prusaski-law.com; pusaterim <pusaterim@gtlaw.com>; San Pedro, William A (MIA - X27729) <William.SanPedro@hklaw.com>
**Subject:** RE: Disclosure of Information

*[External email]*

Mr. Jimenez, please allow us some time to discuss with our client, and we will get back to you. As far as we are aware, the only record shared outside of CELEC was the memo that we prepared.  Thank you.

**Courtney Keller**
Co-Managing Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue | Suite 650 | Orlando, FL 32801
T +1 407.254.2610 | F +1 407.841.1295
kellerc@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Adolfo.Jimenez@hklaw.com <Adolfo.Jimenez@hklaw.com>
**Sent:** Wednesday, June 24, 2026 1:46 PM
**To:** Keller, Courtney M. (Shld-ORL-LT) <kellerc@gtlaw.com>; Gabriella.Lanzas@hklaw.com; Pulecio-

Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>; ejaramillo@fbfk.law; Yates, Meredith (Assoc-ORL-LT) <Meredith.Yates@gtlaw.com>
**Cc:** Johnson Restrepo, Daniela E. (Assoc-DC-LT) <Daniela.JohnsonRestrepo@gtlaw.com>; Casey, Shannon E. (Para-ORL-LT) <caseysh@gtlaw.com>; Ortiz, Zelly (JrPara-ORL-LT) <ortizz@gtlaw.com>; anabel.pargas@hklaw.com; Adam.Poe@hklaw.com; Anne.Colbert@hklaw.com; Phil.Rothschild@hklaw.com; kholt@fbfk.law; chris@prusaski-law.com; Pusateri, Michael (Shld-DC-LT) <pusaterim@gtlaw.com>; William.SanPedro@hklaw.com
**Subject:** RE: Disclosure of Information

Courtney:

As the report was provided outside of CELEC and a senior Ecuador government official published it on social media, the privilege is waived. Please provide us a copy of the report that was posted on social media and provided outside of CELEC. Media companies in Ecuador reported on the information because Mr. Neira published it on his X account. Please let us know if you will provide us a report or if we will need to address this with the court.

The information that was provided by Mr. Neira included bank information that is confidential and should not have been made public. We request all records shared outside of CELEC including copies of any bank records that were provided.

Please let us know.  Thank you.

**Adolfo Jimenez | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7720 | Fax 305.789.7799
adolfo.jimenez@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** kellerc@gtlaw.com <kellerc@gtlaw.com>
**Sent:** Monday, June 22, 2026 10:21 AM
**To:** Lanzas, Gabriella (MIA - X27701) <Gabriella.Lanzas@hklaw.com>; Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>; ejaramillo <ejaramillo@fbfk.law>; Meredith.Yates <Meredith.Yates@gtlaw.com>
**Cc:** Daniela.JohnsonRestrepo <Daniela.JohnsonRestrepo@gtlaw.com>; caseysh <caseysh@gtlaw.com>; ortizz@gtlaw.com; Jimenez, Adolfo E (MIA - X27720) <Adolfo.Jimenez@hklaw.com>; Pargas, Anabel (MIA - X27425) <anabel.pargas@hklaw.com>; Poe, Adam W (TPA - X36322) <Adam.Poe@hklaw.com>; Colbert, Anne K (TPA - X36314) <Anne.Colbert@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; kholt <kholt@fbfk.law>; chris@prusaski-law.com; pusaterim <pusaterim@gtlaw.com>; San Pedro, William

A (MIA - X27729) <William.SanPedro@hklaw.com>
**Subject:** RE: Disclosure of Information

*[External email]*
Gabriella, CELEC's General Manager provided a privileged report prepared by our firm to Mr. Neira. The report discusses and analyzes material received in discovery, mainly material received from Regions Bank (including information already on the docket) and from Bank of America (which was not designated as confidential by any party).

Mr. Neira discussed our report and its findings in a video he posted on X and then posted our report on X. The report has been taken down. There is now a revised version of the video on Mr. Neira's X account.

No media companies or journalists were provided with our report.

**Courtney Keller**
Co-Managing Shareholder

Greenberg Traurig, P.A.
450 So. Orange Avenue | Suite 650 | Orlando, FL 32801
T +1 407.254.2610 | F +1 407.841.1295
kellerc@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Gabriella.Lanzas@hklaw.com <Gabriella.Lanzas@hklaw.com>
**Sent:** Friday, June 19, 2026 9:46 AM
**To:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>; ejaramillo@fbfk.law; Yates, Meredith (Assoc-ORL-LT) <Meredith.Yates@gtlaw.com>
**Cc:** Johnson Restrepo, Daniela E. (Assoc-DC-LT) <Daniela.JohnsonRestrepo@gtlaw.com>; Keller, Courtney M. (Shld-ORL-LT) <kellerc@gtlaw.com>; Casey, Shannon E. (Para-ORL-LT) <caseysh@gtlaw.com>; Ortiz, Zelly (JrPara-ORL-LT) <ortizz@gtlaw.com>; Adolfo.Jimenez@hklaw.com; anabel.pargas@hklaw.com; Adam.Poe@hklaw.com; Anne.Colbert@hklaw.com; Phil.Rothschild@hklaw.com; kholt@fbfk.law; chris@prusaski-law.com; Pusateri, Michael (Shld-DC-LT) <pusaterim@gtlaw.com>; William.SanPedro@hklaw.com
**Subject:** RE: Disclosure of Information

**\*EXTERNAL TO GT\***

Daniel,

Thank you for bringing this to our attention. Can you please identify and provide what material was disclosed to a third party, who disclosed the material, what third parties received the

material, who provided the material to Jose Luis Neira and when, what media companies or journalists were provided the material and when and what other information or message was communicated by CELEC or Ecuadorian government officials in connection with the material provided? We appreciate your efforts to get a full accounting from your client regarding its breach of the confidentiality order. Please let us know if you can provide this information or if you require us to request it in an interrogatory and request for production.

**Gabriella Lanzas | Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7701 | Fax +1.305.789.7799
gabriella.lanzas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** pulecioboekd@gtlaw.com <pulecioboekd@gtlaw.com>
**Sent:** Wednesday, June 17, 2026 5:49 PM
**To:** ejaramillo <ejaramillo@fbfk.law>; Meredith.Yates <Meredith.Yates@gtlaw.com>; Lanzas, Gabriella (MIA - X27701) <Gabriella.Lanzas@hklaw.com>
**Cc:** Daniela.JohnsonRestrepo <Daniela.JohnsonRestrepo@gtlaw.com>; kellerc <kellerc@gtlaw.com>; caseysh <caseysh@gtlaw.com>; ortizz@gtlaw.com; Jimenez, Adolfo E (MIA - X27720) <Adolfo.Jimenez@hklaw.com>; Pargas, Anabel (MIA - X27425) <anabel.pargas@hklaw.com>; Poe, Adam W (TPA - X36322) <Adam.Poe@hklaw.com>; Colbert, Anne K (TPA - X36314) <Anne.Colbert@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; kholt <kholt@fbfk.law>; chris@prusaski-law.com; pusaterim <pusaterim@gtlaw.com>
**Subject:** Disclosure of Information

*[External email]*
Dear Counsel,

We are writing to notify you of an unauthorized disclosure of privileged and confidential information that has come to our attention.

It has been brought to our attention that certain materials—which constitute privileged attorney-client communications and/or protected work product with our client—have been disclosed to a third party and have since appeared in the press. In particular, Jose Luis Neira (a senior official in the Ecuadorian government) published a video discussing information contained in a report that we prepared for CELEC, which contained certain financial information received in discovery. Further, he posted our report online.

We want to be unequivocally clear that this disclosure did not originate from our office, and we did not authorize, condone, or have any prior knowledge of the sharing or use of these materials in any manner whatsoever. We did not and have never communicated with Mr.

Neira or his staff.

We also do not know how our work product was delivered to Mr. Neira or who delivered it.

We have already directly addressed this with our client, CELEC, in the strongest possible terms, making clear that this cannot happen again. We have demanded that CELEC provide written assurance that no such disclosure will ever occur again. We are also considering further actions that our firm may need to take as a result.

We wanted to ensure you were notified promptly and transparently.

Please do not hesitate to contact us directly should you have any questions or concerns.

Daniel

**Daniel Pulecio-Boek**
Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street N.W. | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.