THISTHE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CELEC EP,

      Plaintiff,

v.

PROGEN INDUSTRIES, LLC; GENERTEK POWER CORP.; GENERTEK POWER INDUSTRIES, LLC; JOHN B. MANNING; W. WADE MANNING; ANDREW S. WILLIAMSON; ASTROBRYXA, S.A.; AP INSPECTIONS LATINOAMERICA, S.A.; A.P. INSPECTIONS LLC; and DOES 1-99,

      Defendants.

Case No. 8:25-cv-03433

Judge Jung

**PLAINTIFF'S *UNOPPOSED* MOTION
FOR EXTENSION OF TIME TO FILE RESPONSES TO COUNTERCLAIMS**

Plaintiff, CELEC EP ("CELEC"), pursuant to Federal Rule of Civil Procedure 6(b), hereby moves to extend the time by which it must respond to (a) Progen Defendants' Counterclaim [DE 141], and (b) Defendant Astrobryxa, S.A.'s Counterclaims [DE 140], both filed on June 16, 2026 (the "Counterclaims"), by two week (i.e., through July 21, 2026). In support of this Motion, CELEC states as follows:

1.      On June 2, 2026, CELEC filed an Amended Complaint [DE 128].

2.      On June 16, 2026, Defendants Progen Industries, LLC, Genertek Power Corp., Genertek Power Industries, LLC, John B. Manning, W. Wade Manning and Andrew S. Williams (collectively, the "Progen Defendants") and Defendant Astrobryxa, S.A. separately filed Counterclaims [DE 140, 141].

3.     Astrobryxa, S.A.'s counterclaims [DE 140] are newly asserted and were not included in Astrobryxa's initial answer [DE 61].  Because these counterclaims are being raised for the first time, CELEC's counsel requires additional time to conduct the necessary factual and legal research to formulate a proper and fulsome response to the allegations and claims asserted therein.

4.     Additional time is also requested due to the following circumstances: (a) the current deadline to respond to the Counterclaims falls shortly after the July 4th Independence Day holiday weekend, celebrating America's 250th birthday; (b) undersigned counsel has pre-planned travel and vacation commitments during this period that were scheduled prior to the filing of the Counterclaims; and (c) counsel for CELEC has been required to dedicate significant time and resources to ongoing meet-and-confer discussions and discovery-related matters in this case, as well as other discussions regarding Defendant Astrobryxa's discovery responses and production, which have further limited the time available to prepare responses to the Counterclaims.

5.     CELEC therefore respectfully requests two weeks of additional time to file its responses to the Counterclaims—through and including **July 21, 2026**.

6.     This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause. CELEC has good cause for this motion as the Counterclaims raise multiple substantive arguments and assert significant allegations against CELEC.  Neither the parties nor the Court will be prejudiced by the relief requested herein.

7.      Defendants do not oppose the extension requested in this motion.

WHEREFORE, CELEC respectfully requests the Court to enter an Order extending the time by which CELEC must respond to the Counterclaims to July 21, 2026, and granting such other relief as the Court deems just and proper.

## **Certificate of Conferral**

Undersigned counsel certifies that on July 1, 2026, she conferred with Defendants' counsel regarding the relief sought herein, and Defendants do not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2026, I electronically served **Plaintiff's Unopposed Motion for Extension of Time to File Response to Counterclaims** on all counsel of record.

By: /s/ *Meredith P. Yates*
Courtney M. Keller, Esquire
Florida Bar No. 28668
Meredith P. Yates, Esquire
Florida Bar No. 1058373

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email:  kellerc@gtlaw.com
    Meredith.yates@gtlaw.com
    Nef-iws@gtlaw.com
    ORLLitDock@gtlaw.com

Daniel Pulecio-Boek, Esquire
(admitted *pro hac vice*)
Michael Pusateri, Esquire
(admitted *pro hac vice*)

**GREENBERG TRAURIG, P.A.**
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3117
Email:  pulecioboekd@gtlaw.com
    pusaterim@gtlaw.com

*Counsel for Plaintiff*

4