## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CELEC EP,

          Plaintiff,

v.

PROGEN INDUSTRIES, LLC;
GENERTEK POWER CORP.;
GENERTEK POWER INDUSTRIES,
LLC; JOHN B. MANNING; W. WADE
MANNING; ANDREW S.
WILLIAMSON; ASTROBRYXA, S.A.;
ASTROBRYXA, LLC; AP
INSPECTIONS LATINOAMERICA,
S.A.; A.P. INSPECTIONS LLC; H&S
INDUSTRY, LLC; TWO LIONS
HOLDINGS, LLC; AOT HOLDING
AG; GESTORES INMOBILIARIOS
LIGHTBLUE, S.A., and DOES 1–95,

          Defendants.

No. 8:25-cv-03433-WFJ-SPF

Judge Jung

### PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE TO THE PROGEN DEFENDANTS'
### MOTION FOR A PROTECTIVE ORDER [DE 149]

Plaintiff, CELEC EP ("CELEC"), pursuant to Federal Rule of Civil Procedure

6(b), hereby moves to extend the time by which it must respond to the Progen

Defendants' Motion for Protective Order (the "MPO") [D.E. 149].   In support,

CELEC states as follows:

    1.    On June 2, 2026, CELEC filed an Amended Complaint [DE 128].

    2.    On June 5, 2026, CELEC served a Notice of Intent to serve nine (9) non-

party subpoenas [D.E. 149-4].

3.      On June 16, 2026, Defendants Progen Industries, LLC, Genertek Power Corp., Genertek Power Industries, LLC, John B. Manning, W. Wade Manning and Andrew S. Williams (collectively, the "Progen Defendants") and Defendant Astrobryxa, S.A. separately filed Counterclaims [DE 140, 141; *see also* D.E. 154 (Astrobryxa. S.A.'s Amended Answer, Affirmative Defenses, and Counterclaims filed on July 7, 2026)]. CELEC's responses to the Counterclaims are due July 21, 2026 [D.E.151].

4.      On July 2, 2026, the Progen Defendants filed a Motion to Compel against CELEC [148]. CELEC's response is due July 16, 2026.

5.      Also on July 2, 2026, the Progen Defendants filed the MPO to stop the enforcement of the subpoenas CELEC noticed on June 5, 2026. CELEC's response is due July 16, 2026.

6.      Additional time to respond to the MPO is requested due to the following circumstances: First, CELEC is simultaneously required to respond to the Progen Defendants' Motion to Compel [D.E. 148] by July 16, 2026, and to the Counterclaims filed by the Progen Defendants and Astrobryxa, S.A. by July 21, 2026 [D.E. 151]. Second, undersigned counsel has substantial commitments in other matters during this period, including depositions scheduled in separate litigation that cannot be rescheduled, which have significantly limited the time available to prepare a thorough and well-supported response to the MPO. The MPO raises contested factual and legal issues regarding the permissible scope of CELEC's non-party subpoenas, and a

meaningful response requires adequate time to address the Progen Defendants' arguments.

7.     CELEC therefore respectfully requests two weeks of additional time to file its response to the MPO—through and including **July 30, 2026**.

8.     This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause.  No parties nor the Court will be prejudiced by the relief requested herein.

9.     The Progen Defendants do not oppose the extension requested in this motion.

WHEREFORE, CELEC respectfully requests the Court to enter an Order extending the time by which CELEC must respond to the Counterclaims to July 30, 2026, and granting such other relief as the Court deems just and proper.

## Certificate of Conferral

Undersigned counsel certifies that on July 9, 2026, she conferred with the Progen Defendants' counsel regarding the relief sought herein, and the Progen Defendants do not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2026, I electronically served **Plaintiff's Unopposed Motion for Extension of Time to File Response to the Progen Defendants' Motion for a Protective Order** on all counsel of record.

By: /s/ *Meredith P. Yates*
        Courtney M. Keller, Esquire
        Florida Bar No. 28668
        Meredith P. Yates, Esquire
        Florida Bar No. 1058373

        **GREENBERG TRAURIG, P.A.**
        450 South Orange Avenue, Suite 650
        Orlando, Florida 32801
        Telephone: (407) 420-1000
        Facsimile: (407) 420-5909
        Email:  kellerc@gtlaw.com
                Meredith.yates@gtlaw.com
                Nef-iws@gtlaw.com
                ORLLitDock@gtlaw.com

        Daniel Pulecio-Boek, Esquire
        (admitted *pro hac vice*)
        Michael Pusateri, Esquire
        (admitted *pro hac vice*)

        **GREENBERG TRAURIG, P.A.**
        2101 L Street, N.W., Suite 1000
        Washington, D.C. 20037
        Telephone: (202) 331-3117
        Email:  pulecioboekd@gtlaw.com
                pusaterim@gtlaw.com

        *Counsel for Plaintiff*

5