**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CELEC EP,

    Plaintiff,

v.                                                    Case No. 8:25-cv-3433-WFJ-SPF

PROGEN INDUSTRIES, LLC;
GENERTEK POWER CORP.;
GENERTEK POWER INDUSTRIES,
LLC; JOHN B. MANNING; W. WADE
MANNING; ANDREW S.
WILLIAMSON; ASTROBRYXA, S.A.;
AP INSPECTIONS
LATINOAMERICA, S.A.; A.P.
INSPECTIONS LLC; and DOES 1-99,

    Defendants.
_____

PROGEN INDUSTRIES, LLC,

    Counter-Plaintiff,

v.

CELEC EP,

    Counter-Defendant;
_____/

**NOTICE OF WITHDRAWAL OF**
**MOTION TO COMPEL PRODUCTION (D.E. 148)**

On July 2, 2026, Defendants Progen Industries, LLC; Genertek Power Corp.;

Genertek Power Industries, LLC; John B. Manning; W. Wade Manning; Andrew S.

Williamson, and Two Lions Holding, LLC (collectively, the "Progen Defendants")

moved (D.E. 148) to compel Plaintiff, CELEC EP ("Plaintiff"), to produce a memorandum. On July 8, 2026, Plaintiff provided the memorandum at issue. Because the issue is moot, the Progen Defendants withdraw the motion (D.E. 148).

The Progen Defendants reserve all rights and remedies with respect to any unauthorized disclosure, use, or dissemination by Plaintiff of confidential information obtained through this litigation, and any false statements related to such disclosures.

Respectfully submitted,

*/s/ Adolfo E. Jiménez*
Adolfo E. Jiménez
Florida Bar No. 869295
Email: Adolfo.Jimenez@hklaw.com
Gabriella A. Lanzas
Florida Bar No. 1059806
Email: Gabriella.Lanzas@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

and

Jason H. Baruch
Florida Bar No. 10280
Jason.baruch@hklaw.com
Anne Colbert
Florida Bar No. 1026226
anne.colbert@hklaw.com

*Attorneys for Defendants Progen Industries, LLC; Genertek Power Corp.;*

*Genertek Power Industries, LLC; John B.
Manning; W. Wade Manning; and Andrew
S. Williamson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2026, I electronically served Progen

Defendants' Notice of Withdrawal on all counsel of record.

/s/Adolfo E. Jiménez
Adolfo E. Jiménez

4