# VERIFIED RETURN OF SERVICE

Job # LSU2605194

**Client Info:**

GREENBERG TRAURIG, P.A. - COURTNEY M. KELLER, ESQ.
450 SOUTH ORANGE AVENUE
SUITE 650
Orlando, FL 32801

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | DISTRICT COURT |
| CELEC EP | Court Division: CIVIL ACTION |
| -versus- | County of Middle District of Florida, Florida |
| **DEFENDANT:** | Court Case # **8:25-CV-3433-WFJ-SPF** |
| PROGEN INDUSTRIES, LLC; ET AL | |

**Service Info:**

**Date Received: 6/17/2026** at **02:13 PM**
**Service:** I Served **A.P. INSPECTIONS LLC c/o RICARDO A NUNEZ JR**
With: **SUMMONS, AMENDED COMPLAINT, EXHIBITS**
by leaving with **RICARDO A NUNEZ JR, REGISTERED AGENT**

**At Residence 27618 ESTEBAN POINT LANE SPRING, TX 77386**
On **6/29/2026** at **07:09 PM**
**Manner of Service: LLC AT RESIDENCE**
SERVED THE WITHIN NAMED BUSINESS ENTITY IN ACCORDANCE WITH F.S. 48.062 (5) BY DELIVERING THE DOCUMENTS AT THE WITHIN NAMED REGISTERED AGENT, OFFICER, OR PERSON LISTED ON THE ANNUAL REPORT'S USUAL PLACE OF ABODE, TO A PERSON RESIDING THEREIN WHO IS 15 YEARS OF AGE OR OLDER, CO-RESIDENT, AND INFORMING SAID PERSON OF THE CONTENTS THEREOF, PURSUANT TO F.S. 48.031 AFTER CONFIRMING THE REGISTERED AGENT, OFFICER, OR DIRECTOR WAS OTHERWISE UNAVAILABLE.

**Served Description:  (Approx)**

Age: **50s**, Sex: **Male**, Race: **Hispanic**, Height: **5' 9"**, Weight: **200**, Hair: **Bald** Glasses:  **No**

I ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Server: _Azucena Solano_
**AZUCENA SOLANO**

**LEGAL SERVE USA**
424 E CENTRAL BLVD
#355
ORLANDO, FL 32801
Phone: (407) 559-5515

Our Job # **LSU2605194**    Client Ref # **Celec 241712.010100**




1 of 1