**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CELEC EP,

Plaintiff,

v.

PROGEN INDUSTRIES, LLC; GENERTEK POWER CORP.; GENERTEK POWER INDUSTRIES, LLC; JOHN B. MANNING; W. WADE MANNING; ANDREW S. WILLIAMSON; ASTROBRYXA, S.A.; ASTROBRYXA, LLC; AP INSPECTIONS LATINOAMERICA, S.A.; A.P. INSPECTIONS LLC; H&S INDUSTRY, LLC; TWO LIONS HOLDINGS, LLC; AOT HOLDING AG; GESTORES INMOBILIARIOS LIGHTBLUE, S.A., and DOES 1–95,

Defendants.

No. 8:25-cv-03433-WFJ-SPF

Judge Jung

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE PROGEN DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [DE 166]**

Plaintiff, CELEC EP ("CELEC"), pursuant to Federal Rule of Civil Procedure 6(b), hereby moves to extend the time by which it must respond to the Progen Defendants' Motion for Judgment on the Pleadings (the "MJP") [D.E. 166]. In support, CELEC states as follows:

1. On June 2, 2026, CELEC filed the operative complaint [DE 128].

2. On July 28, 2026, the Progen Defendants filed the MJP [D.E. 166], making CELEC's response currently due on or about August 18, 2026.

3. Counsel for CELEC is confronted with a confluence of significant and immovable obligations in this litigation, including the following:

a. CELEC's reply in support of its Motion to Dismiss Astrobryxa's Amended Counterclaims [D.E. 162] is also due on Tuesday, August 18, 2026.

b. The videotaped deposition of Defendant John B. Manning is scheduled for Tuesday, August 18, 2026, commencing in person at 10:00 a.m. at the offices of Greenberg Traurig, P.A., 101 East Kennedy Boulevard, Suite 1900, Tampa, Florida, and is expected to continue through the day.

c. A hearing on the Progen Defendants' Motion for Protective Order Regarding Plaintiff's Notice of Intent to Serve Subpoenas on Nine Additional Non-Parties [D.E. 149] is scheduled for Thursday, August 20, 2026, at 10:00 a.m. before Magistrate Judge Sean P. Flynn in Courtroom 11B in Tampa, requiring in-person attendance by counsel as well as preparation in advance of the hearing.

d. CELEC's response to Astrobryxa, S.A.'s Motion for Sanctions [D.E. 176] is due on September 1, 2026, and requires substantial attention given the serious nature of the allegations and relief sought therein.

e. Counsel has been, and continues to be, required to devote considerable time to addressing consistent discovery deficiencies on the part of all defendants, including the Progen Defendants, including meet-and-confer

efforts and related correspondence necessary to obtain long-overdue discovery.

f. On August 13, 2026, CELEC filed a Motion for Entry of Clerk's Default Against A.P. Inspections Latinoamerica, S.A. [D.E. 177]. If the Court grants that motion, CELEC will have thirty-five (35) days from the entry of default to file a motion for final default judgment against that defendant on the Amended Complaint, which will require additional briefing by counsel.

4. Additional time to respond to the MJP is requested due to the following circumstances. First, as described above, the period immediately preceding the current response deadline is saturated with in-court and out-of-court obligations arising directly from this litigation, including an in-person deposition, preparation for an in-person hearing before Magistrate Judge Flynn, a competing briefing deadline on Astrobryxa's counterclaims, a significant sanctions motion requiring response, and ongoing discovery disputes on multiple fronts. Second, counsel for CELEC has substantial commitments in other matters during this period, including depositions scheduled in separate litigation that cannot be rescheduled. Third, counsel has pre-planned travel during this period that was scheduled prior to the filing of the MJP and cannot be cancelled without significant disruption.

5. The MJP raises heavily contested factual and legal issues regarding, among other things, the applicability of Florida's independent tort doctrine to CELEC's FDUTPA, conversion, and constructive trust claims; whether CELEC has

adequately pleaded all required elements of its federal and Florida RICO claims, including enterprise, pattern of racketeering activity, and domestic injury; and whether the individual Progen Defendants may be held personally liable for the claims asserted against them. *See* D.E. 166. These are complex, dispositive issues that go to the heart of CELEC's claims and that, if granted, would terminate this litigation as to the Progen Defendants. As a dispositive motion, the MJP warrants a thorough and well-researched response, which cannot be adequately prepared in the time currently available given the competing demands described above.

6. CELEC therefore respectfully requests two weeks of additional time to file its response to the MJP—through and including **September 1, 2026**. This is CELEC's first request for an extension of time with respect to the MJP.

7. This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause.

8. Counsel for the Progen Defendants has indicated that they oppose this extension solely on the ground that "[t]he Motion presents issues that require prompt resolution." *See* Exhibit A (Email from Progen Defendants' Counsel). This is not a sufficient basis to deny a reasonable extension of time. The MJP was filed as a motion for judgment on the pleadings under Rule 12(c)—not as a motion to dismiss under Rule 12(b)(6)—and was filed at the Progen Defendants' election after the close of pleadings. Further, the Progen Defendants have sought and continue to seek extensive discovery from CELEC. Had the Progen Defendants genuinely believed that the issues raised in the MJP may be resolved on the pleadings or required truly prompt

resolution, they would not be seeking extensive discovery and would have filed a motion to dismiss at an earlier stage of the proceedings.

9. A modest two-week extension to allow CELEC to meaningfully respond to a dispositive motion addressing multiple complex legal issues is entirely reasonable and will cause no cognizable prejudice to the Progen Defendants.

WHEREFORE, CELEC respectfully requests the Court to enter an Order extending the time by which CELEC must respond to the Counterclaims to September 1, 2026, and granting such other relief as the Court deems just and proper.

**Certificate of Conferral**

Undersigned counsel certifies that on August 13, 2026, she conferred with the Progen Defendants' counsel regarding the relief sought herein, and the Progen Defendants oppose the relief sought herein.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2026, I electronically served **Plaintiff's Motion for Extension of Time to File Response to the Progen Defendants' Motion for Judgment on the Pleadings** on all counsel of record.

By: */s/ Meredith P. Yates*

Courtney M. Keller, Esquire
Florida Bar No. 28668
Meredith P. Yates, Esquire
Florida Bar No. 1058373

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email: kellerc@gtlaw.com
Meredith.yates@gtlaw.com
Nef-iws@gtlaw.com
ORLLitDock@gtlaw.com

Daniel Pulecio-Boek, Esquire
(admitted *pro hac vice*)
Michael Pusateri, Esquire
(admitted *pro hac vice*)

**GREENBERG TRAURIG, P.A.**
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3117
Email: pulecioboekd@gtlaw.com
pusaterim@gtlaw.com

*Counsel for Plaintiff*

**From:** Gabriella.Lanzas@hklaw.com
**To:** Yates, Meredith (Assoc-ORL-LT); Adolfo.Jimenez@hklaw.com; Phil.Rothschild@hklaw.com; Anne.Colbert@hklaw.com; Adam.Poe@hklaw.com; William.SanPedro@hklaw.com; Kelly.Sweeney@hklaw.com; anabel.pargas@hklaw.com; wendysue.henry@hklaw.com
**Cc:** Pulecio-Boek, Daniel (Shld-DC-LT); Keller, Courtney M. (Shld-ORL-LT); Casey, Shannon E. (Para-ORL-LT); Temple, Jason M. (Dir-ShrdSvc-LitSup); Gonzalez, Samantha M. (LSS-ORL-LT); Johnson Restrepo, Daniela E. (Assoc-DC-LT)
**Subject:** RE: CELEC - Request for Extension of Time to Respond to Motion for Judgment on the Pleadings
**Date:** Thursday, August 13, 2026 4:29:38 PM
**Attachments:** image001.png

---

***EXTERNAL TO GT***

Hi Meredith,

I hope you are doing well. Progen Defendants oppose the requested two-week extension to respond to the Motion for Judgment on the Pleadings. The Motion presents issues that require prompt resolution.

Best,
Gabriella

**Gabriella Lanzas** | **Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone +1.305.789.7701 | Fax +1.305.789.7799
gabriella.lanzas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Meredith.Yates@gtlaw.com <Meredith.Yates@gtlaw.com>
**Sent:** Thursday, August 13, 2026 1:10 PM
**To:** Lanzas, Gabriella (MIA - X27701) <Gabriella.Lanzas@hklaw.com>; Jimenez, Adolfo E (MIA - X27720) <Adolfo.Jimenez@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; Colbert, Anne K (TPA - X36314) <Anne.Colbert@hklaw.com>; Poe, Adam W (TPA - X36322) <Adam.Poe@hklaw.com>; San Pedro, William A (MIA - X27729) <William.SanPedro@hklaw.com>; Sweeney, Kelly (TPA - X36305) <Kelly.Sweeney@hklaw.com>; Pargas, Anabel (MIA - X27425) <anabel.pargas@hklaw.com>; Henry, Wendy Sue (TPA - X36784) <wendysue.henry@hklaw.com>
**Cc:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>; kellerc <kellerc@gtlaw.com>; caseysh <caseysh@gtlaw.com>; Temple, Jason M. (Dir-ShrdSvc-LitSup) <TempleJ@gtlaw.com>; gonzalezsam <gonzalezsam@gtlaw.com>; Daniela.JohnsonRestrepo <Daniela.JohnsonRestrepo@gtlaw.com>
**Subject:** CELEC - Request for Extension of Time to Respond to Motion for Judgment on the Pleadings

**Exhibit "A"**

*[External email]*

Hi Gabriella,

I hope you are doing well.

I am reaching out to see whether the Progen defendants oppose a two-week extension to respond to the Progen Defendants' Motion for Judgment on the Pleadings filed on Thursday, July 28th-–up to and including **September 1, 2026**?

Thank you for your consideration.

Best,
Meredith

**Meredith Yates**
Associate

Greenberg Traurig, P.A.
450 South Orange Avenue | Suite 650 | Orlando, FL 32801
T +1 407.420.1000
Meredith.Yates@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.