**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CELEC EP,

Plaintiff,

v. Case No. 8:25-cv-03433-WFJ-SPF

PROGEN INDUSTRIES L.L.C, et al.,

Defendants.
_____________________________/

**NOTICE OF APPEARANCE**

Philip E. Rothschild, with the firm of Holland & Knight LLP, hereby gives notice of his appearance as co-counsel for Defendants Progen Industries, LLC, Genertek Power Corp., Genertek Power Industries, LLC, John B. Manning, W. Wade Manning, Andrew S. Williamson and Two Lions Holdings, LLC (collectively, the "Progen Defendants"), and requests that all further pleadings, documentation, or notices be provided to the undersigned counsel as co-counsel for Defendants, in addition to Defendants' counsel already in the case.

Dated: August 14, 2026.

By: *__/s/ Philip E. Rothschild__*

Philip E. Rothschild
Florida Bar No. 0088536
phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 468-7881
Facsimile: (954) 463-2030

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, Middle District of Florida, Tampa, via CM/ECF, which will send electric notice to all counsel of record.

*/s/ Philip E. Rothschild*
Philip E. Rothschild