UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CELEC EP,

Plaintiff,

v. Case No. 8:25-cv-3433-WFJ-SPF

PROGEN INDUSTRIES, LLC, GENERTEK POWER CORP., GENERTEK POWER INDUSTRIES, LLC, JOHN B. MANNING; W. WADE MANNING; ANDREW S. WILLIAMSON, ASTROBRYXA, S.A., ASTROBRYXA, LLC, AP INSPECTIONS LATINOAMERICA, S.A., A.P. INSPECTIONS LLC, H&S INDUSTRY, LLC, AOT HOLDING AG, GESTORES IMMOBILIARIOS LIGHTBLUE, S.A., and DOES 1-95,

Defendants.
_______________________________________/

# ORDER

The Progen Defendants' Motion for Protective Order Regarding Plaintiff's Notice of Intent to Serve Subpoenas on Nine Additional Non-Parties and Subpoena Program (Doc. 149) is before the Court. Plaintiff filed a Response in Opposition (Doc. 167), and the Progen Defendants replied (Doc. 174). The Court held a hearing on the motion on August 20, 2026.

For the reasons stated at the hearing, the Court **ORDERS**:

(1) The Progen Defendants' Motion for Protective Order Regarding Plaintiff's Notice of Intent to Serve Subpoenas on Nine Additional Non-Parties and Subpoena Program (Doc. 149) is **GRANTED in part and DENIED in part** as follows:

(2) The motion is **GRANTED** as to the subpoena Plaintiff issued to Shane Lawler (Doc. 149-4 at 38-43) and **GRANTED** as to document requests 1 through 5 and 8 of the subpoena Plaintiff issued to Garrett Williamson (Doc. 149-4 at 30-37).

(3) In all other respects and as to the remaining subpoenas at issue (*see* Doc. 149-4), the motion is **DENIED**.

**ORDERED** in Tampa, Florida, on August 20, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE