UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:25-cv-3433-WFJ-SPF | **DATE:** | August 20, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| CELEC EP<br><br>v.<br><br>A.P. INSPECTIONS LLC et al | | **LANGUAGE:** | N/A |
| | | **PLAINTIFF COUNSEL**<br>Courtney Keller | |
| | | **DEFENSE COUNSEL**<br>Gabriella Lanzas, Anne Colbert, Adolfo Jimenez, Enrique Vargas | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 10:00 AM to 10:54 AM | **TOTAL:** 54 mins | **COURTROOM:** | 11B |

**PROCEEDING**: MOTION for Protective Order Regarding Plaintiff's Notice of Intent to Serve Subpoenas on Nine Additional Non-Parties and Subpoena Program by Progen Industries, LLC (Doc. 149), Response in Opposition (Doc. 167)

- The Court calls the case.
- All parties are present in the courtroom and identified for the record.
- The Court advises the parties the purpose of the hearing.
- Oral arguments made.
- Motion for Protective Order Regarding Plaintiff's Notice of Intent to Serve Subpoenas on Nine Additional Non-Parties and Subpoena Program by Progen Industries, LLC is granted in part and denied in part.
- Order to follow.
- Court adjourned.