**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| CELEC EP,<br><br>Plaintiff,<br>v.<br><br>PROGEN INDUSTRIES, LLC; GENERTEK POWER CORP.; GENERTEK POWER INDUSTRIES, LLC; JOHN B. MANNING; W. WADE MANNING; ANDREW S. WILLIAMSON; ASTROBRYXA, S.A.; ASTROBRYXA, LLC; AP INSPECTIONS LATINOAMERICA, S.A.; A.P. INSPECTIONS LLC; H&S INDUSTRY, LLC; TWO LIONS HOLDINGS, LLC; AOT HOLDING AG; GESTORES INMOBILIARIOS LIGHTBLUE, S.A., and DOES 1–95,<br><br>Defendants. | No. 8:25-cv-03433-WFJ-SPF<br><br>Judge Jung |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ASTROBRYXA, S.A.'S MOTION FOR SANCTIONS AGAINST PLAINTIFF [DE 176]**

Plaintiff, CELEC EP ("CELEC"), pursuant to Federal Rule of Civil Procedure 6(b), hereby moves *unopposed* to extend the time by which it must respond to the Astrobryxa, S.A.'s Motion for Sanctions Against Plaintiff (the "Motion for Sanctions") [D.E. 176]. In support, CELEC states as follows:

1. On August 11, 2026, Defendant Astrobryxa, S.A. filed the Motion for Sanctions [D.E. 176], making CELEC's response currently due on August 25, 2026.

2. Additional time to respond to the Motion for Sanctions is requested due to the following circumstances. First, the period immediately preceding the current response deadline is saturated with in-court and out-of-court obligations arising directly from this litigation, including an in-person deposition, preparation for an in-person hearing before Magistrate Judge Flynn, a competing briefing deadline on Astrobryxa's counterclaims, a competing briefing deadline on Progen Defendants' motion for judgment on the pleadings, and ongoing discovery disputes on multiple fronts. Second, and more important to this motion, undersigned counsel had a medical procedure on August 24, 2026 that was more involved than undersigned counsel anticipated, and she is currently recovering which has not allowed time to adequately review and finalize CELEC's response. Undersigned counsel apologizes for the last-minute nature of this filing, but it was unavoidable as the need for the extension was not apparent until now.

3. CELEC therefore respectfully requests one week of additional time to file its response to the Motion for Sanctions—through and including **September 1, 2026**. This is CELEC's first request for an extension of time with respect to the Motion for Sanctions.

4. This motion is made in good faith and is not intended to hamper or delay the prosecution of this cause.

5. A modest one-week extension to allow CELEC to meaningfully respond to a dispositive motion addressing multiple complex legal issues that could have

serious consequences for CELEC is entirely reasonable and will cause no cognizable prejudice to Astrobryxa. Indeed, Astrobryxa does not oppose the requested extension.

WHEREFORE, CELEC respectfully requests the Court to enter an Order extending the time by which CELEC must respond to the Motion for Sanctions to September 1, 2026, and granting such other relief as the Court deems just and proper.

**Certificate of Conferral**

Undersigned counsel certifies that on August 25, 2026, she conferred with counsel for Astrobryxa who has no objection to the relief sought in this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2026, I electronically served **Plaintiff's Unopposed Motion for Extension of Time to File Response to Astrobryxa, S.A.'s Motion for sanctions Against Plaintiff** on all counsel of record.

By: */s/ Courtney M. Keller*

Courtney M. Keller, Esquire
Florida Bar No. 28668
Meredith P. Yates, Esquire
Florida Bar No. 1058373

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email: kellerc@gtlaw.com
Meredith.yates@gtlaw.com
Nef-iws@gtlaw.com
ORLLitDock@gtlaw.com

Daniel Pulecio-Boek, Esquire
(admitted *pro hac vice*)
Michael Pusateri, Esquire
(admitted *pro hac vice*)

**GREENBERG TRAURIG, P.A.**
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3117
Email: pulecioboekd@gtlaw.com
pusaterim@gtlaw.com

*Counsel for Plaintiff*