**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CELEC EP,

Plaintiff,

v. Case No. 8:25-cv-3433-WFJ-SPF

PROGEN INDUSTRIES, LLC;
GENERTEK POWER CORP.;
GENERTEK POWER INDUSTRIES,
LLC; JOHN B. MANNING; W. WADE
MANNING; ANDREW S. WILLIAMSON;
ASTROBRYXA, S.A.; ASTROBRYXA, LLC;
AP INSPECTIONS LATINOAMERICA, S.A.;
A.P. INSPECTIONS LLC; H&S INDUSTRY, LLC;
TWO LIONS HOLDING, LLC; AOT HOLDINGS
AG; GESTORES INMOBILIARIOS
LIGHTBLUE, S.A.; and DOES 1-95,

Defendants.
_______________________________

PROGEN INDUSTRIES, LLC,

Counter-Plaintiff,

v.

CELEC EP,

Counter-Defendant;
_______________________________/

**PROGEN DEFENDANTS' UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Progen Industries, LLC, Genertek Power Corp., John B. Manning, W. Wade Manning, Andrew S. Williamson, and Two Lions Holdings, LLC

(collectively, the "Progen Defendants") respectfully move for a three-day extension of the deadline to file their Reply in support of their Motion for Judgment on the Pleadings, from Tuesday, September 8, 2026, through Friday, September 11, 2026. In support of this Motion, the Progen Defendants state as follows:

1. On July 28, 2026, Progen Defendants filed a Motion for Judgment on the Pleadings. [DE 166].

2. On August 14, 2026, CELEC filed a Motion for Extension of Time to File a Response to Progen's Motion for Judgment on the Pleadings. [DE 178].

3. The Court granted CELEC's motion, ordered CELEC's Response due by September 1, 2026, and further ordered that any Reply, if desired, would be due by September 8, 2026. [DE 179].

4. Progen Defendants request only a brief, three-day extension to file the Reply due to the following circumstances. Lead counsel for Progen Defendants is attending a proceeding in an unrelated matter outside the country during this first week of September 2026. Additionally, other members of Progen Defendants' counsel team have pre-planned family vacations over the Labor Day holiday weekend (September 5–7, 2026). These preexisting commitments, together with the current deadline of September 8, 2026 (the first business day following the holiday weekend) leave counsel with insufficient time to review CELEC's Response and prepare a thorough Reply. A brief extension is therefore warranted to permit the Progen Defendants to adequately address the issues raised in CELEC's Response.

5. The Progen Defendants' request for a three-day extension is made in good faith and is not made for purposes of delay or any other improper purpose. The short duration of the requested extension should not prejudice any party or affect the Court's schedule.

6. Counsel for Progen Defendants conferred with counsel for CELEC, who do not oppose this Motion.

**WHEREFORE**, the Progen Defendants respectfully request that this Court grant this motion and extend the deadline to file their Reply in support of their Motion for Judgment on the Pleadings from September 8, 2026, to September 11, 2026.

Dated: September 4, 2026

**CERTIFICATE OF CONFERRAL**

Undersigned counsel certifies that on September 4, 2026, Progen Defendants' counsel conferred with CELEC's counsel regarding the relief sought herein, and CELEC does not oppose the relief sought herein.

Respectfully submitted,

*/s/ Adolfo Jiménez*

Adolfo E. Jiménez
Florida Bar No. 869295
Email: Adolfo.Jimenez@hklaw.com
Gabriella A. Lanzas
Florida Bar No. 1059806
Email: Gabriella.Lanzas@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131

Telephone: (305) 374-8500
Facsimile: (305) 789-7799

and

Jason H. Baruch
Florida Bar No. 10280
Jason.baruch@hklaw.com
Anne Colbert
Florida Bar No. 1026226
anne.colbert@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500
Facsimile: (813) 229-0134 (fax)

*Attorneys for Defendants Progen Industries, LLC; Genertek Power Corp.; Genertek Power Industries, LLC; John B. Manning; W. Wade Manning; Andrew S. Williamson; and Two Lions Holdings, LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2026, I electronically served Progen Defendants' Motion for Extension of Time to Reply to the Motion for Judgment on the Pleadings on all counsel of record.

*/s/Adolfo E. Jiménez*
Adolfo E. Jiménez