**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **CELEC EP,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**PROGEN INDUSTRIES, LLC; GENERTEK POWER CORP.; GENERTEK POWER INDUSTRIES, LLC; JOHN B. MANNING; W. WADE MANNING; ANDREW S. WILLIAMSON; ASTROBRYXA, S.A.; ASTROBRYXA, LLC; AP INSPECTIONS LATINOAMERICA, S.A.; A.P. INSPECTIONS LLC; H&S INDUSTRY, LLC; TWO LIONS HOLDINGS, LLC; AOT HOLDING AG; GESTORES INMOBILIARIOS LIGHTBLUE, S.A., and DOES 1-95,**<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § | **CASE NO. 8:25-cv-03433-WFJ-SPF** |

**DEFENDANT ASTROBRYXA, S.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SANCTIONS AGAINST PLAINTIFF CELEC EP**

Defendant, Astrobryxa, S.A. ("Astrobryxa"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01 of the Middle District of Florida, respectfully moves this Court for an order extending its deadline to file a Reply in Support of

Astrobryxa's Motion for Sanctions against Plaintiff CELEC EP ("Plaintiff"). In support of this Motion, Astrobryxa states as follows:

1. Astrobryxa's Reply in Support of its Motion for Sanctions Against Plaintiff is currently due on Tuesday, September 8, 2026.

2. Astrobryxa respectfully requests a brief three-day extension of time up to and including Friday, September 11, 2026, to file its Reply brief.

3. Good cause exists for this short extension due to scheduling conflicts confronting Astrobryxa's litigation team during the current briefing window; specifically, a member of Astrobryxa's counsel team is engaged in all-day preparation for an upcoming mediation and is scheduled to attend and conduct that full-day mediation on the exact day the brief is currently due.

4. In addition to these immediate litigation conflicts, members of Astrobryxa's legal team have long-standing, pre-scheduled family vacations over Labor Day weekend, which restricts the team's ability to finalize the brief outside of regular business hours.

5. The brief three-day extension will ensure counsel has adequate time to fully address the arguments raised in Plaintiff's opposition and present a well-reasoned, thorough reply brief. This request is made in good faith, is not sought for delay, and will not prejudice any party.

6. Pursuant to Local Rule 3.01(g), counsel for Astrobryxa has conferred with counsel for Plaintiff, and Plaintiff's counsel does not oppose the relief requested herein.

WHEREFORE, Defendant Astrobryxa respectfully requests that the Court enter an order extending Astrobryxa's deadline to file its Reply in Support of Astrobryxa's Motion for Sanctions Against Plaintiff up to and including Friday, September 11, 2026.

Dated: September 4, 2026

Respectfully submitted,

FERGUSON BRASWELL FRASER KUBASTA PC

*/s/ Enrique A. Jaramillo Vargas*
Enrique A. Jaramillo Vargas*
Texas Bar No. 24132917
*Admitted Pro Hac Vice*
ejaramillo@fbfk.law
Kenneth H. Holt
Texas Bar No. 00793012
*Admitted Pro Hac Vice*
kholt@fbfk.law
3200 Southwest Freeway, Suite 3200
Houston, Texas 77027
T: (713) 403-4200
F: (713) 403-4201
*Designated Lead Counsel
(L.R. 2.02(a))

*-and-*

Christopher W. Prusaski
Florida Bar No. 121525
PRUSASKI-LAW, P.A.
7879 Red River Road
West Palm Beach, Florida 33411
Telephone: (561) 310-6680
Email: chris@prusaski-law.com

*Attorneys for Defendant Astrobryxa, S.A.*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that they have conferred with Plaintiff's counsel, Meredith Yates, via e-mail transmission on September 4, 2026. Plaintiff's counsel does not oppose the relief requested in this motion.

/s/ *Enrique A. Jaramillo Vargas*
Enrique A. Jaramillo Vargas

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026, a true and correct copy of the foregoing document was served on all parties of record, via the Court's CM/ECF System.

/s/ *Enrique A. Jaramillo Vargas*
Enrique A. Jaramillo Vargas