**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA, DIVISION**

| | | |
|---|---|---|
| **CELEC EP,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**PROGEN INDUSTRIES, LLC; GENERTEK POWER CORP.; GENERTEK POWER INDUSTRIES, LLC; JOHN B. MANNING; W. WADE MANNING; ANDREW S. WILLIAMSON; ASTROBRYXA, S.A.; ASTROBRYXA, LLC, AP INSPECTIONS LATINOAMERICA, S.A.; A.P. INSPECTIONS LLC; H&S INDUSTRY, LLC; TWO LIONS HOLDINGS, LLC; AOT HOLDING AG; GESTORES INMOBILIARIOS LIGHTBLUE, S.A., and DOES 1-99,**<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 8:25-cv-03433-WFJ-SPF** |

**DEFENDANT ASTROBRYXA, S.A.'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AGAINST PLAINTIFF CELEC EP**

Defendant, Astrobryxa, S.A. ("Astrobryxa"), files this Supplement to the Reply in Support of its Motion for Sanctions Against Plaintiff CELEC, EP.

1. Astrobryxa filed its Reply on September 11, 2026 (Doc No. 197 and 197-1). In Footnote 1 of the Reply, Astrobryxa noted it was awaiting a signed declaration from attorneys in Spain regarding an application for asylum.

2. Astrobryxa now supplements its Reply with the signed declaration.

Dated: September 14, 2026

Respectfully submitted,

FERGUSON BRASWELL FRASER KUBASTA PC

*/s/ Enrique A. Jaramillo Vargas*
Enrique A. Jaramillo Vargas*
Texas Bar No. 24132917
*Admitted Pro Hac Vice*
ejaramillo@fbfk.law
Kenneth H. Holt
Texas Bar No. 00793012
*Admitted Pro Hac Vice*
kholt@fbfk.law
3200 Southwest Freeway, Suite 3200
Houston, Texas 77027
T: (713) 403-4200
F: (713) 403-4201
*Designated Lead Counsel
(L.R. 2.02(a))

*-and-*

Christopher W. Prusaski
Florida Bar No. 121525
PRUSASKI-LAW, P.A.
7879 Red River Road
West Palm Beach, Florida 33411
Telephone: (561) 310-6680
Email: chris@prusaski-law.com

*Co-Counsel for Defendant Astrobryxa, S.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, a true and correct copy of the foregoing Motion was served on all parties of record, via the Court's CM/ECF system.

/s/ *Enrique A. Jaramillo Vargas*
Enrique A. Jaramillo Vargas