**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| CELEC EP,<br><br>Plaintiff,<br>v.<br><br>PROGEN INDUSTRIES, LLC, *et al.*,<br><br>Defendants. | No. 8:25-cv-03433-WFJ-SPF<br><br>Judge Jung |

**PLAINTIFF'S NOTICE THAT NO REPLY WILL BE FILED IN SUPPORT OF ITS EMERGENCY MOTION TO COMPEL RULE 34 INSPECTION AND OVERRULE PROGEN'S OBJECTIONS [D.E. 225]**

Plaintiff CELEC EP ("CELEC"), through undersigned counsel, gives notice that it does not intend to file a reply in support of its Emergency Motion to Compel Rule 34 Inspection and Overrule Progen's Objections [D.E. 225].

CELEC believes that a reply would help clarify and correct several representations in the Progen Defendants' Response [D.E. 228]. Most notably, the Response does not provide evidence or a particularized explanation substantiating Progen's assertion that the inspection would require a work disruption or otherwise impose an undue burden on its operations. Although Progen asserts that the inspection would disrupt its operations and expose trade secrets, it does not identify the operations that would be affected or explain why the inspection safeguards proposed by CELEC—as well as the parties' confidentiality agreement, which CELEC's expert has agreed in writing to be bound by—would not adequately address those concerns. Nor does the Response at all explain why Progen's proposed one-hour time limit is necessary or why the agreed requirement that

the parties cooperate to minimize disruption would be inadequate. The Response also relies principally on decisions from outside this District in arguing that CELEC's Request for Inspection is unenforceable. Given the expedited schedule and the imminent inspection, however, CELEC will not file a reply.

**CELEC respectfully asks the Court to rule on its Motion as soon as practicable, preferably today, November 4, 2026**. The inspection is scheduled to begin at 10:00 a.m. Eastern Time tomorrow, November 5, at Progen's facility at 600 Prairie Industrial Parkway, followed immediately by the inspection of the adjacent property at 520 Prairie Industrial Parkway. CELEC's expert is scheduled to fly to Florida this afternoon to conduct the inspection. A prompt ruling would therefore help the parties and the expert prepare for tomorrow's inspection.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2026, I electronically filed **Plaintiff's Notice That No Reply Will be Filed in Support of Plaintiff's Emergency Motion to Compel Inspection and Overrule Progen's Objections** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Courtney M. Keller*

Courtney M. Keller, Esquire
Florida Bar No. 28668
Meredith P. Yates, Esquire
Florida Bar No. 1058373

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email: kellerc@gtlaw.com
Meredith.yates@gtlaw.com
Nef-iws@gtlaw.com
ORLLitDock@gtlaw.com

Daniel Pulecio-Boek, Esquire
(admitted *pro hac vice*)
Michael Pusateri, Esquire
(admitted *pro hac vice*)

**GREENBERG TRAURIG, P.A.**
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3117
Email: pulecioboekd@gtlaw.com
pusaterim@gtlaw.com

*Counsel for Plaintiff*